UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                               Case No.: 8:22-bk-01210-

Michael Kastrenakes,                                 Chapter 11

    Debtor.
_____/

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Ruediger Mueller
1112 Watson Court
Reunion, FL 34747
Phone: (678) 863-0473
Fax: (407) 540-9306
E-Mail: trustee@tcmius.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: March 28, 2022                    MARY IDA TOWNSON
                                                  United States Trustee for Region 21

                                                  By: */s/ Guy A. Van Baalen*
                                                  Guy A. Van Baalen, Assistant United States Trustee
                                                  Bar No. 1849751 (State of New York)
                                                  Guy.A.VanBaalen@usdoj.gov
                                                  Nathan A. Wheatley, Trial Attorney
                                                  Ohio Bar No. 0072192
                                                  Nathan.a.wheatley@usdoj.gov
                                                  Office of the United States Trustee
                                                  501 East Polk Street, Suite 1200
                                                  Tampa, Florida 33602
                                                  (813)228-2174
                                                  (813) 228-2303 facsimile

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 28, 2022, I have caused a true and correct copy of the foregoing to be served through CM/ECF on parties having appeared electronically in the instant matter.

/s/ Nathan A. Wheatley
Trial Attorney
U.S. Department of Justice