UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:22-bk-01210
  Chapter 11

Kastrenakes, Michael,

      Debtor.
_____/

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) am unable to complete a conflict check at this time due to debtor's failure to provide the necessary information but will complete a conflict check and re-evaluate my status as soon as the debtor provides such information.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $ 300.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: 03/28/2022

                                                            Ruediger Mueller
                                                            1112 Watson Court
                                                            Reunion, FL 34747
                                                            Phone: (678) 863-0473
                                                           E-Mail: trustee@tcmius.com