**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

MICHAEL KASTRENAKES,

                                  Case No.: 8:22-bk-01210-CED
                                  Chapter:   11
        Debtor.                      Subchapter V

_____/

## NOTICE OF APPEARANCE

PLEASE BE ADVISED that John A. Anthony, Esquire, of the law firm of Anthony &

Partners, LLC, hereby enters his appearance in this action as counsel for Dr. Panayiotis Vasiloudes

("Vasiloudes") and Cygram Heritage, LLLP ("Cygram"), and requests that copies of all notices,

pleadings, and other documents in this case be served upon the undersigned.


                            /s/ John A. Anthony
                            **JOHN A. ANTHONY, ESQ.**
                            Florida Bar Number:  0731013
                            janthony@anthonyandpartners.com
                            **ANTHONY & PARTNERS, LLC**
                            100 S. Ashley Drive, Suite 1600
                            Tampa, Florida 33602
                            Telephone:  813/273-5616
                            Facsimile:  813/221-4113
                            Attorneys for Vasiloudes and Cygram

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via

electronic means and/or U.S. Mail on this 28th day of March, 2022, to the following:

| | |
|---|---|
| Michael Kastrenakes<br>1755 McCauley Road<br>Clearwater, Florida 33764<br>Debtor | Edward J. Peterson, III, Esquire<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, Florida 33602<br>epeterson@srbp.com<br>Attorney for the Debtor |
| Nathan A Wheatley<br>Office of the U.S. Trustee<br>501 E. Polk St., Suite1200<br>Tampa, Florda 33602<br>nathan.a.wheatley@usdoj.gov | J Steven Wilkes<br>Office of United States Trustee<br>501 East Polk Street<br>Tampa, Florida 33602<br>steven.wilkes@usdoj.gov |
| Ruediger Mueller, Esquire<br>Dr. Mueller Associates, Inc.<br>1112 Watson Court<br>Reunion, Florida 34747-6784<br>Subchapter V Trustee | |

/s/ John A. Anthony_____
**ATTORNEY**