UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                              Case No.: 8:22-bk-01210-CED
                                                                                    Chapter 11
MICHAEL KASTRENAKES,

        Debtor.
_____/

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears for interested party, MARIA KASTRENAKES, and pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following address:

Bush Ross, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (fax)
Attn: Adam Lawton Alpert, Esq.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes, without limitation, notices and papers with respect to any application, motion, petition, pleading, disclosure statement, plan of reorganization, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, and whether sent by the Court, the Debtor, or any other party, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that the undersigned requests to be added to the Court's master mailing matrix.

| | |
|---|---|
| Dated: Tampa, Florida<br>March 29, 2022 | BUSH ROSS, P.A.<br>Post Office Box 3913<br>Tampa, Florida  33601-3913<br>(813) 224-9255 (telephone)<br>(813) 223-9620 (fax)<br>*Counsel for Maria Kastrenakes*<br><br>By:    /s/ Adam Lawton Alpert<br>      Adam Lawton Alpert, Esq.<br>      Florida Bar No. 490857<br>      aalpert@bushross.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2022, I electronically filed a true and correct copy of the *Notice of Appearance and Demand for Service of Papers* with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing to the following parties in the manner of service indicated below:

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

United States Trustee (USTPRegion21.TP.ECF@USDOJ.GOV)
Ruediger Mueller, Subchapter V Trustee (trustee@tcmius.com)
J. Steven Wilkes, Esq. (steven.wilkes@usdoj.gov)
Nathan A. Wheatley, Esq. (nathan.a.wheatley@usdoj.gov)
Edward J. Peterson, III, Esq. (epeterson@srbp.com)
John A. Anthony, Esq. (janthony@anthonyandpartners.com)

                              /s/ Adam Lawton Alpert
                                   ATTORNEY