UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Case No. 8:22-bk-01210-CED
                                                    Chapter 11
Michael Kastrenakes,                                Subchapter V

    Debtor.
_____/

**NOTICE OF APPEARANCE,
<u>REQUEST FOR NOTICE AND RESERVATION OF RIGHTS</u>**

PLEASE TAKE NOTICE that under Bankruptcy Rules 2002, 2019, 9007, and 9010, and Section 1109(b) of the Bankruptcy Code, Danielle S. Kemp of Greenberg Traurig, P.A. represents Creditor Courtney Leasing, Inc. and hereby requests that all notices given or required to be given in the above-styled case, and all papers served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone facsimile transmission, telegraph, telex or otherwise (i) that affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case with respect to: (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (ii) that require or seek to require any act, delivery of any property, or payment. The filing of this Request for Notices does not constitute a waiver, and all rights are reserved, including objection to subject matter and personal jurisdiction.

This entry of appearance does not constitute a consent to the jurisdiction of the Bankruptcy Court, nor is it a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to have a district judge hear and determine core matters that are beyond the adjudicatory authority of the bankruptcy court; (iii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iv) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Courtney Leasing is or may be entitled under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 30, 2022                     Respectfully submitted,

/s/ Danielle S. Kemp
Danielle S. Kemp, Esq.
Florida Bar No. 474355
Email: kempd@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148
Telephone: 813.318.5700
Facsimile: 813.318.5900

*Counsel for Courtney Leasing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice of electronic filing via email to:

Edward J. Peterson, III
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
epeterson@srbp.com

Guy A. Van Baalen, Assistant United State Trustee
Guy.A.VanBaalen@usdoj.gov

United States Trustee
USTPRegion221.TP.ECF@USDOJ.gov

Ruediger Mueller, Subchapter V Trustee
1112 Watson Court
Reunion, FL 34747
trustee@tcmius.com

J. Steven Wilkes
Office of United States Trustee
501 East Polk Street
Tampa, FL 33602
steven.wilkes@usdoj.gov

Nathan A. Wheatley
Office of United States Trustee
501 East Polk Street
Tampa, FL 33602
nathan.a.wheatley@usdoj.gov

John A. Anthony
Anthony & Partners, LLC.
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602
janthony@anthonyandpartners.com

Kathleen L. DiSanto
Adam A. Alpert
Buss Ross, P.A.
P.O. Box 3913
Tampa, FL  33601-3913
kdisanto@bushross.com
aalpert@bushross.com

    /s/ Danielle S. Kemp
       Attorney