UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                    Case No. 8:22-bk-01210-CED
                                                          Chapter 11
Michael Kastrenakes,                                      Subchapter V

      Debtor.

_____/

## <u>NOTICE OF CORRECTION OF CREDITOR ADDRESS</u>

PLEASE TAKE NOTICE that Creditor Courtney Leasing, Inc. files this Notice of Correction of Creditor Address.  All future notices should be forwarded to said creditor at the following address:

Courtney Leasing, Inc.
8126 Benrus Street
Orlando, Fl  32827

The Creditor, through its attorneys, requests that the Clerk correct the mailing matrix.

Dated: March 30, 2022                     Respectfully submitted,

                                          /s/ Danielle S. Kemp
                                          Danielle S. Kemp, Esq.
                                          Florida Bar No. 474355
                                          Email: kempd@gtlaw.com
                                          GREENBERG TRAURIG, P.A.
                                          101 E. Kennedy Blvd., Suite 1900
                                          Tampa, FL 33602-5148
                                          Telephone: 813.318.5700
                                          Facsimile: 813.318.5900

                                          *Counsel for Courtney Leasing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice of electronic filing via email to:

Edward J. Peterson, III
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
epeterson@srbp.com

Guy A. Van Baalen, Assistant United State Trustee
Guy.A.VanBaalen@usdoj.gov

United States Trustee
USTPRegion221.TP.ECF@USDOJ.gov

Ruediger Mueller, Subchapter V Trustee
1112 Watson Court
Reunion, FL  34747
trustee@tcmius.com

J. Steven Wilkes
Office of United States Trustee
501 East Polk Street
Tampa, FL  33602
steven.wilkes@usdoj.gov

Nathan A. Wheatley
Office of United States Trustee
501 East Polk Street
Tampa, FL  33602
nathan.a.wheatley@usdoj.gov

John A. Anthony
Anthony & Partners, LLC.
100 S. Ashley Drive, Suite 1600
Tampa, FL  33602
janthony@anthonyandpartners.com

Kathleen L. DiSanto
Adam A. Alpert
Buss Ross, P.A.
P.O. Box 3913
Tampa, FL  33601-3913
kdisanto@bushross.com
aalpert@bushross.com

      /s/ Danielle S. Kemp
           Attorney