UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MICHAEL KASTRENAKES,

    Debtor.
_____/

Case No.: 8:22-bk-01210-CED

Chapter 11
Subchapter V

## NOTICE OF APPEARANCE AND REQUEST NOTICE

Nicolette C. Vilmos, Esq., and the law firm of Nelson Mullins Riley & Scarborough, LLP file their appearance in the above-captioned case as counsel for NEXTGEAR CAPITAL, INC., a Delaware corporation ("**NEXGEAR**"), and request pursuant to Federal Rule of Bankruptcy Procedure 2002 that they be served with copies of all notices, pleadings, motions orders and other documents filed in this case. All such documents should be served upon the undersigned counsel at the following address:

Nicolette C. Vilmos
Nelson Mullins Riley & Scarborough, LLP
390 North Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407) 839-4200
Email: nicolette.vilmos@nelsonmullins.com

Please take further notice that this entry of appearance does not constitute a consent by NEXTGEAR to the jurisdiction of the Bankruptcy Court, nor is it a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to have a district judge hear and determine core matters that are beyond the adjudicatory authority of the bankruptcy court; (iii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iv) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which NEXTGEAR is or may be entitled under

agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: March 31, 2022                    Respectfully submitted,

                                                By: */s/ Nicolette Corso Vilmos*
                                                Nicolette Corso Vilmos
                                                Florida Bar No. 0469051
                                                nicolette.vilmos@nelsonmullins.com
                                                NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                                390 North Orange Avenue, Suite 1400
                                                Orlando, FL  32801
                                                Telephone: 407.839.4200
                                                Facsimile: 407.425.8377

                                                *Attorneys for Nextgear Capital, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been filed with the Court and furnished (i) via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case; (ii) by U.S. Mail to all the parties on the attached mailing list, on this 31st day of March, 2022.

                                                */s/ Nicolette C. Vilmos*
                                                Nicolette C. Vilmos

4859-2180-2010