United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 22-01210-CED |
| Michael Kastrenakes | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 31, 2022 | Form ID: 309E2 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Kastrenakes, 1755 McCauley Rd., Clearwater, FL 33765-1510 |
| aty | | Adam L Alpert, Bush Ross P.A., Post Office Box 3913, Tampa, FL 33601-3913 |
| aty | + | Danielle S Kemp, Greenberg Traurig, P.A., Bank of America Plaza, 101 E. Kennedy Blvd., Suite 1900, Tampa, FL 33602-5148 |
| aty | + | John A Anthony, Anthony & Partners, LLC, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| aty | | Kathleen L DiSanto, Bush Ross, P.A., Post Office Box 3913, Tampa, FL 33601-3913 |
| aty | + | Nathan A Wheatley, Office of the U.S. Trustee, 501 E. Polk St., Suite1200, Tampa, FL 33602-3945 |
| tr | | Ruediger Mueller, Dr. Mueller Associates, Inc., 1112 Watson Court, Reunion, FL 34747-6784 |
| cr | + | Cygram Heritage, LLLP, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| intp | | Maria Kastrenakes, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| cr | + | Panayiotis Vasiloudes, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| 29927078 | | CPX Holdings, LLC, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., Post Office Box 3913, Tampa, FL 33601-3913 |
| 29924460 | + | CPX Holdings, LLC, 1755 McCauley Rd., Clearwater, FL 33765-1510 |
| 29924458 | + | CallPass, LLC, 4592 Ulmerton Rd., #201, Clearwater, FL 33762-4107 |
| 29924459 | + | Courtney Leasing, Inc., 8126 Benrus Street, Orlando, FL 32827-5074 |
| 29924461 | + | Cygram Heritage, LLLP, c/o John Anthony, Esq., Anthony & Partners, 100 S. Ashley Dr., #1600, Tampa, FL 33602-5318 |
| 29924462 | + | Cygram Holdings, LP, c/o John Anthony, Esq., Anthony & Partners, 100 S. Ashley Dr., #1600, Tampa, FL 33602-5318 |
| 29924471 | + | Evangeline Kastrenakes, 1780 McCauley Rd., Clearwater, FL 33765-1541 |
| 29924463 | + | First Home Bank, 5250 Park Blvd. N., Pinellas Park, FL 33781-3417 |
| 29924473 | + | George Lagos, 1473 Sturbridge Ct., Dunedin, FL 34698-2263 |
| 29924468 | + | Howard Howell, 701 Spottis Woode Lane, Clearwater, FL 33756-5267 |
| 29924466 | + | Jeff Hackett, 1515 E. Lake Woodlands Pkwy., Oldsmar, FL 34677-1903 |
| 29924469 | | Julia Rice, Esq., State Attorney's Office, P.O. Box 5028, Riverview, FL 33578 |
| 29924470 | + | K&M Insurance Investors, LLC, c/o John Anthony, Esq., Anthony & Partners, 100 S. Ashley Dr., #1600, Tampa, FL 33602-5318 |
| 29924476 | + | Konstantinos Papaspanos, c/o Gilbert M. Singer, Esq., 5104 S. Westshore Blvd., Tampa, FL 33611-5650 |
| 29924474 | | NextGear Capital, Inc., c/o Nicolette Vilmos, Esq., 390 N. Orange Ave., #1400, Orlando, FL 32801-1687 |
| 29924472 | + | Pagona Kokolakis, 103 Buena Vista Dr. S., Dunedin, FL 34698-3305 |
| 29924475 | + | Panayiotis Vasiloudes, MD, PHD, c/o John Anthony, Esq., Anthony & Partners, 100 S. Ashley Dr., #1600, Tampa, FL 33602-5318 |
| 29924477 | | South State Bank, P.O. Box 9602, Nichols, FL 33863 |
| 29924478 | + | SouthState Bank, 3711 Tampa Rd., Oldsmar, FL 34677-6309 |
| 29924482 | + | Thomas Zervas, c/o Gilbert Singer, Esq., 5104 S. Westshore Blvd., Tampa, FL 33611-5650 |
| 29924467 | + | Trifon Houvardas, c/o John Anthony, Esq., Anthony & Partners, 100 S. Ashley Dr., #1600, Tampa, FL 33602-5318 |
| 29924479 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank, N.A., P.O. Box 3427, Oshkosh, WI 54902 |
| 29924480 | + | Wells Fargo Mortgage, 101 N. Phillips Ave., Sioux Falls, SD 57104-6714 |
| 29924481 | | Westlake Flooring Co., LLC, 8000 Wilshire Blvd., Los Angeles, CA 90010 |
| 29926332 | + | c/o John A. Anthony, Esquire, Anthony & Partners, LLC, 100 S. Ashley Drive, Suite 1600, Tampa, Florida 33602-5318 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: epeterson@srbp.com | Mar 31 2022 21:22:00 | Edward J. Peterson, III, Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, FL 33602 |

