United States Bankruptcy Court
Middle District of Florida

In re:  Case No. 22-01210-CED
Michael Kastrenakes  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8 | User: admin | Page 1 of 2
Date Rcvd: Mar 31, 2022 | Form ID: Dntcdfnc | Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Kastrenakes, 1755 McCauley Rd., Clearwater, FL 33765-1510 |
| cr | | CPX Holdings, LLC, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| cr | + | Cygram Heritage, LLLP, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| intp | | Maria Kastrenakes, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| cr | + | Panayiotis Vasiloudes, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Courtney Leasing, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Adam L Alpert
    on behalf of Creditor CPX Holdings  LLC aalpert@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Adam L Alpert
    on behalf of Interested Party Maria Kastrenakes aalpert@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

| District/off: 113A-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2022 | Form ID: Dntcdfnc | Total Noticed: 5 |

Danielle S Kemp
    on behalf of Creditor Courtney Leasing  Inc. kempd@gtlaw.com, meyerp@gtlaw.com;FLService@gtlaw.com

Edward J. Peterson, III
    on behalf of Debtor Michael Kastrenakes epeterson@srbp.com  epeterson.ecf@srbp.com;srbpecf@srbp.com

J Steven Wilkes
    on behalf of U.S. Trustee United States Trustee - TPA steven.wilkes@usdoj.gov

John A Anthony
    on behalf of Creditor Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Creditor Cygram Heritage  LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

Kathleen L DiSanto
    on behalf of Interested Party Maria Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Nathan A Wheatley
    on behalf of U.S. Trustee United States Trustee - TPA nathan.a.wheatley@usdoj.gov

Ruediger Mueller
    trustee@tcmius.com  crm11@trustesolutions.net

United States Trustee - TPA
    USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 12

**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:22−bk−01210−CED
Chapter 11

Michael Kastrenakes

_____Debtor*_____/

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On March 27, 2022 the above named Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   Debtors who are not represented by an attorney shall cure deficiencies by filing the required papers with the Court in person at the Court or by email, facsimile ("fax"), U.S. Mail, or other delivery. Debtors are strongly encouraged to file by email as there may be delays in the Court's processing of papers received by fax, U.S. Mail, or other delivery.

Debtors may file papers in Tampa and Ft. Myers cases at the following addresses. If papers are filed by email or fax, Debtor must also mail the papers to the Courthouse.

flmb−intake−tampa−ft−myers@flmb.uscourts.gov
(Fax) 813−301−5192
U.S. Bankruptcy Court
801 North Florida Avenue
Suite 555
Tampa, FL 33602

   A fully completed Summary of Your Assets and Liabilities and Schedules A through J were not filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), the Debtor is directed to file the missing items with proper declaration of the Debtor no later than 14 days from the date the petition was filed.

   A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   If additional creditors not initially provided with the Petition are added on the Schedules, the Debtor is directed to include $32.00 amendment fee and provide proof of service of the Notice of Chapter 11 Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13 plan must also be served on the additional creditors.

   The Statement of Financial Affairs was not filed. The Debtor is directed to file a signed Statement of Financial Affairs using the form B107 for an individual or B207 for non−individuals within 14 days from the date the case was filed.

   The attorney for Debtor did not file an Attorney's Disclosure of Compensation required by 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b). The attorney for the Debtor is directed to file an Attorney's Disclosure of Compensation (Form B2030) within 14 days from the date the petition was filed. Failure of attorney for the Debtor to cure this deficiency may result in sanctions or the issuance of a

show cause order.

The Debtor failed to file the Chapter 11 list of Twenty Largest Unsecured Creditors pursuant to Fed. R. Bankr. P. 1007(d) (Official Form B104 for Individuals and B204 for Non−Individuals). The Debtor is directed to file the list within seven days from the date the petition was filed.

Pursuant to 11 U.S.C. 1116(1), the following documents are required and have not been filed: the most recent balance sheet, statement of operations, cash−flow statement and/or Federal income tax return or a statement made under penalty of perjury that no balance sheet, statement of operations or cash−flow statement has been prepared and no Federal tax return has been filed. The Debtor is directed to file these documents within seven days from the date the petition was filed.

The Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

|  |  |
|---|---|
| Dated: March 31, 2022 | FOR THE COURT<br>Sheryl L. Loesch , Clerk of Court |
|  | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.