UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,                              Case No. 8:22-bk-1210-CED

    Debtor.
_____/

## DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

MICHAEL KASTRENAKES (the "**Debtor**"), hereby requests an extension of time to file his Schedules and Statement of Financial Affairs (the "**Schedules**") and in support thereof, states:

1. On March 27, 2022 (the "**Petition Date**"), the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and made an election to proceed in Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

2. With his Petition, the Debtor filed a list of creditors and addresses, but has not yet completed the Schedules as required by §521(1) of the Bankruptcy Code. The Debtor is diligently pursuing the completion of the Schedules and expect to file the Schedules on or before April 15, 2022.

3. The Debtor's §341 Meetings of Creditors is currently scheduled for April 22, 2022. Granting the Debtor's requested extension of time through and including April 15, 2022, to file the Schedules will provide parties in interest sufficient time to review the documents prior to the §341 Meeting of Creditors and will not prejudice parties in interest.

WHEREFORE, the Debtor respectfully requests that this Court enter an order granting this Motion, extending the time through and including April 15, 2022, for the Debtor to file his Schedules and providing such other and further relief as is just.

>   */s/  Amy Denton Harris*
>   Edward J. Peterson (FBN 014612)
>   Amy Denton Harris (FBN 0634506)
>   Stichter Riedel Blain & Postler, P.A.
>   110 East Madison Street, Suite 200
>   Tampa, Florida   33602
>   Telephone:  (813) 229-0144
>   Email:  epeterson@srbp.com; aharris@srbp.com
>   Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Debtor's Motion to Extend Time to File Schedules and Statement of Financial Affairs* has been furnished on this 6th day of April, 2022, by the Court's CM/ECF electronic mail system to all parties receiving electronic service.

>   */s/ Amy Denton Harris*
>   Amy Denton Harris