**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.8:22-bk-01210-CED |
| MICHAEL KASTRENAKES, | CHAPTER 11 |
| Debtor. | |
| _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, GROW FINANCIAL FEDERAL CREDIT UNION hereby files its Notice of Appearance in the above-captioned case. The undersigned attorney for GROW FINANCIAL FEDERAL CREDIT UNION requests that all notices of the matters arising herein be duly served on him at the address hereinunder noted.

Dated this __8th__ day of April, 2022.

/s/ J. BLAIR BOYD
JAMES E. SORENSON (FL Bar #0086525)
D. TYLER VAN LEUVEN (FL Bar #0178705) &
J. BLAIR BOYD (FL Bar #28840)
Sorenson Van Leuven, PLLC.
Post Office Box 3637
Tallahassee, Florida 32315-3637
Telephone (850) 388-0500
Facsimile (850) 391-6800
bk@svllaw.com
Attorneys for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Edward J. Peterson III, Esq., 110 East Madison Street, Suite 200, Tampa, FL 33602, Attorney for Debtor, Michael Kastrenakes, 1755 McCauley Road, Clearwater, FL 33764, Debtor, and Ruediger Mueller, 1112 Watson Court, Reunion, FL 34747-6784, Trustee, by electronic means or U.S. Mail on this __8th__ day of April, 2022.

/s/ J. BLAIR BOYD
Attorney