UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                  Chapter 11

MICHAEL KASTERNAKES,                              Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**STATEMENT OF ATTORNEY COMPENSATION**
**PURSUANT TO BANKRUPTCY RULE 2016(b)**

Pursuant to Section 329 of the Bankruptcy Code and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorney for Michael Kasternakes (the "**Debtor**") in this Chapter 11 case makes this statement setting forth the compensation paid or agreed to be paid to Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**") for services rendered or to be rendered in contemplation of and in connection with the Chapter 11 case, and the source of such compensation.

    1.    Prior to the filing of this Chapter 11 case, Stichter Riedel received the sum of $41,738.00 for prepetition services and as a retainer (the "**Retainer**") for this Chapter 11 case. The Retainer was to be applied first to pre-petition services (including fees, costs and the Chapter 11 filing fees) and the balance was to reduce Stichter Riedel's application for post-petition fees and costs.

    2.    The sum paid by the Debtor is for legal services rendered or to be rendered in connection with this Chapter 11 case. The services rendered or to be rendered by Stichter Riedel include, but are not limited to, the following:

    a.    To give the Debtor legal advice regarding his duty as Debtor in Possession in the continued management of his property;

b. To stay all suits against the Debtor which affect property in which the Debtor has equity;

c. To represent the Debtor in all adversary proceedings;

d. To prepare all necessary petitions, answers, orders, reports, schedules, statement of financial affairs, and other legal papers; and

e. To perform all other legal services for the Debtor as Debtor in Possession that may be appropriate in this Chapter 11 case.

3. The Debtor has paid or agreed to pay the undersigned for all services rendered or to be rendered and all out-of-pocket costs and expenses incurred or to be incurred as follows:

a. The Debtor shall pay for all services rendered or to be rendered in connection with this Chapter 11 case based upon an hourly fee arrangement, subject to determination by the Court, upon proper application by Stichter Riedel. Stichter Riedel's fees are calculated on a time basis at the firm's prevailing hourly rates, which are currently as follows:

| | |
|---|---|
| Partners | $325-$550 |
| Associates | $300-$375 |
| Paralegal | $200 |

These hourly rates are subject to periodic adjustment based upon market conditions.

b. The Debtor shall pay for all out-of-pocket costs advanced on the Debtor's behalf or incurred in rendering legal services on the Debtor's behalf, subject to determination by the Court, upon proper application by Stichter Riedel.

4. The source of the sums paid to Stichter Riedel were from the Maria Kastrenakes IRR Trust 12/30/2009.

5. The source of any additional sums to be paid to Stichter Riedel will be the Debtor's funds or any other source approved by the Court.

6. Stichter Riedel has not shared or agreed to share any portion of its compensation with any other person who is not a member or regular associate of the firm.

7. Stichter Riedel has not received any other payment in this case and has no other agreement, except as set forth herein.

Dated:  April 15, 2022

*/s/ Edward J. Peterson*
Edward J. Peterson
Florida Bar No. 0014612
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street - Suite 200
Tampa, Florida 33602
Phone: (813) 229-0144
Email:  epeterson@srbp.com
Attorneys for Debtor

4860-7871-4644, v. 1