UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:   Chapter 11

MICHAEL KASTRENAKES,   Case No. 8:22-bk-1210-CED

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Chapter 11 Bankruptcy Case* (Doc. No. 13) has been furnished on this 15th day of April, 2022, by U.S. mail to:

Carlouel Yacht Club
1091 El Dorado Ave.
Clearwater Beach, FL 33767

Vasilios and Eva Gargeros
2132 Gulf View Blvd., Unit 14/24
Dunedin, FL 34698

HF Financial, LLC
701 Spottis Woode Lane
Clearwater, FL 33756

Irene Pappas, Trustee of the Irene
Pappas Revocable Trust utd 8/23/99
2632 Velventos Dr.
Clearwater, FL 33761

New York Life Insurance and
Annuity Corp.
P.O. Box 139052
Dallas, TX 75313-9052

New York Life Insurance and
Annuity Corporation
P.O. Box 6916
Cleveland, OH 44101

U.S. Bank, N.A.
Southeast RV/Marine
P.O. Box 790179
Saint Louis, MO 63179-0179

Thomas Zervas
2632 Velventos Dr.
Clearwater, FL 33761

    */s/ Edward J. Peterson*
    Edward J. Peterson (FBN 014612)
    Stichter Riedel Blain & Postler, P.A.
    110 East Madison Street, Suite 200
    Tampa, Florida 33602
    Telephone: (813) 229-0144
    Email: epeterson@srbp.com
    Attorneys for Debtor