Robert C. Schermer, Esq.
Greene Hamrick Schermer & Johnson, P.A.
410 43rd Street W., Ste. N
Bradenton, Florida 34209
(941) 747-1871
Attorneys for SouthState Bank, N.A.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In Re: Michael Kastrenakes, | Chapter 11 |
| Debtor. | Case No: 8:22-BK-01210-CED |
| _____/ | **NOTICE OF APPEARANCE** **REQUEST FOR NOTICES** |

SouthState Bank, N.A., successor by merger to CenterState Bank, N.A., by and through the undersigned counsel, hereby gives notice of appearance and request for notices in the above-styled action. All papers and notices filed with the Court should be sent to the undersigned counsel at the address indicated.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system at the time of filing to United States Trustee – TPA, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, Florida 33602, email: USTPRegion21.TP.ECF@USDOJ.GOV, and by prepaid, first class United States mail on this 19th day of April, 2022 to the following persons:

Michael Kastrenakes, Debtor
1755 McCauley Rd.
Clearwater, FL 33764

Edward J. Peterson III, Attorney for Debtor
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602

Ruediger Mueller, Trustee
Dr. Mueller Associates, Inc.
1112 Watson Court
Reunion, FL 34747-6784

GREENE HAMRICK SCHERMER
& JOHNSON, P.A.

*/s/ Robert C. Schermer*
Robert C. Schermer, Esquire
Florida Bar No. 380741
410 43rd Street W., Ste. N
Bradenton, Florida 34209
Telephone: (941) 747-1871
Facsimile: (941) 747-2991
rschermer@manateelegal.com
Attorneys for Plaintiff