# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:22-bk-01210-CED |
| MICHAEL KASTRENAKES, | CHAPTER 11 |
| Debtor. | |

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Robert B. George and Ryan J. Mittauer appear as counsel for Creditor, FIRST HOME BANK, in this case, and pursuant to Rule 2002, Federal Rule of Bankruptcy Procedure, request that all motions, orders, pleadings and notices given or required to be served in this case be served upon them.

Date: April 19, 2022

**THE LILES FIRM, P.A.**

*/s/ Robert B. George*
**ROBERT B. GEORGE**
Florida Bar No. 0108995
**RYAN J. MITTAUER**
Florida Bar No. 091869
50 North Laura Street, Suite 1200
Jacksonville, Florida 32202
(904) 634-1100 – Telephone
(904) 634-1234 – Facsimile
E-mail: rgeorge@thelilesfirm.com
rmittauer@thelilesfirm.com
aperry@thelilesfirm.com

*Counsel for Creditor, First Home Bank*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via CM/ECF electronic notice in this case this 19th day of April, 2022 to all counsel of record, including:

Edward J. Peterson III
Sticher, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602
epeterson@srbp.com

Ruediger Mueller, Bankruptcy Trustee
Dr. Mueller Associates, Inc.
1112 Watson Court
Reunion, FL 34747
trustee@tcmius.com

U.S. Trustee
United States Trustee –TPA
501 E. Polk Street
Tampa, FL 33602
USTPRegion21.TP.ECF@USDOJ.GOV
steven.wilkes@usdoj.gov
nathan.a.wheatley@usdoj.gov

            _/s/ Robert B. George_
            Attorney