**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Michael Kastrenakes** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | 8:22-bk-1210-CED |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| 1.1 | | |
|---|---|---|
| | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| **1755 McCauley Rd.** | ■ Single-family home | |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | Current value of the entire property? |
| **Clearwater    FL    33764-0000** | ☐ Land | $1,350,000.00 |
| City    State    ZIP Code | ☐ Investment property | Current value of the portion you own? |
| | ☐ Timeshare | $1,350,000.00 |
| | ☐ Other _____ | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | **Who has an interest in the property?** Check one | |
| **Pinellas** | ☐ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ■ At least one of the debtors and another | ☐ Check if this is community property (see instructions) |
| | Other information you wish to add about this item, such as local property identification number: | |
| | **2021 Just Market Value listed** | |

2.    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**

| $1,350,000.00 |
|---|

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Michael Kastrenakes**                                Case number *(if known)*    **8:22-bk-1210-CED**

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | | | |
|---|---|---|---|

| | | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Audi** | ■ Debtor 1 only | |
| Model: | **A5** | ☐ Debtor 2 only | |
| Year: | **2018** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **30,000** | ☐ At least one of the debtors and another | |
| Other information: | | ☐ Check if this is community property (see instructions) | **$33,900.00** / **$33,900.00** |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>    **$33,900.00**

### Part 3:   Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Household furnishings (tenancy by the entireties) - see attached appraisal | $30,506.00 |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| Computers/electronics (tenancy by the entireties) - value included in #6, see attached appraisal | $0.00 |
|---|---|

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes.  Describe.....

| Artwork, Collectibles (tenancy by the entireties) - value included in #6, see attached appraisal | $0.00 |
|---|---|

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Michael Kastrenakes**                                    Case number *(if known)*    **8:22-bk-1210-CED**

■ Yes.  Describe.....

| | |
|---|---|
| Sports and Hobby Equipment (tenancy by the entireties) - value included in #6, see attached appraisal | $0.00 |

| | |
|---|---|
| Callaway Golf Clubs, Trek Bontrager - see attached appraisal | $725.00 |

10. **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Miscellaneous clothing, shoes and accessories - see attached appraisal | $200.00 |

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Jewelry and Watches - see attached appraisal | $2,955.00 |

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Dog (tenancy by the entireties) | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

   $34,386.00

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes..............................................................................................................

|  | **Cash** | $500.00 |
|---|---|---|

Debtor 1   **Michael Kastrenakes**                                      Case number *(if known)*   **8:22-bk-1210-CED**

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ■ Yes.....................                            Institution name:

   | 17.1. | **Checking 7751** | **SouthState Bank** | $15,093.00 |
   |---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ■ No
   ☐ Yes..................                       Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
   joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Ximplipay, LLC** | **4.9%** | % | **Unknown** |
| **KAZ Reinsurance FL, LLC** | **50%** | % | **Unknown** |
| **Platinum Auto Finance of Tampa Bay, LLC** | **13%** | % | **Unknown** |
| **CallPass, LLC** | **3.7%** | % | **Unknown** |
| **Business Interests - see attachment for defunct entities** | | % | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ■ No
   ☐ Yes. Give specific information about them
                                       Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ■ No
   ☐ Yes. List each account separately.
                         Type of account:          Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ■ No
   ☐ Yes. ....................                       Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ■ No
   ☐ Yes............               Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ■ No
   ☐ Yes............               Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Michael Kastrenakes**                                    Case number *(if known)*    **8:22-bk-1210-CED**

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☑ No
- ☐ Yes.  Give specific information about them...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ☑ No
- ☐ Yes.  Give specific information about them...

27.  **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ☑ No
- ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28.  **Tax refunds owed to you**
- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29.  **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☑ No
- ☐ Yes. Give specific information......

30.  **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☑ No
- ☐ Yes.  Give specific information..

31.  **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **New York Life policies: 61223943; 61185564; and 61187603** | **Maria Kastrenakes** | **$32,342.72** |

32.  **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ☑ No
- ☐ Yes.  Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☐ No
- ☑ Yes.  Describe each claim.........

| | |
|---|---|
| **Counterclaims in NextGear Capital, Inc. v Michael Kastrenakes, et al., Case No. 2020-003846-CI, Pinellas County Circuit Court** | **Unknown** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Michael Kastrenakes** | Case number *(if known)* | **8:22-bk-1210-CED** |
|---|---|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................ | **$47,935.72** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
- ☐ No
- ■ Yes. Give specific information.........

| Carlouel Yacht Club Membership | $0.00 |
|---|---|

| Esporta Gym Membership | $0.00 |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ..................................... | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................ | | **$1,350,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$33,900.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$34,386.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$47,935.72** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | +    **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$116,221.72**  Copy personal property total | **$116,221.72** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$1,466,221.72** |



Michael Kastrenakes                                          April 18 , 2022
1755 McCauley Road
Clearwater , Florida 33765

Dear Mr. Kastrenakes,

As you requested, Read and Kelley Estate Services, LLC conducted a summary appraisal of
personal property on April 8 , 2022 at your residence located at 1755 McCauley Road
Clearwater , Florida. It is understood that the property included in this report belongs to you and
you as well as your non filing spouse , were present during the inspection. Values are effective as
of the date of inspection.

The object of this appraisal was to determine Fair Market Value for use by the United States
Bankruptcy Court in the administration of this case. Any other use renders this appraisal null and
void. Values stated do not reflect any expenses that may be incurred should these items be sold,
such as advertising costs or selling commissions.

This report is intended for use only by you, our client, and the United States Bankruptcy Court.
Use of this report by others is not intended, nor is this report an indication of, or a certificate of
title or ownership. The identification of the interest of the party(ies) involved is simply that
represented to the appraiser by such party and no inquiry or investigation will be made nor is any
opinion to be given as to the truth of such representation. If this report is reproduced, copied, or
otherwise used, it must be done so in its entirety including the cover document and all
attachments.

The appraisal report has been structured to comply with the Internal Revenue Code pertaining to
Bankruptcy. The definition of Fair Market Value as set forth in that section of the Code is as
follows:  "The price in terms of money which a property would bring in a competitive and open
market under conditions requisite to a fair sale, the buyer and seller, each acting prudently,
knowledgeably, and assuming the price is not affected by undue stimulus."

In this appraisal, value has been established by the market data approach. This method of
valuation involves comparison of the property with similar items which have sold within the
market that considered most common for each item. Markets considered and the recent sales
prices reviewed for items comparable to those listed include, but are not limited to, auctions,
used furniture stores, used electronics and appliance stores, yard sales, flea markets, pawn shops,
internet on-line sales and auctions, personal observation, recognized price guides, classified
advertisements as well as reviewed sales by dealers and retailers.

Market analysis appears normal for this time of year. Because quality, condition, desirability and obsolescence affect the appropriate market where items could be purchased by the public, different markets may have considered for different items of property.

All information concerning this report is regarded as confidential.  Read and Kelley Estate Services, LLC will retain a copy of this document for no less than 24 months, however any digital photographs taken will not be kept. Furthermore, we will not allow others to have access to this report unless ordered to do so by a court of law.

In general, the condition of the items was good.  Any further alterations are so noted in the appraisal report. This appraisal is based on the readily apparent identity of the items appraised, and any electronic or mechanical devices or equipment is assumed to be in good working order unless otherwise noted.  Any value assessments that were based solely or in part on information given to the appraiser while on site may or may not be accurate depending on the validity of the information provided.

All wood designations are based only on visual examination without benefit of laboratory analysis, which is necessary for conclusive identification. Therefore, all stated wood identities and associated values are conditional on an "appears to be" basis. Furthermore, no employee associated with Read and Kelley Estate Services, LLC represents themselves to be a certified Fine Art Appraiser and all framed artwork, prints, posters and picture values are based only on superficial visual examination. None were removed from their frames for verification or authentication which is necessary for conclusive identification. Therefore, all stated art identities and associated values are conditional on an "appears to be" basis within the parameters of our experience.

No employee associated with Read and Kelley Estate Services, LLC in any way represents themselves to be a certified gemologist and any and all jewelry values stated are based on secondary market estimates. Furthermore gemstones are not removed from their settings to be precisely measured and all size measurements are approximate. Jewelry values in this appraisal may be based on the readily apparent identity of the items appraised and some stated identities are based only on the reliability of the MIZAR Diamond Tech Pro diamond tester and/ or the Acculab brand scale that I carry to determine weight and authenticity. Items of jewelry stamped as 10, 14 or 18 K gold are accepted as such, other items are tested with acid and results are only as reliable as the acid test provides.  Gold and / or silver values may be based in full or part on spot prices from the date the items were researched.

The values expressed herein are based on the appraiser's best judgment and opinion and are not a warranty that the items will realize those values if offered for sale. The values expressed are based on current information on the date the appraisal was made. No opinion is expressed as to any past or future values. Qualifications to execute this appraisal are included in this report and may also be viewed at personalpropertyappraiser.net.

## JOINT INVENTORY

### DINING AREA AND KITCHEN

|     |                                                                                                                               |          |
| --- | ----------------------------------------------------------------------------------------------------------------------------- | -------- |
| 1.  | Dining table and eight chairs                                                                                                 | 350.00   |
| 2.  | Library style table                                                                                                           | 225.00   |
| 3.  | Lamp                                                                                                                          | 15.00    |
| 4.  | Two upholstered chairs                                                                                                        | 80.00    |
| 5.  | Round table                                                                                                                   | 90.00    |
| 6.  | China Cabinet                                                                                                                 | 250.00   |
| 7.  | Lenox flat ware, Vintage Jewel                                                                                                | 120.00   |
| 8.  | Lenox Tyler for 12 + and Rittenhouse Square china                                                                             | 350.00   |
| 9.  | Waterford Lismore diamond  cups and saucers                                                                                   | 50.00    |
| 10. | Waterford Holiday Ribbons                                                                                                      | 550.00   |
| 11. | Herend Blue Fishnet Goose with Golden Egg Figurine 5936                                                                       | 175.00   |
| 12. | Decorative items, candlesticks, dishware , glassware , lamps, rugs or collectables through out house  not listed elsewhere in this report | 350.00   |
| 13. | Herend green fishnet rabbits Ear Up                                                                                           | 140.00   |
| 14. | Lladro ducks and giraffe figurine                                                                                             | 96.00    |
| 15. | 21 Waterford stems                                                                                                            | 315.00   |
| 16. | 4 Waterford flutes                                                                                                            | 55.00    |
| 17. | Lladro wedding #4808                                                                                                          | 55.00    |
| 18. | Lalique Chrysis                                                                                                               | 195.00   |
| 19. | Limoges boxes                                                                                                                 | 45.00    |
| 20. | Assorted sterling silver , silver mementos, icons  in cabinet                                                                 | 300.00   |
| 21. | 10  five-piece place settings , Wallace Rose point                                                                            | 1,266.00 |
| 22. | Jonathan Adler rock glasses                                                                                                    | 40.00    |
| 23. | Subzero refrigerator                                                                                                          | 1,650.00 |
| 24. | Wolf 6 burner range                                                                                                           | 3,600.00 |
| 25. | Bosch dishwasher                                                                                                              | 100.00   |
| 26. | Kitchen aid microwave                                                                                                         | 70.00    |
| 27. | Cutco knife  set                                                                                                              | 300.00   |
| 28. | Three bar stools                                                                                                              | 120.00   |
| 29. | Assorted dishes, pots, pans, utensils, glasses , cook ware, bake ware, serving ware, bar ware  and kitchenware ' throughout house' not listed elsewhere in this report | 350.00   |

**DEN**

| | | |
|---|---|---:|
| 1. | Damaged table and 8  chairs | 200.00 |
| 2. | Stone top server | 175.00 |
| 3. | Metal and glass shelf | 40.00 |
| 4. | Blue and white dish ware throughout house | 170.00 |
| 5. | Painting and prints throughout house not listed elsewhere in this report | 800.00 |
| 6. | Sectional sofa | 100.00 |
| 7. | Two brass tack trim taupe chairs , soiled | 80.00 |
| 8. | Three stools | 60.00 |
| 9. | Metal and glass three shelf stand | 20.00 |
| 10. | Mirrored top stand | 25.00 |
| 11. | Samsung television | 120.00 |
| 12. | Samsung DVD | 15.00 |
| 13. | Onkyo RXNR535 | 65.00 |
| 14. | Lalique Ermenonville Vase | 155.00 |
| 15. | Control 4 home amp | 30.00 |
| 16. | Two Shane Pendley Paintings | 5,000.00 |
| 17. | Tan and black camel back sofa | 165.00 |
| 18. | 4 button tufted chairs with rolled arms | 400.00 |
| 19. | Round ottoman | 100.00 |
| 20. | Lladro 1528 I love you truly | 125.00 |
| 21. | Round entry table with broken marble top | 50.00 |

**POOL DECK**

| | | |
|---|---|---:|
| 1. | Four chairs and fire pit | 100.00 |
| 2. | Two plastic rattan lounge chairs , glider and table | 125.00 |
| 3. | Bar table, damaged and 4 stools with umbrella | 100.00 |
| 4. | Metal table and 6 chairs | 250.00 |
| 5. | Metal day bed | 45.00 |
| 6. | Metal sofa with cushions and chair and stool | 80.00 |
| 7. | Clover top table | 40.00 |
| 8. | Wolf drop in grill | 2,000.00 |
| 9. | Two chairs and stone effect table | 35.00 |

## BILLIARDS ROOM

| | | |
|---|---|---|
| 1. | Damaged sectional sofa | 150.00 |
| 2. | Super bowl memorabilia | 60.00 |
| 3. | Sharp television | 100.00 |
| 4. | Stone top credenza | 300.00 |
| 5. | Brunswick pool table | 500.00 |
| 6. | Table and 4 chairs | 80.00 |
| 7. | Chess table | 100.00 |
| 8. | Two round stone top tables | 200.00 |

## ROOM

| | | |
|---|---|---|
| 1. | Bed and two night stands | 250.00 |
| 2. | Shelf | 100.00 |

## MUSIC ROOM

| | | |
|---|---|---|
| 1. | Oriental effect armor | 110.00 |
| 2. | Red leather sofa | 250.00 |
| 3. | Stone top coffee table with gold tone base | 150.00 |
| 4. | Two drop leaf end tables | 80.00 |
| 5. | Two lamps | 40.00 |
| 6. | Two painted chairs | 90.00 |
| 7. | Rugs throughout house | 500.00 |

## OFFICE

| | | |
|---|---|---|
| 1. | Shelves and desk with two lateral file cabinets | 750.00 |
| 2. | Desk with privacy panel, damaged | 60.00 |
| 3. | Two laminate file cabinets | 16.00 |
| 4. | Two chairs | 40.00 |
| 5. | Lamp | 25.00 |

## BALCONY AND MASTER BEDROM

| | | |
|---|---|---|
| 1. | Desk and chair | 250.00 |
| 2. | Two nightstands and dresser with damaged veneer | 250.00 |
| 3. | King bed | 150.00 |
| 4. | Button tufted sofa, soiled | -0- |
| 5. | Two skirted chairs | 80.00 |
| 6. | End table | 30.00 |
| 7. | Philip television | 40.00 |
| 8. | Lamps | 30.00 |
| 9. | Sony DVD | 8.00 |
| 10. | Mirror | 85.00 |
| 11. | Peloton bike, 5 years old | 700.00 |
| 12. | Keys fitness ST200 | 150.00 |

**ROOM**

| | | |
|---|---|---|
| 1. | Stained sofa | 75.00 |
| 2. | Sliding glass door bookcase and contents | 150.00 |

**ROOM**

| | | |
|---|---|---|
| 1. | Chest , dresser, nightstand, desk and bed | 500.00 |

**ROOM**

| | | |
|---|---|---|
| 2. | Dresser, two night., desk, chest and bed | 545.00 |

**ROOM**

| | | |
|---|---|---|
| 3. | Bernhardt bed, two nightstand, armoire and dresser | 500.00 |
| 4. | Desk | 80.00 |

**LAUNDRY AND GARAGE**

| | | |
|---|---|---|
| 1. | Electrolux washing machine and dryer | 300.00 |
| 2. | Generator with Honda 13 hp engine | 425.00 |
| 3. | Wheelbarrow | 25.00 |
| 4. | Yard tools | 20.00 |
| 5. | Two ladders | 150.00 |
| 6. | Little giant ladder system | 100.00 |

**TOTAL JOINT INVENTORY**                    **$30,506.00**

**PERSONAL INVENTORY**

| | | |
|---|---|---:|
| 1. | 9.96 Platinum ring | 325.00 |
| 2. | 10 k signet ring 2.50 g | 70.00 |
| 3. | Men's clothing and costume type jewelry items | 200.00 |
| 4. | Asus laptop 5 years | -0- |
| 5. | Cartier roadster 2510 | 2,500.00 |
| 6. | Apple watch  4 years old | 60.00 |
| 7. | Callaway golf clubs | 175.00 |
| 8. | Trek Bontrager | 550.00 |

**TOTAL PERSONAL INVENTORY**                    **$3,880.00**

Items you are keeping for others and personal items belonging to your adult children and spouse, as well as items your spouse brought into the marriage are not included in this report

Read and Kelley Estate Services LLC
by Joy Augustine

**APPRAISAL CERTIFICATION**

- Statements of fact contained in this report are true and correct. The opinions stated, are based on a full and fair consideration of all the facts available on the date the appraisal was made.

- The reported analysis, opinions, and conclusions are limited only by the reported critical assumptions and limiting conditions, and personal unbiased professional analysis, opinions and conclusions.

- Read and Kelley Estate Services, LLC, has no undisclosed past, present or future interest in the appraised items or in any proceeds to be derived therefrom, and have no personal interest or bias with respect to the parties involved.

- Neither employment nor compensation for this appraisal were contingent upon the reporting of a predetermined value that favors the client, on the amount of the value estimate, on the attainment of stipulated results, or the occurrence of a subsequent event.

- Unless noted elsewhere an employee of Read and Kelley Estate Services, LLC, has personally inspected the listed property that is the subject of this report.

- Unless noted elsewhere, no one provided significant professional assistance to Read and Kelley Estate Services, LLC.

- This appraisal has been prepared in conformity with and is subject to the International Society of Appraisers' *Appraisal Report Writing Standard* and to the ISA Code of Ethics. In addition, our analysis, opinions and conclusions were developed, and this report has been prepared in conformity with, The Appraisal Foundations' *Uniform Standard of Professional Appraisal Practice* (USPAP). Any departure from these standards were discussed with the client in advance and are noted in the report.

- The AMI has mandatory re-qualification requirements for all their members. Appraisers employed by Read and Kelley Estate Services, LLC, are in full compliance with those regulations.

Read and Kelley Estate Services LLC
by Joy Augustine

# QUALIFICATIONS

## Joy Augustine, ISA-AM, GPPA, CEA, AOA-AM, ABA-AM

Graduate of University of Maryland University College / International Society of Appraisers Core Courses, 1997
101 - Appraisal principles and Business Practice
102 - Appraisal Ethics, ISA Standards, USPAP, Identification/Authentication, Research and Legal Issues
103 - Legal Aspects of Appraising, Case Studies, Expert Witness, Practical Appraisal Report Writing
Graduate of University of Maryland University College/ International Society of Appraisers Specialty Course, 2000
201 - Antiques and Residential Contents
Accredited member of the International Society of Appraisers
Admitted, International Society of Appraisers Certification Program
Graduate Auction Marketing Institute Graduate Personal Property Appraiser Program, 2002
101 - Responsibilities of appraiser; USPAP, factors affecting value, trends, functions of an appraisal,
identification, valuation, legal aspects, research methods
201 - Plant Machinery and Equipment, identification, research and documentation
for appraisals of plant machinery and equipment
Accredited NAA Graduate Personal Property Appraiser, 2002
Certified Equine Appraiser - American Society of Equine Appraisers
Member International Gem Society
Charter President and Accredited member AABA, American Association of Bankruptcy Appraisers
Accredited member, AOA, Association of Online Appraisers
Member of ACNA, *Antique Collector National Association*
Member NAC, *National Association of Collectors*
Member in good standing, FAGCA, *Fenton Art Glass Collectors of America,* Fostoria Glass Collectors, Inc., Waterford
Collectors Society, Royal Doulton Company International Collectors Club
Member Southwest Florida Bankruptcy Professional Association
Graduate Savon Retail Furniture Education, St. Petersburg, FL
Certified auction Ring Master
Licensed Consultant, appraisal
Experience in orderly liquidation, estate liquidation
Experience in retail jewelry and furniture
Experienced expert witness, Federal and State Courts
Experienced dealer in household goods, jewelry and electronics
Experienced dealer in antiques and collectibles
Experienced buyer/vendor, on-line auctioning
Consultant in appraisal of outdoor advertising structures
Maintain extensive library and data base on antiques, collectibles, audio-visual electronics
On-line for sales and auction results
Attended private showings and lectures on glass art production in Zelezny Brod, Czech Republic
Attended private showing and discussions at *North Bohemian Museum* in Liberec, Czech Republic
Published author; Czechoslovakian Collectors Guild International,
Glass Arts Society Journal 2000, Family Values Magazine, Guidepost Magazine
Featured, Fort Myers News Press Sunday Business Section, March 21, 1999
Featured, News and Views Issue 728
Featured lecturer, The Glass Arts Society Annual Conference, Brooklyn, NY, 2000
Recognized authority on Zelezny Brodsklo glass figurine
Registered, Maloney's Resource Directory
Registered, I.S.A. Membership Directory
Registered, International Society of Appraisers online referral service

## SELECTED CLIENT LIST

- Attorney Diane Jensen, Trustee United States Bankruptcy Court, Fort Myers, FL
- Attorney Luis Rivera, Trustee United States Bankruptcy Court, Fort Myers, FL
- Attorney Robert Tardif, Trustee United States Bankruptcy Court, Fort Myers, FL
- Attorney Shari Streit Jansen, Trustee United States Bankruptcy Court, Sarasota, FL
- Gerard A. McHale, Jr., P.A., Chapter 11 Trustee, United States Bankruptcy Court, Fort Myers, FL
- Andrea P. Bauman, Trustee United States Bankruptcy Court, Highland City, FL
- Attorney Douglas Menchise, Trustee, United States Bankruptcy Court, Clearwater, FL
- Attorney Stephen Meininger, Trustee United States Bankruptcy Court, Tampa FL
- Attorney Traci Strickland, Trustee United States Bankruptcy Court, Tampa, FL
- Attorney V. John Brook, Trustee United States Bankruptcy Court, Saint Petersburg, FL
- Angela L. Welch Esposito, Trustee United States Bankruptcy Court, Odessa, FL
- Attorney Beth Ann Scharrer, Trustee United States Bankruptcy Court, Seminole, FL
- Lauren P. Greene, Trustee United States Bankruptcy Court, Seminole, FL
- Carolyn Chaney, Trustee United States Bankruptcy Court, St. Petersburg, FL
- Attorney Stephany Carr, Naples, FL
- Attorney Richard Johnston, Fort Myers, FL
- Attorney Greg Champeau, Fort Myers, FL
- Phoenix Law Firm, Fort Myers, FL
- Attorney Michael Rich, Fort Myers, FL
- Attorney Patrick Neale, Naples, FL
- Attorney Jeffrey Leasure, Fort Myers, FL
- Attorney Richard Hollander, Naples, FL
- Dellutri Law Firm, Fort Myers, FL
- Attorney Mark Martella, Port Charlotte
- Attorney Joseph C Trunkett, Fort Myers, FL
- Attorney Mary Valask Snell, Fort Myers, FL
- Attorney Roger Waltemyer, Fort Myers, FL
- Attorney Allen Griffith, Fort Myers, FL
- Attorney Kim Levy, Fort Myers, FL
- Attorney Philip Burnett, Fort Myers, FL
- Attorney Melissa Skeen, Fort Myers, FL
- Attorney Tricia Spivey, Fort Myers, FL
- Attorney Mark D. Hildreth, Sarasota, FL
- Attorney Alan Watkins, Tampa, FL
- Attorney Louis Amato, Naples, FL
- Attorney Diane Preston Moore, Naples, FL
- Herbert Weinberg Attorney for the Trustee, Boston, MA
- Northern Trust Bank, Fort Myers, FL
- Raymond James Trust Company, Fort Myers, FL
- Barnett Bank Trust Company, Fort Myers, FL
- SouthTrust Bank, Trust Department, Naples, FL
- State Farm Insurance, Pembroke Pines, FL
- First Union Bank, Special Assets Department, Miami Springs, FL
- PaineWebber Inc., Miami, FL
- Sea Crest School, Naples, FL
- First Baptist Church of Lehigh Acres FL
- Christ Lutheran Church, Cape Coral, FL
- Iberia Bank, Naples, FL
- Florida Gulf Bank, New Orleans, LA
- Craig, Cavanaugh, Cavanaugh and Kirby, Naples, FL
- National Cooperative Bank, Washington, D.C
- Grace United Methodist Church, Cape Coral, FL

# APPROACH TO VALUE

**The Market Comparison Approach**:
The market comparison approach compares and contrasts the property under appraisal with recent offerings and sales of similar property. This approach is usually the most appropriate valuation approach used in determining value for property. It is the most common method used to estimate the value of personal, portable, tangible property. By definition, this approach should result in the most accurate representation of reasonable value. The basis of this approach is that the estimated value of the property is best determined by gathering market data on previous transactions where identical assets have changed hands and then applying the previous transactions to the property presently being appraised.

**The Income or Revenue Approach**:
To use the income approach to value, an appraiser treats the property as an investment entity, on the basis that the value of an asset is equal to the present value of the future financial benefits that will accrue to the owner of that asset. Certain classes of property have potential earning power that can be forecast, based on previous earnings of the property sold to buyers on the open market. This approach requires a forecast of both future revenues and expenses, on which to calculate a projected level of net income. The ratio of net income to present value reflects the level of risk inherent in the venture.

**The Cost Approach**:
To use the cost approach to value, an appraiser uses today's replacement cost of equivalent or identical property as a basis for evaluation. This is the cost to replace the asset with another of similar age, quality, origin, appearance, provenance, and condition, within a reasonable length of time in an appropriate market. In using this approach, the appraiser reasons that the value of an asset is equal to the amount required to produce another desirable asset of at least equal amount and quality. This approach involves the cost of reproduction, independent of the benefit of having the original asset at hand.

## APPRAISAL DEFINITIONS

Fair Market Value:
is the amount expressed in terms of money, as of a certain date, that may reasonably be expected to exchange between a willing buyer and a willing seller, with equity to both, neither under any compulsion to buy or sell, and both fully aware of all relevant facts.

Fair Market Value in Use:
is the amount expressed in terms of money, as of a certain date, that may reasonably be expected to exchange between a willing buyer and a willing seller, with equity to both, neither under any compulsion to buy or sell, and both fully aware of all relevant facts. It further includes installation, as of a specific date, and assuming that the earnings support the value reported.

Orderly Liquidation Value or Dealer Value:
is the amount of gross proceeds which could be expected from the sale of the appraised assets, held under orderly sale conditions, given a reasonable period of time in which to find a purchaser(s) considering a completed sale of all assets, "as is and where is," with the buyer assuming all costs of removal, with all sales made free and clear of all liens and encumbrances, with the seller acting under compulsion.

Forced Liquidation Value or Auction Value:
is the estimated gross dollar amount which could be typically realized at a properly advertised and conducted public auction held under forced sale conditions, with a sense of urgency, and under present day economic conditions.

Insurable Replacement Cost New:
is the replacement cost new as defined in the insurance policy less the cost new of the items specifically excluded in the policy, if any.
Insurable Depreciated Replacement Cost is the insurance replacement cost less accrued depreciation considered for insurance purposes.

Replacement Cost New:
is the current cost at today's prices of replacing an existing property with one of equal utility, although the same materials or the same design may not be used, reflecting changes in technology, design, building techniques and costs.
Depreciated Replacement Cost is the replacement cost of an item less accrued depreciation.

Reproduction Cost New:
is the cost, at today's prices, to build an exact replica of the property being valued. It assumes that the same quantity and quality of material and labor is utilized as when the property was actually built.

Salvage Value:
is the expected residual value of an asset at the end of its economic life.

Scrap Value:
is the amount that may be realized if property is sold for its material content, as opposed to further productive use.

In re    **Michael Kastrenakes**                                                    Case No.    **8:22-bk-1210-CED**
                                   Debtor(s)

## SCHEDULE A/B - PROPERTY
### Schedule B (19)

| Entity | Ownership Interest | Status |
|---|---|---|
| Preferred Rent-A-Car, Inc. | Unknown | No assets or operations; Voluntary dissolution 10/3/2008 |
| Pinellas Auto Sales & Service, Inc. | Unknown | No assets or operations; Voluntary dissolution 1/4/1993 |
| New Wave Auto Finance, Inc. ("**New Wave Finance**") | 100% | Administrative dissolution 9/24/2021 |
| Thrifty Auto Service, LLC | 100% | No assets or operations; Administrative dissolution 9/25/2009 |
| Platinum Auto Finance B, LLC | 100% | Formed but never any assets or operations; Administrative dissolution 9/28/2012 |
| Platinum Auto Finance C, LLC | 100% | Formed but never any assets or operations; Administrative dissolution 9/28/2012 |
| Healthy You Tampa Bay, LLC | 50% | Formed but never any assets or operations; Administrative dissolution 9/28/2012 |
| Platinum RE Holdings, LLC | 50% | Single asset real estate entity; property sold in 2021; no remaining assets or operations |
| Pasadena Acceptance Finance, LLC | Unknown | Has negative equity and insufficient cash flow to service its debt |
| New Wave Acceptance, LLC ("**New Wave Acceptance**") | 50% | Has negative equity and insufficient cash flow to service its debt |
| MLH Solutions 2, LLC | 50% | No assets or operations; Administrative dissolution 9/24/2021 |
| KTK, LLC | Unknown | No assets or operations; Administrative dissolution 9/27/2019 |
| Price Rent-A-Car, L.C. | 100% | No assets or operations; Administrative dissolution 10/4/2002 |
| MK&B Enterprises, Inc. | Unknown | No assets or operations; Administrative dissolution; 9/26/2008 |
| MK Automotive, Inc. d/b/a New Wave Auto Sales ("**New Wave Sales**") | 100% | Has negative equity and insufficient cash flow to service its debt |
| Preferred Vehicle Lease, Inc. | Unknown | No assets or operations; Voluntary dissolution 9/2/2003 |
| Preferred Car Sales, Inc. | Unknown | No assets or operations; Administrative dissolution 10/4/2002 |
| Instant Car Offer, LLC | 16% | No assets or operations; Administrative dissolution 9/24/2021 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael Kastrenakes** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number **8:22-bk-1210-CED**
(if known)

☑ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Under penalty of perjury, I declare that I have read the Amended Schedule A/B and Amended Summary filed with this declaration and that they are true and correct.

X _____                    X _____
  Michael Kastrenakes                              Signature of Debtor 2
  Signature of Debtor 1

  Date ___4/21/22___                               Date _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Amended Schedule A/B*

and *Amended Summary of Assets* was furnished on this 21st day of April, 2021, by the Court's

CM/ECF electronic noticing to all parties receiving electronic noticing.

<div style="margin-left:45%">

*/s/ Edward J. Peterson*

Edward J. Peterson (FBN 0014612)
Amy Denton Harris (FBN 0634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone:  (813) 229-0144
Email:  epeterson@srbp.com
Attorneys for Debtor

</div>