**Fill in this information to identify your case:**

Debtor 1: **Michael Kastrenakes**
First Name    Middle Name    Last Name

Debtor 2:
(Spouse if, filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number: **8:22-bk-1210-CED**
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Panayiotis Vasiloudes, MD, PHD**
**c/o John Anthony, Esq.**
**Anthony & Partners**
**100 S. Ashley Dr., #1600**
**Tampa, FL 33602**

What is the nature of the claim?  **Lawsuit 22-829**    **$2,000,000.00**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

**2**

**Cygram Heritage, LLLP**
**c/o John Anthony, Esq.**
**Anthony & Partners**
**100 S. Ashley Dr., #1600**
**Tampa, FL 33602**

What is the nature of the claim?  **Lawsuit 22-829**    **$2,000,000.00**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1     **Michael Kastrenakes**                                    Case number *(if known)*    **8:22-bk-1210-CED**

---

**3**

**Pagona Kokolakis**
**103 Buena Vista Dr. S.**
**Dunedin, FL 34698**

What is the nature of the claim?                                      $1,850,000.00

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?

- [✓] No
- [ ] Yes. Total claim (secured and unsecured)
       Value of security:                    -
       Unsecured claim

Contact

Contact phone

---

**4**

**NextGear Capital, Inc.**
**c/o Nicolette Vilmos, Esq.**
**390 N. Orange Ave., #1400**
**Orlando, FL 32801-1687**

What is the nature of the claim?                                      $1,085,368.16

As of the date you file, the claim is: Check all that apply
- [✓] Contingent
- [✓] Unliquidated
- [✓] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?

- [✓] No
- [ ] Yes. Total claim (secured and unsecured)
       Value of security:                    -
       Unsecured claim

Contact

Contact phone

---

**5**

**HF Financial, LLC**
**701 Spottis Woode Lane**
**Clearwater, FL 33756**

What is the nature of the claim?                                      $815,000.00

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [✓] Unliquidated
- [✓] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?

- [✓] No
- [ ] Yes. Total claim (secured and unsecured)
       Value of security:                    -
       Unsecured claim

Contact

Contact phone

---

**6**

**Courtney Leasing**
**8126 Benrus St.**
**Orlando, FL 32827**

What is the nature of the claim?     **Judgment in Lawsuit 20-10860**     $545,818.42

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [✓] None of the above apply

Does the creditor have a lien on your property?

- [✓] No
- [ ] Yes. Total claim (secured and unsecured)
       Value of security:                    -

Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Michael Kastrenakes**    Case number *(if known)*    **8:22-bk-1210-CED**

Contact phone    Unsecured claim

---

**7**

**Deanna Tsetsekas**
**300 Lepredhaun Lane**
**Dunedin, FL 34698**

What is the nature of the claim?    $376,000.00

As of the date you file, the claim is: Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured)
  Value of security:    -
  Unsecured claim

Contact

Contact phone

---

**8**

**Jeff Hackett**
**1515 E. Lake Woodlands Pkwy.**
**Oldsmar, FL 34677**

What is the nature of the claim?    $374,500.00

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured)
  Value of security:    -
  Unsecured claim

Contact

Contact phone

---

**9**

**Thomas Zervas**
**2632 Velventos Dr.**
**Clearwater, FL 33761**

What is the nature of the claim?    **Lawsuit 21-1223**    $285,000.00

As of the date you file, the claim is: Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured)
  Value of security:    -
  Unsecured claim

Contact

Contact phone

---

**10**

**Trifon Houvardas**
**c/o John Anthony, Esq.**
**Anthony & Partners**
**100 S. Ashley Dr., #1600**
**Tampa, FL 33602**

What is the nature of the claim?    **Lawsuit 22-956**    $255,717.67

As of the date you file, the claim is: Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [x] No
- [ ] Yes. Total claim (secured and unsecured)

Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1     **Michael Kastrenakes**                                      Case number *(if known)*     **8:22-bk-1210-CED**

Contact phone                                                            Value of security:         -
                                                                         Unsecured claim

---

| 11 | **Vasilios and Eva Gargeros**<br>**2132 Gulf View Blvd., Unit 14/24**<br>**Dunedin, FL 34698** | What is the nature of the claim? | $200,000.00 |

As of the date you file, the claim is: Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
            Value of security:         -
            Unsecured claim

Contact

Contact phone

---

| 12 | **Irene Pappas, Trustee of the Irene**<br>**Pappas Revocable Trust utd 8/23/99**<br>**2632 Velventos Dr.**<br>**Clearwater, FL 33761** | What is the nature of the claim? | $185,000.00 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
            Value of security:         -
            Unsecured claim

Contact

Contact phone

---

| 13 | **George and Asimenia Lagos**<br>**1473 Sturbridge Ct.**<br>**Dunedin, FL 34698** | What is the nature of the claim? | $130,000.00 |

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
            Value of security:         -
            Unsecured claim

Contact

Contact phone

---

| 14 | **U.S. Bank, N.A.**<br>**Southeast RV/Marine**<br>**P.O. Box 790179**<br>**Saint Louis, MO 63179-0179** | What is the nature of the claim? | $119,743.11 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Michael Kastrenakes | Case number (if known) | 8:22-bk-1210-CED |
|---|---|---|---|

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**15**

**Cygram Heritage, LLLP**
**c/o John Anthony, Esq.**
**Anthony & Partners**
**100 S. Ashley Dr., #1600**
**Tampa, FL 33602**

What is the nature of the claim?   **Lawsuit 22-956**   $104,166.25

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**16**

**K&M Insurance Investors, LLC**
**c/o John Anthony, Esq.**
**Anthony & Partners**
**100 S. Ashley Dr., #1600**
**Tampa, FL 33602**

What is the nature of the claim?   **Lawsuit 22-956**   $104,166.25

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**17**

**Konstantinos Papaspanos**
**c/o Gilbert M. Singer, Esq.**
**5104 S. Westshore Blvd.**
**Tampa, FL 33611**

What is the nature of the claim?   **Lawsuit 21-1223**   $100,000.00

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**18**

**Panayiotis Vasiloudes, MD, PHD**
**c/o John Anthony, Esq.**
**Anthony & Partners**
**100 S. Ashley Dr., #1600**
**Tampa, FL 33602**

What is the nature of the claim?   **Lawsuit 22-956**   $85,714.76

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 5

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    **Michael Kastrenakes**                                    Case number *(if known)*    **8:22-bk-1210-CED**

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
Value of security:                           -
Unsecured claim

---

**19**

**Westlake Flooring Co., LLC**
**8000 Wilshire Blvd.**
**Los Angeles, CA 90010**

What is the nature of the claim?    **Forbearance Agreement**    **$29,749.48**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                           -
Unsecured claim

Contact

Contact phone

---

**20**

**SouthState Bank**
**3711 Tampa Rd.**
**Oldsmar, FL 34677**

What is the nature of the claim?                                    **$23,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                           -
Unsecured claim

Contact

Contact phone

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Michael Kastrenakes | Case number (if known) | 8:22-bk-1210-CED |
|---|---|---|---|

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____  X _____
Michael Kastrenakes                 Signature of Debtor 2
Signature of Debtor 1

Date  4/26/2022                     Date _____

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 7

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy