UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

MICHAEL KASTRENAKES,                            Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**DEBTOR'S MONTHLY FINANCIAL REPORT FOR THE
PERIOD OF MARCH 27, 2022, THROUGH MARCH 31, 2022**

    The Debtor hereby files his Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

                      */s/ Edward J. Peterson*
                      Edward J. Peterson (FBN 0014612)
                      Amy Denton Harris (FBN 0634506)
                      Stichter Riedel Blain & Postler, P.A.
                      110 East Madison Street, Suite 200
                      Tampa, Florida 33602
                      Telephone:  (813) 229-0144
                      Email: epeterson@srbp.com; aharris@srbp.com
                      Attorneys for Debtor

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: Michael Kastrenakes
Case Number: 8:22-bk-1210-CED

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month<br>Mar 27-31 | Cumulative<br>Total |
|---|---|---|
| CASH- Beginning of Month | 15,128.89 | 15,128.83 |
| Total Receipts | 7,500.00 | 7,500.00 |
| Total Disbursements | 8,340.24 | 8,340.24 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -840.24 |  |
| CASH- End of Month | 14,288.65 |  |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 8,340.24 |  |
|---|---|---|
|  |  |  |
|  |  |  |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

Dated this  25th  day of  April , 2022

Michael Kastrenakes

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>Mar 27-31 | Cumulative<br>Total |
|---|---:|---:|
| **CASH** - Beginning of Month | 15,128.89 | 15,128.89 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 7,500.00 | 7,500.00 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Distributions | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | 7,500.00 | 7,500.00 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 8,304.51 | 8,304.51 |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | 35.73 | 35.73 |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | 8,340.24 | 8,340.24 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 14,288.65 | 14,288.65 |

Monthly Operating Report - Individual

**MONTHLY OPERATING REPORT - INDIVDUAL**                                                                                           **ATTACHMENT NO. 1**

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | X | |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| See Attached | | | |
| | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | SouthState | | | |
| **Account Number:** | 7751 | | | |
| **Purpose of Account (Business/Personal)** | Personal | | | |
| **Type of Account (e.g. checking)** | Checking | | | |
| 1. **Balance per Bank Statement** | $14,288.65 | | | |
| 2. **ADD**: Deposits not credited (attach list to this report) | 0 | | | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | 0 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0 | | | |
| 5. **Month End Balance** (Must Agree with Books) | 14,288.65 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SouthState Bank |
|---|---|
| **Account Number** | 7751 |
| **Purpose of Account (Personal)** | |
| **Type of Account (e.g., Checking)** | Joint Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Debit Card | 28-Mar | Walgreens | Medication | $35.73 |
| Debit Card | 28-Mar | On Swann | Meals | $40.25 |
| On- Line Payment | 28-Mar | Citi Card Online | House hold expenses/ repairs | $2,681.00 |
| On- Line Payment | 28-Mar | American Express | House hold expenses/ repairs | $5,000 |
| Debit Card | 29-Mar | Big Storm | Lunch | $30.57 |
| Debit Card | 29-Mar | Roccos Taco | Lunch | $78.19 |
| 1201 | 22-Mar | Areti Becka | House Cleaning | $200.00 |
| Debit Card | 30-Mar | Panera Bread | Meals | $2.59 |
| Debit Card | 30-Mar | The Local Deli | Meals | $13.46 |
| Debit Card | 30-Mar | Bed Bath and Beyond | Houshold good | $251.43 |
| Debit Card | 31-Mar | Big Storm | Meals | $ 7.02 |
| | | | | $8,340.24 |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.




# ECHECKING-XXXXXXXXXXXXX7751

**Account Summary**

**An Important Update Regarding Your Debit Card**

Please be aware that if you have a debit card with your account, you are automatically enrolled into Visa Account Updater (VAU).

This service, which has no additional cost, is an electronic method for securely providing updated debit card account information, such as the card number and expiration date, to participating merchants who keep credentials on file for the recurring payment(s) you have established to ensure the payments are made without interrupted service.

We encourage you to update your debit card account information where you have recurring payments as not all merchants participate in VAU. If you prefer to not participate in VAU, please visit your local branch or contact Customer Care at (800) 277-2175 for assistance.

**Account Activity**

| Post Date | Description | Debits | Credits | Balance |
| --- | --- | --- | --- | --- |

# ECHECKING-XXXXXXXXXXXX7751 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/28/2022 | WALGREENS STORE TAMPA FL 99999999 633429 XX7894 PIN PURCH 03/26 15:13 | $35.73 | | $15,093.16 |
| 03/28/2022 | ON SWANN TAMPA FL 03765703 071876 XX9656 SIG PURCH 03/25 23:46 | $40.25 | | $15,052.91 |
| 03/28/2022 | CITI CARD ONLINE PAYMENT 420705316630782 | $2,681.00 | | $12,371.91 |
| 03/28/2022 | AMEX EPAYMENT ACH PMT W1588 | $5,000.00 | | $7,371.91 |
| 03/29/2022 | BIG STORM CLEARW 727-4154489 FL 00000000 045783 XX7894 SIG PURCH 03/28 00:30 | $30.57 | | $7,341.34 |
| 03/29/2022 | ROCCOS TACO AND TAMPA FL 00000000 026369 XX7894 SIG PURCH 03/26 21:57 | $78.19 | | $7,263.15 |
| 03/29/2022 | CHECK # 1201 | $200.00 | | $7,063.15 |
| 03/30/2022 | PANERA BREAD #20 CLEARWATER FL 00000000 017667 XX7894 SIG PURCH 03/29 09:48 | $2.59 | | $7,060.56 |
| 03/30/2022 | THE LOCAL DELI CLEARWATER FL 00011886 034059 XX7894 SIG PURCH 03/29 02:24 | $13.46 | | $7,047.10 |
| 03/30/2022 | BED BATH & BEYON CLEARWATER FL 07268866 763724 XX9656 PIN PURCH 03/30 15:28 | $251.43 | | $6,795.67 |
| 03/31/2022 | MID ATLANTIC FIN 2021 2021 | | $7,500.00 | $14,295.67 |
| 03/31/2022 | TST* BIG STORM C CLEARWATER FL 63497116 097116 XX7894 SIG PURCH 03/30 15:48 | $7.02 | | $14,288.65 |

# ECHECKING-XXXXXXXXXXXXX7751 (continued)

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1201 | 03/29/2022 | $200.00 | 995052* | 03/24/2022 | $150.00 |

## Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
|  |  | 03/30/2022 | $6,795.67 |
|  |  | 03/31/2022 | $14,288.65 |
|  |  | 04/01/2022 | $15,939.48 |
| 03/28/2022 | $7,371.91 |  |  |
| 03/29/2022 | $7,063.15 |  |  |

## Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $36.00 | $36.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |