UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Chapter 11

MICHAEL KASTRENAKES,                                Case No. 8:22-bk-1210-CED

         Debtor.

_____/

### DEBTOR'S APPLICATION TO EMPLOY COLDWELL BANKER REALTY THE THORN COLLECTION AS EXCLUSIVE REAL ESTATE BROKER

MICHAEL KASTRENAKES, as debtor and debtor in possession (the "**Debtor**"), respectfully requests the entry of an order authorizing the employment of Coldwell Banker Realty The Thorn Collection ("**Coldwell Banker**") as exclusive real estate broker to list, market, and sell the Debtor's homestead property located at 1755 McCauley Road, Clearwater, Florida 33765 (the "**Family Homestead**"), which he owns with his non-debtor spouse.  In support of his request, the Debtor respectfully represents as follows:

### Jurisdiction and Venue

1.      The Court has jurisdiction to consider this application pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief sought herein are 11 U.S.C. §§ 327(a) and 328(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

### Background

3.      On March 27, 2022 (the "**Petition Date**"), the Debtor filed his Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and

made an election to proceed in Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

4.      The Debtor continues to manage his property as debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

5.      For more background, please see the *Debtor's Chapter 11 Case Management Summary* (Doc. No. 12).

6.      The Debtor and his wife purchased the Family Homestead in 1998.  It is a large property located in Coachman Lakes Estates in unincorporated Pinellas County.  The house contains 6,688 square feet with 6 bedrooms and 5 and 1/2 baths.  The property also contains a pool, spa, sauna, tennis courts, basketball court, pergola, and outdoor kitchen.

7.      A property of this size and age understandably requires a significant commitment of time and money, both to maintain and to repair.  Given the significant costs associated with maintaining the Family Homestead and the fact that they are empty nesters, the Debtor and his wife have decided to sell the Family Homestead.  The Debtor and his wife intend, on an interim basis, to invest the net proceeds from the sale of the Family Homestead in a "homestead proceeds account" pending reinvestment in a new homestead that is substantially newer and smaller.  The Debtor will file a separate motion to authorize any sale, interim investment, and reinvestment.

## **Relief Requested and Basis for Relief**

8.      By this Application, the Debtor seeks authorization, pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, to retain and compensate Coldwell Banker as his exclusive real estate broker to list, market, and sell the Family Homestead, in accordance with the terms of the Exclusive Right to Sell Listing Agreement (the "**Listing Agreement**"), a copy of which is attached hereto as **Exhibit A** and incorporated herein by reference.

9.      As reflected in the Listing Agreement, Coldwell Banker's commission is 6% of the sales price, reduced to 5% of the sales price if the buyer's agent is an agent with The Thorn Collection. The Listing Agreement also gives the Debtor the ability to cancel the agreement upon thirty (30) days' written notice without a penalty.

10.     The Debtor contemplates that the Family Homestead would be listed for $2,569,000.

11.     As set forth in the Debtor's bankruptcy schedules, Wells Fargo Mortgage holds a first position mortgage of approximately $718,000 and SouthState Bank holds a second position mortgage of approximately $147,000. Therefore, the secured lenders will be paid in full from the proceeds of the sale.

12.     The sale will also substantially reduce the Debtor's monthly expenditures for household maintenance, increasing the funds available for distributions to creditors under the plan.

13.     As set forth above, once an acceptable offer for the Family Homestead is obtained, the Debtor will file a separate motion under Section 363(b) of the Bankruptcy Code to authorize any sale, interim investment, and reinvestment.

14.     Except as set forth in the Declaration of Martha Thorn attached hereto as **Exhibit B** and incorporated herein by reference, Coldwell Banker does not represent or hold any interest adverse to the Debtor or to the estate and is disinterested as required by Section 327(a) of the Bankruptcy Code.

15.     The Debtor believes that Coldwell Banker is well qualified to serve as the exclusive broker for the Family Homestead on the terms set forth in the Agreement, and that the employment of Coldwell Banker is in the best interest of the Debtor, his estate, and the creditors.

WHEREFORE, the Debtor respectfully requests that this Court enter an order: (a) approving the Application; (b) authorizing the Debtor to employ Coldwell Banker on the terms set forth in the attached Agreement; (c) authorizing the Debtor to pay the commission set forth in the attached Agreement upon sale of the Family Homestead without further order of the Court; and (d) providing such other and further relief as is just and proper.

*/s/ Edward J. Peterson*
Edward J. Peterson (FBN 0014612)
Amy Denton Harris (FBN 0634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone:  (813) 229-0144
Email:  epeterson@srbp.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing *Debtor's Application to Employ Coldwell Banker Realty The Thorn Collection as Exclusive Real Estate Broker* have been furnished on this 28th day of April, 2021, by the Court's CM/ECF electronic noticing to all parties receiving electronic noticing.

*/s/ Edward J. Peterson*
Edward J. Peterson

# EXHIBIT A



# Exclusive Right of Sale Listing Agreement

**Owner(s):** Michael Kastrenakes and Maria Kastrenakes

Thank you for the opportunity to assist you in finding the ideal buyer for your home. We realize the prospect of selling your home can be daunting. We are committed to using our wealth of experience and resources to minimize that stress as we successfully guide you through the complexities of the process and help you achieve your home-sale goals.

### Our Commitment to Ethics and our Communities

All Coldwell Banker Realty sales professionals are members of the National Association of Realtors® (NAR) and the Florida Association of Realtors®. As members we agree to abide by the NAR Code of Ethics, which imposes the highest ethical standards upon Realtors®. In our ongoing effort to improve the lives of Florida residents and the communities we serve, **Coldwell Banker Realty CARES** has proudly donated millions of dollars and volunteer support to charitable organizations that are working to make Florida a better place to live.

1. **The Property.** The property is located at: 1755 Mccauley Road, Clearwater, FL 33765 and includes all fixtures, major appliances, and the following personal property and furnishings: _____ _____ (collectively, the "Property").

Legal Description: Coachman Lake Estates Lot 33

You represent that you are the sole owner(s) of the Property, have full legal authority to convey marketable title to a buyer, and that no one has any right to purchase or lease the Property or any portion thereof by virtue of any agreement, option or right of first refusal except as expressly disclosed in paragraph 23.

2. **Occupancy.** (☑ one) The Property is ☑ occupied by you, ☐ vacant, or ☐ leased. If leased, it will be vacant by _____.

3. **Term.** Beginning on _____ and ending at 11:59 p.m. on _____ (one year if left blank) or any later date that is agreed to in writing (the "Termination Date"), we will have the exclusive right to market and sell the Property. If you enter into a lease during the term of this agreement, we may, in our discretion, continue or suspend marketing the Property for sale and you agree to tell us in writing upon entering into a lease and at the end of the tenancy. If we elect to suspend marketing during the term of the lease, this agreement will automatically extend until the end of the lease term, plus additional time equal to the number of days remaining from the start of the lease term to the Termination Date above.

4. **List Price:** You authorize us to offer the Property for sale for $ 2,595,000

5. **Payment/Financing Options.**
   ☑ all that apply:
   i. ☑ Cash, ☑ Conventional Financing, ☐ VA Financing, ☐ FHA Financing
   ii. ☐ Seller Financing: You will offer financing in the form of a purchase money mortgage up to $_____ upon the following terms: _____% of the purchase price; _____ years; _____% interest; other terms: _____
   iii. ☐ Assumable Mortgage.

6. **Marketing / Multiple Listing Service.** You authorize us to: (a) advertise and promote the Property in our sole discretion in various media (e.g., newspapers, publications, internet, or other media); (b) opt-out of (i) blogging ☑ Yes or ☐ No, and (ii) automated estimated valuation feature ☑ Yes or ☐ No, on virtual office websites; (c) place "For Sale" and "Sold" signs on the Property; (d) use your name in connection with the marketing of the Property; (e) use a lock box system to show and access the Property (you agree to secure or remove valuables as a lock box does not ensure against theft or damage); (f) ☑ withhold verbal offers (if checked), (g) to divulge the existence of offers on the Property in response to inquiries from buyers or cooperating brokers, and (h) place the Property and all transaction related information in the multiple listing service (MLS). You agree to hold us harmless from any theft or loss relating to the use of a lock box or from your failure to remove or secure valuables during Open Houses or showings.

7. **Your Obligations.** You agree to: (a) cooperate with us to carry out the purpose of this agreement, including not listing the Property for lease with any other broker and immediately referring all inquiries to us; (b) give us keys and make the Property available to show during reasonable times; (c) promptly inform us in writing if you receive a notice of mortgage default or foreclosure (in which event we may, at our option, terminate this Agreement); (d) comply, if applicable, with the Foreign Investment In Real Property Tax Act; (e) consult appropriate professionals for legal, tax, zoning, permitting, square footage, property condition or size, environmental, and other specialized advice (you acknowledge that we are not qualified or authorized to give such advice and, if offered, you will not rely on such advice); and (f) make all legally required disclosures, including all facts that may materially affect the Property's value that are not readily observable or known by

©2021 Coldwell Banker Realty. All Rights Reserved. Coldwell Banker Realty fully supports the principles of the Fair Housing Act and the Equal Opportunity Act. Operated by a subsidiary of Realogy Brokerage Group LLC. Coldwell Banker and the Coldwell Banker Logo are registered service marks owned by Coldwell Banker Real Estate LLC   (5/21)

the buyer (you represent and warrant that you know of no such material facts except those set forth in your Property Disclosure Statement and you agree to indemnify and hold us harmless from losses, damages, costs and expenses of any nature, including attorney's fees, and from liability to any person, that we incur because of your negligence, misrepresentations, or omissions).

**8.** **Compensation.**

**a)** If you enter into a contract to sell the Property, you will pay Coldwell Banker (in U.S. currency) $345.00 and ☐ 7%, ☐ 7½%, ☐ 8%, ☐ 9%, ☐ 10%, or 6___ % **(7% if left blank)** of the total purchase price (the "Commission"). You will not owe the Commission until closing, except if you: (i) during the term of this agreement, transfer the Property or any interest therein, whether by sale, lease, exchange, option, sale of stock, governmental action, foreclosure, agreement for deed, or any other means, regardless of who procured the buyer or transferee; (ii) refuse to cooperate with us in carrying out the purpose of this Agreement; (iii) default on an executed contract, agree with a buyer to cancel an executed contract, or refuse to accept an offer at the price and terms stated in this agreement; (iv) terminate this agreement prior to the Termination Date without the written consent of a Coldwell Banker Branch Manager, or (v) enter into an agreement within 180 days after the Termination Date ("Protection Period"), to sell, transfer, lease, exchange or option the Property or any interest therein to a buyer that you, we, or any real estate licensee communicated with about the Property prior to the Termination Date, and the transaction later closes at any time; provided, however, the Commission will not be due under this subsection 8(a)(v) if you enter into an exclusive listing agreement with another broker after the Termination Date, the Property is sold through that broker, and you pay that broker a commission at least equal to the Commission. If the Commission is owed because of one of the events described in subsections (ii), (iii), or (iv) above, the percentage will be calculated on the list price in effect at the time.

**b)** If you enter into a lease while this agreement is in effect, you will pay Coldwell Banker _____ % of the gross lease value (10% if left blank) on the date you enter into the lease. If you sell the Property to the tenant (or to any member of the tenant's immediate family or any entity or trust in which the tenant or family member has an interest), whether the closing occurs before or after the Termination Date, you will pay the Commission in paragraph 8(a) above.

~~**c)** If you retain any deposits in connection with a transaction that does not close for any reason, Coldwell Banker will be entitled to one half (1/2), not to exceed the amount of the Commission had the transaction closed.~~

**d)** We will cooperate with and compensate a broker who procures a buyer of the Property and we will offer compensation from the Commission through the MLS of 3%-$300 _____ % of the total purchase price. We may increase or decrease the amount of the Commission that we offer but the amount of the Commission you will owe will not change.

**9.** **Title Insurance.** If, under your sales contract, you are the party who selects the title insurance provider ("**Title Provider**") for your transaction, you hereby select **(INITIAL YOUR SELECTION BELOW):**

A. ☐ ☐ Sunbelt Title Agency (an affiliate of Coldwell Banker Realty); OR,
B. ☐ ☐ Clear Title Group (an affiliate of Coldwell Banker Realty); OR,
C. ☐ ☐ TITLE PROVIDER NAME: _____

You acknowledge that (a) your chosen Title Provider may act as Escrow Agent for earnest money deposits under your sales contract and as Settlement/Closing Agent for the closing of your transaction, (b) the choice of Title Provider is for you to make in your sole discretion and you are not obligated to select Sunbelt Title Agency or Clear Title Group, and (c) you have been provided with Coldwell Banker's Affiliated Business Arrangement Disclosure Statement. If you selected A or B above, please call 407-949-5990 to receive detailed information about multiple convenient options, including a mobile app, for placing your deposit.

**10.** **E-Mail Hacks and Fraudulent Wire Instructions.** Criminals/hackers are targeting email accounts of various parties involved in real estate transactions (e.g., lawyers, title agents, mortgage brokers, real estate agents). Among other concerns, this has led to fraudulent wiring instructions being used to divert funds to the criminal's bank account. These emails may look like legitimate emails from the proper party. **We strongly recommend that you, your lawyers and others working on a transaction, refrain from placing any sensitive personal and financial information in an email, directly or through an email attachment. When you need to share Social Security numbers, bank accounts, credit card numbers, wiring instructions or similar sensitive information, we strongly recommend using more secure means, such as providing the information in person, over the phone, or through secure mail or package services, whenever possible. In addition, <u>before</u> you wire any funds to any party (including your lawyer, title agent, mortgage broker, or real estate agent) <u>personally call</u> them to confirm it is legitimate (i.e., confirm the ABA routing number or SWIFT code and credit account number).** You should call them at a number that you obtain on your own (e.g., the sales contract, their website, etc.) and not use the number in the email in order to be sure that you are contacting a legitimate party.

**11.** **Other Service and Settlement Service Providers.** As a courtesy, we may provide you with names of service providers (such as attorneys, title agents (including, but not limited to, the Title Providers identified in paragraph 9 above), home inspectors, engineers, builders, contractors, and repairpersons) but you should not in any way construe that as a recommendation, endorsement, or guarantee of any such service provider or their work. Should you decide to retain a service provider whose name we provided to you, you agree to release and hold us harmless from any claims or losses that in any way arise out of or relate your use of any such service provider. **The final choice of any service or settlement service provider rests solely with you.**

©2021 Coldwell Banker Realty. All Rights Reserved. Coldwell Banker Realty fully supports the principles of the Fair Housing Act and the Equal Opportunity Act. Operated by a subsidiary of Realogy Brokerage Group LLC. Coldwell Banker and the Coldwell Banker Logo are registered service marks owned by Coldwell Banker Real Estate LLC **(5/21)**

**12. Dangerous Pets/Animals.** During the course of the listing there will be other brokers, prospective buyers, and other individuals who will visit the Property (interior and exterior). It is important that you remove or secure any dangerous pets to ensure no visitors are injured in any way and you agree to indemnify us for any claims relating to any injuries suffered by any visitor as a result of your failure to do so.

**13. Insurance (Periods of Vacancy).** Many homeowner's insurance policies have an exclusion from coverage if the Property is vacant for longer than a specified time (which may vary by policy). If the Property is or becomes vacant, we strongly recommend that you contact your insurer to determine your coverage, if any, and any available options for adding coverage during the vacancy. We are not responsible for the security of the Property or for inspecting the Property.

**14. Audio/Video Recording Devices.** Florida law restricts and/or prohibits the use of audio and/or video recording devices without notice and/or consent of the parties being recorded, viewed, or listened to. If any such devices are in use at the Property at any time during the listing period, you will notify us in writing and consult with an attorney regarding your legal obligations to provide notice and/or obtain consent from any visitors. We may disclose the existence of such devices in the MLS but not all visitors will have access to the MLS and therefore it is not intended to satisfy any legal obligations you may have. You agree to indemnify and hold us harmless from any claims or damages of any kind in any way relating to the use of any such audio/video recording devices.

**15. Automatic Extensions.** If you enter into a contract for sale, the term of this agreement will automatically extend through the date of closing. If the closing does not occur for any reason, the Termination Date will automatically extend for the same number of days that the Property was under contract.

**16. Brokerage Relationships.** You acknowledge we are acting in a transaction brokerage capacity pursuant to Florida law. You represent that there are no prior listing or other brokerage relationships affecting the Property or our rights under this agreement that have not been lawfully terminated and you agree to indemnify us from any claim by another broker arising out of your relationship or dealings with that other broker.

**17. Protection of Our Commission.** ~~To help ensure Coldwell Banker is paid the Commission, you authorize it to place a lien on the Property to secure payment and you waive all homestead rights and defenses in any lien foreclosure action.~~

**18. Governing Law, Venue, Limitation of Liability, and Jury Waiver.** In the event of any dispute arising out of or in any way relating to the Property or the relationship between you and us, (i) Florida law governs, (ii) venue shall be exclusively in the state courts of Broward County, Florida, (iii) your recoverable damages for any claims (including, without limitation, negligence claims against us) shall be limited to (a) the amount of the Commission actually paid to us if the Property is sold or (b) if not sold, the amount of the Commission that would have been paid to us had the Property sold at the last active list price, and (iv) YOU AND WE KNOWINGLY AND VOLUNTARILY WAIVE ANY CLAIM FOR PUNITIVE DAMAGES AND ANY RIGHT TO A JURY TRIAL IN ANY LITIGATION.

**19. Relocation Assistance.** We have a global network of real estate professionals who would be happy to assist you with your real estate needs if you are relocating to another city or country. If you would like assistance, please tell us your destination: _____

**20. Fair Housing:** We are proudly and firmly committed to equal and fair housing opportunities for all, and we will provide our services without regard to race, color, religion, sex, handicap, familial status, national origin, sexual orientation, or any other status or class protected by law. Due to potential fair housing issues that can arise, you authorize us not to convey to you any personal letters written by or on behalf of any potential buyers wanting to purchase your Property

**21. Definition of Certain Terms.** The term "buyer" includes buyers, tenants, exchangers, optionees and other categories of potential or actual transferees, and members of their immediate families or any entity or trust in which they have an interest. The terms "we" and "us" used throughout this agreement mean Coldwell Banker and its representatives, and the terms "you" and "your" mean the owner(s) (jointly and severally) signing below.

**22. Provisions that Survive the Termination Date.** Paragraphs 7(f), 8, 11, 12, 14, 16, 17 and 18 will survive the termination or expiration of this agreement.

**23. Additional Terms.** Sellers may cancel at any time with a 30 day written notice to the listing agent with no cancellation penalty. Commission with be 5% to Coldwell Banker if sold by the Thorn Collection.

**24. Signatures and Counterparts.** This agreement may be executed electronically, in counterparts and via facsimile.

**25. Entire Agreement.** This agreement, which is binding on the parties' respective heirs, personal representatives, successors and assigns, (a) reflects the entire agreement, (b) can only be modified in writing, and (c) is binding even if paragraph 9 is incomplete. If any part of it is found to be invalid or unenforceable, the remainder will remain valid and enforceable. Time is of the essence for paragraphs 7 and 8. **This is intended to be a binding agreement. If you have any questions, consult an attorney before you sign it.**

| | | | |
|---|---|---|---|
| **Owner** | **Phone** | **Email** | **Date** |
| | | mkastren12@gmail.com | |
| **Owner** | **Phone** | **Email** | **Date** |

Owner(s) Mailing Address (if not Property address): _____

**Coldwell Banker Realty**                         **Date**

©2021 Coldwell Banker Realty. All Rights Reserved. Coldwell Banker Realty fully supports the principles of the Fair Housing Act and the Equal Opportunity Act. Operated by a subsidiary of Realogy Brokerage Group LLC. Coldwell Banker and the Coldwell Banker Logo are registered service marks owned by Coldwell Banker Real Estate LLC    (5/21)

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

MICHAEL KASTRENAKES,                            Case No. 8:22-bk-1210-CED

    Debtor.

_____/

### DECLARATION IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY COLDWELL BANKER REALTY THE THORN COLLECTION AS EXCLUSIVE REAL ESTATE BROKER

I, Martha Thorn, submit the following statement in compliance with Sections 327 and 328 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, and declare under the penalty of perjury:

1.      I am Martha Thorn and I am a real estate agent licensed under the brokerage of Coldwell Banker Realty ("**Coldwell Banker**") which is located at 598 Indian Rocks Rd. N., Belleair Bluffs, Florida 33770.

2.      Unless otherwise stated, this Declaration is based upon facts of which I have personal knowledge.

3.      This Declaration is submitted in order to comply with Sections 327(a) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

4.      To the best of my knowledge, formed after reasonable inquiry, neither I nor any employee employed by Coldwell Banker holds any interest adverse to the Debtor, the estate, or any other parties in interest. Therefore, as set forth in particular below, Coldwell Banker is disinterested as defined in 11 U.S.C. §101(14).

5.      Neither I nor any employee or independent contractor of Coldwell Banker holds a direct or indirect equity interest in the Debtor, or any of his affiliates, and has no such right to acquire such an interest.

6.      Neither I nor any employee or independent contractor of Coldwell Banker is now, or has ever served in the past, as employee of the Debtor.

7.      Neither I nor any employee or independent contractor of Coldwell Banker is, or has ever been, in control of the Debtor or is a relative of a person in control of the Debtor.

8.      Neither I nor any employee or independent contractor of Coldwell Banker is, or has ever been, a general or limited partner of a partnership in which the Debtor is also a general or limited partner.

9.      Neither I nor any employee or independent contractor of Coldwell Banker is, or has ever served as, an officer, director or employee of a financial advisor which has been engaged by the Debtor in connection with the offer, sale or issuance of a security of the Debtor within two years before the petition date.

10.     Neither I nor any employee or independent contractor of Coldwell Banker has ever represented a financial advisor of the Debtor in connection with the offer, sale or issuance of a security of the Debtor.

11.     No broker employed by or who is an independent contractor with Coldwell Banker has represented a financial advisor of the Debtor in connection with the offer, sale, or issuance of a security of the Debtor within three years before the petition date.

12.     No broker employed by or who is an independent contractor with Coldwell Banker presently represents a creditor, equity security holder of the Debtor, general partner, lessor, lessee, party to an executory contract of the Debtor, or person otherwise adverse or potentially adverse to

2

the Debtor or the estate, on any matter, whether such representation is related or unrelated to the Debtor or the estate.

13.    No broker employed by or who is an independent contractor with Coldwell Banker has previously represented a creditor, equity security holder, general partner, lessor, lessee, party to an executory contract, or person who is otherwise or potentially adverse to the Debtor or the estate, on any matter substantially related to the case, except as set forth herein.

14.    No broker employed by or who is an independent contractor with Coldwell Banker represents an insider of the Debtor or other affiliate, except as set forth herein.

15.    No broker employed by or who is an independent contractor with Coldwell Banker has any other connection with the Debtor, creditors, or any other parties in interest.

16.    No broker employed by or who is an independent contractor with Coldwell Banker has any other interest, direct or indirect, which may be affected by the proposed representation.

17.    There is no present agreement of any nature as to the sharing of any compensation to be paid to Coldwell Banker.  However, in its normal business practice, Coldwell Banker may compensate another brokerage firm some portion of the fee payable to Coldwell Banker if a buyer is procured through the Multiple Listing Service (MLS), which allows other brokers to sell a seller's property to their buyer and receive a fee from the listing broker. In such an event, however, the total commission payable by the seller does not increase. The other broker's commission would be payable from Coldwell Banker's total commission.

4870-4147-3564, v. 2

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief after diligent inquiry.

Dated:  April _28_ , 2022

_____
Martha Thorn

4