ORDERED.

Dated: April 29, 2022

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| MICHAEL KASTRENAKES, | Case No. 8:22-bk-1210-CED |
| Debtor._____/ | |

**ORDER APPROVING DEBTOR'S
APPLICATION TO EMPLOY COLDWELL BANKER REALTY
THE THORN COLLECTION AS EXCLUSIVE REAL ESTATE BROKER**

THIS CASE came before the Court for consideration of the *Debtor's Application to Employ Coldwell Banker Realty The Thorn Collection as Exclusive Real Estate Broker* (Doc. No. 43) (the "**Application**") and the Declaration of Martha Thorn in support of the Application. The Court having considered the Application together with the record, finds that the Application is well taken and should be approved. Accordingly, it is

**ORDERED** that:

1. The Application is approved.

2. Pursuant to 11 U.S.C. § 327 and § 365, the Debtor is authorized to employ Coldwell Banker Realty The Thorn Collection ("**Coldwell Banker**") as its broker under the terms and conditions set forth in the Listing Agreement attached to the Application as Exhibit A.

2

3. As set forth in the Application, Coldwell Banker's commission is 6% of the sales price, reduced to 5% of the sales price if the buyer's agent is an agent with The Thorn Collection. Accordingly, the compensation was disclosed as required by 11 U.S.C. § 328(a).

4. Pursuant to 11 U.S.C. § 330(a)(1), the Debtor is authorized, without further order of the Court, to compensate Coldwell Banker in accordance with the Agreement.

*Attorney Edward J. Peterson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*