UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| MICHAEL KASTRENAKES, | Case No. 8:22-bk-01210-CED |
| Debtor. _____/ | |

**NEXTGEAR CAPITAL, INC.'S JOINDER
TO OBJECTION TO SUBCHAPTER V DESIGNATION**

Nextgear Capital, Inc. ("NextGear") hereby joins in the *Objection to the Debtor's Subchapter V Designation* filed by Dr. Panayiotis Vasiloudes and Cygram Heritage, LLLP [ECF No. 29] (the "Objection") and in support would state:

The requirements to qualify as a small-business debtor under subchapter V of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") are relatively straightforward. Although there have been some modifications to the debt limit for subchapter V debtors as a result of the COVID-19 pandemic, those modifications have no bearing on this case. As rightly set forth in the Objection, Debtor Michael Kastrenakes (the "Debtor") lists on his schedules that his total liabilities amount to $14,991,390.74. This amount greatly exceeds both the standard $2,725,625 limit for subchapter V debtors and the increased $7,500,000 increased limit under the Coronavirus Aid, Relief, and Economic Security Act.

Accordingly, as more fully articulated in the Objection, the Debtor does not qualify to be a subchapter V debtor and this designation should be stricken. NextGear respectfully requests that this Court enter an order denying subchapter V eligibility for the Debtor and granting such further relief as this Court deems just and proper.

Dated: May 4, 2022

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Nicolette C. Vilmos*
**NICOLETTE C. VILMOS, ESQ.**
Florida Bar No. 0469051
390 North Orange Avenue
Suite 1400
Orlando, Florida 32801
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
nicolette.vilmos@nelsonmullins.com
nancy.haarmann@nelsonmullins.com
allison.abbott@nelsonmullins.com

*Counsel for Plaintiff*