UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MICHAEL KASTRENAKES,

    Debtor.
_____/

Case No.: 8:22-bk-01210-CED

Chapter 11
Subchapter V

## NEXTGEAR CAPITAL, INC.'S REQUEST FOR COPIES

    Creditor NextGear Capital, Inc., by and through its undersigned counsel, requests copies of documents received by Michael Kastrenakes pursuant to the Notice of Serving Subpoena Pursuant to Rule 2004 [D.E. 40] dated April 26, 2022, directed to Cello Partnership-Verizon Wireless, and the Subpoena for Rule 2004 Examination, contemplating compliance on or as of May 17, 2022, a copy of the same being attached hereto as <u>Exhibit A</u>.  NextGear Capital agrees to pay a reasonable charge for the requested copies.

DATED: May 5, 2022

Respectfully submitted,

By: */s/ Nicolette Corso Vilmos*
Nicolette Corso Vilmos
Florida Bar No. 0469051
nicolette.vilmos@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH, LLP
390 North Orange Avenue, Suite 1400
Orlando, FL  32801
Telephone: 407.839.4200
Facsimile: 407.425.8377

*Attorneys for Nextgear Capital, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been filed with the Court and furnished (i) via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case; (ii) by U.S. Mail to all the parties on the attached mailing list, on May 5, 2022.

                                            */s/ Nicolette C. Vilmos*
                                            Nicolette C. Vilmos

4881-0863-4910