UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Chapter 11

MICHAEL KASTRENAKES,                               Case No. 8:22-bk-1210-CED

     Debtor.
_____/

## DEBTOR'S MOTION TO EXTEND TIME TO FILE 2021 TAX RETURN

MICHAEL KASTRENAKES, as debtor and debtor in possession (the "**Debtor**"), respectfully requests the entry of an order extending, through and including October 15, 2022, the time within which he has to file his 2021 tax return and in support thereof, states:

1. On March 27, 2022 (the "**Petition Date**"), the Debtor filed his Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

2. As of the Petition Date, the Debtor had timely filed all of his tax returns.

3. To the extent required, the Debtor's tax preparer filed with the appropriate taxing authorities' documents required to obtain an automatic extension of time to file the 2021 tax return. The Debtor's 2021 tax return is due on or before October 15, 2022.

4. Accordingly, the Debtor seeks an extension through October 15, 2022, of the time within which he has to file his 2021 tax return.

2

WHEREFORE, the Debtor respectfully requests that this Court enter an order: (a) granting this motion; (b) extending, through and including October 15, 2022, the time within which he has to file his 2021 tax return; and (c) providing for such other and further relief as may be just.

>  */s/ Amy Denton Mayer*
> Edward J. Peterson (FBN 0014612)
> Amy Denton Mayer (FBN 0634506)
> Stichter Riedel Blain & Postler, P.A.
> 110 East Madison Street, Suite 200
> Tampa, Florida   33602
> Telephone:  (813) 229-0144
> Email:  epeterson@srbp.com; amayer@srbp.com
> Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion to Extend Time to File 2021 Tax Return* has been furnished on this 5th day of May, 2022, by the Court's CM/ECF system to all parties receiving CM/ECF electronic noticing.

> */s/ Amy Denton Mayer*
> Amy Denton Mayer