

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/09/2022 02:00 PM

COURTROOM 9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:22-bk-01210-CED | 11 | 03/27/2022 |

**Chapter 11**

**DEBTOR:** Michael Kastrenakes

**DEBTOR ATTY:** Amy Mayer

**TRUSTEE:** Ruediger Mueller

**HEARING:**

Objection to Subchapter V Designation Filed by Andrew J Ghekas on behalf of Cygram Heritage, LLLP, Panayiotis Vasiloudes. (Ghekas, Andrew) Doc #29
- Joinder to Objection to Subchapter V Designation Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[29]). (Vilmos, Nicolette) Doc #46
-Amended Response to In Opposition to The Subchapter V Eligibility Objection Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes; Doc. # 50

**APPEARANCES::** Amy Mayer, J Steven Wilkes, Ruediger Mueller, Andrew Ghekas, Kathleen DiSanto, Nicolette Vilmos, Debtor

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Objection to Subchapter V Designation Filed by Andrew J Ghekas on behalf of Cygram Heritage, LLLP, Panayiotis Vasiloudes. (Ghekas, Andrew) Doc #29-   Set for Trial on July 19 and 20th, 2022 at 9:30 am O/Case manager

- Joinder to Objection to Subchapter V Designation Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[29]). (Vilmos, Nicolette) Doc #46

-Amended Response to In Opposition to The Subchapter V Eligibility Objection Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes; Doc. # 50
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.