UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                        Chapter 11, Subchapter V

MICHAEL KASTRENAKES                              Case No. 8:22-bk-1210

Debtor.
_____/

## STATEMENT REGARDING FINANCIALS

Pursuant to 11 U.S.C. §1187(a), I, Michael Kastrenakes, the Debtor, state the following:

(1)  I do not prepare balance sheets.

(2)  I do not prepare profit and loss statements.

(3)  I do not prepare cash-flow statements.

(4)  My 2020 federal income tax return is being filed with the Court simultaneously with this statement.

I, Michael Kastrenakes, declare under penalty of perjury that I have read the foregoing statement and it is true and correct to the best of my information and belief.

_____
Michael Kastrenakes