UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 11

MICHAEL KASTRENAKES,                        Case No. 8:22-bk-1210-CED

    Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Caryl E. Delano on May 23, 2022, at 1:30 p.m., at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida, Courtroom 9A, on the following matter:

Motion to Extend Time to File 2021 Tax Return (Doc. No. 48).

2. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

3. The Court may continue this matter upon announcement made in open court without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Dated: May 12, 2022.

                                */s/ Amy Denton Mayer*
                                Edward J. Peterson (FBN 0014612)
                                Amy Denton Mayer (FBN 0634506)
                                Stichter Riedel Blain & Postler, P.A.
                                110 East Madison Street, Suite 200
                                Tampa, Florida  33602
                                Telephone:  (813) 229-0144
                                Email:  epeterson@srbp.com; amayer@srbp.com
                                Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion to Extend Time to File 2021 Tax Return* has been furnished on this 12th day of May, 2022, by the Court's CM/ECF system to all parties receiving CM/ECF electronic noticing.

/s/ Amy Denton Mayer
Amy Denton Mayer

4855-3200-7711, v. 1