# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

MICHAEL KASTRENAKES,

    Debtor.
_____/

Case No.: 8:22-bk-01210-CED
Chapter: 11
Subchapter V

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the "Order Scheduling Trial" [Doc. 54] has been served through the Court's CM/ECF system on the 11th day of May, 2022, on the following parties:

    Adam L Alpert on behalf of Creditor CPX Holdings, LLC
    aalpert@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

    Adam L Alpert on behalf of Interested Party Maria Kastrenakes
    aalpert@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

    John Blair Boyd on behalf of Creditor Grow Financial Federal Credit Union
    bk@svllaw.com

    Kathleen L DiSanto on behalf of Creditor CPX Holdings, LLC
    kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

    Kathleen L DiSanto on behalf of Interested Party Maria Kastrenakes
    kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

    Robert Bruce George on behalf of Creditor First Home Bank
    rgeorge@thelilesfirm.com, aperry@thelilesfirm.com; rmittauer@thelilesfirm.com

    Teresa M Hair on behalf of Creditor Wells Fargo Bank, N.A.
    teresa.hair@brockandscott.com, WBECF@brockandscott.com

    Danielle S Kemp on behalf of Creditor Courtney Leasing, Inc.
    kempd@gtlaw.com, meyerp@gtlaw.com; FLService@gtlaw.com

    Amy Denton Mayer on behalf of Debtor Michael Kastrenakes
    amayer.ecf@srbp.com, srbpecf@srbp.com; aharris@srbp.com

    Amy Denton Mayer on behalf of Plaintiff Michael Kastrenakes

amayer.ecf@srbp.com, srbpecf@srbp.com; aharris@srbp.com

Ruediger Mueller
trustee@tcmius.com, crm11@trustesolutions.net

Edward J. Peterson, III on behalf of Attorney Stichter, Riedel, Blain & Postler, P.A.
epeterson@srbp.com, epeterson.ecf@srbp.com; srbpecf@srbp.com

Edward J. Peterson, III on behalf of Debtor Michael Kastrenakes
epeterson@srbp.com, epeterson.ecf@srbp.com; srbpecf@srbp.com

Edward J. Peterson, III on behalf of Plaintiff Michael Kastrenakes
epeterson@srbp.com, epeterson.ecf@srbp.com; srbpecf@srbp.com

Robert C Schermer on behalf of Creditor SouthState Bank, N.A.
rschermer@manateelegal.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc.
nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com; allison.abbott@nelsonmullins.com

Nicolette C Vilmos on behalf of Defendant NextGear Capital, Inc.
nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com; allison.abbott@nelsonmullins.com

Nathan A Wheatley on behalf of U.S. Trustee United States Trustee - TPA
nathan.a.wheatley@usdoj.gov

J Steven Wilkes on behalf of U.S. Trustee United States Trustee - TPA
steven.wilkes@usdoj.gov

I further certify that a true copy of the foregoing has been furnished by U.S. first class mail on the 17th day of May, 2022, to the following non-CM/ECF participants:

| | |
|---|---|
| Michael Kastrenakes | Martha Thorn, The Thorn Collection |
| 1755 McCauley Road | Coldwell Banker International Real Estate |
| Clearwater, Florida 33764 | 598 Indian Rocks Road |
| Debtor | Belleair Bluffs, FL 33770 |

/s/ Andrew J. Ghekas
**ATTORNEY**