ORDERED.

**Dated:  May 17, 2022**



Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

MICHAEL KASTRENAKES,                            Case No. 8:22-bk-1210-CED

          Debtor.
_____/

### ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY MOFFA, SUTTON, & DONNINI, P.A. AS SPECIAL TAX COUNSEL EFFECTIVE AS OF THE PETITION DATE

THIS CASE came on for consideration without a hearing on the *Debtor's Application to Employ Moffa, Sutton, & Donnini, P.A. as Special Tax Counsel Effective as of the Petition Date* (Doc. No. 58) (the "**Application**") and the Declaration of James H. Sutton, Jr. in support of the Application.  The Court having considered the Application together with the record, finds that the Application is well taken and should be approved.  Accordingly, it is

**ORDERED**:

1.       The Application is approved.

2.     The Debtor is authorized to retain Moffa, Sutton, & Donnini, P.A. and its attorneys, pursuant to 11 U.S.C. §§327 and 330, effective as of the Petition Date, to perform the professional services set forth in the Application.

3.     The Debtor is further authorized to pay the retainer in the amount of $4,000.00 to Moffa, Sutton, & Donnini, P.A. to be applied on an hourly basis to work performed.

4.     No further payment of compensation shall be made to Moffa, Sutton, & Donnini, P.A. absent application to and approval by this Court pursuant to 11 U.S.C. § 330.

*Attorney Edward J. Peterson is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.*

4864-9538-0510, v. 1