ORDERED.

Dated: May 20, 2022

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                 Chapter 11

MICHAEL KASTRENAKES,                               Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**ORDER APPROVING DEBTOR'S APPLICATION TO
EMPLOY JERRY MAKRIS CPA, P.A. AS CERTIFIED
PUBLIC ACCOUNTANTS EFFECTIVE AS OF THE PETITION DATE**

THIS CASE came before the Court without a hearing for consideration of the *Debtor's Application to Employ Jerry Makris CPA, P.A. as Certified Public Accountants Effective as of the Petition Date* (Doc. No. 63). The Court, having considered the Application, together with the Declaration of Jerry Makris, and the record, finds that the Application should be approved. Accordingly, it is

    **ORDERED**:

    1.    The Application is approved.

    2.    The Debtor is authorized to employ Jerry Makris CPA, P.A. to perform the professional services set forth in the Application effective as of the Petition Date.

3. No payment of compensation shall be made to Jerry Makris CPA, P.A. absent application to and approval by this Court pursuant to 11 U.S.C. § 330.

*Attorney Edward J. Peterson is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.*