

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/23/2022 01:30 PM

COURTROOM   9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:22-bk-01210-CED** | **11** | **03/27/2022** |

**Chapter 11**

**DEBTOR:**   Michael Kastrenakes

**DEBTOR ATTY:**   Amy Mayer

**TRUSTEE:**   Ruediger Mueller

**HEARING:**

(1) Initial Status Conference
*(2) Motion to Extend Time to File 2021 Tax Return Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #48
- Objection to IRS Extension Motion Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[48]). (Anthony, John) Doc #51

**APPEARANCES:**:  Amy Mayer, John Anthony, Andrew Ghekas, Blair Boyd, J Steven Wilkes, Ruediger Mueller, Nicolette Vilmos, Teresa Hair, Kathleen DiSanto

**WITNESSES:**

**EVIDENCE:**

**RULING:**
(1) Initial Status Conference

*(2) Motion to Extend Time to File 2021 Tax Return Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #48 -   Granted to 6/30/2022 O/Mayer

- Objection to IRS Extension Motion Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[48]). (Anthony, John) Doc #51
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.