UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                          Chapter 11

MICHAEL KASTRENAKES,                                Case No. 8:22-bk-01210-CED

    Debtor.
_____/

### NEXTGEAR CAPITAL, INC.'S WITNESS LIST
**Contested Matter – Subchapter V Election**

Nextgear Capital, Inc. ("NextGear") hereby identifies the following potential fact witnesses for the upcoming evidentiary hearing scheduled for July 19, 2022 at 9:30 A.M.:

1. Michael Kastrenakes;
2. Maria Kastrenakes;
3. All witnesses named by Debtor Michael Kastrenakes;
4. All witnesses named by Panayiotis Vasiloudes;
5. All witnesses named by Cygram Heritage, LLLP; and
6. Any rebuttal witnesses.

NextGear reserves the right to supplement or amend this witness list.

Dated:  May 25, 2022

                                  **NELSON MULLINS RILEY &
                                  SCARBOROUGH, LLP**
                                  *Counsel for Plaintiff*

                                  */s/ Nicolette C. Vilmos*
                                  **NICOLETTE C. VILMOS, ESQ.**
                                  Florida Bar No. 0469051
                                  390 North Orange Avenue
                                  Suite 1400
                                  Orlando, Florida  32801
                                  Telephone: (407) 839-4200

Facsimile: (407) 425-8377  
nicolette.vilmos@nelsonmullins.com  
katie.bartoo@nelsonmullins.com  
allison.abbott@nelsonmullins.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been filed with the Court and furnished via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case, on this 25th day of May, 2022.

/s/ Nicolette C. Vilmos  
Nicolette C. Vilmos (0469051)

4894-7691-6770