UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Chapter 11

MICHAEL KASTRENAKES,  Case No. 8:22-bk-1210-CED

Debtor.
_____/

## NOTICE OF COMPLIANCE WITH REQUESTS FOR COPIES

Debtor, Michael Kastrenakes, by and through his undersigned counsel, hereby gives notice of compliance with the Requests for Copies filed by NextGear Capital, Inc., and Vasiloudes Creditors by providing records received from the following non-party:

1. Verizon Wireless.

Dated: May 25, 2022.

／s/ Edward J. Peterson
Edward J. Peterson (FBN 0014612)
Amy Denton Mayer (FBN 0634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone:  (813) 229-0144
Email:  epeterson@srbp.com; amayer@srbp.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Compliance with Requests for Copies* has been furnished on this 25th day of May, 2022, by the Court's CM/ECF system to all parties receiving CM/ECF electronic noticing.

／s/ Edward J. Peterson
Edward J. Peterson