UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov


In re:                                              Chapter 11

MICHAEL KASTRENAKES,                                Case No. 8:22-bk-1210-CED

          Debtor.
                                      /


**DEBTOR'S WITNESS LIST**
**Contested Matter – Subchapter V Election**

Debtor, Michael Kastrenakes, hereby identifies potential fact witnesses that he may call at

the trial commencing on July 19, 2022, at 9:30 a.m.

　　　1.　　　Michael Kastrenakes
　　　　　　　c/o Edward J. Peterson
　　　　　　　110 E. Madison Street, Suite 200
　　　　　　　Tampa, FL 33602

　　　2.　　　All witnesses listed by NextGear Capital, Inc., Panayiotis Vasiloudes, and
　　　　　　　Cygram Heritage, LLLP.

　　　3.　　　Any rebuttal witnesses.

　　　4.　　　The Debtor reserves the right to supplement or amend this witness list.

　　　5.　　　The Debtor reserves the right not to call one or more of the witnesses set forth

above.

> */s/ Edward J. Peterson*
> Edward J. Peterson (FBN 0014612)
> Stichter Riedel Blain & Postler, P.A.
> 110 East Madison Street, Suite 200
> Tampa, Florida   33602
> Telephone: (813) 229-0144
> Email:  epeterson@srbp.com
> Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2022, the foregoing *Debtor's Witness List* was

served via e-mail to:

John A. Anthony, Esq.
Anthony J, Ghekas, Esq.
Anthony & Partners, LLC
janthony@anthonyandpartners.com
aghekas@anthonyandpartners.com

Nicolette Corso Vilmos, Esq.
Nelson Mullins
nicolette.vilmos@nelsonmullins.com


                                        */s/ Edward J. Peterson*
                                        Edward J. Peterson