ORDERED.

Dated:  June 06, 2022

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                             Chapter 11

MICHAEL KASTRENAKES,                       Case No. 8:22-bk-1210-CED

      Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION
TO EXTEND TIME TO FILE 2021 TAX RETURN**

THIS CASE came before the Court for hearing on May 23, 2022, at 1:30 p.m. for consideration of the *Debtor's Motion to Extend Time to File 2021 Tax Return* (Doc. No. 48) (the "**Motion**") and the *Vasiloudes Creditors' Objection to IRS Extension Motion* (Doc. No. 51) (the "**Objection**").  For the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is

**ORDERED**:

    1.    The Motion is granted.

    2.    The Objection is overruled.

3. Bankruptcy Rules for the Middle District of Florida, or administrative orders of this Court for the filing of the Debtor's 2021 tax return are hereby extended through and including June 30, 2022.

*Attorney Edward J. Peterson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*