**[Dntcsc]** [Notice Scheduling Status Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                    Case No. 8:22−bk−01210−CED
                                                                          Chapter 11

Michael Kastrenakes

_____Debtor*_____/

NOTICE SCHEDULING STATUS CONFERENCE

   NOTICE IS GIVEN THAT:

1. A Status Conference will be held on June 27, 2022 , at 11:00 AM in Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 before the Honorable Caryl E. Delano.

2. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties appearing by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

3. <u>Avoid delays.</u> A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order.

|  |  |
|---|---|
| Dated: June 15, 2022 | FOR THE COURT<br>Sheryl L. Loesch , Clerk of Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.