**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Michael Kastrenakes

                                      CHAPTER   11
                                      CASE NO.   8:22-bk-01210-CED

        Debtor
_____/

**THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS**
**MOTION FOR EXTENSION OF TIME TO FILE DISCHARGEABILITY**
**COMPLAINT AND OBJECT TO DISCHARGE OF DEBTOR**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party-in-interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Bankruptcy Court, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602 - 3899 and serve a copy on the movant's attorney (Nicole Mariani Noel, Kass Shuler, P.A., P.O. Box 800, Tampa, Florida 33601), and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS ("Creditors"), move the Court to extend the deadline for Creditors to file a complaint objecting to dischargeability of indebtedness due them and the deadline to object to discharge of Debtor in the subject Chapter 11 case and would show:

1.     The Debtor filed the instant Chapter 11 bankruptcy case on March 27, 2022.

2.     Pursuant to Notice of Bankruptcy Case (Doc. No. 13), the last date fixed for Creditors to file a complaint to determine discharge/dischargeability of debt and object to discharge of Debtor is June 21, 2022.

3. Creditors believe that they have a good faith basis to bring a dischargeability complaint and/or object to Debtor's ability to receive a discharge in the subject Chapter 11 case

4. Creditors seeks an extension of time to file such an objection/complaint until August 24, 2022 or until such time that the Court deems proper.

5. Counsel for Creditors has contacted Counsel for Debtor, but has not been able to confirm whether they consent or oppose the relief requested in this Motion.  Creditor is filing the Motion to meet the deadline and will submit an Agreed Order in the event Debtor does not oppose the requested sixty (60) day extension.

WHEREFORE, Creditors requests that the Court, on an *ex parte* basis, enter an Order granting this Motion and providing that the deadline to file a complaint to object to dischargeability of a debt and/or object to Debtor's discharge is extended until August 24, 2022 or until such time the Court deems proper.

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax:    (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on June 20, 2022, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Michael Kastrenakes, 1755 McCauley Rd., Clearwater, FL 33764; Edward J. Peterson, III 110 East Madison Street, Suite 200, Tampa, FL 33602; Ruediger Mueller, Trustee 1112 Watson Court , Reunion, FL 34747-6784; Office of the United States Trustee  501 E. Polk Street, Suite 1200, Tampa, FL 33602 and all other parties scheduled to receive notice through CM/ECF.

/s/ Nicole Mariani Noel
Nicole Mariani Noel

2219356/mb