UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| MICHAEL KASTRENAKES, | Case No. 8:22-bk-1210-CED |
| Debtor. | |
| _____/ | |

Platinum Auto Finance of Tampa Bay, LLC's
Notice of Appearance

Undersigned appears as counsel for Platinum Auto Finance of Tampa Bay LLC, and requests copies of all notices.

A copy is being served on all parties by e-filing.

JOEL M. ARESTY, P.A.
Board Certified
Business Bankruptcy Law
Counsel for Platinum Auto
Finance of Tampa Bay, LLC,
309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483