

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/27/2022 11:00 AM

COURTROOM 9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:22-bk-01210-CED | 11 | 03/27/2022 |

Chapter 11

**DEBTOR:**   Michael Kastrenakes

**DEBTOR ATTY:**   Amy Mayer

**TRUSTEE:**   Ruediger Mueller

**HEARING:**

Status Conference

**APPEARANCES:**: Amy Mayer, J Steven Wilkes, Kathleen DiSanto, Ruediger Mueller, Blair Boyd, Ryan Mittauer, John Anthony, Andrew Ghekas, Ira Silverstein, Nicolette Vilmos, Nicole Noel

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Status Conference -   Everything currently scheduled for July 18, 2022 in the main cases and adversaries is rescheduled to July 19, 2022 at 1:30 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.