**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Michael Kastrenakes

                                          CHAPTER     11
                                          CASE NO.    8:22-bk-01210-CED

      Debtor
_____/

## <u>NOTICE OF APPEARANCE FOR CREDITOR ON A LIMITED BASIS</u>

COMES NOW, the firm of Kass Shuler, P.A. and files this Notice of Appearance On A Limited Basis as counsel for the following Creditor:

THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS

1. The firm be should be added to the Matrix for this Creditor in regards to the Collateral as:

> THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS
> c/o Nicole Mariani Noel
> P.O. Box 800
> Tampa, FL 33601

2. <u>This is not a general Notice of Appearance</u>. The firm only represents the Creditor in regards to the Creditor's claim in the Bankruptcy action. The firm does not represent the Creditor generally in regards to other actions unless a separate Notice of Appearance is filed and can not accept service of pleadings directed to the Creditor regarding other actions.

3. <u>This is not a Notice of Appearance regarding entities related to the Creditor</u>. The firm can not accept service of pleadings directed to other corporate entities which may be affiliated with the Creditor in some way as these other entities are separate entities and are in fact different creditors in this case.

4.      This Notice of Appearance shall not be deemed or construed to be a waiver of the rights: (1) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax:    (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on June 28, 2022, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Michael Kastrenakes, 1755 McCauley Rd., Clearwater, FL 33764; Edward J. Peterson, III 110 East Madison Street, Suite 200, Tampa, FL 33602; Ruediger Mueller, Trustee 1112 Watson Court, Reunion, FL 34747-6784; United States Trustee - TPA, Timberlake Annex, Suite 1200 501 E Polk Street, Tampa, FL 33602; J Steven Wilkes Office of United States Trustee, 501 East Polk Street, Tampa, FL 33602; Nathan A Wheatley, Office of the U.S. Trustee, 501 E. Polk St., Suite1200, Tampa, FL 33602 and all other parties scheduled to receive notice through CM/ECF.

/s/ Nicole Mariani Noel
Nicole Mariani Noel

2219356/mb