UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

MICHAEL KASTRENAKES,                            Case No. 8:22-bk-1210-CED

        Debtor.

_____/

### DEBTOR'S MOTION TO FURTHER EXTEND TIME TO FILE 2021 TAX RETURN

MICHAEL KASTRENAKES, as debtor and debtor in possession (the "**Debtor**"), respectfully requests the entry of an order further extending, through and including October 17, 2022, the time within which he has to file his joint 2021 federal income tax return and in support thereof, states:

1.      On March 27, 2022 (the "**Petition Date**"), the Debtor filed his Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

2.      As of the Petition Date, the Debtor had timely filed all of his tax returns.

3.      On May 5, 2022, the Debtor filed his *Motion to Extend Time to File 2021 Tax Return* (Doc. No. 48) (he "**Extension Motion**").  The Extension Motion sought an extension of time for the Debtor to file his joint 2021 federal income tax return, so as to coincide with the automatic extension provided by the Internal Revenue Service.  The Debtor sought the extension because there are at least three corporate returns[1] that have not been prepared which impact the

---

[1] Instant Car Offer, LLC, Platinum Auto Finance of Tampa Bay, LLC, and Pasadena Acceptance Finance, LLC.

Debtor's tax return.  The Debtor does not control the entities or the preparation of their tax returns, K-1s, and related documents.  Until the Debtor receives the K-1s, the Debtor's return is incomplete.

4.      On May 9, 2022, Dr. Panyiotis Vasiloudes, Cygram Heritage, LLLP, and Cygram Holdings, L.P. (collectively, the "**Vasiloudes Creditors**") objected to the Extension Motion (the "**Extension Objection**").  The Extension Objection was predicated upon three primary grounds: (1) the Subchapter V framework requires cases to proceed much more rapidly from a traditional chapter 11 and the case should be confirmed well prior to October 2022; (2) the tax return is essential to the Subchapter V eligibility dispute between the parties; and (3) the tax return is essential to confirmation issues.

5.      Given the posture of the case and the expectation that the corporate returns would be prepared by June 30, 2022, the Debtor agreed to file his 2021 joint federal income tax return by June 30, 2022.  Accordingly, on June 6, 2022, the Court entered its order granting the Extension Motion and extending until June 30, 2022, the time within which the Debtor has to prepare the joint 2021 federal income tax return (the "**Extension Order**").

6.      After the entry of the Extension Order, on June 13, 2022, the Debtor filed his *Amended Voluntary Petition for Individuals Filing for Bankruptcy* (Doc. No. 71) withdrawing the election to proceed under Subchapter V and mooting the eligibility objection raised by the Vasiloudes Creditors.

7.      Since the posture of this case has changed substantially since the entry of the Extension Order, the Debtor submits that a further extension to October 17, 2022[2] is warranted.  This case is no longer a Subchapter V case proceeding on an expedited time frame.  The eligibility

---

[2] The Extension Motion contained a scrivener's error in requesting an extension to October 15, 2022.  It should have requested an extension to October 17, 2022, which is the Internal Revenue Service deadline pursuant to the automatic extension.

dispute is no longer pending.  There are no imminently scheduled trials or a confirmation hearing which require the production of the tax return.  As the Court duly noted at the hearing on the Extension Motion, the Internal Revenue Service provides taxpayers with an automatic extension to October.  Despite his best efforts, the Debtor does not have all the K-1s required to complete the joint 2021 federal income tax return.

8.       Accordingly, the Debtor seeks an extension through October 17, 2022, of the time within which he has to file his joint 2021 federal income tax return.

WHEREFORE, the Debtor respectfully requests that this Court enter an order: (a) granting this motion; (b) extending, through and including October 17, 2022, the time within which he has to file his joint 2021 federal income tax return; and (c) providing for such other and further relief as may be just.

*/s/ Amy Denton Mayer*
Edward J. Peterson (FBN 0014612)
Amy Denton Mayer (FBN 0634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone:  (813) 229-0144
Email:  epeterson@srbp.com; amayer@srbp.com
Attorneys for Debtor

4885-8386-4871, v. 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion to Further Extend Time to File 2021 Tax Return* has been furnished on this 30th  day of June, 2022, by the Court's CM/ECF system to all parties receiving CM/ECF electronic noticing.

*/s/ Amy Denton Mayer*
Amy Denton Mayer

4885-8386-4871, v. 1