UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Chapter 11

MICHAEL KASTRENAKES,                                          Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**DEBTOR'S MOTION TO EXTEND TIME TO
FILE APRIL AND MAY 2022 MONTHLY OPERATING REPORTS**

Michael Kastrenakes, as debtor and debtor in possession (the "**Debtor**"), respectfully requests the entry of an order extending, through and including July 8, 2022, the time within which he has to file his April and May 2022 monthly operating reports (the "**Reports**") and in support thereof, states:

1. On March 27, 2022 (the "**Petition Date**"), the Debtor filed his Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code.

2. The Debtor filed his March report on time and provided the undersigned with the data for the April and May reports. However, the Debtor was unable to turn off some auto debits for April. As a result, those prepetition payments came out of a non-DIP account. That account has non-debtor transactions running through it as well so all the cash in/out of that account should not be reported on the Reports. The Debtor and his professionals are diligently trying to ensure they capture all the payments made by or on behalf of the Debtor and that it reconciles with the prior month's report.

3. Accordingly, the Debtor seeks an extension, through and including July 8, 2022, of the time within which to file the Reports.

WHEREFORE, the Debtor respectfully requests that this Court enter an order: (a) granting this motion; (b) extending, through and including July 8, 2022, the time within which the Debtor has to file the Reports; and (c) providing for such other and further relief as may be just.

> */s/ Amy Denton Mayer*
> Edward J. Peterson (FBN 0014612)
> Amy Denton Mayer (FBN 0634506)
> Stichter Riedel Blain & Postler, P.A.
> 110 East Madison Street, Suite 200
> Tampa, Florida   33602
> Telephone:  (813) 229-0144
> Email:  epeterson@srbp.com; amayer@srbp.com
> Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Motion for Extension of Time to File April and May 2022 Monthly Operating Reports* has been furnished on this 30th day of June, 2022, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing.

> */s/ Amy Denton Mayer*
> Amy Denton Mayer