**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:
KASTRENAKES, MICHAEL,
                Debtor(s).
_____/

Case No: 22-01210-CED
Subchapter V  Chapter 11

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES OF THE CHAPTER 11 SUBCHAPTER V TRUSTEE**

---

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper, you must file a response with the Clerk of Court at 801 N. Florida Avenue, Room 555, Tampa, Florida 33602 within twenty-one days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

**Summary of Request for Allowance**

| | |
|---|---|
| *Applicant:* | Dr. Ruediger Mueller |
| *Professional Position in Case:* | Chapter 11 Subchapter V Trustee |
| *Date of Appointment:* | 03/28/2022 |
| *Application Period:* | 3/28/2022 through 7/1/2022 |

| | |
|---|---|
| *Total Hours of Professional Services Performed:* | 5.1 |
| *Hourly Rate* | Dr. Ruediger Mueller    $100.00 to $300.00/hour |
| *Hours per Producer* | Dr. Ruediger Mueller    5.1 |
| *Blended Hourly Rate:* | $ 252.94 |
| *Amount of Compensation Sought:* | $ 1,290.00 |
| *Amount of Expense Reimbursement Sought:* | $ 234.00 |
| *Total Allowance:* | $ 1,524.00 |

This Application of Ruediger Mueller, the Chapter 11 Subchapter V Trustee, seeks an allowance of compensation for professional services rendered in the amount of $ 1290.00 and actual and necessary expenses incurred in the amount of $ 234.00 on behalf of the estate from 3/28/2022 through and including 7/1/2022 the "Allowance Period") and respectfully states:

1. On 3/27/2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 Subchapter V of the Bankruptcy Code.

2. On 03/28/2022, Dr. Ruediger Mueller was appointed the Chapter 11 Subchapter V Trustee ("Trustee") in this case.

3. The Trustee was responsible for all the time billed with respect to this Fee Application. During the Allowance Period, the Trustee assisted the Debtor in numerous aspects of its operations.

4. By this Application, the Trustee is requesting fees in the total amount of

$1,290.00 and expenses in the total amount of 234.00.

5. All services for which compensation is requested were performed for and on behalf of the Debtor in Possession and not on behalf of any committee, creditor, or other person.

6. All of the services for which compensation is sought were performed by the Trustee.

## Summary of Services Rendered

7. The Trustee assisted the Debtor on numerous matters during the course of the Allowance Period. The Trustee was required to become involved in all aspects of the business, with an emphasis on data gathering and business forecasting in connection with the preparation of proformas and the Chapter 11 Plan.

8. The valuation of the Trustee's services in this matter should be based on the foregoing factual recitations and on the following considerations enunciated in In Re: First Colonial Corp. of America, 544 F.2d 291 (5th Cir. 1977):

   a. Time and Labor Required. As set forth on the attached exhibit, the Trustee has spent 5.1 hours rendering professional services to or on behalf of the Debtor in this case. The Trustee has maintained detailed, daily records of the time devoted in rendering these services. A copy of these records is attached hereto as an exhibit and by reference incorporated herein. During all times relevant to this Allowance Period, the hourly billing rate was in the range of $150.00 to $300.00 per hour and the blended hourly rate for this Application Period is $252.94.

   b. Novelty and Difficulty of Questions. The summary of time, hours and fees reflects rates commensurate with the knowledge and expertise of the individual professional, and the customary rates charged by professionals of similar experience and

3

expertise in the Middle District of Florida.

      c.      <u>Skill Requisite to Perform Services As Chapter 11 Trustee</u>.  A significant portion of the Trustee's practice is in the area of turnaround services, and Applicant submits that it has performed the services for the Debtor at a high level of skill.

      d.      <u>Preclusion of Other Employment</u>.  This factor is not relevant in the circumstances of this case, other than this case requires a commitment of time and resources which could have been allocated to other representation.

      e.      <u>Customary Fee.</u>  The fee requested by the Trustee is the fee normally charged by the Trustee and does not include any premium.

      f.      <u>Whether the Fees are Fixed or Contingent</u>.  The fees requested are contingent in that they are subject to approval by the Bankruptcy Court and solvency of the Debtor.

      g.      <u>The Limitations Imposed by Client or Other Circumstances</u>.  This case did not require the Trustee to devote an extraordinary or substantial amount of time on an emergency basis.

      h.      <u>Nature and Length of the Professional Relationship with the Client</u>.  The Trustee did not have a professional relationship with the Debtor prior to the case.

      i.      <u>Awards in Similar Cases</u>.  The amount sought by the Trustee is well within the range of awards in similar cases.

WHEREFORE, Applicant respectfully requests that the Court enter an order awarding an allowance of compensation to Applicant of $1,290.00 for professional services rendered during the Allowance Period, plus reimbursement of expenses in the amount of $234.00 and that the Court grant such other and further relief as is just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Application for Compensation and Reimbursement of Expenses of the Chapter 11 Subchapter V Trustee* has been furnished either by the Court's CM/ECF system at the time of entry or by regular U.S. Mail to creditors and parties in interest listed on the attached matrix on July 1, 2022.

*/s/ Dr. Ruediger Mueller*
Dr. Ruediger Mueller
1112 Watson Court
Reunion, FL  34747
Telephone:  (678) 863-0473
Facsimile:  (407) 540-9306
Email:  rudi.mueller@tcmius.com
Subchapter V Trustee

**TIME AND BILLING**
**TIME REPORT**

Page No:  1

| | |
|---|---|
| Case No.: | 22-01210-CED |
| Case Name: | KASTRENAKES, MICHAEL |
| Start Date: | 3/27/2022 |
| End Date: | 7/1/2022 |

**Trustee Name**
Dr. Ruediger Mueller

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| **Firm Name: Dr. Ruediger Mueller** | | | | | | |
| **Professional: Dr. Ruediger Mueller** | | | | | | |
| | $300.00 | 2.30 | $690.00 | 2.30 | $690.00 | Billable |
| 04/08/2022: IDI and review of documents provided so far. | | | | | | |
| | $100.00 | 1.20 | $120.00 | 1.20 | $120.00 | Billable |
| 04/18/2022: Hearing and hearing preparation, billed at 1/3rd of hourly rate as three cases were heard in the same hearing. | | | | | | |
| | $300.00 | 0.50 | $150.00 | 0.50 | $150.00 | Billable |
| 05/09/2022: Hearing and hearing preparation. | | | | | | |
| | $300.00 | 0.60 | $180.00 | 0.60 | $180.00 | Billable |
| 05/23/2022: Hearing and hearing preparation and call with debtor's counsel. | | | | | | |
| | $300.00 | 0.50 | $150.00 | 0.50 | $150.00 | Billable |
| 06/27/2022: Hearing and hearing preparation. | | | | | | |
| Dr. Ruediger Mueller billable hours = 3.90 hours @ $300.00 totalling $1,170.00 | | | | | | |
| Dr. Ruediger Mueller billable hours = 1.20 hours @ $100.00 totalling $120.00 | | | | | | |
| **Project Category Total:** | | **5.10** | | | **$1,290.00** | |

Dr. Ruediger Mueller billable hours = 5.10 hours totalling $1,290.00

| | | | | | | |
|---|---|---|---|---|---|---|
| **Firm Name Dr. Ruediger Mueller Total:** | | 5.10 | | | $1,290.00 | |
| **TOTALS:** | | 5.10 | $1,290.00 | 5.10 | $1,290.00 | |

**TIME AND BILLING
EXPENSE REPORT**

Page No:   1

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 22-01210-CED | | | **Trustee Name** | |
| **Case Name:** | KASTRENAKES, MICHAEL | | | Dr. Ruediger Mueller | |
| **Start Date:** | 3/27/2022 | | | | |
| **End Date:** | 7/1/2022 | | | | |

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Claimant :** | | | | | |
| **Matter Code :** | | | | | |
| **Project Category :** | | | | | |
| **Misc** | | | | | |
| 07/01/2022 | $1.500 | 156.00 | $234.00 | $234.00 | Billable |
| Description: Mailing of Documents | | | | | |
| | | **Misc Total:** | $234.00 | $234.00 | |
| | | **Project Category Total:** | $234.00 | $234.00 | |
| | | **Matter Code Total:** | $234.00 | $234.00 | |
| | | **EXPENSE SUMMARY:** | $234.00 | | |

| | | |
|---|---|---|
| Amy Denton Mayer<br>Stichter Riedel Blain & Postler, P.A.<br>110 E Madison Street<br>Suite 200<br>Tampa, FL 33602-4718 | Cygram Heritage, LLLP<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Dr. Panayiotis Vasiloudes<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 |
| CallPass, LLC<br>4592 Ulmerton Rd., #201<br>Clearwater, FL 33762-4107 | Cygram Heritage, LLLP<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Edward J. Peterson III<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 |
| Carlouel Yacht Club<br>1091 El Dorado Ave.<br>Clearwater Beach, FL 33767-1099 | Cygram Heritage, LLLP<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 | Evangeline Kastrenakes<br>1780 McCauley Rd.<br>Clearwater, FL 33765-1541 |
| Courtney Leasing, Inc.<br>Danielle S. Kemp, Esq.<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | Cygram Heritage, LLLP<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | First Home Bank<br>ATT: Robert B. George & Ryan J. Mittauer<br>The Liles Firm, PA<br>50 N Laura St., Ste. 1200<br>Jacksonville, FL 32202-3670 |
| Courtney Leasing, Inc.<br>8126 Benrus Street<br>Orlando, FL 32827-5074 | Cygram Heritage, LLLP, derivatively on<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | First Home Bank<br>5250 Park Blvd. N.<br>Pinellas Park, FL 33781-3417 |
| Courtney Leasing, Inc. | Cygram Holdings, L.P.<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | First Home Bank<br>c/o Robert B. George, Esq.<br>The Liles Firm, PA<br>50 N Laura St., Ste 1200<br>Jacksonville, FL 32202-3670 |
| CPX Holdings, LLC<br>1755 McCauley Rd.<br>Clearwater, FL 33765-1510 | Cygram Holdings, LP<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Florida Department of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 |
| CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | Deanna Tsetsekas<br>300 Lepredhaun Lane<br>Dunedin, FL 34698 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | George Lagos<br>1473 Sturbridge Ct.<br>Dunedin, FL 34698-2263 |
| CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Adam Lawton Alpert, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | Dr. Panayiotis Vasiloudes<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Gilbert M. Singer, Esquire<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 |

Grow Financial
P.O. Box 89909
Tampa, FL 33689-0415

Grow Financial Credit Union
Sorenson Van Leuven, PLLC.
J. Blair Boyd, Esquire
Post Office Box 3637
Tallahassee, FL 32315-3637

Grow Financial Federal Credit Union
Sorenson Van Leuven, PLLC
c/o J. Blair Boyd
Post Office Box 3637
Tallahassee, FL 32315-3637

HF Financial, LLC
701 Spottis Woode Lane
Clearwater, FL 33756-5267

Howard Howell
701 Spottis Woode Lane
Clearwater, FL 33756-5267

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irene Pappas, Trustee of the Irene
Pappas Revocable Trust utd 8/23/99
2632 Velventos Dr.
Clearwater, FL 33761-1710

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

James H Sutton
Moffa, Sutton & Donnini, P.A.
8875 Hidden River Parkway
Suite 300
Tampa, FL 33637-2087

Jeff Hackett
1515 E. Lake Woodlands Pkwy.
Oldsmar, FL 34677-1903

Jerry Makris, C.P.A.
Jerry Makris C.P.A., P.A.
2110 Drew Street
Clearwater, FL 33765-3231

Julia Rice, Esq.
State Attorney's Office
P.O. Box 5028
Riverview, FL 33578

K&M Insurance Investors, LLC
c/o John Anthony, Esq.
Anthony & Partners
100 S. Ashley Dr., #1600
Tampa, FL 33602-5318

Konstantinos Papaspanos
c/o Gilbert M. Singer, Esq.
5104 S. Westshore Blvd.
Tampa, FL 33611-5650

Maria Kastrenakes
c/o Bush Ross, P.A.
Attn. Kathleen L. DiSanto, Esq.
PO Box 3913
Tampa, FL 33601-3913

Maria Kastrenakes
c/o Kathleen L. DiSanto, Esq.
Post Office Box 3913
Tampa, FL 33601-3913

Martha Thorn
The Thorn Collection
Coldwell Banker International Real Estat
598 Indian Rocks Road
Belleair Bluffs, FL 33770-2016

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33765-1510

New York Life Insurance and
Annuity Corporation
P.O. Box 6916
Cleveland, OH 44101-1916

New York Life Insurance and
Annuity Corp.
P.O. Box 139052
Dallas, TX 75313-9052

NextGear Capital, Inc.
11799 North College Avenue
Carmel, IN 46032-5605

NextGear Capital, Inc.

Pagona Kokolakis
103 Buena Vista Dr. S.
Dunedin, FL 34698-3305
South State Bank
P.O. Box 9602
Nichols, FL 33863

Panayiotis Vasiloudes
c/o John A. Anthony, Esq.
Anthony & Partners, LLC, 100 South Ashle
100 South Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Platinum Auto Finance of Tampa Bay
c/o Joel Aresty, Esq.
309 1st Ave S
Tierra Verde, Fl 33715-2231

Ruediger Mueller
Dr. Mueller Associates, Inc.
1112 Watson Court
Reunion, FL 34747-6784

SouthState Bank
3711 Tampa Rd.
Oldsmar, FL 34677-6309

SouthState Bank N.A.
Attn: Bankruptcy
PO Box 1900
Cornelia, GA 30531-7900

SouthState Bank, N.A.
c/o Robert C. Schermer, Esq.
Greene Hamrick Schermer & Johnson PA
410 43rd St. W., Ste. N
Bradenton, FL 34209-2923

SouthState Bank, N.A.
c/o Robert C. Schermer, Esq.
410 43rd St. W., Ste. N
Bradenton, FL 34209-2923

SouthState Bank, NA
Att: Edward J Peterson III, Esq
Stichter Riedel Blain & Postler, PA
110 East Madison Street, Suite 200
Tampa, FL 33602-4718


Stichter, Riedel, Blain & Postler, P.A.




Teresa M. Hair
Brock and Scott, PLLC
Attorneys at Law
8757 Red Oak Blvd.
Charlotte, NC 28217-3983

Thomas Zervas
c/o Gilbert Singer, Esq.
5104 S. Westshore Blvd.
Tampa, FL 33611-5650


Thomas Zervas
2632 Velventos Dr.
Clearwater, FL 33761-1710



Thomas Zervas and Konstantinos
5104 South Westshore Blvd.
Tampa, FL 33611-5650



THOMAS ZERVAS AND
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601-0800



Trifon Houvardas
c/o John Anthony, Esq.
Anthony & Partners
100 S. Ashley Dr., #1600
Tampa, FL 33602-5318

United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949


US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Vasilios and Eva Gargeros
2132 Gulf View Blvd., Unit 14/24
Dunedin, FL 34698-2101




Wells Fargo Bank, N.A.
3476 Stateview Blvd
Fort Mill, SC 29715-7200




Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis MN 55440-1629

Wells Fargo Mortgage
101 N. Phillips Ave.
Sioux Falls, SD 57104-6714



Wells Fargo, N.A.
3476 Stateview Blvd
Fort Mill, SC 29715-7200



Westlake Flooring Co., LLC
c/o James R. Liebler, II, Esq.
Liebler Gonzalez & Portuondo
44 West Flagler Street 25th Floor
Miami, FL 33130-1817

Westlake Flooring Co., LLC
8000 Wilshire Blvd.
Los Angeles, CA 90010




Westlake Flooring Company, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler St.
Courthouse Tower - 25th FL
Miami, FL 33130-1808