ORDERED.

Dated: July 06, 2022

*[Signature]*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                         Chapter 11

MICHAEL KASTRENAKES,                      Case No. 8:22-bk-1210-CED

    Debtor.
_____/

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE APRIL AND MAY 2022 MONTHLY OPERATING REPORTS

THIS CASE came before the Court without a hearing for consideration of the *Debtor's Motion to Extend Time to File April and May 2022 Monthly Operating Reports* (the "**Motion**") (Doc. No. 83). The Court, having considered the Motion and the record, finds that the Motion is well taken and should be granted. Accordingly, it is

**ORDERED**:

1.    The Motion is granted.

2.    The time within which the Debtor has to file the April and May 2022 monthly operating reports is extended through and including July 8, 2022.

*Attorney Edward J. Peterson is directed to serve a copy of this order on interested parties who are do not receive service by ECF and file a proof of service within three days of entry of the order.*