ORDERED.

Dated:  July 07, 2022

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                 Chapter 11

MICHAEL KASTRENAKES,                              Case No. 8:22-bk-1210-CED

      Debtor.
_____/

### ORDER GRANTING DEBTOR'S MOTION
### TO FURTHER EXTEND TIME TO FILE 2021 TAX RETURN

THIS CASE came before the Court without a hearing for consideration of the *Debtor's Motion to Further Extend Time to File 2021 Tax Return* (Doc. No. 82) (the "**Motion**").  The Court, having considered the Motion and the record, finds that the Motion is well taken and should be granted.  Accordingly, it is

**ORDERED**:

1.     The Motion is granted.

2.     The June 30, 2022, deadline for the Debtor to file his 2021 federal income tax return, which was imposed by this Court's June 6, 2022*, Order Granting Debtor's Motion to Extend Time to File 2021 Tax Return* (Doc. No. 70), is further extended through and including

October 17, 2022.  Accordingly, the Debtor shall have through and including October 17, 2022, to file his 2021 federal income tax return.

*Attorney Edward J. Peterson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*