UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Chapter 11

MICHAEL KASTRENAKES,  Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**DEBTOR'S MONTHLY FINANCIAL REPORT FOR THE
PERIOD OF APRIL 1, 2022, THROUGH APRIL 30, 2022**

    The Debtor hereby files his Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

                                                      */s/ Amy Denton Mayer*
                                                      Edward J. Peterson (FBN 0014612)
                                                      Amy Denton Mayer (FBN 0634506)
                                                      Stichter Riedel Blain & Postler, P.A.
                                                      110 East Madison Street, Suite 200
                                                      Tampa, Florida 33602
                                                      Telephone:  (813) 229-0144
                                                      Email: epeterson@srbp.com; amayer@srbp.com
                                                      Attorneys for Debtor

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Michael Kastrenakes |
|---|
| Case Number: 8:22-bk-1210-CED |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month April | Cumulative Total |
|---|---:|---:|
| **CASH- Beginning of Month** | 14,288.65 | 15,128.89 |
| **Total Receipts** | 18,545.37 | 26,045.37 |
| **Total Disbursements** | 23,199.47 | 31,539.71 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | -4,654.10 | |
| **CASH- End of Month** | 9,634.55 | 9,634.55 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| **TOTAL DISBURSEMENTS (From Above)** | 23,199.47 | |
|---|---:|---|
| | | |
| | | |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

Dated this 8th day of July, 2022         /s/ Michael Kastrenakes

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>APRIL | Cumulative<br>Total |
|---|---:|---:|
| **CASH** - Beginning of Month | 14,288.65 | 15,128.89 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | 13,753.49 | 21,253.49 |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Contribution from Non-Debtor Spouse | 3,000.00 | 3,000.00 |
| Transfers Between Accounts | 500.00 | 500.00 |
| Corporate Reimbursements | 400.00 | 400.00 |
| Management Fees (CallPass) | 891.88 | 891.88 |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **TOTAL RECEIPTS** | 18,545.37 | 26,045.37 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | 2,204.72 | 10,509.23 |
| Household Repairs & Maintenance | 1,449.64 | 1,449.64 |
| Insurance | 3,652.57 | 3,652.57 |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments | 26.19 | 61.92 |
| Mortgage Payment(s) | 6,267.94 | 6,267.94 |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment |  |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 837.39 | 837.39 |
| Vehicle Expenses | 444.61 | 444.61 |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees |  |  |
| Professional Fees (Legal, Accounting) | 625.00 | 625.00 |
| Other |  |  |
| Bank Fees | 58.35 | 58.35 |
| Maria Kastrenakes | 200.00 | 200.00 |
| Consumer Direct Auto, LLC | 100.00 | 100.00 |
| Loan/CC Payments | 6,833.06 | 6,833.06 |
| Transfers Between Accounts | 500.00 | 500.00 |
|  |  |  |
| **Total Household Disbursements** | 23,199.47 | 31,539.71 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 9,634.55 | 9,634.55 |

**MONTHLY OPERATING REPORT -**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ATTACHMENT NO. 1**
**INDIVDUAL**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | X | |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Lexington Insurance Company Homeowners Insurance | 7/01/2021 - 7/01/2022 | | |
| Ace Insurance Co. of MidWest Automobile Insurance | 7/01/2021 - 7/01/2022 | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**




Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | Regions | Southstate | | |
| **Account Number:** | 8245 | 7751 | | |
| **Purpose of Account (Business/Personal)** | Personal | | | |
| **Type of Account (e.g. checking)** | Checking | | | |
| | | | | |
| 1. **Balance per Bank Statement** | $8,545.10 | $1,089.45 | | |
| 2. **ADD**: Deposits not credited (attach list to this report) | 0 | | | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | 0 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0 | | | |
| 5. **Month End Balance** (Must Agree with Books) | 8,545.10 | $1,089.45 | | |
| TOTAL OF ALL ACCOUNTS | | | | $9,634.55 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>**Bank / Account Name / Number** | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SouthState Bank/Regions |
|---|---|
| **Account Number** | |
| **Purpose of Account (Personal)** | |
| **Type of Account (e.g., Checking)** | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | See attached | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



**Regions Bank**
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #  ████8245

| | |
|---|---|
| Cycle | 092 07 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN CHECKING
April 5, 2022 through April 14, 2022

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Minimum Balance | $500 |
| Deposits & Credits | $1,391.89 + | Average Balance | $847 |
| Withdrawals | $93.60 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| Ending Balance | $1,298.29 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 04/05 | Deposit - Thank You | 500.00 |
| 04/07 | Bill.Com    Verify Michael Kastro | 0.01 |
| 04/11 | Callpass Tech LI Receivable Michael Kastre | 891.88 |
| | Total Deposits & Credits | $1,391.89 |

### WITHDRAWALS

| | | |
|---|---|---|
| 04/14 | PIN Purchase Chevron/MacDil 5542 Tampa   FL   3020 | 93.60 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/05 | 500.00 | 04/11 | 1,391.89 | 04/14 | 1,298.29 |
| 04/07 | 500.01 | | | | |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)



**Thank You For Banking With Regions!**
2022 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #     ▇▇▇▇3245

|  |  |
|---|---|
| | 092 |
| Cycle | 07 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
April 15, 2022 through May 13, 2022

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $1,298.29 | Minimum Balance | $6,503 |
| Deposits & Credits | $28,862.90 + | Average Balance | $8,891 |
| Withdrawals | $13,356.45 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $1,660.96 − | | |
| **Ending Balance** | $15,143.78 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 04/15 | Mid Atlantic Fin 2021 Michael Kastre 2021 | 7,500.00 |
| 04/18 | ATM Imaged Deposit | 2,084.49 |
| 04/29 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 2,084.49 |

### WITHDRAWALS

| | | |
|---|---|---|
| 04/15 | New York Life   Ins. Prem. Michael Kastre | 1,560.00 |
| 04/15 | Harland Clarke   Chk Orders Michael Kastre | 22.35 |
| 04/19 | Card Purchase Sq *Nature S Ta  5812 Tampa       FL 33602    2972 | 8.88 |
| 04/19 | Card Purchase Sq *Nature S Ta  5812 Tampa       FL 33602    2972 | 1.06 |
| 04/21 | PIN Purchase Circle K 09787   5542 Pinellas Parkfl      2972 | 36.83 |
| 04/22 | Card Purchase Gershys Cafe &   5814 Clearwater   FL 33762   2972 | 14.01 |
| 04/22 | PIN Purchase Junmai Station   5814 Tampa       FL       2972 | 18.24 |
| 04/25 | PIN Purchase Lowe S #1714    5200 Clearwater  FL       3020 | 199.64 |
| 04/25 | PIN Purchase 7-Eleven        5542 Dunedin     FL       3020 | 96.89 |
| 04/26 | Card Purchase Panera Bread #2  5814 Clearwater   FL 33762   2972 | 6.30 |
| 04/26 | New York Life   Ins. Prem. Michael Kastre 61223943 | 450.00 |
| 04/26 | New York Life   Ins. Prem. Michael Kastre 61187603 | 1,642.57 |
| 04/27 | PIN Purchase Shell Service   5542 Clearwater  FL       2972 | 47.07 |
| 04/28 | Card Purchase Graze Breakfast 5812 813-4510147  FL 33629   3020 | 43.13 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)



**Thank You For Banking With Regions!**
2022 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

**ACCOUNT #** ██████3245

| | 092 |
|---|---|
| Cycle | 07 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 04/28 | Card Purchase Sq *Designs By  7230 Largo       FL 33778   2972 | 32.40 |
| 04/29 | Card Purchase Sq *Karma Juice 5499 Clearwater  FL 33765   3020 | 42.80 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 04/25 | 1001 | 200.00 |



**Regions Bank**
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #  8245

| | |
|---|---|
| | 092 |
| Cycle | 07 |
| Enclosures | 0 |
| Page | 3 of 4 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04/15 | 7,215.94 | 04/27 | 6,578.94 |
| 04/18 | 9,300.43 | 04/28 | 6,503.41 |
| 04/19 | 9,290.49 | 04/29 | 8,545.10 |
| 04/21 | 9,253.66 | | |
| 04/22 | 9,221.41 | | |
| 04/25 | 8,724.88 | | |
| 04/26 | 6,626.01 | | |

TAKE ACTION TO HELP AVOID POSTAL DELAYS
WITH YOUR ACCOUNT STATEMENTS AND BILL
PAYMENTS! TAKE ADVANTAGE OF ONLINE
STATEMENTS AND ELECTRONIC BILL PAYMENT
AND TRANSFERS THROUGH REGIONS ONLINE
BANKING AND OUR MOBILE APP. FOR DETAILS,
VISIT REGIONS.COM/DIGITAL-BANKING.



**SouthState**
P.O. Box 9602 · Winter Haven, FL 33883
SouthStateBank.com · 800.277.2175

MARIA KASTRENAKES
MICHAEL KASTRENAKES
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

### Statement Ending 04/20/2022
MARIA KASTRENAKES                    Page 1 of 8
Account Number: XXXXXXXXXXXX7751

**Managing Your Accounts**

| | | |
|---|---|---|
| 📱 | Customer Care | (800) 277-2175 |
| ✉ | Mailing Address | P.O. Box 9602 Winter Haven, FL 33883 |
| 💻 | Website | SouthStateBank.com |



Welcome to Banking Forward.

Introducing new statements designed with you in mind to provide a clear summary of your account activity.

Member FDIC

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ECHECKING | XXXXXXXXXXXX7751 | $1,089.45 |

Member FDIC
NMLS# 403455



**Statement Ending 04/20/2022**

MARIA KASTRENAKES  Page 3 of 8
Account Number: XXXXXXXXXXXX7751

## Access All of Your Accounts Instantly
ONLINE & MOBILE BANKING

Stay organized with our secure digital offerings.

- Manage Your Accounts
- Pay Bills Online
- Send Money to Friends
- Set Up Account Alerts
- Mobile Deposit Checks
- Instant Balance
- Face ID/Fingerprint Sign On
- Budget & Track Goals



Enroll online today at SouthStateBank.com/OnlineBanking or download our Mobile App to get started.

Internet service provider and/or message data rates may apply. Member FDIC.

## ECHECKING-XXXXXXXXXXXX7751

04/20/2022    Ending Balance                $1,089.45

**An Important Update Regarding Your Debit Card**

Please be aware that if you have a debit card with your account, you are automatically enrolled into Visa Account Updater (VAU).

This service, which has no additional cost, is an electronic method for securely providing updated debit card account information, such as the card number and expiration date, to participating merchants who keep credentials on file for the recurring payment(s) you have established to ensure the payments are made without interrupted service.

We encourage you to update your debit card account information where you have recurring payments as not all merchants participate in VAU. If you prefer to not participate in VAU, please visit your local branch or contact Customer Care at (800) 277-2175 for assistance.

**Account Activity**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|

## ECHECKING-XXXXXXXXXXXXX7751 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2022 | DEPOSIT | | $2,084.50 | $16,373.15 |
| 04/01/2022 | BURGER KING #531 CLEARWATER FL 00006879 000141 XX7894 SIG PURCH 03/31 04:16 | $8.12 | | $16,365.03 |
| 04/01/2022 | AT&T 14904 3CLW CLEARWATER FL 0001 030306 XX9656 SIG PURCH 03/31 02:16 | $56.00 | | $16,309.03 |
| 04/01/2022 | AT&T 14904 3CLW CLEARWATER FL 0001 030371 XX9656 SIG PURCH 03/31 04:26 | $69.55 | | $16,239.48 |
| 04/01/2022 | Zelle To MARIA KASTRENAKES +1-800-277-2175 | $100.00 | | $16,139.48 |
| 04/01/2022 | Zelle To CONSUMER DIRECT AUTO, LLC . +1-800-277-2175 | $100.00 | | $16,039.48 |
| 04/01/2022 | Zelle To MARIA KASTRENAKES +1-800-277-2175 | $100.00 | | $15,939.48 |
| 04/04/2022 | SQ * HAVENHOUSE Safety Harbor FL 00000000 042484 XX7894 SIG PURCH 04/02 02:31 | $5.82 | | $15,933.66 |
| 04/04/2022 | CUBAN & MEXICAN CLEARWATER FL 76685583 020054 XX7894 SIG PURCH 04/01 23:38 | $13.99 | | $15,919.67 |
| 04/04/2022 | CIRCLE K 09787 PINELLAS PARK FL 102 073765 XX7894 SIG PURCH 04/04 14:35 | $23.05 | | $15,896.62 |



**Statement Ending 04/20/2022**

MARIA KASTRENAKES      Page 5 of 8
Account Number: XXXXXXXXXXXX7751

# ECHECKING-XXXXXXXXXXXX7751 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/04/2022 | WALGREENS STORE CLEARWATER FL 99999999 807177 XX7894 PIN PURCH 04/02 14:42 | $26.19 | | $15,870.43 |
| 04/04/2022 | SQ * THE SIMPLE S Largo FL 00000000 005364 XX7894 SIG PURCH 04/04 02:50 | $30.00 | | $15,840.43 |
| 04/04/2022 | SQ * HAVENHOUSE Safety Harbor FL 00000000 077062 XX7894 SIG PURCH 04/02 02:08 | $31.75 | | $15,808.68 |
| 04/04/2022 | SQ * SUCCULANTES Gulfport FL 00000000 065999 XX9656 SIG PURCH 04/03 02:50 | $53.50 | | $15,755.18 |
| 04/04/2022 | TST* RUMBA ISLAN CLEARWATER FL 78799868 099868 XX7894 SIG PURCH 04/03 19:42 | $69.90 | | $15,685.28 |
| 04/04/2022 | WATER OAK GRILL SAFETY HARBOR FL 00343172 003005 XX7894 SIG PURCH 04/03 10:22 | $100.14 | | $15,585.14 |
| 04/04/2022 | THE FRESH MARKET CLEARWATER FL 50095501 228474 XX9656 PIN PURCH 04/03 16:50 | $303.51 | | $15,281.63 |
| 04/04/2022 | PUBLIX SUPER MAR CLEARWATER FL 99999999 912946 XX9656 PIN PURCH 04/04 13:53 | $405.12 | | $14,876.51 |
| 04/04/2022 | CHECK # 995048 | $4,000.00 | | $10,876.51 |
| 04/05/2022 | TST* Greek City Largo FL 00000000 039111 XX7894 SIG PURCH 04/04 23:52 | $12.06 | | $10,864.45 |
| 04/05/2022 | SHELL SERVICE ST TAMPA FL 61996301 325615 XX9656 SIG PURCH 04/05 15:09 | $75.00 | | $10,789.45 |
| 04/05/2022 | SQ * TAZIKIS MEDI St Petersburg FL 00000000 064285 XX7894 SIG PURCH 04/04 20:44 | $82.11 | | $10,707.34 |
| 04/06/2022 | WF HOME MTG AUTO PAY 0360693592 | $6,267.94 | | $4,439.40 |
| 04/06/2022 | CHECK # 1202 | $500.00 | | $3,939.40 |
| 04/07/2022 | PANERA BREAD #20 CLEARWATER FL 00000000 044988 XX7894 SIG PURCH 04/06 15:44 | $2.77 | | $3,936.63 |
| 04/07/2022 | BAN THAI AND SUS CLEARWATER FL 76485320 090020 XX7894 SIG PURCH 04/06 00:47 | $98.44 | | $3,838.19 |
| 04/08/2022 | FRENCHYS TO GO CLEARWATER FL 00000000 096549 XX9656 SIG PURCH 04/07 01:10 | $58.18 | | $3,780.01 |
| 04/08/2022 | CHECK # 1203 | $200.00 | | $3,580.01 |
| 04/11/2022 | HOG ISLAND FISH DUNEDIN FL 00350270 011010 XX7894 SIG PURCH 04/09 16:17 | $121.65 | | $3,458.36 |
| 04/11/2022 | AMEX EPAYMENT ACH PMT W0242 | $2,433.06 | | $1,025.30 |
| 04/11/2022 | CHECK # 1205 | $625.00 | | $400.30 |
| 04/12/2022 | ATM DEPOSIT | | $1,000.00 | $1,400.30 |
| 04/12/2022 | Internet Transfer from COMMERCIAL ANALYSIS xxx0248 Funds Transfer via Online | | $400.00 | $1,800.30 |
| 04/12/2022 | CARRABBAS 6018 CLEARWATER FL 00000000 078333 XX7894 SIG PURCH 04/11 07:34 | $40.84 | | $1,759.46 |
| 04/12/2022 | SHELL OIL 575425 PINELLAS PARK FL 00000000 058534 XX7894 SIG PURCH 04/11 11:20 | $72.17 | | $1,687.29 |
| 04/12/2022 | CITY OF CLEARWAT ONLINE PMT CKF168950077POS | $307.72 | | $1,379.57 |
| 04/12/2022 | SPECTRUM ONLINE PMT CKF168950077POS | $404.12 | | $975.45 |
| 04/12/2022 | Internet Transfer to COMMERCIAL ANALYSIS xxx0248 Funds Transfer via Online | $400.00 | | $575.45 |
| 04/13/2022 | CHECK # 1204 | $200.00 | | $375.45 |
| 04/13/2022 | CHECK # 995055 | $1,100.00 | | -$724.55 |
| 04/13/2022 | OVERDRAFT PAID ITEM(S) FEE | $36.00 | | -$760.55 |
| 04/14/2022 | DEPOSIT | | $2,000.00 | $1,239.45 |
| 04/14/2022 | CHECK # 995056 | $150.00 | | $1,089.45 |
| 04/20/2022 | Ending Balance | | | $1,089.45 |

## ECHECKING-XXXXXXXXXXXXX7751 (continued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
|  |  |  | 995048* | 04/04/2022 | $4,000.00 |
| 1202 | 04/06/2022 | $500.00 | 995052* | 03/24/2022 | $150.00 |
| 1203 | 04/08/2022 | $200.00 | 995055* | 04/13/2022 | $1,100.00 |
| 1204 | 04/13/2022 | $200.00 | 995056 | 04/14/2022 | $150.00 |
| 1205 | 04/11/2022 | $625.00 |  |  |  |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
|  |  | 04/08/2022 | $3,580.01 |
|  |  | 04/11/2022 | $400.30 |
| 04/01/2022 | $15,939.48 | 04/12/2022 | $575.45 |
| 04/04/2022 | $10,876.51 | 04/13/2022 | -$760.55 |
| 04/05/2022 | $10,707.34 | 04/14/2022 | $1,089.45 |
| 04/06/2022 | $3,939.40 |  |  |
| 04/07/2022 | $3,838.19 |  |  |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $36.00 | $36.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



**SouthState**
P.O. Box 9602 · Winter Haven, FL 33883
SouthStateBank.com · 800.277.2175

MARIA KASTRENAKES
MICHAEL KASTRENAKES
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

*Statement Ending 05/20/2022*
MARIA KASTRENAKES          Page 1 of 4
Account Number: XXXXXXXXXXXX7751

**Managing Your Accounts**

| | Customer Care | (800) 277-2175 |
| | Mailing Address | P.O. Box 9602 Winter Haven, FL 33883 |
| | Website | SouthStateBank.com |



Welcome to Banking Forward.

Introducing new statements designed with you in mind to provide a clear summary of your account activity.

Member FDIC

**Summary of Accounts**

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ECHECKING | XXXXXXXXXXXX7751 | $250.96 |

Member FDIC
NMLS# 403455
EQUAL HOUSING LENDER



**Statement Ending 05/20/2022**
MARIA KASTRENAKES          Page 3 of 4
Account Number: XXXXXXXXXXXXX7751

# Access All of Your Accounts Instantly
ONLINE & MOBILE BANKING

Stay organized with our secure digital offerings.

- Manage Your Accounts
- Pay Bills Online
- Send Money to Friends
- Set Up Account Alerts
- Mobile Deposit Checks
- Instant Balance
- Face ID/Fingerprint Sign On
- Budget & Track Goals

Enroll online today at SouthStateBank.com/OnlineBanking or download our Mobile App to get started.
Internet service provider and/or message data rates may apply. Member FDIC.



## ECHECKING-XXXXXXXXXXXXX7751

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 04/21/2022 | Beginning Balance | $1,089.45 | Minimum Balance | $256.91 |
| | | | Average Available Balance | $817.18 |

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/21/2022 | Beginning Balance | | | $1,089.45 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $36.00 |
| Total Returned Item Fees | $0.00 | $0.00 |