UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

MICHAEL KASTRENAKES,                            Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**DEBTOR'S MONTHLY FINANCIAL REPORT FOR THE
PERIOD OF MAY 1, 2022, THROUGH MAY 31, 2022**

    The Debtor hereby files his Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

    */s/ Amy Denton Mayer*
Edward J. Peterson (FBN 0014612)
Amy Denton Mayer (FBN 0634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: epeterson@srbp.com; amayer@srbp.com
Attorneys for Debtor

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Michael Kastrenakes |
|---|
| Case Number: 8:22-bk-1210-CED |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month May | Cumulative Total |
|---|---:|---:|
| **CASH- Beginning of Month** | 9,634.55 | 15,128.89 |
| **Total Receipts** | 34,278.41 | 60,323.78 |
| **Total Disbursements** | 22,232.69 | 53,772.40 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 12,045.72 | |
| **CASH- End of Month** | 21,680.27 | 21,680.27 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| **TOTAL DISBURSEMENTS (From Above)** | 22,232.69 | |
|---|---:|---|
| | | |
| | | |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

Dated this 8th day of July, 2022                    /s/ Michael Kastrenakes

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>May | Cumulative<br>Total |
|---|---:|---:|
| **CASH** - Beginning of Month | 9,634.55 | 15,128.89 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | 26,668.98 | 47,922.47 |
| Wages from Other Sources (attach list to this report) |  | 0.00 |
| Interest or Dividend Income |  | 0.00 |
| Contribution from Non-Debtor Spouse | 6,717.55 | 9,717.55 |
| Transfers Between Accounts |  | 500.00 |
| Corporate Reimbursements |  | 400.00 |
| Management Fees (CallPass) | 891.88 | 1,783.76 |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **TOTAL RECEIPTS** | 34,278.41 | 60,323.78 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts | 316.18 | 316.18 |
| Household Expenses/Food/Clothing | 2,995.11 | 13,504.34 |
| Household Repairs & Maintenance | 1,998.79 | 3,448.43 |
| Insurance | 1,560.00 | 5,212.57 |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments |  | 61.92 |
| Mortgage Payment(s) | 6,707.75 | 12,975.69 |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment |  |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1,851.70 | 2,689.09 |
| Vehicle Expenses | 723.25 | 1,167.86 |
| Vehicle Secured Payment(s) | 495.81 | 495.81 |
| U. S. Trustee Quarterly Fees |  |  |
| Professional Fees (Legal, Accounting) | 4,078.00 | 4,703.00 |
| Other | 1,500.15 | 1,500.15 |
| Bank Fees | 5.95 | 64.30 |
| Maria Kastrenakes |  | 200.00 |
| Consumer Direct Auto, LLC |  | 100.00 |
| Loan/CC Payments |  | 6,833.06 |
| Transfers Between Accounts |  | 500.00 |
|  |  |  |
| **Total Household Disbursements** | 22,232.69 | 53,772.40 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 21,680.27 | 21,680.27 |

Monthly Operating Report - Individual

**MONTHLY OPERATING REPORT - INDIVDUAL**     ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | X | |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY     and     CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Lexington Insurance Company Homeowners Insurance | 7/01/2021 - 7/01/2022 | | |
| Ace Insurance Co. of MidWest Automobile Insurance | 7/01/2021 - 7/01/2022 | | |
| | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | Regions | Southstate | | |
| **Account Number:** | 8245 | 7751 | | |
| **Purpose of Account (Business/Personal)** | Personal | | | |
| **Type of Account (e.g. checking)** | Checking | | | |
| | | | | |
| 1. **Balance per Bank Statement** | $21,429.31 | $250.96 | | |
| 2. **ADD**: Deposits not credited (attach list to this report) | 0 | | | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | 0 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0 | | | |
| 5. **Month End Balance** (Must Agree with Books) | 21,429.31 | $250.96 | | |
| TOTAL OF ALL ACCOUNTS | | | | $21,680.27 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SouthState Bank/Regions |
|---|---|
| **Account Number** | |
| **Purpose of Account (Personal)** | |
| **Type of Account (e.g., Checking)** | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | See attached | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

 **Regions Bank**
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT # ████8245

| | |
|---|---|
| Cycle | 092 |
| Enclosures | 07 |
| Page | 0 |
| | 1 of 4 |

## LIFEGREEN CHECKING
April 15, 2022 through May 13, 2022

### SUMMARY

| | |
|---|---|
| Minimum Balance | $6,503 |
| Average Balance | $8,891 |

**Ending Balance**  $15,143.78

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/02 | Deposit - Thank You | 7,500.00 |
| 05/04 | Callpass Tech LI Receivable Michael Kastre | 891.88 |
| 05/11 | Deposit - Thank You | 6,717.55 |
| 05/13 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 2,084.49 |

### WITHDRAWALS

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

 **Thank You For Banking With Regions!**
2022 Regions Bank Member FDIC. All loans subject to credit approval.

```
MICHAEL KASTRENAKES
DEBTOR IN POSSESSION                                ACCOUNT #            3245
1755 MCCAULEY RD
CLEARWATER FL 33765-1510
                                                                          092
                                                              Cycle        07
                                                          Enclosures        0
                                                               Page    2 of 4
```

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 05/02 | Card Purchase Kilwins      5814 Sarasota    FL 34285   3020 | 10.69 |
| 05/02 | Card Purchase Kilwins      5814 Sarasota    FL 34285   2972 | 13.67 |
| 05/02 | Card Purchase Tst* Clear Sky 5812 Clearwater  FL 33755   2972 | 38.10 |
| 05/02 | PIN Purchase Clearwater Val  5542 Clearwater  FL         2972 | 75.00 |
| 05/02 | PIN Purchase Publix Super M  5411 Clearwater  FL         3020 | 79.02 |
| 05/02 | PIN Purchase The Fresh Mark  5411 Clearwater  FL         2972 | 28.73 |
| 05/02 | Wells Fargo Mtg  Online Pmt Kastrenakes,MI Ckf115191344pos | 6,267.94 |
| 05/02 | PIN Purchase Publix Super M  5411 ST Petersburgfl         2972 | 34.06 |
| 05/02 | PIN Purchase The Fresh Mark  5411 Clearwater  FL         3020 | 83.75 |
| 05/03 | Card Purchase Nic*- Mydmvport 9399 Egov,Com   FL 32399   2972 | 27.00 |
| 05/03 | PIN Purchase Publix Super M  5411 ST Petersburgfl         2972 | 16.03 |
| 05/04 | Adt Security    Online Pmt Kastrenakes,MI Ckf115191344pos | 81.93 |
| 05/05 | PIN Purchase Shell Service  5542 Tampa      FL         2972 | 78.18 |
| 05/06 | Card Purchase Shell Oil 57542 5542 Clearwater  FL 33763   2972 | 25.57 |
| 05/06 | Card Purchase Panera Bread #2 5814 Clearwater  FL 33762   2972 | 26.36 |
| 05/06 | PIN Purchase O Reilly Auto  5533 Clearwater  FL         2972 | 130.53 |
| 05/06 | PIN Purchase The Fresh Mark  5411 Clearwater  FL         3020 | 392.20 |
| 05/09 | Card Purchase Big Storm Clear 5812 727-4154489 FL 33762   2972 | 27.36 |
| 05/09 | Card Purchase Tst* Benedicts  5812 Dunedin    FL 34698   2972 | 39.98 |
| 05/09 | Card Purchase U-Haul Moving & 5999 Clearwater  FL 33765   2972 | 68.97 |
| 05/09 | PIN Purchase 6564       5541 Clearwater FL       2972 | 40.00 |
| 05/10 | Card Purchase Hog Island Fish 5812 Dunedin    FL 34698   2972 | 93.72 |
| 05/11 | City of Clearwat Online Pmt Kastrenakes,MI Ckf115191344pos | 287.64 |
| 05/11 | Duke Power     Online Pmt Kastrenakes,MI Ckf115191344pos | 475.49 |
| 05/12 | Card Purchase Panera Bread #2 5814 Clearwater  FL 33762   2972 | 13.67 |
| 05/12 | Card Purchase Sq *Dana  Salo 7230 Clearwater  FL 33761   2972 | 30.00 |
| 05/12 | PIN Purchase Publix Super M  5411 ST Petersburgfl         2972 | 14.43 |
| 05/12 | PIN Purchase Things Remembe  5999 Clearwater  FL         3020 | 316.18 |
| 05/13 | Card Purchase Smoothie King - 5814 Clearwater  FL 33761   2972 | 7.95 |
| 05/13 | Card Purchase Nordstrom #765  5814 Tampa      FL 33607   2972 | 76.31 |
| 05/13 | Graysons Pool SE Online Pmt Kastrenakes,MI Ckf115191344pos | 150.00 |
| 05/13 | PIN Purchase 7-Eleven     5542 Dunedin    FL         3020 | 83.82 |
| | **Total Withdrawals** | **$13,356.45** |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
|  |  |  | 05/05 | 995005 | 495.81 |
| 05/06 | 995003 * | 35.15 | 05/03 | 995006 | 330.00 |
| 05/02 | 995004 | 600.00 |  |  |  |
|  |  |  |  | **Total Checks** | **$1,660.96** |

\* Break In Check Number Sequence.

MICHAEL KASTRENAKES  
DEBTOR IN POSSESSION  
1755 MCCAULEY RD  
CLEARWATER FL 33765-1510

**ACCOUNT #** ▮8245

|  | 092 |
|---|---|
| Cycle | 07 |
| Enclosures | 0 |
| Page | 3 of 4 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
|  |  | 05/06 | 8,067.26 |
|  |  | 05/09 | 7,890.95 |
|  |  | 05/10 | 7,797.23 |
| 05/02 | 8,814.14 | 05/11 | 13,751.65 |
| 05/03 | 8,441.11 | 05/12 | 13,377.37 |
| 05/04 | 9,251.06 | 05/13 | 15,143.78 |
| 05/05 | 8,677.07 |  |  |

**TAKE ACTION TO HELP AVOID POSTAL DELAYS WITH YOUR ACCOUNT STATEMENTS AND BILL PAYMENTS! TAKE ADVANTAGE OF ONLINE STATEMENTS AND ELECTRONIC BILL PAYMENT AND TRANSFERS THROUGH REGIONS ONLINE BANKING AND OUR MOBILE APP. FOR DETAILS, VISIT REGIONS.COM/DIGITAL-BANKING.**



**Regions Bank**
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

ACCURE ACCOUNT #  8245

| | |
|---|---|
| Cycle | 092 |
| Enclosures | 07 |
| Page | 0 |
| | 1 of 4 |

## LIFEGREEN CHECKING
May 14, 2022 through June 14, 2022

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $15,143.78 | Minimum Balance | $12,093 |
| | | Average Balance | $15,294 |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/16 | Mid Atlantic Fin 2021 Michael Kastre 2021 | 7,500.00 |
| 05/31 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 2,084.49 |
| 05/31 | Mid Atlantic Fin 2021 Michael Kastre 2021 | 7,500.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/16 | Card Purchase Gershys Cafe &  5814 Clearwater   FL 33762   2972 | 16.53 |
| 05/16 | PIN Purchase Shell Service   5542 Palm Harbor FL       2972 | 43.03 |
| 05/16 | Card Purchase Frenchys to Go  5812 Clearwater   FL 33763   2972 | 23.05 |
| 05/16 | New York Life   Ins. Prem. Michael Kastre | 1,560.00 |
| 05/17 | Recurring Card Transaction Spectrum    4899 855-707-7328 FL 33716   3020 | 413.63 |
| 05/17 | Card Purchase Firehouse Subs  5814 Pinellas Park FL 33781   2972 | 10.59 |
| 05/17 | PIN Purchase Lowe S # 2777   5200 Tarpon Springfl       3020 | 48.79 |
| 05/18 | Card Purchase First Watch - 2  5812 Clearwater    FL 33761   2972 | 19.47 |
| 05/18 | Card Purchase Py *Tropicana M  4225 Cleaarwater  FL 33761   3020 | 114.07 |
| 05/18 | Card Purchase Minutekey      5251 Boulder      CO 80301   3020 | 10.16 |
| 05/18 | Waste Management Online Pmt Kastrenakes,MI Ckf115191344pos | 200.28 |
| 05/18 | PIN Purchase Circle K 09787   5542 Pinellas Parkfl       2972 | 83.55 |
| 05/18 | PIN Purchase Publix Super M   5411 Clearwater   FL       3020 | 293.07 |
| 05/19 | Card Purchase IN *National Cl  7217 Zephyrhills  FL 33541   3020 | 535.00 |
| 05/19 | Card Purchase Sq *Tazikis Med  5812 ST Petersburg FL 33716   2972 | 21.52 |
| 05/23 | Card Purchase Little Greek Ul  5812 Clearwater    FL 33762   2972 | 27.65 |
| 05/23 | Card Purchase Frenchys to Go  5812 Clearwater    FL 33763   2972 | 76.13 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)



**Thank You For Banking With Regions!**
2022 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #  ▮▮▮▮▮3245

| | | 1 |
|---|---|---|
| | | 092 |
| Cycle | | 07 |
| Enclosures | | 0 |
| Page | | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 05/23 | Card Purchase Mystic Fish Sea  5812 Palm Harbor  FL 34684  2972 | 20.01 |
| 05/23 | PIN Purchase Chevron/Giant  5542 Clearwater  FL  3020 | 102.62 |
| 05/23 | PIN Purchase Nordstrom #765  5311 Tampa  FL  2972 | 347.48 |
| 05/23 | Card Purchase Tst* Cru Cellar  5812 Tampa  FL 33611  2972 | 70.95 |
| 05/23 | Card Purchase Publix #361  5411 Sarasota  FL 34233  2972 | 16.98 |
| 05/23 | PIN Purchase Publix Super M  5411 Clearwater  FL  3020 | 116.79 |
| 05/24 | Card Purchase Panera Bread #2  5814 Clearwater  FL 33762  2972 | 24.24 |
| 05/24 | Card Purchase Moffa Sutton An  8111 813-7752131  FL 33637  2972 | 4,078.00 |
| 05/24 | PIN Purchase Shell Service  5542 Tampa  FL  3020 | 100.00 |
| 05/25 | Card Purchase Tst* Big Storm  5814 Clearwater  FL 33762  2972 | 7.02 |
| 05/25 | Recurring Card Transaction Facebk Pancreat  8398 650-5434800  CA 94025  2972 | 200.00 |
| 05/25 | Card Purchase Big Storm Clear  5812 727-4154489  FL 33762  2972 | 31.64 |
| 05/26 | Card Purchase Subway 471  5814 Largo  FL 33764  2972 | 10.12 |
| 05/27 | Card Purchase Nordstrom #765  5814 Tampa  FL 33607  2972 | 36.64 |
| 05/27 | PIN Purchase Circle K 09799  5542 Palm Harbor  FL  2972 | 84.77 |
| 05/31 | Card Purchase Smoothie King -  5814 Clearwater  FL 33761  2972 | 6.95 |
| 05/31 | Card Purchase Sq *Dana  Salo  7230 Clearwater  FL 33761  2972 | 30.00 |
| 05/31 | Card Purchase First Watch - 2  5812 Clearwater  FL 33761  2972 | 107.92 |
| 05/31 | Card Purchase Nordstrom Rack  5311 Clearwater  FL 33761  2972 | 310.31 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 06/03 | International Service Assessment Selecta Uk Gbp | 0.08 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 05/24 | 81002 | 200.00 |
| 05/31 | 995014 * | 1,400.00 |

* Break In Check Number Sequence.



**Regions Bank**
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT # ████3245

1
092
Cycle 07
Enclosures 0
Page 3 of 4

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 05/16 | 21,001.17 | 05/25 | 13,831.53 |
| 05/17 | 20,528.16 | 05/26 | 13,821.41 |
| 05/18 | 19,807.56 | 05/27 | 13,700.00 |
| 05/19 | 19,251.04 | 05/31 | 21,429.31 |
| 05/23 | 18,472.43 | | |
| 05/24 | 14,070.19 | | |

**REGIONS BANK AND THE REGIONS FOUNDATION
ARE COMMITTED TO MAKING A POSITIVE
IMPACT ON THE FINANCIAL HEALTH OF THE
INDIVIDUALS, BUSINESSES AND COMMUNITIES
WE SERVE. PLEASE VISIT REGIONS.COM/
COMMUNITYENGAGEMENT TO READ THE 2021
COMMUNITY ENGAGEMENT REPORT AND TO SEE
HOW REGIONS BANK AND THE REGIONS
FOUNDATION ARE HELPING OUR NEIGHBORS
ACHIEVE THEIR FINANCIAL GOALS.**



P.O. Box 9602 • Winter Haven, FL 33883
SouthStateBank.com • 800.277.2175

MARIA KASTRENAKES
MICHAEL KASTRENAKES
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

## Statement Ending 05/20/2022

MARIA KASTRENAKES  Page 1 of 4
Account Number: XXXXXXXXXXXX7751

### Managing Your Accounts

| | | |
|---|---|---|
| 📱 | Customer Care | (800) 277-2175 |
| ✉ | Mailing Address | P.O. Box 9602 Winter Haven, FL 33883 |
| 💻 | Website | SouthStateBank.com |



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ECHECKING | XXXXXXXXXXXX7751 | $250.96 |

Member FDIC
NMLS# 403455



**Statement Ending 05/20/2022**
MARIA KASTRENAKES    Page 3 of 4
Account Number: XXXXXXXXXXXXX7751

## Access All of Your Accounts Instantly
ONLINE & MOBILE BANKING

Stay organized with our secure digital offerings.

- Manage Your Accounts
- Pay Bills Online
- Send Money to Friends
- Set Up Account Alerts
- Mobile Deposit Checks
- Instant Balance
- Face ID/Fingerprint Sign On
- Budget & Track Goals

Enroll online today at SouthStateBank.com/OnlineBanking or download our Mobile App to get started.

Internet service provider and/or message data rates may apply. Member FDIC.



# ECHECKING-XXXXXXXXXXXXX7751

## Account Summary

| Description | Amount |
|---|---|
| Minimum Balance | $256.91 |
| Average Available Balance | $817.18 |

| 05/20/2022 | Ending Balance | $250.96 |
|---|---|---|
| | Service Charges | $5.95 |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/06/2022 | Internet Transfer to COMMERCIAL REAL ESTATE LOAN xxx9092 | $439.81 | | $649.64 |
| 05/17/2022 | XX9656 PMT DDA 05/16 21:05 ATT* BILL PAYMEN 800-331-0500 TX 0001 065620 | $392.73 | | $256.91 |
| 05/20/2022 | SERVICE CHARGE | $5.95 | | $250.96 |
| 05/20/2022 | Ending Balance | | | $250.96 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/06/2022 | $649.64 | 05/17/2022 | $256.91 | 05/20/2022 | $250.96 |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $36.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



P.O. Box 9602 · Winter Haven, FL 33883
SouthStateBank.com · 800.277.2175

MARIA KASTRENAKES
MICHAEL KASTRENAKES
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

**Statement Ending 06/17/2022**

MARIA KASTRENAKES                    Page 1 of 4
Account Number: XXXXXXXXXXXX7751

## Managing Your Accounts

| | Customer Care | (800) 277-2175 |
|---|---|---|
| | Mailing Address | P.O. Box 9602 Winter Haven, FL 33883 |
| | Website | SouthStateBank.com |



Welcome to Banking Forward.

Introducing new statements designed with you in mind to provide a clear summary of your account activity.

Member FDIC

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ECHECKING | XXXXXXXXXXXX7751 | $245.01 |

Member FDIC
NMLS# 403455

EQUAL HOUSING LENDER



**Statement Ending 06/17/2022**
MARIA KASTRENAKES    Page 3 of 4
Account Number: XXXXXXXXXXXX7751

## Access All of Your Accounts Instantly
ONLINE & MOBILE BANKING

Stay organized with our secure digital offerings.

- Manage Your Accounts
- Pay Bills Online
- Send Money to Friends
- Set Up Account Alerts
- Mobile Deposit Checks
- Instant Balance
- Face ID/Fingerprint Sign On
- Budget & Track Goals

Enroll online today at SouthStateBank.com/OnlineBanking or download our Mobile App to get started.

Internet service provider and/or message data rates may apply. Member FDIC.



## ECHECKING-XXXXXXXXXXXX7751

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 05/21/2022 | Beginning Balance | $250.96 | Minimum Balance | $250.96 |
| | | | Average Available Balance | $250.96 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/21/2022 | Beginning Balance | | | $250.96 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $36.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |