UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                               Chapter 11

MICHAEL KASTRENAKES,                                 Case No. 8:22-bk-01210-CED

      Debtor.

_____/

**NOTICE OF WITHDRAWAL OF
NEXTGEAR CAPITAL, INC.'S OBJECTION
<u>TO MOTION FOR PRELIMINARY INJUNCTION</u>**

NOTICE IS HEREBY given that based on NextGear Capital, Inc.'s dismissal of MARIA

J. KASTRENAKES, without prejudice in Case Number 2020-CI-003846; Adv. No. 8:22-ap-

00112 is withdrawing its Objection to Motion for Preliminary Injunction [D.E. 15].

> **NELSON MULLINS RILEY &
> SCARBOROUGH, LLP**
> *Attorneys for NextGear Capital, Inc.*
>
> */s/  Nicolette C. Vilmos*
> **NICOLETTE C. VILMOS, ESQ.**
> Florida Bar No. 0469051
> 390 North Orange Avenue, Suite 1400
> Orlando, Florida 32801
> Telephone: (407) 839-4200
> Facsimile:  (407) 425-8377
> nicolette.vilmos@nelsonmullins.com
> allison.abbott@nelsonmullis.com

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on July 13, 2022. I also certify that the foregoing document is being served this day on counsel of record via transmission of Electronic Filing generated by CM/ECF.

_/s/ Nicolette C. Vilmos_
Attorney