UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No.: 8:22-bk-01210-CED
                                                          Chapter 11
MICHAEL KASTRENAKES,

                      Debtor.

_____/

### CERTIFICATE OF NECESSITY
### FOR EMERGENCY CONSIDERATION OF NON-DEBTOR MARIA
### KASTRENAKES' EMERGENCY MOTION FOR PROTECTIVE ORDER AND
### TO QUASH NEXTGEAR CAPITAL, INC.'S RULE 2004 SUBPOENA DUCES TECUM

I HEREBY CERTIFY, as a member of the Bar of this Court, that I have carefully examined the Non-Debtor Maria Kastrenakes' Emergency Motion for Protective Order and to Quash NextGear Capital, Inc.'s Rule 2004 Subpoena Duces Tecum (Doc. No. 92) (the "**Motion**")[1] filed by Maria Kastrenakes (the "**Mrs. Kastrenakes**").  To the best of my knowledge,  information, and belief, formed after reasonable inquiry, all allegations are well grounded in fact  and all contentions are warranted by existing law, or a good faith argument for the extension,  modification, or reversal of existing law can be made, that the matter under consideration is not  interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of  litigation, and there was just cause to request consideration of the matter on an emergency basis.

I CERTIFY FURTHER that there is a true necessity for an emergency hearing on the Motion based on Local Rules 2004-1(e) and 9013-1(d).  Mrs. Kastrenakes requests that the Motion be considered at the hearing on other matters in connection with this chapter 11 case, scheduled

---

[1] All capitalized terms not specifically defined herein shall have the meaning ascribed to them in the Motion.

for **July 19, 2022, at 1:30 p.m.**, because Mrs. Kastrenakes' responses to the Subpoena would have been due on July 14, 2022, had the Motion not been filed.

I CERTIFY FURTHER that the necessity of emergency consideration was not caused by any lack of due diligence on my part, but was brought about only by circumstances beyond my control or that of my client. I further certify that the Motion is filed with full understanding of Federal Rule of Bankruptcy Procedure 9011 and the consequences of noncompliance with same.

Dated: Tampa, Florida
       July 13, 2022

BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida 33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (fax)
Counsel for Maria Kastrenakes

By:    /s/ Kathleen L. DiSanto
     Kathleen L. DiSanto
     Florida Bar No. 58512
     *kdisanto@bushross.com*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 13, 2022, I electronically filed a true and correct copy of the foregoing *Certificate of Necessity for Emergency Consideration of Non-Debtor Maria Kastrenakes' Emergency Motion for Protective Order and to Quash NextGear Capital, Inc.'s Rule 2004 Subpoena Duces Tecum* with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:



/s/ Kathleen L. DiSanto
ATTORNEY

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

United States Trustee (USTPRegion21.TP.ECF@USDOJ.GOV)
Nathan A. Wheatley, Esq. (nathan.a.wheatley@usdoj.gov)
J. Steven Wilkes, Esq.  (steven.wilkes@usdoj.gov)
Ruediger Mueller, Subchapter V Trustee (trustee@tcmius.com)
Amy Denton Mayer, Esq. (amayer.ecf@srbp.com)
Edward J. Peterson, III, Esq. (epeterson@srbp.com)
Nicolette C. Vilmos, Esq. (nicolette.vilmos@nelsonmullins.com)
John A. Anthony, Esq. (janthony@anthonyandpartners.com)
Andrew J. Ghekas, Esq. (aghekas@anthonyandpartners.com)
Joel M. Aresty, Esq. (aresty@icloud.com)
John Blair Boyd, Esq. (bk@svllaw.com)
Teresa M. Hair, Esq. (teresa.hair@brockandscott.com)
Danielle S. Kemp, Esq. (kempd@gtlaw.com)
James Randolf Liebler, II, Esq. (jrlii@lgplaw.com)
Nicole Mariani Noel, Esq. (bankruptcynotices@kasslaw.com)
Shirley R. Palumbo, Esq. (shirley.palumbo@gmlaw.com)
Robert C. Shermer, Esq. (rschermer@manateelegal.com)
All parties who receive electronic service via the CM/ECF system