**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:  Case No: 8:22-bk-01210-CED
 Chapter 11

MICHAEL KASTRENAKES

Debtor(s)

_____/

**NOTICE OF APPEARANCE**

Shirley Palumbo of Greenspoon Marder LLP, files this appearance, in connection with the above captioned proceeding, and requests the Clerk, pursuant to Federal R. Bank. P. 2002(g) to add the undersigned to the mailing matrix for the case and requests that all notices, pleadings and papers which must be served to creditors, any creditor's committees, and any other parties-in-interest, whether sent by the Court, Debtor, or any other party in the case, be sent to the undersigned at the following address:

> City Place
> 525 Okeechobee Blvd, Suite 900
> West Palm Beach, FL 33401
> Email addresses: bankruptcy@gmlaw.com; Edmund.Loos@gmlaw.com

I HEREBY CERTIFY that on this 14th day of July 2022, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants and to all parties in interest under Rule 1007(d) electronically and/or via US Mail.

                                                  */s/ Shirley Palumbo, Esq.*
**SHIRLEY PALUMBO, ESQ.**
Florida Bar No. 73520
**MICHAEL ELLIS MARDER II, ESQ.**
Florida Bar No. 1020665
**EDMUND O. LOOS III, ESQ.**
Florida Bar No. 899161
**GREENSPOON MARDER LLP**
City Place, 525 Okeechobee Blvd, Suite 900
West Palm Beach, FL 33401
Telephone: (561) 227-2370
Facsimile:  (954) 771-9264
Email: shirley.palumbo@gmlaw.com
*Attorneys for Defendant William Hilgenfeldt*

**Mailing List:**

*Debtor*
**Michael Kastrenakes**
1755 McCauley Rd.
Clearwater, FL 33764

*Attorney for Debtor*
**Edward J. Peterson, III**
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602

**Amy Denton Mayer**
Stichter Riedel Blain & Postler, P.A.
110 E Madison Street
Suite 200
Tampa, FL 33602-4700

*Trustee*
**Ruediger Mueller**
Dr. Mueller Associates, Inc.
1112 Watson Court
Reunion, FL 34747-6784

*U.S. Trustee*
**United States Trustee - TPA**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

**J Steven Wilkes**
Office of United States Trustee
501 East Polk Street
Tampa, FL 33602

**Nathan A Wheatley**
Office of the U.S. Trustee
501 E. Polk St., Suite1200
Tampa, FL 33602

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:22-bk-01210-CED<br>Middle District of Florida<br>Tampa<br>Wed Jul  6 12:36:13 EDT 2022 | CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | Cygram Heritage, LLLP<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| First Home Bank<br>c/o Robert B. George, Esq.<br>The Liles Firm, PA<br>50 N Laura St., Ste 1200<br>Jacksonville, FL 32202-3670 | Grow Financial Federal Credit Union<br>Sorenson Van Leuven, PLLC<br>c/o J. Blair Boyd<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Platinum Auto Finance of Tampa Bay<br>c/o Joel Aresty, Esq.<br>309 1st Ave S<br>Tierra Verde, Fl 33715-2231 |
| SouthState Bank, N.A.<br>c/o Robert C. Schermer, Esq.<br>Greene Hamrick Schermer & Johnson PA<br>410 43rd St. W., Ste. N<br>Bradenton, FL 34209-2923 | Thomas Zervas And Konstantinos Papaspanos<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 | Wells Fargo Bank, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 |
| Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler St.<br>Courthouse Tower - 25th FL<br>Miami, FL 33130-1808 | CPX Holdings, LLC<br>1755 McCauley Rd.<br>Clearwater, FL 33765-1510 | CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Adam Lawton Alpert, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |
| CallPass, LLC<br>4592 Ulmerton Rd., #201<br>Clearwater, FL 33762-4107 | Carlouel Yacht Club<br>1091 El Dorado Ave.<br>Clearwater Beach, FL 33767-1099 | Courtney Leasing, Inc.<br>8126 Benrus Street<br>Orlando, FL 32827-5074 |
| Courtney Leasing, Inc.<br>Danielle S. Kemp, Esq.<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | Cygram Heritage, LLLP<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Cygram Heritage, LLLP<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP, derivatively on behal<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Holdings, L.P.<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Cygram Holdings, LP<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Deanna Tsetsekas<br>300 Lepredhaun Lane<br>Dunedin, FL 34698 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 |
| Dr. Panayiotis Vasiloudes<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 | Dr. Panayiotis Vasiloudes<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Evangeline Kastrenakes<br>1780 McCauley Rd.<br>Clearwater, FL 33765-1541 |
| First Home Bank<br>5250 Park Blvd. N.<br>Pinellas Park, FL 33781-3417 | First Home Bank<br>ATT: Robert B. George & Ryan J. Mittauer<br>The Liles Firm, PA<br>50 N Laura St., Ste. 1200<br>Jacksonville, FL 32202-3670 | Florida Department of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 |

George Lagos
1473 Sturbridge Ct.
Dunedin, FL 34698-2263

Gilbert M. Singer, Esquire
5104 South Westshore Blvd.
Tampa, FL 33611-5650

Grow Financial
P.O. Box 89909
Tampa, FL 33689-0415

Grow Financial Credit Union
Sorenson Van Leuven, PLLC.
J. Blair Boyd, Esquire
Post Office Box 3637
Tallahassee, FL  32315-3637

HF Financial, LLC
701 Spottis Woode Lane
Clearwater, FL 33756-5267

Howard Howell
701 Spottis Woode Lane
Clearwater, FL 33756-5267

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irene Pappas, Trustee of the Irene
Pappas Revocable Trust utd 8/23/99
2632 Velventos Dr.
Clearwater, FL 33761-1710

Jeff Hackett
1515 E. Lake Woodlands Pkwy.
Oldsmar, FL 34677-1903

Julia Rice, Esq.
State Attorney's Office
P.O. Box 5028
Riverview, FL 33578

K&M Insurance Investors, LLC
c/o John Anthony, Esq.
Anthony & Partners
100 S. Ashley Dr., #1600
Tampa, FL 33602-5318

Konstantinos Papaspanos
c/o Gilbert M. Singer, Esq.
5104 S. Westshore Blvd.
Tampa, FL 33611-5650

Maria Kastrenakes
c/o Kathleen L. DiSanto, Esq.
Post Office Box 3913
Tampa, FL 33601-3913

New York Life Insurance and
Annuity Corp.
P.O. Box 139052
Dallas, TX 75313-9052

New York Life Insurance and
Annuity Corporation
P.O. Box 6916
Cleveland, OH 44101-1916

NextGear Capital, Inc.
11799 North College Avenue
Carmel, IN 46032-5605

NextGear Capital, Inc.
c/o Nicolette C. Vilmos, Esq.
Nelson Mullins Riley & Scarborough LLP
390 North Orange Avenue
Suite 1400
Orlando, FL 32801-1687

NextGear Capital, Inc.
c/o Nicolette Vilmos, Esq.
390 N. Orange Ave., #1400
Orlando, FL 32801-1687

Pagona Kokolakis
103 Buena Vista Dr. S.
Dunedin, FL 34698-3305

Panayiotis Vasiloudes, MD, PHD
c/o John Anthony, Esq.
Anthony & Partners
100 S. Ashley Dr., #1600
Tampa, FL 33602-5318

Platinum Auto Finance of Tampa Bay, LLC
c/o Joel M. Aresty, P.A.
309 1st Ave S.
Tierra Verde, FL 33715-2231

South State Bank
P.O. Box 9602
Nichols, FL 33863

SouthState Bank
3711 Tampa Rd.
Oldsmar, FL 34677-6309

SouthState Bank N.A.
Attn: Bankruptcy
PO Box 1900
Cornelia, GA 30531-7900

SouthState Bank, N.A.
c/o Robert C. Schermer, Esq.
410 43rd St. W., Ste. N
Bradenton, FL 34209-2923

SouthState Bank, NA
Att: Edward J Peterson III, Esq
Stichter Riedel Blain & Postler, PA
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Teresa M. Hair
Brock and Scott, PLLC
Attorneys at Law
8757 Red Oak Blvd.
Charlotte, NC 28217-3983

Thomas Zervas
2632 Velventos Dr.
Clearwater, FL 33761-1710

Thomas Zervas
c/o Gilbert Singer, Esq.
5104 S. Westshore Blvd.
Tampa, FL 33611-5650

Thomas Zervas and Konstantinos Papaspanos
5104 South Westshore Blvd.
Tampa, FL 33611-5650

| | | |
|---|---|---|
| Trifon Houvardas<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Trustee - TPA<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Vasilios and Eva Gargeros<br>2132 Gulf View Blvd., Unit 14/24<br>Dunedin, FL 34698-2101 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis MN 55440-1629 | Wells Fargo Mortgage<br>101 N. Phillips Ave.<br>Sioux Falls, SD 57104-6714 |
| Wells Fargo, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 | Westlake Flooring Co., LLC<br>8000 Wilshire Blvd.<br>Los Angeles, CA 90010 | Westlake Flooring Co., LLC<br>c/o James R. Liebler, II, Esq.<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street 25th Floor<br>Miami, FL 33130-1817 |
| Amy Denton Mayer<br>Stichter Riedel Blain & Postler, P.A.<br>110 E Madison Street<br>Suite 200<br>Tampa, FL 33602-4718 | Edward J. Peterson III<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | James H Sutton<br>Moffa, Sutton & Donnini, P.A.<br>8875 Hidden River Parkway<br>Suite 300<br>Tampa, FL 33637-2087 |
| Jerry Makris, C.P.A.<br>Jerry Makris C.P.A., P.A.<br>2110 Drew Street<br>Clearwater, FL 33765-3231 | Maria Kastrenakes<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | Martha Thorn<br>The Thorn Collection<br>Coldwell Banker International Real Estat<br>598 Indian Rocks Road<br>Belleair Bluffs, FL 33770-2016 |
| Michael Kastrenakes<br>1755 McCauley Rd.<br>Clearwater, FL 33765-1510 | Panayiotis Vasiloudes<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Ruediger Mueller<br>Dr. Mueller Associates, Inc.<br>1112 Watson Court<br>Reunion, FL 34747-6784 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | (d)U.S. Bank, N.A.<br>P.O. Box 3427<br>Oshkosh, WI 54902 | (d)U.S. Bank, N.A.<br>Southeast RV/Marine<br>P.O. Box 790179<br>Saint Louis, MO 63179-0179 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtney Leasing, Inc. | (u)NextGear Capital, Inc. | (u)Stichter, Riedel, Blain & Postler, P.A. |

| | | |
|---|---|---|
| (d)CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | (d)THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 | End of Label Matrix<br>Mailable recipients   77<br>Bypassed recipients    5<br>Total                 82 |