[Doeoddd] [District Order Granting Motion to Extend Time to Object to Discharge or Dischargeability of a Debt]

ORDERED.

Dated: July 20, 2022

*Caryl E. Delano*
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No.
                                                                          8:22–bk–01210–CED
                                                                          Chapter 11

Michael Kastrenakes

_____Debtor*_____/

### ORDER GRANTING MOTION TO EXTEND TIME
### TO OBJECT TO DISCHARGE OR OBJECT TO DISCHARGEABILITY OF A DEBT

THIS CASE came on for consideration, without hearing, of the Motion to Extend Time to Object to the Discharge or Dischargeability of a Debt filed by Thomas Zervas And Konstantinos Papaspanos on June 21, 2022 (Document No. 76) (the "Motion"). After reviewing the Motion, it is

***ORDERED:***

  1. The Motion is ***GRANTED***.

  2. The deadline for the Movant to file a Complaint to Object to the Discharge or Dischargeability of a Debt is extended until ***August 24, 2022***.

  3. The Court will grant no further extensions except upon Debtor's consent or after a hearing with notice to the Debtor.

Nicole Noel is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.