**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Michael Kastrenakes

CHAPTER    11
CASE NO.    8:22-bk-01210-CED

Debtor(s)

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the following:

Order Granting Motion to Extend Time to Object to Discharge or Object to

Dischargeability of a Debt, which is DE# 95 in this case was served as follows:

1.      By email transmission via CM/ECF on the same date as reflected on the Court's

docket as the electronic filing date for the document to:

Edward J. Peterson, III 110 East Madison Street, Suite 200 Tampa, FL 33602

Ruediger Mueller, Trustee 1112 Watson Court  Reunion, FL 34747-6784

Office of the United States Trustee  501 E. Polk Street, Suite 1200 Tampa, FL 33602

AND

2.      By first class mail on July 22, 2022 to:

Michael Kastrenakes 1755 McCauley Rd. Clearwater, FL 33764

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax:    (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

2219356/mb