UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,

    Debtor.
_____/

Case No. 8:22-bk-01210-CED

Chapter 11

**NOTICE OF WITHDRAW OF NEXTGEAR CAPITAL, INC.'s
SUBPOENA FOR DEPOSITION DUCES TECUM TO MARIA KASTRENAKES**

NOTICE IS HEREBY given that based on NextGear Capital, Inc.'s dismissal of Maria J. Kastrenakes without prejudice in Case Number 2020-CI-003846; Adv. No. 8:22-ap-00112, it is withdrawing its Subpoena for Deposition Duces Tecum to Maria Kastrenakes.

Dated: July 25, 2022

Respectfully submitted,

By: */s/ Nicolette Corso Vilmos*
Nicolette Corso Vilmos
Florida Bar No. 0469051
nicolette.vilmos@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH, LLP
390 North Orange Avenue, Suite 1400
Orlando, FL  32801
Telephone: 407.839.4200
Facsimile: 407.425.8377

*Attorneys for NextGear Capital, Inc.*

2

**<u>Certificate of Service</u>**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on July 25, 2022.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Electronic Filing generated by CM/ECF.

                                              */s/ Nicolette C. Vilmos*
                                                    Attorney

4869-6830-3147