UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:   Case No.: 8:22-bk-01210-CED
          Chapter 11

MICHAEL KASTRENAKES,

          Debtor.
_____/

**NOTICE OF WITHDRAWAL OF NON-DEBTOR MARIA
KASTRENAKES' EMERGENCY MOTION FOR PROTECTIVE ORDER AND
TO QUASH NEXTGEAR CAPITAL, INC.'S RULE 2004 SUBPOENA DUCES TECUM**

Maria Kastrenakes ("**Mrs. Kastrenakes**"), by and through undersigned counsel, hereby gives her notice of withdrawal as moot of *Non-Debtor Maria Kastrenakes' Emergency Motion for Protective Order and to Quash NextGear Capital, Inc.'s Rule 2004 Subpoena Duces Tecum* (Doc. No. 92), based on the withdrawal of the Rule 2004 subpoena by NextGear Capital, Inc. ("**NextGear**") (Doc. Nos. 77 and 98). To the extent that NextGear seeks additional discovery from Mrs. Kastrenakes in the future, the withdrawal is without prejudice to any responses or objections she may assert.

Dated: Tampa, Florida
       July 25, 2022

BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (fax)
Counsel for Maria Kastrenakes

By:   /s/ Kathleen L. DiSanto
      Kathleen L. DiSanto
      Florida Bar No. 58512
      kdisanto@bushross.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2022, I electronically filed a true and correct copy of the foregoing *Notice of Withdrawal of Non-Debtor Maria Kastrenakes' Emergency Motion for Protective Order and to Quash NextGear Capital, Inc.'s Rule 2004 Subpoena Duces Tecum* with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

/s/ Kathleen L. DiSanto<br>ATTORNEY

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

United States Trustee (USTPRegion21.TP.ECF@USDOJ.GOV)
Nathan A. Wheatley, Esq. (nathan.a.wheatley@usdoj.gov)
J. Steven Wilkes, Esq. (steven.wilkes@usdoj.gov)
Ruediger Mueller, Subchapter V Trustee (trustee@tcmius.com)
Amy Denton Mayer, Esq. (amayer.ecf@srbp.com)
Edward J. Peterson, III, Esq. (epeterson@srbp.com)
Nicolette C. Vilmos, Esq. (nicolette.vilmos@nelsonmullins.com)
John A. Anthony, Esq. (janthony@anthonyandpartners.com)
Andrew J. Ghekas, Esq. (aghekas@anthonyandpartners.com)
Joel M. Aresty, Esq. (aresty@icloud.com)
John Blair Boyd, Esq. (bk@svllaw.com)
Teresa M. Hair, Esq. (teresa.hair@brockandscott.com)
Danielle S. Kemp, Esq. (kempd@gtlaw.com)
James Randolf Liebler, II, Esq. (jrlii@lgplaw.com)
Nicole Mariani Noel, Esq. (bankruptcynotices@kasslaw.com)
Shirley R. Palumbo, Esq. (shirley.palumbo@gmlaw.com)
Robert C. Shermer, Esq. (rschermer@manateelegal.com)
All parties who receive electronic service via the CM/ECF system