ORDERED.

Dated:  July 26, 2022

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:
KASTRENAKES, MICHAEL,                                   Case No: 22-01210-CED
         Debtor(s).                                                       Chapter 11
_____/

**ORDER APPROVING APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES OF THE CHAPTER 11 SUBCHAPTER V TRUSTEE**
(Doc. No. 84)

THIS CASE came before the Court without a hearing for consideration upon *Final Application for Compensation and Reimbursement of Expenses of the Chapter 11 Subchapter V Trustee* (Doc. No. 84) (the "**Application**") filed by Dr. Ruediger Mueller as appointed Chapter 11 Subchapter V Trustee ("**Trustee**"). Through the Application, the Trustee seeks final allowance and approval of $1,290.00 as compensation for services rendered and $ 234.00 for expense reimbursement for a total of **$ 1,524.00** for the period from 3/28/2022 through 7/1/2022 (the "**Application Period")**.

The Application was filed and served on all interested parties utilizing the negative notice procedures set forth in Local Rule 2002-4 and informing the parties of their opportunity to object within twenty-one (21) days of the date of service, plus an additional three (3) days for service

by U.S. mail. No objection or response to the Application was filed in the time period specified for the filing of such objections or responses. Therefore, the Court deems the Application to be unopposed. Accordingly, the Court having considered the Application together with the record as a whole finds that the amount sought in the Application represent reasonable compensation for actual and necessary services provided by the Trustee during the Application Period and, it is appropriate to approve the compensation and reimbursement requested on a final basis. Accordingly, it is **ORDERED:**

    **1.** The Application is **APPROVED.**

    **2.** The Court provides final allowance and approval under 11 U.S.C. § 330 of the actual amounts comprised of **$ 1,290.00** as compensation for services rendered and **$ 234.00** for expense reimbursement for a total of **$ 1,524.00** for the Application Period which shall be paid as an administrative expense under Section 503(b)(2) of the Bankruptcy Code.

*Trustee Ruediger Mueller is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.*