## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

Michael Kastrenakes                               Case No. 8:22-bk-01210-CED
                                                  Chapter 11
    Debtor,

_____/

Michael Kastrenakes

    Plaintiff

vs.                                               Adv. Pro. No. 8:22-ap-00055-CED

NextGear Capital, Inc.
Panayiotis Vasiloudes
Cygram Heritage, LLLP
Thomas Rowe
Konstantinos Paspaspanos

    Defendants

_____/

### NOTICE OF APPEARANCE

ANDREW J. MONGELLUZZI, SEAN M. WAGNER and the law firm of CLEARWATER BUSINESS LAW, LLC, filed this appearance in connection with the above captioned proceeding, and requests the Clerk, pursuant to Federal R. Bank. P. 2002(g) to add the undersigned to the mailing matrix for the case and requests that all notices, pleadings and papers which must be served to creditors, any creditor's committees and any other parties-in-interest, whether sent by the Court, Debtor or any other party in the case, be sent to the undersigned at the following address:

    1799 N. Belcher Road, Suite B
    Clearwater, FL 33765

    Primary E-Mail Addresses:   courtdocs@clearwaterbusinesslaw.com

Secondary E-Mail Address:   sarah@clearwaterbusinesslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants and to all parties in interest under Rule 1007(d) electronically and/or via US Mail.

CLEARWATER BUSINESS LAW LLC

/s Andrew J. Mongelluzzi
Andrew J. Mongelluzzi, Esq.
FBN:  0505021
Sean Wagner, Esq.
FBN: 14042
Clearwater Business Law, LLC
1799 N. Belcher Road, Suite B
Clearwater, FL 33765
(727) 785-5100 office
courtdocs@clearwaterbusinesslaw.com
sarah@clearwaterbusinesslaw.com
*Attorney for Defendant, Thomas Rowe*