UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,                              Case No. 8:22-bk-1210-CED

    Debtor.
_____/

### CERTIFICATE OF SERVICE OF SOLICITATION PACKAGE

I HEREBY CERTIFY that on August 1, 2022, true and correct copies of the (1) *Order Conditionally Approving Disclosure Statement, Scheduling Confirmation Hearing and Fixing Deadlines* (Doc. No. 102); (2) *Disclosure Statement and Plan of Reorganization for Debtor Under Chapter 11* (Doc. No. 96); and (3) Ballot for Accepting or Rejecting First Amended Plan of Reorganization were served by U.S. Mail to all creditors and parties-in-interest on the Court's attached matrix.

                                          */s/ Edward J. Peterson*
                                          Edward J. Peterson (FBN 0014612)
                                          Amy Denton Harris (FBN 0634506)
                                          Stichter Riedel Blain & Postler, P.A.
                                          110 East Madison Street, Suite 200
                                          Tampa, Florida 33602
                                          Telephone: (813) 229-0144
                                          Email: epeterson@srbp.com
                                          Attorneys for Debtor

```
Label Matrix for local noticing           CPX Holdings, LLC                          Cygram Heritage, LLLP
113A-8                                    c/o Bush Ross, P.A.                        c/o John A. Anthony, Esq.
Case 8:22-bk-01210-CED                    Attn. Kathleen L. DiSanto, Esq.            Anthony & Partners, LLC, 100 South Ashle
Middle District of Florida                PO Box 3913                                100 South Ashley Drive, Suite 1600
Tampa                                     Tampa, FL 33601-3913                       Tampa, FL 33602-5318
Thu Jul 28 11:24:59 EDT 2022

First Home Bank                           Grow Financial Federal Credit Union        Maria Kastrenakes
c/o Robert B. George, Esq.                Sorenson Van Leuven, PLLC                  c/o Bush Ross, P.A.
The Liles Firm, PA                        c/o J. Blair Boyd                          Attn. Kathleen L. DiSanto, Esq.
50 N Laura St., Ste 1200                  Post Office Box 3637                       PO Box 3913
Jacksonville, FL 32202-3670               Tallahassee, FL 32315-3637                 Tampa, FL 33601-3913

Michael Kastrenakes                       Jerry Makris, C.P.A.                       Shirley Palumbo
1755 McCauley Rd.                         Jerry Makris C.P.A., P.A.                  Greenspoon Marder LLP
Clearwater, FL 33765-1510                 2110 Drew Street                           City Place, 525 Okeechobee Blvd., Suite
                                          Clearwater, FL 33765-3231                  West Palm Beach, FL 33401-6306

Platinum Auto Finance of Tampa Bay        Thomas K. Rowe                             SouthState Bank, N.A.
c/o Joel Aresty, Esq.                     19 Harbour Isle W.                         c/o Robert C. Schermer, Esq.
309 1st Ave S                             #105                                       Greene Hamrick Schermer & Johnson PA
Tierra Verde, Fl 33715-2231               Ft. Pierce, FL 34949-2771                  410 43rd St. W., Ste. N
                                                                                     Bradenton, FL 34209-2923

James H Sutton                            Thomas Zervas And Konstantinos Papaspanos  Martha Thorn
Moffa, Sutton & Donnini, P.A.             c/o Nicole Mariani Noel                    The Thorn Collection
8875 Hidden River Parkway                 P.O. Box 800                               Coldwell Banker International Real Estat
Suite 300                                 Tampa, FL 33601-0800                       598 Indian Rocks Road
Tampa, FL 33637-2087                                                                 Belleair Bluffs, FL 33770-2016

Panayiotis Vasiloudes                     Wells Fargo Bank, N.A.                     Westlake Flooring Company, LLC
c/o John A. Anthony, Esq.                 3476 Stateview Blvd                        c/o Liebler Gonzalez & Portuondo
Anthony & Partners, LLC, 100 South Ashle  Fort Mill, SC 29715-7200                   44 West Flagler St.
100 South Ashley Drive, Suite 1600                                                   Courthouse Tower - 25th FL
Tampa, FL 33602-5318                                                                 Miami, FL 33130-1808

William Hilgenfeldt                       CPX Holdings, LLC                          CPX Holdings, LLC
Greenspoon Marder LLP                     1755 McCauley Rd.                          c/o Bush Ross, P.A.
c/o Shirley Palumbo, Esq.                 Clearwater, FL 33765-1510                  Attn. Adam Lawton Alpert, Esq.
City Place, 525 Okeechobee Blvd.                                                     Post Office Box 3913
Suite 900                                                                            Tampa, FL 33601-3913
West Palm Beach, FL 33401

CallPass, LLC                             Carlouel Yacht Club                        Courtney Leasing, Inc.
4592 Ulmerton Rd., #201                   1091 El Dorado Ave.                        8126 Benrus Street
Clearwater, FL 33762-4107                 Clearwater Beach, FL 33767-1099            Orlando, FL 32827-5074

Courtney Leasing, Inc.                    Cygram Heritage, LLLP                      Cygram Heritage, LLLP
Danielle S. Kemp, Esq.                    c/o Andrew J. Ghekas, Esq.                 c/o John A. Anthony, Esquire
GREENBERG TRAURIG, P.A.                   Anthony & Partners, LLC                    Anthony & Partners, LLC
101 E. Kennedy Blvd., Suite 1900          100 S. Ashley Dr., Suite 1600              100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5148                      Tampa, FL 33602-5318                       Tampa, FL 33602-5318

Cygram Heritage, LLLP                     Cygram Heritage, LLLP, derivatively on behal  Cygram Holdings, L.P.
c/o John Anthony, Esq.                    c/o John A. Anthony, Esquire               c/o John A. Anthony, Esquire
Anthony & Partners                        Anthony & Partners, LLC                    Anthony & Partners, LLC
100 S. Ashley Dr., #1600                  100 S. Ashley Drive, Suite 1600            100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318                      Tampa, FL 33602-5318                       Tampa, FL 33602-5318
```

Cygram Holdings, LP
c/o John Anthony, Esq.
Anthony & Partners
100 S. Ashley Dr., #1600
Tampa, FL 33602-5318

Deanna Tsetsekas
300 Lepredhaun Lane
Dunedin, FL 34698

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Dr. Panayiotis Vasiloudes
c/o Andrew J. Ghekas, Esq.
Anthony & Partners, LLC
100 S. Ashley Dr., Suite 1600
Tampa, FL 33602-5318

Dr. Panayiotis Vasiloudes
c/o John A. Anthony, Esquire
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Evangeline Kastrenakes
1780 McCauley Rd.
Clearwater, FL 33765-1541

First Home Bank
5250 Park Blvd. N.
Pinellas Park, FL 33781-3417

First Home Bank
ATT: Robert B. George & Ryan J. Mittauer
The Liles Firm, PA
50 N Laura St., Ste. 1200
Jacksonville, FL 32202-3670

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0100

George Lagos
1473 Sturbridge Ct.
Dunedin, FL 34698-2263

Gilbert M. Singer, Esquire
5104 South Westshore Blvd.
Tampa, FL 33611-5650

Greenspoon Marder LLP
C/O Shirley Palumbo, Esq.
City Place,525 Okeechobee Blvd, Suite 90
West Palm Beach, FL 33401-6306

Grow Financial
P.O. Box 89909
Tampa, FL 33689-0415

Grow Financial Credit Union
Sorenson Van Leuven, PLLC.
J. Blair Boyd, Esquire
Post Office Box 3637
Tallahassee, FL  32315-3637

HF Financial, LLC
701 Spottis Woode Lane
Clearwater, FL 33756-5267

Howard Howell
701 Spottis Woode Lane
Clearwater, FL 33756-5267

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irene Pappas, Trustee of the Irene
Pappas Revocable Trust utd 8/23/99
2632 Velventos Dr.
Clearwater, FL 33761-1710

Jeff Hackett
1515 E. Lake Woodlands Pkwy.
Oldsmar, FL 34677-1903

Julia Rice, Esq.
State Attorney's Office
P.O. Box 5028
Riverview, FL 33578

K&M Insurance Investors, LLC
c/o John Anthony, Esq.
Anthony & Partners
100 S. Ashley Dr., #1600
Tampa, FL 33602-5318

Konstantinos Papaspanos
c/o Gilbert M. Singer, Esq.
5104 S. Westshore Blvd.
Tampa, FL 33611-5650

Maria Kastrenakes
c/o Kathleen L. DiSanto, Esq.
Post Office Box 3913
Tampa, FL 33601-3913

New York Life Insurance and
Annuity Corp.
P.O. Box 139052
Dallas, TX 75313-9052

New York Life Insurance and
Annuity Corporation
P.O. Box 6916
Cleveland, OH 44101-1916

NextGear Capital, Inc.
11799 North College Avenue
Carmel, IN 46032-5605

NextGear Capital, Inc.
c/o Nicolette C. Vilmos, Esq.
Nelson Mullins Riley & Scarborough LLP
390 North Orange Avenue
Suite 1400
Orlando, FL 32801-1687

NextGear Capital, Inc.
c/o Nicolette Vilmos, Esq.
390 N. Orange Ave., #1400
Orlando, FL 32801-1687

Pagona Kokolakis
103 Buena Vista Dr. S.
Dunedin, FL 34698-3305

Panayiotis Vasiloudes, MD, PHD
c/o John Anthony, Esq.
Anthony & Partners
100 S. Ashley Dr., #1600
Tampa, FL 33602-5318

Platinum Auto Finance of Tampa Bay, LLC
c/o Joel M. Aresty, P.A.
309 1st Ave S.
Tierra Verde, FL 33715-2231

Shirley Palumbo, Esq.
Greenspoon Marder LLP
City Place, 525 Okeechobee Blvd., Suite
West Palm Beach, FL 33401-6306

South State Bank
P.O. Box 9602
Nichols, FL 33863

SouthState Bank
3711 Tampa Rd.
Oldsmar, FL 34677-6309

SouthState Bank N.A.
Attn: Bankruptcy
PO Box 1900
Cornelia, GA 30531-7900

SouthState Bank, N.A.
c/o Robert C. Schermer, Esq.
410 43rd St. W., Ste. N
Bradenton, FL 34209-2923

SouthState Bank, NA
Att: Edward J Peterson III, Esq
Stichter Riedel Blain & Postler, PA
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Teresa M. Hair
Brock and Scott, PLLC
Attorneys at Law
8757 Red Oak Blvd.
Charlotte, NC 28217-3983

Thomas Zervas
2632 Velventos Dr.
Clearwater, FL 33761-1710

Thomas Zervas
c/o Gilbert Singer, Esq.
5104 S. Westshore Blvd.
Tampa, FL 33611-5650

Thomas Zervas and Konstantinos Papaspanos
5104 South Westshore Blvd.
Tampa, FL 33611-5650

Trifon Houvardas
c/o John Anthony, Esq.
Anthony & Partners
100 S. Ashley Dr., #1600
Tampa, FL 33602-5318

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Vasilios and Eva Gargeros
2132 Gulf View Blvd., Unit 14/24
Dunedin, FL 34698-2101

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis MN 55440-1629

Wells Fargo Mortgage
101 N. Phillips Ave.
Sioux Falls, SD 57104-6714

Wells Fargo, N.A.
3476 Stateview Blvd
Fort Mill, SC 29715-7200

Westlake Flooring Co., LLC
8000 Wilshire Blvd.
Los Angeles, CA 90010

Westlake Flooring Co., LLC
c/o James R. Liebler, II, Esq.
Liebler Gonzalez & Portuondo
44 West Flagler Street 25th Floor
Miami, FL 33130-1817

Joel M Aresty +
Joel M. Aresty, P.A.
309 1st Ave S
Tierra Verde, FL 33715-2231

United States Trustee - TPA +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Robert C Schermer +
Greene Hamrick Perrey Quinlan & Schermer
PO Box 551
Bradenton, FL 34206-0551

Nicolette C Vilmos +
Nelson Mullins Broad and Cassel
390 North Orange Avenue, Suite 1400
Orlando, FL 32801-1687

Amy Denton Mayer +
Stichter Riedel Blain & Postler, P.A.
110 E Madison Street
Suite 200
Tampa, FL 33602-4718

Adam L Alpert +
Bush Ross P.A.
Post Office Box 3913
Tampa, FL 33601-3913

John A Anthony +
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Edward J. Peterson III+
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Robert Bruce George +
The Liles Firm, PA
50 N Laura St
Suite 1200
Jacksonville, FL 32202-3670

J Steven Wilkes +
Office of United States Trustee
501 East Polk Street
Tampa, FL 33602-3949

Teresa M Hair +
Brock and Scott, PLLC
8757 Red Oak Blvd
Ste #150
Charlotte, NC 28217-3977

```
Danielle S Kemp +                    Nicole Mariani Noel +               Andrew J Mongelluzzi +
Greenberg Traurig, P.A.              Kass Shuler, P.A.                   Clearwater Business Law, LLC
Bank of America Plaza                PO Box 800                          30846 US Hwy 19 N
101 E. Kennedy Blvd., Suite 1900     Tampa, FL 33601-0800                Palm Harbor, FL 34684-4409
Tampa, FL 33602-5148


Shirley R Palumbo +                  John Blair Boyd +                   Andrew J Ghekas +
Greenspoon Marder Law                Sorenson Van Leuven Law Firm        Anthony & Partners, LLC
City Place                           Post Office Box 3637                100 S. Ashley Drive, Suite 1600
525 Okeechobee Boulevard, Suite 900  Tallahassee, FL 32315-3637          Tampa, FL 33602-5318
West Palm Beach, FL 33401-6306


James Randolph Liebler II+           Kathleen L DiSanto +                Nathan A Wheatley +
Liebler, Gonzalez & Portuondo        Bush Ross, P.A.                     Office of the U.S. Trustee
25th Floor Courthouse Tower          Post Office Box 3913                501 E. Polk St., Suite1200
44 West Flagler Street               Tampa, FL 33601-3913                Tampa, FL 33602-3945
Miami, FL 33130-1817


Ruediger Mueller +
Dr. Mueller Associates, Inc.
1112 Watson Court
Reunion, FL 34747-6784
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
U.S. Bank National Association       (d)U.S. Bank, N.A.                  (d)U.S. Bank, N.A.
Bankruptcy Department                P.O. Box 3427                       Southeast RV/Marine
PO Box 5229                          Oshkosh, WI 54902                   P.O. Box 790179
Cincinnati, Ohio 45201-5229                                              Saint Louis, MO 63179-0179
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtney Leasing, Inc.            (u)NextGear Capital, Inc.           (u)Stichter, Riedel, Blain & Postler, P.A.




(d)CPX Holdings, LLC                 (d)THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS   End of Label Matrix
c/o Bush Ross, P.A.                  c/o Nicole Mariani Noel             Mailable recipients    99
Attn. Kathleen L. DiSanto, Esq.      P.O. Box 800                        Bypassed recipients     5
Post Office Box 3913                 Tampa, FL 33601-0800                Total                 104
Tampa, FL 33601-3913
```