UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Chapter 11

MICHAEL KASTRENAKES,                                Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**DEBTOR'S MONTHLY FINANCIAL REPORT FOR THE
PERIOD OF JUNE 1, 2022, THROUGH JUNE 30, 2022**

    The Debtor hereby files his Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

    */s/ Amy Denton Mayer*
Edward J. Peterson (FBN 0014612)
Amy Denton Mayer (FBN 0634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: epeterson@srbp.com; amayer@srbp.com
Attorneys for Debtor

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Michael Kastrenakes |
|---|
| Case Number: 8:22-bk-1210-CED |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month June | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month** | 21,680.27 | 15,128.89 |
| **Total Receipts** | 20,060.87 | 80,384.65 |
| **Total Disbursements** | 17,330.05 | 71,102.45 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 2,730.82 |  |
| **CASH- End of Month** | 24,411.09 | 24,411.09 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 17,330.05 |  |
|---|---|---|
|  |  |  |
|  |  |  |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

Dated this 5th th day of August , 2022

_[signature]_

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>June | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | 21,680.27 | 15,128.89 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | 19,168.99 | 67,091.46 |
| Wages from Other Sources (attach list to this report) |  | 0.00 |
| Interest or Dividend Income |  | 0.00 |
| Contribution from Non-Debtor Spouse |  | 9,717.55 |
| Transfers Between Accounts |  | 500.00 |
| Corporate Reimbursements |  | 400.00 |
| Management Fees (CallPass) | 891.88 | 2,675.64 |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **TOTAL RECEIPTS** | 20,060.87 | 80,384.65 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  | 316.18 |
| Household Expenses/Food/Clothing | 2,309.39 | 15,813.73 |
| Household Repairs & Maintenance | 2,380.00 | 5,828.43 |
| Insurance | 1,560.00 | 6,772.57 |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments | 124.49 | 186.41 |
| Mortgage Payment(s) | 6,267.94 | 19,243.63 |
| Other Secured Payments - HELOC | 439.81 | 439.81 |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment | 14.32 | 14.32 |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1,764.79 | 4,453.88 |
| Vehicle Expenses | 540.47 | 1,708.33 |
| Vehicle Secured Payment(s) | 495.81 | 991.62 |
| U. S. Trustee Quarterly Fees |  |  |
| Professional Fees (Legal, Accounting) |  | 4,703.00 |
| Other - Cash | 24.00 | 1,524.15 |
| Bank Fees | 9.03 | 73.33 |
| Maria Kastrenakes |  | 200.00 |
| Consumer Direct Auto, LLC |  | 100.00 |
| Loan/CC Payments | 1,400.00 | 8,233.06 |
| Transfers Between Accounts |  | 500.00 |
|  |  |  |
| **Total Household Disbursements** | 17,330.05 | 71,102.45 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 24,411.09 | 24,411.09 |

**MONTHLY OPERATING REPORT - INDIVDUAL**                                                                                       **ATTACHMENT NO. 1**

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY   and   CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Lexington Insurance Company Homeowners Insurance | 7/01/2021 - 7/01/2022 | | |
| Ace Insurance Co. of MidWest Automobile Insurance | 7/01/2021 - 7/01/2022 | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| **Bank Account Information** | **Account #1** | **Account #2** | **Account #3** | **Account #4** |
|---|---|---|---|---|
| **Name of Bank:** | Regions | Southstate | | |
| **Account Number:** | 8245 | 7751 | | |
| **Purpose of Account (Business/Personal)** | Personal | | | |
| **Type of Account (e.g. checking)** | Checking | | | |
| | | | | |
| 1. **Balance per Bank Statement** | $24,166.08 | $245.01 | | |
| 2. **ADD**: Deposits not credited (attach list to this report) | 0 | | | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | 0 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0 | | | |
| 5. **Month End Balance** (Must Agree with Books) | 24,166.08 | $245.01 | | |
| TOTAL OF ALL ACCOUNTS | | | | $24,411.09 |

**Note:** Attach a copy of the bank statement and bank reconciliation for each account.

| **Investment Account Information** **Bank / Account Name / Number** | **Date of Purchase** | **Type of Instrument** | **Purchase Price** | **Current Value** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:** Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| **Name of Bank** | SouthState Bank/Regions |
|---|---|
| **Account Number** | |
| **Purpose of Account (Personal)** | |
| **Type of Account (e.g., Checking)** | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | See attached | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

**ACCOUNT #** ███████8245

092
Cycle 07
Enclosures 0
Page 1 of 4

## DEPOSITS & CREDITS

| | | |
|---|---|---:|
| 06/06 | Callpass Tech Ll Receivable Michael Kastre | 891.88 |

## WITHDRAWALS



**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**Thank You For Banking With Regions!**
2022 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

|  |  |
|---|---|
| MICHAEL KASTRENAKES | 1 |
| DEBTOR IN POSSESSION | |
| 1755 MCCAULEY RD | ACCOUNT #  ████8245 |
| CLEARWATER FL 33765-1510 | |
|  | 092 |
|  | Cycle 07 |
|  | Enclosures 0 |
|  | Page 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 06/01 | Card Purchase Sq *Karma Juice  5499 Clearwater   FL 33765   2972 | 23.93 |
| 06/01 | Card Purchase Texaco 0383346   5542 Dunedin      FL 34698   3020 | 103.34 |
| 06/01 | PIN Purchase AAA Acg Fl0043   8675 Clearwater   FL       2972 | 28.56 |
| 06/02 | Card Purchase Panera Bread #2  5814 Clearwater   FL 33759   2972 | 2.49 |
| 06/02 | Adt Security     Online Pmt Kastrenakes,MI Ckf115191344pos | 81.93 |
| 06/02 | Wells Fargo Mtg  Online Pmt Kastrenakes,MI Ckf115191344pos | 6,267.94 |
| 06/03 | Card Purchase Selecta Uk Gbp   5499 Basingstoke          2972 | 2.78 |
| 06/06 | City of Clearwat Online Pmt Kastrenakes,MI Ckf115191344pos | 202.72 |
| 06/06 | Duke Power       Online Pmt Kastrenakes,MI Ckf115191344pos | 572.79 |
| 06/08 | Spectrum         Online Pmt Kastrenakes,MI Ckf115191344pos | 405.72 |
| 06/13 | Graysons Pool SE Online Pmt Kastrenakes,MI Ckf115191344pos | 150.00 |

## FEES

| Date | Description | Amount |
|---|---|---:|
| 06/03 | International Service Assessment Selecta Uk Gbp | 0.08 |

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
|  |  |  | 06/06 | 995016 * | 439.81 |
| 06/03 | 995010 * | 495.81 | 06/02 | 995019 * | 1,450.00 |

Total Checks   $3,985.62

* Break In Check Number Sequence.

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

**ACCOUNT #** ████ 8245

092
Cycle 07
Enclosures 0
Page 3 of 4

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
|  |  | 06/02 | 13,471.12 |
|  |  | 06/03 | 12,972.45 |
|  |  | 06/06 | 12,649.01 |
|  |  | 06/08 | 12,243.29 |
| 06/01 | 21,273.48 | 06/13 | 12,093.29 |

**REGIONS BANK AND THE REGIONS FOUNDATION
ARE COMMITTED TO MAKING A POSITIVE
IMPACT ON THE FINANCIAL HEALTH OF THE
INDIVIDUALS, BUSINESSES AND COMMUNITIES
WE SERVE. PLEASE VISIT REGIONS.COM/
COMMUNITYENGAGEMENT TO READ THE 2021
COMMUNITY ENGAGEMENT REPORT AND TO SEE
HOW REGIONS BANK AND THE REGIONS
FOUNDATION ARE HELPING OUR NEIGHBORS
ACHIEVE THEIR FINANCIAL GOALS.**

**REGIONS**

**Regions Bank**
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

ACCOUNT #               8245

| | |
|---|---|
| | 092 |
| Cycle | 07 |
| Enclosures | 0 |
| Page | 1 of 5 |

| | **DEPOSITS & CREDITS** | |
|---|---|---:|
| 06/15 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 2,084.50 |
| 06/15 | Mid Atlantic Fin 2021 Michael Kastre 2021 | 7,500.00 |
| 06/30 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 2,084.49 |
| 06/30 | Mid Atlantic Fin 2021 Michael Kastre 2021 | 7,500.00 |
| | Total Deposits & Credits | $19,168.99 |

| | **WITHDRAWALS** | |
|---|---|---:|
| 06/15 | New York Life   Ins. Prem. Michael Kastre | 1,560.00 |
| 06/16 | Recurring Card Transaction Att* Bill Payme  4814 800-331-0500  TX 75211   3020 | 168.64 |
| 06/17 | PIN Purchase Publix Super M  5411 Clearwater  FL      3020 | 378.23 |
| 06/21 | Card Purchase Queens Pizza  R  5812 Clearwater   FL 33765   2972 | 49.58 |
| 06/21 | Card Purchase Sq *Karma Juice  5499 Clearwater   FL 33765   2972 | 54.22 |
| 06/21 | Card Purchase First Watch - 2  5812 Clearwater   FL 33761   2972 | 51.82 |
| 06/21 | PIN Purchase Clearwater Val   5542 Clearwater   FL      3020 | 74.00 |
| 06/21 | PIN Purchase Publix Super M   5411 Clearwater   FL      3020 | 69.23 |
| 06/21 | PIN Purchase The Fresh Mark   5411 Clearwater   FL      3020 | 328.18 |
| 06/21 | Card Purchase Chevron 0355314  5542 Clearwater   FL 33765   3020 | 99.00 |
| 06/21 | AMEX Epayment    ACH Pmt Michael Kastre W9218 | 1,400.00 |
| 06/22 | Card Purchase Subway 471      5814 Largo       FL 33764   2972 | 10.12 |
| 06/22 | Card Purchase Big Storm Clear  5812 727-4154489   FL 33762   2972 | 7.30 |
| 06/22 | Card Purchase Ban Thai and Su  5812 Clearwater   FL 33761   2972 | 133.57 |
| 06/22 | Adt Security     Online Pmt Kastrenakes,MI Ckf115191344pos | 81.93 |
| 06/22 | Pinellas County  Online Pmt Kastrenakes,MI Ckf115191344pos | 116.53 |
| 06/22 | PIN Purchase Cvs/Pharm 0108   5912 Clearwater   FL      3020 | 124.49 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)



**Thank You For Banking With Regions!**
2022 Regions Bank Member FDIC. All loans subject to credit approval.

![Regions]

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT # ████8245

1
092
Cycle 07
Enclosures 0
Page 2 of 5

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 06/23 | Card Purchase Panera Bread #2  5814 Clearwater   FL 33762   2972 | 12.62 |
| 06/23 | Card Purchase Usa*csc Service  5814 Clearwater   FL 33759   2972 | 2.00 |
| 06/23 | Pinellas County  Online Pmt Kastrenakes,MI Ckf115191344pos | 134.53 |
| 06/23 | PIN Purchase Chevron/Giant   5542 Clearwater  FL      2972 | 90.90 |
| 06/23 | PIN Purchase 7-Eleven         5541 Miami      FL      2972 | 80.00 |
| 06/24 | PIN Purchase Target T- 3401  5411 Miami       FL      2972 | 94.41 |
| 06/27 | Card Purchase Hibachi Express  5812 Lake Wales   FL 33898   2972 | 9.98 |
| 06/27 | Card Purchase Mpa Parking Pay  7523 305-373-6789  FL 33128   3020 | 3.25 |
| 06/27 | Card Purchase Bakan Restauran  5812 305-4433999   FL 33127   3020 | 93.72 |
| 06/27 | Card Purchase Reef 21092800    7523 Miami         FL 33131   2972 | 10.00 |
| 06/27 | Card Purchase Starbucks Hyde   5814 Miami         FL 33137   2972 | 10.59 |
| 06/27 | Card Purchase Tst* Negroni     5812 Miami         FL 33127   2972 | 74.24 |
| 06/27 | Card Purchase Miami Cdd Parki  7523 Miami         FL 33137   2972 | 4.00 |
| 06/27 | Card Purchase Tst* Morgans 28  5812 Miami         FL 33137   2972 | 42.31 |
| 06/27 | PIN Purchase Publix Super M   5411 Miami      FL      2972 | 208.99 |
| 06/27 | Card Purchase Shell Oil 57543  5542 Miami         FL 33137   2972 | 61.15 |
| 06/27 | Card Purchase Panera Bread #2  5814 Clearwater   FL 33759   2972 | 6.26 |
| 06/27 | Card Purchase Amc 0700 Woodla  7832 Oldsmar      FL 34677   2972 | 14.32 |
| 06/27 | PIN Purchase Costco Whse #0   5300 Clearwater  FL      3020 | 195.85 |
| 06/28 | Card Purchase Clb*pancretan A  8641 866-4572582   CA 92802   3020 | 200.00 |
| 06/28 | Card Purchase Sp Xceleratefue  5399 Shopxcelerate FL 33308   2972 | 70.62 |
| 06/28 | ATM Withdrawal P324168         1002 N Westsh Tampa       FL P324168  3020 | 24.00 |
| 06/29 | PIN Purchase Circle K 09786   5542 Pinellas Parkfl        3020 | 78.83 |
| 06/30 | Card Purchase Tire Express Au  5532 Largo          FL 33771   2972 | 20.00 |
| 06/30 | Card Purchase Tropical Smooth  5814 Clearwater   FL 33760   2972 | 8.36 |
| 06/30 | PIN Purchase Publix Super M   5411 Clearwater  FL      3020 | 55.43 |

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #  8245

1
092
Cycle 07
Enclosures 0
Page 3 of 5

## WITHDRAWALS (CONTINUED)

## FEES

| Date | Description | Amount |
|---|---|---|
| 06/28 | Other Bank ATM Withdrawal Fee | 3.00 |

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 06/29 | 995025 * | 780.00 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 06/15 | 20,117.79 | 06/27 | 15,821.83 |
| 06/16 | 19,949.15 | 06/28 | 15,524.21 |
| 06/17 | 19,570.92 | 06/29 | 14,665.38 |
| 06/21 | 17,444.89 | 06/30 | 24,166.08 |
| 06/22 | 16,970.95 | | |
| 06/23 | 16,650.90 | | |
| 06/24 | 16,556.49 | | |



P.O. Box 9602 • Winter Haven, FL 33883
SouthStateBank.com • 800.277.2175

**Statement Ending 06/17/2022**

*MARIA KASTRENAKES*  *Page 1 of 4*
*Account Number:* **XXXXXXXXXXXX7751**

**Managing Your Accounts**

| | | |
|---|---|---|
| 📱 | Customer Care | (800) 277-2175 |
| ✉ | Mailing Address | P.O. Box 9602<br>Winter Haven, FL 33883 |
| 💻 | Website | SouthStateBank.com |

MARIA KASTRENAKES
MICHAEL KASTRENAKES
1755 MCCAULEY RD
CLEARWATER FL 33765-1510



Welcome to **Banking Forward.**

Introducing new statements designed with you in mind to provide a clear summary of your account activity.

Member FDIC

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ECHECKING | XXXXXXXXXXXX7751 | $245.01 |

Member FDIC
NMLS# 403455

Equal Housing Lender

# SouthState

**Statement Ending 06/17/2022**

MARIA KASTRENAKES   Page 3 of 4
Account Number: XXXXXXXXXXXXX7751

## Access All of Your Accounts Instantly
### ONLINE & MOBILE BANKING

Stay organized with our secure digital offerings.

- Manage Your Accounts
- Pay Bills Online
- Send Money to Friends
- Set Up Account Alerts
- Mobile Deposit Checks
- Instant Balance
- Face ID/Fingerprint Sign On
- Budget & Track Goals

Enroll online today at SouthStateBank.com/OnlineBanking or download our Mobile App to get started.

Internet service provider and/or message data rates may apply. Member FDIC.



## ECHECKING-XXXXXXXXXXXXX7751

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/21/2022 | Beginning Balance | | | $250.96 |
| 06/17/2022 | SERVICE CHARGE | $5.95 | | $245.01 |
| 06/17/2022 | Ending Balance | | | $245.01 |

### Daily Balances

| Date | Amount |
|---|---|
| 06/17/2022 | $245.01 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $36.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# SouthState

P.O. Box 9602 • Winter Haven, FL 33883
SouthStateBank.com • 800.277.2175

**Statement Ending 07/20/2022**

MARIA KASTRENAKES                Page 1 of 4
**Account Number: XXXXXXXXXXXX7751**

## Managing Your Accounts

| | Customer Care | (800) 277-2175 |
| | Mailing Address | P.O. Box 9602<br>Winter Haven, FL 33883 |
| | Website | SouthStateBank.com |

MARIA KASTRENAKES
MICHAEL KASTRENAKES
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

## Welcome to Banking Forward.

Introducing new statements designed with you in mind to provide a clear summary of your account activity.

Member FDIC



Member FDIC
NMLS# 403455
EQUAL HOUSING LENDER

**Statement Ending 07/20/2022**

MARIA KASTRENAKES  Page 3 of 4
Account Number: XXXXXXXXXXXXX7751

# Access All of Your Accounts Instantly
## ONLINE & MOBILE BANKING

**Stay organized with our secure digital offerings.**

- Manage Your Accounts
- Pay Bills Online
- Send Money to Friends
- Set Up Account Alerts
- Mobile Deposit Checks
- Instant Balance
- Face ID/Fingerprint Sign On
- Budget & Track Goals

Enroll online today at SouthStateBank.com/OnlineBanking or download our Mobile App to get started.

Internet service provider and/or message data rates may apply. Member FDIC.



## ECHECKING-XXXXXXXXXXXXX7751

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 06/18/2022 | Beginning Balance | $245.01 | Minimum Balance | $245.01 |
|  |  |  | Average Available Balance | $245.01 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/18/2022 | Beginning Balance |  |  | $245.01 |