**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:
KASTRENAKES, MICHAEL,                              Case No: 22-01210-CED
                    Debtor(s).                    Subchapter V  Chapter 11
_____/

## PROOF OF SERVICE

**I HEREBY CERTIFY** that the *Order Approving Final Application for Compensation and Reimbursement of Expenses* of Dr. Ruediger Mueller as Subchapter V Trustee (Doc. No. 100) has been furnished either by the Court's CM/ECF system at the time of entry or by regular U.S. Mail to the **Office of the United States Trustee,** 501 East Polk Street, Suite 1200, Tampa, Florida 33602; **Debtor**, and creditors and parties in interest listed on the attached matrix on August 10, 2022.

*/s/ Dr. Ruediger Mueller*
Dr. Ruediger Mueller
1112 Watson Court
Reunion, FL  34747
Telephone:  (678) 863-0473
Facsimile:  (407) 540-9306
Email:  rudi.mueller@tcmius.com
Subchapter V Trustee