UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: | Case No. 22-01210-CED

MICHAEL KASTRENAKES

Debtor

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Dr. Ruediger Mueller , having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00 .  On June 13, 2022, the Debtor filed an Amended Voluntary Petition under Chapter 11 without an election to proceed under Subchapter V.  Accordingly, the case will proceed as a standard Chapter 11.  As of this date, no plan was confirmed, and no plan payments were made to the trustee.  I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of conversion.  I request that I be discharged from any further duties as trustee.

Date:  8/11/2022            By:  /s/Dr. Ruediger Mueller
                                            Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR A**