UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                        Chapter 11

MICHAEL KASTRENAKES,                                    Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**DEBTOR'S MOTION TO EXTEND TIME FOR PROFESSIONALS
EMPLOYED BY THE DEBTOR TO FILE FEE APPLICATIONS**

MICHAEL KASTRENAKES, as debtor and debtor in possession (the "**Debtor**") respectfully requests that this Court enter an order extending the time within which professionals employed by the Debtor have to file fee applications. In support of the Motion, the Debtor respectfully represents as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. The subject matter of this motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. § 1408.

2. The statutory predicates for the relief requested by this motion are 11 U.S.C. §§ 1121(b), 1121(c)(2), 1121(c)(3), and 1121(d) of the Bankruptcy Code.

**Background**

3. On March 27, 2022 (the "**Petition Date**"), the Debtor filed his Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

4. On July 27, 2022, the Court entered its *Order Conditionally Approving Disclosure Statement; Fixing Time to File Objections to the Disclosure Statement; Fixing Time to File Applications for Administrative Expenses, Setting Hearing on Confirmation of the Plan, and*

*Setting Deadlines with Respect to Confirmation Hearing* (the "**Disclosure Statement Order**") (Doc. No. 102). The hearing to consider confirmation of the Debtor's plan of reorganization and fee applications is scheduled for September 19, 2022 (the "**Confirmation Hearing**").

5. The Disclosure Statement Order directed that administrative expense claims, including fee applications for professionals employed by the Debtor, be filed within fifteen (15) days after the entry of the Disclosure Statement Order, or August 11, 2022.

### Relief Requested

6. The Debtor respectively requests the entry of an order extending the time through and including August 31, 2022, within which the professionals employed by the Debtor have to file their fee applications seeking compensation for services rendered and reimbursement of expenses.

7. The Debtor submits that the relief requested herein will not prejudice any party in interest.

WHEREFORE, the Debtor respectfully requests that this Court enter an order: (a) granting this motion; (b) extending the time through and including August 31, 2022, within which the professionals employed by the Debtor have to file their fee applications seeking compensation for services rendered and reimbursement of expenses; and (c) providing such other and further relief as this Court deems just.

*/s/ Amy Denton Mayer*
Edward J. Peterson (FBN 0014612)
Amy Denton Mayer (FBN 0634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone:  (813) 229-0144
Email:  epeterson@srbp.com; amayer@srbp.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing *Debtor's Motion to Extend Time for Professionals Employed by the Debtor to File Fee Applications* have been furnished on this 11th day of August, 2022, by the Court's CM/ECF system to all parties receiving CM/ECF electronic noticing.

                                               */s/ Amy Denton Mayer*
                                               Amy Denton Mayer

4892-9669-8670, v. 1