ORDERED.

Dated: August 12, 2022

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Chapter 11

MICHAEL KASTRENAKES,  Case No. 8:22-bk-1210-CED

    Debtor.
_____/

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME FOR PROFESSIONALS EMPLOYED BY THE DEBTOR TO FILE FEE APPLICATIONS

THIS CASE came before the Court without a hearing for consideration of the *Debtor's Motion to Extend Time for Professionals Employed by the Debtor to File Fee Applications* (the "**Motion**") (Doc. No. 109). The Court, having considered the Motion and the record, finds that the Motion is well taken and should be granted. Accordingly, it is

    **ORDERED:**

    1.    The Motion is granted.

    2.    The time for all professionals employed by the Debtor to file fee applications is hereby extended through and including August 31, 2022.

*Attorney Edward J. Peterson is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.*