UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                           Chapter 11

MICHAEL KASTRENAKES,                                      Case No. 8:22-bk-1210-CED

      Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

      NOTICE IS GIVEN THAT:

      1.     A preliminary hearing in this case will be held before the Honorable Caryl E. Delano on August 22, 2022, at 2:00 p.m., Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following matter:

*Debtor's Motion to Compel Tracfone Wireless, Inc. d/b/a Simple Mobile to Produce Documents Pursuant to Rule 2004 Subpoena* (Doc. No. 106)

      2.     Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

      3.     The Court may continue this matter upon announcement made in open court without further notice.

      4.     Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

      Dated: August 12, 2022.

*/s/ Amy Denton Mayer*
Amy Denton Mayer (FNB 0634506)
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602-4718
Telephone: (813) 229-0144
Email: amayer@srbp.com
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Preliminary Hearing* was furnished on August 12, 2022, by the Court's electronic CM/ECF noticing system to all parties receiving electronic noticing, and to the following parties by U.S. Mail:

TracFone Wireless, Inc. d/b/a Simple Mobile
Custodian of Records, Subpoena Compliance
9700 NW 112 Avenue
Miami, Florida 33178

                                                */s/ Amy Denton Mayer*
                                                Amy Denton Mayer