

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/22/2022 02:00 PM

COURTROOM   9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:22-bk-01210-CED** | **11** | **03/27/2022** |

**Chapter 11**

**DEBTOR:**   Michael Kastrenakes

**DEBTOR ATTY:**   **Amy Mayer**

**TRUSTEE:**   **Ruediger Mueller**

**HEARING:**

Motion to Compel Production of Documents from Tracfone Wireless pursuant to Rule 2004 Subpoena Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (related document(s)[87]). (Mayer, Amy) Doc #106

**APPEARANCES::** Ed Peterson, Kathleen DiSanto, Jennifer Thomas,

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Motion to Compel Production of Documents from Tracfone Wireless pursuant to Rule 2004 Subpoena Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (related document(s)[87]). (Mayer, Amy) Doc #106- Granted, 21 days to comply, if failure to comply court will consider sanctions O/Peterson
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.