UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MICHAEL KASTRENAKES,

    Debtor.

CASE NO.: 8:22-bk-01210-CED
Chapter 11

_____/

## NOTICE OF APPEARANCE AND REQUEST NOTICE

Jennifer Smith Thomas, Esq., and the law firm of Rumberger Kirk & Caldwell P.A., file their appearance in the above-captioned case as counsel for Automotive Finance Corporation ("AFC"), and request pursuant to Federal Rule of Bankruptcy Procedure 2002 that they be served with copies of all notices, pleadings, motions, orders and other documents filed in this case. All such documents should be served upon the undersigned counsel at the following address:

Jennifer Smith Thomas
Rumberger Kirk & Caldwell P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: 407.872.7300
Email: jthomas@rumberger.com;
jthomassecy@rumberger.com;
docketingorlando@rumberger.com

Please take further notice that this entry of appearance does not constitute a consent by Automotive Finance Corporation to the jurisdiction of the Bankruptcy Court, nor is it a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to have a district judge hear and determine core matters that are beyond the adjudicatory authority of the bankruptcy court; (iii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iv) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary

withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Automotive Finance Corporation is or may be entitled under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: August 24, 2022           Respectfully submitted,

By: s/Jennifer Smith Thomas

Jennifer Smith Thomas
Florida Bar No. 59797
E-mail: jthomas@rumberger.com
       docketingorlando@rumberger.com
       jthomassecy@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400 (32801)
Orlando, Florida  32802-1873
Tel:     407.872.7300
Fax:    407.841.2133
**Counsel for Automotive Finance Corp.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been filed with the Court and furnished (i) via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case; (ii) by U.S. Mail to all the parties on the attached mailing list, on this 24th day of August, 2022.

s/Jennifer Smith Thomas
Jennifer Smith Thomas

16972883.v1