

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

**ACCOUNT #** 8245

| | |
|---|---|
| | 092 |
| Cycle | 07 |
| Enclosures | 0 |
| Page | 1 of 5 |

## LIFEGREEN CHECKING
June 15, 2022 through July 14, 2022

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $12,093.29 | Minimum Balance | | $5,571 |
| Deposits & Credits | $19,168.99 + | Average Balance | | $14,051 |
| Withdrawals | $17,663.54 − | | | |
| Fees | $3.00 − | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $8,024.20 − | | | |
| **Ending Balance** | **$5,571.54** | | | |

### DEPOSITS & CREDITS

### WITHDRAWALS

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

**Thank You For Banking With Regions!**
2022 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

ACCOUNT #              8245

092
Cycle 07
Enclosures 0
Page 2 of 5

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 07/01 | Card Purchase First Watch - 1  5812 Clearwater    FL 33764    2972 | 25.62 |
| 07/01 | Chubb & Son     Payment 22781178971100 | 1,807.50 |
| 07/01 | Wells Fargo Mtg  Online Pmt Kastrenakes,MI Ckf115191344pos | 6,267.94 |
| 07/05 | Card Purchase Greek Orthodox   8398 727-799-4605  FL 33765    3020 | 125.00 |
| 07/05 | Card Purchase Tst* Lucky Lobs  5812 Dunedin       FL 34698    2972 | 146.75 |
| 07/05 | Card Purchase Tst* Clear Sky   5812 Dunedin       FL 34698    2972 | 39.45 |
| 07/05 | PIN Purchase 7-Eleven         5542 Saint Petersbfl        2972 | 83.77 |
| 07/05 | Card Purchase Tst* Island Way  5812 Clearwater    FL 33767    2972 | 97.39 |
| 07/05 | PIN Purchase Dicks Sporting   5941 Clearwater   FL         2972 | 64.19 |
| 07/05 | PIN Purchase Publix Super M   5411 Clearwater   FL         3020 | 220.33 |
| 07/05 | PIN Purchase USPS PO 118955   9402 Tarpon Springfl         3020 | 49.55 |
| 07/06 | Card Purchase Baycare Medical  8011 727-532-0002  FL 33756    2972 | 75.00 |
| 07/06 | Card Purchase Lotus Vegan Res  5812 Pinellas Park FL 33781    2972 | 23.24 |
| 07/06 | PIN Purchase The Home Depot   5200 Clearwater   FL         3020 | 203.87 |
| 07/07 | Card Purchase Big Storm Clear  5812 727-4154489   FL 33762    2972 | 25.17 |
| 07/08 | Card Purchase Sq *Dana   Salo  7230 Clearwater    FL 33761    2972 | 30.00 |
| 07/08 | Card Purchase Panera Bread #2  5814 Clearwater    FL 33761    2972 | 14.18 |
| 07/08 | Card Purchase Walgreens #3555  5912 Clearwater    FL 33765    2972 | 30.00 |
| 07/08 | Duke Power      Online Pmt Kastrenakes,MI Ckf115191344pos | 723.09 |
| 07/11 | Card Purchase Carrabbas 6018   5812 Clearwater    FL 33764    2972 | 78.27 |
| 07/11 | Card Purchase Sq *Sp Plus COR  7523 Tampa         FL 33607    2972 | 3.00 |
| 07/11 | Card Purchase Tpa Hospitality  5814 Tampa         FL 33607    2972 | 7.96 |
| 07/11 | Card Purchase Soku Restaurant  5812 Great Neck    Ny 11021    2972 | 146.66 |
| 07/11 | Card Purchase ST Regis New Yo  5812 New York      Ny 10022    2972 | 113.81 |
| 07/11 | PIN Purchase Wholefds Bpk #   5411 New York     Ny         3020 | 3.54 |
| 07/11 | Card Purchase Limani Nyc       5812 New York      Ny 10111    3020 | 92.30 |
| 07/11 | Card Purchase Noir Bakery      5462 Great Neck    Ny 11021    3020 | 64.72 |
| 07/11 | Card Purchase Noir Bakery      5462 Great Neck    Ny 11021    2972 | 2.75 |

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #         8245

092
Cycle 07
Enclosures 0
Page 3 of 5

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 07/11 | City of Clearwat Online Pmt Kastrenakes,MI Ckf115191344pos | 224.11 |
| 07/12 | Card Purchase Lgad Bisoux    5814 866-5083558   Ny 11371    2972 | 19.67 |
| 07/12 | Card Purchase Lga Flatiron Ta  5814 Flushing     Ny 11371    2972 | 8.70 |
| 07/12 | Card Purchase Panera Bread #2  5814 Clearwater    FL 33762   2972 | 9.47 |
| 07/12 | PIN Purchase Publix Super M   5411 Clearwater   FL       3020 | 259.76 |
| 07/13 | Card Purchase Big Storm Clear  5812 727-4154489   FL 33762   2972 | 24.21 |
| 07/13 | Graysons Pool SE Online Pmt Kastrenakes,MI Ckf115191344pos | 150.00 |
| 07/14 | Card Purchase Exxonmobil   9  5542 Clearwater    FL 33765   2972 | 77.58 |
| 07/14 | Card Purchase Sq *D Lites Ice  7299 Clearwater    FL 33761   2972 | 11.79 |
| | Total Withdrawals | $17,663.54 |

## FEES

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 07/05 | 1003 | 1,050.00 | 07/08 | 995030 * | 58.58 |
| 07/06 | 1004 | 200.00 | 07/05 | 995033 * | 439.81 |
| 07/06 | 995018 * | 495.81 | 07/05 | 995034 | 5,000.00 |
| | | | | Total Checks | $8,024.20 |

* Break In Check Number Sequence.

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

ACCOUNT #    8245

| | |
|---|---|
| Cycle | 092 |
| Enclosures | 07 |
| Page | 0 |
| | 1 of 4 |

## LIFEGREEN CHECKING
July 15, 2022 through August 16, 2022

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $5,571.54 | Minimum Balance | $7,506 |
| Deposits & Credits | $28,313.46 + | Average Balance | $10,546 |
| Withdrawals | $17,323.21 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $2,033.41 − | | |
| **Ending Balance** | **$14,528.38** | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 07/15 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 1,937.82 |
| 07/15 | Mid Atlantic Fin 2021 Michael Kastre 2021 | 7,500.00 |
| 07/29 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 1,937.82 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 07/15 | Card Purchase Wendys #11669   5814 Clearwater   FL 33762   2972 | 12.81 |
| 07/15 | Card Purchase Sq *Karma Juice  5499 Clearwater   FL 33765   2972 | 34.09 |
| 07/15 | New York Life   Ins. Prem. Michael Kastre | 1,560.00 |
| 07/15 | PIN Purchase The Fresh Mark   5411 Clearwater   FL       3020 | 96.16 |
| 07/18 | Card Purchase Countryside 12   7832 Clearwater   FL 33761   2972 | 14.96 |
| 07/18 | Card Purchase Bj S Restaurant  5812 Clearwater   FL 33761   2972 | 49.16 |
| 07/18 | Recurring Card Transaction Spectrum      4899 855-707-7328  FL 33716   3020 | 405.72 |
| 07/18 | Recurring Card Transaction Att* Bill Payme  4814 800-331-0500  TX 75211   3020 | 471.30 |
| 07/18 | Card Purchase Parts of Paris   5812 Safety Harbor FL 34695   2972 | 163.05 |
| 07/18 | Card Purchase Sq *Hyppo LLC   5999 Tampa      FL 33606   2972 | 8.63 |
| 07/18 | Card Purchase Sq *Hyppo LLC   5999 Tampa      FL 33606   2972 | 4.41 |
| 07/18 | Card Purchase Paper Source -T  5111 Tampa      FL 33606   2972 | 10.65 |
| 07/18 | Card Purchase Tst* Buddy Brew  5812 Tampa      FL 33606   2972 | 16.66 |
| 07/18 | PIN Purchase Pottery Barn K   5719 Tampa      FL       3020 | 309.61 |
| 07/18 | Card Purchase Texaco 0379933   5542 Tampa      FL 33611   2972 | 94.68 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)



Thank You For Banking With Regions!
2022 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

ACCOUNT #                 8245

| | |
|---|---|
| | 092 |
| Cycle | 07 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 07/18 | Card Purchase Publix #1722   5411 Tampa       FL 33611   2972 | 16.99 |
| 07/18 | PIN Purchase The Fresh Mark   5411 Clearwater   FL       3020 | 71.62 |
| 07/19 | Card Purchase Tst* Rumba Isla  5812 Clearwater   FL 33765   3020 | 150.74 |
| 07/19 | Card Purchase Big Storm Clear  5812 727-4154489  FL 33762   2972 | 23.03 |
| 07/20 | Card Purchase Sq *D Lites Ice  7299 Clearwater    FL 33761   2972 | 11.79 |
| 07/21 | Card Purchase Subway 3412      5814 Clearwater    FL 33762   2972 | 10.79 |
| 07/21 | Card Purchase Tropical Smooth  5814 Clearwater    FL 33760   2972 | 8.36 |
| 07/21 | Pinellas County  Online Pmt Kastrenakes,MI Ckf115191344pos | 71.49 |
| 07/21 | PIN Purchase The Fresh Mark   5411 Clearwater   FL       3020 | 25.72 |
| 07/21 | PIN Purchase Costco Whse #0   5300 Clearwater   FL       3020 | 581.05 |
| 07/22 | PIN Purchase The Home Depot   5200 Clearwater   FL       3020 | 72.18 |
| 07/22 | PIN Purchase Gfs Store 1661   5411 Clearwater   FL       3020 | 140.39 |
| 07/25 | Card Purchase Little Greek Ul  5812 Clearwater   FL 33762   2972 | 14.09 |
| 07/25 | Card Purchase Subway 3412      5814 Clearwater    FL 33762   2972 | 13.81 |
| 07/25 | Card Purchase Frenchys to Go   5812 Clearwater    FL 33763   2972 | 42.41 |
| 07/25 | PIN Purchase The Home Depot   5200 Clearwater   FL       2972 | 55.51 |
| 07/25 | PIN Purchase Publix Super M   5411 Clearwater   FL       2972 | 6.09 |
| 07/25 | PIN Purchase Clearwater Val   5542 Clearwater   FL       2972 | 66.37 |
| 07/26 | Card Purchase Chili S Largo    5812 Clearwater    FL 33764   2972 | 17.07 |
| 07/26 | Adt Security    Online Pmt Kastrenakes,MI Ckf115191344pos | 81.93 |
| 07/26 | PIN Purchase Hwy 19         5542 Palm Harbor  FL       3020 | 89.47 |
| 07/28 | Card Purchase Sq *Dana   Salo  7230 Clearwater    FL 33761   2972 | 30.00 |
| 07/28 | Card Purchase Panera Bread #2  5814 Clearwater    FL 33761   2972 | 13.72 |
| 07/29 | Card Purchase Sundial Parking  7523 Saint Petersb FL 33701   3020 | 1.00 |
| 07/29 | Card Purchase 1117-717-Washin  7523 Tampa        FL 33602   2972 | 12.00 |
| 07/29 | Card Purchase Ban Thai and Su  5812 Clearwater    FL 33761   2972 | 85.55 |



Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

ACCOUNT #           8245

092
Cycle             07
Enclosures         0
Page         3 of 4

## WITHDRAWALS (CONTINUED)

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 07/18 | 1005 | 200.00 |
| 07/19 | 1006 | 200.00 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 07/15 | 13,306.30 | 07/28 | 9,742.85 |
| 07/18 | 11,468.86 | 07/29 | 11,582.12 |
| 07/19 | 11,095.09 | | |
| 07/20 | 11,083.30 | | |
| 07/21 | 10,385.89 | | |
| 07/22 | 10,173.32 | | |
| 07/25 | 9,975.04 | | |
| 07/26 | 9,786.57 | | |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.



P.O. Box 9602 • Winter Haven, FL 33883
SouthStateBank.com • 800.277.2175

**Statement Ending 07/20/2022**

MARIA KASTRENAKES                    Page 1 of 4
Account Number: XXXXXXXXXXXX7751

### Managing Your Accounts

| | | |
|---|---|---|
| 📱 | Customer Care | (800) 277-2175 |
| ✉ | Mailing Address | P.O. Box 9602<br>Winter Haven, FL 33883 |
| 💻 | Website | SouthStateBank.com |

MARIA KASTRENAKES
MICHAEL KASTRENAKES
1755 MCCAULEY RD
CLEARWATER FL 33765-1510



**Welcome to Banking Forward.**

Introducing new statements designed with you in mind to provide a clear summary of your account activity.

Member FDIC

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ECHECKING | XXXXXXXXXXXX7751 | $239.06 |

**SouthState**

**Statement Ending 07/20/2022**

MARIA KASTRENAKES   Page 3 of 4
Account Number: XXXXXXXXXXXXX7751

# Access All of Your Accounts Instantly
## ONLINE & MOBILE BANKING

**Stay organized with our secure digital offerings.**

- Manage Your Accounts
- Pay Bills Online
- Send Money to Friends
- Set Up Account Alerts
- Mobile Deposit Checks
- Instant Balance
- Face ID/Fingerprint Sign On
- Budget & Track Goals



Enroll online today at SouthStateBank.com/OnlineBanking or download our Mobile App to get started.

Internet service provider and/or message data rates may apply. Member FDIC.

## ECHECKING-XXXXXXXXXXXXX7751

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 06/18/2022 | Beginning Balance | $245.01 | Minimum Balance | $245.01 |
| | 0 Credit(s) This Period | $0.00 | Average Available Balance | $245.01 |
| | 1 Debit(s) This Period | $5.95 | | |
| 07/20/2022 | Ending Balance | $239.06 | | |
| | Service Charges | $5.95 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/18/2022 | Beginning Balance | | | $245.01 |
| 07/20/2022 | SERVICE CHARGE | $5.95 | | $239.06 |
| 07/20/2022 | Ending Balance | | | $239.06 |

### Daily Balances

| Date | Amount |
|---|---|
| 07/20/2022 | $239.06 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $36.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**Statement Ending 08/19/2022**

MARIA KASTRENAKES   *Page 1 of 4*
Account Number: XXXXXXXXXXXX7751

**Managing Your Accounts**

| | Customer Care | (800) 277-2175 |
| | Mailing Address | P.O. Box 9602<br>Winter Haven, FL 33883 |
| | Website | SouthStateBank.com |

MARIA KASTRENAKES
MICHAEL KASTRENAKES
1755 MCCAULEY RD
CLEARWATER FL 33765-1510



Member FDIC
NMLS# 403455

**SouthState**

**Statement Ending 08/19/2022**

MARIA KASTRENAKES  Page 3 of 4
Account Number: XXXXXXXXXXXX7751



## ECHECKING-XXXXXXXXXXXX7751

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 07/21/2022 | Beginning Balance | $239.06 | Minimum Balance | $239.06 |
| | | | Average Available Balance | $239.06 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/21/2022 | Beginning Balance | | | $239.06 |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $36.00 |
| Total Returned Item Fees | $0.00 | $0.00 |