UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 11

MICHAEL KASTRENAKES,                      Case No. 8:22-bk-1210-CED

    Debtor.
_____/

## NOTICE OF COMPLIANCE WITH REQUEST FOR COPIES

Debtor, Michael Kastrenakes, by and through his undersigned counsel, hereby gives notice of compliance with the Request for Copies filed by Vasiloudes Creditors by providing records received from the following non-party:

1.    TracFone Wireless.

Dated: August 25, 2022.

                                                  */s/ Edward J. Peterson*
                                                  Edward J. Peterson (FBN 0014612)
                                                  Amy Denton Mayer (FBN 0634506)
                                                  Stichter Riedel Blain & Postler, P.A.
                                                  110 East Madison Street, Suite 200
                                                  Tampa, Florida   33602
                                                  Telephone:  (813) 229-0144
                                                  Email:  epeterson@srbp.com; amayer@srbp.com
                                                  Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Compliance with Requests for Copies* has been furnished on this 25th day of August, 2022, by the Court's CM/ECF system to all parties receiving CM/ECF electronic noticing.

                                                  */s/ Edward J. Peterson*
                                                  Edward J. Peterson