# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,

        Debtor.

_____/

Case No. 8:22-bk-01210-CED

Chapter 11

## **WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL**

I, Nicolette C. Vilmos, an attorney qualified to practice in this Court, consent to designation as local attorney for David J. Jurkiewicz, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

DATED: August 25, 2022

Respectfully submitted,

By:  */s/ Nicolette Corso Vilmos*
Nicolette Corso Vilmos
Florida Bar No. 0469051
nicolette.vilmos@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH, LLP
390 North Orange Avenue, Suite 1400
Orlando, FL  32801
Telephone: 407.839.4200
Facsimile: 407.425.8377

*Local Counsel for NextGear Capital, Inc.*

**PURSUANT TO LOCAL RULE 1001-2(g)(3) REGARDING SIGNATURES, [INSERT NAME OF FILING ATTORNEY] ATTESTS THAT CONCURRENCE IN THE FILING OF THIS PAPER HAS BEEN OBTAINED.**

4895-3585-7455