**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: August 26, 2022**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Michael Kastrenakes

_____Debtor*_____/

Case No.
8:22−bk−01210−CED
Chapter 11

### *ORDER DENYING NAME OF MOTION/OBJECTION/APPLICATION/REAFFIRMATION AGREEMENT/REPORT AND/OR NOTICE*

   THIS CASE came on for consideration, without hearing, of the Motion of David J. Jurkiewicz to Appear pro hac vice for Creditor NextGear Capital, Inc. filed by Nicolette Vilmos, Esq. , Doc. # 122 . After review, the Court determines that the motion is deficient as follows:

   An attestation substantially in compliance with Local Rule 1001−2(g)(3)(B) or a scanned signature page that contains all necessary signatures pursuant to Local Rule 1001−2(g)(3)(A) was not included.

   Accordingly it is

   **ORDERED:**

   The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.