## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,

    Debtor.
_____/

Case No. 8:22-bk-01210-CED

Chapter 11

## AMENDED MOTION FOR ADMISSION OF DAVID J. JURKIEWICZ TO APPEAR *PRO HAC VICE* AND ATTACHED DESIGNATION OF LOCAL COUNSEL

David J. Jurkiewicz of Bose McKinney & Evans LLP, pursuant to Local Rule 2090-1, moves this Court for admission to appear *pro hac vice* in this case, and any related adversary proceedings, as counsel for NextGear Capital, Inc., and states as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the state bar in Indiana.

2. Movant is also admitted to practice before and is in good standing with the United States District Court for the Northern District of Indiana, the Southern District of Indiana, and the Eastern District of Michigan.

3. Movant designates Nicolette C. Vilmos, Esq., a resident Florida attorney, of Nelson Mullins Riley & Scarborough LLP, who is qualified to practice in this Court and who consents to the designation as local counsel. Local counsel's written designation and consent to act is attached as Exhibit A.

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Indiana or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. Movant certifies further that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States District Court for the Middle District of Florida.

6. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Tampa Division of the United States District Court.

7. Within fourteen days from the date of an order granting this motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully request entry of an order authorizing his admission to practice and represent NextGear Capital, Inc. in this case and any related proceedings.

Dated: August 26, 2022

BOSE McKINNEY & EVANS LLP

By /s/ David J. Jurkiewicz
David J. Jurkiewicz
Indiana Bar No. 18018-53
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5364 / Fax: (317) 223-0364
djurkiewicz@boselaw.com

*Attorney for NextGear Capital, Inc.*

**Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Nicolette C. Vilmos, Esq. attests that concurrence in the filing of this paper has been obtained**

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing on all counsel of record or *pro se* parties identified on the CM/ECF service list maintained by the Court on August 26, 2022.

                    By: */s/ Nicolette C. Vilmos*
                         Nicolette C. Vilmos
                         Florida Bar No. 0469051
                         nicolette.vilmos@nelsonmullins.com
                         NELSON MULLINS RILEY & SCARBOROUGH, LLP
                         390 North Orange Avenue, Suite 1400
                         Orlando, FL 32801
                         Telephone: 407.839.4200
                         Facsimile: 407.425.8377

                         *Attorneys for NextGear Capital, Inc.*

4896-1207-5311