United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 22-01210-CED |
| Michael Kastrenakes | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 26, 2022 | Form ID: Doddos | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Kastrenakes, 1755 McCauley Rd., Clearwater, FL 33765-1510 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L Alpert | on behalf of Interested Party Maria Kastrenakes aalpert@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com |
| Adam L Alpert | on behalf of Creditor CPX Holdings  LLC aalpert@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com |
| Amy Denton Mayer | on behalf of Defendant Michael Kastrenakes amayer.ecf@srbp.com  srbpecf@srbp.com;aharris@srbp.com |
| Amy Denton Mayer | on behalf of Debtor Michael Kastrenakes amayer.ecf@srbp.com  srbpecf@srbp.com;aharris@srbp.com |
| Amy Denton Mayer | on behalf of Plaintiff Michael Kastrenakes amayer.ecf@srbp.com  srbpecf@srbp.com;aharris@srbp.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Holdings  L.P. aghekas@anthonyandpartners.com, |

Case 8:22-bk-01210-CED   Doc 128   Filed 08/28/22   Page 2 of 6

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 2 of 4 |
| Date Rcvd: Aug 26, 2022 | Form ID: Doddos | Total Noticed: 1 |

Andrew J Ghekas
    crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Plaintiff K&M Insurance Investors LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Plaintiff Cygram Holdings LP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Defendant Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Plaintiff Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Plaintiff Trifon Houvardas aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Defendant Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Creditor Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Plaintiff Panevas L.L.C. aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Plaintiff Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Plaintiff Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Creditor Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Mongelluzzi
    on behalf of Defendant Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com

Andrew J Mongelluzzi
    on behalf of Interested Party Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com

Danielle S Kemp
    on behalf of Creditor Courtney Leasing Inc. kempd@gtlaw.com, meyerp@gtlaw.com;FLService@gtlaw.com

David Delrahim
    on behalf of Defendant Platinum Auto Finance LLC ddelrahim@eflegal.com, ssmith@eflegal.com;afrederick@eflegal.com

David Delrahim
    on behalf of Defendant New Wave Acceptance LLC ddelrahim@eflegal.com, ssmith@eflegal.com;afrederick@eflegal.com

David Delrahim
    on behalf of Defendant MK Automotive Inc. ddelrahim@eflegal.com, ssmith@eflegal.com;afrederick@eflegal.com

Edward J. Peterson, III
    on behalf of Attorney Stichter Riedel, Blain & Postler, P.A. epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III
    on behalf of Defendant Michael Kastrenakes epeterson@srbp.com epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III
    on behalf of Debtor Michael Kastrenakes epeterson@srbp.com epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III
    on behalf of Plaintiff Michael Kastrenakes epeterson@srbp.com epeterson.ecf@srbp.com;srbpecf@srbp.com

J Steven Wilkes
    on behalf of U.S. Trustee United States Trustee - TPA steven.wilkes@usdoj.gov

James Randolph Liebler, II
    on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com, mkv@lgplaw.com

Jennifer Smith Thomas

on behalf of Interested Party Automotive Finance Corporation jthomas@rumberger.com

Joel M Aresty

on behalf of Defendant Platinum Auto Finance of Tampa Bay  LLC aresty@icloud.com

Joel M Aresty

on behalf of Interested Party Platinum Auto Finance of Tampa Bay aresty@icloud.com

Joel M Aresty

on behalf of Creditor Platinum Auto Finance of Tampa Bay  LLC aresty@icloud.com

John A Anthony

on behalf of Plaintiff Trifon Houvardas janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Cygram Heritage  LLLP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Defendant Panayiotis Vasiloudes janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC
janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Panayiotis Vasiloudes janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Holdings  LP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff K&M Insurance Investors  LLC janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Defendant Cygram Heritage  LLLP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Panayiotis Vasiloudes janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Heritage  LLLP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Panevas  L.L.C. janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Holdings  L.P. janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John Blair Boyd

on behalf of Creditor Grow Financial Federal Credit Union bk@svllaw.com

Kathleen L DiSanto

on behalf of Defendant Evangeline Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Interested Party CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Interested Party Maria Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Defendant Pagona Kokolakis kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Defendant CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Defendant Maria Kastrenakes  as an individual kdisanto@bushross.com,
bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

| | |
|---|---|
| District/off: 113A-8 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 26, 2022 | Form ID: Doddos | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor CPX Holdings LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com |
| Kathleen L DiSanto | on behalf of Defendant Maria Kokolakis Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;ksprehn@bushross.com |
| Kathleen L DiSanto | on behalf of Defendant Maria Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;ksprehn@bushross.com |
| Marc Rosenthal | on behalf of Defendant Platinum Auto Finance of Tampa Bay LLC marc@rosenbergcummings.com, scheduling@rosenbergcummings,casey@rosenbergcummings.com,charlie@rosenbergcummings.com,christian@rosenbergcummings.com,paul@rosenbergcummings.com |
| Nathan A Wheatley | on behalf of U.S. Trustee United States Trustee - TPA nathan.a.wheatley@usdoj.gov |
| Nicole Mariani Noel | on behalf of Defendant Thomas Zervas bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com |
| Nicole Mariani Noel | on behalf of Plaintiff Kostantinos Papaspanos bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com |
| Nicole Mariani Noel | on behalf of Plaintiff Thomas Zervas bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com |
| Nicole Mariani Noel | on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com |
| Nicolette C Vilmos | on behalf of Plaintiff NextGear Capital Inc. nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com |
| Nicolette C Vilmos | on behalf of Creditor NextGear Capital Inc. nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com |
| Nicolette C Vilmos | on behalf of Defendant NextGear Capital Inc. nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com |
| Robert Schermer, I | on behalf of Creditor SouthState Bank N.A. rschermer@manateelegal.com |
| Robert Bruce George | on behalf of Creditor First Home Bank rgeorge@thelilesfirm.com aperry@thelilesfirm.com;rmittauer@thelilesfirm.com |
| Ruediger Mueller | trustee@tcmius.com crm11@trustesolutions.net |
| Shirley R Palumbo | on behalf of Interested Party Shirley Palumbo shirley.palumbo@gmlaw.com bankruptcy@gmlaw.com |
| Shirley R Palumbo | on behalf of Creditor William Hilgenfeldt shirley.palumbo@gmlaw.com bankruptcy@gmlaw.com |
| Shirley R Palumbo | on behalf of Defendant Wlliam Hilgenfeldt shirley.palumbo@gmlaw.com bankruptcy@gmlaw.com |
| Shirley R Palumbo | on behalf of Defendant William Hilgenfeldt shirley.palumbo@gmlaw.com bankruptcy@gmlaw.com |
| Teresa M Hair | on behalf of Creditor Wells Fargo Bank N.A. teresa.hair@brockandscott.com, WBECF@brockandscott.com |
| United States Trustee - TPA | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 73

[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: August 26, 2022**

Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:    Case No.
          8:22−bk−01210−CED
          Chapter 11

Michael Kastrenakes

_____Debtor*_____/

### ORDER DENYING MOTION FOR PRO HAC VICE

THIS CASE came on for consideration, without hearing, of the Motion of David J. Jurkiewicz to Appear pro hac vice for Creditor NextGear Capital, Inc. filed by Nicolette Vilmos, Esq. , Doc. # 122 . After review, the Court determines that the motion is deficient as follows:

An attestation substantially in compliance with Local Rule 1001−2(g)(3)(B) or a scanned signature page that contains all necessary signatures pursuant to Local Rule 1001−2(g)(3)(A) was not included.

Accordingly it is

**ORDERED:**

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.