UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Chapter 11

MICHAEL KASTRENAKES,                      Case No. 8:22-bk-1210-CED

        Debtor.
_____/

**FIRST INTERIM APPLICATION OF MOFFA, SUTTON & DONNINI P.A. FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AS SPECIAL TAX COUNSEL FOR DEBTOR**

**Summary of Request for Allowance**

| | |
|---|---|
| *Name of Applicant:* | Moffa, Sutton & Donnini P.A. |
| *Services Provided to:* | Debtor |
| *Date of Retention:* | March 27, 2022 |
| *Period for this Application:* | March 27, 2022, through July 5, 2022 |
| *Amount of compensation sought:* | $19,126.25 |
| *Amount of expense reimbursement:* | $0.00 |
| *Amount of Original Retainer:* | $4,000.00 |
| *Current Balance of Retainer:* | $4,000.00 |
| *Blended Hourly Rate this Application:* | $513.46 |
| *Cumulative Blended Hourly Rate:* | N/A |
| *Interim or Final Application:* | Interim |
| ***Prior Fee Applications: N/A*** | |

Moffa, Sutton & Donnini, P.A. ("**Moffa Sutton**") respectfully applies for allowance and payment of compensation in the amount of **$19,126.25** for services rendered as special tax counsel for the Debtor for the period of March 27, 2022, through July 5, 2022 (the "**Application Period**").  In support of its request, Moffa Sutton states the following:

1.      On March 27, 2022, the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2.      On May 12, 2022, the Debtor filed his *Debtor's Application to Employ Moffa Sutton & Donnin, P.A. as Special Tax Counsel* (Doc. No. 58) (the **"Employment Application"**). An order approving the Employment Application was entered on May 18, 2022 (Doc. No. 61).

3.      Moffa Sutton was retained to provide legal services and advice in connection with the tax claim asserted by the Florida Department of Revenue.

4.      Moffa Sutton seeks compensation in the amount of $19,126.25 for services rendered during the Application Period.  A copy of Moffa Sutton's invoice is attached hereto as **Exhibit A**.

WHEREFORE, Moffa Sutton respectfully requests that this Court enter an order: (a) approving this application; (b) allowing compensation in the amount of $19,126.25 for services rendered; and (c) authorizing, after application of the retainer of $4,000.00, the Debtor to pay the balance of **$15,126.25**.

/s/ Edward J. Peterson
Edward J. Peterson (FBN 0014612)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone:  (813) 229-0144
Email:  epeterson@srbp.com
Attorneys for Debtor

4889-0964-1264, V. 1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing *First Interim Application of Moffa Sutton & Donnini, P.A. for Allowance and Payment of Compensation for Services Rendered as Special Tax Counsel for the Debtor* was furnished on this 31st day of August, 2022, by the Court's CM/ECF electronic mail system to all parties receiving electronic service.

*/s/ Edward J. Peterson*
Edward J. Peterson

**EXHIBIT A**



# INVOICE

Invoice # 16909
Date: 08/09/2022
Due Upon Receipt

## Moffa, Sutton & Donnini P.A.

100 W. Cypress Creek Rd., STE 930
Fort Lauderdale, Florida (FL) 33309
United States

Michael (Mike) Kastrenakes
MK Automotive, Inc.

## Kastrenakes, Michael (Mike)-04186

| Date | Attorney | Description | Quantity | Rate | Total |
|------|----------|-------------|----------|------|-------|
| 05/20/2022 | JHS | Phone call with client; bankruptcy attorney; and client | 0.50 | $550.00 | $275.00 |
| 05/24/2022 | MRP | JHS conferences; review/notate file. | 0.50 | $385.00 | $192.50 |
| 05/27/2022 | MRP | Review collections letters/info; JHS conference; review/ notate file. | 0.50 | $385.00 | $192.50 |
| 06/01/2022 | JHS | Discussion with MP about strategy going forward and timing for call with DOR and JMc | 0.25 | $550.00 | $137.50 |
| 06/01/2022 | MRP | JHS conference; review/notate file. | 0.25 | $385.00 | $96.25 |
| 06/06/2022 | JHS | Phone call with JMc and MP regarding strategy for discussion case with DOR; email to DOR Bankruptcy Counsel | 0.50 | $550.00 | $275.00 |
| 06/06/2022 | MRP | JHS/JA conference; follow up OGC communications; review/notate file. | 0.50 | $385.00 | $192.50 |
| 06/07/2022 | MRP | OGC emails; review/notate file. | 0.25 | $385.00 | $96.25 |
| 06/09/2022 | JFM | Preparation: review client file and issue regarding SOL to use of Jeopardy tax warrants and claim in Bankruptcy case | 1.25 | $550.00 | $687.50 |
| 06/10/2022 | MRP | JHS conferences; review info/prep for conference; pre & post conference with BR attorney; OGC conferene with JHS/JM & BR attorney; review/update/notate file. | 1.50 | $385.00 | $577.50 |
| 06/10/2022 | JFM | Review: Begin review of client file and documents regarding the assessment and Bankruptcy issue related to assessment | 1.00 | $550.00 | $550.00 |
| 06/10/2022 | JFM | Preparation: reveiw materials in preparation for | 0.75 | $550.00 | $412.50 |

| | | discussion with DOR counsel in Bankruptcy case and filing of claim by DOR | | | |
|---|---|---|---|---|---|
| 06/10/2022 | JFM | Meeting: Meeting on conference call with DOR attorney for Bankruptcy and JS and client Bankruptcy atty | 1.00 | $550.00 | $550.00 |
| 06/10/2022 | JHS | Prepare for an attend call with DOR regarding bankruptcy claim; discussion with JMc and client's bankruptcy council | 1.50 | $550.00 | $825.00 |
| 06/13/2022 | JFM | Review: Analysis of records of MK Automotive provided by DOR attorney in Bankruptcy claim of M. Kastrenakes | 1.25 | $550.00 | $687.50 |
| 06/13/2022 | JFM | Review: email from JS on s.507 Bankruptcy code analysis for Joe Moffa brother and related email data and draft reply email with my comments | 0.50 | $550.00 | $275.00 |
| 06/14/2022 | JFM | Review: Review proof of claim filed by DOR under s.507( a) 8 | 0.50 | $550.00 | $275.00 |
| 06/14/2022 | JFM | Communication: email to Matt Parker regarding tax warrants recorded against M.Kastrenakes | 0.25 | $550.00 | $137.50 |
| 06/14/2022 | MRP | JM conference; review/notate file. | 0.25 | $385.00 | $96.25 |
| 06/15/2022 | MRP | Public records research; review proof of claim; JM conferences; review/update file. | 1.25 | $385.00 | $481.25 |
| 06/15/2022 | JFM | Review: Breakdown of tax penalty and interest schedules and analysis of tie in between the tax warrants recorded and dates recorded to the details of the audit schedules ( breakdown of Tpi) | 1.50 | $550.00 | $825.00 |
| 06/15/2022 | JFM | Communication: emails with James S and Matt P. | 0.25 | $550.00 | $137.50 |
| 06/20/2022 | JFM | Preparation: Review and research Bankruptcy and Florida tax law and statute of limitations | 1.25 | $550.00 | $687.50 |
| 06/21/2022 | JFM | Preparation: Review audit workpapers, tax warrants to understand $ reported in the tax warrants against the corporation | 2.50 | $550.00 | $1,375.00 |
| 06/21/2022 | JFM | Draft: Begin draft recommendation to JS for use in Bankrutpcy objection to claim of DOR | 0.75 | $550.00 | $412.50 |
| 06/22/2022 | JFM | Draft: Finiish drafting MOL to JS for use in Bankrutpcy case of M. Kastrenakas | 1.25 | $550.00 | $687.50 |
| 06/23/2022 | JFM | Communication: emails with JS | 0.25 | $550.00 | $137.50 |
| 06/23/2022 | JFM | Review: further review of statute of limitations applied in Bankruptcy for tax cases | 1.00 | $550.00 | $550.00 |
| 06/23/2022 | MRP | JHS conference; review strategy memos; respond; review/notate file. | 1.00 | $385.00 | $385.00 |
| 06/24/2022 | MRP | JM conference; review/notate file. | 0.25 | $385.00 | $96.25 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/24/2022 | JFM | Review: read email from Matt P and review my MOL and Tax Warrants related to its prep | 0.50 | $550.00 | $275.00 |
| 06/26/2022 | JHS | compiling arguments and begin drafting the shell for objection to Department of Revenue's claim. | 1.00 | $550.00 | $550.00 |
| 06/27/2022 | JHS | Drafting objection for DOR's claim; reviewing case history; discussions with JMc; emails with BK attorney | 3.00 | $550.00 | $1,650.00 |
| 06/27/2022 | JFM | Communication: read emails and return with JS | 0.25 | $550.00 | $137.50 |
| 06/27/2022 | JFM | Review: begin review draft objection to claim of JS | 1.25 | $550.00 | $687.50 |
| 06/28/2022 | JFM | Draft: Finish review of JS draft and do edits and re-write of draft objection to Bankruptcy claim | 2.75 | $550.00 | $1,512.50 |
| 06/28/2022 | MRP | Memo review; JHS/JM conferences; update/notate file. | 1.00 | $385.00 | $385.00 |
| 06/28/2022 | DB | Legal research for JHS | 0.25 | $385.00 | $96.25 |
| 06/28/2022 | JHS | Review/edit draft memo; discussions with JMc and DB regarding case law. Review JMc edits; send draft memo to client | 1.50 | $550.00 | $825.00 |
| 07/05/2022 | JHS | Phone call with Bankruptcy attorney (and MP) discussing memo in support of objecting to DOR's claim. | 0.75 | $550.00 | $412.50 |
| 07/05/2022 | MRP | Conference call with JHS and bankruptcy attorney; review/notate file. | 0.75 | $385.00 | $288.75 |

| | | |
|---|---|---|
| **Subtotal** | **$19,126.25** |
| **Total** | **$19,126.25** |
| **Payment (08/09/2022)** | **-$4,000.00** |
| **Balance Owing** | **$15,126.25** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 16909 | 08/09/2022 | $19,126.25 | $4,000.00 | $15,126.25 |
| | | | **Outstanding Balance** | **$15,126.25** |
| | | | **Total Amount Outstanding** | **$15,126.25** |