UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                      Chapter 11

MICHAEL KASTRENAKES,                                 Case No. 8:22-bk-1210-CED

      Debtor.
_____/

### NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING

Moffa, Sutton & Donnini, P.A., special tax counsel for the Debtor ("**Applicant**") has filed an application for compensation in the amount of **$19,126.25** (Doc. No. 130) (the "**Application**"). A copy of the Application may be viewed on the case docket, or by request to Applicant at (813) 229-0144, or epeterson.ecf@srbp.com.

If you object to the Application, you must file an objection with the Clerk of Court at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, Florida 33602 within twenty-one (21) days from the date of the proof of service below, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

      */s/ Edward J. Peterson*
      Edward J. Peterson (FBN 0014612)
      Stichter, Riedel, Blain & Postler, P.A.
      110 E. Madison Street, Suite 200
      Tampa, Florida 33602-4718
      Telephone: (813) 229-0144
      Email: epeterson@srbp.com
      Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request a Hearing* was furnished on this 31st day of August, 2022, by either the Court's CM/ECF electronic mail system or by U.S. mail to all parties listed on the 1007-2 Parties in Interest matrix.

>　　　　　　　　　　　　　　　*/s/ Edward J. Peterson*
>　　　　　　　　　　　　　　　Edward J. Peterson

```
Label Matrix for local noticing          Automotive Finance Corporation              CPX Holdings, LLC
113A-8                                   Jennifer Smith Thomas                       c/o Bush Ross, P.A.
Case 8:22-bk-01210-CED                   Rumberger Kirk & Caldwell P.A.              Attn. Adam Lawton Alpert, Esq.
Middle District of Florida               300 South Orange Avenue, Suite 1400         Post Office Box 3913
Tampa                                    Orlando, Florida 32801-3380                 Tampa, FL 33601-3913
Wed Aug 31 14:01:58 EDT 2022

CPX Holdings, LLC                        Courtney Leasing, Inc.                      Courtney Leasing, Inc.
c/o Bush Ross, P.A.                      8126 Benrus Street                          Danielle S. Kemp, Esq.
Attn. Kathleen L. DiSanto, Esq.          Orlando, FL 32827-5074                      GREENBERG TRAURIG, P.A.
Post Office Box 3913                                                                 101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33601-3913                                                                 Tampa, FL 33602-5148


Cygram Heritage, LLLP                    Cygram Heritage, LLLP                       Cygram Heritage, LLLP
c/o John A. Anthony, Esquire             c/o Andrew J. Ghekas, Esq.                  c/o John Anthony, Esq.
Anthony & Partners, LLC                  Anthony & Partners, LLC                     Anthony & Partners
100 S. Ashley Drive, Suite 1600          100 S. Ashley Dr., Suite 1600               100 S. Ashley Dr., #1600
Tampa, FL 33602-5318                     Tampa, FL 33602-5318                        Tampa, FL 33602-5318


Deanna Tsetsekas                         Dr. Panayiotis Vasiloudes                   First Home Bank
300 Lepredhaun Lane                      c/o Andrew J. Ghekas, Esq.                  ATT: Robert B. George & Ryan J. Mittauer
Dunedin, FL 34698                        Anthony & Partners, LLC                     The Liles Firm, PA
                                         100 S. Ashley Dr., Suite 1600               50 N Laura St., Ste. 1200
                                         Tampa, FL 33602-5318                        Jacksonville, FL 32202-3670


George Lagos                             Greenspoon Marder LLP                       Grow Financial
1473 Sturbridge Ct.                      C/O Shirley Palumbo, Esq.                   P.O. Box 89909
Dunedin, FL 34698-2263                   City Place,525 Okeechobee Blvd, Suite 90    Tampa, FL 33689-0415
                                         West Palm Beach, FL 33401-6306


Grow Financial Credit Union              HF Financial, LLC                           Irene Pappas, Trustee of the Irene
Sorenson Van Leuven, PLLC.               701 Spottis Woode Lane                      Pappas Revocable Trust utd 8/23/99
J. Blair Boyd, Esquire                   Clearwater, FL 33756-5267                   2632 Velventos Dr.
Post Office Box 3637                                                                 Clearwater, FL 33761-1710
Tallahassee, FL  32315-3637


Jeff Hackett                             K&M Insurance Investors, LLC -              Konstantinos Papaspanos
1515 E. Lake Woodlands Pkwy.             c/o John Anthony, Esq.                      c/o Gilbert M. Singer, Esq.
Oldsmar, FL 34677-1903                   Anthony & Partners                          5104 S. Westshore Blvd.
                                         100 S. Ashley Dr., #1600                    Tampa, FL 33611-5650
                                         Tampa, FL 33602-5318


NextGear Capital, Inc.                   NextGear Capital, Inc.                      Pagona Kokolakis
c/o Nicolette C. Vilmos, Esq.            c/o Nicolette Vilmos, Esq.                  103 Buena Vista Dr. S.
Nelson Mullins Riley & Scarborough LLP   390 N. Orange Ave., #1400                   Dunedin, FL 34698-3305
390 North Orange Avenue                  Orlando, FL 32801-1687
Suite 1400
Orlando, FL 32801-1687

Panayiotis Vasiloudes, MD, PHD           Platinum Auto Finance of Tampa Bay, LLC     Shirley Palumbo, Esq.
c/o John Anthony, Esq.                   c/o Joel M. Aresty, P.A.                    Greenspoon Marder LLP
Anthony & Partners                       309 1st Ave S.                              City Place, 525 Okeechobee Blvd., Suite
100 S. Ashley Dr., #1600                 Tierra Verde, FL 33715-2231                 West Palm Beach, FL 33401-6306
Tampa, FL 33602-5318


SouthState Bank                          SouthState Bank, NA                         THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS
3711 Tampa Rd.                           Att: Edward J Peterson III, Esq             c/o Nicole Mariani Noel
Oldsmar, FL 34677-6309                   Stichter Riedel Blain & Postler, PA         P.O. Box 800
                                         110 East Madison Street, Suite 200          Tampa, FL 33601-0800
                                         Tampa, FL 33602-4718
```

| | | |
|---|---|---|
| Teresa M. Hair<br>Brock and Scott, PLLC<br>Attorneys at Law<br>8757 Red Oak Blvd.<br>Charlotte, NC 28217-3983 | Thomas Zervas<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 | Trifon Houvardas -<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Vasilios and Eva Gargeros<br>2132 Gulf View Blvd., Unit 14/24<br>Dunedin, FL 34698-2101 | Wells Fargo, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 |
| Westlake Flooring Co., LLC<br>8000 Wilshire Blvd.<br>Los Angeles, CA 90010 | Westlake Flooring Co., LLC<br>c/o James R. Liebler, II, Esq.<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street 25th Floor<br>Miami, FL 33130-1817 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank, N.A.
Southeast RV/Marine
P.O. Box 790179
Saint Louis, MO 63179-0179

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>-------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients   37<br>Bypassed recipients    1<br>Total                 38 |