United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 22-01210-CED |
| Michael Kastrenakes | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 29, 2022 | Form ID: Dogmaphv | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Kastrenakes, 1755 McCauley Rd., Clearwater, FL 33765-1510 |
| aty | + David J. Jurkiewicz, Bose McKinney & Evans LLP,, 135 N. Pennsylvania St, #2700, Indianapolis, IN 46204-4407 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L Alpert | on behalf of Interested Party Maria Kastrenakes aalpert@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com |
| Adam L Alpert | on behalf of Creditor CPX Holdings  LLC aalpert@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com |
| Amy Denton Mayer | on behalf of Defendant Michael Kastrenakes amayer.ecf@srbp.com  srbpecf@srbp.com;aharris@srbp.com |
| Amy Denton Mayer | on behalf of Debtor Michael Kastrenakes amayer.ecf@srbp.com  srbpecf@srbp.com;aharris@srbp.com |
| Amy Denton Mayer | on behalf of Plaintiff Michael Kastrenakes amayer.ecf@srbp.com  srbpecf@srbp.com;aharris@srbp.com |
| Andrew J Ghekas | |

District/off: 113A-8                                    User: admin                                    Page 2 of 4
Date Rcvd: Aug 29, 2022                            Form ID: Dogmaphv                        Total Noticed: 2

| | |
|---|---|
| | on behalf of Plaintiff Cygram Holdings L.P. aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Plaintiff K&M Insurance Investors LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Plaintiff Cygram Holdings LP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Defendant Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Plaintiff Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Plaintiff Trifon Houvardas aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Defendant Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Creditor Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Plaintiff Panevas L.L.C. aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Plaintiff Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Plaintiff Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Creditor Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Mongelluzzi | |
| | on behalf of Defendant Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com |
| Andrew J Mongelluzzi | |
| | on behalf of Interested Party Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com |
| Danielle S Kemp | |
| | on behalf of Creditor Courtney Leasing Inc. kempd@gtlaw.com, meyerp@gtlaw.com;FLService@gtlaw.com |
| David Delrahim | |
| | on behalf of Defendant Platinum Auto Finance LLC ddelrahim@eflegal.com, ssmith@eflegal.com;afrederick@eflegal.com |
| David Delrahim | |
| | on behalf of Defendant New Wave Acceptance LLC ddelrahim@eflegal.com, ssmith@eflegal.com;afrederick@eflegal.com |
| David Delrahim | |
| | on behalf of Defendant MK Automotive Inc. ddelrahim@eflegal.com, ssmith@eflegal.com;afrederick@eflegal.com |
| Edward J. Peterson, III | |
| | on behalf of Attorney Stichter Riedel, Blain & Postler, P.A. epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com |
| Edward J. Peterson, III | |
| | on behalf of Defendant Michael Kastrenakes epeterson@srbp.com epeterson.ecf@srbp.com;srbpecf@srbp.com |
| Edward J. Peterson, III | |
| | on behalf of Debtor Michael Kastrenakes epeterson@srbp.com epeterson.ecf@srbp.com;srbpecf@srbp.com |
| Edward J. Peterson, III | |
| | on behalf of Plaintiff Michael Kastrenakes epeterson@srbp.com epeterson.ecf@srbp.com;srbpecf@srbp.com |
| J Steven Wilkes | |
| | on behalf of U.S. Trustee United States Trustee - TPA steven.wilkes@usdoj.gov |
| James Randolph Liebler, II | |
| | on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com, mkv@lgplaw.com |

District/off: 113A-8                                User: admin                                         Page 3 of 4
Date Rcvd: Aug 29, 2022                        Form ID: Dogmaphv                              Total Noticed: 2

| | |
|---|---|
| Jennifer Smith Thomas | on behalf of Interested Party Automotive Finance Corporation jthomas@rumberger.com |
| Joel M Aresty | on behalf of Defendant Platinum Auto Finance of Tampa Bay  LLC aresty@icloud.com |
| Joel M Aresty | on behalf of Interested Party Platinum Auto Finance of Tampa Bay aresty@icloud.com |
| Joel M Aresty | on behalf of Creditor Platinum Auto Finance of Tampa Bay  LLC aresty@icloud.com |
| John A Anthony | on behalf of Plaintiff Trifon Houvardas janthony@anthonyandpartners.com efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Creditor Cygram Heritage  LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Defendant Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Creditor Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Cygram Holdings  LP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff K&M Insurance Investors  LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Defendant Cygram Heritage  LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Cygram Heritage  LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Panevas  L.L.C. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Cygram Holdings  L.P. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John Blair Boyd | on behalf of Creditor Grow Financial Federal Credit Union bk@svllaw.com |
| Kathleen L DiSanto | on behalf of Defendant Evangeline Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com |
| Kathleen L DiSanto | on behalf of Interested Party CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com |
| Kathleen L DiSanto | on behalf of Interested Party Maria Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com |
| Kathleen L DiSanto | on behalf of Defendant Pagona Kokolakis kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com |
| Kathleen L DiSanto | on behalf of Defendant CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com |
| Kathleen L DiSanto | on behalf of Defendant Maria Kastrenakes  as an individual kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com |

| | |
|---|---|
| Kathleen L DiSanto | on behalf of Creditor CPX Holdings LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com |
| Kathleen L DiSanto | on behalf of Defendant Maria Kokolakis Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;ksprehn@bushross.com |
| Kathleen L DiSanto | on behalf of Defendant Maria Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;ksprehn@bushross.com |
| Marc Rosenthal | on behalf of Defendant Platinum Auto Finance of Tampa Bay LLC marc@rosenbergcummings.com, scheduling@rosenbergcummings,casey@rosenbergcummings.com,charlie@rosenbergcummings.com,christian@rosenbergcummings.com,paul@rosenbergcummings.com |
| Nathan A Wheatley | on behalf of U.S. Trustee United States Trustee - TPA nathan.a.wheatley@usdoj.gov |
| Nicole Mariani Noel | on behalf of Defendant Thomas Zervas bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com |
| Nicole Mariani Noel | on behalf of Plaintiff Kostantinos Papaspanos bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com |
| Nicole Mariani Noel | on behalf of Plaintiff Thomas Zervas bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com |
| Nicole Mariani Noel | on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com |
| Nicolette C Vilmos | on behalf of Plaintiff NextGear Capital Inc. nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com |
| Nicolette C Vilmos | on behalf of Creditor NextGear Capital Inc. nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com |
| Nicolette C Vilmos | on behalf of Defendant NextGear Capital Inc. nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com |
| Robert Schermer, I | on behalf of Creditor SouthState Bank N.A. rschermer@manateelegal.com |
| Robert Bruce George | on behalf of Creditor First Home Bank rgeorge@thelilesfirm.com aperry@thelilesfirm.com;rmittauer@thelilesfirm.com |
| Ruediger Mueller | trustee@tcmius.com crm11@trustesolutions.net |
| Shirley R Palumbo | on behalf of Interested Party Shirley Palumbo shirley.palumbo@gmlaw.com bankruptcy@gmlaw.com |
| Shirley R Palumbo | on behalf of Creditor William Hilgenfeldt shirley.palumbo@gmlaw.com bankruptcy@gmlaw.com |
| Shirley R Palumbo | on behalf of Defendant Wlliam Hilgenfeldt shirley.palumbo@gmlaw.com bankruptcy@gmlaw.com |
| Shirley R Palumbo | on behalf of Defendant William Hilgenfeldt shirley.palumbo@gmlaw.com bankruptcy@gmlaw.com |
| Teresa M Hair | on behalf of Creditor Wells Fargo Bank N.A. teresa.hair@brockandscott.com, WBECF@brockandscott.com |
| United States Trustee - TPA | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 73

[Dogmaphv] [District Order Granting Motion to Appear Pro Hac Vice]

ORDERED.

**Dated: August 29, 2022**

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Case No.
                                                    8:22−bk−01210−CED
                                                    Chapter 11

Michael Kastrenakes


_____Debtor*_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
### AND DIRECTING PAYMENT TO THE UNITED STATES DISTRICT COURT

THIS CASE came on for consideration, without hearing, of the Motion to Appear Pro Hac Vice (Document # *126* ) ("Motion") of attorney *David J. Jurkiewicz Esq.* for representation of *NextGear Capital, Inc.,* . Accordingly, it is **ORDERED:**

   1. The Motion is Granted.

   2. Attorney *David J. Jurkiewicz Esq.* is admitted to appear before this Court in this case and any related adversary proceeding as counsel for *NextGear Capital, Inc.,* subject to Local Rule 2090−1.

   3. Within fourteen days from the date of this order, attorney *David J. Jurkiewicz Esq.* shall pay to the Clerk, of the United States District Court for the Middle District of Florida, an Attorney Special Admission Fee in the amount of $150.00 and upon payment of the fee, file a Notice of Compliance with the Clerk of the U.S. Bankruptcy Court. Procedures for Attorney Special Admission are available on the U.S. District Court's website.

   4. Upon completion of the Court's electronic filing registration forms and requirements, the Clerk is directed to issue attorney *David J. Jurkiewicz Esq.* , a temporary login and password to the Court's electronic filing system (CM/ECF) with filing privileges limited to this case and any related adversary proceedings. CM/ECF access request should be directed to the ECF Helpdesk at ecfhelp@flmb.uscourts.gov. PACER accounts required for viewing, must be set up by the attorney through PACER at http://www.pacer.gov.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.