ORDERED.

Dated: September 01, 2022

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                Chapter 11

MICHAEL KASTRENAKES,                         Case No. 8:22-bk-1210-CED

      Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO COMPEL
TRACFONE WIRELESS, INC. d/b/a SIMPLE MOBILE
TO PRODUCE DOCUMENTS PURSUANT TO RULE 2004 SUBPOENA**

THIS CAUSE came before the Court on August 22, 2022, for consideration of the *Debtor's Motion To Compel Tracfone Wireless, Inc. d/b/a Simple Mobile To Produce Documents Pursuant To Rule 2004 Subpoena* (Doc. No. 106) (the "**Motion**"). On July 7, 2022, the Notice of Serving Subpoena Pursuant to Rule 2004 attaching the Subpoena for Rule 2004 Examination (Doc. No. 87) was filed and the Subpoena issued, initially requiring a response by July 28, 2022. Service was delayed, and TracFone was not served until July 19, 2022, requiring a response by August 9, 2022. The Motion to Compel (Doc. No. 106) was filed and provided to TracFone by U.S. Mail on August 10, 2022, and the Notice of Hearing (Doc. No. 111) was filed and provided to TracFone by U.S. Mail on August 12, 2022. The Court, having considered the Motion and the record, finds that the Motion is well taken and should be granted. Accordingly, it is

**ORDERED**:

1.The Motion is granted.

2.TracFone shall have twenty-one (21) days from the date of this Order in which to comply with the 2004 Subpoena.

3.In the event TracFone fails to comply with this Order, the Court will consider an award of sanctions in an amount to be determined by the Court.

*Attorney Edward J. Peterson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*