UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                          Chapter 11

MICHAEL KASTRENAKES,                                         Case No. 8:22-bk-1210-CED

     Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Debtor's Motion to Compel Tracfone Wireless, Inc. d/b/a Simple Mobile to Produce Documents Pursuant to Rule 2004 Subpoena* (Doc. No. 135) was furnished on September 6, 2022, by the Court's electronic CM/ECF noticing system to all parties receiving electronic noticing, and on September 8, 2022, by U.S. Mail:

TracFone Wireless, Inc. d/b/a Simple Mobile
Custodian of Records, Subpoena Compliance
9700 NW 112 Avenue
Miami, Florida 33178

                                                       */s/ Amy Denton Mayer*
                                                       Amy Denton Mayer (FNB 0634506)
                                                       Stichter, Riedel, Blain & Postler, P.A.
                                                       110 E. Madison Street, Suite 200
                                                       Tampa, Florida 33602-4718
                                                       Telephone: (813) 229-0144
                                                       Email: amayer@srbp.com
                                                       Attorneys for Debtor