**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Michael Kastrenakes

                                  CHAPTER    11
                                  CASE NO.    8:22-bk-01210-CED

      Debtor
_____/

**NOTICE OF JOINDER IN OMITTED**
**CREDITORS' OBJECTION TO ADEQUACY OF DISCLOSURE**
**AND TO CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION**
**(DOC. NO. 103) FILED BY THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS**

THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS("Creditors"), by and through undersigned Counsel, hereby submits Notice that it supports and joins in the Omitted Creditors' Objection to Adequacy of Disclosure and to Confirmation of the Debtor's Plan or Reorganization (Doc. No 103). By Notice, Creditor incorporates and adopts the arguments and case law therein by reference.

Notwithstanding the foregoing, Creditors hereby reserve their right to provide additional case law and arguments at any hearing and reserve their right to file any subsequent pleadings.

WHEREFORE, the Creditor respectfully requests that the Court sustain the Objection to Confirmation and deny Confirmation of the Chapter 11 Plan as proposed.

                                            /s/ Nicole Mariani Noel
                                            Nicole Mariani Noel
                                            Kass Shuler, P.A.
                                            P.O. Box 800
                                            Tampa, FL 33601
                                            Phone: (813) 229-0900 Ext. 1343
                                            Fax:    (813) 229-3323
                                            nmnoel@kasslaw.com
                                            Florida Bar No. 69883

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on September 8, 2022, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Michael Kastrenakes, 1755 McCauley Rd., Clearwater, FL 33764; Edward J. Peterson, III 110 East Madison Street, Suite 200, Tampa, FL 33602; Ruediger Mueller, Trustee 1112 Watson Court , Reunion, FL 34747-6784.

                                            /s/ Nicole Mariani Noel
                                            Nicole Mariani Noel

2219356/mb