UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL KASTRENAKES, | ) | CASE NO. 8:22-BK-01210-CED |
| | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE OF COMPLIANCE WITH ORDER
GRANTING MOTION TO APPEAR *PRO HAC VICE***

NOTICE IS GIVEN THAT:

1. On August 29, 2022, the Court granted David J. Jurkiewicz of Bose McKinney & Evans LLP permission to appear *pro hac vice* on behalf of NextGear Capital, Inc. in the above captioned case. (Doc. No. 129).

2. The undersigned attests that the $150.00 special admission fee was paid to the Clerk of the United States District Court for the Middle District of Florida on August 31, 2022.[1]

3. On September 14, 2022, the undersigned received confirmation that his NexGen CM/ECF registration had been processed.

Dated: September 14, 2022.

---

[1] The special admission fee was sent to the U.S. District Court for the Middle District of Florida via UPS Day Saver on August 30, 2022. UPS confirms that the packet was delivered to the U.S. District Court for the Middle District of Florida on August 31, 2022. The receipt for the payment has not yet been received.

4428971 (22326-105)

Respectfully submitted,

*/s/ David J. Jurkiewicz*
David J. Jurkiewicz
Attorney No. 18018-53
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000; (317) 684-5173 (FAX)
djurkiewicz@boselaw.com

*Attorneys for NextGear Capital, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court on September 14, 2022.

*/s/ David J. Jurkiewicz*
David J. Jurkiewicz