# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
# www.flmb.uscourts.gov

In Re:

MICHAEL KASTRENAKES,

Debtor.

_____/

CASE NO. 8:22-bk-01210-CED
Chapter 11

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ira Scot Silverstein of LIEBLER, GONZALEZ & PORTUONDO appears as additional counsel for creditor, WESTLAKE FLOORING COMPANY, LLC, and pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following address:

Ira Scot Silverstein, Esquire
Liebler Gonzalez & Portuondo
Courthouse Tower – 25th
44 West Flagler Street, Miami, FL 33130
(305) 379-0400 (telephone)
(305) 379-9626 (fax)
Email:iss@lgplaw.com; lp@lgplaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes,

without limitation, notices and papers with respect to any application, motion, petition, pleading, disclosure statement, plan of reorganization, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, and whether sent by the Court, the Debtor, or any other party, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that the undersigned requests to be added to the Court's master mailing matrix.

Dated: September 16, 2022.                                Respectfully submitted,

*/s/Ira Scot Silverstein*
IRA SCOT SILVERSTEIN
Florida Bar No. 0009636
**LIEBLER, GONZALEZ & PORTUONDO**
44 West Flagler Street, 25th Floor
Miami, FL 33130
Tel: (305) 379-0400
Email: service@lgplaw.com
*Counsel for Westlake Flooring Company, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of September, 2022, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of

**CASE NO. 8:22-bk-01210-CED**

Electronic Filing generated by CM/ECF.

                                                  */s/ Ira Scot Silverstein*
                                                  IRA SCOT SILVERSTEIN