ORDERED.

Dated: September 15, 2022

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Chapter 11

MICHAEL KASTRENAKES,                         Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**ORDER APPROVING FIRST INTERIM APPLICATION OF STICHTER, RIEDEL, BLAIN & POSTLER, P.A. FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTOR FOR THE PERIOD OF MARCH 27, 2022, THROUGH JUNE 30, 2022**

THIS CASE came before the Court without a hearing for consideration of the *First Interim Application of Stichter Riedel Blain & Postler, P.A. for Allowance and Payment of Compensation for Services Rendered and Expenses Incurred as Attorneys for Debtor for the Period of March 27, 2022, through June 30, 2022* (Doc. No. 114) (the "**Application**"). In the Application, Stichter Riedel Blain & Postler, P.A. ("**Stichter Riedel**") requested an allowance of fees in the amount of **$134,110.00** and reimbursement of expenses incurred in the amount of **$1,564.50**, for a total allowance of **$135,674.50** for the period of March 27, 2022, through June 30, 2022 (the "**Application Period**"). The *Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request a Hearing* (Doc. No. 115) was filed with the

Court and served on the Office of the United States Trustee, all parties registered to receive notices via the Court's CM/ECF system, and the L.B.R. 1007-2 parties in interest pursuant to the Court's negative notice procedures. No objections were timely filed. Accordingly, it is

**ORDERED**:

1. The Application is approved.

2. Stichter Riedel is awarded interim compensation in the amount of **$134,110.00** and reimbursement of expenses incurred in the amount of **$1,564.50**, for a total allowance of **$135,674.50**. The Court finds, based on 11 U.S.C. § 330, the lodestar principle and each of the facts that govern the reasonableness of fees as set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1947), that $134,110.00 is a reasonable fee for the services rendered during the Application Period.

3. The Debtor is authorized and directed to disburse payment to Stichter Riedel in the amount of **$115,267.00**, which amount reflects the application of the retainer balance of $20,407.50.

*Attorney Edward J. Peterson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*