


UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/19/2022 03:00 PM

COURTROOM 9A

HONORABLE CARYL DELANO

CASE NUMBER: FILING DATE:

**8:22-bk-01210-CED** **11** **03/27/2022**

**Chapter 11**

**DEBTOR:** Michael Kastrenakes

**DEBTOR ATTY:** **Amy Mayer**

**TRUSTEE:** **Ruediger Mueller**

**HEARING:**

Confirmation Hearing
- Objection to Confirmation of Debtor's Plan of Reorganization and Objection of Adequacy of Disclosure Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[96]). (Anthony, John) Doc #103
- Joinder Notice In Omitted Creditors' Objection To Adequacy of Disclosure and to Confirmation of Debtor's Plan of Reorganization Filed by Nicole Mariani Noel on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos (related document(s)[103]). (Noel, Nicole) Doc #138
- Objection to Confirmation of Plan Filed by James Randolph Liebler II on behalf of Creditor Westlake Flooring Company, LLC (related document(s)[96]). (Attachments: # [1] Exhibit A PNLSA # [2] Exhibit B Personal Guaranty # [3] Exhibit C UCC1 2018 # [4] Exhibit D POC)(Liebler, James) Doc #140
- Objection to Confirmation of Plan , Objection to Disclosure Statement Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[96]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C)(Vilmos, Nicolette) Doc #141

**APPEARANCES:**:

Edward Peterson, Mr. and Mrs. Kastrenakes, Amy Mayer, Kathleen DeSantos, John Anthony, Ben Lambers, Stephanie Anthony, Nicholas LaFalce, Nicolette Vilmos, Nicole Noel, Shirley Palumbo, David Jurozwizt, Blair Boyd, Ryan Mittauer, Sean Wagner, Ira Silverstein, Joel Aresty, Catherine Copeland

**RULING:**
Confirmation Hearing

- Objection to Confirmation of Debtor's Plan of Reorganization and Objection of Adequacy of Disclosure Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[96]). (Anthony, John) Doc #103

- Joinder Notice In Omitted Creditors' Objection To Adequacy of Disclosure and to Confirmation of Debtor's Plan of

Reorganization Filed by Nicole Mariani Noel on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos (related document(s)[103]). (Noel, Nicole) Doc #138

- Objection to Confirmation of Plan Filed by James Randolph Liebler II on behalf of Creditor Westlake Flooring Company, LLC (related document(s)[96]). (Attachments: # [1] Exhibit A PNLSA # [2] Exhibit B Personal Guaranty # [3] Exhibit C UCC1 2018 # [4] Exhibit D POC)(Liebler, James) Doc #140

- Objection to Confirmation of Plan , Objection to Disclosure Statement Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[96]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C)(Vilmos, Nicolette) Doc #141 - All Matters Continued to 10/17/22 at 2:30pm, announced in open court, no further notice given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.