United States Bankruptcy Court

Middle District of Florida

In re:

Michael Kastrenakes

    Debtor

Case No. 22-01210-CED

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 113A-8 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: pdfADIdt | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Kastrenakes, 1755 McCauley Rd., Clearwater, FL 33765-1510 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam L Alpert | on behalf of Interested Party Maria Kastrenakes aalpert@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com |
| Adam L Alpert | on behalf of Creditor CPX Holdings  LLC aalpert@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com |
| Amy Denton Mayer | on behalf of Defendant Michael Kastrenakes amayer.ecf@srbp.com  srbpecf@srbp.com;aharris@srbp.com |
| Amy Denton Mayer | on behalf of Debtor Michael Kastrenakes amayer.ecf@srbp.com  srbpecf@srbp.com;aharris@srbp.com |
| Amy Denton Mayer | on behalf of Plaintiff Michael Kastrenakes amayer.ecf@srbp.com  srbpecf@srbp.com;aharris@srbp.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Holdings  L.P. aghekas@anthonyandpartners.com, |

crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Plaintiff K&M Insurance Investors  LLC aghekas@anthonyandpartners.com,
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Plaintiff Cygram Holdings  LP aghekas@anthonyandpartners.com,
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Defendant Panayiotis Vasiloudes aghekas@anthonyandpartners.com
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Plaintiff Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC
aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Plaintiff Trifon Houvardas aghekas@anthonyandpartners.com
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Defendant Cygram Heritage  LLLP aghekas@anthonyandpartners.com,
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Creditor Cygram Heritage  LLLP aghekas@anthonyandpartners.com,
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Plaintiff Panevas  L.L.C. aghekas@anthonyandpartners.com,
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Plaintiff Cygram Heritage  LLLP aghekas@anthonyandpartners.com,
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Plaintiff Panayiotis Vasiloudes aghekas@anthonyandpartners.com
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Creditor Panayiotis Vasiloudes aghekas@anthonyandpartners.com
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Mongelluzzi

on behalf of Defendant Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com

Andrew J Mongelluzzi

on behalf of Interested Party Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com

Becky Ferrell-Anton

on behalf of Debtor Michael Kastrenakes bfanton.ecf@srbp.com  srbpecf@srbp.com

Danielle S Kemp

on behalf of Creditor Courtney Leasing  Inc. kempd@gtlaw.com, meyerp@gtlaw.com;FLService@gtlaw.com

David Delrahim

on behalf of Defendant Platinum Auto Finance  LLC ddelrahim@eflegal.com,
ssmith@eflegal.com;tdillon@eflegal.com;eportal_service@eflegal.com

David Delrahim

on behalf of Defendant New Wave Acceptance  LLC ddelrahim@eflegal.com,
ssmith@eflegal.com;tdillon@eflegal.com;eportal_service@eflegal.com

David Delrahim

on behalf of Defendant MK Automotive  Inc. ddelrahim@eflegal.com,
ssmith@eflegal.com;tdillon@eflegal.com;eportal_service@eflegal.com

David Delrahim

on behalf of Defendant Platinum Auto Finance of Tampa Bay  LLC ddelrahim@eflegal.com,
ssmith@eflegal.com;tdillon@eflegal.com;eportal_service@eflegal.com

David J. Jurkiewicz

on behalf of Creditor NextGear Capital  Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

Edward J. Peterson, III

on behalf of Attorney Stichter  Riedel, Blain & Postler, P.A. epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III

on behalf of Defendant Michael Kastrenakes epeterson@srbp.com  epeterson.ecf@srbp.com;srbpecf@srbp.com

District/off: 113A-8                                 User: admin                                    Page 3 of 5
Date Rcvd: Sep 21, 2022                          Form ID: pdfADIdt                              Total Noticed: 1

Edward J. Peterson, III
on behalf of Debtor Michael Kastrenakes epeterson@srbp.com  epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III
on behalf of Spec. Counsel Moffa  Sutton & Donnini, P.A. epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III
on behalf of Accountant Jerry Makris  C.P.A. epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III
on behalf of Plaintiff Michael Kastrenakes epeterson@srbp.com  epeterson.ecf@srbp.com;srbpecf@srbp.com

Ira Scot Silverstein
on behalf of Creditor Westlake Flooring Company  LLC iss@lgplaw.com, lp@lgplaw.com

J Steven Wilkes
on behalf of U.S. Trustee United States Trustee - TPA steven.wilkes@usdoj.gov

James Randolph Liebler, II
on behalf of Creditor Westlake Flooring Company  LLC jrlii@lgplaw.com, mkv@lgplaw.com

Jennifer Smith Thomas
on behalf of Interested Party Automotive Finance Corporation jthomas@rumberger.com

Joel M Aresty
on behalf of Defendant Platinum Auto Finance of Tampa Bay  LLC aresty@icloud.com

Joel M Aresty
on behalf of Interested Party Platinum Auto Finance of Tampa Bay aresty@icloud.com

Joel M Aresty
on behalf of Creditor Platinum Auto Finance of Tampa Bay  LLC aresty@icloud.com

John A Anthony
on behalf of Plaintiff Trifon Houvardas janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Creditor Cygram Heritage  LLLP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Defendant Panayiotis Vasiloudes janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Plaintiff Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC
janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Creditor Panayiotis Vasiloudes janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Plaintiff Cygram Holdings  LP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Plaintiff K&M Insurance Investors  LLC janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Defendant Cygram Heritage  LLLP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Plaintiff Panayiotis Vasiloudes janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Plaintiff Cygram Heritage  LLLP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Plaintiff Panevas  L.L.C. janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Plaintiff Cygram Holdings  L.P. janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;sdavis@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John Blair Boyd

District/off: 113A-8                                    User: admin                                    Page 4 of 5
Date Rcvd: Sep 21, 2022                            Form ID: pdfADIdt                              Total Noticed: 1

on behalf of Creditor Grow Financial Federal Credit Union bk@svllaw.com

Kathleen L DiSanto

on behalf of Defendant Evangeline Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Interested Party CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Interested Party Maria Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Defendant Pagona Kokolakis kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Defendant CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Defendant Maria Kastrenakes  as an individual kdisanto@bushross.com,
bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Creditor CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Defendant Maria Kokolakis Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto

on behalf of Defendant Maria Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Marc Rosenthal

on behalf of Defendant Platinum Auto Finance of Tampa Bay  LLC marc@rosenbergcummings.com,
scheduling@rosenbergcummings,casey@rosenbergcummings.com,charlie@rosenbergcummings.com,christian@rosenbergcummings.com,paul@rosenbergcummings.com

Nathan A Wheatley

on behalf of U.S. Trustee United States Trustee - TPA nathan.a.wheatley@usdoj.gov

Nicole Mariani Noel

on behalf of Plaintiff Kostantinos Papaspanos bankruptcynotices@kasslaw.com  nmnoel@ecf.courtdrive.com

Nicole Mariani Noel

on behalf of Plaintiff Thomas Zervas bankruptcynotices@kasslaw.com  nmnoel@ecf.courtdrive.com

Nicole Mariani Noel

on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos bankruptcynotices@kasslaw.com
nmnoel@ecf.courtdrive.com

Nicolette C Vilmos

on behalf of Plaintiff NextGear Capital  Inc. nicolette.vilmos@nelsonmullins.com,
francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com

Nicolette C Vilmos

on behalf of Creditor NextGear Capital  Inc. nicolette.vilmos@nelsonmullins.com,
francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com

Nicolette C Vilmos

on behalf of Defendant NextGear Capital  Inc. nicolette.vilmos@nelsonmullins.com,
francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com

Robert Schermer, I

on behalf of Creditor SouthState Bank  N.A. rschermer@manateelegal.com

Robert Bruce George

on behalf of Creditor First Home Bank rgeorge@thelilesfirm.com  aperry@thelilesfirm.com;rmittauer@thelilesfirm.com

Ruediger Mueller

trustee@tcmius.com  crm11@trustesolutions.net

Shirley R Palumbo

on behalf of Interested Party Shirley Palumbo shirley.palumbo@gmlaw.com  bankruptcy@gmlaw.com

Shirley R Palumbo

on behalf of Creditor William Hilgenfeldt shirley.palumbo@gmlaw.com  bankruptcy@gmlaw.com

Shirley R Palumbo

on behalf of Defendant Wlliam Hilgenfeldt shirley.palumbo@gmlaw.com  bankruptcy@gmlaw.com

Shirley R Palumbo

on behalf of Defendant William Hilgenfeldt shirley.palumbo@gmlaw.com  bankruptcy@gmlaw.com

Teresa M Hair

on behalf of Creditor Wells Fargo Bank  N.A. teresa.hair@brockandscott.com, WBECF@brockandscott.com

District/off: 113A-8                          User: admin                              Page 5 of 5
Date Rcvd: Sep 21, 2022                       Form ID: pdfADIdt                        Total Noticed: 1

United States Trustee - TPA

        USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 78

[Doepvhlt] [District Order Establishing Procedures for Video Hearings – Limited Parties]

ORDERED.

**Dated: September 21, 2022**

Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No.
8:22−bk−01210−CED
Chapter 11

Michael Kastrenakes

_____Debtor*_____/

ORDER ESTABLISHING PROCEDURES FOR VIDEO HEARINGS

This order establishes procedures for a video hearing in this case. Under Federal Rule of Civil Procedure 43, made applicable in this case under Federal Rule of Bankruptcy Procedure 9017, the Court, for good cause in compelling circumstances and with appropriate safeguards, may permit testimony in open court by contemporaneous transmission from another location. The Court finds that good cause and compelling circumstances exist in this case to permit the following court hearing and testimony by video.

Accordingly, it is

**ORDERED:**

1. The Court will permit parties and attorneys to attend the hearing scheduled for October 17, 2022 at 2:30 PM (the "Hearing") via ZOOM. Parties who wish to attend the hearing by Zoom must register at https://pacer.flmb.uscourts.gov/fwxflmb/zoom/.

2. Parties who wish to listen only, who do not anticipate active participation in the Hearing, or who lack the necessary technology to participate by video may attend the Hearing by telephone following the procedures set forth below. However, a party who wishes to examine a witness or to make evidentiary objections must attend the hearing by video on Zoom; parties are not permitted to examine witnesses or make evidentiary objections by telephone.

Note: There is no charge for attending a hearing by video or by telephone on Zoom.

| Judges Delano and McEwen | via CourtCall by calling (888−882−6878) OR by registering for the Zoom Meeting and selecting the audio option by 5:00 p.m. the business day preceding the hearing. |

| Judges Colton and Williamson | via Court Solutions by registering at www.court–solutions.com by 5:00 p.m. the business day preceding the hearing. |
|---|---|

3. Witnesses must participate by video. Counsel for the party presenting the witness must coordinate all aspects of the witness's participation including designating an estimated time when the witness will connect to the video conference, establishing an off–line method to contact the witness, and implementing safeguards to insure that the witness is sequestered until called to testify. The party sponsoring a remote witness is responsible for supplying all exhibits, deposition transcripts and other needed papers prior to the hearing. Failure to properly sequester a witness may result in sanctions against the attorney and the party calling the witness. Only one participant is permitted per video link, i.e., each participant must use a separate computer and video camera to connect to the hearing.

4. Under Federal Rule of Civil Procedure 43(a), made applicable by Federal Rule of Bankruptcy Procedure 9017, witnesses who testify remotely by contemporaneous transmission, will be sworn in by video, and their testimony will be accepted and binding as if they were testifying live in the courtroom.

5. During the Hearing, all participants must:

   a. Dress in appropriate court attire (if appearing by video);

   b. Mute their microphone when not speaking;

   c. Wait until called upon by the Court before speaking;

   d. Not speak over other participants;

   e. Participate from a quiet location; and

   f. Announce themselves prior to speaking.

6. Parties are reminded of the requirements of Local Rule 9070–1 regarding the filing and use of exhibits. Local Rule 9070–1(c)(2)'s requirement that paper copies of exhibits to be used by witnesses be provided to opposing counsel and the Court is waived, except that a party shall deliver a binder or binders of exhibits at least forty–eight (48) hours before the Hearing to:

   a. Any *pro se* party;

   b. Any party that requests a copy; and

   c. All witnesses.

7. Participants are reminded that photographing, recording or further broadcasting the Hearing is strictly prohibited. Violation of these prohibitions may result in sanctions. All hearings will continue to be recorded using the Court's official digital recording system. The process for requesting an official transcript has not changed.


   The Clerk is directed to serve a copy of this order on all interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.