

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

ACCOUNT #  8245

092
Cycle  07
Enclosures  0
Page  1 of 4

## LIFEGREEN CHECKING
July 15, 2022 through August 16, 2022

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 08/01 | Mid Atlantic Fin 2021 Michael Kastre 2021 | 7,500.00 |
| 08/15 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 1,937.82 |
| 08/16 | Mid Atlantic Fin 2021 Michael Kastre 2021 | 7,500.00 |

### WITHDRAWALS

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

**Thank You For Banking With Regions!**
2022 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

ACCOUNT #                       8245

092
Cycle        07
Enclosures    0
Page      2 of 4

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 08/01 | Card Purchase Wendys #11669   5814 Clearwater   FL 33762   2972 | 10.25 |
| 08/01 | South State Bank Online Pmt Kastrenakes,MI Ckf115191344pos | 439.81 |
| 08/01 | Wells Fargo Mtg  Online Pmt Kastrenakes,MI Ckf115191344pos | 6,267.94 |
| 08/01 | PIN Purchase The Fresh Mark   5411 Clearwater   FL      3020 | 319.73 |
| 08/01 | PIN Purchase Publix Super M   5411 Clearwater   FL      3020 | 29.45 |
| 08/02 | Card Purchase Greek Orthodox   8398 727-799-4605  FL 33765   3020 | 125.00 |
| 08/02 | Card Purchase Sq *Tazikis Med  5812 ST Petersburg FL 33716   2972 | 31.11 |
| 08/03 | Card Purchase Circle K 09787   5542 Pinellas Park FL 33780   2972 | 65.61 |
| 08/03 | Card Purchase Sq *Tazikis Med  5812 ST Petersburg FL 33716   2972 | 21.52 |
| 08/04 | Card Purchase Big Storm Clear  5812 727-4154489   FL 33762   2972 | 26.17 |
| 08/04 | PIN Purchase Walgreens Stor   5912 Clearwater   FL       2972 | 15.50 |
| 08/05 | Card Purchase Panera Bread #2  5814 Clearwater    FL 33762   2972 | 19.12 |
| 08/05 | Card Purchase Frenchys to Go   5812 Clearwater    FL 33763   2972 | 39.20 |
| 08/05 | City of Clearwat Online Pmt Kastrenakes,MI Ckf115191344pos | 339.72 |
| 08/05 | PIN Purchase The Fresh Mark   5411 Clearwater   FL      3020 | 59.33 |
| 08/05 | PIN Purchase Interbay Mart   5542 Tampa       FL      3020 | 90.28 |
| 08/08 | Card Purchase Big Storm Clear  5812 727-4154489   FL 33762   2972 | 30.45 |
| 08/08 | Card Purchase McDonald S F773  5814 Clearwater    FL 33762   2972 | 3.20 |
| 08/08 | Card Purchase Ban Thai and Su  5812 Clearwater    FL 33761   2972 | 68.94 |
| 08/08 | Duke Power      Online Pmt Kastrenakes,MI Ckf115191344pos | 827.87 |
| 08/08 | PIN Purchase The Fresh Mark   5411 Clearwater   FL      3020 | 230.54 |
| 08/09 | Card Purchase Subway 20088     5814 Tarpon Spring FL 34689   2972 | 13.75 |
| 08/10 | Card Purchase Big Storm Clear  5812 727-4154489   FL 33762   2972 | 29.31 |
| 08/10 | Card Purchase Panera Bread #2  5814 Clearwater    FL 33759   2972 | 5.63 |
| 08/11 | PIN Purchase Shell Service   5542 Clearwater   FL       2972 | 60.89 |
| 08/12 | Card Purchase Burger King #53  5814 Clearwater    FL 33762   2972 | 7.04 |
| 08/15 | Card Purchase Subway 3412      5814 Clearwater    FL 33762   2972 | 12.50 |
| 08/15 | Card Purchase Tst* Big Storm   5814 Clearwater    FL 33762   2972 | 11.93 |



Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #    8245

1

092
Cycle 07
Enclosures 0
Page 3 of 4

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 08/15 | Card Purchase Anthonys #1025  5812 Clearwater  FL 33761  2972 | 78.45 |
| 08/15 | Card Purchase Sq *Karma Juice  5499 Clearwater  FL 33765  2972 | 41.52 |
| 08/15 | Card Purchase Sq *D Lites Ice  7299 Clearwater  FL 33761  2972 | 15.84 |
| 08/15 | Recurring Card Transaction Spectrum  4899 855-707-7328 MO 63131  3020 | 405.72 |
| 08/15 | PIN Purchase Publix Super M  5411 Clearwater  FL  3020 | 318.30 |
| 08/15 | Tj Maxx  Online Pmt Kastrenakes,MI Ckf115191344pos | 416.44 |
| 08/15 | New York Life  Ins. Prem. Michael Kastre | 1,560.00 |
| 08/16 | Recurring Card Transaction Att* Bill Payme  4814 800-331-0500 TX 75211  3020 | 158.49 |
| 08/16 | Card Purchase Sq *Tazikis Med  5812 ST Petersburg FL 33716  2972 | 38.55 |
| 08/16 | PIN Purchase Walgreens Stor  5912 Clearwater  FL  2972 | 26.07 |
| 08/16 | PIN Purchase The Fresh Mark  5411 Clearwater  FL  3020 | 68.24 |
| 08/16 | PIN Purchase Coachman Car W  5541 Clearwater  FL  3020 | 28.74 |

Total Withdrawals    $17,323.21

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
|  |  |  | 08/16 | 995038 * | 150.00 |
|  |  |  | 08/04 | 995040 * | 780.00 |
| 08/05 | 1007 | 200.00 | 08/16 | 995049 * | 7.60 |
| 08/10 | 995024 * | 495.81 |  |  |  |

Total Checks    $2,033.41

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
|  |  |  |  | 08/08 | 9,041.38 |
|  |  |  | 11,582.12 | 08/09 | 9,027.63 |
|  |  | 08/01 | 12,014.94 | 08/10 | 8,496.88 |
|  |  | 08/02 | 11,858.83 | 08/11 | 8,435.99 |
|  |  | 08/03 | 11,771.70 | 08/12 | 8,428.95 |
|  |  | 08/04 | 10,950.03 | 08/15 | 7,506.07 |
|  |  | 08/05 | 10,202.38 | 08/16 | 14,528.38 |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

REGIONS

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

**ACCOUNT #** 8245

| | |
|---|---|
| | 092 |
| Cycle | 07 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
August 17, 2022 through September 15, 2022

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---:|
| 08/24 | Callpass Tech Ll Receivable Michael Kastre | 891.88 |
| 08/30 | Callpass Tech Ll Receivable Michael Kastre | 891.88 |
| 08/31 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 1,937.82 |
| 08/31 | Mid Atlantic Fin 2021 Michael Kastre 2021 | 7,500.00 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---:|
| 08/17 | Card Purchase Walgreens #3555  5912 800-289-2273  FL 33765   2972 | 20.00 |
| 08/18 | Card Purchase Sq *Dana   Salo  7230 Clearwater    FL 33761   2972 | 30.00 |
| 08/18 | Card Purchase Walgreens #3555  5912 800-289-2273  FL 33765   2972 | 40.00 |
| 08/18 | Card Purchase Panera Bread #2  5814 Clearwater    FL 33762   2972 | 13.85 |
| 08/18 | PIN Purchase Shell Service    5542 Clearwater   FL        3020 | 84.29 |
| 08/19 | Card Purchase Big Storm Clear  5812 727-4154489   FL 33762   2972 | 82.11 |
| 08/19 | Card Purchase Grillsmith Coun  5812 Clearwater    FL 33761   2972 | 122.93 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Michael Simbol, NMLS 1746959, at (727)248-1991
or online at www.regionsmortgage.com/michaelsimbol.

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.



Thank You For Banking With Regions!
2022 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #  8245

|  |  |
|---|---|
| Cycle | 092 |
| Enclosures | 07 |
| Page | 0 |
|  | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 08/19 | Waste Management Online Pmt Kastrenakes,MI Ckf115191344pos | 213.56 |
| 08/22 | Card Purchase Subway 3412    5814 Clearwater    FL 33762    2972 | 19.44 |
| 08/22 | Card Purchase Anthonys #1025   5812 Clearwater    FL 33761    2972 | 82.03 |
| 08/22 | Card Purchase Barfly - Saltwa  5812 Safety Harbor FL 34695    2972 | 25.40 |
| 08/22 | Card Purchase Barfly - Saltwa  5812 Safety Harbor FL 34695    2972 | 51.39 |
| 08/22 | PIN Purchase Coachman Mart    5542 Clearwater    FL         2972 | 34.28 |
| 08/22 | PIN Purchase Lowe S #1714     5200 Clearwater    FL         3020 | 362.15 |
| 08/22 | PIN Purchase Costco Whse #0   5300 Clearwater    FL         3020 | 776.31 |
| 08/22 | PIN Purchase The Fresh Mark   5411 Clearwater    FL         3020 | 32.78 |
| 08/23 | Card Purchase Cuban and Mexic 5812 Clearwater    FL 33762    2972 | 32.63 |
| 08/24 | Card Purchase Subway 471      5814 Largo         FL 33764    2972 | 12.45 |
| 08/25 | Card Purchase Crown Audi      5511 Clearwater    FL 33764    3020 | 579.92 |
| 08/25 | Card Purchase Ban Thai and Su 5812 Clearwater    FL 33761    2972 | 106.89 |
| 08/26 | Card Purchase Tst* Big Storm  5814 Clearwater    FL 33762    2972 | 7.02 |
| 08/26 | Card Purchase First Watch - 0 5812 Clearwater    FL 33761    2972 | 28.57 |
| 08/26 | Adt Security    Online Pmt Kastrenakes,MI Ckf115191344pos | 81.93 |
| 08/26 | PIN Purchase Publix Super M   5411 Clearwater    FL         3020 | 73.64 |
| 08/29 | Card Purchase Spk*spokeo Sear 5968 800-6994264   CA 91105    2972 | 0.95 |
| 08/29 | Card Purchase Cuban and Mexic 5812 Clearwater    FL 33762    2972 | 14.21 |
| 08/29 | Card Purchase First Watch - 0 5812 Clearwater    FL 33761    2972 | 37.20 |
| 08/29 | Card Purchase Nordstrom Rack  5311 Clearwater    FL 33761    2972 | 233.96 |
| 08/29 | PIN Purchase 834              5542 Clearwater    FL         2972 | 65.22 |
| 08/30 | Card Purchase Big Storm Clear 5812 727-4154489   FL 33762    2972 | 23.15 |
| 08/30 | U.S. Trustees    Online Pmt Kastrenakes,MI Ckf115191344pos | 250.00 |
| 08/30 | PIN Purchase Gallant Invest   5542 Palm Harbor   FL         3020 | 82.69 |
| 08/30 | PIN Purchase Publix Super M   5411 Clearwater    FL         3020 | 53.69 |

REGIONS

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

ACCOUNT # 8245

092
Cycle 07
Enclosures 0
Page 3 of 4

## WITHDRAWALS (CONTINUED)

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 08/29 | 1008 | 200.00 | 08/31 | 995052 * | 780.00 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 08/17 | 14,508.38 | 08/26 | 12,506.69 |
| 08/18 | 14,340.24 | 08/29 | 11,955.15 |
| 08/19 | 13,921.64 | 08/30 | 12,437.50 |
| 08/22 | 12,537.86 | 08/31 | 21,095.32 |
| 08/23 | 12,505.23 | | |
| 08/24 | 13,384.66 | | |
| 08/25 | 12,697.85 | | |

THE REGIONS DEPOSIT AGREEMENT IS REVISED
EFFECTIVE IMMEDIATELY FOR CHANGES
RELATED TO EARLY DIRECT DEPOSIT, ACCOUNT
CLOSING, FUNDS AVAILABILITY, ERROR
CORRECTION AND MORE. FOR DETAILS, VISIT
REGIONS.COM/AGREEMENTS.



**Statement Ending 08/19/2022**

MARIA KASTRENAKES  Page 1 of 4
**Account Number: XXXXXXXXXXXX7751**

**Managing Your Accounts**

| | | |
|---|---|---|
| 📱 | Customer Care | (800) 277-2175 |
| ✉ | Mailing Address | P.O. Box 9602<br>Winter Haven, FL 33883 |
| 💻 | Website | SouthStateBank.com |

MARIA KASTRENAKES
MICHAEL KASTRENAKES
1755 MCCAULEY RD
CLEARWATER FL 33765-1510



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ECHECKING | XXXXXXXXXXXX7751 | $233.11 |

Member FDIC
NMLS# 403455

# SouthState

**Statement Ending 08/19/2022**

MARIA KASTRENAKES  Page 3 of 4
Account Number: XXXXXXXXXXXX7751



## ECHECKING-XXXXXXXXXXXX7751

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 07/21/2022 | Beginning Balance | $239.06 | Minimum Balance | $239.06 |
| | 0 Credit(s) This Period | $0.00 | Average Available Balance | $239.06 |
| | 1 Debit(s) This Period | $5.95 | | |
| 08/19/2022 | Ending Balance | $233.11 | | |
| | Service Charges | $5.95 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **07/21/2022** | **Beginning Balance** | | | **$239.06** |
| 08/19/2022 | SERVICE CHARGE | $5.95 | | $233.11 |
| **08/19/2022** | **Ending Balance** | | | **$233.11** |

### Daily Balances

| Date | Amount |
|---|---|
| 08/19/2022 | $233.11 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $36.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Account closed August 24, 2022.  Debtor no longer has access to bank statements.