UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Chapter 11

MICHAEL KASTRENAKES,                  Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**DEBTOR'S NOTICE OF PROPOSED
AGENDA FOR OCTOBER 17 2022, HEARING**

The Debtor, MICHAEL KASTRENAKES, proposes the following agenda (the "**Agenda**")

for the hearing on October 17, 2022, at 2:30 p.m.:

| Doc. No. | Filing Party(ies) | Matter | Status |
|---|---|---|---|
| **MAIN BANKRUPTCY CASE** <br> **CASE NO. 8:22-bk-1210-CED** ||||
| 96 | Debtor | Confirmation Hearing on Debtor's Plan of Reorganization | As currently constructed, Classes 1, 2, 3, and 5 are unimpaired. The Debtor has the vote of Classes 4 (CPX Holdings, LLC), 6 (Grow Financial Federal Credit Union), and 9 (general unsecured creditors). Class 7 (NY Life) did not cast a ballot. Class 8 (joint creditors) rejected. |
| 103 | Cygram Heritage, et al | Objection to Confirmation of Plan and of Adequacy of Disclosure | |
| 138 | Zervas and Papaspanos | Joinder Notice In Omitted Creditors' Objection To Adequacy of Disclosure and to Confirmation of Debtor's Plan of Reorganization (Related Doc. 103) | |
| 140 | Westlake | Objection to Confirmation of Plan | |

2

| Doc. No. | Filing Party(ies) | Matter | Status |
|---|---|---|---|
| 141 | NextGear | Objection to Confirmation of Plan, Objection to Disclosure Statement | The Debtor continues to actively mediate with the Vasiloudes Creditors utilizing Scott Shuker as mediator. Although the parties have not reached an agreement, the Debtor believes that the parties have made substantial progress since the last hearing. The Debtor is optimistic that the parties will have an agreement in the next couple of weeks that will be incorporated into an amended plan. The Debtor is also actively negotiating with the other major creditor constituents in Class 8 in an effort to obtain their vote and anticipates an amendment to the Class 8 treatment as well.<br><br>The Debtor is also analyzing potential claims for recovery or turnover of funds of approximately $500,000.00 that would potentially fund a settlement with the Vasiloudes Creditors. The Debtor will file appropriate pleadings upon the competition of due diligence. |

| ADVERSARY PROCEEDINGS |||||
|---|---|---|---|---|
| **8:22-ap-55-CED – Kastrenakes v NextGear Capital, Inc.** <br> **Complaint for Injunctive Relief** |||||
| 2 | Debtor | Continued Motion for Preliminary Injunction with Supporting Memorandum of Law | | Given the substantial progress being made in the case, the Debtor requests an extension of the preliminary injunction pending confirmation. NextGear opposes the injunction. |
| 12 | Cygram Heritage, et al | Response and Memorandum of Law in Opposition to Motion for Preliminary Injunction | | |
| 30 | Thomas Zervas | Joinder to Response and Memorandum of Law in Opposition to Motion for Preliminary Injunction | | |
| 43 | Debtor | Renewed Emergency Motion for Preliminary Injunction | | |
| 49 | NextGear | Objection to Renewed Emergency Motion for Preliminary Injunction | | |
| **VASILOUDES LITIGATION** |||||
| **8:22-ap-95-CED – Vasiloudes et al v Kastrenakes** <br> **Conversion of Funds/Fraud** |||||
| 1 | | Pretrial Conference | | If the Debtor and the Vasiloudes creditors reach an agreement, this adversary proceeding will be dismissed with prejudice. |
| 6 | Debtor | Motion to Dismiss Adversary Proceeding | | |
| 11 | Plaintiff | Response to Motion to Dismiss Adversary Proceeding | | |
| **Discovery Disputes** |||||
| 7 | Debtor | Objection to Notice of Serving Subpoena to Non-Parties | | If the Debtor and the Vasiloudes creditors reach an agreement, these pleadings will be withdrawn. |
| 8 | Maria Kastrenakes | Objection to Notice of Serving Subpoena to Non-Parties | | |
| 12 | Plaintiff | Response to Objection to Notice of Serving Subpoena (Doc. 7) | | |
| 13 | Plaintiff | Response to Objection to Notice of Serving Subpoena (Doc. 8) | | |

3

| | | **8:22-ap-96-CED – Cygram Heritage, LLLP et al v Kastrenakes**<br>**Conversion of Funds/Fraud** | |
|---|---|---|---|
| 1 | | Pretrial Conference | If the Debtor and the Vasiloudes creditors reach an agreement, this adversary proceeding will be dismissed with prejudice. |
| 9 | Debtor | Motion to Dismiss Adversary Proceeding | |
| 13 | Plaintiff | Response to Motion to Dismiss Adversary Proceeding | |
| | | **8:22-ap-112-CED – Removal Action**<br>**NextGear Capital, Inc. v Kastrenakes et al**<br>**Complaint for Damages and Replevin** | |
| 1 | | Pretrial Conference | The Debtor filed an objection to NextGear's claim and filed a motion to consolidate the claim objection with the removed adversary proceeding. The Debtor intends to proceed with this litigation. A trial and pre-trial schedule needs to be established. |
| | | **8:22-ap-113-CED – Removal Action**<br>**Vasiloudes et al v Kastrenakes et al**<br>**Complaint for Damages** | |
| 1 | Debtor | Continued Pretrial Conference | If the Debtor and the Vasiloudes creditors reach an agreement, the Debtor, Maria Kastrenakes, New Wave Acceptance, LLC, Platinum Auto Finance, LLC, and MK Automotive, Inc. will be dismissed with prejudice. The remaining claims against Platinum Auto Finance of Tampa Bay, LLC would likely be remanded to state court. |
| 62 | Debtor | Motion to Dismiss Counts I-V, VII and IX of Amended Complaint | |
| 63 | Maria Kastrenakes | Motion to Dismiss Counts VII and IX of Amended Complaint | |
| 65 | New Wave | Motion to Dismiss Counts II, VIII, and IX of Amended Complaint | |
| 76 | Cygram Heritage, et al | Objection to PAF Abatement Motion | |
| 80 | Cygram Heritage | Response to Dismissal Motions | |
| 50 | Cygram Heritage, et al | Motion to Compel Mediation against PAF | Not a Debtor issue |

| 54 | Platinum Auto Finance | Motion to Dismiss Adversary Proceeding and to Strike Plaintiff's Claim for Attorney Fees | Not a Debtor issue |
|---|---|---|---|
| 56 | Platinum Auto Finance | Motion to Stay Discovery Pending Resolution of Motion to Dismiss | Not a Debtor issue |
| **8:22-ap-114-CED – Removal Action**<br>**Vasiloudes et al v Kastrenakes et al**<br>**Complaint for Damages** | | | |
| 1 | Debtor | Pretrial Conference | If the Debtor and the Vasiloudes creditors reach an agreement, the Debtor and Kevin E. Hawkins will be dismissed with prejudice. The remaining claims against the other defendants would likely be remanded to state court. |
| 32 | Cygram Heritage, et al | Motion to Compel Mediation as to ICO Defendants | Not a Debtor issue |
| **8:22-ap-115-CED – Removal Action**<br>**Vasiloudes et al v Maria Kastrenakes et al**<br>**Complaint as to Trusts** | | | |
| 1 | Debtor | Pretrial Conference | If the Debtor and the Vasiloudes Creditors reach an agreement, this adversary proceeding will be dismissed with prejudice. |
| 7 | Plaintiffs | Motion for Remand, Abstention and/or Permissive Abstention | |
| 14 | Maria Kastrenakes | Response in Opposition to Plaintiff Creditors' Motion for Remand, for Mandatory Abstention and/or Permissive Abstention | |
| 15 | Debtor | Response in Opposition to Plaintiff Creditors' Motion for Remand, for Mandatory Abstention and/or Permissive Abstention | |
| 24 | Debtor | Motion to Intervene as Defendant and Motion for Extension of Time to File a Responsive Pleadings Required by Fed.R.Civ.P. 24(c) | |
| 25 | Debtor | Motion to Extend Time to File Responsive Pleading | |

4865-7625-4520, v. 3

| 28 | Plaintiffs | Objection to Debtor/Intervenor's Motion to Extend Time to File the Responsive Pleadings Required by Fed.R.Civ.P. 24(c) | |
|---|---|---|---|
| **8:22-ap-118-CED – Vasiloudes et al v Kastrenakes** <br> **Complaint Objecting to Insider Claims and Seeking Equitable Subordination** | | | |
| 19 | Debtor | Motion to Dismiss Adversary Proceeding | The plan currently provides for a partial subordination of CPX Holdings, LLC's secured claim. The Debtor does not oppose complete subordination of the unsecured claims of Evangeline Kastrenakes and Pagona Kokolakis. The Debtor intends to amend the plan to reflect the subordination of these claims. |
| 20 | Maria Kastrenakes, et al | Motion to Dismiss Adversary Proceeding | |
| 23 | Cygram Heritage, et al | Response to Motion to Dismiss (Doc. 20) | |
| 24 | Cygram Heritage, et al | Response to Motion to Dismiss (Doc. 19) | |
| **8:22-ap-122-CED – Removal Action** <br> **Zervas, et al v Kastrenakes et al** <br> **Complaint for Damages, Unjust Enrichment** | | | |
| 1 | Debtor | Pretrial Conference | This adversary proceeding was remanded to state court and abated in state court pending confirmation, dismissal or conversion of the case. *See* Doc. No. 21. |

/s/ Amy Denton Mayer
Edward J. Peterson (FBN 0014612)
Amy Denton Mayer (FBN 0634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: epeterson@srbp.com; amayer@srbp.com
Attorneys for Debtor