ORDERED.

Dated: October 11, 2022

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 11

MICHAEL KASTRENAKES,                         Case No. 8:22-bk-1210-CED

      Debtor.
_____/

**ORDER APPROVING FIRST INTERIM
APPLICATION OF MOFFA, SUTTON & DONNINI, P.A. FOR
ALLOWANCE AND PAYMENT OF COMPENSATION FOR
SERVICES RENDERED AS SPECIAL TAX COUNSEL FOR DEBTOR**

THIS CASE came before the Court without a hearing for consideration of the *First Interim Application of Moffa, Sutton & Donnini, P.A. for Allowance and Payment of Compensation for Services Rendered as Certified Public Accountants* (Doc. No. 130) (the "**Application**"). In the Application, Moffa, Sutton & Donnini, P.A. ("**Moffa Sutton**") requested an allowance of fees in the amount of **$19,126.25** for the period of March 27, 2022, through July 5, 2022 (the "**Application Period**"). The *Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request a Hearing* (Doc. No. 131) was filed with the Court and served on the Office of the United States Trustee, all parties registered to receive notices via the Court's

CM/ECF system, and the L.B.R. 1007-2 parties in interest pursuant to the Court's negative notice procedures. No objections were timely filed. Accordingly, it is

**ORDERED**:

1. The Application is approved.

2. Moffa Sutton is awarded interim compensation in the amount of **$19,126.25**. The Court finds, based on 11 U.S.C. § 330, the lodestar principle and each of the facts that govern the reasonableness of fees as set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1947), that $19,126.25 is a reasonable fee for the services rendered during the Application Period.

3. The Debtor is authorized to disburse payment to Moffa Sutton in the amount of **$15,126.25**, which amount reflects Moffa Sutton's application of its retainer in the amount of $4,000.00.

*Attorney Edward J. Peterson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order*