ORDERED.

Dated: October 11, 2022

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                  Chapter 11

MICHAEL KASTRENAKES,                                 Case No. 8:22-bk-1210-CED

     Debtor.
_____/

## ORDER APPROVING FIRST INTERIM APPLICATION OF JERRY MAKRIS CPA, P.A. FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AS CERTIFIED PUBLIC ACCOUNTANTS

THIS CASE came before the Court without a hearing for consideration of the *First Interim Application of Jerry Makris CPA, P.A. for Allowance and Payment of Compensation for Services Rendered as Certified Public Accountants* (Doc. No. 132) (the "**Application**"). In the Application, Jerry Makris CPA, P.A. ("**Makris**") requested an allowance of fees in the amount of **$1,500.00** for the period of March 27, 2022, through August 31, 2022 (the "**Application Period**"). The *Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request a Hearing* (Doc. No. 133) was filed with the Court and served on the Office of the United States Trustee, all parties registered to receive notices via the Court's CM/ECF system, and the

L.B.R. 1007-2 parties in interest pursuant to the Court's negative notice procedures. No objections were timely filed. Accordingly, it is

**ORDERED**:

1. The Application is approved.

2. Makris is awarded interim compensation in the amount of **$1,500.00**. The Court finds, based on 11 U.S.C. § 330, the lodestar principle and each of the facts that govern the reasonableness of fees as set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1947), that $1,500.00 is a reasonable fee for the services rendered during the Application Period.

3. The Debtor is authorized to disburse payment to Makris in the amount of **$1,500.00**.

*Attorney Edward J. Peterson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order*