UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                    Case no. 8:22-bk-01210-CED
                                                                          Chapter 11

MICHAEL KASTRENAKES

    Debtor.
_____

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Murray B. Silverstein, Esq. and Edmund O. Loos, III, Esq. of GREENSPOON MARDER, LLP are substituted for Shirley Palumbo, Esq. and files this appearance in connection with the above-captioned proceeding and pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following addresses:

    Murray B. Silverstein, Esquire
    Greenspoon Marder, LLP
    401 E. Jackson Street, Suite 3650
    Tampa, FL 33602
    Telephone: (813) 769-7020
    Facsimile: (813) 426-8582
    Email: murray.silverstein@gmlaw.com; cristina.warder@gmlaw.com

    and

    Edmund O. Loos, III, Esq.
    Greenspoon Marder, LLP
    201 E. Pine St., Ste. 500
    Orlando, FL 32801
    Telephone: (407) 425-6559
    Facsimile: (407) 563-9665
    Email: Edmund.loos@gmlaw.com; gwen.clark@gmlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes, without limitation, notices and papers with respect to any application, motion, petition, pleading, disclosure statement, plan of reorganization, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, and whether sent by the Court, the Debtor, or any other party, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that the undersigned requests to be added to the Court's master mailing matrix.

Dated: October 17, 2022.

By: */s/ Murray B. Silverstein*
MURRAY B. SILVERSTEIN
Florida Bar No. 349216
GREENSPOON MARDER LLP
401 E. Jackson Street, Suite 3650
Tampa, Florida 33602
Telephone: (813) 769-7020
Facsimile: (813) 426-8582
Murray.Silvestein@gmlaw.com
Cristina.Warder@gmlaw.com

and

EDMUND O. LOOS III, ESQ.
Florida Bar No. 899161
GREENSPOON MARDER LLP
201 E. Pine St., Ste. 500
Orlando, FL 32801
Primary: Edmund.loos@gmlaw.com
Secondary: gwen.clark@gmlaw.com
Telephone: (407) 425-6559
Facsimile: (407) 563-9665
*Attorneys for William Hilgenfeldt*

35880446

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of October, 2022, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Murray B. Silverstein, Esq.*
MURRAY B. SILVERSTEIN, ESQ.

35880446