UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Chapter 11

MICHAEL KASTRENAKES,                                        Case No. 8:22-bk-1210-CED

      Debtor.
_____/

**NOTICE OF PRELIMINARY HEARING**

      NOTICE IS GIVEN THAT:

      1.      A preliminary hearing in this case will be held before the Honorable Caryl E. Delano on November 8, 2022, at 2:00 p.m., Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following matter:

> *Debtor's Objection to Claim No. 2 Filed by State of Florida – Department of Revenue* (Doc. No. 136)

      2.      Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

      3.      The Court may continue this matter upon announcement made in open court without further notice.

      4.      Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

      Dated: October 17, 2022.

                                                          */s/ Edward J. Peterson*
                                                          Edward J. Peterson (FNB 0634506)
                                                          Stichter, Riedel, Blain & Postler, P.A.
                                                          110 E. Madison Street, Suite 200
                                                          Tampa, Florida 33602-4718
                                                          Telephone: (813) 229-0144
                                                          Email: epeterson@srbp.com
                                                          Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Preliminary Hearing* was furnished on October 17, 2022, by the Court's electronic CM/ECF noticing system to all parties receiving electronic noticing and by U.S. mail to:

Frederick F. Rudzik, Esq.
P.O. Box 6668
Tallahassee, FL  32314-6668
Counsel for Claimant

Florida Department of Revenue
Attn: April Long, Tax Specialist I
P.O. Box 8045
Tallahassee, FL 32314-8045

*/s/ Edward J. Peterson*
Edward J. Peterson

4894-4246-2266, v. 1