

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/17/2022 02:30 PM

COURTROOM   9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:22-bk-01210-CED | 11 | 03/27/2022 |

Chapter 11

**DEBTOR:**  Michael Kastrenakes

**DEBTOR ATTY:**  Amy Mayer

**TRUSTEE:**  Ruediger Mueller

**HEARING:**

Confirmation Hearing
- Objection to Confirmation of Debtor's Plan of Reorganization and Objection of Adequacy of Disclosure Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[96]). (Anthony, John) Doc #103
- Joinder Notice In Omitted Creditors' Objection To Adequacy of Disclosure and to Confirmation of Debtor's Plan of Reorganization Filed by Nicole Mariani Noel on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos (related document(s)[103]). (Noel, Nicole) Doc #138
- Objection to Confirmation of Plan Filed by James Randolph Liebler II on behalf of Creditor Westlake Flooring Company, LLC (related document(s)[96]). (Attachments: # [1] Exhibit A PNLSA # [2] Exhibit B Personal Guaranty # [3] Exhibit C UCC1 2018 # [4] Exhibit D POC)(Liebler, James) Doc #140
- Objection to Confirmation of Plan , Objection to Disclosure Statement Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[96]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C)(Vilmos, Nicolette) Doc #141
- *$Preliminary Hearing on Objection to Claim(s). Claim No. 11 filed by NextGear Capital, Inc.. Contains negative notice. Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #127
- Response to Debtor's Objection to Claim No. 11 Filed by David J. Jurkiewicz on behalf of Creditor NextGear Capital, Inc. (related document(s)[127]). (Jurkiewicz, David) Doc #148
- *$Preliminary Hearing on Motion to Consolidate Objection to Claim No. 11 in 8:22-bk-1210-CED with Complaint in Adversary Case No. 8:22-ap-112-CED Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #152

**APPEARANCES:**:Ed Peterson, Amy Mayer, Ruediger Mueller, Kathleen DiSanto, Ben Lambers, John Anthony, Nicholaus Lafalce, Ira Silverstein, Murray Silverstein, Robert George, Nicolette Vilmose, George Zamora, Kathryn Copeland, David Jurkiewicz, Jen Smith Thomas, Blair Boyd, Sean Wagner

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Confirmation Hearing -   Continued to 11/8/2022 at 2:00 pm, Announced in Open Court No Further Notice Given

- Objection to Confirmation of Debtor's Plan of Reorganization and Objection of Adequacy of Disclosure Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[96]). (Anthony, John) Doc #103

- Joinder Notice In Omitted Creditors' Objection To Adequacy of Disclosure and to Confirmation of Debtor's Plan of Reorganization Filed by Nicole Mariani Noel on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos (related document(s)[103]). (Noel, Nicole) Doc #138

- Objection to Confirmation of Plan Filed by James Randolph Liebler II on behalf of Creditor Westlake Flooring Company, LLC (related document(s)[96]). (Attachments: # [1] Exhibit A PNLSA # [2] Exhibit B Personal Guaranty # [3] Exhibit C UCC1 2018 # [4] Exhibit D POC)(Liebler, James) Doc #140

- Objection to Confirmation of Plan , Objection to Disclosure Statement Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[96]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C)(Vilmos, Nicolette) Doc #141

*$Preliminary Hearing on Objection to Claim(s). Claim No. 11 filed by NextGear Capital, Inc.. Contains negative notice. Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #127

- Response to Debtor's Objection to Claim No. 11 Filed by David J. Jurkiewicz on behalf of Creditor NextGear Capital, Inc. (related document(s)[127]). (Jurkiewicz, David) Doc #148

*$Preliminary Hearing on Motion to Consolidate Objection to Claim No. 11 in 8:22-bk-1210-CED with Complaint in Adversary Case No. 8:22-ap-112-CED Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #152
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.