

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

1

**ACCOUNT #** ███████8245

|  |  |
|---|---|
|  | 092 |
| Cycle | 07 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
August 17, 2022 through September 15, 2022

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 09/13 | Callpass Tech Ll Receivable Michael Kastre | 891.88 |
| 09/13 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 1,937.83 |
| 09/15 | Mid Atlantic Fin 2021 Michael Kastre 2021 | 7,500.00 |

### WITHDRAWALS

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Michael Simbol, NMLS 1746959, at (727)248-1991
or online at www.regionsmortgage.com/michaelsimbol.

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity loans call 1-800-231-7493.



**Thank You For Banking With Regions!**
2022 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #  ████ 8245

1

092
Cycle 07
Enclosures 0
Page 2 of 4

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 09/01 | Card Purchase Wendys #11669  5814 Clearwater  FL 33762  2972 | 10.68 |
| 09/01 | Recurring Card Transaction Apple.Com/Bill  5735 408-974-1010  CA 95014  2972 | 2.99 |
| 09/01 | Card Purchase Sq *Tazikis Med  5812 ST Petersburg FL 33716  2972 | 19.30 |
| 09/01 | Card Purchase McDonald S F773  5814 Clearwater  FL 33762  2972 | 3.20 |
| 09/01 | South State Bank Online Pmt Kastrenakes,MI Ckf115191344pos | 439.81 |
| 09/01 | Wells Fargo Mtg  Online Pmt Kastrenakes,MI Ckf115191344pos | 6,267.94 |
| 09/01 | PIN Purchase Barnesnoble 23  5942 Clearwater  FL     3020 | 248.87 |
| 09/02 | Recurring Card Transaction Apple.Com/Bill  5818 866-712-7753  CA 95014  2972 | 5.53 |
| 09/02 | Card Purchase Greek Orthodox  8398 727-799-4605  FL 33765  3020 | 125.00 |
| 09/02 | Card Purchase Sq *Carrie J. G  8099 Dunedin     FL 34698  2972 | 90.00 |
| 09/02 | Card Purchase Sq *Karma Juice  5499 Clearwater   FL 33765  2972 | 16.41 |
| 09/02 | Card Purchase Sq *Karma Juice  5499 Clearwater   FL 33765  3020 | 37.88 |
| 09/02 | Grow Finan FCU   Online Pmt Kastrenakes,MI Ckf115191344pos | 495.81 |
| 09/02 | PIN Purchase The Fresh Mark  5411 Clearwater  FL     3020 | 484.55 |
| 09/02 | PIN Purchase Publix Super M  5411 Clearwater  FL     3020 | 56.66 |
| 09/06 | Card Purchase Big Storm Clear  5812 727-4154489  FL 33762  2972 | 48.45 |
| 09/06 | Recurring Card Transaction Spk*spokeo Sear  5968 800-6994264  CA 91105  2972 | 24.95 |
| 09/06 | PIN Purchase Barnesnoble 23  5942 Clearwater  FL     3020 | 140.01 |
| 09/06 | PIN Purchase The Fresh Mark  5411 Clearwater  FL     3020 | 18.62 |
| 09/07 | City of Clearwat Online Pmt Kastrenakes,MI Ckf115191344pos | 175.21 |
| 09/08 | Card Purchase Tst* Seaweed    5812 Belleair Bluf FL 33770  3020 | 56.31 |
| 09/08 | Duke Power     Online Pmt Kastrenakes,MI Ckf115191344pos | 779.40 |
| 09/09 | Card Purchase Big Storm Clear  5812 727-4154489  FL 33762  2972 | 18.93 |
| 09/09 | Card Purchase Sq *D Lites Ice  7299 Clearwater   FL 33761  2972 | 13.02 |
| 09/09 | PIN Purchase Wawa 5149      5541 Clearwater  FL     2972 | 7.96 |
| 09/09 | PIN Purchase Wawa 5149      5542 Clearwater  FL     2972 | 63.69 |
| 09/12 | Card Purchase Lady Janes - Cl  7230 Clearwater   FL 33765  2972 | 27.00 |
| 09/12 | Card Purchase Walgreens #3555  5912 800-289-2273  FL 33765  2972 | 10.00 |

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #           8245

| | |
|---|---|
| | 1 |
| | 092 |
| Cycle | 07 |
| Enclosures | 0 |
| Page | 3 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 09/12 | Card Purchase Frenchys to Go   5812 Clearwater   FL 33763   2972 | 40.20 |
| 09/12 | Card Purchase Sq *D Lites Ice  7299 Clearwater   FL 33761   2972 | 23.33 |
| 09/12 | Card Purchase Water Oak Grill  5812 Safety Harbor FL 34695   2972 | 98.51 |
| 09/12 | PIN Purchase The Fresh Mark   5411 Clearwater   FL       3020 | 196.07 |
| 09/13 | Card Purchase Shell Oil 57542  5542 Clearwater   FL 33763   2972 | 75.68 |
| 09/13 | Card Purchase Subway 1458     5814 Clearwater   FL 33759   2972 | 13.53 |
| 09/14 | Card Purchase Gtl*collect Cal  4814 877-650-4249 VA 20190   2972 | 9.03 |
| 09/14 | Card Purchase Sq *Tazikis Med  5812 ST Petersburg FL 33716   2972 | 17.39 |
| 09/14 | Card Purchase Tst* Big Storm   5814 Clearwater   FL 33762   2972 | 7.02 |
| 09/15 | Card Purchase Counter Culture  5812 Tampa       FL 33629   2972 | 252.85 |
| 09/15 | Recurring Card Transaction Spectrum      4899 855-707-7328 MO 63131   3020 | 399.56 |
| 09/15 | Card Purchase Panera Bread #2  5814 Clearwater   FL 33762   2972 | 13.04 |
| 09/15 | New York Life   Ins. Prem. Michael Kastre | 1,560.00 |
| | Total Withdrawals | $16,069.03 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 09/02 | 1009 | 4,300.00 | 09/07 | 995054 * | 75.00 |
| 09/12 | 81010 * | 200.00 | 09/15 | 995061 * | 3.04 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 08/31 | 21,095.32 |

THE REGIONS DEPOSIT AGREEMENT IS REVISED
EFFECTIVE IMMEDIATELY FOR CHANGES
RELATED TO EARLY DIRECT DEPOSIT, ACCOUNT
CLOSING, FUNDS AVAILABILITY, ERROR
CORRECTION AND MORE. FOR DETAILS, VISIT
REGIONS.COM/AGREEMENTS.

Case 8:22-bk-03012-RCT    Doc 161-1    Filed 10/24/22    Page 4 of 6

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

| | | 2 |
|---|---|---|
| **ACCOUNT #** | | ████8245 |
| | | 092 |
| Cycle | | 07 |
| Enclosures | | 0 |
| Page | | 1 of 4 |

## LIFEGREEN CHECKING
September 16, 2022 through October 14, 2022

### DEPOSITS & CREDITS

| | | |
|---|---|---:|
| 09/28 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 1,978.43 |

### WITHDRAWALS

| | | |
|---|---|---:|
| 09/16 | Card Purchase USPS PO 1116680  9402 Clearwater   FL 33762   2972 | 28.40 |
| 09/16 | Recurring Card Transaction Att* Bill Payme  4814 800-331-0500  TX 75211   3020 | 163.01 |
| 09/16 | Card Purchase Tire Express Au  5532 727-2234960  FL 33771   2972 | 150.00 |
| 09/19 | Card Purchase Big Storm Clear  5812 727-4154489  FL 33762   2972 | 26.22 |
| 09/19 | Card Purchase Anthonys #1025  5812 727-7970929  FL 33761   2972 | 76.94 |
| 09/19 | PIN Purchase Publix Super M  5411 Clearwater   FL        3020 | 223.54 |
| 09/19 | Cardinal Solutio Online Pmt Kastrenakes,MI Ckf115191344pos | 350.00 |
| 09/20 | Card Purchase Sq *Tazikis Med  5812 ST Petersburg FL 33716   2972 | 21.52 |
| 09/21 | Card Purchase Bascoms Chop Ho  5812 Clearwater   FL 33762   2972 | 151.15 |
| 09/21 | PIN Purchase Shell Service   5542 Clearwater   FL       3020 | 82.80 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Michael Simbol, NMLS 1746959, at (727)248-1991
or online at www.regionsmortgage.com/michaelsimbol.

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.



Thank You For Banking With Regions!
2022 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #  ███8245

```
                                                            2
                                                          092
                                                Cycle      07
                                            Enclosures      0
                                                 Page   2 of 4
```

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 09/22 | Card Purchase DD/Br #340445 Q  5814 Clearwater   FL 33765   2972 | 7.47 |
| 09/23 | Card Purchase Tst* Big Storm   5814 Clearwater   FL 33760   2972 | 11.90 |
| 09/23 | PIN Purchase The Fresh Mark   5411 Clearwater   FL      3020 | 87.95 |
| 09/23 | Zelle Debit to Kristo  Becka Ref# 226600d02wd0 | 200.00 |
| 09/26 | Card Purchase Shell Oil 57542  5542 Clearwater   FL 33763   2972 | 46.58 |
| 09/26 | Card Purchase Big Storm Clear  5812 727-4154489  FL 33762   2972 | 25.22 |
| 09/26 | Card Purchase Ebay O*07-09139  5311 San Jose     CA 95131   3020 | 1,711.99 |
| 09/26 | Lightscapes     Online Pmt Kastrenakes,MI Ckf115191344pos | 670.00 |
| 09/26 | PIN Purchase The Fresh Mark   5411 Clearwater   FL      3020 | 121.12 |
| 09/26 | PIN Purchase Cvs/Pharm 0108   5912 Clearwater   FL      3020 | 44.85 |
| 09/27 | Card Purchase District South   5812 Tampa        FL 33629   2972 | 111.13 |
| 09/27 | Card Purchase TB Bucs Local E  5812 Tampa        FL 33607   2972 | 19.44 |
| 09/27 | Card Purchase Chevron 0355314  5542 Clearwater   FL 33765   2972 | 78.94 |
| 09/27 | Card Purchase Sq *D Lites Ice  7299 Clearwater   FL 33761   2972 | 28.73 |
| 09/27 | Card Purchase Chevron 0355314  5542 Clearwater   FL 33765   2972 | 24.57 |
| 09/27 | City of Clearwat Online Pmt Kastrenakes,MI Ckf115191344pos | 181.55 |
| 09/27 | Insect Iq      Online Pmt Kastrenakes,MI Ckf115191344pos | 375.00 |
| 09/27 | PIN Purchase Publix Super M   5411 Clearwater   FL      3020 | 107.36 |
| 09/28 | Card Purchase Shell Oil 57542  5542 Clearwater   FL 33763   2972 | 0.20 |
| 09/28 | Card Purchase Emily S Family   5812 Crystal Beach FL 34681   2972 | 36.45 |
| 09/28 | Card Purchase Johnnys Italian  5813 Clearwater   FL 33759   2972 | 56.22 |
| 09/30 | Card Purchase Wawa 5294        5542 Clearwater   FL 33761   2972 | 26.91 |
| 09/30 | Card Purchase Ocean Blue Asia  5812 Clearwater   FL 33759   2972 | 79.95 |
| 09/30 | South State Bank Online Pmt Kastrenakes,MI Ckf115191344pos | 439.81 |
| 09/30 | Wells Fargo Mtg  Online Pmt Kastrenakes,MI Ckf115191344pos | 6,267.94 |

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

2

**ACCOUNT #**       8245

| | |
|---|---|
| | 092 |
| Cycle | 07 |
| Enclosures | 0 |
| Page | 3 of 4 |

## FEES

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 36.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 09/16 | 995050 | 150.00 | 09/16 | 995062 * | 11.72 |
| | | | | Total Checks | $161.72 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 09/30 | 4,234.45 |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.