UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                             Chapter 11

MICHAEL KASTRENAKES,                         Case No. 8:22-bk-1210-CED

      Debtor.
_____/

**DEBTOR'S NOTICE OF PROPOSED
AGENDA FOR NOVEMBER 8, 2022, HEARING**

The Debtor, MICHAEL KASTRENAKES, proposes the following agenda (the "**Agenda**")

for the hearing on November 8, 2022, at 2:00 p.m.:

| Doc. No. | Filing Party(ies) | Matter | Status |
|---|---|---|---|
| **MAIN BANKRUPTCY CASE** <br> **CASE NO. 8:22-bk-1210-CED** | | | |
| 96 | Debtor | Confirmation Hearing on Debtor's Plan of Reorganization | The Debtor has settled with the Vasiloudes Creditors, as set forth in the Unopposed Amendment to Debtor's Plan of Reorganization (Doc. No. 164). As currently constructed, Classes 1, 2, 3, and 5 are unimpaired. The Debtor is prepared to proceed to confirmation. The Debtor has, or expects to have, the vote of Classes 4 (CPX Holdings, LLC), 6 (Grow Financial Federal Credit Union), 8 (Joint Creditors) , 9 (general |
| 164 | Debtor | Unopposed Amendment to Debtor's Plan of Reorganization | |
| 103 | Cygram Heritage, et al | Objection to Confirmation of Plan and of Adequacy of Disclosure (settled) | |
| 138 | Zervas and Papaspanos | Joinder Notice In Omitted Creditors' Objection To Adequacy of Disclosure and to Confirmation of Debtor's Plan of Reorganization (Related Doc. 103) | |
| 140 | Westlake | Objection to Confirmation of Plan | |

| Doc. No. | Filing Party(ies) | Matter | Status |
|---|---|---|---|
| 141 | NextGear | Objection to Confirmation of Plan, Objection to Disclosure Statement | unsecured creditors), and 10 (Vasiloudes Creditors). Class 7 (NY Life) did not cast a ballot. The Debtor requests that the Court set a final confirmation hearing. |
| 136 | Debtor | Objection to Claim No. 22 filed by State of Florida, Department of Revenue | The Debtor requests that the Court set this for a final hearing. |
| 154 | DOR | Response to Debtor's Objection to Claim No. 22 filed by State of Florida, Department of Revenue | |

| ADVERSARY PROCEEDINGS ||||
|---|---|---|---|
| **8:22-ap-55-CED – Kastrenakes v NextGear Capital, Inc.** <br> **Complaint for Injunctive Relief** ||||
| 2 | Debtor | Continued Motion for Preliminary Injunction with Supporting Memorandum of Law | Given the substantial progress being made in the case, the Debtor requests an extension of the preliminary injunction pending confirmation. NextGear opposes the injunction. |
| 12 | Cygram Heritage, et al | Response and Memorandum of Law in Opposition to Motion for Preliminary Injunction | |
| 30 | Thomas Zervas | Joinder to Response and Memorandum of Law in Opposition to Motion for Preliminary Injunction | |
| 43 | Debtor | Renewed Emergency Motion for Preliminary Injunction | |
| 49 | NextGear | Objection to Renewed Emergency Motion for Preliminary Injunction | |
| **VASILOUDES LITIGATION** ||||
| **8:22-ap-95-CED – Vasiloudes et al v Kastrenakes** <br> **Conversion of Funds/Fraud** ||||
| 1 | | Pretrial Conference | |

| | | | |
|---|---|---|---|
| 6 | Debtor | Motion to Dismiss Adversary Proceeding | This adversary proceeding will be dismissed with prejudice if the Plan is confirmed. The Parties request that these matters be continued to confirmation. |
| 11 | Plaintiff | Response to Motion to Dismiss Adversary Proceeding | |
| 39 | Debtor | Amended Agreed Motion for Extension of Time for all Defendants to Respond to Discovery Propounded by the Vasiloudes Creditors | The Parties request that the Motion be granted. |
| **Discovery Disputes** | | | |
| 7 | Debtor | Objection to Notice of Serving Subpoena to Non-Parties | These pleadings will be withdrawn if the Plan is confirmed. The Parties request that these matters be continued to confirmation. |
| 8 | Maria Kastrenakes | Objection to Notice of Serving Subpoena to Non-Parties | |
| 12 | Plaintiff | Response to Objection to Notice of Serving Subpoena (Doc. 7) | |
| 13 | Plaintiff | Response to Objection to Notice of Serving Subpoena (Doc. 8) | |

| | | | |
|---|---|---|---|
| **8:22-ap-96-CED – Cygram Heritage, LLLP et al v Kastrenakes** **Conversion of Funds/Fraud** | | | |
| 1 | | Pretrial Conference | This adversary proceeding will be dismissed with prejudice if the Plan is confirmed. The Parties request that these matters be continued to confirmation. |
| 9 | Debtor | Motion to Dismiss Adversary Proceeding | |
| 13 | Plaintiff | Response to Motion to Dismiss Adversary Proceeding | |
| **8:22-ap-112-CED – Removed Action** **NextGear Capital, Inc. v Kastrenakes et al** **Complaint for Damages and Replevin** | | | |
| 1 | | Pretrial Conference | The Debtor filed an objection to NextGear's claim and filed a motion to consolidate the claim objection with the removed adversary proceeding. The Debtor intends to proceed with this litigation. A trial and pre-trial schedule needs to be established. |

| | | | |
|---|---|---|---|
|  | **8:22-ap-113-CED – Removed Action**<br>**Vasiloudes et al v Kastrenakes et al**<br>**Complaint for Damages** | | |
| 1 | Debtor | Continued Pretrial Conference | The Debtor, Maria Kastrenakes, New Wave Acceptance, LLC, Platinum Auto Finance, LLC, and MK Automotive, Inc. will be dismissed with prejudice if the Plan is confirmed. The remaining claims against Platinum Auto Finance of Tampa Bay, LLC would likely be remanded to state court. The Parties request that these matters be continued to confirmation. |
| 62 | Debtor | Motion to Dismiss Counts I-V, VII and IX of Amended Complaint | |
| 63 | Maria Kastrenakes | Motion to Dismiss Counts VII and IX of Amended Complaint | |
| 65 | New Wave | Motion to Dismiss Counts II, VIII, and IX of Amended Complaint | |
| 76 | Cygram Heritage, et al | Objection to PAF Abatement Motion | |
| 80 | Cygram Heritage | Response to Dismissal Motions | |
| 97 | Debtor | Amended Agreed Motion for Extension of Time for all Defendants to Respond to Discovery Propounded by the Vasiloudes Creditors | The Parties request that the Motion be granted. |
| 50 | Cygram Heritage, et al | Motion to Compel Mediation against PAF | Not a Debtor issue |
| 54 | Platinum Auto Finance | Motion to Dismiss Adversary Proceeding and to Strike Plaintiff's Claim for Attorney Fees | Not a Debtor issue |
| 56 | Platinum Auto Finance | Motion to Stay Discovery Pending Resolution of Motion to Dismiss | Not a Debtor issue |
|  | **8:22-ap-114-CED – Removed Action**<br>**Vasiloudes et al v Kastrenakes et al**<br>**Complaint for Damages** | | |
| 1 | Debtor | Pretrial Conference | The Debtor and Kevin E. Hawkins will be dismissed with prejudice if the Plan is confirmed. The remaining claims against the other defendants would likely be remanded to state court. The Parties request that these |

| | | | |
|---|---|---|---|
| | | | matters be continued to confirmation. |
| 32 | Cygram Heritage, et al | Motion to Compel Mediation as to ICO Defendants | Not a Debtor issue |
| 54 | Debtor | Amended Agreed Motion for Extension of Time for all Defendants to Respond to Discovery Propounded by the Vasiloudes Creditors | The Parties request that the Motion be granted. |
| **8:22-ap-115-CED – Removedddd Action** **Vasiloudes et al v Maria Kastrenakes et al** **Complaint as to Trusts** | | | |
| 1 | Debtor | Pretrial Conference | This adversary proceeding will be dismissed with prejudice if the Plan is confirmed. The Parties request that these matters be continued to confirmation. |
| 7 | Plaintiffs | Motion for Remand, Abstention and/or Permissive Abstention | |
| 14 | Maria Kastrenakes | Response in Opposition to Plaintiff Creditors' Motion for Remand, for Mandatory Abstention and/or Permissive Abstention | |
| 15 | Debtor | Response in Opposition to Plaintiff Creditors' Motion for Remand, for Mandatory Abstention and/or Permissive Abstention | |
| 24 | Debtor | Motion to Intervene as Defendant and Motion for Extension of Time to File a Responsive Pleadings Required by Fed.R.Civ.P. 24(c) | |
| 25 | Debtor | Motion to Extend Time to File Responsive Pleading | |
| 28 | Plaintiffs | Objection to Debtor/Intervenor's Motion to Extend Time to File the Responsive Pleadings Required by Fed.R.Civ.P. 24(c) | |
| **8:22-ap-118-CED – Vasiloudes et al v Kastrenakes** **Complaint Objecting to Insider Claims and Seeking Equitable Subordination** | | | |
| 19 | Debtor | Motion to Dismiss Adversary Proceeding | The Plan currently provides for a partial subordination of CPX Holdings, LLC's secured claim. The Debtor does not oppose complete |
| 20 | Maria Kastrenakes, et al | Motion to Dismiss Adversary Proceeding | |

4871-4043-4749, v. 1

| 23 | Cygram Heritage, et al | Response to Motion to Dismiss (Doc. 20) | subordination of the unsecured claims of Evangeline Kastrenakes and Pagona Kokolakis. The Parties request that these matters be continued to confirmation. |
|---|---|---|---|
| 24 | Cygram Heritage, et al | Response to Motion to Dismiss (Doc. 19) | |
| **8:22-ap-122-CED – Removed Action**<br>**Zervas, et al v Kastrenakes et al**<br>**Complaint for Damages, Unjust Enrichment** | | | |
| 1 | Debtor | Pretrial Conference | This adversary proceeding was remanded to state court and abated in state court pending confirmation, dismissal or conversion of the case. *See* Doc. No. 21. |

*/s/ Edward J. Peterson*
Edward J. Peterson (FBN 0014612)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: epeterson@srbp.com
Attorneys for Debtor

4871-4043-4749, v. 1