UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 11

MICHAEL KASTRENAKES,                          Case No. 8:22-bk-1210-CED

    Debtor.
_____

**NEXTGEAR CAPITAL, INC.'S OBJECTION TO
<u>CLAIM NO. 14 FILED BY FIRST HOME BANK</u>**

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> **IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER YOU MUST FILE A RESPONSE WITH THE CLERK OF COURT AT SAM M. GIBBONS UNITED STATES COURTHOUSE, 801 NORTH FLORIDA AVENUE, SUITE 555, TAMPA, FLORIDA 33602, WITHIN THIRTY (30) DAYS FROM THE DATE OF THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS IF THIS PAPER WAS SERVED ON ANY PARTY BY U.S. MAIL.**
>
> **IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER NOTIFY YOU OF A HEARING DATE OR THE COURT WILL CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED IN THIS PAPER WITHOUT A HEARING. IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, AND THE COURT MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**
>
> **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE. IF THE PAPER IS AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE, YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED IF YOU DO NOT TIMELY FILE AND SERVE A RESPONSE.**

    NEXTGEAR CAPITAL, INC. (**"NextGear"**), a party in interest, objects to Claim No. 14 (the **"Claim"**) filed by First Home Bank **("Claimant")** and respectfully requests the entry of an order disallowing the Claim in its entirety. In support thereof, NextGear states as follows:

    1.    On March 27, 2022 (the **"Petition Date"**), the Debtor filed with this Court his Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the

**"Bankruptcy Code"),** and made an election to proceed under Subchapter V of the Small Business Reorganization Act, as amended.

2. On June 13, 2022, the Debtor filed an Amended Petition eliminating the Subchapter V election.

3. On June 6, 2022, Claimant filed the Claim in the total amount of $1,674,992.40, as a claim secured by Debtor's interests in CallPass, LLC and Ximplipay, LLC ("**Collateral**"). The Claim was filed in the amount of $1,674,992.40 of which $1,124,992.40 is unsecured and $550,000.00 is secured in an Investment Account. The Claim attaches various loan documents. The Claim lacks a security agreement or evidence of perfection of any security interest held by Claimant. Debtor's Plan filed on July 21, 2022 [D.E. 96] classified First Home Bank as a Class 5 claimant that is secured in full in the amount of $1,674,992.40 with such classified claim being paid in full. The Claim states otherwise. The Claim should be disallowed in its entirety or treated as an unsecured claim.

4. NextGear reserves the right to supplement or amend this objection as discovery proceeds.

**WHEREFORE**, NextGear Capital, Inc. respectfully requests that this Court enter an order sustaining the objection, disallowing the Claim in its entirety, and providing such other and further relief as may be just.

DATED: November 4, 2022

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: */s/ Nicolette Corso Vilmos*
Nicolette Corso Vilmos
Florida Bar No. 0469051
390 North Orange Avenue, Suite 1400
Orlando, FL  32801
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
nicolette.vilmos@nelsonmullins.com

**BOSE McKINNEY & EVANS LLP**
David J. Jurkiewicz *(Admitted Pro Hac Vice)*
Indiana Bar No. 18018-53
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5364
Facsimile:  (317) 223-0364
djurkiewicz@boselaw.com

*Attorneys for NextGear Capital, Inc.*

4464993

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *NextGear Capital, Inc.'s Objection to Claim No. 14 Filed by First Home Bank* was furnished on this 4th day of November, 2022 by the Court's CM/ECF electronic noticing system to all parties receiving CM/ECF electronic noticing and by U.S. mail to:

First Home Bank
Attn: Robert B. George & Ryan J. Mittauer
The Liles Firm, PA
50 N Laura St., Suite 1200
Jacksonville, FL  32202
Tampa, FL  33601-3913

                                                 */s/ Nicolette C. Vilmos*
                                                 Nicolette C. Vilmos