**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: November 7, 2022**

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:22–bk–01210–CED<br>Chapter 11 |
| Michael Kastrenakes | |
| _____Debtor*_____/ | |

### ORDER OVERRULING OBJECTION TO CLAIM NO. 13 OF CPX HOLDINGS, LLC

THIS CASE came on for consideration, without hearing, of the Objection to Claim No. 13 of CPX Holdings, LLC filed by NextGear Capital, Inc. , Doc. # 166 . After review, the Court determines that the objection is deficient as follows:

> Service upon the claimant is not indicated or the claimant was not served in the manner required by the Federal Rules of Bankruptcy Procedure or Local Rules. Fed. R. Bankr. P. 3007(a), and Local Rule 3007–1(b).

Accordingly it is

**ORDERED:**

The objection is overruled to allow movant to file an amended objection.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.