UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

MICHAEL KASTRENAKES,                             Case No. 8:22-bk-1210-CED

      Debtor.
_____/

**DEBTOR'S MOTION TO SHORTEN TIME FOR HEARING
ON MOTION TO APPROVE COMPROMISE WITH DR. PANAYIOTIS
VASILOUDES, CYGRAM HERITAGE, LLLP, CYGRAM HOLDINGS, L.P.,
PANEVAS, LLC, TRIFON HOUVARDAS, AND K&M INSURANCE INVESTORS, LLC**

MICHAEL KASTRENAKES, as debtor and debtor in possession (the "**Debtor**"), respectfully requests the entry of an order shortening the time for notice of the hearing on the *Motion to Approve Compromise with Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC* (Doc. No. 178) (the "**Compromise Motion**"). In support of this motion, the Debtor respectfully represents as follows:

**Jurisdiction**

1. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§157 and 1334. The subject matter of this motion is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §1408.

2. The statutory predicates for the relief sought herein are 11 U.S.C. §§ 105, 1107, and 1108, Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9019-1.

**Background**

3. On March 27, 2022, the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), and made an election to proceed under Subchapter V of the Small Business Reorganization Act, as amended.

4. On June 13, 2022, the Debtor filed an Amended Petition eliminating the Subchapter V election.

5. The Debtor continues to manage his property as debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

6. Prior to the Petition Date, the Vasiloudes Creditors[1] filed various lawsuits against the Debtor and others in Pinellas County Circuit Court ("**State Court**"), which lawsuits the Debtor removed to this Court.

7. After the Petition Date, the Vasiloudes Creditors filed various adversary proceedings against the Debtor and others in this Court.

8. On July 1, 2022, the Debtor filed his *Disclosure Statement and Plan of Reorganization for the Debtor Under Chapter 11* (Doc. No. 96)(the "**Plan**").

9. Since the Petition Date, the Debtor and the Vasiloudes Creditors have been engaged in settlement discussions and mediation with R. Scott Shuker to resolve their disputes.

10. The Parties have reached an agreement to resolve their disputes, the terms of which are set forth in that certain *Unopposed Amendment to Debtor's Plan of Reorganization* (Doc. No. 164) (the "**First Plan Amendment**") filed on October 31, 2022.

11. On November 7, 2022, the Debtor filed the Compromise Motion, seeking Court approval of a settlement which resolves all disputes between the Debtor and the Vasiloudes

---

[1] Defined terms used herein, but not otherwise defined herein, shall have the meanings ascribed to them in the Compromise Motion.

Creditors. The Compromise Motion describes the terms of the settlement as set forth in the First Plan Amendment, and attaches the First Plan Amendment as Exhibit A.

12. Confirmation of the Debtor's Plan, as amended by the First Plan Amendment is scheduled for November 8, 2022, at 2:00 p.m.

13. Rule 2002(a)(3) of the Federal Rules of Bankruptcy Procedure requires at least 21 days' notice by mail of any hearing on approval of a compromise. Bankruptcy Rule 9006(c)(1) permits the Court to shorten the time, and Rule 9006(c)(2) does not prohibit such shortening of time.

14. The Debtor submits that shortening the 21-day notice period to 14 days is appropriate since the major constituents in the case have been involved in the case since its filing on March 27, have been apprised of the disputes between the Debtor and the Vasiloudes Creditors for months, and the First Plan Amendment, which discloses the terms of the settlement has already been on file for a week.

15. Accordingly, the Debtor requests that the Compromise Motion be set for hearing as soon after the shortened 14-day period as this Court's calendar permits.

WHEREFORE, the Debtor requests the entry of an order in the form attached as **Exhibit A**: (a) granting this motion; (b) scheduling the hearing on the Compromise Motion; and (c) providing such further relief as is just.

    */s/ Amy Denton Harris*
    Edward J. Peterson (FBN 0014612)
    Amy Denton Mayer (FBN 0634506)
    Stichter, Riedel, Blain & Postler, P.A.
    110 E. Madison Street, Suite 200
    Tampa, Florida 33602-4718
    Telephone: (813) 229-0144
    Email: epeterson@srbp.com; amayer@srbp.com
    Attorneys for Debtor

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing *Debtor's Motion to Shorten Time for Hearing on Motion to Approve Compromise with Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P.,Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC* has been furnished on this 7th day of November, 2022, by either the Court's electronic noticing system or by U.S. mail to all creditors on the Court's matrix.

                                                  */s/ Amy Denton Mayer*
                                                  Amy Denton Mayer

4859-1299-8973, v. 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:22-bk-01210-CED<br>Middle District of Florida<br>Tampa<br>Mon Nov  7 14:57:06 EST 2022 | (p)AUTOMOTIVE FINANCE CORPORATION<br>11299 N ILLINOIS ST<br>CARMEL IN 46032-8887 | CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 |
| Cygram Heritage, LLLP<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP, Derivatively, on beha<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Holdings, L.P.<br>c/o John A. Anthony, Esq.<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| First Home Bank<br>c/o Robert B. George, Esq.<br>The Liles Firm, PA<br>50 N Laura St., Ste 1200<br>Jacksonville, FL 32202-3670 | Grow Financial Federal Credit Union<br>Sorenson Van Leuven, PLLC<br>c/o J. Blair Boyd<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Trifon Houvardas<br>c/o John A. Anthony, Esq.<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| K&M Insurance Investors, LLC<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Maria Kastrenakes<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | Michael Kastrenakes<br>1755 McCauley Rd.<br>Clearwater, FL 33765-1510 |
| Jerry Makris, C.P.A.<br>Jerry Makris C.P.A., P.A.<br>2110 Drew Street<br>Clearwater, FL 33765-3231 | Shirley Palumbo<br>Greenspoon Marder LLP<br>City Place, 525 Okeechobee Blvd., Suite<br>West Palm Beach, FL 33401-6306 | Platinum Auto Finance of Tampa Bay<br>c/o Joel Aresty, Esq.<br>309 1st Ave S<br>Tierra Verde, Fl 33715-2231 |
| Thomas K. Rowe<br>19 Harbour Isle W.<br>#105<br>Ft. Pierce, FL 34949-2771 | Murray B. Silverstein<br>401 East Jackson Street<br>Suite 3650<br>Tampa, FL 33602-5252 | SouthState Bank, N.A.<br>c/o Robert C. Schermer, Esq.<br>Greene Hamrick Schermer & Johnson PA<br>410 43rd St. W., Ste. N<br>Bradenton, FL 34209-2923 |
| James H Sutton<br>Moffa, Sutton & Donnini, P.A.<br>8875 Hidden River Parkway<br>Suite 300<br>Tampa, FL 33637-2087 | Thomas Zervas And Konstantinos Papaspanos<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 | Martha Thorn<br>The Thorn Collection<br>Coldwell Banker International Real Estat<br>598 Indian Rocks Road<br>Belleair Bluffs, FL 33770-2016 |
| Panayiotis Vasiloudes<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Wells Fargo Bank, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 | Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler St.<br>Courthouse Tower - 25th FL<br>Miami, FL 33130-1808 |
| William Hilgenfeldt<br>Greenspoon Marder LLP<br>c/o Shirley Palumbo, Esq.<br>City Place, 525 Okeechobee Blvd.<br>Suite 900<br>West Palm Beach, FL 33401 | Automotive Finance Corporation<br>Jennifer Smith Thomas<br>Rumberger Kirk & Caldwell P.A.<br>300 South Orange Avenue, Suite 1400<br>Orlando, Florida 32801-3380 | CPX Holdings, LLC<br>1755 McCauley Rd.<br>Clearwater, FL 33765-1510 |
| CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Adam Lawton Alpert, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | CallPass, LLC<br>4592 Ulmerton Rd., #201<br>Clearwater, FL 33762-4107 | Carlouel Yacht Club<br>1091 El Dorado Ave.<br>Clearwater Beach, FL 33767-1099 |

| | | |
|---|---|---|
| Courtney Leasing, Inc.<br>8126 Benrus Street<br>Orlando, FL 32827-5074 | Courtney Leasing, Inc.<br>Danielle S. Kemp, Esq.<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | Cygram Heritage, LLLP<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 |
| Cygram Heritage, LLLP<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP, derivatively on behal<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Cygram Holdings, L.P. -<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Holdings, LP<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Deanna Tsetsekas<br>300 Lepredhaun Lane<br>Dunedin, FL 34698 |
| Department of Revenue -<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Dr. Panayiotis Vasiloudes<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 | Dr. Panayiotis Vasiloudes -<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Evangeline Kastrenakes<br>1780 McCauley Rd.<br>Clearwater, FL 33765-1541 | First Home Bank<br>5250 Park Blvd. N.<br>Pinellas Park, FL 33781-3417 | First Home Bank<br>ATT: Robert B. George & Ryan J. Mittauer<br>The Liles Firm, PA<br>50 N Laura St., Ste. 1200<br>Jacksonville, FL 32202-3670 |
| Florida Department of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 | George Lagos<br>1473 Sturbridge Ct.<br>Dunedin, FL 34698-2263 | Gilbert M. Singer, Esquire<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 |
| Greenspoon Marder LLP<br>C/O Shirley Palumbo, Esq.<br>City Place,525 Okeechobee Blvd, Suite 90<br>West Palm Beach, FL 33401-6306 | Grow Financial<br>P.O. Box 89909<br>Tampa, FL 33689-0415 | Grow Financial Credit Union<br>Sorenson Van Leuven, PLLC.<br>J. Blair Boyd, Esquire<br>Post Office Box 3637<br>Tallahassee, FL  32315-3637 |
| HF Financial, LLC<br>701 Spottis Woode Lane<br>Clearwater, FL 33756-5267 | Howard Howell<br>701 Spottis Woode Lane<br>Clearwater, FL 33756-5267 | Internal Revenue Service -<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Irene Pappas, Trustee of the Irene<br>Pappas Revocable Trust utd 8/23/99<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 | Jeff Hackett<br>1515 E. Lake Woodlands Pkwy.<br>Oldsmar, FL 34677-1903 | Julia Rice, Esq.<br>State Attorney's Office<br>P.O. Box 5028<br>Riverview, FL 33578 |
| K&M Insurance Investors, LLC -<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Konstantinos Papaspanos<br>c/o Gilbert M. Singer, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Maria Kastrenakes -<br>c/o Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |

| | | |
|---|---|---|
| New York Life Insurance and Annuity Corp.<br>P.O. Box 139052<br>Dallas, TX 75313-9052 | New York Life Insurance and Annuity Corporation<br>P.O. Box 6916<br>Cleveland, OH 44101-1916 | NextGear Capital, Inc. -<br>11799 North College Avenue<br>Carmel, IN 46032-5605 |
| NextGear Capital, Inc.<br>c/o Nicolette C. Vilmos, Esq.<br>Nelson Mullins Riley & Scarborough LLP<br>390 North Orange Avenue<br>Suite 1400<br>Orlando, FL 32801-1687 | NextGear Capital, Inc.<br>c/o Nicolette Vilmos, Esq.<br>390 N. Orange Ave., #1400<br>Orlando, FL 32801-1687 | Office of the Attorney General, State of Flo<br>Department of Legal Affairs<br>3507 E. Frontage Road, Suite 325<br>Tampa, FL 33607-1795 |
| Pagona Kokolakis<br>103 Buena Vista Dr. S.<br>Dunedin, FL 34698-3305 | Panayiotis Vasiloudes, MD, PHD<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Platinum Auto Finance of Tampa Bay, LLC<br>c/o Joel M. Aresty, P.A.<br>309 1st Ave S.<br>Tierra Verde, FL 33715-2231 |
| Shirley Palumbo, Esq.<br>Edmund O. Loos, III, Esq.<br>201 E. Pine St., Ste 500<br>Orlando FL 32801-2718 | Shirley Palumbo, Esq.<br>Greenspoon Marder LLP<br>401 E Jackson Street, Suite 3650<br>Tampa FL 33602-5252 | South State Bank<br>P.O. Box 9602<br>Nichols, FL 33863 |
| SouthState Bank<br>3711 Tampa Rd.<br>Oldsmar, FL 34677-6309 | SouthState Bank N.A. -<br>Attn: Bankruptcy<br>PO Box 1900<br>Cornelia, GA 30531-7900 | SouthState Bank, N.A. -<br>c/o Robert C. Schermer, Esq.<br>410 43rd St. W., Ste. N<br>Bradenton, FL 34209-2923 |
| SouthState Bank, NA<br>Att: Edward J Peterson III, Esq<br>Stichter Riedel Blain & Postler, PA<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Teresa M. Hair<br>Brock and Scott, PLLC<br>Attorneys at Law<br>8757 Red Oak Blvd.<br>Charlotte, NC 28217-3983 | Thomas Zervas<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 |
| Thomas Zervas<br>c/o Gilbert Singer, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Thomas Zervas and Konstantinos Papaspanos -<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 | Trifon Houvardas -<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Vasilios and Eva Gargeros<br>2132 Gulf View Blvd., Unit 14/24<br>Dunedin, FL 34698-2101 | WESTLAKE FLOORING COMPANY, LLC<br>c/o Ira Scot Silverstein, Esquire<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street- 25th Floor<br>Miami, FL 33130-1817 |
| Wells Fargo Bank, N.A. -<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis MN 55440-1629 | Wells Fargo Mortgage<br>101 N. Phillips Ave.<br>Sioux Falls, SD 57104-6714 | Wells Fargo, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 |
| Westlake Flooring Co LLC<br>c/o Liebler, Gonzales & Portuondo<br>44 West Flagler Street - 25th Floor<br>Miami, FL 33130-1808 | Westlake Flooring Co., LLC<br>8000 Wilshire Blvd.<br>Los Angeles, CA 90010 | Westlake Flooring Co., LLC<br>c/o James R. Liebler, II, Esq.<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street 25th Floor<br>Miami, FL 33130-1817 |

| | | |
|---|---|---|
| Joel M Aresty +<br>Joel M. Aresty, P.A.<br>309 1st Ave S<br>Tierra Verde, FL 33715-2231 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Robert Schermer I +<br>Greene Hamrick Perrey Quinlan & Schermer<br>PO Box 551<br>Bradenton, FL 34206-0551 |
| Ira Scot Silverstein +<br>Liebler, Gonzalaez & Portuondo<br>44 West Flagler Street, 25th Floor<br>Miami, FL 33130-1808 | Nicolette C Vilmos +<br>Nelson Mullins Broad and Cassel<br>390 North Orange Avenue, Suite 1400<br>Orlando, FL 32801-1687 | Amy Denton Mayer +<br>Stichter Riedel Blain & Postler, P.A.<br>110 E Madison Street<br>Suite 200<br>Tampa, FL 33602-4718 |
| Adam L Alpert +<br>Bush Ross P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | John A Anthony +<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | David J. Jurkiewicz +<br>Bose McKinney & Evans LLP<br>135 N. Pennsylvania St, #2700<br>Suite 2700<br>Indianapolis, IN 46204-4407 |
| Edward J. Peterson III +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Robert Bruce George +<br>The Liles Firm, PA<br>50 N Laura St<br>Suite 1200<br>Jacksonville, FL 32202-3670 | J Steven Wilkes +<br>Office of United States Trustee<br>501 East Polk Street<br>Tampa, FL 33602-3949 |
| Teresa M Hair +<br>Brock and Scott, PLLC<br>8757 Red Oak Blvd<br>Ste #150<br>Charlotte, NC 28217-3977 | Danielle S Kemp +<br>Greenberg Traurig, P.A.<br>Bank of America Plaza<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | State Of Florida Dept. of Revenue (LL) +<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| Nicole Mariani Noel +<br>Kass Shuler, P.A.<br>PO Box 800<br>Tampa, FL 33601-0800 | Andrew J Mongelluzzi +<br>Clearwater Business Law, LLC<br>30846 US Hwy 19 N<br>Palm Harbor, FL 34684-4409 | Shirley R Palumbo +<br>Greenspoon Marder Law<br>City Place<br>525 Okeechobee Boulevard, Suite 900<br>West Palm Beach, FL 33401-6306 |
| John Blair Boyd +<br>Sorenson Van Leuven Law Firm<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Andrew J Ghekas +<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | James Randolph Liebler II +<br>Liebler, Gonzalez & Portuondo<br>25th Floor Courthouse Tower<br>44 West Flagler Street<br>Miami, FL 33130-1817 |
| (p)KATHLEEN L DISANTO TRUSTEE<br>BUSH ROSS P A<br>PO BOX 3913<br>TAMPA FL 33601-3913 | Murray B Silverstein +<br>Greenspoon Marder, PA<br>401 E Jackson Street, Suite 1825<br>Tampa, FL 33602-5841 | Nathan A Wheatley +<br>Office of the U.S. Trustee<br>501 E. Polk St., Suite1200<br>Tampa, FL 33602-3945 |
| Ruediger Mueller +<br>Dr. Mueller Associates, Inc.<br>1112 Watson Court<br>Reunion, FL 34747-6784 | Jennifer Smith Thomas +<br>Rumberger Kirk<br>300 South Orange Avenue<br>Orlando, FL 32801-3372 | Kristian S Oldham +<br>Florida Department of Revenue<br>2450 Shumard Oak Blvd.<br>Tallahassee, FL 32399-7022 |

       The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
       by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation<br>11299 N. Illinois St<br>Carmel, IN 46032 | U.S. Bank National Association -<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | (d)U.S. Bank, N.A.<br>P.O. Box 3427<br>Oshkosh, WI 54902 |
| (d)U.S. Bank, N.A.<br>Southeast RV/Marine<br>P.O. Box 790179<br>Saint Louis, MO 63179-0179 | Kathleen L DiSanto +<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtney Leasing, Inc. | (u)Caryl E. Delano<br>Tampa | (u)Moffa, Sutton & Donnini, P.A. |
| (u)NextGear Capital, Inc. | (u)Stichter, Riedel, Blain & Postler, P.A. | (d)CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |
| (d)THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients   116<br>Bypassed recipients     8<br>Total                 124 |

# EXHIBIT A

4859-1299-8973, v. 1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:     Chapter 11

MICHAEL KASTRENAKES,     Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO SHORTEN TIME
FOR HEARING ON MOTION TO APPROVE COMPROMISE WITH DR.
PANAYIOTIS VASILOUDES, CYGRAM HERITAGE, LLLP, CYGRAM HOLDINGS, L.P.,
PANEVAS, LLC, TRIFON HOUVARDAS, AND K&M INSURANCE INVESTORS, LLC**

THIS CASE came before the Court for consideration of the *Debtor's Motion to Shorten time for Hearing on Motion to Approve Compromise with Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC* (Doc. No. \*\*\*) (the "**Motion**")[1]. The Court having considered the Motion together with the record, finds that the Motion is well taken and should be granted. Accordingly, it is

**ORDERED** that:

1.    The Motion is granted.

---

[1] Unless otherwise defined herein, capitalized terms have the same meanings ascribed to them in the Motion.

2

    2.    The hearing on the Compromise Motion is hereby scheduled for _____ at _____.

*Attorney Edward J. Peterson is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.*