

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/08/2022 02:00 PM

COURTROOM   9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:22-bk-01210-CED | 11 | 03/27/2022 |

**Chapter 11**

**DEBTOR:**   Michael Kastrenakes

**DEBTOR ATTY:**   Amy Mayer

**TRUSTEE:**   Ruediger Mueller

**HEARING:**

(1) Objection to Claim(s). Claim No. 2 filed by State of Florida - Department of Revenue. Contains negative notice. Filed by Edward J. Peterson III on behalf of Debtor Michael Kastrenakes (Peterson, Edward) Doc #136
- Response to Objection to Claim No. 2 Filed by Kristian S Oldham on behalf of Creditor State Of Florida Dept. of Revenue (LL) (related document(s)[136]). (Oldham, Kristian) Doc #154
(2) Continued Confirmation Hearing
- Objection to Confirmation of Debtor's Plan of Reorganization and Objection of Adequacy of Disclosure Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[96]). (Anthony, John) Doc #103
- Joinder Notice In Omitted Creditors' Objection To Adequacy of Disclosure and to Confirmation of Debtor's Plan of Reorganization Filed by Nicole Mariani Noel on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos (related document(s)[103]). (Noel, Nicole) Doc #138
- Objection to Confirmation of Plan Filed by James Randolph Liebler II on behalf of Creditor Westlake Flooring Company, LLC (related document(s)[96]). (Attachments: # [1] Exhibit A PNLSA # [2] Exhibit B Personal Guaranty # [3] Exhibit C UCC1 2018 # [4] Exhibit D POC)(Liebler, James) Doc #140
- Objection to Confirmation of Plan , Objection to Disclosure Statement Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[96]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C)(Vilmos, Nicolette) Doc #141
*(3) Objection to Claim(s). Claim No. 11 filed by NextGear Capital, Inc.. Contains negative notice. Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #127
- Response to Debtor's Objection to Claim No. 11 Filed by David J. Jurkiewicz on behalf of Creditor NextGear Capital, Inc. (related document(s)[127]). (Jurkiewicz, David) Doc #148
*(4) Motion to Consolidate Objection to Claim No. 11 in 8:22-bk-1210-CED with Complaint in Adversary Case No. 8:22-ap-112-CED Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #152
- Unopposed Amendment to Chapter 11 Plan of Reorganization . Filed by Edward J. Peterson III on behalf of Debtor Michael Kastrenakes. (Peterson, Edward); Doc #164

**APPEARANCES:**: Edward Peterson, Amy Mayer, Ben Lambers, Ruediger Mueller, John Anthony, Nicholas Lafalce, Kristian Oldham, Blair Boyd, Ira Silverstein, Adam Lawton Alpert, Sean Wagner, Jennifer Smith, Kathryn Copeland, Nicole Noel, David

Jurkiewicz, Ryan Mittauer,

**WITNESSES:**

**EVIDENCE:**

**RULING:**
(1) Objection to Claim(s). Claim No. 2 filed by State of Florida - Department of Revenue. Contains negative notice. Filed by Edward J. Peterson III on behalf of Debtor Michael Kastrenakes (Peterson, Edward) Doc #136   -   Continued to 11/18/2022 at 11:00 am, Announced in Open Court No Further Notice Given


- Response to Objection to Claim No. 2 Filed by Kristian S Oldham on behalf of Creditor State Of Florida Dept. of Revenue (LL) (related document(s)[136]). (Oldham, Kristian) Doc #154

(2) Continued Confirmation Hearing -   Remaining items on calendar   -   Continued to 12/16/2022 at 10:00 am, Announced in Open Court No Further Notice Given


- Objection to Confirmation of Debtor's Plan of Reorganization and Objection of Adequacy of Disclosure Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[96]). (Anthony, John) Doc #103

- Joinder Notice In Omitted Creditors' Objection To Adequacy of Disclosure and to Confirmation of Debtor's Plan of Reorganization Filed by Nicole Mariani Noel on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos (related document(s)[103]). (Noel, Nicole) Doc #138

- Objection to Confirmation of Plan Filed by James Randolph Liebler II on behalf of Creditor Westlake Flooring Company, LLC (related document(s)[96]). (Attachments: # [1] Exhibit A PNLSA # [2] Exhibit B Personal Guaranty # [3] Exhibit C UCC1 2018 # [4] Exhibit D POC)(Liebler, James) Doc #140

- Objection to Confirmation of Plan , Objection to Disclosure Statement Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[96]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C)(Vilmos, Nicolette) Doc #141

*(3) Objection to Claim(s). Claim No. 11 filed by NextGear Capital, Inc.. Contains negative notice. Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #127

- Response to Debtor's Objection to Claim No. 11 Filed by David J. Jurkiewicz on behalf of Creditor NextGear Capital, Inc. (related document(s)[127]). (Jurkiewicz, David) Doc #148

*(4) Motion to Consolidate Objection to Claim No. 11 in 8:22-bk-1210-CED with Complaint in Adversary Case No. 8:22-ap-112-CED Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #152

- Unopposed Amendment to Chapter 11 Plan of Reorganization . Filed by Edward J. Peterson III on behalf of Debtor Michael Kastrenakes. (Peterson, Edward); Doc #164
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.