**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,

      Debtor.
_____/

Case No. 8:22-bk-01210-CED

Chapter 11

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Caryl E. Delano on December 16, 2022 at 10:00 a.m. at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 9A, Tampa, FL 33602 on the following matters:

- NextGear Capital, Inc.'s Objection to Claim No. 16 Filed by Trifon Houvardas [D.E. 168]

- NextGear Capital, Inc.'s Objection to Claim No. 17 Filed by Cygram Holdings, L.P. [D.E. 169]

- NextGear Capital, Inc.'s Objection to Claim No. 18 Filed by Cygram Heritage, LLLP [D.E. 170]

- NextGear Capital, Inc.'s Objection to Claim No. 19 Filed by Dr. Panayiotis Vasiloudes [D.E. 171]

- NextGear Capital, Inc.'s Objection to Claim No. 20 Filed by Cygram Heritage, LLLP [D.E. 172]

- NextGear Capital, Inc.'s Objection to Claim No. 15 Filed by K&M Insurance Investors, LLC [D.E. 173]

2. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

3. The Court may continue this matter upon announcement made in open court without further notice.

4.  Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

DATED: November 15, 2022

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: /s/ Nicolette Corso Vilmos
Nicolette Corso Vilmos
Florida Bar No. 0469051
390 North Orange Avenue, Suite 1400
Orlando, FL  32801
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
nicolette.vilmos@nelsonmullins.com

**BOSE McKINNEY & EVANS LLP**
David J. Jurkiewicz *(Admitted Pro Hac Vice)*
Indiana Bar No. 18018-53
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 684-5364
Facsimile:  (317) 223-0364
djurkiewicz@boselaw.com

*Attorneys for NextGear Capital, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing on all counsel of record or *pro se* parties identified on the CM/ECF service list maintained by the Court on November 15, 2022.

/s/ Nicolette C. Vilmos
Nicolette C. Vilmos

4882-6980-5886