UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:    Chapter 11

MICHAEL KASTRENAKES,    Case No. 8:22-bk-1210-CED

    Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Caryl E. Delano on December 16, 2022, at 10:00 a.m., Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following matter:

*Motion to Approve Compromise with Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC* (Doc. No. 178)

2. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

3. The Court may continue this matter upon announcement made in open court without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Dated: November 15, 2022.

                                             */s/ Amy Denton Mayer*
                                             Edward J. Peterson (FBN 0014612)
                                             Amy Denton Mayer (FBN 0634506)
                                             Stichter Riedel Blain & Postler, P.A.
                                             110 East Madison Street, Suite 200
                                             Tampa, Florida 33602
                                             Telephone: (813) 229-0144
                                             Email: epeterson@srbp.com; amayer@srbp.com
                                             Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing *Notice of Preliminary Hearing* has been furnished on this 15th day of November, 2022, by either the Court's electronic noticing system or by U.S. mail to all creditors on the Court's matrix.

                                            */s/ Amy Denton Mayer*
                                            Amy Denton Mayer

```
Label Matrix for local noticing          (p)AUTOMOTIVE FINANCE CORPORATION       CPX Holdings, LLC
113A-8                                   11299 N ILLINOIS ST                     c/o Bush Ross, P.A.
Case 8:22-bk-01210-CED                   CARMEL IN 46032-8887                    Attn. Kathleen L. DiSanto, Esq.
Middle District of Florida                                                       PO Box 3913
Tampa                                                                            Tampa, FL 33601-3913
Tue Nov 15 14:42:10 EST 2022

Cygram Heritage, LLLP                    Cygram Heritage, LLLP, Derivatively, on beha    Cygram Holdings, L.P.
c/o John A. Anthony, Esq.                Anthony & Partners, LLC                 c/o John A. Anthony, Esq.
Anthony & Partners, LLC, 100 South Ashle 100 S. Ashley Drive, Suite 1600         100 South Ashley Drive, Suite 1600
100 South Ashley Drive, Suite 1600       Tampa, FL 33602-5318                    Tampa, FL 33602-5318
Tampa, FL 33602-5318

First Home Bank                          Grow Financial Federal Credit Union     Trifon Houvardas
c/o Robert B. George, Esq.               Sorenson Van Leuven, PLLC               c/o John A. Anthony, Esq.
The Liles Firm, PA                       c/o J. Blair Boyd                       100 South Ashley Drive, Suite 1600
50 N Laura St., Ste 1200                 Post Office Box 3637                    Tampa, FL 33602-5318
Jacksonville, FL 32202-3670              Tallahassee, FL 32315-3637

K&M Insurance Investors, LLC             Maria Kastrenakes                       Michael Kastrenakes
c/o John A. Anthony, Esq.                c/o Bush Ross, P.A.                     1755 McCauley Rd.
Anthony & Partners, LLC, 100 South Ashle Attn. Kathleen L. DiSanto, Esq.         Clearwater, FL 33765-1510
100 South Ashley Drive, Suite 1600       PO Box 3913
Tampa, FL 33602-5318                     Tampa, FL 33601-3913

Jerry Makris, C.P.A.                     Shirley Palumbo                         Platinum Auto Finance of Tampa Bay
Jerry Makris C.P.A., P.A.                Greenspoon Marder LLP                   c/o Joel Aresty, Esq.
2110 Drew Street                         City Place, 525 Okeechobee Blvd., Suite 309 1st Ave S
Clearwater, FL 33765-3231                West Palm Beach, FL 33401-6306          Tierra Verde, Fl 33715-2231

Thomas K. Rowe                           Murray B. Silverstein                   SouthState Bank, N.A.
19 Harbour Isle W.                       401 East Jackson Street                 c/o Robert C. Schermer, Esq.
#105                                     Suite 3650                              Greene Hamrick Schermer & Johnson PA
Ft. Pierce, FL 34949-2771                Tampa, FL 33602-5252                    410 43rd St. W., Ste. N
                                                                                 Bradenton, FL 34209-2923

James H Sutton                           Thomas Zervas And Konstantinos Papaspanos    Martha Thorn
Moffa, Sutton & Donnini, P.A.            c/o Nicole Mariani Noel                 The Thorn Collection
8875 Hidden River Parkway                P.O. Box 800                            Coldwell Banker International Real Estat
Suite 300                                Tampa, FL 33601-0800                    598 Indian Rocks Road
Tampa, FL 33637-2087                                                             Belleair Bluffs, FL 33770-2016

Panayiotis Vasiloudes                    Wells Fargo Bank, N.A.                  Westlake Flooring Company, LLC
c/o John A. Anthony, Esq.                3476 Stateview Blvd                     c/o Liebler Gonzalez & Portuondo
Anthony & Partners, LLC, 100 South Ashle Fort Mill, SC 29715-7200                44 West Flagler St.
100 South Ashley Drive, Suite 1600                                               Courthouse Tower - 25th FL
Tampa, FL 33602-5318                                                             Miami, FL 33130-1808

William Hilgenfeldt                      Automotive Finance Corporation          CPX Holdings, LLC
Greenspoon Marder LLP                    Jennifer Smith Thomas                   1755 McCauley Rd.
c/o Shirley Palumbo, Esq.                Rumberger Kirk & Caldwell P.A.          Clearwater, FL 33765-1510
City Place, 525 Okeechobee Blvd.         300 South Orange Avenue, Suite 1400
Suite 900                                Orlando, Florida 32801-3380
West Palm Beach, FL 33401

CPX Holdings, LLC                        CallPass, LLC                           Carlouel Yacht Club
c/o Bush Ross, P.A.                      4592 Ulmerton Rd., #201                 1091 El Dorado Ave.
Attn. Adam Lawton Alpert, Esq.           Clearwater, FL 33762-4107               Clearwater Beach, FL 33767-1099
Post Office Box 3913
Tampa, FL 33601-3913
```

| | | |
|---|---|---|
| Courtney Leasing, Inc.<br>8126 Benrus Street<br>Orlando, FL 32827-5074 | Courtney Leasing, Inc.<br>Danielle S. Kemp, Esq.<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | Cygram Heritage, LLLP<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 |
| Cygram Heritage, LLLP<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP, derivatively on behal<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Cygram Holdings, L.P.<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Holdings, LP<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Deanna Tsetsekas<br>300 Lepredhaun Lane<br>Dunedin, FL 34698 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Dr. Panayiotis Vasiloudes<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 | Dr. Panayiotis Vasiloudes<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Evangeline Kastrenakes<br>1780 McCauley Rd.<br>Clearwater, FL 33765-1541 | First Home Bank<br>5250 Park Blvd. N.<br>Pinellas Park, FL 33781-3417 | First Home Bank<br>ATT: Robert B. George & Ryan J. Mittauer<br>The Liles Firm, PA<br>50 N Laura St., Ste. 1200<br>Jacksonville, FL 32202-3670 |
| Florida Department of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 | George Lagos<br>1473 Sturbridge Ct.<br>Dunedin, FL 34698-2263 | Gilbert M. Singer, Esquire<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 |
| Greenspoon Marder LLP<br>C/O Shirley Palumbo, Esq.<br>City Place,525 Okeechobee Blvd, Suite 90<br>West Palm Beach, FL 33401-6306 | Grow Financial<br>P.O. Box 89909<br>Tampa, FL 33689-0415 | Grow Financial Credit Union<br>Sorenson Van Leuven, PLLC.<br>J. Blair Boyd, Esquire<br>Post Office Box 3637<br>Tallahassee, FL  32315-3637 |
| HF Financial, LLC<br>701 Spottis Woode Lane<br>Clearwater, FL 33756-5267 | Howard Howell<br>701 Spottis Woode Lane<br>Clearwater, FL 33756-5267 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Irene Pappas, Trustee of the Irene<br>Pappas Revocable Trust utd 8/23/99<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 | Jeff Hackett<br>1515 E. Lake Woodlands Pkwy.<br>Oldsmar, FL 34677-1903 | Julia Rice, Esq.<br>State Attorney's Office<br>P.O. Box 5028<br>Riverview, FL 33578 |
| K&M Insurance Investors, LLC<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Konstantinos Papaspanos<br>c/o Gilbert M. Singer, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Maria Kastrenakes<br>c/o Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |

```
New York Life Insurance and          New York Life Insurance and          NextGear Capital, Inc.
Annuity Corp.                        Annuity Corporation                  11799 North College Avenue
P.O. Box 139052                      P.O. Box 6916                        Carmel, IN 46032-5605
Dallas, TX 75313-9052                Cleveland, OH 44101-1916


NextGear Capital, Inc.               NextGear Capital, Inc.               Office of the Attorney General, State of Flo
c/o Nicolette C. Vilmos, Esq.        c/o Nicolette Vilmos, Esq.           Department of Legal Affairs
Nelson Mullins Riley & Scarborough LLP  390 N. Orange Ave., #1400         3507 E. Frontage Road, Suite 325
390 North Orange Avenue              Orlando, FL 32801-1687               Tampa, FL 33607-1795
Suite 1400
Orlando, FL 32801-1687


Pagona Kokolakis                     Panayiotis Vasiloudes, MD, PHD       Platinum Auto Finance of Tampa Bay, LLC
103 Buena Vista Dr. S.               c/o John Anthony, Esq.               c/o Joel M. Aresty, P.A.
Dunedin, FL 34698-3305               Anthony & Partners                   309 1st Ave S.
                                     100 S. Ashley Dr., #1600             Tierra Verde, FL 33715-2231
                                     Tampa, FL 33602-5318


Shirley Palumbo, Esq.                Shirley Palumbo, Esq.                South State Bank
Edmund O. Loos, III, Esq.            Greenspoon Marder LLP                P.O. Box 9602
201 E. Pine St., Ste 500             401 E Jackson Street, Suite 3650     Nichols, FL 33863
Orlando FL 32801-2718                Tampa FL 33602-5252


SouthState Bank                      SouthState Bank N.A.                 SouthState Bank, N.A.
3711 Tampa Rd.                       Attn: Bankruptcy                     c/o Robert C. Schermer, Esq.
Oldsmar, FL 34677-6309               PO Box 1900                          410 43rd St. W., Ste. N
                                     Cornelia, GA 30531-7900              Bradenton, FL 34209-2923


SouthState Bank, NA                  Teresa M. Hair                       Thomas Zervas
Att: Edward J Peterson III, Esq      Brock and Scott, PLLC                2632 Velventos Dr.
Stichter Riedel Blain & Postler, PA  Attorneys at Law                     Clearwater, FL 33761-1710
110 East Madison Street, Suite 200   8757 Red Oak Blvd.
Tampa, FL 33602-4718                 Charlotte, NC 28217-3983


Thomas Zervas                        Thomas Zervas and Konstantinos Papaspanos   Trifon Houvardas
c/o Gilbert Singer, Esq.             5104 South Westshore Blvd.           c/o John Anthony, Esq.
5104 S. Westshore Blvd.              Tampa, FL 33611-5650                 Anthony & Partners
Tampa, FL 33611-5650                                                      100 S. Ashley Dr., #1600
                                                                          Tampa, FL 33602-5318


(p)US BANK                           Vasilios and Eva Gargeros            WESTLAKE FLOORING COMPANY, LLC
PO BOX 5229                          2132 Gulf View Blvd., Unit 14/24     c/o Ira Scot Silverstein, Esquire
CINCINNATI OH 45201-5229             Dunedin, FL 34698-2101               Liebler Gonzalez & Portuondo
                                                                          44 West Flagler Street- 25th Floor
                                                                          Miami, FL 33130-1817


Wells Fargo Bank, N.A.               Wells Fargo Mortgage                 Wells Fargo, N.A.
Default Document Processing          101 N. Phillips Ave.                 3476 Stateview Blvd
MAC# N9286-01Y                       Sioux Falls, SD 57104-6714           Fort Mill, SC 29715-7200
P.O. Box 1629
Minneapolis MN 55440-1629


Westlake Flooring Co LLC             Westlake Flooring Co., LLC           Westlake Flooring Co., LLC
c/o Liebler, Gonzales & Portuondo    8000 Wilshire Blvd.                  c/o James R. Liebler, II, Esq.
44 West Flagler Street - 25th Floor  Los Angeles, CA 90010                Liebler Gonzalez & Portuondo
Miami, FL 33130-1808                                                      44 West Flagler Street 25th Floor
                                                                          Miami, FL 33130-1817
```

| | | |
|---|---|---|
| Joel M Aresty +<br>Joel M. Aresty, P.A.<br>309 1st Ave S<br>Tierra Verde, FL 33715-2231 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Robert Schermer I+<br>Greene Hamrick Perrey Quinlan & Schermer<br>PO Box 551<br>Bradenton, FL 34206-0551 |
| Ira Scot Silverstein +<br>Liebler, Gonzalaez & Portuondo<br>44 West Flagler Street, 25th Floor<br>Miami, FL 33130-1808 | Nicolette C Vilmos +<br>Nelson Mullins Broad and Cassel<br>390 North Orange Avenue, Suite 1400<br>Orlando, FL 32801-1687 | Amy Denton Mayer +<br>Stichter Riedel Blain & Postler, P.A.<br>110 E Madison Street<br>Suite 200<br>Tampa, FL 33602-4718 |
| Adam L Alpert +<br>Bush Ross P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | John A Anthony +<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | David J. Jurkiewicz +<br>Bose McKinney & Evans LLP<br>135 N. Pennsylvania St, #2700<br>Suite 2700<br>Indianapolis, IN 46204-4407 |
| Edward J. Peterson III+<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 300<br>Tampa, FL 33602-4718 | Robert Bruce George +<br>The Liles Firm, PA<br>50 N Laura St<br>Suite 1200<br>Jacksonville, FL 32202-3670 | J Steven Wilkes +<br>Office of United States Trustee<br>501 East Polk Street<br>Tampa, FL 33602-3949 |
| Teresa M Hair +<br>Brock and Scott, PLLC<br>8757 Red Oak Blvd<br>Ste #150<br>Charlotte, NC 28217-3977 | Danielle S Kemp +<br>Greenberg Traurig, P.A.<br>Bank of America Plaza<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | State Of Florida Dept. of Revenue (LL) +<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| Nicole Mariani Noel +<br>Kass Shuler, P.A.<br>PO Box 800<br>Tampa, FL 33601-0800 | Andrew J Mongelluzzi +<br>Clearwater Business Law, LLC<br>30846 US Hwy 19 N<br>Palm Harbor, FL 34684-4409 | Shirley R Palumbo +<br>Greenspoon Marder Law<br>City Place<br>525 Okeechobee Boulevard, Suite 900<br>West Palm Beach, FL 33401-6306 |
| John Blair Boyd +<br>Sorenson Van Leuven Law Firm<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Andrew J Ghekas +<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | James Randolph Liebler II+<br>Liebler, Gonzalez & Portuondo<br>25th Floor Courthouse Tower<br>44 West Flagler Street<br>Miami, FL 33130-1817 |
| (p)KATHLEEN L DISANTO TRUSTEE<br>BUSH ROSS P A<br>PO BOX 3913<br>TAMPA FL 33601-3913 | Murray B Silverstein +<br>Greenspoon Marder, PA<br>401 E Jackson Street, Suite 1825<br>Tampa, FL 33602-5841 | Nathan A Wheatley +<br>Office of the U.S. Trustee<br>501 E. Polk St., Suite1200<br>Tampa, FL 33602-3945 |
| Ruediger Mueller +<br>Dr. Mueller Associates, Inc.<br>1112 Watson Court<br>Reunion, FL 34747-6784 | Jennifer Smith Thomas +<br>Rumberger Kirk<br>300 South Orange Avenue<br>Orlando, FL 32801-3372 | Kristian S Oldham +<br>Florida Department of Revenue<br>2450 Shumard Oak Blvd.<br>Tallahassee, FL 32399-7022 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation<br>11299 N. Illinois St<br>Carmel, IN 46032 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | (d)U.S. Bank, N.A.<br>P.O. Box 3427<br>Oshkosh, WI 54902 |
| (d)U.S. Bank, N.A.<br>Southeast RV/Marine<br>P.O. Box 790179<br>Saint Louis, MO 63179-0179 | Kathleen L DiSanto +<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtney Leasing, Inc. | (u)Moffa, Sutton & Donnini, P.A. | (u)NextGear Capital, Inc. |
| (u)Stichter, Riedel, Blain & Postler, P.A. | (d)CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | (d)THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 |

End of Label Matrix
Mailable recipients    116
Bypassed recipients      6
Total                  122