United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 22-01210-CED |
| Michael Kastrenakes | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdfADIdt | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Kastrenakes, 1755 McCauley Rd., Clearwater, FL 33765-1510 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 16, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L Alpert | on behalf of Interested Party Maria Kastrenakes aalpert@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com |
| Adam L Alpert | on behalf of Creditor CPX Holdings  LLC aalpert@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com |
| Amy Denton Mayer | on behalf of Defendant Michael Kastrenakes amayer.ecf@srbp.com  srbpecf@srbp.com;aharris@srbp.com |
| Amy Denton Mayer | on behalf of Debtor Michael Kastrenakes amayer.ecf@srbp.com  srbpecf@srbp.com;aharris@srbp.com |
| Amy Denton Mayer | on behalf of Plaintiff Michael Kastrenakes amayer.ecf@srbp.com  srbpecf@srbp.com;aharris@srbp.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Holdings  L.P. aghekas@anthonyandpartners.com, |

District/off: 113A-8                                    User: admin                                    Page 2 of 5
Date Rcvd: Nov 14, 2022                        Form ID: pdfADIdt                                Total Noticed: 1

|  |  |
|---|---|
|  | crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff K&M Insurance Investors LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Holdings LP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Defendant Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Trifon Houvardas aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Defendant Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Creditor Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Panevas L.L.C. aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Creditor Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Mongelluzzi | on behalf of Defendant Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com |
| Andrew J Mongelluzzi | on behalf of Interested Party Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com |
| Becky Ferrell-Anton | on behalf of Debtor Michael Kastrenakes bfanton.ecf@srbp.com srbpecf@srbp.com |
| Danielle S Kemp | on behalf of Creditor Courtney Leasing Inc. kempd@gtlaw.com, meyerp@gtlaw.com;FLService@gtlaw.com |
| David Delrahim | on behalf of Defendant Platinum Auto Finance LLC ddelrahim@eflegal.com, tdillon@eflegal.com;eportal_service@eflegal.com |
| David Delrahim | on behalf of Defendant New Wave Acceptance LLC ddelrahim@eflegal.com, tdillon@eflegal.com;eportal_service@eflegal.com |
| David Delrahim | on behalf of Defendant MK Automotive Inc. ddelrahim@eflegal.com, tdillon@eflegal.com;eportal_service@eflegal.com |
| David Delrahim | on behalf of Defendant Platinum Auto Finance of Tampa Bay LLC ddelrahim@eflegal.com, tdillon@eflegal.com;eportal_service@eflegal.com |
| David J. Jurkiewicz | on behalf of Creditor NextGear Capital Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com |
| David J. Jurkiewicz | on behalf of Plaintiff NextGear Capital Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com |
| David J. Jurkiewicz | on behalf of Defendant NextGear Capital Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com |
| Edward J. Peterson, III | on behalf of Attorney Stichter Riedel, Blain & Postler, P.A. epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 3 of 5 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdfADIdt | Total Noticed: 1 |

Edward J. Peterson, III
    on behalf of Defendant Michael Kastrenakes epeterson@srbp.com epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III
    on behalf of Debtor Michael Kastrenakes epeterson@srbp.com epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III
    on behalf of Spec. Counsel Moffa Sutton & Donnini, P.A. epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III
    on behalf of Accountant Jerry Makris C.P.A. epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III
    on behalf of Plaintiff Michael Kastrenakes epeterson@srbp.com epeterson.ecf@srbp.com;srbpecf@srbp.com

Ira Scot Silverstein
    on behalf of Creditor Westlake Flooring Company LLC iss@lgplaw.com, lp@lgplaw.com

J Steven Wilkes
    on behalf of U.S. Trustee United States Trustee - TPA steven.wilkes@usdoj.gov

James Randolph Liebler, II
    on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com, mkv@lgplaw.com

Jennifer Smith Thomas
    on behalf of Interested Party Automotive Finance Corporation jthomas@rumberger.com

Joel M Aresty
    on behalf of Interested Party Platinum Auto Finance of Tampa Bay aresty@icloud.com

John A Anthony
    on behalf of Plaintiff Trifon Houvardas janthony@anthonyandpartners.com efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Creditor Cygram Heritage LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Defendant Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Creditor Trifon Houvardas janthony@anthonyandpartners.com efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Plaintiff Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Creditor Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Creditor K&M Insurance Investors LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Plaintiff Cygram Holdings LP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Creditor Cygram Holdings L.P. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Plaintiff K&M Insurance Investors LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Defendant Cygram Heritage LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Plaintiff Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
    on behalf of Creditor Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 4 of 5 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdfADIdt | Total Noticed: 1 |

John A Anthony
on behalf of Plaintiff Cygram Heritage LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Plaintiff Panevas L.L.C. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony
on behalf of Plaintiff Cygram Holdings L.P. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John Blair Boyd
on behalf of Creditor Grow Financial Federal Credit Union bk@svllaw.com

Kathleen L DiSanto
on behalf of Defendant Evangeline Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
on behalf of Interested Party CPX Holdings LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
on behalf of Interested Party Maria Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
on behalf of Defendant Pagona Kokolakis kdisanto@bushross.com bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
on behalf of Defendant CPX Holdings LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
on behalf of Defendant Maria Kastrenakes as an individual kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
on behalf of Creditor CPX Holdings LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
on behalf of Defendant Maria Kokolakis Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
on behalf of Defendant Maria Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;ksprehn@bushross.com

Kristian S Oldham
on behalf of Creditor State Of Florida Dept. of Revenue (LL) kristian.oldham@floridarevenue.com

Murray B Silverstein
on behalf of Interested Party Murray B. Silverstein murray.silverstein@gmlaw.com moneka.simpson@gmlaw.com

Murray B Silverstein
on behalf of Defendant Wlliam Hilgenfeldt murray.silverstein@gmlaw.com moneka.simpson@gmlaw.com

Nathan A Wheatley
on behalf of U.S. Trustee United States Trustee - TPA nathan.a.wheatley@usdoj.gov

Nicole Mariani Noel
on behalf of Plaintiff Kostantinos Papaspanos bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com

Nicole Mariani Noel
on behalf of Plaintiff Thomas Zervas bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com

Nicole Mariani Noel
on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com

Nicolette C Vilmos
on behalf of Plaintiff NextGear Capital Inc. nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com

Nicolette C Vilmos
on behalf of Creditor NextGear Capital Inc. nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com

Nicolette C Vilmos
on behalf of Defendant NextGear Capital Inc. nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com

Robert Schermer, I
on behalf of Creditor SouthState Bank N.A. rschermer@manateelegal.com

Robert Bruce George
on behalf of Creditor First Home Bank rgeorge@thelilesfirm.com aperry@thelilesfirm.com;rmittauer@thelilesfirm.com

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdfADIdt | Total Noticed: 1 |

Ruediger Mueller
    trustee@tcmius.com  crm11@trustesolutions.net

Shirley R Palumbo
    on behalf of Interested Party Shirley Palumbo shirley.palumbo@gmlaw.com  bankruptcy@gmlaw.com

Shirley R Palumbo
    on behalf of Creditor William Hilgenfeldt shirley.palumbo@gmlaw.com  bankruptcy@gmlaw.com

Shirley R Palumbo
    on behalf of Defendant Wlliam Hilgenfeldt shirley.palumbo@gmlaw.com  bankruptcy@gmlaw.com

Shirley R Palumbo
    on behalf of Defendant William Hilgenfeldt shirley.palumbo@gmlaw.com  bankruptcy@gmlaw.com

Teresa M Hair
    on behalf of Creditor Wells Fargo Bank  N.A. teresa.hair@brockandscott.com, WBECF@brockandscott.com

United States Trustee - TPA
    USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 84

[Doepvhlt] [District Order Establishing Procedures for Video Hearings − Limited Parties]

ORDERED.

Dated: November 14, 2022

Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:   Case No.
8:22−bk−01210−CED
Chapter 11

Michael Kastrenakes

_____Debtor\*_____/

ORDER ESTABLISHING PROCEDURES FOR VIDEO HEARINGS

This order establishes procedures for a video hearing in this case. Under Federal Rule of Civil Procedure 43, made applicable in this case under Federal Rule of Bankruptcy Procedure 9017, the Court, for good cause in compelling circumstances and with appropriate safeguards, may permit testimony in open court by contemporaneous transmission from another location. The Court finds that good cause and compelling circumstances exist in this case to permit the following court hearing and testimony by video.

Accordingly, it is

**ORDERED:**

1. The Court will permit parties and attorneys to attend the hearing scheduled for November 18, 2022 at 11:00 AM (the "Hearing") via ZOOM. Parties who wish to attend the hearing by Zoom must register at https://pacer.flmb.uscourts.gov/fwxflmb/zoom/.

2. Parties who wish to listen only, who do not anticipate active participation in the Hearing, or who lack the necessary technology to participate by video may attend the Hearing by telephone following the procedures set forth below. However, a party who wishes to examine a witness or to make evidentiary objections must attend the hearing by video on Zoom; parties are not permitted to examine witnesses or make evidentiary objections by telephone.

Note: There is no charge for attending a hearing by video or by telephone on Zoom.

| Judges Delano and McEwen | via CourtCall by calling (888−882−6878) OR by registering for the Zoom Meeting and selecting the audio option by 5:00 p.m. the business day preceding the hearing. |
|---|---|

| | |
|---|---|
| Judges Colton and Williamson | via Court Solutions by registering at www.court−solutions.com by 5:00 p.m. the business day preceding the hearing. |

3. Witnesses must participate by video. Counsel for the party presenting the witness must coordinate all aspects of the witness's participation including designating an estimated time when the witness will connect to the video conference, establishing an off−line method to contact the witness, and implementing safeguards to insure that the witness is sequestered until called to testify. The party sponsoring a remote witness is responsible for supplying all exhibits, deposition transcripts and other needed papers prior to the hearing. Failure to properly sequester a witness may result in sanctions against the attorney and the party calling the witness. Only one participant is permitted per video link, i.e., each participant must use a separate computer and video camera to connect to the hearing.

4. Under Federal Rule of Civil Procedure 43(a), made applicable by Federal Rule of Bankruptcy Procedure 9017, witnesses who testify remotely by contemporaneous transmission, will be sworn in by video, and their testimony will be accepted and binding as if they were testifying live in the courtroom.

5. During the Hearing, all participants must:

    a. Dress in appropriate court attire (if appearing by video);

    b. Mute their microphone when not speaking;

    c. Wait until called upon by the Court before speaking;

    d. Not speak over other participants;

    e. Participate from a quiet location; and

    f. Announce themselves prior to speaking.

6. Parties are reminded of the requirements of Local Rule 9070−1 regarding the filing and use of exhibits. Local Rule 9070−1(c)(2)'s requirement that paper copies of exhibits to be used by witnesses be provided to opposing counsel and the Court is waived, except that a party shall deliver a binder or binders of exhibits at least forty−eight (48) hours before the Hearing to:

    a. Any *pro se* party;

    b. Any party that requests a copy; and

    c. All witnesses.

7. Participants are reminded that photographing, recording or further broadcasting the Hearing is strictly prohibited. Violation of these prohibitions may result in sanctions. All hearings will continue to be recorded using the Court's official digital recording system. The process for requesting an official transcript has not changed.

The Clerk is directed to serve a copy of this order on all interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.