

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 11/18/2022 11:00 AM

### COURTROOM   9A

## HONORABLE CARYL DELANO

CASE NUMBER:                                            FILING DATE:

**8:22-bk-01210-CED**          **11**          **03/27/2022**

**Chapter 11**

**DEBTOR:**       Michael Kastrenakes

**DEBTOR ATTY:**   **Amy Mayer**

**TRUSTEE:**       **Ruediger Mueller**

**HEARING:**

Continued Objection to Claim(s). Claim No. 2 filed by State of Florida - Department of Revenue. Contains negative notice. Filed by Edward J. Peterson III on behalf of Debtor Michael Kastrenakes (Peterson, Edward) Doc #136
- Response to Objection to Claim No. 2 Filed by Kristian S Oldham on behalf of Creditor State Of Florida Dept. of Revenue (LL) (related document(s)[136]). (Oldham, Kristian) Doc #154

**APPEARANCES:**: Amy Mayer, David Jurkiewicz, Ira Silverstein, Nicholas LaFalce, Kristian Oldham, Fred Rudzik, James Sutton, James McAuley

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Objection to Claim(s). Claim No. 2 filed by State of Florida - Department of Revenue. Contains negative notice. Filed by Edward J. Peterson III on behalf of Debtor Michael Kastrenakes (Peterson, Edward) Doc #136 -    Briefing schedule, FDOR to file brief/Response by 12/7/2022 and Debtor to Reply/Respond by 12/13/2022 with the court announce it's ruling on the priority status of the claim on 12/16/2022 at 10:00 am O/Mayer

- Response to Objection to Claim No. 2 Filed by Kristian S Oldham on behalf of Creditor State Of Florida Dept. of Revenue (LL) (related document(s)[136]). (Oldham, Kristian) Doc #154
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.