# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,

   Debtor.

_____/

Case No.: 8:22-bk-01210-CED
Chapter: 11

## NOTICE OF PRELIMINARY HEARING

PLEASE TAKE NOTICE that a preliminary hearing will be held before the Honorable Caryl E. Delano, United States Bankruptcy Judge, on Friday, December 16, 2022, at 10:00 a.m., at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave, Tampa, Florida 33602, Courtroom 9A (9th Floor), to consider and act upon the following and transact such other business that may come before the Court:

## VASILOUDES CREDITORS' RESPONSE TO NEXTGEAR CLAIM OBJECTIONS
### [Doc. 174]

1.    The hearing may be continued upon announcement made in open Court without further notice.

2.    Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

3.    Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into

the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

DATED this 20th day of November, 2022.

/s/ John A. Anthony
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**ANTHONY & PARTNERS, LLC**
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813/273-5616
Facsimile: 813/221-4113
Attorneys for Vasiloudes Creditors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic means and/or U.S. Mail on this 20th day of November 2022 to the following, as well as to the attached matrix of parties in interest under L.B.R. 1007-1:

Adam L Alpert on behalf of Creditor CPX Holdings, LLC
aalpert@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

Adam L Alpert on behalf of Interested Party Maria Kastrenakes
aalpert@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

John Blair Boyd on behalf of Creditor Grow Financial Federal Credit Union
bk@svllaw.com

Kathleen L DiSanto on behalf of Creditor CPX Holdings, LLC
kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

Kathleen L DiSanto on behalf of Interested Party Maria Kastrenakes
kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

Robert Bruce George on behalf of Creditor First Home Bank

rgeorge@thelilesfirm.com, aperry@thelilesfirm.com; rmittauer@thelilesfirm.com

Teresa M Hair on behalf of Creditor Wells Fargo Bank, N.A.
teresa.hair@brockandscott.com, WBECF@brockandscott.com

Danielle S Kemp on behalf of Creditor Courtney Leasing, Inc.
kempd@gtlaw.com, meyerp@gtlaw.com; FLService@gtlaw.com

Amy Denton Mayer on behalf of Debtor Michael Kastrenakes
amayer.ecf@srbp.com, srbpecf@srbp.com; aharris@srbp.com

Amy Denton Mayer on behalf of Plaintiff Michael Kastrenakes
amayer.ecf@srbp.com, srbpecf@srbp.com; aharris@srbp.com

Ruediger Mueller
trustee@tcmius.com, crm11@trustesolutions.net

Edward J. Peterson, III on behalf of Attorney Stichter, Riedel, Blain & Postler, P.A.
epeterson@srbp.com, epeterson.ecf@srbp.com; srbpecf@srbp.com

Edward J. Peterson, III on behalf of Debtor Michael Kastrenakes
epeterson@srbp.com, epeterson.ecf@srbp.com; srbpecf@srbp.com

Edward J. Peterson, III on behalf of Plaintiff Michael Kastrenakes
epeterson@srbp.com, epeterson.ecf@srbp.com; srbpecf@srbp.com

Robert C Schermer on behalf of Creditor SouthState Bank, N.A.
rschermer@manateelegal.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc.
nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com; allison.abbott@nelsonmullins.com

Nicolette C Vilmos on behalf of Defendant NextGear Capital, Inc.
nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com; allison.abbott@nelsonmullins.com

Nathan A Wheatley on behalf of U.S. Trustee United States Trustee - TPA
nathan.a.wheatley@usdoj.gov

J Steven Wilkes on behalf of U.S. Trustee United States Trustee - TPA
steven.wilkes@usdoj.gov

Nicole Mariani Noel on behalf of Thomas Zervas and Konstantinos Papaspanos
nmnoel@kasslaw.com

Murray B. Silverstein, Esquire, on behalf of William Hilgenfeldt,
Murray.Silverstein@gmlaw.com

Andrew J. Mongelluzzi, Esquire, on behalf of Thomas Rowe,
sarah@clearwaterbusinesslaw.com, and courtdocs@ clearwaterbusinesslaw.com

I further certify that a true copy of the foregoing has been furnished by U.S. first class mail on the 20th day of November, 2022, to the following non-CM/ECF participants:

Michael Kastrenakes
1755 McCauley Road
Clearwater, Florida 33764
Debtor

                                      /s/ John A. Anthony
                                      **ATTORNEY**

```
Label Matrix for local noticing              (p)AUTOMOTIVE FINANCE CORPORATION            CPX Holdings, LLC
113A-8                                       11299 N ILLINOIS ST                          c/o Bush Ross, P.A.
Case 8:22-bk-01210-CED                       CARMEL IN 46032-8887                         Attn. Kathleen L. DiSanto, Esq.
Middle District of Florida                                                                PO Box 3913
Tampa                                                                                     Tampa, FL 33601-3913
Sun Nov 20 19:16:47 EST 2022

Cygram Heritage, LLLP                        Cygram Heritage, LLLP, Derivatively, on beha Cygram Holdings, L.P.
c/o John A. Anthony, Esq.                    Anthony & Partners, LLC                      c/o John A. Anthony, Esq.
Anthony & Partners, LLC, 100 South Ashle     100 S. Ashley Drive, Suite 1600              100 South Ashley Drive, Suite 1600
100 South Ashley Drive, Suite 1600           Tampa, FL 33602-5318                         Tampa, FL 33602-5318
Tampa, FL 33602-5318

First Home Bank                              Grow Financial Federal Credit Union          Trifon Houvardas
c/o Robert B. George, Esq.                   Sorenson Van Leuven, PLLC                    c/o John A. Anthony, Esq.
The Liles Firm, PA                           c/o J. Blair Boyd                            100 South Ashley Drive, Suite 1600
50 N Laura St., Ste 1200                     Post Office Box 3637                         Tampa, FL 33602-5318
Jacksonville, FL 32202-3670                  Tallahassee, FL 32315-3637

K&M Insurance Investors, LLC                 Maria Kastrenakes                            Michael Kastrenakes
c/o John A. Anthony, Esq.                    c/o Bush Ross, P.A.                          1755 McCauley Rd.
Anthony & Partners, LLC, 100 South Ashle     Attn. Kathleen L. DiSanto, Esq.              Clearwater, FL 33765-1510
100 South Ashley Drive, Suite 1600           PO Box 3913
Tampa, FL 33602-5318                         Tampa, FL 33601-3913

Jerry Makris, C.P.A.                         Shirley Palumbo                              Platinum Auto Finance of Tampa Bay
Jerry Makris C.P.A., P.A.                    Greenspoon Marder LLP                        c/o Joel Aresty, Esq.
2110 Drew Street                             City Place, 525 Okeechobee Blvd., Suite      309 1st Ave S
Clearwater, FL 33765-3231                    West Palm Beach, FL 33401-6306               Tierra Verde, Fl 33715-2231

Thomas K. Rowe                               Murray B. Silverstein                        SouthState Bank, N.A.
19 Harbour Isle W.                           401 East Jackson Street                      c/o Robert C. Schermer, Esq.
#105                                         Suite 3650                                   Greene Hamrick Schermer & Johnson PA
Ft. Pierce, FL 34949-2771                    Tampa, FL 33602-5252                         410 43rd St. W., Ste. N
                                                                                          Bradenton, FL 34209-2923

James H Sutton                               Thomas Zervas And Konstantinos Papaspanos    Martha Thorn
Moffa, Sutton & Donnini, P.A.                c/o Nicole Mariani Noel                      The Thorn Collection
8875 Hidden River Parkway                    P.O. Box 800                                 Coldwell Banker International Real Estat
Suite 300                                    Tampa, FL 33601-0800                         598 Indian Rocks Road
Tampa, FL 33637-2087                                                                      Belleair Bluffs, FL 33770-2016

Panayiotis Vasiloudes                        Wells Fargo Bank, N.A.                       Westlake Flooring Company, LLC
c/o John A. Anthony, Esq.                    3476 Stateview Blvd                          c/o Liebler Gonzalez & Portuondo
Anthony & Partners, LLC, 100 South Ashle     Fort Mill, SC 29715-7200                     44 West Flagler St.
100 South Ashley Drive, Suite 1600                                                        Courthouse Tower - 25th FL
Tampa, FL 33602-5318                                                                      Miami, FL 33130-1808

William Hilgenfeldt                          Automotive Finance Corporation               CPX Holdings, LLC
Greenspoon Marder LLP                        Jennifer Smith Thomas                        1755 McCauley Rd.
c/o Shirley Palumbo, Esq.                    Rumberger Kirk & Caldwell P.A.               Clearwater, FL 33765-1510
City Place, 525 Okeechobee Blvd.             300 South Orange Avenue, Suite 1400
Suite 900                                    Orlando, Florida 32801-3380
West Palm Beach, FL 33401

CPX Holdings, LLC                            CallPass, LLC                                Carlouel Yacht Club
c/o Bush Ross, P.A.                          4592 Ulmerton Rd., #201                      1091 El Dorado Ave.
Attn. Adam Lawton Alpert, Esq.               Clearwater, FL 33762-4107                    Clearwater Beach, FL 33767-1099
Post Office Box 3913
Tampa, FL 33601-3913
```

```
Courtney Leasing, Inc.                  Courtney Leasing, Inc.                  Cygram Heritage, LLLP
8126 Benrus Street                      Danielle S. Kemp, Esq.                  c/o Andrew J. Ghekas, Esq.
Orlando, FL 32827-5074                  GREENBERG TRAURIG, P.A.                 Anthony & Partners, LLC
                                        101 E. Kennedy Blvd., Suite 1900        100 S. Ashley Dr., Suite 1600
                                        Tampa, FL 33602-5148                    Tampa, FL 33602-5318


Cygram Heritage, LLLP                   Cygram Heritage, LLLP                   Cygram Heritage, LLLP, derivatively on behal
c/o John A. Anthony, Esquire            c/o John Anthony, Esq.                  c/o John A. Anthony, Esquire
Anthony & Partners, LLC                 Anthony & Partners                      Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600         100 S. Ashley Dr., #1600                100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318                    Tampa, FL 33602-5318                    Tampa, FL 33602-5318


Cygram Holdings, L.P.                   Cygram Holdings, LP                     Deanna Tsetsekas
c/o John A. Anthony, Esquire            c/o John Anthony, Esq.                  300 Lepredhaun Lane
Anthony & Partners, LLC                 Anthony & Partners                      Dunedin, FL 34698
100 S. Ashley Drive, Suite 1600         100 S. Ashley Dr., #1600
Tampa, FL 33602-5318                    Tampa, FL 33602-5318


Department of Revenue                   Dr. Panayiotis Vasiloudes               Dr. Panayiotis Vasiloudes
PO Box 6668                             c/o Andrew J. Ghekas, Esq.              c/o John A. Anthony, Esquire
Tallahassee FL 32314-6668               Anthony & Partners, LLC                 Anthony & Partners, LLC
                                        100 S. Ashley Dr., Suite 1600           100 S. Ashley Drive, Suite 1600
                                        Tampa, FL 33602-5318                    Tampa, FL 33602-5318


Evangeline Kastrenakes                  First Home Bank                         First Home Bank
1780 McCauley Rd.                       5250 Park Blvd. N.                      ATT: Robert B. George & Ryan J. Mittauer
Clearwater, FL 33765-1541               Pinellas Park, FL 33781-3417            The Liles Firm, PA
                                                                                50 N Laura St., Ste. 1200
                                                                                Jacksonville, FL 32202-3670


Florida Department of Revenue           George Lagos                            Gilbert M. Singer, Esquire
5050 W. Tennessee St.                   1473 Sturbridge Ct.                     5104 South Westshore Blvd.
Tallahassee, FL 32399-0100              Dunedin, FL 34698-2263                  Tampa, FL 33611-5650


Greenspoon Marder LLP                   Grow Financial                          Grow Financial Credit Union
C/O Shirley Palumbo, Esq.               P.O. Box 89909                          Sorenson Van Leuven, PLLC.
City Place,525 Okeechobee Blvd, Suite 90 Tampa, FL 33689-0415                   J. Blair Boyd, Esquire
West Palm Beach, FL 33401-6306                                                  Post Office Box 3637
                                                                                Tallahassee, FL  32315-3637


HF Financial, LLC                       Howard Howell                           Internal Revenue Service
701 Spottis Woode Lane                  701 Spottis Woode Lane                  P.O. Box 7346
Clearwater, FL 33756-5267               Clearwater, FL 33756-5267               Philadelphia, PA 19101-7346


Irene Pappas, Trustee of the Irene      Jeff Hackett                            Julia Rice, Esq.
Pappas Revocable Trust utd 8/23/99      1515 E. Lake Woodlands Pkwy.            State Attorney's Office
2632 Velventos Dr.                      Oldsmar, FL 34677-1903                  P.O. Box 5028
Clearwater, FL 33761-1710                                                       Riverview, FL 33578


K&M Insurance Investors, LLC            Konstantinos Papaspanos                 Maria Kastrenakes
c/o John Anthony, Esq.                  c/o Gilbert M. Singer, Esq.             c/o Kathleen L. DiSanto, Esq.
Anthony & Partners                      5104 S. Westshore Blvd.                 Post Office Box 3913
100 S. Ashley Dr., #1600                Tampa, FL 33611-5650                    Tampa, FL 33601-3913
Tampa, FL 33602-5318
```

| | | |
|---|---|---|
| New York Life Insurance and<br>Annuity Corp.<br>P.O. Box 139052<br>Dallas, TX 75313-9052 | New York Life Insurance and<br>Annuity Corporation<br>P.O. Box 6916<br>Cleveland, OH 44101-1916 | NextGear Capital, Inc.<br>11799 North College Avenue<br>Carmel, IN 46032-5605 |
| NextGear Capital, Inc.<br>c/o Nicolette C. Vilmos, Esq.<br>Nelson Mullins Riley & Scarborough LLP<br>390 North Orange Avenue<br>Suite 1400<br>Orlando, FL 32801-1687 | NextGear Capital, Inc.<br>c/o Nicolette Vilmos, Esq.<br>390 N. Orange Ave., #1400<br>Orlando, FL 32801-1687 | Office of the Attorney General, State of Flo<br>Department of Legal Affairs<br>3507 E. Frontage Road, Suite 325<br>Tampa, FL 33607-1795 |
| Pagona Kokolakis<br>103 Buena Vista Dr. S.<br>Dunedin, FL 34698-3305 | Panayiotis Vasiloudes, MD, PHD<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Platinum Auto Finance of Tampa Bay, LLC<br>c/o Joel M. Aresty, P.A.<br>309 1st Ave S.<br>Tierra Verde, FL 33715-2231 |
| Shirley Palumbo, Esq.<br>Edmund O. Loos, III, Esq.<br>201 E. Pine St., Ste 500<br>Orlando FL 32801-2718 | Shirley Palumbo, Esq.<br>Greenspoon Marder LLP<br>401 E Jackson Street, Suite 3650<br>Tampa FL 33602-5252 | South State Bank<br>P.O. Box 9602<br>Nichols, FL 33863 |
| SouthState Bank<br>3711 Tampa Rd.<br>Oldsmar, FL 34677-6309 | SouthState Bank N.A.<br>Attn: Bankruptcy<br>PO Box 1900<br>Cornelia, GA 30531-7900 | SouthState Bank, N.A.<br>c/o Robert C. Schermer, Esq.<br>410 43rd St. W., Ste. N<br>Bradenton, FL 34209-2923 |
| SouthState Bank, NA<br>Att: Edward J Peterson III, Esq<br>Stichter Riedel Blain & Postler, PA<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Teresa M. Hair<br>Brock and Scott, PLLC<br>Attorneys at Law<br>8757 Red Oak Blvd.<br>Charlotte, NC 28217-3983 | Thomas Zervas<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 |
| Thomas Zervas<br>c/o Gilbert Singer, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Thomas Zervas and Konstantinos Papaspanos<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 | Trifon Houvardas<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Vasilios and Eva Gargeros<br>2132 Gulf View Blvd., Unit 14/24<br>Dunedin, FL 34698-2101 | WESTLAKE FLOORING COMPANY, LLC<br>c/o Ira Scot Silverstein, Esquire<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street- 25th Floor<br>Miami, FL 33130-1817 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis MN 55440-1629 | Wells Fargo Mortgage<br>101 N. Phillips Ave.<br>Sioux Falls, SD 57104-6714 | Wells Fargo, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 |
| Westlake Flooring Co LLC<br>c/o Liebler, Gonzales & Portuondo<br>44 West Flagler Street - 25th Floor<br>Miami, FL 33130-1808 | Westlake Flooring Co., LLC<br>8000 Wilshire Blvd.<br>Los Angeles, CA 90010 | Westlake Flooring Co., LLC<br>c/o James R. Liebler, II, Esq.<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street 25th Floor<br>Miami, FL 33130-1817 |

| | | |
|---|---|---|
| Joel M Aresty +<br>Joel M. Aresty, P.A.<br>309 1st Ave S<br>Tierra Verde, FL 33715-2231 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Robert Schermer I+<br>Greene Hamrick Perrey Quinlan & Schermer<br>PO Box 551<br>Bradenton, FL 34206-0551 |
| Ira Scot Silverstein +<br>Liebler, Gonzalaez & Portuondo<br>44 West Flagler Street, 25th Floor<br>Miami, FL 33130-1808 | Nicolette C Vilmos +<br>Nelson Mullins Broad and Cassel<br>390 North Orange Avenue, Suite 1400<br>Orlando, FL 32801-1687 | Amy Denton Mayer +<br>Stichter Riedel Blain & Postler, P.A.<br>110 E Madison Street<br>Suite 200<br>Tampa, FL 33602-4718 |
| Adam L Alpert +<br>Bush Ross P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | John A Anthony +<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | David J. Jurkiewicz +<br>Bose McKinney & Evans LLP<br>135 N. Pennsylvania St, #2700<br>Suite 2700<br>Indianapolis, IN 46204-4407 |
| Edward J. Peterson III+<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Robert Bruce George +<br>The Liles Firm, PA<br>50 N Laura St<br>Suite 1200<br>Jacksonville, FL 32202-3670 | J Steven Wilkes +<br>Office of United States Trustee<br>501 East Polk Street<br>Tampa, FL 33602-3949 |
| Teresa M Hair +<br>Brock and Scott, PLLC<br>8757 Red Oak Blvd<br>Ste #150<br>Charlotte, NC 28217-3977 | Danielle S Kemp +<br>Greenberg Traurig, P.A.<br>Bank of America Plaza<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | State Of Florida Dept. of Revenue (LL) +<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| Nicole Mariani Noel +<br>Kass Shuler, P.A.<br>PO Box 800<br>Tampa, FL 33601-0800 | Andrew J Mongelluzzi +<br>Clearwater Business Law, LLC<br>30846 US Hwy 19 N<br>Palm Harbor, FL 34684-4409 | Shirley R Palumbo +<br>Greenspoon Marder Law<br>City Place<br>525 Okeechobee Boulevard, Suite 900<br>West Palm Beach, FL 33401-6306 |
| John Blair Boyd +<br>Sorenson Van Leuven Law Firm<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Andrew J Ghekas +<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | James Randolph Liebler II+<br>Liebler, Gonzalez & Portuondo<br>25th Floor Courthouse Tower<br>44 West Flagler Street<br>Miami, FL 33130-1817 |
| (p)KATHLEEN L DISANTO TRUSTEE<br>BUSH ROSS P A<br>PO BOX 3913<br>TAMPA FL 33601-3913 | Murray B Silverstein +<br>Greenspoon Marder, PA<br>401 E Jackson Street, Suite 1825<br>Tampa, FL 33602-5841 | Nathan A Wheatley +<br>Office of the U.S. Trustee<br>501 E. Polk St., Suite1200<br>Tampa, FL 33602-3945 |
| Ruediger Mueller +<br>Dr. Mueller Associates, Inc.<br>1112 Watson Court<br>Reunion, FL 34747-6784 | Jennifer Smith Thomas +<br>Rumberger Kirk<br>300 South Orange Avenue<br>Orlando, FL 32801-3372 | Kristian S Oldham +<br>Florida Department of Revenue<br>2450 Shumard Oak Blvd.<br>Tallahassee, FL 32399-7022 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Automotive Finance Corporation      U.S. Bank National Association      (d)U.S. Bank, N.A.
11299 N. Illinois St                Bankruptcy Department               P.O. Box 3427
Carmel, IN 46032                    PO Box 5229                         Oshkosh, WI 54902
                                    Cincinnati, Ohio 45201-5229


(d)U.S. Bank, N.A.                  Kathleen L DiSanto +
Southeast RV/Marine                 Bush Ross, P.A.
P.O. Box 790179                     Post Office Box 3913
Saint Louis, MO 63179-0179          Tampa, FL 33601-3913
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtney Leasing, Inc.           (u)Moffa, Sutton & Donnini, P.A.    (u)NextGear Capital, Inc.


(u)Stichter, Riedel, Blain & Postler, P.A.   (d)CPX Holdings, LLC                (d)THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS
                                             c/o Bush Ross, P.A.                 c/o Nicole Mariani Noel
                                             Attn. Kathleen L. DiSanto, Esq.    P.O. Box 800
                                             Post Office Box 3913                Tampa, FL 33601-0800
                                             Tampa, FL 33601-3913

End of Label Matrix
Mailable recipients    116
Bypassed recipients      6
Total                  122
```