**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

2

**ACCOUNT #**     8245

|  |  |
|---|---|
|  | 092 |
| Cycle | 07 |
| Enclosures | 0 |
| Page | 1 of 4 |

**LIFEGREEN CHECKING**
September 16, 2022 through October 14, 2022

**DEPOSITS & CREDITS**

| | | |
|---|---|---:|
| 10/04 | Mid Atlantic Fin 2021 Michael Kastre 2021 | 7,500.00 |
| 10/11 | Callpass Tech Ll Receivable Michael Kastre | 891.88 |
| 10/12 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 1,937.82 |

**WITHDRAWALS**

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Michael Simbol, NMLS 1746959, at (727)248-1991
or online at www.regionsmortgage.com/michaelsimbol.

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity loans call 1-800-231-7493.



Thank You For Banking With Regions!
2022 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

2

ACCUNT #               8245

                                092
Cycle                    07
Enclosures                0
Page                  2 of 4

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 10/03 | Recurring Card Transaction Apple.Com/Bill  5818 866-712-7753  CA 95014   2972 | 2.99 |
| 10/03 | Card Purchase Water Oak Grill  5812 Safety Harbor FL 34695   2972 | 207.48 |
| 10/03 | Recurring Card Transaction Apple.Com/Bill  5818 866-712-7753  CA 95014   2972 | 5.53 |
| 10/03 | Card Purchase Greek Orthodox   8398 727-799-4605  FL 33765   3020 | 125.00 |
| 10/03 | PIN Purchase Publix Super M   5411 Clearwater   FL       3020 | 280.08 |
| 10/03 | Adt Security      Online Pmt Kastrenakes,MI Ckf115191344pos | 81.93 |
| 10/03 | Duke Power      Online Pmt Kastrenakes,MI Ckf115191344pos | 737.56 |
| 10/03 | Crown Landscapin Online Pmt Kastrenakes,MI Ckf115191344pos | 1,520.00 |
| 10/03 | Chubb & Son      Payment 22781178971100 | 1,807.50 |
| 10/04 | Pinellas County  Online Pmt Kastrenakes,MI Ckf115191344pos | 90.55 |
| 10/04 | Grow Finan FCU   Online Pmt Kastrenakes,MI Ckf115191344pos | 495.81 |
| 10/04 | PIN Purchase Office DE 2627   5943 Clearwater   FL       3020 | 151.88 |
| 10/05 | Card Purchase Pmt*vehicle Tag  9399 877-818-4323   FL 33756   3020 | 98.10 |
| 10/05 | Recurring Card Transaction Spk*spokeo Sear  5968 800-6994264   CA 91105   2972 | 24.95 |
| 10/05 | Card Purchase Big Storm Clear  5812 727-4154489   FL 33762   2972 | 24.15 |
| 10/05 | Card Purchase Mr Souvlaki      5812 Tarpon Spring FL 34689   3020 | 80.49 |
| 10/05 | Card Purchase Tst* Big Storm  5814 Clearwater   FL 33762   2972 | 7.02 |
| 10/05 | PIN Purchase The Fresh Mark   5411 Clearwater   FL       3020 | 208.23 |
| 10/05 | PIN Purchase Shell Service   5542 Clearwater   FL       3020 | 76.39 |
| 10/07 | Card Purchase Chili S Largo    5812 Clearwater   FL 33764   2972 | 20.02 |
| 10/07 | Card Purchase Grillsmith Coun  5812 Clearwater   FL 33761   2972 | 93.97 |
| 10/07 | PIN Purchase The Home Depot   5200 Clearwater   FL       3020 | 513.35 |
| 10/11 | Card Purchase Sq *Tazikis Med  5812 ST Petersburg FL 33716   2972 | 25.01 |
| 10/11 | Card Purchase Lady Janes - Cl  7230 Clearwater   FL 33765   2972 | 27.00 |
| 10/11 | PIN Purchase Publix Super M   5411 Clearwater   FL       3020 | 159.47 |
| 10/11 | PIN Purchase Lowe S #1714    5200 Clearwater   FL       3020 | 360.27 |
| 10/11 | Card Purchase TB Bucs Local E  5812 Tampa         FL 33607   2972 | 19.44 |
| 10/11 | Card Purchase Sq *D Lites Ice  7299 Clearwater   FL 33761   2972 | 22.49 |
| 10/11 | Card Purchase Big Storm Clear  5812 727-4154489   FL 33762   2972 | 29.43 |

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #  0316488245

Cycle 092
Enclosures 07
Page 0
3 of 4

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 10/11 | PIN Purchase The Fresh Mark  5411 Clearwater  FL     3020 | 252.37 |
| 10/12 | Card Purchase Jimmy Johns - 1  5814 Clearwater  FL 33762  2972 | 10.69 |
| 10/13 | Card Purchase Jimmy Johns - 1  5814 Clearwater  FL 33762  2972 | 10.69 |
| 10/13 | Card Purchase Chili S Clearwa  5812 Clearwater  FL 33763  3020 | 47.31 |
| 10/13 | PIN Purchase 7-Eleven          5541 Largo       FL     2972 | 9.20 |
| 10/13 | PIN Purchase 7-Eleven          5542 Largo       FL     2972 | 63.64 |
| 10/13 | PIN Purchase Publix Super M   5411 Clearwater  FL     3020 | 350.07 |
| 10/14 | Card Purchase Ocean Blue Asia  5812 Clearwater  FL 33759  2972 | 86.56 |
| 10/14 | PIN Purchase Publix Super M   5411 Clearwater  FL     3020 | 78.69 |
| 10/14 | Zelle Debit to Kristo  Becka Ref# 228700p0fzbq | 200.00 |

Total Withdrawals  $20,440.17

## FEES

| Date | Description | Amount |
|---|---|---|
| 10/03 | Paid Overdraft Item Fee | 36.00 |

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 36.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/16 | 13,949.47 | 09/26 | 10,090.22 | 10/05 | 5,672.81 |
| 09/19 | 13,272.77 | 09/27 | 9,163.50 | 10/07 | 5,045.47 |
| 09/20 | 13,251.25 | 09/28 | 11,049.06 | 10/11 | 5,041.87 |
| 09/21 | 13,017.30 | 09/30 | 4,234.45 | 10/12 | 6,969.00 |
| 09/22 | 13,009.83 | 10/03 | 569.62 - | 10/13 | 6,488.09 |
| 09/23 | 12,709.98 | 10/04 | 6,192.14 | 10/14 | 6,122.84 |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

**REGIONS**

Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

| | |
|---|---|
| **ACCOUNT #** | **8245** |
| | 092 |
| Cycle | 07 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN CHECKING
October 15, 2022 through November 14, 2022

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/17 | Mid Atlantic Fin 2021 Michael Kastre 2021 | 7,500.00 |
| 10/27 | Mida Mid-Atlanti Dirdep Kastrenakes, M | 1,937.82 |

### WITHDRAWALS

| | | |
|---|---|---|
| 10/17 | Card Purchase Wendys #11669   5814 Clearwater   FL 33762   2972 | 8.34 |
| 10/17 | Recurring Card Transaction Spectrum       4899 855-707-7328  MO 63131    3020 | 323.71 |
| 10/17 | Recurring Card Transaction Att* Bill Payme  4814 800-331-0500  TX 75211    3020 | 163.01 |
| 10/17 | Zelle Debit to Klodian  Mullaj Ref# 228800c04jb7 | 350.00 |
| 10/17 | Card Purchase Barfly - Saltwa  5812 Safety Harbor FL 34695    2972 | 66.45 |
| 10/17 | Tcmi          Online Pmt Kastrenakes,MI Ckf115191344pos | 1,524.00 |
| 10/17 | New York Life   Ins. Prem. Michael Kastre | 1,560.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Michael Simbol, NMLS 1746959, at (727)248-1991
or online at www.regionsmortgage.com/michaelsimbol.

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.



Thank You For Banking With Regions!
2022 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**
Regions Bank
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT #  8245

092
Cycle 07
Enclosures 0
Page 2 of 4

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 10/18 | Card Purchase Panera Bread #2  5814 Clearwater   FL 33762   2972 | 7.96 |
| 10/18 | Card Purchase Onstreet Ph     7523 Parkmobilecom FL 33602   2972 | 5.35 |
| 10/18 | Shuker & Dorris, Online Pmt Kastrenakes,MI Ckf115191344pos | 1,972.50 |
| 10/18 | PIN Purchase The Fresh Mark   5411 Clearwater   FL       3020 | 295.66 |
| 10/19 | PIN Purchase Publix Super M   5411 Clearwater   FL       3020 | 222.80 |
| 10/19 | PIN Purchase Tuesday Mornin   5331 Clearwater   FL       3020 | 85.51 |
| 10/20 | Card Purchase Tst* Sunset Gri  5812 Clearwater   FL 33765   2972 | 30.48 |
| 10/20 | Card Purchase The Local Deli.  5812 Clearwater   FL 33760   2972 | 16.89 |
| 10/20 | Card Purchase The Local Deli.  5812 Clearwater   FL 33760   2972 | 2.41 |
| 10/20 | Card Purchase Walgreens #3555  5912 800-289-2273 FL 33765   2972 | 20.00 |
| 10/20 | PIN Purchase Circle K 09787   5542 Pinellas Parkfl       2972 | 75.26 |
| 10/21 | Coachman Lakes E Online Pmt Kastrenakes,MI Ckf115191344pos | 250.00 |
| 10/24 | Card Purchase Pdq - Clearwate  5814 Clearwater   FL 33765   2972 | 16.66 |
| 10/24 | Card Purchase Apl Lawn Sprayi  0780 727-423-7967 FL 33714   3020 | 410.00 |
| 10/25 | Card Purchase Big Storm Clear  5812 727-4154489  FL 33762   2972 | 25.22 |
| 10/26 | Card Purchase Circle K 09799   5542 Palm Harbor   FL 34684   2972 | 56.70 |
| 10/26 | Card Purchase Walgreens #3555  5912 800-289-2273 FL 33765   2972 | 10.00 |
| 10/26 | Card Purchase Pollo Tropical   5814 Clearwater   FL 33765   2972 | 6.94 |
| 10/26 | Nite Owl Irrigat Online Pmt Kastrenakes,MI Ckf115191344pos | 1,711.69 |
| 10/27 | Card Purchase Lady Janes - Cl  7230 Clearwater   FL 33765   2972 | 27.00 |
| 10/28 | Card Purchase Wendys #11669    5814 Clearwater   FL 33762   2972 | 8.44 |
| 10/28 | Card Purchase Swa Inflight WI  4816 800-435-9792 CA 92705   2972 | 8.00 |
| 10/28 | Card Purchase Swa Inflight WI  4816 800-435-9792 CA 92705   2972 | 8.00 |
| 10/31 | Card Purchase Garden Grille A  5812 Mettawa      IL 60045   2972 | 38.10 |
| 10/31 | Card Purchase Froggys #1      5812 Highwood     IL 60040   2972 | 39.65 |
| 10/31 | Card Purchase Sq *Esencia Urb  5812 Chicago      IL 60657   2972 | 34.24 |
| 10/31 | PIN Purchase BP#9687054wfs-   5542 Chicago      IL        2972 | 81.27 |
| 10/31 | Card Purchase Einstein Bagels  5812 Chicago      IL 60603   3020 | 33.92 |

**Regions Bank**
Bardmoor Office
9701 Starkey RD
Largo, FL 33777

MICHAEL KASTRENAKES
DEBTOR IN POSSESSION
1755 MCCAULEY RD
CLEARWATER FL 33765-1510

ACCOUNT # 8245

| | |
|---|---|
| | 092 |
| Cycle | 07 |
| Enclosures | 0 |
| Page | 3 of 4 |

## WITHDRAWALS (CONTINUED)

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 36.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 10/17 | 995063 | 150.00 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 10/17 | 9,477.33 | 10/26 | 4,255.30 |
| 10/18 | 7,195.86 | 10/27 | 6,166.12 |
| 10/19 | 6,887.55 | 10/28 | 6,141.68 |
| 10/20 | 6,742.51 | 10/31 | 5,914.50 |
| 10/21 | 6,492.51 | | |
| 10/24 | 6,065.85 | | |
| 10/25 | 6,040.63 | | |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.