ORDERED.

Dated: November 28, 2022

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                             Chapter 11

MICHAEL KASTRENAKES,          Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**ORDER FIXING TIME TO FILE APPLICATIONS FOR ADMINISTRATIVE EXPENSES, SETTING HEARING ON CONFIRMATION OF THE PLAN, AND SETTING DEADLINES WITH RESPECT TO CONFIRMATION HEARING**

THIS CASE came on for hearing on November 8, 2022, a 2:00 p.m. for consideration of scheduling preliminary and final hearings on confirmation of the Debtor's Plan (defined below). For the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is

**ORDERED:**

1. Conditional Approval of Disclosure Statement. The Court previously entered an order conditionally approving the Disclosure Statement. *See*, Doc. No. 102.

2. Confirmation Hearing. The Court will conduct a preliminary hearing on confirmation (the "**Confirmation Hearing**") of the *Plan of Reorganization for Debtor under*

*chapter 11* (Doc. No. 96) and the *Unopposed Amendment to Debtor's Plan of Reorganization* (Doc. No. 164) (collectively, the "**Plan**"), and any amendments, supplements, or modifications thereto, including timely filed objections to confirmation, motions for cramdown, applications for allowance of administrative claims, including professional fees, on **December 16, 2022, at 10:00 a.m.** in Tampa, Florida, Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue.  The hearing may be adjourned from time to time by announcement made in open court without further notice.  If the Plan is not confirmed, the Court will consider dismissal or conversion of the case.

      3.     <u>Deadline for Objections to Confirmation.</u>  Objections to confirmation of the Plan shall be filed with the Court and served on the Local Rule 1007-2 Parties in Interest List no later than seven (7) days prior to the Confirmation Hearing.

      4.     <u>Ballot Tabulation.</u>  In accordance with Local Rule 3018-1(a), the Debtor shall file a ballot tabulation no later than ninety-six (96) hours before the date of the Confirmation Hearing.

      5.     <u>Administrative Claims Bar Date.</u>  All creditors and parties in interest that assert a claim against the Debtor which arose after the filing of this case, including all professionals seeking compensation from the estate of the Debtor pursuant to Section 330 of the Bankruptcy Code, must file motions or applications for the allowance of such claims with the court no later than fifteen (15) days after the entry of this Order.  Any motions or applications filed may be heard at the Confirmation Hearing if properly schedules and noticed by the application.  Any motion or application not heard at the Confirmation Hearing will be scheduled for hearing in the normal course.

      6.     <u>Confirmation Affidavit.</u>  Three (3) days prior to the Confirmation Hearing, the Debtor shall file a confirmation affidavit which shall contain the factual basis upon which the

Debtor relies in establishing that each of the requirements of Section 1129 of the Bankruptcy Code are met.

7.     The Court will hold a final evidentiary hearing on confirmation and any timely filed objections on **January 11, 2023, and January 12, 2023, at 9:30 a.m.** in Tampa, Florida, Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue.

**Appropriate Attire.  You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities.  Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.**

**Avoid delays at Courthouse security checkpoints.  You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.**

*Attorney Edward J. Peterson is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this Order.*