UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Chapter 11

MICHAEL KASTRENAKES,  Case No. 8:22-bk-1210-CED

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Fixing Time to File Applications for Administrative Expenses, Setting Hearing on Confirmation of the Plan, and Setting Deadlines with Respect to Confirmation Hearing* (Doc. No. 193) was furnished by either the Court's electronic CM/ECF noticing system to all parties receiving electronic noticing on November 28, 2022, or by U.S. Mail to all creditors and parties-in-interest on the Court's mailing matrix on November 30, 2022.

    */s/ Edward J. Peterson*
    Edward J. Peterson (FBN 0014612)
    Amy Denton Harris (FBN 0634506)
    Stichter Riedel Blain & Postler, P.A.
    110 East Madison Street, Suite 200
    Tampa, Florida   33602
    Telephone:  (813) 229-0144
    Email:  epeterson@srbp.com
    Attorneys for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:22-bk-01210-CED<br>Middle District of Florida<br>Tampa<br>Tue Nov 29 15:36:49 EST 2022 | (p)AUTOMOTIVE FINANCE CORPORATION<br>11299 N ILLINOIS ST<br>CARMEL IN 46032-8887 | CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 |
| Cygram Heritage, LLLP<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP, Derivatively, on beha<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Holdings, L.P.<br>c/o John A. Anthony, Esq.<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| First Home Bank<br>c/o Robert B. George, Esq.<br>The Liles Firm, PA<br>50 N Laura St., Ste 1200<br>Jacksonville, FL 32202-3670 | Grow Financial Federal Credit Union<br>Sorenson Van Leuven, PLLC<br>c/o J. Blair Boyd<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Trifon Houvardas<br>c/o John A. Anthony, Esq.<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| K&M Insurance Investors, LLC<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Maria Kastrenakes<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | Michael Kastrenakes<br>1755 McCauley Rd.<br>Clearwater, FL 33765-1510 |
| Jerry Makris, C.P.A.<br>Jerry Makris C.P.A., P.A.<br>2110 Drew Street<br>Clearwater, FL 33765-3231 | Shirley Palumbo<br>Greenspoon Marder LLP<br>City Place, 525 Okeechobee Blvd., Suite<br>West Palm Beach, FL 33401-6306 | Panevas, L.L.C.<br>Anthony & Partners, c/o John Anthony<br>100 S. Ashley Drive, Suite 1600<br>Tampa, Fl 33602-5318 |
| Platinum Auto Finance of Tampa Bay<br>c/o Joel Aresty, Esq.<br>309 1st Ave S<br>Tierra Verde, Fl 33715-2231 | Thomas K. Rowe<br>19 Harbour Isle W.<br>#105<br>Ft. Pierce, FL 34949-2771 | Murray B. Silverstein<br>401 East Jackson Street<br>Suite 3650<br>Tampa, FL 33602-5252 |
| SouthState Bank, N.A.<br>c/o Robert C. Schermer, Esq.<br>Greene Hamrick Schermer & Johnson PA<br>410 43rd St. W., Ste. N<br>Bradenton, FL 34209-2923 | James H Sutton<br>Moffa, Sutton & Donnini, P.A.<br>8875 Hidden River Parkway<br>Suite 300<br>Tampa, FL 33637-2087 | Thomas Zervas And Konstantinos Papaspanos<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 |
| Martha Thorn<br>The Thorn Collection<br>Coldwell Banker International Real Estat<br>598 Indian Rocks Road<br>Belleair Bluffs, FL 33770-2016 | Panayiotis Vasiloudes<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Wells Fargo Bank, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 |
| Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler St.<br>Courthouse Tower - 25th FL<br>Miami, FL 33130-1808 | William Hilgenfeldt<br>Greenspoon Marder LLP<br>c/o Shirley Palumbo, Esq.<br>City Place, 525 Okeechobee Blvd.<br>Suite 900<br>West Palm Beach, FL 33401 | Automotive Finance Corporation<br>Jennifer Smith Thomas<br>Rumberger Kirk & Caldwell P.A.<br>300 South Orange Avenue, Suite 1400<br>Orlando, Florida 32801-3380 |
| CPX Holdings, LLC<br>1755 McCauley Rd.<br>Clearwater, FL 33765-1510 | CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Adam Lawton Alpert, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | CallPass, LLC<br>4592 Ulmerton Rd., #201<br>Clearwater, FL 33762-4107 |

```
Carlouel Yacht Club                    Courtney Leasing, Inc.                Courtney Leasing, Inc.
1091 El Dorado Ave.                    8126 Benrus Street                    Danielle S. Kemp, Esq.
Clearwater Beach, FL 33767-1099        Orlando, FL 32827-5074                GREENBERG TRAURIG, P.A.
                                                                             101 E. Kennedy Blvd., Suite 1900
                                                                             Tampa, FL 33602-5148


Cygram Heritage, LLLP                  Cygram Heritage, LLLP                 Cygram Heritage, LLLP
c/o Andrew J. Ghekas, Esq.             c/o John A. Anthony, Esquire          c/o John Anthony, Esq.
Anthony & Partners, LLC                Anthony & Partners, LLC               Anthony & Partners
100 S. Ashley Dr., Suite 1600          100 S. Ashley Drive, Suite 1600       100 S. Ashley Dr., #1600
Tampa, FL 33602-5318                   Tampa, FL 33602-5318                  Tampa, FL 33602-5318


Cygram Heritage, LLLP, derivatively on behal   Cygram Holdings, L.P.         Cygram Holdings, LP
c/o John A. Anthony, Esquire           c/o John A. Anthony, Esquire          c/o John Anthony, Esq.
Anthony & Partners, LLC                Anthony & Partners, LLC               Anthony & Partners
100 S. Ashley Drive, Suite 1600        100 S. Ashley Drive, Suite 1600       100 S. Ashley Dr., #1600
Tampa, FL 33602-5318                   Tampa, FL 33602-5318                  Tampa, FL 33602-5318


Deanna Tsetsekas                       Department of Revenue                 Dr. Panayiotis Vasiloudes
300 Lepredhaun Lane                    PO Box 6668                           c/o Andrew J. Ghekas, Esq.
Dunedin, FL 34698                      Tallahassee FL 32314-6668             Anthony & Partners, LLC
                                                                             100 S. Ashley Dr., Suite 1600
                                                                             Tampa, FL 33602-5318


Dr. Panayiotis Vasiloudes              Evangeline Kastrenakes                First Home Bank
c/o John A. Anthony, Esquire           1780 McCauley Rd.                     5250 Park Blvd. N.
Anthony & Partners, LLC                Clearwater, FL 33765-1541             Pinellas Park, FL 33781-3417
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318


First Home Bank                        Florida Department of Revenue        George Lagos
ATT: Robert B. George & Ryan J. Mittauer   5050 W. Tennessee St.            1473 Sturbridge Ct.
The Liles Firm, PA                     Tallahassee, FL 32399-0100            Dunedin, FL 34698-2263
50 N Laura St., Ste. 1200
Jacksonville, FL 32202-3670


Gilbert M. Singer, Esquire             Greenspoon Marder LLP                 Grow Financial
5104 South Westshore Blvd.             C/O Shirley Palumbo, Esq.             P.O. Box 89909
Tampa, FL 33611-5650                   City Place,525 Okeechobee Blvd, Suite 90   Tampa, FL 33689-0415
                                       West Palm Beach, FL 33401-6306


Grow Financial Credit Union            HF Financial, LLC                     Howard Howell
Sorenson Van Leuven, PLLC.             701 Spottis Woode Lane                701 Spottis Woode Lane
J. Blair Boyd, Esquire                 Clearwater, FL 33756-5267             Clearwater, FL 33756-5267
Post Office Box 3637
Tallahassee, FL  32315-3637


Internal Revenue Service               Irene Pappas, Trustee of the Irene    Jeff Hackett
P.O. Box 7346                          Pappas Revocable Trust utd 8/23/99    1515 E. Lake Woodlands Pkwy.
Philadelphia, PA 19101-7346            2632 Velventos Dr.                    Oldsmar, FL 34677-1903
                                       Clearwater, FL 33761-1710


Julia Rice, Esq.                       K&M Insurance Investors, LLC          Konstantinos Papaspanos
State Attorney's Office                c/o John Anthony, Esq.                c/o Gilbert M. Singer, Esq.
P.O. Box 5028                          Anthony & Partners                    5104 S. Westshore Blvd.
Riverview, FL 33578                    100 S. Ashley Dr., #1600              Tampa, FL 33611-5650
                                       Tampa, FL 33602-5318
```

| | | |
|---|---|---|
| Maria Kastrenakes<br>c/o Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | New York Life Insurance and<br>Annuity Corp.<br>P.O. Box 139052<br>Dallas, TX 75313-9052 | New York Life Insurance and<br>Annuity Corporation<br>P.O. Box 6916<br>Cleveland, OH 44101-1916 |
| NextGear Capital, Inc.<br>11799 North College Avenue<br>Carmel, IN 46032-5605 | NextGear Capital, Inc.<br>c/o Nicolette C. Vilmos, Esq.<br>Nelson Mullins Riley & Scarborough LLP<br>390 North Orange Avenue<br>Suite 1400<br>Orlando, FL 32801-1687 | NextGear Capital, Inc.<br>c/o Nicolette Vilmos, Esq.<br>390 N. Orange Ave., #1400<br>Orlando, FL 32801-1687 |
| Office of the Attorney General, State of Flo<br>Department of Legal Affairs<br>3507 E. Frontage Road, Suite 325<br>Tampa, FL 33607-1795 | Pagona Kokolakis<br>103 Buena Vista Dr. S.<br>Dunedin, FL 34698-3305 | Panayiotis Vasiloudes, MD, PHD<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 |
| Platinum Auto Finance of Tampa Bay, LLC<br>c/o Joel M. Aresty, P.A.<br>309 1st Ave S.<br>Tierra Verde, FL 33715-2231 | Shirley Palumbo, Esq.<br>Edmund O. Loos, III, Esq.<br>201 E. Pine St., Ste 500<br>Orlando FL 32801-2718 | Shirley Palumbo, Esq.<br>Greenspoon Marder LLP<br>401 E Jackson Street, Suite 3650<br>Tampa FL 33602-5252 |
| South State Bank<br>P.O. Box 9602<br>Nichols, FL 33863 | SouthState Bank<br>3711 Tampa Rd.<br>Oldsmar, FL 34677-6309 | SouthState Bank N.A.<br>Attn: Bankruptcy<br>PO Box 1900<br>Cornelia, GA 30531-7900 |
| SouthState Bank, N.A.<br>c/o Robert C. Schermer, Esq.<br>410 43rd St. W., Ste. N<br>Bradenton, FL 34209-2923 | SouthState Bank, NA<br>Att: Edward J Peterson III, Esq<br>Stichter Riedel Blain & Postler, PA<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Teresa M. Hair<br>Brock and Scott, PLLC<br>Attorneys at Law<br>8757 Red Oak Blvd.<br>Charlotte, NC 28217-3983 |
| Thomas Zervas<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 | Thomas Zervas<br>c/o Gilbert Singer, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Thomas Zervas and Konstantinos Papaspanos<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 |
| Trifon Houvardas<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Vasilios and Eva Gargeros<br>2132 Gulf View Blvd., Unit 14/24<br>Dunedin, FL 34698-2101 |
| WESTLAKE FLOORING COMPANY, LLC<br>c/o Ira Scot Silverstein, Esquire<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street- 25th Floor<br>Miami, FL 33130-1817 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis MN 55440-1629 | Wells Fargo Mortgage<br>101 N. Phillips Ave.<br>Sioux Falls, SD 57104-6714 |
| Wells Fargo, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 | Westlake Flooring Co LLC<br>c/o Liebler, Gonzales & Portuondo<br>44 West Flagler Street - 25th Floor<br>Miami, FL 33130-1808 | Westlake Flooring Co., LLC<br>8000 Wilshire Blvd.<br>Los Angeles, CA 90010 |

```
Westlake Flooring Co., LLC              Joel M Aresty +                         United States Trustee - TPA +
c/o James R. Liebler, II, Esq.          Joel M. Aresty, P.A.                    Timberlake Annex, Suite 1200
Liebler Gonzalez & Portuondo            309 1st Ave S                           501 E Polk Street
44 West Flagler Street 25th Floor       Tierra Verde, FL 33715-2231             Tampa, FL 33602-3949
Miami, FL 33130-1817


Robert Schermer I+                      Ira Scot Silverstein +                  Nicolette C Vilmos +
Greene Hamrick Perrey Quinlan & Schermer Liebler, Gonzalaez & Portuondo         Nelson Mullins Broad and Cassel
PO Box 551                              44 West Flagler Street, 25th Floor      390 North Orange Avenue, Suite 1400
Bradenton, FL 34206-0551                Miami, FL 33130-1808                    Orlando, FL 32801-1687


Amy Denton Mayer +                      Adam L Alpert +                         John A Anthony +
Stichter Riedel Blain & Postler, P.A.   Bush Ross P.A.                          Anthony & Partners, LLC
110 E Madison Street                    Post Office Box 3913                    100 S. Ashley Drive, Suite 1600
Suite 200                               Tampa, FL 33601-3913                    Tampa, FL 33602-5318
Tampa, FL 33602-4718


David J. Jurkiewicz +                   Edward J. Peterson III+                 Robert Bruce George +
Bose McKinney & Evans LLP               Stichter, Riedel, Blain & Postler, P.A. The Liles Firm, PA
135 N. Pennsylvania St, #2700           110 East Madison Street, Suite 200      50 N Laura St
Suite 2700                              Tampa, FL 33602-4718                    Suite 1200
Indianapolis, IN 46204-4407                                                     Jacksonville, FL 32202-3670


J Steven Wilkes +                       Teresa M Hair +                         Danielle S Kemp +
Office of United States Trustee         Brock and Scott, PLLC                   Greenberg Traurig, P.A.
501 East Polk Street                    8757 Red Oak Blvd                       Bank of America Plaza
Tampa, FL 33602-3949                    Ste #150                                101 E. Kennedy Blvd., Suite 1900
                                        Charlotte, NC 28217-3977                Tampa, FL 33602-5148


State Of Florida Dept. of Revenue (LL) + Nicole Mariani Noel +                  Andrew J Mongelluzzi +
PO Box 6668                             Kass Shuler, P.A.                       Clearwater Business Law, LLC
Tallahassee, FL 32314-6668              PO Box 800                              30846 US Hwy 19 N
                                        Tampa, FL 33601-0800                    Palm Harbor, FL 34684-4409


Shirley R Palumbo +                     John Blair Boyd +                       Andrew J Ghekas +
Greenspoon Marder Law                   Sorenson Van Leuven Law Firm            Anthony & Partners, LLC
City Place                              Post Office Box 3637                    100 S. Ashley Drive, Suite 1600
525 Okeechobee Boulevard, Suite 900     Tallahassee, FL 32315-3637              Tampa, FL 33602-5318
West Palm Beach, FL 33401-6306


James Randolph Liebler II+              (p)KATHLEEN L  DISANTO  TRUSTEE         Murray B Silverstein +
Liebler, Gonzalez & Portuondo           BUSH ROSS P A                           Greenspoon Marder, PA
25th Floor Courthouse Tower             PO BOX 3913                             401 E Jackson Street, Suite 1825
44 West Flagler Street                  TAMPA FL 33601-3913                     Tampa, FL 33602-5841
Miami, FL 33130-1817


Nathan A Wheatley +                     Ruediger Mueller +                      Jennifer Smith Thomas +
Office of the U.S. Trustee              Dr. Mueller Associates, Inc.            Rumberger Kirk
501 E. Polk St., Suite1200              1112 Watson Court                       300 South Orange Avenue
Tampa, FL 33602-3945                    Reunion, FL 34747-6784                  Orlando, FL 32801-3372


Kristian S Oldham +
Florida Department of Revenue
2450 Shumard Oak Blvd.
Tallahassee, FL 32399-7022
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Automotive Finance Corporation
11299 N. Illinois St
Carmel, IN 46032

U.S. Bank National Association
Bankruptcy Department
PO Box 5229
Cincinnati, Ohio 45201-5229

(d)U.S. Bank, N.A.
P.O. Box 3427
Oshkosh, WI 54902

(d)U.S. Bank, N.A.
Southeast RV/Marine
P.O. Box 790179
Saint Louis, MO 63179-0179

Kathleen L DiSanto +
Bush Ross, P.A.
Post Office Box 3913
Tampa, FL 33601-3913


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtney Leasing, Inc.

(u)Moffa, Sutton & Donnini, P.A.

(u)NextGear Capital, Inc.


(u)Stichter, Riedel, Blain & Postler, P.A.

(d)CPX Holdings, LLC
c/o Bush Ross, P.A.
Attn. Kathleen L. DiSanto, Esq.
Post Office Box 3913
Tampa, FL 33601-3913

(d)THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601-0800

End of Label Matrix
Mailable recipients    117
Bypassed recipients      6
Total                  123