**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                          Case No.:           8:22-bk-01210-CED

MICHAEL KASTRENAKES,                                          **CHAPTER 11**

　　　　Debtor.
_____

**FIRST HOME BANK'S OBJECTION TO MOTION TO
APPROVE COMPROMISE WITH DR. PANAYIOTIS VASILOUDES, CYGRAM
HERITAGE, LLLP, CYGRAM HOLDINGS, L.P., PANEVAS, LLC, TRIFON
HOUVARDAS, AND K&M INSURANCE INVESTORS, LLC**

　　Creditor First Home Bank ("**FHB**") respectfully objects to the Motion to Approve Compromise with Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC [Doc. No. 178; the "**9019 Motion**"] and states as follows:

　　1.　　On October 31, 2022, the Debtor filed its Unopposed Amendment to Debtor's Plan of Reorganization [Doc. No. 164; the "**First Amendment**"] to the "Disclosure Statement and Plan of Reorganization" [Doc. No. 96] which incorporated the "settlement agreement" that is the subject of the 9019 Motion.

　　2.　　On November 7, 2022, FHB filed its Preliminary Objection to the First Amendment [Doc. No. 180; the "**Preliminary Objection**"].

　　3.　　Accordingly, FHB incorporates the Preliminary Objection in this Objection.

　　4.　　Further, FHB adopts Creditor Nextgear Capital, LLC's Objection to the 9019 Motion [Doc. No. 192] in this Objection.

Dated: November 30, 2022

                          **THE LILES FIRM, P.A.**

                          */s/ Ryan J. Mittauer*
                          **ROBERT B. GEORGE**
                          Florida Bar No. 0108995
                          **RYAN J. MITTAUER**
                          Florida Bar No. 091869
                          50 North Laura Street, Suite 1200
                          Jacksonville, Florida 32202
                          (904) 634-1100 – Telephone
                          (904) 634-1234 – Facsimile
                          E-mail: rgeorge@thelilesfirm.com
                                            rmittauer@thelilesfirm.com
                                            aperry@thelilesfirm.com

                          *Counsel for Creditor, First Home Bank*

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on this 30th day of November, 2022, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

                          */s/ Ryan J. Mittauer*
                          Attorney