ORDERED.

Dated:  December 01, 2022

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                         Chapter 11

MICHAEL KASTRENAKES,                        Case No. 8:22-bk-1210-CED

  Debtor.
_____/

**ORDER SETTING FURTHER BRIEFING DEADLINES
WITH RESPECT TO DEBTOR'S OBJECTION TO CLAIM NO. 2
FILED BY STATE OF FLORIDA -- DEPARTMENT OF REVENUE**

THIS CASE came on for hearing on November 18, 2022, a 11:00 a.m. for consideration of the *Debtor's Objection to Claim No. 2 Filed by State of Florida – Department of Revenue* (Doc. No. 136) (the "**Claim Objection**"), the *Florida Department of Revenue's Response to Debtors' Objection to Claim No. 2 (Doc. #136)* (Doc. No. 154) (the "**Initial FDOR Response**"), and the *Memorandum of Law in Opposition to Claim No. 2 of the Florida Department of Revenue* (Doc. No. 188) (the "**Memo of Law**") filed by the Debtor.  For the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is

**ORDERED:**

1. <u>Additional FDOR Response</u>.  The Florida Department of Revenue (the "**FDOR**") shall have through and including December 7, 2022, to file a response to the Memo of Law (the "**Additional FDOR Response**").  The Additional Response may address all factual and legal issues related to Claim No. 2 (the "**Claim**") as set forth in the Claim Objection, the Initial FDOR Response, and the Memo of Law, but should focus on whether any portion of the Claim is entitled to priority under Section 507(a)(8)(C) of the Bankruptcy Code (the "**Priority Issue**").  To the extent that the Additional FDOR Response is limited to the Priority Issue, all other arguments of the FDOR related to the Claim and raised in the Initial FDOR Response shall be preserved and may be raised in further pleadings and hearings.

2. <u>Debtor's Reply</u>.  The Debtor shall have through and including December 13, 2022, to file a reply to the Additional FDOR Response (the "**Debtor's Reply**").  The Debtor's Reply may address all factual and legal issues related to the Claim as set forth in the Claim Objection, the Initial FDOR Response, the Memo of Law, and the Additional FDOR Response but should focus on the Priority Issue.  To the extent that Debtor's Reply is limited to the Priority Issue, all other arguments of the Debtor related to the Claim and raised in the Claim Objection shall be preserved and may be raised in further pleadings and hearings.

3. <u>Court's Ruling</u>.  The Court will endeavor to announce its ruling solely as to the Priority Issue[1] at the hearing scheduled for **December 16, 2022, at 10:00 a.m.** in Tampa, Florida, Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue.  The hearing may be adjourned from time to time by announcement made in open court without further notice.

**<u>Appropriate Attire.</u>  You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial**

---

[1] All other factual and legal disputes related to the Claim as set forth in the Claim Objection, the Initial FDOR Response, the Memo of Law, the Additional FDOR Response, and the Debtor's Reply will be deferred and considered by the Court separately.

3

**abilities.  Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.**

**Avoid delays at Courthouse security checkpoints.  You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.**

*Attorney Amy Denton Mayer is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this Order.*