# EXHIBIT A

**From:** John Anthony <janthony@anthonyandpartners.com>
**Sent:** Tuesday, November 29, 2022 1:58 PM
**To:** Jurkiewicz, David <DJurkiewicz@boselaw.com>
**Cc:** Nicholas Lafalce <nlafalce@anthonyandpartners.com>; Edward J. Peterson <epeterson@srbp.com>; Jill Cleaves <jcleaves@srbp.com>
**Subject:** RE: Kastrenakes / NextGear - Discovery Good Faith Conference
**Importance:** High

David, It took you seven months to object to our claims, and we have a problem with that. It took us 5 minutes after the good faith conference to object to your discovery, and you have a problem with that. I think you understand my problem with you waiting for seven months to object to our claims, but for the life of me I have no idea why you are objecting to our efforts to rapidly get a discovery dispute in front of the Court, when the purpose of your discovery is so diaphanous and the merits of your pending objections are patently absent.  My clients do not want to be used as pawns in your broader controversy with the Kastrenakes family.  That's all that's going on with the filings that have been coming out of you since we achieved a settlement with Edward's client. Shame on us for that.

**John A. Anthony, Partner**
**Anthony & Partners, LLC**
100 South Ashley Drive, Suite 1600
Tampa, Florida 33602
Main: 813-273-5616 | Fax: 813-221-4113
Direct: 813-273-5066 | Cell: 813-833-5066
Toll Free: 1-888-247-8909

    

**www.anthonyandpartners.com**   |   **A&P Biography**  |  **A&P Facebook**  |  **My LinkedIn**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Disclaimer under Circular 230: Any statements regarding tax matters made herein, including any attachments, are not formal tax opinions by this firm, cannot be relied upon or used by any person to avoid tax penalties, and are not intended to be used or referred to in any marketing or promotional materials.

**From:** Jurkiewicz, David <DJurkiewicz@boselaw.com>
**Sent:** Tuesday, November 29, 2022 1:50 PM
**To:** Nicholas Lafalce <nlafalce@anthonyandpartners.com>; John Anthony

EXHIBIT A

<janthony@anthonyandpartners.com>; Edward J. Peterson <epeterson@srbp.com>; Jill Cleaves <jcleaves@srbp.com>
**Subject:** RE: Kastrenakes / NextGear - Discovery Good Faith Conference

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Nick – I see that you filed the Motion for Protective Order 3 minutes after I sent the below response. I am not opposed you w/d the motion for protective order while we continue to resolve the discovery dispute by agreement. Thanks

**David J. Jurkiewicz**
**Bose McKinney & Evans LLP**
111 Monument Circle | Suite 2700 | Indianapolis, Indiana 46204
DJurkiewicz@boselaw.com | P 317-684-5364 | F 317-223-0364

*Assistant Contact  | Denise L. Lingenfelter | dlingenfelter@boselaw.com  | P 317-684-5292  | F 317-223-0292*

*Bose McKinney & Evans LLP is a member of* <u>Mackrell International</u>*, a network of independent law firms from more than sixty countries and thirty states.*

**From:** Jurkiewicz, David
**Sent:** Tuesday, November 29, 2022 1:41 PM
**To:** 'Nicholas Lafalce' <nlafalce@anthonyandpartners.com>; John Anthony <janthony@anthonyandpartners.com>; Edward J. Peterson <epeterson@srbp.com>; Jill Cleaves <jcleaves@srbp.com>
**Subject:** RE: Kastrenakes / NextGear - Discovery Good Faith Conference

Hi Nick:

It was a pleasure speaking with you today. You are correct that the NextGear request for production is related to the claim objections filed by NextGear. NextGear is seeking documents from the Vasiludes Creditors that would support the claims. For instance, as you note below, claimants have no privity of contract with the debtor , yet seek estate property to pay the alleged proof of claim amounts in the same Class 8 as NextGear. On the other hand NextGear and debtor are parties to an undisputed guaranty agreement. A claim is allowed as filed, unless objected to.  It is reasonable and required for the Vasiludes Creditors to support the filed claims if they are to participate in the property of the estate. Likewise, there has been no judicial determination that supports treble damages. Typically the rights to treble damages are based on issues of fact. The Vasiludes Creditors must provide the facts that that they believe support such damages, otherwise the treble damages cannot be allowed.

Your objection is broad and vague. It does not identify which of the 5 Vasiludes Creditors takes offense to a particular request. I see no need for a protective order as I would be happy to attempt to narrow the requests in a manner acceptable to all parties if you would identify the objection and creditor with particularity.

Thanks – I look forward to our future "meet & confer".

**David J. Jurkiewicz**
**Bose McKinney & Evans LLP**

EXHIBIT A

111 Monument Circle | Suite 2700 | Indianapolis, Indiana 46204
DJurkiewicz@boselaw.com | P 317-684-5364 | F 317-223-0364

*Assistant Contact  | Denise L. Lingenfelter | dlingenfelter@boselaw.com  | P 317-684-5292  | F 317-223-0292*

*Bose McKinney & Evans LLP is a member of <u>Mackrell International</u>, a network of independent law firms from more than sixty countries and thirty states.*

**From:** Nicholas Lafalce <nlafalce@anthonyandpartners.com>
**Sent:** Tuesday, November 29, 2022 12:33 PM
**To:** Jurkiewicz, David <DJurkiewicz@boselaw.com>; John Anthony <janthony@anthonyandpartners.com>; Edward J. Peterson <epeterson@srbp.com>; Jill Cleaves jcleaves@srbp.com
**Subject:** RE: Kastrenakes / NextGear - Discovery Good Faith Conference

David,

This e-mail follows up on our call this morning, with Ed participating on behalf of the Debtor, regarding the requests for production of documents NextGear served on the Dr. Panayiotis Vasiloudes Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC, all of whom have been referred to in this bankruptcy case as the Vasiloudes Creditors.

The Vasiloudes Creditors object to the discovery requests and a protective order is appropriate to protect the Vasiloudes Creditors from the undue burden of having to respond to the same. When asked, you asserted that the production requests were tied to NextGear's claim objections to the Vasiloudes' Creditors claims. However, the discovery is not tied to any of the issues asserted in the claim objections.

For instance, you raised the Cygram Heritage LLP claim during our call, which attaches the two notes, each in the amount of $1,000,000, and asserts the civil theft claim that takes the claim to $6,000,000, based upon treble damages. NextGear's objection merely states that the claim is duplicative of other claims filed by other Vasiloudes Creditors and that the Debtor is not a party to the note. None of substance of the claim objection would support the request for organizational documents, or mediation documents, and the requests for all documents that support the claim are clearly overbroad.

Further, at this point, with the pending motion to compromise, if the Court rules in favor of approving the compromise, NextGear's claim objections would all become moot. Accordingly, assuming that the discovery were not overbroad and irrelevant to the issues presented, it is no doubt premature.

For all of the foregoing reasons, and those discussed during our call, a protective order is appropriate against NextGear's requests for production.

Thanks,

**Nicholas Lafalce, Esq.**
ANTHONY & PARTNERS, LLC
100 South Ashley Drive, Suite 1600
Tampa, Florida 33602
Office: 813.273.5616
Fax: 813.221.4113
nlafalce@anthonyandpartners.com

EXHIBIT A

**From:** Jurkiewicz, David <DJurkiewicz@boselaw.com>
**Sent:** Monday, November 28, 2022 10:07 AM
**To:** John Anthony <janthony@anthonyandpartners.com>; Edward J. Peterson <epeterson@srbp.com>; Jill Cleaves <jcleaves@srbp.com>
**Cc:** Nicholas Lafalce <nlafalce@anthonyandpartners.com>
**Subject:** RE: Kastrenakes / NextGear

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tuesday 11:30 works for me

**David J. Jurkiewicz**
**Bose McKinney & Evans LLP**
111 Monument Circle | Suite 2700 | Indianapolis, Indiana 46204
DJurkiewicz@boselaw.com | P 317-684-5364 | F 317-223-0364

*Assistant Contact  | Denise L. Lingenfelter | dlingenfelter@boselaw.com  | P 317-684-5292  | F 317-223-0292*

*Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than sixty countries and thirty states.*

**From:** John Anthony <janthony@anthonyandpartners.com>
**Sent:** Monday, November 28, 2022 10:01 AM
**To:** Edward J. Peterson <epeterson@srbp.com>; John Anthony <janthony@anthonyandpartners.com>; Jurkiewicz, David <DJurkiewicz@boselaw.com>; Jill Cleaves <jcleaves@srbp.com>
**Cc:** Nicholas Lafalce <nlafalce@anthonyandpartners.com>
**Subject:** RE: Kastrenakes / NextGear

11:30 a.m. tomorrow would work.

Anna Dzouenko
Paralegal to
John Anthony, Esq.
**Anthony and Partners, LLC**
100 S. Ashley Dr., Suite 1600
Tampa, FL 33602
813-273-5616 | Fax 813-221-4113
www.anthonyandpartners.com

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might

constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Disclaimer under Circular 230: Any statements regarding tax matters made herein, including any attachments, are not formal tax opinions by this firm, cannot be relied upon or used by any person to avoid tax penalties, and are not intended to be used or referred to in any marketing or promotional materials.

**From:** Edward J. Peterson <epeterson@srbp.com>
**Sent:** Monday, November 28, 2022 10:00 AM
**To:** John Anthony <janthony@anthonyandpartners.com>; Jurkiewicz, David <DJurkiewicz@boselaw.com>; Anna M. Dzouenko <ADzouenko@anthonyandpartners.com>; Jill Cleaves <jcleaves@srbp.com>
**Cc:** Nicholas Lafalce <nlafalce@anthonyandpartners.com>
**Subject:** Re: Kastrenakes / NextGear

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sorry I have another meeting then.  I could do 9:00 or 11:30.

Edward Peterson
Attorney at Law
Board Certified in Business Bankruptcy
Stichter, Riedel, Blain & Postler P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Tel: 813-229-0144
Fax: 813-229-1811
www.srbp.com

---

**From:** John Anthony <janthony@anthonyandpartners.com>
**Sent:** Monday, November 28, 2022 9:38:31 AM
**To:** Jurkiewicz, David <DJurkiewicz@boselaw.com>; Anna M. Dzouenko <ADzouenko@anthonyandpartners.com>; Edward J. Peterson <epeterson@srbp.com>
**Cc:** Nicholas Lafalce <nlafalce@anthonyandpartners.com>
**Subject:** Re: Kastrenakes / NextGear

Edward and Anna, is 10 am tomorrow ok?

John A. Anthony
Sent from my iPhone 813-833-5066
In the interest of promptness, please excuse brevity, autocorrect, and voice dictate errors.
This email is never intended as the basis for a contract or implied contract for a client.


On Nov 28, 2022, at 9:36 AM, Jurkiewicz, David <DJurkiewicz@boselaw.com> wrote:

**EXHIBIT A**

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi John – Anytime Tuesday works for me.

**David J. Jurkiewicz**
**Bose McKinney & Evans LLP**
111 Monument Circle | Suite 2700 | Indianapolis, Indiana 46204
DJurkiewicz@boselaw.com | P 317-684-5364 | F 317-223-0364

*Assistant Contact  | Denise L. Lingenfelter | dlingenfelter@boselaw.com  | P 317-684-5292 | F 317-223-0292*

*Bose McKinney & Evans LLP is a member of* Mackrell International*, a network of independent law firms from more than sixty countries and thirty states.*
**From:** John Anthony <janthony@anthonyandpartners.com>
**Sent:** Monday, November 28, 2022 9:33 AM
**To:** Jurkiewicz, David <DJurkiewicz@boselaw.com>; Edward Peterson <epeterson@srbp.com>
**Cc:** Nicholas Lafalce <nlafalce@anthonyandpartners.com>; Anna M. Dzouenko <ADzouenko@anthonyandpartners.com>
**Subject:** Kastrenakes / NextGear

Edward and David,

We received quite a pile of discovery and I would like to set a good faith conference for pretty much any time this afternoon or tomorrow to discuss it with both of you.  Please let me know your availability!

John A. Anthony
Sent from my iPhone 813-833-5066
In the interest of promptness, please excuse brevity, autocorrect, and voice dictate errors.
This email is never intended as the basis for a contract or implied contract for a client.

This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. All personal messages express views only of the individual sender, and may not be copied or distributed without this statement.

This email has been scanned for spam and viruses. Click here to report this email as spam.

**EXHIBIT A**