**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                          Case No.:        8:22-bk-01210-CED

MICHAEL KASTRENAKES,                        **CHAPTER 11**

   Debtor.
_____

**CREDITOR FIRST HOME BANK'S RESPONSE**
**TO CREDITOR NEXTGEAR CAPITAL, INC.'S OBJECTION TO CLAIM NO. 14**

Creditor First Home Bank ("**FHB**"), under Federal Rule of Bankruptcy Procedure 3007 and applicable law, hereby responds to Creditor NextGear Capital, Inc.'s ("**NextGear**") Objection to Claim No. 14 filed by First Home Bank (the "**Objection**") [Doc. No. 167] and states as follows:

**Abbreviated Procedural History**

1.  On April 15, 2021, Michael Kastrenakes (the "**Debtor**") filed his Schedule D of Secured Creditors ("**Schedule D**") [Doc. No. 27] whereby the Debtor lists FHB as having a claim of $1,500,000.00 secured by the Debtor's 50 percent interest in Kaz Reinsurance FL, LLC.

2.  On June 6, 2022, FHB filed its claim [Claim No. 14], along with supporting documents, in the amount of $1,674,992.40 of which $550,000.00 is secured by an investment account and $1,124,992.40 is unsecured.

3.  On November 4, 2022, NextGear filed the Objection on the basis that: (1)- FHB is claiming a security interest in CallPass, LLC and Ximplipay, LLC; and (2)- FHB has failed to attach any security agreements or evidence of any security interest held by the FHB.

**Response**

4. FHB does not have (and is not claiming) a security interest in CallPass, LLC or Ximplipay, LLC, accordingly FHB agrees with NextGear's position that FHB does not have a security interest in CallPass, LLC and Ximplipay, LLC.

5. As referenced in the Forbearance Agreement dated June 20, 2021 attached to FHB's Claim No. 14, FHB is claiming a security interest in an investment account held at Doyle Wealth Management, Inc. (the "**Investment Account**"). As of June 20, 2021, the Investment Account was owned by Kaz Reinsurance LTD. but as of the Debtor's Petition Date may have been transferred to the Debtor or the Debtor's entity, Kaz Reinsurance FL, LLC.

6. To the degree NextGear is taking the position that FHB's claim is not secured by the Debtor's 50 percent membership interest in Kaz Reinsurance FL, LLC (as listed in Section 2.2 of Schedule D), FHB agrees with that position.

Dated: December 2, 2022

                                  **THE LILES FIRM, P.A.**

                                  */s/ Ryan J. Mittauer*
                                  **ROBERT B. GEORGE**
                                  Florida Bar No. 0108995
                                  **RYAN J. MITTAUER**
                                  Florida Bar No. 091869
                                  50 North Laura Street, Suite 1200
                                  Jacksonville, Florida 32202
                                  (904) 634-1100 – Telephone
                                  (904) 634-1234 – Facsimile
                                  E-mail:  rgeorge@thelilesfirm.com
                                                  rmittauer@thelilesfirm.com
                                                  aperry@thelilesfirm.com

                                  *Counsel for Creditor, First Home Bank*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2nd day of December, 2022, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                */s/ Ryan J. Mittauer*
                                                Attorney