# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MICHAEL KASTRENAKES, | Case No. 8:22-bk-1210-CED |
| Debtor. | |
| _____/ | |
| | |
| DR. PANAYIOTIS VASILOUSDES, et al., | |
| Plaintiffs, | Adv. Case No. 8:22-ap-00113-CED |
| v. | |
| MICHAEL KASTRENAKES, et al., | |
| Defendants. | |
| _____/ | |

## NOTICE OF CLARIFICATION

**COMES NOW**, Troutman Pepper Hamilton Sanders, LLP ("TPHS"), and hereby files this Notice of Clarification, stating as follows:

1.

On September 8, 2022, Marc E. Rosenthal, Joel M. Aresty, and Casey R. Cummings filed a Motion to Withdraw as Counsel for Platinum Auto Finance of Tampa Bay, LLC ("Motion to Withdraw") [DE 81]. On October 6, 2022, the Court granted the Motion to Withdraw, to which no objection was filed. *See* Oct. 6, 2022, Order [DE 88]. The Court's Order states, in pertinent part: "Defendant Platinum Tampa may be served future pleadings and correspondence at c/o Jay Schiff JSchiff@crescendoam.com, and copy to Robert Bourguignon Robert.Bourguignon@troutman.com." *Id.* at 2.

2.

This Notice is filed out of an abundance of caution and to clarify any possible misunderstanding on the part of the Court or the parties. Neither TPHS, including Robert

Bourguignon, nor Jay Schiff is authorized to accept service on behalf of Defendant Platinum Auto Finance of Tampa Bay, LLC ("Platinum Tampa"). Jay Schiff is a representative of PMOF Special Situations Private Credit Fund LLC ("PMOF"). Robert Bourguignon is an attorney with TPHS, which represents PMOF. PMOF is a creditor of Platinum Tampa, but PMOF is not a party to this case. Platinum Tampa is not now, nor has it ever been, represented by TPHS or Robert Bourguignon. PMOF and Jay Schiff have no ownership or management role with Platinum Tampa.

3.

Accordingly, this Notice is filed to promote judicial economy and prevent any erroneous attempt to effect service on Platinum Tampa through TPHS, including Mr. Bourguignon or Mr. Schiff.

**DATED this 9th day of December, 2022.**     Respectfully Submitted,

/s/ Andrew D. Atkins
Andrew D. Atkins
Troutman Pepper Hamilton Sanders, LLP
Licensed to Practice in Florida
Florida Bar No. 92689
Telephone: 704.916.1504
Email: andrew.atkins@troutman.com

/s/ Gary W. Marsh
Gary Wayne Marsh
Troutman Pepper Hamilton Sanders, LLP
600 Peachtree St NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.2752
Email: gary.marsh@troutman.com

*Attorneys for Non-Party:*
*PMOF Special Situations Private Credit Fund LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Clarification* was served on December 9, 2022 via U.S. Mail on Defendant Platinum Auto Finance of Tampa Bay LLC at 25 North Main Avenue, Clearwater, Florida 33765, and served via the Court's ECF filing system on December 9, 2022 on all counsel of record on the Service List below.

Respectfully Submitted,

/s/ Andrew D. Atkins
Andrew D. Atkins
Troutman Pepper Hamilton Sanders, LLP
Licensed to Practice in Florida
Florida Bar No. 92689
Telephone: 704.916.1504
Email: andrew.atkins@troutman.com

/s/ Gary W. Marsh
Gary Wayne Marsh
Troutman Pepper Hamilton Sanders, LLP
600 Peachtree St NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.2752
Email: gary.marsh@troutman.com

## **SERVICE LIST**

John A. Anthony, Esq.
Anthony & Partners, LLC
*Counsel for Plaintiffs*
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602
Phone: (813) 273-5615
Fax: (813) 221-4113
Email: janthony@anthonyandpartners.com

Andrew J. Ghekas, Esq.
Anthony & Partners, LLC
*Counsel for Plaintiffs*
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602
Phone: (813) 273-5615
Fax: (813) 221-4113
Email: aghekas@anthonyandpartners.com

Amy Denton Mayer, Esq.
Stichter Riedel Blain & Postler, P.A.
*Counsel for Defendant Michael Kastrenakes*
110 E Madison Street, Suite 200
Tampa, Florida 33602
Phone: (813) 229-0144
Fax: (813) 229-1811
Email: amayer.ecf@srbp.com

Edward J. Peterson, III, Esq.
Stichter Riedel Blain & Postler, P.A.
*Counsel for Defendant Michael Kastrenakes*
110 E Madison Street, Suite 200
Tampa, Florida 33602
Phone: (813) 229-0144
Fax: (813) 229-1811
Email: epeterson@srbp.com

Kathleen L. DiSanto, Esq.
Bush Ross, P.A.
*Counsel for Defendant Maria Kastrenakes*
P.O. Box 3913
Tampa, Florida 33601
Phone: (813) 224-9255
Fax: (813) 223-9620
Email: kdisanto@bushross.com

Joel M. Aresty, Esq.
Joel M. Aresty, P.A.
*Withdrawn Counsel for Defendant Platinum Tampa*
309 1st Ave S
Tierra Verde, FL 33715
Phone: (305) 904-1903
Fax: (800) 559-1870
Email: aresty@icloud.com

Casey R. Cummings, Esq.
Rosenberg & Cummings PLLC
*Withdrawn Counsel for Defendant Platinum Tampa*
802 NE 20th Ave
Fort Lauderdale, Florida 33304Phone: (954) 769-1344
Fax: (954) 206-0818
Email: casey@rosenbergcummings.com

Marc E. Rosenthal, Esq.
Rosenberg & Cummings PLLC
*Withdrawn Counsel for Defendant Platinum Tampa*
802 NE 20th Ave
Fort Lauderdale, Florida 33304
Phone: (954) 769-1344
Fax: (954) 206-0818
Email: marc@rosenbergcummings.com

David Delrahim
Englander and Fischer, LLP
*Counsel for Defendants Platinum Tampa; MK Automotive, Inc.; New Wave Acceptance, LLC; and Platinum Auto Finance, LLC*
721 1st Ave South
St. Petersburg, Florida 33701
Phone: (727) 898-7210
Email: ddelrahim@eflegal.com