UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,                                Chapter 11

    Debtor.                                               Case No. 8:22-bk-1210-CED

_____/

## BALLOT TABULATION

| | |
|---|---|
| Date prepared: | December 14, 2022 |
| Prepared by: | Stichter, Riedel, Blain & Postler, P.A.<br>Attorneys for the Debtor |
| Filed with respect to: | *Plan of Reorganization* (Doc. No. 96) (the "**Plan**"), as amended by the *Amendment to Plan of Reorganization* (Doc. No. 164) (the "**Plan Amendment**") |

### SUMMARY OF VOTE BY CLASSES OF CLAIMS AND INTERESTS

| Class | Classified Claims | Impaired/ Unimpaired | Total Voting | | Acceptances | | Percentages | | Requisite Vote Y/N |
|---|---|---|---|---|---|---|---|---|---|
| | | | No. | Amount | No. | Amount | No. | Amt. | |
| 1 | Priority Claims | Unimpaired | Presumed Acceptance Pursuant to Section 1126(f) | | | | | | Yes |
| 2 | Secured Claim of Wells Fargo | Unimpaired | Presumed Acceptance Pursuant to Section 1126(f) | | | | | | Yes |
| 3 | Secured Claim of SouthState Bank | Unimpaired | Presumed Acceptance Pursuant to Section 1126(f) | | | | | | Yes |
| 4 | Secured Claim of CPX Holdings | Impaired | 1 | 885,763.77 | 1 | 885,763.77 | 100% | 100% | Yes |
| 5 | Secured Claim of First Home Bank | Impaired | 1 | 1,674,992.40 | 0 | 0 | 0% | 0% | No |
| 6 | Secured Claim of Grow Financial | Impaired | 1 | 26,421.72 | 1 | 26,421.72 | 100% | 100% | Yes |
| 7 | Secured Claim of New York Life Insurance | Impaired | 0 | 0 | 0 | 0 | 0% | 0% | No |

| 8 | Joint Creditors[1] | Impaired | 7 | 7,522,766.70 | 5 | 6,000,000.00 | 71% | 80% | Yes |
| 9 | Unsecured Creditors[2] | Impaired | 9 | 9,390,273.08 | 8 | 8,850,000.00 | 89% | 94% | Yes |

/s/ *Amy Denton Mayer*
Edward J. Peterson (FBN 0014612)
Amy Denton Mayer (FBN 0634506)
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: amayer@srbp.com
Attorneys for Debtor

---

[1] Includes NextGear, HF Financial, Jeff Hackett, and Konstantinos Papaspanos/Thomas Zervas per the Plan, and Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Trifon Houvardas, and K&M Insurance Investors, LLC per the Plan Amendment (collectively, the "**Vasiloudes Creditors**"). As set forth in the Plan Amendment, the Vasiloudes Creditors are voting their claims in favor of confirmation. *See* Plan Amendment, at ¶2.

[2] Includes insiders as well as the Vasiloudes Creditors per the Plan and the Plan Amendment. As set forth in the Plan Amendment, the Vasiloudes Creditors are voting their claims in favor of confirmation. *See* Plan Amendment, at ¶2.