UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,                                    Chapter 11

    Debtor.                                                         Case No. 8:22-bk-1210-CED

_____/

## AMENDED BALLOT TABULATION

Date prepared:           December 14, 2022

Prepared by:             Stichter, Riedel, Blain & Postler, P.A.
                         Attorneys for the Debtor

Filed with respect to:   *Plan of Reorganization* (Doc. No. 96) (the "**Plan**"), as amended by the *Amendment to Plan of Reorganization* (Doc. No. 164) (the "**Plan Amendment**")

### SUMMARY OF VOTE BY CLASSES OF CLAIMS AND INTERESTS

| Class | Classified Claims | Impaired/ Unimpaired | Total Voting | | Acceptances | | Percentages | | Requisite Vote Y/N |
|---|---|---|---|---|---|---|---|---|---|
| | | | No. | Amount | No. | Amount | No. | Amt. | |
| 1 | Priority Claims | Unimpaired | Presumed Acceptance Pursuant to Section 1126(f) | | | | | | Yes |
| 2 | Secured Claim of Wells Fargo | Unimpaired | Presumed Acceptance Pursuant to Section 1126(f) | | | | | | Yes |
| 3 | Secured Claim of SouthState Bank | Unimpaired | Presumed Acceptance Pursuant to Section 1126(f) | | | | | | Yes |
| 4 | Secured Claim of CPX Holdings | Impaired | 1 | 885,763.77 | 1 | 885,763.77 | 100% | 100% | Yes |
| 5 | Secured Claim of First Home Bank | Impaired | 1 | 1,674,992.40 | 0 | 0 | 0% | 0% | No |
| 6 | Secured Claim of Grow Financial | Impaired | 1 | 26,421.72 | 1 | 26,421.72 | 100% | 100% | Yes |
| 7 | Secured Claim of New York Life Insurance | Impaired | 0 | 0 | 0 | 0 | 0% | 0% | No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Joint Creditors[1] | Impaired | 7 | 7,522,766.70 | 5 | 6,000,000 | 71% | 80% | Yes |
| 9 | Unsecured Creditors[2] | Impaired | 3 | 3,390,273.08 | 2 | 2,850,000 | 66.67% | 84% | Yes |
| 10 | Vasiloudes Creditors[3] | Impaired | 6 | 6,000,000 | 6 | 6,000,000 | 100% | 100% | Yes |

/s/ *Amy Denton Mayer*
Edward J. Peterson (FBN 0014612)
Amy Denton Mayer (FBN 0634506)
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: amayer@srbp.com
Attorneys for Debtor

---

[1] Includes NextGear, HF Financial, Jeff Hackett, and Konstantinos Papaspanos/Thomas Zervas per the Plan, and Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Trifon Houvardas, and K&M Insurance Investors, LLC per the Plan Amendment (collectively, the "**Vasiloudes Creditors**"). As set forth in the Plan Amendment, the Vasiloudes Creditors are voting their claims in favor of confirmation. *See* Plan Amendment, at ¶2.

[2] Includes insiders.

[3] As set forth in the Plan Amendment, Class 10 is a newly created class comprised solely of the Vasiloudes Creditors. Per the Plan Amendment, the Vasiloudes Creditors are voting their claims in favor of confirmation. *See* Plan Amendment, at ¶2.