# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

MICHAEL KASTRENAKES,

              Debtor.

Case No.: 8:22-bk-01210-CED
Chapter: 11
Subchapter V

_____/

## NOTICE OF APPEARANCE

PLEASE BE ADVISED that Cameryn R. Lackey, Esquire, of the law firm of Anthony & Partners, LLC, hereby enters her appearance in this action as counsel for Dr. Panayiotis Vasiloudes ("Vasiloudes") and Cygram Heritage, LLLP ("Cygram"), and requests that copies of all notices, pleadings, and other documents in this case be served upon the undersigned.

DATED this 19th day of December, 2022.

/s/ Cameryn R. Lackey
**JOHN A. ANTHONY, ESQ.**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**ANDREW J. GHEKAS, ESQ.**
Florida Bar Number: 0119169
aghekas@anthonyandpartners.com
**NICHOLAS LAFALCE, ESQ.**
Florida Bar Number: 119250
nlafalce@anthonyandparnters.com
**CAMERYN R. LACKEY, ESQ.**
Florida Bar Number: 1038915
clackey@anthonyandpartners.com
**ANTHONY & PARTNERS, LLC**
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813/273-5616
Facsimile: 813/221-4113
Attorneys for Vasiloudes and Cygram

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of December, 2022, a true and correct copy of the foregoing has been served through this Court's CM/ECF System, via E-mail, and/or U.S. Mail on the following parties:

**Notice has been served through E-mail to:**

Adam L Alpert on behalf of Creditor CPX Holdings, LLC
aalpert@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Adam L Alpert on behalf of Interested Party Maria Kastrenakes
aalpert@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto on behalf of Creditor CPX Holdings, LLC
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto on behalf of Interested Party Maria Kastrenakes
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Ruediger Mueller
trustee@tcmius.com, crm11@trustesolutions.net

Edward J. Peterson, III on behalf of Debtor Michael Kastrenakes
epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

Nathan A Wheatley on behalf of U.S. Trustee United States Trustee - TPA
nathan.a.wheatley@usdoj.gov

J Steven Wilkes on behalf of U.S. Trustee United States Trustee - TPA
steven.wilkes@usdoj.gov

**Notice has been served through U.S. Mail:**

Michael Kastrenakes
1755 McCauley Road
Clearwater, Florida 33764
Debtor

                                        /s/ Cameryn R. Lackey
                                        **ATTORNEY**