**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

MICHAEL KASTRENAKES,

    Debtor.
_____/

Case No.: 8:22-bk-01210-CED
Chapter: 11

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

    1.    A preliminary hearing in this case will be held on before the Honorable Caryl E. Delano, United States Bankruptcy Judge, on January 11, 2023, at 9:30 a.m., at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave, Tampa, Florida 33602, Courtroom 9A (9th Floor), on the following matter:

**VASILOUDES CREDITORS' MOTION TO CONVERT**
**REORGANIZATION TO CHAPTER 7 LIQUIDATION**
[Doc. 225]

    2.    Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

    3.    The Court may continue this matter upon announcement made in open court without further notice.

    4.    Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

    DATED this 29th day of December, 2022.

/s/ John A. Anthony
**JOHN A. ANTHONY, ESQ.**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**NICHOLAS LAFALCE, ESQ.**
Florida Bar Number: 0119250
nlfalce@anthonyandpartners.com
**CAMERYN R. LACKEY, ESQ.**
Florida Bar Number: 1038915
clackey@anthonyandpartners.com
**ANTHONY & PARTNERS, LLC**

                                                                       100 S. Ashley Drive, Suite 1600
                                                                       Tampa, Florida 33602
                                                                       Telephone:  813/273-5616
                                                                       Facsimile:  813/221-4113
                                                                       Attorneys for Vasiloudes Creditors

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 29th day of December, 2022, a true and correct copy of the foregoing has been served through this Court's CM/ECF System on the following parties:

**Notice has been served through CM/ECF to:**

Adam L Alpert on behalf of Creditor CPX Holdings, LLC
aalpert@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Adam L Alpert on behalf of Interested Party Maria Kastrenakes
aalpert@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Joel M Aresty on behalf of Interested Party Platinum Auto Finance of Tampa Bay
aresty@icloud.com

Andrew D Atkins on behalf of Other Prof. PMOF Special Situations Private Credit Fund LLC
andrew.atkins@troutman.com, caroline.monson@troutman.com

John Blair Boyd on behalf of Creditor Grow Financial Federal Credit Union
bk@svllaw.com

David Delrahim on behalf of Defendant MK Automotive, Inc.
ddelrahim@eflegal.com, tdillon@eflegal.com;eportal_service@eflegal.com

David Delrahim on behalf of Defendant New Wave Acceptance, LLC
ddelrahim@eflegal.com, tdillon@eflegal.com;eportal_service@eflegal.com

David Delrahim on behalf of Defendant Platinum Auto Finance of Tampa Bay, LLC
ddelrahim@eflegal.com, tdillon@eflegal.com;eportal_service@eflegal.com

David Delrahim on behalf of Defendant Platinum Auto Finance, LLC
ddelrahim@eflegal.com, tdillon@eflegal.com;eportal_service@eflegal.com

Kathleen L DiSanto on behalf of Creditor CPX Holdings, LLC
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto on behalf of Defendant CPX Holdings, LLC
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto on behalf of Defendant Evangeline Kastrenakes
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto on behalf of Defendant Maria Kastrenakes
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto on behalf of Defendant Maria Kastrenakes, as an individual
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto on behalf of Defendant Maria Kokolakis Kastrenakes
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto on behalf of Defendant Pagona Kokolakis
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto on behalf of Interested Party CPX Holdings, LLC
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto on behalf of Interested Party Maria Kastrenakes
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Becky Ferrell-Anton on behalf of Debtor Michael Kastrenakes
bfanton.ecf@srbp.com, srbpecf@srbp.com

Robert Bruce George on behalf of Creditor First Home Bank
rgeorge@thelilesfirm.com, aperry@thelilesfirm.com;rmittauer@thelilesfirm.com

Teresa M Hair on behalf of Creditor Wells Fargo Bank, N.A.
teresa.hair@brockandscott.com, WBECF@brockandscott.com

David J. Jurkiewicz on behalf of Creditor NextGear Capital, Inc.
djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

David J. Jurkiewicz on behalf of Defendant NextGear Capital, Inc.
djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

David J. Jurkiewicz on behalf of Plaintiff NextGear Capital, Inc.
djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

Danielle S Kemp on behalf of Creditor Courtney Leasing, Inc.
kempd@gtlaw.com, meyerp@gtlaw.com;FLService@gtlaw.com

James Randolph Liebler, II on behalf of Creditor Westlake Flooring Company, LLC
jrlii@lgplaw.com, mkv@lgplaw.com

Amy Denton Mayer on behalf of Debtor Michael Kastrenakes
amayer.ecf@srbp.com, srbpecf@srbp.com;aharris@srbp.com

Amy Denton Mayer on behalf of Defendant Michael Kastrenakes
amayer.ecf@srbp.com, srbpecf@srbp.com;aharris@srbp.com

Amy Denton Mayer on behalf of Plaintiff Michael Kastrenakes
amayer.ecf@srbp.com, srbpecf@srbp.com;aharris@srbp.com

Andrew J Mongelluzzi on behalf of Defendant Thomas K. Rowe
courtdocs@clearwaterbusinesslaw.com

Andrew J Mongelluzzi on behalf of Interested Party Thomas K. Rowe
courtdocs@clearwaterbusinesslaw.com

Ruediger Mueller
trustee@tcmius.com, crm11@trustesolutions.net

Nicole Mariani Noel on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos
bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

Nicole Mariani Noel on behalf of Plaintiff Thomas Zervas
bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

Nicole Mariani Noel on behalf of Plaintiff Kostantinos Papaspanos
bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

Kristian S Oldham on behalf of Creditor State Of Florida Dept. of Revenue (LL)
kristian.oldham@floridarevenue.com

Edward J. Peterson, III on behalf of Accountant Jerry Makris, C.P.A.
epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III on behalf of Attorney Stichter, Riedel, Blain & Postler, P.A.
epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III on behalf of Debtor Michael Kastrenakes
epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III on behalf of Defendant Michael Kastrenakes
epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III on behalf of Plaintiff Michael Kastrenakes
epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Edward J. Peterson, III on behalf of Spec. Counsel Moffa, Sutton & Donnini, P.A.
epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Frederick F Rudzik on behalf of Creditor State Of Florida Dept. of Revenue (LL)
rudzikf@dor.state.fl.us, ffrudzik@aol.com

Lindsey A Savastano on behalf of Creditor William Hilgenfeldt
Lindsey.Savastano@gmlaw.com, WGuan@flwlaw.com

Lindsey A Savastano on behalf of Defendant William Hilgenfeldt
Lindsey.Savastano@gmlaw.com, WGuan@flwlaw.com

Lindsey A Savastano on behalf of Defendant Wlliam Hilgenfeldt
Lindsey.Savastano@gmlaw.com, WGuan@flwlaw.com

Lindsey A Savastano on behalf of Interested Party Shirley Palumbo
Lindsey.Savastano@gmlaw.com, WGuan@flwlaw.com

Robert Schermer, I on behalf of Creditor SouthState Bank, N.A.
rschermer@manateelegal.com

Ira Scot Silverstein on behalf of Creditor Westlake Flooring Company, LLC
iss@lgplaw.com, lp@lgplaw.com;de@lgplaw.com

Murray B Silverstein on behalf of Defendant Wlliam Hilgenfeldt
murray.silverstein@gmlaw.com, cristina.warder@gmlaw.com

Murray B Silverstein on behalf of Interested Party Murray B. Silverstein
murray.silverstein@gmlaw.com, cristina.warder@gmlaw.com

Jennifer Smith Thomas on behalf of Interested Party Automotive Finance Corporation
jthomas@rumberger.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc.
nicolette.vilmos@nelsonmullins.com,
francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com

Nicolette C Vilmos on behalf of Defendant NextGear Capital, Inc.
nicolette.vilmos@nelsonmullins.com,
francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com

Nicolette C Vilmos on behalf of Plaintiff NextGear Capital, Inc.
nicolette.vilmos@nelsonmullins.com,
francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com

Nathan A Wheatley on behalf of U.S. Trustee United States Trustee - TPA
nathan.a.wheatley@usdoj.gov

J Steven Wilkes on behalf of U.S. Trustee United States Trustee - TPA
steven.wilkes@usdoj.gov

**Notice has been served through U.S. Mail:**

Michael Kastrenakes
1755 McCauley Road
Clearwater, Florida 33764
Debtor

                                              /s/ John A. Anthony
                                              **ATTORNEY**