UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MICHAEL KASTRENAKES,                                    Case No.:  8:22-bk-01210-CED
                                                         Chapter:  11

       Debtor.

_____ /

**U.S. BANK NATIONAL ASSOCIATION'S**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

U.S. Bank National Association (the "Creditor"), its successors and/or assigns, as a Creditor of the bankruptcy estate of Michael Kastrenakes (the "Debtor"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

1.      On March 27, 2022, the Debtor filed the above-captioned Chapter 11 bankruptcy case.

2.      Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3.      On October 20, 2017, Debtor executed and delivered a U.S. Bank Recreation Finance National Promissory Note and Security Agreement (herein further referenced as "Contract").   A copy of the Contract is attached hereto as **Exhibit A.**  A Copy of the Certificate of Title is attached hereto as **Exhibit B**.

4.      Creditor is entitled to enforce the Contract, which is secured by the following described property: 2017 SAILFISH 325 DC, VIN YSIX0040C717 (the "Collateral").

5.      Secured creditor filed Claim No. 10-1.

6.      On October 31, 2022, the Debtor filed the Amended Plan [Doc. 164], which fails to provide any treatment for Creditor.

7.    As of November 7, 2022, the Debtor owes Creditor fifteen (15) payments of$880.32 each (August 19, 2021 – October 19, 2022), late charges of $125.00, for a total arrearage of $13,329.80. As of November 7, 2022, the total debt on the Collateral is $122,150.28.

8.    Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Creditor to enforce all of its *in rem* remedies against the Collateral pursuant to the Contract.  Relief is requested on the basis that the Collateral is not necessary for an effective reorganization and the Creditor is not adequately protected as there is little or no equity in the Collateral.

9.    Creditor seeks relief from the automatic stay to proceed with action to enforce its lien, including but not limited to obtaining possession of the Collateral.

10.    Creditor requests that the 14-day stay, pursuant to Fed. R. Bankr. P. 4001(a)(3) be waived.

Wherefore, Creditor requests the entry of an order modifying the automatic stay, authorizing Movant, its successors and assigns, to protect its interest and proceed with sale of the Collateral under its Contract and appropriate state statutes; and for such other and further relief as the Court deems just and proper.

MCCALLA RAYMER LEIBERT PIERCE, LLC

By:    */s/ Toni Townsend*

Reka Beane
Florida Bar No. 52919
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC 954-332-9370
Reka.Beane@mccalla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___December 29, 2022___, a true and correct copy of the

foregoing was served by U.S. Mail, First Class to:

**Michael Kastrenakes**
1755 McCauley Rd.
Clearwater, FL 33764

**James H Sutton**
Moffa, Sutton & Donnini, P.A.
8875 Hidden River Parkway
Suite 300
Tampa, FL 33637

**Martha Thorn**
The Thorn Collection
Coldwell Banker International Real Estat
598 Indian Rocks Road
Belleair Bluffs, FL 33770

**the attached list of 20 largest unsecured creditors;**

and those parties receiving CM/ECF service

- **Adam L Alpert**    aalpert@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com
- **John A Anthony**    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com
- **Joel M Aresty**    aresty@icloud.com
- **Andrew D Atkins**    andrew.atkins@troutman.com
- **John Blair Boyd**    bk@svllaw.com
- **David Delrahim**    ddelrahim@eflegal.com, tdillon@eflegal.com;eportal_service@eflegal.com
- **Kathleen L DiSanto**    kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com
- **Becky Ferrell-Anton**    bfanton.ecf@srbp.com, srbpecf@srbp.com
- **Robert Bruce George**    rgeorge@thelilesfirm.com, aperry@thelilesfirm.com;rmittauer@thelilesfirm.com
- **Andrew J Ghekas**    aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com
- **Teresa M Hair**    teresa.hair@brockandscott.com, WBECF@brockandscott.com
- **David J. Jurkiewicz**    djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
- **Danielle S Kemp**    kempd@gtlaw.com, meyerp@gtlaw.com;FLService@gtlaw.com
- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com
- **Amy Denton Mayer**    amayer.ecf@srbp.com, srbpecf@srbp.com;aharris@srbp.com
- **Andrew J Mongelluzzi**    courtdocs@clearwaterbusinesslaw.com
- **Ruediger Mueller**    trustee@tcmius.com, crm11@trustesolutions.net

- **Nicole Mariani Noel**   bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com
- **Kristian S Oldham**   kristian.oldham@floridarevenue.com
- **Edward J. Peterson**   epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com
- **Frederick F Rudzik**   rudzikf@dor.state.fl.us, ffrudzik@aol.com
- **Lindsey A Savastano**   Lindsey.Savastano@gmlaw.com, WGuan@flwlaw.com
- **Robert Schermer**   rschermer@manateelegal.com
- **Ira Scot Silverstein**   iss@lgplaw.com, lp@lgplaw.com;de@lgplaw.com
- **Murray B Silverstein**   murray.silverstein@gmlaw.com, cristina.warder@gmlaw.com
- **Jennifer Smith Thomas**   jthomas@rumberger.com
- **United States Trustee - TPA**   USTPRegion21.TP.ECF@USDOJ.GOV
- **Nicolette C Vilmos**   nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;allison.abbott@nelsonmullins.com
- **Nathan A Wheatley**   nathan.a.wheatley@usdoj.gov
- **J Steven Wilkes**   steven.wilkes@usdoj.gov

By:   */s/ Toni  Townsend*
Reka  Beane