# EXHIBIT B

## Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| Vehicle Identification Number: | YSIX0040C717 | Year/Make: | 2017 |
| Previous Title State: | FLORIDA | Registration Expiration Date: | 9/27/2022 |
| Title: | 141513357 | Title Issue Date: | 4/12/2022 |
| Title Status: | PRINT ELECTRONIC TITLE | Title Print Date: | 4/12/2022 |
| Odometer Reading/Status: | | Odometer Date: | |
| Color: | | Vehicle Type: | VESSEL |
| Length: | 30 | Owner Information: | 2 owners joined by 'OR' |
| Paper Title | | Salvage: | |
| Brands: | | | |

| Lien Information |
|---|
| There is no lien on this vehicle. |

**If any of the information on this record needs to be corrected**, please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.

FLORIDA SECURED TRANSACTION REGISTRY

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
800-658-0886
COLLATERAL.LIENPERFECTION@USBANK.COM

**C. SEND ACKNOWLEDGEMENT TO:**
Name    U.S. Bank National Association
ATTN:   LIEN PERFECTION
Address   PO BOX 3427
City/State/Zip   OSHKOSH, WI 54902

# FILED
2017 Nov 03 AM 08:00

**** 201703154752 ****

***C 

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1.b INDIVIDUAL'S SURNAME KASTRENAKES | FIRST PERSONAL NAME MICHAEL | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1.c MAILING ADDRESS Line One 1755 MCCAULEY RD | This space not available. | | |
| MAILING ADDRESS Line Two | CITY CLEARWATER | STATE FL / POSTAL CODE 33765 | COUNTRY US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE / POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME U.S. Bank National Association | | | |
|---|---|---|---|
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3.c MAILING ADDRESS Line One PO.O BOX 3427 | This space not available. | | |
| MAILING ADDRESS Line Two | CITY OSHKOSH | STATE WI / POSTAL CODE 54902 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

2017 MERCURY 2B410303
2017 MERCURY 2B443512

**5. ALTERNATE DESIGNATION (if applicable)**    ☐ LESSEE/LESSOR    ☐ CONSIGNEE/CONSIGNOR    ☐ BAILEE/BAILOR
☐ AG LIEN    ☐ NON-UCC FILING    ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☒ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    Last 4 of account number            Processor Initials AMS

STANDARD FORM - FORM UCC-1 (REV.05/2013)        Filing Office Copy        Approved by the Secretary of State, State of Florida