# EXHIBIT C

# 2017 Sailfish Boats 325 DC

| | |
|---|---|
| **Vehicle Type** | Power Boats |
| **Manufacturer** | Sailfish Boats |
| **Year** | 2017 |
| **Model** | 325 DC |
| **Length** | 31' |
| **Boat Type** | Outboard Boats |
| **Hull Material** | Fiberglass |
| **Beam** | 10' |
| **Engine** | 2 - 300 HP - Gasoline |
| **Net Weight** | 8250 |

| | Suggested List | Used Trade-In | Average Retail | High Retail |
|---|---|---|---|---|
| **BASE PRICE** | $232,070 | $186,700 | $253,700 | $268,000 |
| **TOTAL PRICE** | $232,070 | $186,700 | $253,700 | $268,000 |

## Vehicle Notes

**Manufacturer Note:**
All 2002 - 2022 values include the outboard motor(s).

**Salt Water Note:**
Research indicates that boats exclusively used in salt water, which are not maintained and cleansed with fresh water, may depreciate more rapidly. This could influence the book value by 10% to 15%.

## Value Explanations

**Suggested List**
We have included manufacturer's suggested retail pricing (MSRP) to assist in the financing, insuring and appraising of vessels. The MSRP is the manufacturer's and/or distributor's highest suggested retail price in the U.S.A. when the unit was new. The MSRP is furnished by the manufacturer and/or distributor and are assumed to be correct. Unless indicated, the MSRP does not include destination charges, dealer set-up, state or local taxes, license tags or insurance.

**Used Trade-In**
(Low Book) This column reflects the average trade-in value of a clean used boat "ready for resale". This may also be considered the low book value.

**Average Retail**
An average retail valued boat should be in good condition with no visible damage or defects. This boat will show moderate wear and tear and will be in sound running condition. The buyer may need to invest in either minor cosmetic or mechanical work.

**High Retail**
The high retail column reflects those boats in excellent condition. This boat will show very little wear and tear; and, has been meticulously maintained and/or restored.

**Brand New, Non Current:**
The Retail Values do not represent "brand new" non-current year vessels. Recent market research shows that "brand new" non-current models can increase the used value of an identical model by 6%-12%.

# 2017 Mercury 300CL



| **Vehicle Type** | Outboard Motors |
|---|---|
| **Manufacturer** | Mercury |
| **Year** | 2017 |
| **Series** | Verado Series |
| **Model** | 300CL |
| **Motor Type** | Gasoline |
| **Volts (Electric Motors)** | N/A |
| **Thrust (Electric Motors)** | N/A |
| **Horsepower** | 300 |
| **Cylinders** | 6 |
| **Start Type** | Electric |
| **Dry Weight** | 647 |

|  | **Suggested List** | **Used Trade-In** | **Average Retail** | **High Retail** |
|---|---|---|---|---|
| **BASE PRICE** | $25,400 | $16,990 | $21,385 | $22,535 |
| **TOTAL PRICE** | $25,400 | $16,990 | $21,385 | $22,535 |

## Vehicle Notes
No notes available

### Salt Water Note:
Research indicates that boats exclusively used in salt water, which are not maintained and cleansed with fresh water, may depreciate more rapidly. This could influence the book value by 10% to 15%.

## Value Explanations
### Suggested List
We have included manufacturer's suggested retail pricing (MSRP) to assist in the financing, insuring and appraising of vessels. The MSRP is the manufacturer's and/or distributor's highest suggested retail price in the U.S.A. when the unit was new. The MSRP is furnished by the manufacturer and/or distributor and are assumed to be correct. Unless indicated, the MSRP does not include destination charges, dealer set-up, state or local taxes, license tags or insurance.

### Used Trade-In
(Low Book) This column reflects the average trade-in value of a clean used boat "ready for resale". This may also be considered the low book value.

### Average Retail
An average retail valued boat should be in good condition with no visible damage or defects. This boat will show moderate wear and tear and will be in sound running condition. The buyer may need to invest in either minor cosmetic or mechanical work.

### High Retail
The high retail column reflects those boats in excellent condition. This boat will show very little wear and tear; and, has been meticulously maintained and/or restored.

### Brand New, Non Current:
The Retail Values do not represent "brand new" non-current year vessels. Recent market research shows that "brand new" non-current models can increase the used value of an identical model by 6%-12%.

# 2017 Mercury 300CL

| | |
|---|---|
| **Vehicle Type** | Outboard Motors |
| **Manufacturer** | Mercury |
| **Year** | 2017 |
| **Series** | Verado Series |
| **Model** | 300CL |
| **Motor Type** | Gasoline |
| **Volts (Electric Motors)** | N/A |
| **Thrust (Electric Motors)** | N/A |
| **Horsepower** | 300 |
| **Cylinders** | 6 |
| **Start Type** | Electric |
| **Dry Weight** | 647 |



| | Suggested List | Used Trade-In | Average Retail | High Retail |
|---|---|---|---|---|
| **BASE PRICE** | $25,400 | $16,990 | $21,385 | $22,535 |
| **TOTAL PRICE** | $25,400 | $16,990 | $21,385 | $22,535 |

## Vehicle Notes
No notes available

### Salt Water Note:
Research indicates that boats exclusively used in salt water, which are not maintained and cleansed with fresh water, may depreciate more rapidly. This could influence the book value by 10% to 15%.

## Value Explanations

### Suggested List
We have included manufacturer's suggested retail pricing (MSRP) to assist in the financing, insuring and appraising of vessels. The MSRP is the manufacturer's and/or distributor's highest suggested retail price in the U.S.A. when the unit was new. The MSRP is furnished by the manufacturer and/or distributor and are assumed to be correct. Unless indicated, the MSRP does not include destination charges, dealer set-up, state or local taxes, license tags or insurance.

### Used Trade-In
(Low Book) This column reflects the average trade-in value of a clean used boat "ready for resale". This may also be considered the low book value.

### Average Retail
An average retail valued boat should be in good condition with no visible damage or defects. This boat will show moderate wear and tear and will be in sound running condition. The buyer may need to invest in either minor cosmetic or mechanical work.

### High Retail
The high retail column reflects those boats in excellent condition. This boat will show very little wear and tear; and, has been meticulously maintained and/or restored.

### Brand New, Non Current:
The Retail Values do not represent "brand new" non-current year vessels. Recent market research shows that "brand new" non-current models can increase the used value of an identical model by 6%-12%.