**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Michael Kastrenakes

                                  CHAPTER    11
                                  CASE NO.    8:22-bk-01210-CED

      Debtor

_____/

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE ON BEHALF OF THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS AND REQUEST TO BE REMOVED FROM MAILING MATRIX BY KASS SHULER, P.A.**

      KASS SHULER, P.A. ("Firm"), by and through the undersigned attorney, hereby withdraws its previously filed Notice of Appearance (DE# 81) on behalf of THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS, ("Creditor"). The firm is no longer representing the Creditor in this case.

      1.     All further court pleadings and notices directed to the Creditor should be provided to:    THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS

c/o Gilbert Singer

5104 S. Westshore Blvd.

Tampa, FL 33611

AND

Thomas Zervas

2620 Velventos Drive

Clearwater, FL 33761

until such time as the Creditor has obtained new counsel and such counsel has filed a Notice of Appearance in this case.

      2.     Nicole Mariani Noel, of Kass Shuler, P.A. ("Attorney and Firm") hereby request removal from the mailing matrix in this case on behalf of the Creditor and requests that court notices no longer be provided via CM/ECF or otherwise to the Attorney and Firm in regards to this Creditor. The Attorney and Firm may be presently listed on the mailing matrix in regards to this Creditor with respect to another property or lien position and/or with respect to other

Creditors in the instant case. The Attorney and Firm, should not be removed from CM/ECF in regards to these Creditors and is only requesting to be removed from the mailing matrix with respect to this Creditor in connection with the Property and lien position listed above.

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax:    (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on December 30, 2022, by U.S. Mail and/or electronic mail via CM/ECF to: Michael Kastrenakes, 1755 McCauley Rd., Clearwater, FL 33764; Edward J. Peterson, III, Esq., 110 East Madison Street, Suite 200, Tampa, FL 33602; Ruediger Mueller, Trustee, 1112 Watson Court , Reunion, FL 34747-6784; Office of the United States Trustee , 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Thomas Zervas, 2620 Velventos Drive, Clearwater, FL 33761.

/s/ Nicole Mariani Noel
Nicole Mariani Noel

2219356/mb