**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: January 3, 2023**

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Michael Kastrenakes

_____Debtor*_____/

Case No.
8:22–bk–01210–CED
Chapter 11

### ORDER DENYING MOTION TO CONVERT CASE TO CHAPTER 7

THIS CASE came on for consideration, without hearing, of the Motion to Convert Case to Chapter 7 filed by NextGear Capital, Inc , Doc. # 229 . After review, the Court determines that the motion is deficient as follows:

> Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

> The name of the Electronic Filing User whose CM/ECF login was used for this filing is inconsistent with the movant's attorney's name in the signature block and fails to meet the requirements of Local Rule 1001–2(c).

Accordingly it is

***ORDERED:***

1. The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted deficiency.

2. The automatic stay of 11 U.S.C. § 362(a) is continued in effect until further order of this Court. The deadlines of 11 U.S.C. § 362(e)(1),(2) are tolled during the abatement period.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.