**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,

      Debtor.
_____/

Case No. 8:22-bk-01210-CED

Chapter 11

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Caryl E. Delano on January 11, 2023 at 9:30 a.m. on the following matter:

    NextGear Capital, Inc.'s Amended Motion to Convert to Chapter 7
    [D.E. 231]

2. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866-582-6878) by 5:00 p.m. the business day preceding the hearing.

3. The Court may continue this matter upon announcement made in open court without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

DATED: January 9, 2023                Respectfully submitted,

                                          **NELSON MULLINS RILEY & SCARBOROUGH, LLP**

                                          By:  */s/ Nicolette Corso Vilmos*
                                          Nicolette Corso Vilmos
                                          Florida Bar No. 0469051
                                          390 North Orange Avenue, Suite 1400
                                          Orlando, FL  32801
                                          Telephone: (407) 839-4200
                                          Facsimile: (407) 425-8377
                                          nicolette.vilmos@nelsonmullins.com

                                          **BOSE McKINNEY & EVANS LLP**
                                          David J. Jurkiewicz *(Admitted Pro Hac Vice)*
                                          Indiana Bar No. 18018-53
                                          111 Monument Circle, Suite 2700
                                          Indianapolis, IN 46204
                                          Telephone: (317) 684-5364
                                          Facsimile:  (317) 223-0364
                                          djurkiewicz@boselaw.com

                                          *Attorneys for NextGear Capital, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing on all counsel of record or *pro se* parties identified on the CM/ECF service list maintained by the Court on January 9, 2023.

                                          */s/ Nicolette C. Vilmos*
                                          Nicolette C. Vilmos

4858-0498-1576