UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Chapter 11

MICHAEL KASTRENAKES,  Case No. 8:22-bk-1210-CED

  Debtor.
_____/

**DEBTOR'S NOTICE OF PROPOSED
AGENDA FOR JANUARY 11, 2023 HEARING**

Pursuant to this Court's directive at the hearing held on December 16, 2022, the Debtor is required to file an amended plan on or before January 9, 2023. At the December 16, 2022, hearing, the Court announced a partial ruling on the *Debtor's Objection to Claim No. 2 Filed by the State of Florida - Department of Revenue* (Doc. No. 136) ) (the "**Objection**") and held that to the extent that the Court allows the claim of the Department filed pursuant to § 213.29, Fla. Stat., 50% of the allowed claim, although identified by statute as a penalty, shall be entitled to priority as a tax pursuant to 11 U.S.C. § 507(a)(8)(c). Until the Court rules on the balance of the Objection, $951,761.82 of Claim No. 2 constitutes a priority claim under 11 U.S.C. § 507(a)(8)(c). Accordingly, the Debtor is presently unable to propose a plan that complies with 11 U.S.C. § 1129(a)(9)(C) and does not intend to file an amended plan. Furthermore, at the hearing scheduled for January 11, 2023, the Debtor does not intend to oppose conversion of the case to Chapter 7.

/s/ Amy Denton Mayer
Edward J. Peterson (FBN 0014612)
Amy Denton Mayer (FBN 0634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: epeterson@srbp.com; amayer@srbp.com
Attorneys for Debtor