

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## PRO MEMO

01/11/2023 09:30 AM

COURTROOM   9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:22-bk-01210-CED | 11 | 03/27/2022 |

**Chapter 11**

**DEBTOR:**   Michael Kastrenakes

**DEBTOR ATTY:**   Amy Mayer

**TRUSTEE:**   Ruediger Mueller

**HEARING:**

Status Conference on
~(1) Continued Confirmation Hearing
- Objection to Confirmation of Debtor's Plan of Reorganization and Objection of Adequacy of Disclosure Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[96]). (Anthony, John) Doc #103
- Joinder Notice In Omitted Creditors' Objection To Adequacy of Disclosure and to Confirmation of Debtor's Plan of Reorganization Filed by Nicole Mariani Noel on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos (related document(s)[103]). (Noel, Nicole) Doc #138
- Objection to Confirmation of Plan Filed by James Randolph Liebler II on behalf of Creditor Westlake Flooring Company, LLC (related document(s)[96]). (Attachments: # [1] Exhibit A PNLSA # [2] Exhibit B Personal Guaranty # [3] Exhibit C UCC1 2018 # [4] Exhibit D POC)(Liebler, James) Doc #140
- Objection to Confirmation of Plan Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[164]). (Vilmos, Nicolette) Doc #177
- Objection to Confirmation of Debtor's Unopposed First Amendment to Debtor's Plan of Reorganization Filed by Robert Bruce George on behalf of Creditor First Home Bank (related document(s)[164]). (George, Robert) Doc #180
- Objection to Confirmation of Plan , Objection to Disclosure Statement Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[96]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C)(Vilmos, Nicolette) Doc #141
*(2) Continued Objection to Claim(s). Claim No. 11 filed by NextGear Capital, Inc.. Contains negative notice. Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #127
- Response to Debtor's Objection to Claim No. 11 Filed by David J. Jurkiewicz on behalf of Creditor NextGear Capital, Inc. (related document(s)[127]). (Jurkiewicz, David) Doc #148
*(3) Continued Motion to Consolidate Objection to Claim No. 11 in 8:22-bk-1210-CED with Complaint in Adversary Case No. 8:22-ap-112-CED Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #152
(4)   Objection to Claim(s). Claim No. 16 of Trifon Houvardas. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #168
*(5)   Objection to Claim(s). Claim No. 17 of Cygram Holdings, L.P.. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #169

(6) Objection to Claim(s). Claim No. 18 of Cygram Heritage, LLLP. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #170

(7) Objection to Claim(s). Claim No. 19 of Dr. Panayiotis Vasiloudes. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #171

(8) Objection to Claim(s). Claim No. 20 of Cygram Heritage, LLLP. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #172

(9) Objection to Claim(s). Claim No. 15 of K&M Insurance Investors, LLC. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #173

- Response to NextGear Claim Objections Filed by John A Anthony on behalf of K&M Insurance Investors, LLC, Cygram Heritage, LLLP, Derivatively, on behalf of New Wave Acceptance, LLC, Cygram Holdings, L.P., Trifon Houvardas, Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[168], [170], [171], [173], [172], [169]). (Anthony, John) Doc #174

(10) Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC and related adversary proceedings. . Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #178

- Objection to Motion to Approve Compromise with Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[178]). (Vilmos, Nicolette) Doc #192

- Supplemental Objection to Motion to Approve Compromise with Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC - Bankruptcy Rule 6004 Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[178]). (Vilmos, Nicolette) Doc #198

- Objection to Motion to Approve Compromise with Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC Filed by Robert Bruce George on behalf of Creditor First Home Bank (related document(s)[178]). (George, Robert) Doc #199

(11) Priority Status Continued Objection to Claim(s). Claim No. 2 filed by State of Florida - Department of Revenue. Contains negative notice. Filed by Edward J. Peterson III on behalf of Debtor Michael Kastrenakes (Peterson, Edward) Doc #136

- Response to Objection to Claim No. 2 Filed by Kristian S Oldham on behalf of Creditor State Of Florida Dept. of Revenue (LL) (related document(s)[136]). (Oldham, Kristian) Doc #154

- Memorandum of Law in Opposition to Claim No. 2 of the Florida Department of Revenue Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (related document(s)[136]). (Mayer, Amy) Doc #188

- Memorandum In support of Claim No.2 Filed by Frederick F Rudzik on behalf of Creditor State Of Florida Dept. of Revenue (LL) (related document(s)[136]). (Rudzik, Frederick) Doc #210

- Response to Reply Brief: (I) in Support of (A) Debtors Objection to Claim No. 2 Filed by the State of Florida-Department of Revenue; and (B) Memorandum of Law in Opposition to Claim No. 2 of the Florida Department of Revenue and (II) in Opposition to the Memorandum of Law in Support of the Priority Portion of Claim No. 2 Filed by the Florida Department of Revenue Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (related document(s)[188], [210]). (Mayer, Amy) Doc #218

(12) Motion for Protective Order and Omnibus Objection to NextGear Discovery Filed by John A Anthony on behalf of Panevas, L.L.C., Cygram Heritage, LLLP, Cygram Holdings, L.P., Trifon Houvardas, K&M Insurance Investors, LLC, Panayiotis Vasiloudes (Attachments: # [1] Exhibit Composite Exhibit A - NextGear Discovery) (Anthony, John) Doc #194

- Response to Vasiloudes Creditors' Omnibus Objection to NextGear Discovery and Motion for Protective Order Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[194]). (Attachments: # [1] Exhibit A) (Vilmos, Nicolette) Doc #206

(13) Objection to Claim(s). Claim No. 14 of First Home Bank. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #167

- Response to Creditor NextGear Capital, Inc.'s Objection to Claim No. 14 Filed by Robert Bruce George on behalf of Creditor First Home Bank (related document(s)[167]). (George, Robert) Doc #207

(14) Amended Objection to Claim(s). Claim No. 13 of CPX Holdings, LLC. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[166]). (Vilmos, Nicolette) Doc #176

- Opposition Response to NextGear Capital, Inc.'s Amended Objection to Claim No. 13 filed by CPX Holdings, LLC Filed by Kathleen L DiSanto on behalf of Creditor CPX Holdings, LLC (related document(s)[176]). (DiSanto, Kathleen) Doc #209

*(15) Motion to Convert Case to Chapter 7 Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, L.L.C., Panayiotis Vasiloudes (Doc #225)

.

\* Motion for Relief from Stay. (Fee Paid.) Re: 2017 SAILFISH 325 DC, VIN YSIX0040C717. Filed by Toni Townsend on behalf of Creditor U.S. Bank National Association (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C) (Townsend, Toni) Doc #227

\*$Preliminary Hearing on Amended Motion to Convert Case to Chapter 7 (Verify Fee). Filing Fee Not Paid or Not Required. Filed by David J. Jurkiewicz on behalf of Creditor NextGear Capital, Inc. (related document(s)[225]). (Jurkiewicz, David) Doc #231

\*\*AMENDED PROCEEDING MEMO (Amended to reflect case converting to a Chapter 7)\*\*\* A**APPEARANCES:**: Ben Lambers, David Jurkiewicz, Ira Silverstein, Nicholas Lafalce, Kathleen DiSanto, Kristian Oldham, Nicolette Vilmos, Amy Mayer, Ryan Mittauer

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Status Conference on -   Case Converted to a Chapter 7 case (creditor's motions at Doc. 225 and 231, debtor did not oppose) - enter form order O/Case Manager \*\*All other matters continued to 2/14/2023 at 10:00 am, Announced in Open Court No Further Notice Given\*\*

~(1) Continued Confirmation Hearing

- Objection to Confirmation of Debtor's Plan of Reorganization and Objection of Adequacy of Disclosure Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[96]). (Anthony, John) Doc #103

- Joinder Notice In Omitted Creditors' Objection To Adequacy of Disclosure and to Confirmation of Debtor's Plan of Reorganization Filed by Nicole Mariani Noel on behalf of Creditor Thomas Zervas And Konstantinos Papaspanos (related document(s)[103]). (Noel, Nicole) Doc #138

- Objection to Confirmation of Plan Filed by James Randolph Liebler II on behalf of Creditor Westlake Flooring Company, LLC (related document(s)[96]). (Attachments: # [1] Exhibit A PNLSA # [2] Exhibit B Personal Guaranty # [3] Exhibit C UCC1 2018 # [4] Exhibit D POC)(Liebler, James) Doc #140

- Objection to Confirmation of Plan Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[164]). (Vilmos, Nicolette) Doc #177

- Objection to Confirmation of Debtor's Unopposed First Amendment to Debtor's Plan of Reorganization Filed by Robert Bruce George on behalf of Creditor First Home Bank (related document(s)[164]). (George, Robert) Doc #180

- Objection to Confirmation of Plan , Objection to Disclosure Statement Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[96]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C)(Vilmos, Nicolette) Doc #141

\*(2) Continued Objection to Claim(s). Claim No. 11 filed by NextGear Capital, Inc.. Contains negative notice. Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #127

- Response to Debtor's Objection to Claim No. 11 Filed by David J. Jurkiewicz on behalf of Creditor NextGear Capital, Inc. (related document(s)[127]). (Jurkiewicz, David) Doc #148

\*(3) Continued Motion to Consolidate Objection to Claim No. 11 in 8:22-bk-1210-CED with Complaint in Adversary Case No. 8:22-ap-112-CED Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #152


(4)   Objection to Claim(s). Claim No. 16 of Trifon Houvardas. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #168

\*(5)   Objection to Claim(s). Claim No. 17 of Cygram Holdings, L.P.. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #169

(6) Objection to Claim(s). Claim No. 18 of Cygram Heritage, LLLP. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #170

(7) Objection to Claim(s). Claim No. 19 of Dr. Panayiotis Vasiloudes. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #171

(8) Objection to Claim(s). Claim No. 20 of Cygram Heritage, LLLP. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #172

(9) Objection to Claim(s). Claim No. 15 of K&M Insurance Investors, LLC. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #173

- Response to NextGear Claim Objections Filed by John A Anthony on behalf of K&M Insurance Investors, LLC, Cygram Heritage, LLLP, Derivatively, on behalf of New Wave Acceptance, LLC, Cygram Holdings, L.P., Trifon Houvardas, Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[168], [170], [171], [173], [172], [169]). (Anthony, John) Doc #174

(10)   Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC and related adversary proceedings. . Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #178

- Objection to Motion to Approve Compromise with Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[178]). (Vilmos, Nicolette) Doc #192

- Supplemental Objection to Motion to Approve Compromise with Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC - Bankruptcy Rule 6004 Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[178]). (Vilmos, Nicolette) Doc #198

- Objection to Motion to Approve Compromise with Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC Filed by Robert Bruce George on behalf of Creditor First Home Bank (related document(s)[178]). (George, Robert) Doc #199

(11) Priority Status Continued Objection to Claim(s). Claim No. 2 filed by State of Florida - Department of Revenue. Contains negative notice. Filed by Edward J. Peterson III on behalf of Debtor Michael Kastrenakes (Peterson, Edward) Doc #136

- Response to Objection to Claim No. 2 Filed by Kristian S Oldham on behalf of Creditor State Of Florida Dept. of Revenue (LL) (related document(s)[136]). (Oldham, Kristian) Doc #154

- Memorandum of Law in Opposition to Claim No. 2 of the Florida Department of Revenue Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (related document(s)[136]). (Mayer, Amy) Doc #188

- Memorandum In support of Claim No.2 Filed by Frederick F Rudzik on behalf of Creditor State Of Florida Dept. of Revenue (LL) (related document(s)[136]). (Rudzik, Frederick) Doc #210

- Response to Reply Brief: (I) in Support of (A) Debtors Objection to Claim No. 2 Filed by the State of Florida-Department of Revenue; and (B) Memorandum of Law in Opposition to Claim No. 2 of the Florida Department of Revenue and (II) in Opposition to the Memorandum of Law in Support of the Priority Portion of Claim No. 2 Filed by the Florida Department of Revenue Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (related document(s)[188], [210]). (Mayer, Amy) Doc #218

(12)   Motion for Protective Order and Omnibus Objection to NextGear Discovery Filed by John A Anthony on behalf of Panevas, L.L.C., Cygram Heritage, LLLP, Cygram Holdings, L.P., Trifon Houvardas, K&M Insurance Investors, LLC, Panayiotis Vasiloudes (Attachments: # [1] Exhibit Composite Exhibit A - NextGear Discovery) (Anthony, John) Doc #194

- Response to Vasiloudes Creditors' Omnibus Objection to NextGear Discovery and Motion for Protective Order Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[194]). (Attachments: # [1] Exhibit A) (Vilmos, Nicolette) Doc #206

(13) Objection to Claim(s). Claim No. 14 of First Home Bank. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #167

- Response to Creditor NextGear Capital, Inc.'s Objection to Claim No. 14 Filed by Robert Bruce George on behalf of Creditor First Home Bank (related document(s)[167]). (George, Robert) Doc #207

(14) Amended Objection to Claim(s). Claim No. 13 of CPX Holdings, LLC. Contains negative notice. Filed by Nicolette C Vilmos

on behalf of Creditor NextGear Capital, Inc. (related document(s)[166]). (Vilmos, Nicolette) Doc #176

- Opposition Response to NextGear Capital, Inc.'s Amended Objection to Claim No. 13 filed by CPX Holdings, LLC Filed by Kathleen L DiSanto on behalf of Creditor CPX Holdings, LLC (related document(s)[176]). (DiSanto, Kathleen) Doc #209

*(15)   Motion to Convert Case to Chapter 7 Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, L.L.C., Panayiotis Vasiloudes (Doc #225)

.

* Motion for Relief from Stay. (Fee Paid.) Re: 2017 SAILFISH 325 DC, VIN YSIX0040C717. Filed by Toni Townsend on behalf of Creditor U.S. Bank National Association (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C) (Townsend, Toni) Doc #227

*$Preliminary Hearing on Amended Motion to Convert Case to Chapter 7 (Verify Fee). Filing Fee Not Paid or Not Required. Filed by David J. Jurkiewicz on behalf of Creditor NextGear Capital, Inc. (related document(s)[225]). (Jurkiewicz, David) Doc #231 Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.