[Donci117] [Order Converting Case from Chapter 11 to Chapter 7 Individual]

ORDERED.

Dated: January 13, 2023

*Caryl E. Delano*
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Michael Kastrenakes

       Debtor*       /

Case No.
8:22–bk–01210–CED
Chapter 7

### ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7

THIS CASE came on for hearing on January 11, 2023 on the Motion to Convert Case to Chapter 7 (the Motion) under Section 1112 of the Bankruptcy Code (Document Nos. 225 and 231) The Court finds that Debtor is eligible for relief under Chapter 7 of the Bankruptcy Code. Accordingly, it is

***ORDERED:***

1. The Motion is granted. This case is converted to a case under Chapter 7 of the Bankruptcy Code.

2. All hearings pending in the Chapter 11 case are cancelled.

3. Pursuant to Local Rule 4001–1(c)(5), any motion for relief from stay pending as of the date of this order is abated until the movant files an amended motion for relief from stay in the converted case and serves it on the appropriate parties.

4. Any appointed creditors' committee is dissolved.

John Anthony is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*NOTICE REGARDING CONVERSION TO CHAPTER 7*

1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. § 341, for **February 15, 2023** at **08:40 AM**. **The meeting will be held telephonically. Trustee: Traci K. Stevenson. Call in Number: 877–270–3069. Passcode: 3626700.** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. The § 341 meeting may be adjourned from time to time without further written notice.

2. The U.S. Trustee has appointed a Chapter 7 Trustee:

Traci K. Stevenson  
P O Box 86690  
Madeira Beach, FL 33738

3. The last day for filing a complaint objecting to Debtor's discharge or seeking an exception to discharge under 11 U.S.C. § 523(a)(2), (a)(4), or (a)(6) is ***April 17, 2023***. If no such complaint is timely filed, the discharge will be granted and will encompass debts that might not be subject to discharge.

4. The deadline to file a proof of claim is ***March 24, 2023***. Creditors who filed a proof of claim prior to the conversion of the case do not need to file a new proof of claim.

5. Within 14 days from the date of the Order Converting the Case, Debtor shall file any unfiled Schedules, Statement of Financial Affairs, Statement of Income or Statement of Intent required by Fed. R. Bankr. P. 1007 or the case may be dismissed. The following documents are needed: Chapter 7 Statement of Income (Means Test).

6. Within 14 days from the date of the Order Converting Case, as required by Fed. Bankr. P. 1019, Debtor shall file a schedule of debts incurred after the commencement of the case and before the entry of the order of conversion, including the name and address of each holder of a claim. If the case is converted after confirmation of a plan, Debtor shall also file a schedule of all properties acquired after the commencement of the case but before the entry of the order of confirmation, and a schedule of all executory contracts and unexpired leases entered into or assumed after the commencement of the case but before the entry of the conversion order.

7. Within 14 days from the date of the Order Converting Case, Debtor shall pay unpaid filing fees in the amount of N/A and the $15.00 fee for converting the case, if not previously paid. Failure to pay filing fees may result in dismissal of the case or the discharge being withheld. Payment shall be made by cashier's check or money order payable to

Clerk, U.S. Bankruptcy Court  
Sam M. Gibbons United States Courthouse  
801 North Florida Avenue, Suite 555  
Tampa, FL 33602

8. Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073–1 restricts the entry of cellular telephones and computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.