# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

MICHAEL KASTRENAKES,

    Debtor.
_____/

Case No.: 8:22-bk-01210-CED
Chapter: 11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the "Order Converting Case from Chapter 11 to Chapter 7" [Doc. 240] has been furnished via electronic means and/or U.S. Mail on this 20th day of January 2023, to the following:

    Adam L Alpert on behalf of Creditor CPX Holdings, LLC
    aalpert@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

    Adam L Alpert on behalf of Interested Party Maria Kastrenakes
    aalpert@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

    Joel M Aresty on behalf of Interested Party Platinum Auto Finance of Tampa Bay
    aresty@icloud.com

    Andrew D Atkins on behalf of Other Prof. PMOF Special Situations Private Credit Fund LLC
    andrew.atkins@troutman.com, debbie.currie@troutman.com

    John Blair Boyd on behalf of Creditor Grow Financial Federal Credit Union
    bk@svllaw.com

    David Delrahim on behalf of Defendant MK Automotive, Inc.
    ddelrahim@eflegal.com, tdillon@eflegal.com; eportal_service@eflegal.com

    David Delrahim on behalf of Defendant New Wave Acceptance, LLC
    ddelrahim@eflegal.com, tdillon@eflegal.com; eportal_service@eflegal.com

    David Delrahim on behalf of Defendant Platinum Auto Finance of Tampa Bay, LLC
    ddelrahim@eflegal.com, tdillon@eflegal.com; eportal_service@eflegal.com

David Delrahim on behalf of Defendant Platinum Auto Finance, LLC
ddelrahim@eflegal.com, tdillon@eflegal.com; eportal_service@eflegal.com

Kathleen L DiSanto on behalf of Creditor CPX Holdings, LLC
kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

Kathleen L DiSanto on behalf of Defendant CPX Holdings, LLC
kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

Kathleen L DiSanto on behalf of Defendant Evangeline Kastrenakes
kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

Kathleen L DiSanto on behalf of Defendant Maria Kastrenakes
kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

Kathleen L DiSanto on behalf of Defendant Maria Kastrenakes, as an individual
kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

Kathleen L DiSanto on behalf of Defendant Maria Kokolakis Kastrenakes
kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

Kathleen L DiSanto on behalf of Defendant Pagona Kokolakis
kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

Kathleen L DiSanto on behalf of Interested Party CPX Holdings, LLC
kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

Kathleen L DiSanto on behalf of Interested Party Maria Kastrenakes
kdisanto@bushross.com, bnkecf@bushross.com; ksprehn@bushross.com

Becky Ferrell-Anton on behalf of Debtor Michael Kastrenakes
bfanton.ecf@srbp.com, srbpecf@srbp.com

Robert Bruce George on behalf of Creditor First Home Bank
rgeorge@thelilesfirm.com, aperry@thelilesfirm.com;rmittauer@thelilesfirm.com

Teresa M Hair on behalf of Creditor Wells Fargo Bank, N.A.
teresa.hair@brockandscott.com, WBECF@brockandscott.com

David J. Jurkiewicz on behalf of Creditor NextGear Capital, Inc.
djurkiewicz@boselaw.com, dlingenfelter@boselaw.com; mwakefield@boselaw.com

David J. Jurkiewicz on behalf of Defendant NextGear Capital, Inc.
djurkiewicz@boselaw.com, dlingenfelter@boselaw.com; mwakefield@boselaw.com

David J. Jurkiewicz on behalf of Plaintiff NextGear Capital, Inc.
djurkiewicz@boselaw.com, dlingenfelter@boselaw.com; mwakefield@boselaw.com

Danielle S Kemp on behalf of Creditor Courtney Leasing, Inc.
kempd@gtlaw.com, meyerp@gtlaw.com; FLService@gtlaw.com

James Randolph Liebler, II on behalf of Creditor Westlake Flooring Company, LLC
jrlii@lgplaw.com, mkv@lgplaw.com

Amy Denton Mayer on behalf of Debtor Michael Kastrenakes
amayer.ecf@srbp.com, srbpecf@srbp.com; aharris@srbp.com

Amy Denton Mayer on behalf of Defendant Michael Kastrenakes
amayer.ecf@srbp.com, srbpecf@srbp.com; aharris@srbp.com

Amy Denton Mayer on behalf of Plaintiff Michael Kastrenakes
amayer.ecf@srbp.com, srbpecf@srbp.com; aharris@srbp.com

Andrew J Mongelluzzi on behalf of Defendant Thomas K. Rowe
courtdocs@clearwaterbusinesslaw.com

Andrew J Mongelluzzi on behalf of Interested Party Thomas K. Rowe
courtdocs@clearwaterbusinesslaw.com

Nicole Mariani Noel on behalf of Plaintiff Thomas Zervas
bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

Nicole Mariani Noel on behalf of Plaintiff Kostantinos Papaspanos
bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

Kristian S Oldham on behalf of Creditor State Of Florida Dept. of Revenue (LL)
kristian.oldham@floridarevenue.com

Edward J. Peterson, III on behalf of Accountant Jerry Makris, C.P.A.
epeterson@srbp.com, epeterson.ecf@srbp.com; srbpecf@srbp.com

Edward J. Peterson, III on behalf of Attorney Stichter, Riedel, Blain & Postler, P.A.
epeterson@srbp.com, epeterson.ecf@srbp.com; srbpecf@srbp.com

Edward J. Peterson, III on behalf of Debtor Michael Kastrenakes
epeterson@srbp.com, epeterson.ecf@srbp.com; srbpecf@srbp.com

Edward J. Peterson, III on behalf of Defendant Michael Kastrenakes
epeterson@srbp.com, epeterson.ecf@srbp.com; srbpecf@srbp.com

Edward J. Peterson, III on behalf of Plaintiff Michael Kastrenakes
epeterson@srbp.com, epeterson.ecf@srbp.com; srbpecf@srbp.com

Edward J. Peterson, III on behalf of Spec. Counsel Moffa, Sutton & Donnini, P.A.
epeterson@srbp.com, epeterson.ecf@srbp.com; srbpecf@srbp.com

Frederick F Rudzik on behalf of Creditor State Of Florida Dept. of Revenue (LL)
rudzikf@dor.state.fl.us, ffrudzik@aol.com

Lindsey A Savastano on behalf of Creditor William Hilgenfeldt
Lindsey.Savastano@gmlaw.com, WGuan@flwlaw.com

Lindsey A Savastano on behalf of Defendant William Hilgenfeldt
Lindsey.Savastano@gmlaw.com, WGuan@flwlaw.com

Lindsey A Savastano on behalf of Defendant Wlliam Hilgenfeldt
Lindsey.Savastano@gmlaw.com, WGuan@flwlaw.com

Lindsey A Savastano on behalf of Interested Party Shirley Palumbo
Lindsey.Savastano@gmlaw.com, WGuan@flwlaw.com

Robert Schermer, I on behalf of Creditor SouthState Bank, N.A.
rschermer@manateelegal.com

Ira Scot Silverstein on behalf of Creditor Westlake Flooring Company, LLC
iss@lgplaw.com, lp@lgplaw.com;de@lgplaw.com

Murray B Silverstein on behalf of Defendant Wlliam Hilgenfeldt
murray.silverstein@gmlaw.com, cristina.warder@gmlaw.com

Murray B Silverstein on behalf of Interested Party Murray B. Silverstein
murray.silverstein@gmlaw.com, cristina.warder@gmlaw.com

Jennifer Smith Thomas on behalf of Interested Party Automotive Finance Corporation
jthomas@rumberger.com

Traci K. Stevenson
tracikstevenson@gmail.com, tks@trustesolutions.net;alishamariehall@gmail.com

Toni Townsend on behalf of Creditor U.S. Bank National Association
toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

4

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc.
nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com; grace.ault@nelsonmullins.com; allison.abbott@nelsonmullins.com

Nicolette C Vilmos on behalf of Defendant NextGear Capital, Inc.
nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com; grace.ault@nelsonmullins.com; allison.abbott@nelsonmullins.com

Nicolette C Vilmos on behalf of Plaintiff NextGear Capital, Inc.
nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com; grace.ault@nelsonmullins.com; allison.abbott@nelsonmullins.com

Nathan A Wheatley on behalf of U.S. Trustee United States Trustee - TPA
nathan.a.wheatley@usdoj.gov

J Steven Wilkes on behalf of U.S. Trustee United States Trustee - TPA
steven.wilkes@usdoj.gov

I further certify that a true copy of the foregoing has been furnished by U.S. first class mail on the 20th day of January 2023, to the following non-CM/ECF participants:

Michael Kastrenakes
1755 McCauley Road
Clearwater, Florida 33764
Debtor

Thomas Zervas And Konstantinos Papaspanos
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601

Martha Thorn
The Thorn Collection
Coldwell Banker International Real Estate
598 Indian Rocks Road
Belleair Bluffs, FL 33770

James H Sutton
Moffa, Sutton & Donnini, P.A.
8875 Hidden River Parkway
Suite 300
Tampa, FL 33637

      /s/ John A. Anthony
      **ATTORNEY**

5