UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MICHAEL KASTRENAKES,           Case No.: 8:22-bk-01210-CED
                                                 Chapter:  7
       Debtor.

_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Motion for Relief from Stay (Doc. No. 227) and Hearing Proceeding Memo with Motion for Relief Hearing date (Doc. No. 236) was served on January 26, 2023 by U.S. Mail, First Class to Traci K. Stevenson, P.O. Box 86690, Madeira Beach, FL 33738; and those parties receiving CM/ECF service.

                              McCalla Raymer Leibert Pierce, LLC

      By:       */s/Toni  Townsend*
                          Toni  Townsend
                          Florida Bar No. 1022285
                          110 S.E. 6th Street, Suite 2400
                          Ft. Lauderdale, FL 33301
                          (312) 346-9088 X5174
                          Toni.Townsend@mccalla.com

Adam L Alpert     aalpert@bushross.com, bankruptcy.eservice@bushross.com;kherrell@bushross.com
John A Anthony     janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;ktorelli@anthonyandpartners.com
Joel M Aresty     aresty@icloud.com
Andrew D Atkins     andrew.atkins@troutman.com, debbie.currie@troutman.com
John Blair Boyd     bk@svllaw.com
David Delrahim     ddelrahim@eflegal.com, tdillon@eflegal.com;eportal_service@eflegal.com
Kathleen L DiSanto     kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com
Becky Ferrell-Anton     bfanton.ecf@srbp.com, srbpecf@srbp.com
Robert Bruce George     rgeorge@thelilesfirm.com, aperry@thelilesfirm.com;rmittauer@thelilesfirm.com

Andrew J Ghekas    aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com
Teresa M Hair    teresa.hair@brockandscott.com, WBECF@brockandscott.com
David J. Jurkiewicz    djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Danielle S Kemp    kempd@gtlaw.com, meyerp@gtlaw.com;FLService@gtlaw.com
Cameryn Rebecca Lackey    clackey@anthonyandpartners.com, efilings@anthonyandpartners.com;ichichou@anthonyandpartners.com
Nicholas Lafalce    nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com
James Randolph Liebler    jrlii@lgplaw.com, mkv@lgplaw.com
Amy Denton Mayer    amayer.ecf@srbp.com, srbpecf@srbp.com;aharris@srbp.com
Andrew J Mongelluzzi    courtdocs@clearwaterbusinesslaw.com
Nicole Mariani Noel    bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com
Kristian S Oldham    kristian.oldham@floridarevenue.com
Edward J. Peterson    epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com
Frederick F Rudzik    rudzikf@dor.state.fl.us, ffrudzik@aol.com
Lindsey A Savastano    Lindsey.Savastano@gmlaw.com, WGuan@flwlaw.com
Robert Schermer    rschermer@manateelegal.com
Ira Scot Silverstein    iss@lgplaw.com, lp@lgplaw.com;de@lgplaw.com
Murray B Silverstein    murray.silverstein@gmlaw.com, cristina.warder@gmlaw.com
Jennifer Smith Thomas    jthomas@rumberger.com
Traci K. Stevenson    tracikstevenson@gmail.com, tks@trustesolutions.net;alishamariehall@gmail.com
Toni Townsend    toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com
United States Trustee - TPA    USTPRegion21.TP.ECF@USDOJ.GOV
Nicolette C Vilmos    nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;grace.ault@nelsonmullins.com;allison.abbott@nelsonmullins.com
Nathan A Wheatley    nathan.a.wheatley@usdoj.gov
J Steven Wilkes    steven.wilkes@usdoj.gov