**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

Michael Kastrenakes,

    Debtor.
_____/

Chapter 7
Case No. 8:22-bk-01210-CED

**CHAPTER 7 TRUSTEE'S *EX POST FACTO* APPLICATION TO**
**EMPLOY TRENAM LAW AS GENERAL COUNSEL**

Traci K. Stevenson, as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Michael Kastrenakes (the "Debtor"), hereby files this *Ex Post Facto* Application to Employ Trenam Law as General Counsel to the Chapter 7 Trustee, pursuant to Rule 2014, Federal Rules of Bankruptcy Procedure, and 11 U.S.C. § 327(a). In support of this Application, the Trustee states the following:

1. On March 27, 2022, the Debtor filed a voluntary petition under Chapter 11, Subchapter V of the Bankruptcy Code. (Doc. 1.)

2. The case was converted to one under Chapter 7 on January 11, 2023 (Doc. 239) and the Trustee was appointed on January 13, 2023 (Doc. 240).

3. The Trustee seeks to employ Lynn Welter Sherman and Trenam Law ("Trenam") to represent the Trustee as general counsel in the Debtor's Chapter 7 case, *ex post facto* to January 13, 2023.

4. The Trustee has selected Ms. Sherman and Trenam because of their experience in serving as counsel to bankruptcy trustees and in matters related to the administration of Chapter 7 estates.

5. The Trustee believes that Trenam is well qualified to serve as counsel in this case.

6. The primary attorneys and paralegals within Trenam who will represent the Trustee and their current hourly rates are set forth below:

    a. Lynn Welter Sherman, attorney, $475.00 per hour; and

    b. Tanya A. Yatsco, paralegal, $235.00 per hour.

7. Except as otherwise herein indicated and in the attached verified statement and to the best of the Trustee's knowledge, Trenam: (a) does not hold or represent an interest adverse to the estate; and (b) does not represent, nor does it have any connection with, the Debtor, the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

WHEREFORE, Traci K. Stevenson, as Chapter 7 Trustee for the Debtor, respectfully requests that this Court enter an order approving the employment of Trenam Law as general counsel for the Trustee *ex post facto* to January 13, 2023, allowing them to be paid a reasonable fee for their services upon further application and Order of this Court, and granting such further relief as this Court deems just and proper.

Dated: January 27, 2023.

                                          */s/ Traci K. Stevenson.*
                                          TRACI K. STEVENSON
                                          Chapter 7 Trustee
                                          P.O. Box 86690
                                          Madeira Beach, FL 33738

*Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Lynn Welter Sherman, attests that concurrence in the filing of this paper has been obtained.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 27, 2023 a true and correct copy of the foregoing has been furnished by CM/ECF electronic service to all CM/ECF registered participants and by first class U.S. Mail, postage prepaid to:

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33764

*/s/ Lynn Welter Sherman*
Lynn Welter Sherman, Esq.
Florida Bar No. 0375616
TRENAM LAW
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone: 727.896.7171
Email: lsherman@trenam.com
*Proposed Counsel to Chapter 7 Trustee*