UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Chapter 7

MICHAEL KASTRENAKES,                                Case No. 8:22-bk-1210-CED

　　　Debtor.
_____/

## SCHEDULE OF DEBTS
## INCURRED DURING CHAPTER 11 CASE

The Debtor, MICHAEL KASTRENAKES, files his Schedule of Debts Incurred During Chapter 11 Case, as follows:

　　　　Schedule D    -    None
　　　　Schedule E/F  -    None

I hereby declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

DATED this 22 day of January, 2023.

_____
Michael Kastrenakes

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Schedule of Debts Incurred During Chapter 11 Case* has been furnished on this 27th day of January, 2023, by the Court's CM/ECF electronic noticing to all parties receiving electronic noticing.

        */s/ Amy Denton Mayer*
        Edward J. Peterson (FBN 0014612)
        Amy Denton Mayer (FBN 0634506)
        Stichter Riedel Blain & Postler, P.A.
        110 East Madison Street, Suite 200
        Tampa, Florida 33602
        Telephone: (813) 229-0144
        Email: epeterson@srbp.com; amayer@srbp.com
        Attorneys for Debtor