**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,        Case No. 8:22-bk-1210-CED

    Debtor.        Chapter 7

_____/

**PROOF OF SERVICE**

    I HEREBY CERTIFY that on January 31, 2023, the Order Approving Chapter 7 Trustee's Ex Post Facto Application to Employ Trenam Law as General Counsel (Doc. 251), attached hereto, was served on all parties receiving CM/ECF notification via the Court's CM/ECF system, and by First Class U.S. Mail, Postage Prepaid, to the following:

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33764


Dated: January 31, 2023

                                                      */s/ Lynn Welter Sherman*
                                                      Lynn Welter Sherman, Esquire
                                                      Florida Bar No. 0375616
                                                      TRENAM LAW
                                                      200 Central Avenue, Suite 1600
                                                      St. Petersburg, FL 33701
                                                      Telephone: 727.896.7171
                                                      Email: lsherman@trenam.com

                                                      *Counsel to Chapter 7 Trustee*

ORDERED.

Dated: January 30, 2023

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

Michael Kastrenakes,

    Debtor.
_____/

Chapter 7
Case No. 8:22-bk-01210-CED

**ORDER APPROVING CHAPTER 7 TRUSTEE'S *EX POST FACTO*
APPLICATION TO EMPLOY TRENAM LAW AS GENERAL COUNSEL**
**(Doc. 247)**

**THIS CAUSE** came on for consideration, without hearing, upon the Chapter 7 Trustee's *Ex Post Facto* Application to Employ Trenam Law as General Counsel (the "Application"), and the Rule 2014 Verified Statement (the "Verified Statement") in support thereof (Doc. 247), filed by Traci K. Stevenson, as Chapter 7 Trustee, (the "Trustee"). The Court, having reviewed the Application and Verified Statement, together with the record, finds that it is in the best interests of the Debtor's estate to allow the Trustee to employ Lynn Welter Sherman and Trenam Law as general counsel. The Court is satisfied that neither Trenam Law nor any of its attorneys, represent an interest adverse to the estate in connection with the matters for which they are to be employed. It is therefore,

1

**ORDERED** that:

1. The Application is hereby **APPROVED** *ex post facto* to the date of January 13, 2023.

2. The Trustee is hereby authorized to employ Lynn Welter Sherman and Trenam Law as general counsel.

3. The amount of compensation to be allowed to counsel for the Trustee shall be determined by Order of this Court upon the submission of an application for allowance of compensation for services and reimbursement of expenses, pursuant to Fed. R. Bankr. P. 2016, and allowance pursuant to 11 U.S.C. Section 330.

Attorney Lynn Welter Sherman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.