## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
### www.flmb.uscourts.gov

In re:

                              Chapter 7

Michael Kastrenakes,              Case No. 8:22-bk-01210-CED

     Debtor.

_____/

## CHAPTER 7 TRUSTEE'S OBJECTION TO U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Traci K. Stevenson, as Chapter 7 Trustee for the bankruptcy estate of Michael Kastrenakes ("Trustee"), by and through her undersigned counsel, files this objection to U.S. Bank National Association's Motion for Relief from Automatic Stay (Doc. 227) (the "Stay Relief Motion") and in support thereof states as follows:

1.      On March 27, 2022, the Debtor filed a voluntary petition under Chapter 11, Subchapter V of the Bankruptcy Code.  (Doc. 1.)

2.      The case was converted to one under Chapter 7 on January 11, 2023 (Doc. 239) and the Trustee was appointed on January 13, 2023 (Doc. 240).

3.      In the Stay Relief Motion, U.S. Bank National Association ("Lender") seeks relief from the automatic stay to exercise its *in rem* rights relative to the Debtor's 2017 Sailfish 325 DC motorboat, VIN YSIX0040C717 (the "Sailfish").  The Sailfish is a 32' vessel with two outboard motors.

4.      Other than a UCC filing on the two engines that are installed on the Sailfish, the Stay Relief Motion does not attach evidence of perfection of Lender's security interest in the vessel itself by recording of a Preferred Ships Mortgage with the Coast Guard pursuant to 46 U.S. Code § 31321.

5.      Even if Lender holds a duly perfected lien, there appears to be substantial equity in the Sailfish.  The Trustee does not currently have sufficient information concerning the condition of the Sailfish, accessories installed, and hours on the two outboard engines to determine the precise fair market value of the Sailfish. Trustee has received inquiry from one or more interested buyers, who indicated interest in the Sailfish at a price substantially in excess of the amounts due to Lender but who have been unable to make specific offers until they have had an opportunity to inspect the Sailfish to confirm its configuration and condition.  Trustee proposes that stay relief be deferred for a period of 60 days to allow the Trustee an opportunity to attempt to market the Sailfish for an amount in excess of the loan balance due to Lender.

6.      Counsel for the Trustee has made contact with counsel for Lender to attempt to snegotiate a consensual process that will allow for a sale of the Sailfish that will preserve equity in the boat for the benefit of creditors.

For the foregoing reasons, the Trustee requests that the Stay Relief Motion be denied or, in the alternative, that stay relief be deferred for a period of 60 days to allow the Trustee time to market and sell the Sailfish.

Dated:  February 7, 2023.

/s/ Lynn Welter Sherman
Lynn Welter Sherman, Esq.
Florida Bar No. 0375616
TRENAM LAW
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone: 727.896.7171
Email: lsherman@trenam.com
Counsel to Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2023 a true and correct copy of the foregoing has been furnished by CM/ECF electronic service to all CM/ECF registered participants and by first class U.S. Mail, postage prepaid to:

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33764

*/s/ Lynn Welter Sherman*
Lynn Welter Sherman, Esq.
Florida Bar No. 0375616