UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Chapter 11

MICHAEL KASTRENAKES, Case No. 8:22-bk-1210-CED

Debtor.
_________________________/

**DEBTOR'S NOTICE OF PROPOSED**
**AGENDA FOR FEBRUARY 14, 2023 HEARING**

The matters set forth on **Exhibit A** attached hereto are scheduled for a status hearing on February 14, 2023 at 10:00 a.m. With the exception of the balance of the Debtor's objections to the Florida Department of Revenue's claim and the Debtor's objection to NextGear's claim, which the Debtor and/or the Trustee may continue to prosecute, the Debtor submits that all the contested matters in the main bankruptcy case are moot in light of the conversion to Chapter 7. The stay relief motion filed by U.S. Bank should be denied as moot because it failed to properly perfect its lien on the vessel. With the exception of Adversary Proceeding 8:22-ap-115-CED, which the parties have agreed to remand to state court, the Debtor is optimistic that the remaining adversary proceedings – all but one of which involves the Vasiloudes creditors – will be resolved by agreement of the parties, which now necessarily includes the Chapter 7 Trustee. Accordingly, the Debtor requests that the Court continue these matters for 60 days.

**Exhibit A**

| Doc. No. | Filing Party(ies) | Matter | Status |
|---|---|---|---|
| **MAIN BANKRUPTCY CASE**<br><br>**CASE NO. 8:22-bk-1210-CED** | | | |
| Confirmation Issues | | | |
| 96 | Debtor | Confirmation Hearing on Plan of Reorganization Under Chapter 11 | Moot in light of conversion to Chapter 7. |
| 164 | Debtor | Unopposed Amendment to Debtor's Plan of Reorganization | |
| 103 | Cygram Heritage, et al | Objection to Disclosure Statement and Confirmation | |
| 138 | Thomas Zervas and Konstantinos Papaspanos | Joinder in Doc. 103 | |
| 140 | Westlake Flooring Company, LLC | Objection to Disclosure Statement and Confirmation | |
| 141 | NextGear Capital, Inc. | Objection to Disclosure Statement and Confirmation | |
| 177 | NextGear Capital, Inc. | Objection to Plan Amendment | |
| 180 | First Home Bank | Objection to Plan Amendment | |
| 215 | First Home Bank | Amended Objection to Confirmation | |
| Objections to Claims | | | |
| 136 | Debtor | Objection to Claim No. 2 | Court ruled upon the priority issue; Chapter 7 trustee |
| 154 | Florida Dept. of Revenue | Response to Objection to Claim No. 2 | |



4880-8173-6009, v. 2

| Doc. No. | Filing Party(ies) | Matter | Status |
|---|---|---|---|
| 188 | Debtor | Memorandum in Opposition of Claim No. 2 | and/or Debtor may prosecute remainder of objection. |
| 210 | Florida Dept. of Revenue | Memorandum in Support of Claim No. 2 | |
| 218 | Debtor | Reply Brief in Opposition of Claim No. 2 | |
| 127 | Debtor | Objection to Claim No. 11 of NextGear Capital, Inc. | Chapter 7 trustee and/or Debtor may prosecute objection. |
| 148 | NextGear Capital, Inc. | Response to Debtor's Objection to Claim No. 11 | |
| 152 | Debtor | Motion to Consolidate Objection to Claim No. 11 with Adversary Proc. No. 8:22-ap-112-CED | If the objection to Claim 11 is prosecuted, it should be consolidated with the adversary proceeding. |
| 168 | NextGear Capital, Inc. | Objection to Claim No. 16 of Trifon Houvardas | Not estate issue; NextGear has indicated that it intends to withdraw the objections. |
| 169 | NextGear Capital, Inc. | Objection to Claim No. 17 of Cygram Holdings, LP | |
| 170 | NextGear Capital, Inc. | Objection to Claim No. 18 of Cygram Heritage, LLLP | |
| 171 | NextGear Capital, Inc. | Objection to Claim No. 19 of Dr. Panayiotis Vasiloudes | |
| 172 | NextGear Capital, Inc. | Objection to Claim No. 20 of Cygram Heritage, LLLP | |
| 173 | NextGear Capital, Inc. | Objection to Claim No. 15 of K&M Insurance Investors, LLC | |
| 174 | Vasiloudes Creditors | Response to Objections to Claims 15 through 20 | |
| 167 | NextGear Capital, Inc. | Objection to Claim No. 14 of First Home Bank | |
| 207 | First Home Bank | Response to Objection to Claim No. 14 | |

| Doc. No. | Filing Party(ies) | Matter | Status |
|---|---|---|---|
| 176 | NextGear Capital, Inc. | Amended Objection to Claim No. 13 of CPX Holdings, LLC | |
| 209 | CPX Holdings, LLC | Response to Amended Objection to Claim No. 13 | |
| | | Compromise Issues | |
| 178 | Debtor | Motion to Approve Compromise with Vasiloudes Creditors | The Debtor will withdraw the compromise motion without prejudice. |
| 192 | NextGear Capital, Inc. | Objection to Compromise with Vasiloudes Creditors | |
| 198 | NextGear Capital, Inc. | Supplemental Objection to Compromise with Vasiloudes Creditors | |
| 199 | First Home Bank | Objection to Compromise with Vasiloudes Creditors | |
| | | Discovery Issues | |
| 194 | Vasiloudes Creditors | Motion for Protective Order and Omnibus Objection to NextGear Discovery | Not estate issue; NextGear has indicated that it intends to withdraw the discovery; if so, the motion for protective order will be moot. |
| 206 | NextGear Capital, Inc. | Response to Motion for Protective Order and Omnibus Objection to NextGear Discovery | |
| | | Stay Relief Issues | |
| 227 | U.S. Bank National Association | Motion for Relief from Automatic Stay | Motion is moot because the bank didn't perfect its lien. |

| **ADVERSARY PROCEEDINGS** | | | |
|---|---|---|---|
| | | **8:22-ap-55-CED – Kastrenakes v NextGear Capital, Inc.<br>Complaint for Injunctive Relief** | |
| 2 | Debtor | Continued Motion for Preliminary Injunction with Supporting Memorandum of Law | Moot in light of conversion to Chapter 7. |
| 12 | Cygram Heritage, et al | Response and Memorandum of Law in Opposition to Motion for Preliminary Injunction | |

| | | | |
|---|---|---|---|
| 30 | Thomas Zervas | Joinder to Response and Memorandum of Law in Opposition to Motion for Preliminary Injunction | |
| 43 | Debtor | Renewed Emergency Motion for Preliminary Injunction | Denied as to NextGear per Doc No. 51. |
| 49 | NextGear | Objection to Renewed Emergency Motion for Preliminary Injunction | |
| **VASILOUDES LITIGATION** | | | |
| **8:22-ap-95-CED – Vasiloudes et al v Kastrenakes**<br>**Conversion of Funds/Fraud** | | | |
| 1 | | Pre-Trial Conference | The parties continue to explore settlement in the Chapter 7 case. The Debtor is optimistic that the parties will resolve their disputes and file a renewed motion to approve the compromise. Such a compromise will resolve all pending adversary proceedings. The Debtor requests that the Court continue these matters for 60 days. |
| 6<br>11 | Debtor<br>Plaintiff | Motion to Dismiss Adversary Proceeding<br>Response to Motion to Dismiss Adversary Proceeding | |
| 39 | Debtor | Amended Agreed Motion for Extension of Time for all Defendants to Respond to Discovery Propounded by the Vasiloudes Creditors | |
| **Discovery Disputes** | | | |
| 7 | Debtor | Objection to Notice of Serving Subpoena to Non-Parties | The parties continue to explore settlement in the Chapter 7 case. The Debtor is optimistic that the parties will resolve their disputes and file a renewed motion to approve the compromise. Such a compromise will resolve all pending adversary proceedings. The Debtor requests that the Court continue these matters for 60 days. |
| 8 | Maria Kastrenakes | Objection to Notice of Serving Subpoena to Non-Parties | |
| 12 | Plaintiff | Response to Objection to Notice of Serving Subpoena (Doc. 7) | |
| 13 | Plaintiff | Response to Objection to Notice of Serving Subpoena (Doc. 8) | |
| 29 | Debtor | Motion to Enforce Agreement with Plaintiffs for Extension of Time to Respond to Discovery or in the Alternative, Motion for Extension of Time to Respond to Discovery | |

<table>
<tr><th colspan="4">8:22-ap-96-CED – Cygram Heritage, LLLP et al v Kastrenakes<br>Conversion of Funds/Fraud</th></tr>
<tr><td>1</td><td></td><td>Pretrial Conference</td><td rowspan="3">The parties continue to explore settlement in the Chapter 7 case. The Debtor is optimistic that the parties will resolve their disputes and file a renewed motion to approve the compromise. Such a compromise will resolve all pending adversary proceedings. The Debtor requests that the Court continue these matters for 60 days.</td></tr>
<tr><td>9</td><td>Debtor</td><td>Motion to Dismiss Adversary Proceeding</td></tr>
<tr><td>13</td><td>Plaintiff</td><td>Response to Motion to Dismiss Adversary Proceeding</td></tr>
<tr><th colspan="4">8:22-ap-112-CED – Removed Action<br>NextGear Capital, Inc. v Kastrenakes et al<br>Complaint for Damages and Replevin</th></tr>
<tr><td>1</td><td></td><td>Pretrial Conference</td><td>Chapter 7 Trustee and/or Debtor may prosecute the adversary.</td></tr>
<tr><td>37</td><td>Debtor</td><td>Motion to Consolidate Objection to Claim No. 11 in Main Case with Adversary Proceeding</td><td>If the adversary is prosecuted, it should be consolidated with the objection to Claim No. 11.</td></tr>
<tr><th colspan="4">8:22-ap-113-CED – Removed Action<br>Vasiloudes et al v Kastrenakes et al<br>Complaint for Damages</th></tr>
<tr><td>1</td><td>Debtor</td><td>Continued Pretrial Conference</td><td rowspan="4">The parties continue to explore settlement in the Chapter 7 case. The Debtor is optimistic that the parties will resolve their disputes and file a renewed motion to approve the compromise. Such a compromise will resolve all pending adversary proceedings. The Debtor requests that the Court continue these matters for 60 days.</td></tr>
<tr><td>62</td><td>Debtor</td><td>Motion to Dismiss Counts I-V, VII and IX of Amended Complaint</td></tr>
<tr><td>63</td><td>Maria Kastrenakes</td><td>Motion to Dismiss Counts VII and IX of Amended Complaint</td></tr>
<tr><td>65</td><td>New Wave</td><td>Motion to Dismiss Counts II, VIII, and IX of Amended Complaint</td></tr>
<tr><td>50</td><td>Cygram Heritage, et al</td><td>Motion to Compel Mediation against Platinum Auto Finance</td><td>Not estate issue.</td></tr>
</table>



4880-8173-6009, v. 2

| | | | |
|---|---|---|---|
| 54 | Platinum Auto Finance | Motion to Dismiss Adversary Proceeding and to Strike Plaintiff's Claim for Attorney Fees | |
| 56 | Platinum Auto Finance | Motion to Stay Discovery Pending Resolution of Motion to Dismiss | |
| 76 | Cygram Heritage, et al | Objection to PAF Motion to Stay Discovery | |
| 80 | Cygram Heritage | Response to Dismissal Motion | The parties continue to explore settlement in the Chapter 7 case. The Debtor is optimistic that the parties will resolve their disputes and file a renewed motion to approve the compromise. Such a compromise will resolve all pending adversary proceedings. The Debtor requests that the Court continue these matters for 60 days. |
| 83 | Debtor | Motion to Enforce Agreement with Plaintiffs for Extension of Time to Respond to Discovery or in the Alternative, Motion for Extension of Time to Respond to Discovery | |
| 97 | Debtor | Amended Agreed Motion for Extension of Time for all Defendants to Respond to Discovery Propounded by the Vasiloudes Creditors | |
| **8:22-ap-114-CED – Removed Action<br>Vasiloudes et al v Kastrenakes et al<br>Complaint for Damages** | | | |
| 1 | Debtor | Pretrial Conference | The parties continue to explore settlement in the Chapter 7 case. The Debtor is optimistic that the parties will resolve their disputes and file a renewed motion to approve the compromise. Such a compromise will resolve all pending adversary proceedings. The Debtor requests that the Court continue these matters for 60 days. |
| 32 | Cygram Heritage, et al | Motion to Compel Mediation as to ICO Defendants | Not estate issue. |

| | | | |
|---|---|---|---|
| 41 | Debtor | Motion to Enforce Agreement with Plaintiffs for Extension of Time to Respond to Discovery or in the Alternative, Motion for Extension of Time to Respond to Discovery | The parties continue to explore settlement in the Chapter 7 case. The Debtor is optimistic that the parties will resolve their disputes and file a renewed motion to approve the compromise. Such a compromise will resolve all pending adversary proceedings. The Debtor requests that the Court continue these matters for 60 days. |
| 54 | Debtor | Amended Agreed Motion for Extension of Time for all Defendants to Respond to Discovery Propounded by the Vasiloudes Creditors | |
| 57 | Cygram Heritage, et al | Motion to Compel Discovery | Not estate issue. |
| **8:22-ap-115-CED – Removed Action<br>Vasiloudes et al v Maria Kastrenakes et al<br>Complaint as to Trusts** | | | |
| 1 | Debtor | Pretrial Conference | The parties to the litigation have drafted an agreed order remanding to state court. |
| 7 | Plaintiffs | Motion for Remand, Abstention and/or Permissive Abstention | |
| 14 | Maria Kastrenakes | Response in Opposition to Plaintiff Creditors' Motion for Remand, for Mandatory Abstention and/or Permissive Abstention | |
| 15 | Debtor | Response in Opposition to Plaintiff Creditors' Motion for Remand, for Mandatory Abstention and/or Permissive Abstention | |
| 24 | Debtor | Motion to Intervene as Defendant and Motion for Extension of Time to File a Responsive Pleadings Required by Fed.R.Civ.P. 24(c) | The Debtor will withdraw the motion to intervene. |
| 25 | Debtor | Motion to Extend Time to File Responsive Pleading | Moot in light of withdrawal of motion to intervene. |
| 28 | Plaintiffs | Objection to Debtor/Intervenor's Motion to Extend Time to File the Responsive Pleadings Required by Fed.R.Civ.P. 24(c) | |

| **8:22-ap-118-CED – Vasiloudes et al v Kastrenakes<br>Complaint Objecting to Insider Claims and Seeking Equitable Subordination** | | | |
|---|---|---|---|
| 19 | Debtor | Motion to Dismiss Adversary Proceeding | The parties continue to explore settlement in the Chapter 7 case. The Debtor is optimistic that the parties will resolve their disputes and file a renewed motion to approve the compromise. Such a compromise will resolve all pending adversary proceedings. The Debtor requests that the Court continue these matters for 60 days. |
| 20 | Maria Kastrenakes, et al | Motion to Dismiss Adversary Proceeding | |
| 23 | Cygram Heritage, et al | Response to Motion to Dismiss (Doc. 20) | |
| 24 | Cygram Heritage, et al | Response to Motion to Dismiss (Doc. 19) | |
| **8:22-ap-122-CED – Removed Action<br>Zervas, et al v Kastrenakes et al<br>Complaint for Damages, Unjust Enrichment** | | | |
| 1 | Debtor | Pretrial Conference | Remanded to state court and abated in state court pending confirmation, dismissal or conversion of the case. *See* Doc. No. 21. |

*/s/ Amy Denton Mayer*

Edward J. Peterson (FBN 0014612)
Amy Denton Mayer (FBN 0634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: epeterson@srbp.com; amayer@srbp.com
Attorneys for Debtor