UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Chapter 7

MICHAEL KASTRENAKES,                                      Case No. 8:22-bk-1210-CED

    Debtor.
_____/

## **WITHDRAWAL OF DOCUMENT NUMBER 178**

Debtor, Michael Kastrenakes, hereby withdraws the *Motion to Approve Compromise with Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P., Panevas, LLC, Trifon Houvardas, and K&M Insurance Investors, LLC* (Doc. No. 178) filed on November 7, 2022.

Dated:  February 14, 2023.

                                                         */s/ Amy Denton Mayer*
                                                         Edward J. Peterson (FBN 0014612)
                                                         Amy Denton Mayer (FBN 0634506)
                                                         Stichter Riedel Blain & Postler, P.A.
                                                         110 East Madison Street, Suite 200
                                                         Tampa, Florida   33602
                                                         Telephone:  (813) 229-0144
                                                         Email:  epeterson@srbp.com; amayer@srbp.com
                                                         Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing *Withdrawal of Document Number 178* were furnished on this 14th day of February, 2023, by the Court's CM/ECF electronic noticing system to all parties receiving CM/ECF electronic noticing.

                                                         */s/ Amy Denton Mayer*
                                                         Amy Denton Mayer