UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Chapter 7

MICHAEL KASTRENAKES,                    Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**MOTION OF STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR**

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> **IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER YOU MUST FILE A RESPONSE WITH THE CLERK OF COURT AT SAM M. GIBBONS UNITED STATES COURTHOUSE, 801 NORTH FLORIDA AVENUE, SUITE 555, TAMPA, FLORIDA 33602, WITHIN FOURTEEN (14) DAYS FROM THE DATE OF THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS IF THIS PAPER WAS SERVED ON ANY PARTY BY U.S. MAIL.**
>
> **IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER NOTIFY YOU OF A HEARING DATE OR THE COURT WILL CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED IN THIS PAPER WITHOUT A HEARING. IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, AND THE COURT MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**
>
> **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE. IF THE PAPER IS AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE, YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED IF YOU DO NOT TIMELY FILE AND SERVE A RESPONSE.**

      Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**") respectfully requests the entry of an order authorizing it to withdraw as counsel of record for the Debtor, Michael Kastrenakes, and in support thereof, states as follows:

      1.    Stichter Riedel represents Michael Kastrenakes (the "**Debtor**") in the above-captioned bankruptcy case.

2. Stichter Riedel seeks to withdraw as counsel of record for the Debtor based upon irreconcilable differences. These irreconcilable differences prevent Stichter Riedel from continuing to represent the Debtor in this case.

3. The Debtor is aware of the irreconcilable differences and Stichter Riedel's request to withdraw.

4. There are various contested matters and adversary proceedings pending in this case which have impending deadlines, scheduled meetings, and scheduled hearings. Stichter Riedel respectfully requests the abatement of all such pending deadlines, meetings, and hearings for a period of thirty (30) days to permit the Debtor to retain replacement counsel.

WHEREFORE, Stichter Riedel respectfully requests that the Court enter an order: (a) granting this motion; (b) authorizing Stichter Riedel to withdraw as counsel of record for the Debtor; (c) abating all pending deadlines, hearings, and meetings for a period of thirty (30) days to permit the Debtor to retain replacement counsel; and (d) providing such other and further relief as the Court deems appropriate.

*/s/ Amy Denton Mayer*
Amy Denton Mayer (FBN 0634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: amayer@srbp.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing *Motion of Stichter, Riedel, Blain & Postler, P.A. to Withdraw as Counsel for Debtor* were furnished on this 6th day of March, 2023, by either the Court's CM/ECF System or by U.S. Mail to the Debtor, all parties in interest, and creditors on the Court's mailing matrix.

*/s/ Amy Denton Mayer*
Amy Denton Mayer

4892-7294-2932, v. 1

```
Label Matrix for local noticing          (p)AUTOMOTIVE FINANCE CORPORATION        CPX Holdings, LLC
113A-8                                   11299 N ILLINOIS ST                      c/o Bush Ross, P.A.
Case 8:22-bk-01210-CED                   CARMEL IN 46032-8887                     Attn. Kathleen L. DiSanto, Esq.
Middle District of Florida                                                        PO Box 3913
Tampa                                                                             Tampa, FL 33601-3913
Mon Mar  6 10:37:05 EST 2023

Cygram Heritage, LLLP                    Cygram Heritage, LLLP, Derivatively, on beha    Cygram Holdings, L.P.
c/o John A. Anthony, Esq.                Anthony & Partners, LLC                  c/o John A. Anthony, Esq.
Anthony & Partners, LLC, 100 South Ashle 100 S. Ashley Drive, Suite 1600          100 South Ashley Drive, Suite 1600
100 South Ashley Drive, Suite 1600       Tampa, FL 33602-5318                     Tampa, FL 33602-5318
Tampa, FL 33602-5318


First Home Bank                          Grow Financial Federal Credit Union      Trifon Houvardas
c/o Robert B. George, Esq.               Sorenson Van Leuven, PLLC                c/o John A. Anthony, Esq.
The Liles Firm, PA                       c/o J. Blair Boyd                        100 South Ashley Drive, Suite 1600
50 N Laura St., Ste 1200                 Post Office Box 3637                     Tampa, FL 33602-5318
Jacksonville, FL 32202-3670              Tallahassee, FL 32315-3637


K&M Insurance Investors, LLC             Maria Kastrenakes                        Michael Kastrenakes
c/o John A. Anthony, Esq.                c/o Bush Ross, P.A.                      1755 McCauley Rd.
Anthony & Partners, LLC, 100 South Ashle Attn. Kathleen L. DiSanto, Esq.          Clearwater, FL 33765-1510
100 South Ashley Drive, Suite 1600       PO Box 3913
Tampa, FL 33602-5318                     Tampa, FL 33601-3913


Jerry Makris, C.P.A.                     Shirley Palumbo                          Panevas, L.L.C.
Jerry Makris C.P.A., P.A.                Greenspoon Marder LLP                    Anthony & Partners, c/o John Anthony
2110 Drew Street                         City Place, 525 Okeechobee Blvd., Suite  100 S. Ashley Drive, Suite 1600
Clearwater, FL 33765-3231                West Palm Beach, FL 33401-6306           Tampa, Fl 33602-5318


Platinum Auto Finance of Tampa Bay       Thomas K. Rowe                           Murray B. Silverstein
c/o Joel Aresty, Esq.                    19 Harbour Isle W.                       401 East Jackson Street
309 1st Ave S                            #105                                     Suite 3650
Tierra Verde, Fl 33715-2231              Ft. Pierce, FL 34949-2771                Tampa, FL 33602-5252


SouthState Bank, N.A.                    James H Sutton                           Thomas Zervas And Konstantinos Papaspanos
c/o Robert C. Schermer, Esq.             Moffa, Sutton & Donnini, P.A.            c/o Nicole Mariani Noel
Greene Hamrick Schermer & Johnson PA     8875 Hidden River Parkway                P.O. Box 800
410 43rd St. W., Ste. N                  Suite 300                                Tampa, FL 33601-0800
Bradenton, FL 34209-2923                 Tampa, FL 33637-2087


Martha Thorn                             Panayiotis Vasiloudes                    Wells Fargo Bank, N.A.
The Thorn Collection                     c/o John A. Anthony, Esq.                3476 Stateview Blvd
Coldwell Banker International Real Estat Anthony & Partners, LLC, 100 South Ashle Fort Mill, SC 29715-7200
598 Indian Rocks Road                    100 South Ashley Drive, Suite 1600
Belleair Bluffs, FL 33770-2016           Tampa, FL 33602-5318


Westlake Flooring Company, LLC           William Hilgenfeldt                      Automotive Finance Corporation
c/o Liebler Gonzalez & Portuondo         Greenspoon Marder LLP                    Jennifer Smith Thomas
44 West Flagler St.                      c/o Shirley Palumbo, Esq.                Rumberger Kirk & Caldwell P.A.
Courthouse Tower - 25th FL               City Place, 525 Okeechobee Blvd.         300 South Orange Avenue, Suite 1400
Miami, FL 33130-1808                     Suite 900                                Orlando, Florida 32801-3380
                                         West Palm Beach, FL 33401


CPX Holdings, LLC                        CPX Holdings, LLC                        CallPass, LLC
1755 McCauley Rd.                        c/o Bush Ross, P.A.                      4592 Ulmerton Rd., #201
Clearwater, FL 33765-1510                Attn. Adam Lawton Alpert, Esq.           Clearwater, FL 33762-4107
                                         Post Office Box 3913
                                         Tampa, FL 33601-3913
```

```
Carlouel Yacht Club                         Courtney Leasing, Inc.                      Courtney Leasing, Inc.
1091 El Dorado Ave.                         8126 Benrus Street                          Danielle S. Kemp, Esq.
Clearwater Beach, FL 33767-1099             Orlando, FL 32827-5074                      GREENBERG TRAURIG, P.A.
                                                                                        101 E. Kennedy Blvd., Suite 1900
                                                                                        Tampa, FL 33602-5148


Creditor Vasiloudes and Cygram             Cygram Heritage, LLLP                        Cygram Heritage, LLLP
c/o NICHOLAS LAFALCE, ESQUIRE              c/o Andrew J. Ghekas, Esq.                   c/o John A. Anthony, Esquire
100 S. Ashley Drive, Suite 1600            Anthony & Partners, LLC                      Anthony & Partners, LLC
Tampa, Florida 33602-5318                  100 S. Ashley Dr., Suite 1600                100 S. Ashley Drive, Suite 1600
                                           Tampa, FL 33602-5318                         Tampa, FL 33602-5318


Cygram Heritage, LLLP, derivatively on behal   Cygram Holdings, L.P.                    Deanna Tsetsekas
c/o John A. Anthony, Esquire                   c/o John A. Anthony, Esquire             300 Lepredhaun Lane
Anthony & Partners, LLC                        Anthony & Partners, LLC                  Dunedin, FL 34698
100 S. Ashley Drive, Suite 1600                100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318                           Tampa, FL 33602-5318


Department of Revenue -                    Dr. Panayiotis Vasiloudes                    Dr. Panayiotis Vasiloudes
PO Box 6668                                c/o Andrew J. Ghekas, Esq.                   c/o John A. Anthony, Esquire
Tallahassee FL 32314-6668                  Anthony & Partners, LLC                      Anthony & Partners, LLC
                                           100 S. Ashley Dr., Suite 1600                100 S. Ashley Drive, Suite 1600
                                           Tampa, FL 33602-5318                         Tampa, FL 33602-5318


Evangeline Kastrenakes                     First Home Bank                              First Home Bank
1780 McCauley Rd.                          5250 Park Blvd. N.                           ATT: Robert B. George & Ryan J. Mittauer
Clearwater, FL 33765-1541                  Pinellas Park, FL 33781-3417                 The Liles Firm, PA
                                                                                        50 N Laura St., Ste. 1200
                                                                                        Jacksonville, FL 32202-3670


Florida Department of Revenue              George Lagos                                 Gilbert M. Singer, Esquire
5050 W. Tennessee St.                      1473 Sturbridge Ct.                          5104 South Westshore Blvd.
Tallahassee, FL 32399-0100                 Dunedin, FL 34698-2263                       Tampa, FL 33611-5650


Greenspoon Marder LLP                      Grow Financial                               Grow Financial Credit Union
C/O Shirley Palumbo, Esq.                  P.O. Box 89909                               Sorenson Van Leuven, PLLC.
City Place,525 Okeechobee Blvd, Suite 90   Tampa, FL 33689-0415                         J. Blair Boyd, Esquire
West Palm Beach, FL 33401-6306                                                          Post Office Box 3637
                                                                                        Tallahassee, FL  32315-3637


HF Financial, LLC                          Howard Howell                                Internal Revenue Service -
701 Spottis Woode Lane                     701 Spottis Woode Lane                       P.O. Box 7346
Clearwater, FL 33756-5267                  Clearwater, FL 33756-5267                    Philadelphia, PA 19101-7346


Irene Pappas, Trustee of the Irene         Jeff Hackett                                 Julia Rice, Esq.
Pappas Revocable Trust utd 8/23/99         1515 E. Lake Woodlands Pkwy.                 State Attorney's Office
2632 Velventos Dr.                         Oldsmar, FL 34677-1903                       P.O. Box 5028
Clearwater, FL 33761-1710                                                               Riverview, FL 33578


K&M Insurance Investors, LLC -             Konstantinos Papaspanos                      Maria Kastrenakes -
c/o John Anthony, Esq.                     c/o Gilbert M. Singer, Esq.                  c/o Kathleen L. DiSanto, Esq.
Anthony & Partners                         5104 S. Westshore Blvd.                      Post Office Box 3913
100 S. Ashley Dr., #1600                   Tampa, FL 33611-5650                         Tampa, FL 33601-3913
Tampa, FL 33602-5318
```

| | | |
|---|---|---|
| New York Life Insurance and<br>Annuity Corp.<br>P.O. Box 139052<br>Dallas, TX 75313-9052 | New York Life Insurance and<br>Annuity Corporation<br>P.O. Box 6916<br>Cleveland, OH 44101-1916 | NextGear Capital, Inc. -<br>11799 North College Avenue<br>Carmel, IN 46032-5605 |
| NextGear Capital, Inc.<br>c/o Nicolette C. Vilmos, Esq.<br>Nelson Mullins Riley & Scarborough LLP<br>390 North Orange Avenue<br>Suite 1400<br>Orlando, FL 32801-1687 | NextGear Capital, Inc.<br>c/o Nicolette Vilmos, Esq.<br>390 N. Orange Ave., #1400<br>Orlando, FL 32801-1687 | Office of the Attorney General, State of Flo<br>Department of Legal Affairs<br>3507 E. Frontage Road, Suite 325<br>Tampa, FL 33607-1795 |
| Pagona Kokolakis<br>103 Buena Vista Dr. S.<br>Dunedin, FL 34698-3305 | Panayiotis Vasiloudes, MD, PHD<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Platinum Auto Finance of Tampa Bay, LLC<br>c/o Joel M. Aresty, P.A.<br>309 1st Ave S.<br>Tierra Verde, FL 33715-2231 |
| Shirley Palumbo, Esq.<br>Edmund O. Loos, III, Esq.<br>201 E. Pine St., Ste 500<br>Orlando FL 32801-2718 | Shirley Palumbo, Esq.<br>Greenspoon Marder LLP<br>401 E Jackson Street, Suite 3650<br>Tampa FL 33602-5252 | South State Bank<br>P.O. Box 9602<br>Nichols, FL 33863 |
| SouthState Bank<br>3711 Tampa Rd.<br>Oldsmar, FL 34677-6309 | SouthState Bank N.A. -<br>Attn: Bankruptcy<br>PO Box 1900<br>Cornelia, GA 30531-7900 | SouthState Bank, N.A. -<br>c/o Robert C. Schermer, Esq.<br>410 43rd St. W., Ste. N<br>Bradenton, FL 34209-2923 |
| SouthState Bank, NA<br>Att: Edward J Peterson III, Esq<br>Stichter Riedel Blain & Postler, PA<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Teresa M. Hair<br>Brock and Scott, PLLC<br>Attorneys at Law<br>8757 Red Oak Blvd.<br>Charlotte, NC 28217-3983 | Thomas Zervas<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 |
| Thomas Zervas<br>c/o Gilbert Singer, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Thomas Zervas and Konstantinos Papaspanos -<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 | Trifon Houvardas -<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Vasilios and Eva Gargeros<br>2132 Gulf View Blvd., Unit 14/24<br>Dunedin, FL 34698-2101 | WESTLAKE FLOORING COMPANY, LLC<br>c/o Ira Scot Silverstein, Esquire<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street- 25th Floor<br>Miami, FL 33130-1817 |
| Wells Fargo Bank, N.A. -<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis MN 55440-1629 | Wells Fargo Mortgage<br>101 N. Phillips Ave.<br>Sioux Falls, SD 57104-6714 | Wells Fargo, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 |
| Westlake Flooring Co LLC<br>c/o Liebler, Gonzales & Portuondo<br>44 West Flagler Street - 25th Floor<br>Miami, FL 33130-1808 | Westlake Flooring Co., LLC<br>8000 Wilshire Blvd.<br>Los Angeles, CA 90010 | Westlake Flooring Co., LLC<br>c/o James R. Liebler, II, Esq.<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street 25th Floor<br>Miami, FL 33130-1817 |

Traci K. Stevenson +
P O Box 86690
Madeira Beach, FL 33738-6690

Frederick F Rudzik +
State of Florida, Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

Joel M Aresty +
Joel M. Aresty, P.A.
309 1st Ave S
Tierra Verde, FL 33715-2231

United States Trustee - TPA +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Robert Schermer I +
Greene Hamrick Perrey Quinlan & Schermer
PO Box 551
Bradenton, FL 34206-0551

Lynn Welter Sherman +
Trenam Law
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701-3578

Ira Scot Silverstein +
Liebler, Gonzalaez & Portuondo
44 West Flagler Street, 25th Floor
Miami, FL 33130-1808

Nicolette C Vilmos +
Nelson Mullins Broad and Cassel
390 North Orange Avenue, Suite 1400
Orlando, FL 32801-1687

Amy Denton Mayer +
Stichter Riedel Blain & Postler, P.A.
110 E Madison Street
Suite 200
Tampa, FL 33602-4718

Adam L Alpert +
Bush Ross P.A.
Post Office Box 3913
Tampa, FL 33601-3913

John A Anthony +
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

David J. Jurkiewicz +
Bose McKinney & Evans LLP
135 N. Pennsylvania St, #2700
Suite 2700
Indianapolis, IN 46204-4407

Edward J. Peterson III +
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Robert Bruce George +
The Liles Firm, PA
50 N Laura St
Suite 1200
Jacksonville, FL 32202-3670

J Steven Wilkes +
Office of United States Trustee
501 East Polk Street
Tampa, FL 33602-3949

Lindsey A Savastano +
Greenspoon Marder LLP
Trade Centre South
100 West Cypress Creek Road
Ste 700
Fort Lauderdale, FL 33309-2195

Teresa M Hair +
Brock and Scott, PLLC
8757 Red Oak Blvd
Ste #150
Charlotte, NC 28217-3977

Danielle S Kemp +
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

State Of Florida Dept. of Revenue (LL) +
PO Box 6668
Tallahassee, FL 32314-6668

Andrew J Mongelluzzi +
Clearwater Business Law, LLC
30846 US Hwy 19 N
Palm Harbor, FL 34684-4409

John Blair Boyd +
Sorenson Van Leuven Law Firm
Post Office Box 3637
Tallahassee, FL 32315-3637

Andrew J Ghekas +
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Nicholas Lafalce +
Anthony & Partners LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

James Randolph Liebler II +
Liebler, Gonzalez & Portuondo
25th Floor Courthouse Tower
44 West Flagler Street
Miami, FL 33130-1817

(p)KATHLEEN L DISANTO TRUSTEE
BUSH ROSS P A
PO BOX 3913
TAMPA FL 33601-3913

Murray B Silverstein +
Greenspoon Marder, PA
401 E Jackson Street, Suite 1825
Tampa, FL 33602-5841

Toni Townsend +
McCalla Raymer Leibert Pierce LLC
110 SE 6th Street, Suite 2400
Fort Lauderdale, FL 33301-5056

Nathan A Wheatley +
Office of the U.S. Trustee
501 E. Polk St., Suite1200
Tampa, FL 33602-3945

Jennifer Smith Thomas +
Rumberger Kirk
300 South Orange Avenue
Orlando, FL 32801-3372

Kristian S Oldham +
Florida Department of Revenue
2450 Shumard Oak Blvd.
Tallahassee, FL 32399-7022

| | | |
|---|---|---|
| Cameryn Rebecca Lackey +<br>Anthony & Partners, LLC.<br>100 S. Ashely Drive<br>Suite 1600<br>Tampa, FL 33602-5318 | Andrew D Atkins +<br>Troutman Pepper Hamilton Sanders LLP<br>301 S. College Street<br>Ste 34th Floor<br>Charlotte, NC 28202-6000 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation<br>11299 N. Illinois St<br>Carmel, IN 46032 | U.S. Bank National Association -<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | (d)U.S. Bank, N.A.<br>P.O. Box 3427<br>Oshkosh, WI 54902 |
| (d)U.S. Bank, N.A.<br>Southeast RV/Marine<br>P.O. Box 790179<br>Saint Louis, MO 63179-0179 | Kathleen DiSanto +<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtney Leasing, Inc. | (u)Caryl E. Delano<br>Tampa | (u)Moffa, Sutton & Donnini, P.A. |
| (u)NextGear Capital, Inc. | (u)PMOF Special Situations Private Credit Fun | (u)Stichter, Riedel, Blain & Postler, P.A. |
| (u)U.S. Bank National Association | (d)CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | (d)THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 |

| | |
|---|---|
| (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>----------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients   121<br>Bypassed recipients    10<br>Total                 131 |