ORDERED.

Dated: March 27, 2023

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Chapter 7

MICHAEL KASTRENAKES,                      Case No. 8:22-bk-1210-CED

    Debtor.
_____/

### ORDER GRANTING MOTION OF STICHTER, RIEDEL, BLAIN & POSTLER, P.A. TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR

THIS CASE came before the Court for consideration upon the Motion of Stichter, Riedel, Blain & Postler, P.A. to Withdraw as Counsel of Record for Debtor (Doc. No. 260) (the "**Motion**").  By the Motion, Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**") seeks to withdraw as counsel of record for the Debtor.  The Debtor does not oppose the relief requested.

The Motion was filed on March 6, 2023, and was served by negative notice to all parties and creditors on the Court's mailing matrix, including the Debtor.  No objection to the Motion was filed.  The Court finds that under the circumstances of this case, due and sufficient notice of the Motion was provided to parties, and that such notice was adequate and appropriate in the current circumstances of this Chapter 7 case as contemplated by the Bankruptcy Code, the

2

Bankruptcy Rules, the Local Rules of this Court.  Therefore, any requests for other and further notice shall be and hereby are dispensed with and waived, and no other or further notice is necessary.  The Court, having considered the Motion and the record, finds that the Motion is well taken and should be granted.  Accordingly, it is

      **ORDERED** that:

    1.    The Motion is granted.

    2.    Amy Denton Mayer and the law firm of Stichter Riedel Blain & Postler, P.A., including all Stichter Riedel Blain & Postler, P.A. attorneys who have appeared in this case, are relieved of all further responsibility in this case as counsel for the Debtor.

    3.    Parties should serve all future correspondence and pleadings on the Debtor at the following address:

> Michael Kastrenakes
> 1755 McCauley Rd.
> Clearwater, FL 33764

    4.    All pending deadlines, hearings, and meetings shall be abated for a period of thirty (30) days to permit the Debtor to retain replacement counsel.

*Attorney Amy Denton Mayer is directed to serve a copy of this order on interested parties who do not receive notice via CM/ECF and file a proof of service within three days of entry of the order.*