| | | | |
|---|---|---|---|
| District/off: 113A-8 | User: admin | | Page 2 of 3 |
| Date Rcvd: Mar 31, 2022 | Form ID: 309E2 | | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 31 2022 21:22:00 | J Steven Wilkes, Office of United States Trustee, 501 East Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 31 2022 21:22:00 | United States Trustee - TPA, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| 29924457 | | Email/Text: OGCBankruptcy@floridarevenue.com | Mar 31 2022 21:22:00 | Department of Revenue, PO Box 6668, Tallahassee FL 32314-6668 |
| 29924464 | + | Email/Text: OGCBankruptcy@floridarevenue.com | Mar 31 2022 21:22:00 | Florida Department of Revenue, 5050 W. Tennessee St., Tallahassee, FL 32399-0100 |
| 29924465 | | Email/Text: lossrecoveryteam@growfinancial.org | Mar 31 2022 21:22:00 | Grow Financial, P.O. Box 89909, Tampa, FL 33689-0415 |
| 29924456 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 31 2022 21:22:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Courtney Leasing, Inc. |
| cr | * | CPX Holdings, LLC, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2022             Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L Alpert | on behalf of Creditor CPX Holdings  LLC aalpert@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com |
| Adam L Alpert | on behalf of Interested Party Maria Kastrenakes aalpert@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com |
| Danielle S Kemp | on behalf of Creditor Courtney Leasing  Inc. kempd@gtlaw.com, meyerp@gtlaw.com;FLService@gtlaw.com |
| Edward J. Peterson, III | on behalf of Debtor Michael Kastrenakes epeterson@srbp.com  epeterson.ecf@srbp.com;srbpecf@srbp.com |
| J Steven Wilkes | on behalf of U.S. Trustee United States Trustee - TPA steven.wilkes@usdoj.gov |
| John A Anthony | on behalf of Creditor Panayiotis Vasiloudes janthony@anthonyandpartners.com |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 31, 2022 | Form ID: 309E2 | Total Noticed: 42 |

efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Cygram Heritage  LLLP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

Kathleen L DiSanto

on behalf of Interested Party Maria Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Creditor CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Nathan A Wheatley

on behalf of U.S. Trustee United States Trustee - TPA nathan.a.wheatley@usdoj.gov

Ruediger Mueller

trustee@tcmius.com  crm11@trustesolutions.net

United States Trustee - TPA

USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Michael Kastrenakes<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5140<br>EIN: _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter: 11   3/27/22 |
| Case number: | 8:22–bk–01210–CED | |

## Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)
## Notice of Chapter 11 Bankruptcy Case        10/20

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. **Debtor's full name** | Michael Kastrenakes | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 1755 McCauley Rd.<br>Clearwater, FL 33764 | |
| 4. **Debtor's attorney**<br>Name and address | Edward J. Peterson III<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602 | Contact phone (813) 229–0144<br><br>Email epeterson@srbp.com |
| 5. **Bankruptcy trustee**<br>Name and address | Ruediger Mueller<br>Dr. Mueller Associates, Inc.<br>1112 Watson Court<br>Reunion, FL 34747–6784 | Contact phone 678–863–0473<br><br>Email: trustee@tcmius.com |

**For more information, see page 2 >**

Debtor  **Michael Kastrenakes**                                                                                 Case number **8:22–bk–01210–CED**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sam M. Gibbons United States Courthouse 801 North Florida Avenue, Suite 555 Tampa, FL 33602 | Hours open: Mon–Fri 8:30am–4:00pm Contact phone  813–301–5162 Date: March 31, 2022 |
| **7.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the courthouse. | **April 22, 2022 at 12:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee.*** | **Meeting will be held telephonically by the U.S. Trustee's Office. For Tampa and Ft. Myers cases Call in number: 866–910–0293, Passcode: 7560574.** |
| **8.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints: 6/21/22** |
| | **Deadline for filing proof of claim:** **For a governmental unit: 180 days from the date of filing** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | June 6, 2022 |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9.** **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |

**For more information, see page 3 >**

| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
|---|---|---|
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |
| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |