UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

MICHAEL KASTRENAKES,                            Case No. 8:22-bk-1210-CED

      Debtor.
_____/

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Motion of Stichter, Riedel, Blain & Postler, P.A. to Withdraw as Counsel for Debtor* (Doc. No. 263) was furnished on March 27, 2023, by the Court's electronic CM/ECF noticing system to all parties receiving electronic noticing and on March 28, 2023, by U.S. Mail to the Debtor and all creditors and parties-in-interest on the Court's mailing matrix.

                */s/ Amy Denton Mayer*
                Amy Denton Mayer (FBN 0634506)
                Stichter Riedel Blain & Postler, P.A.
                110 East Madison Street, Suite 200
                Tampa, Florida   33602
                Telephone:  (813) 229-0144
                Email:  amayer@srbp.com
                Attorneys for Debtor

Label Matrix for local noticing
113A-8
Case 8:22-bk-01210-CED
Middle District of Florida
Tampa
Tue Mar 28 09:03:54 EDT 2023

(p)AUTOMOTIVE FINANCE CORPORATION
11299 N ILLINOIS ST
CARMEL IN 46032-8887

CPX Holdings, LLC
c/o Bush Ross, P.A.
Attn. Kathleen L. DiSanto, Esq.
PO Box 3913
Tampa, FL 33601-3913

Cygram Heritage, LLLP
c/o John A. Anthony, Esq.
Anthony & Partners, LLC, 100 South Ashle
100 South Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Cygram Heritage, LLLP, Derivatively, on beha
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Cygram Holdings, L.P.
c/o John A. Anthony, Esq.
100 South Ashley Drive, Suite 1600
Tampa, FL 33602-5318

First Home Bank
c/o Robert B. George, Esq.
The Liles Firm, PA
50 N Laura St., Ste 1200
Jacksonville, FL 32202-3670

Grow Financial Federal Credit Union
Sorenson Van Leuven, PLLC
c/o J. Blair Boyd
Post Office Box 3637
Tallahassee, FL 32315-3637

Trifon Houvardas
c/o John A. Anthony, Esq.
100 South Ashley Drive, Suite 1600
Tampa, FL 33602-5318

K&M Insurance Investors, LLC
c/o John A. Anthony, Esq.
Anthony & Partners, LLC, 100 South Ashle
100 South Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Maria Kastrenakes
c/o Bush Ross, P.A.
Attn. Kathleen L. DiSanto, Esq.
PO Box 3913
Tampa, FL 33601-3913

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33765-1510

Jerry Makris, C.P.A.
Jerry Makris C.P.A., P.A.
2110 Drew Street
Clearwater, FL 33765-3231

Shirley Palumbo
Greenspoon Marder LLP
City Place, 525 Okeechobee Blvd., Suite
West Palm Beach, FL 33401-6306

Panevas, L.L.C.
Anthony & Partners, c/o John Anthony
100 S. Ashley Drive, Suite 1600
Tampa, Fl 33602-5318

Platinum Auto Finance of Tampa Bay
c/o Joel Aresty, Esq.
309 1st Ave S
Tierra Verde, Fl 33715-2231

Thomas K. Rowe
19 Harbour Isle W.
#105
Ft. Pierce, FL 34949-2771

Murray B. Silverstein
401 East Jackson Street
Suite 3650
Tampa, FL 33602-5252

SouthState Bank, N.A.
c/o Robert C. Schermer, Esq.
Greene Hamrick Schermer & Johnson PA
410 43rd St. W., Ste. N
Bradenton, FL 34209-2923

James H Sutton
Moffa, Sutton & Donnini, P.A.
8875 Hidden River Parkway
Suite 300
Tampa, FL 33637-2087

Thomas Zervas And Konstantinos Papaspanos
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601-0800

Martha Thorn
The Thorn Collection
Coldwell Banker International Real Estat
598 Indian Rocks Road
Belleair Bluffs, FL 33770-2016

Panayiotis Vasiloudes
c/o John A. Anthony, Esq.
Anthony & Partners, LLC, 100 South Ashle
100 South Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Wells Fargo Bank, N.A.
3476 Stateview Blvd
Fort Mill, SC 29715-7200

Westlake Flooring Company, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler St.
Courthouse Tower - 25th Fl
Miami, FL 33130-1808

William Hilgenfeldt
Greenspoon Marder LLP
c/o Shirley Palumbo, Esq.
City Place, 525 Okeechobee Blvd.
Suite 900
West Palm Beach, FL 33401

Automotive Finance Corporation
Jennifer Smith Thomas
Rumberger Kirk & Caldwell P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801-3380

CPX Holdings, LLC
1755 McCauley Rd.
Clearwater, FL 33765-1510

CPX Holdings, LLC
c/o Bush Ross, P.A.
Attn. Adam Lawton Alpert, Esq.
Post Office Box 3913
Tampa, FL 33601-3913

CallPass, LLC
4592 Ulmerton Rd., #201
Clearwater, FL 33762-4107

Carlouel Yacht Club
1091 El Dorado Ave.
Clearwater Beach, FL 33767-1099

Courtney Leasing, Inc.
8126 Benrus Street
Orlando, FL 32827-5074

Courtney Leasing, Inc.
Danielle S. Kemp, Esq.
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

Creditor Vasiloudes and Cygram
c/o NICHOLAS LAFALCE, ESQUIRE
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602-5318

Cygram Heritage, LLLP
c/o Andrew J. Ghekas, Esq.
Anthony & Partners, LLC
100 S. Ashley Dr., Suite 1600
Tampa, FL 33602-5318

Cygram Heritage, LLLP
c/o John A. Anthony, Esquire
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Cygram Heritage, LLLP, derivatively on behal
c/o John A. Anthony, Esquire
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Cygram Holdings, L.P.
c/o John A. Anthony, Esquire
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Deanna Tsetsekas
300 Lepredhaun Lane
Dunedin, FL 34698

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Dr. Panayiotis Vasiloudes
c/o Andrew J. Ghekas, Esq.
Anthony & Partners, LLC
100 S. Ashley Dr., Suite 1600
Tampa, FL 33602-5318

Dr. Panayiotis Vasiloudes
c/o John A. Anthony, Esquire
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Evangeline Kastrenakes
1780 McCauley Rd.
Clearwater, FL 33765-1541

First Home Bank
5250 Park Blvd. N.
Pinellas Park, FL 33781-3417

First Home Bank
ATT: Robert B. George & Ryan J. Mittauer
The Liles Firm, PA
50 N Laura St., Ste. 1200
Jacksonville, FL 32202-3670

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0100

George Lagos
1473 Sturbridge Ct.
Dunedin, FL 34698-2263

Gilbert M. Singer, Esquire
5104 South Westshore Blvd.
Tampa, FL 33611-5650

Greenspoon Marder LLP
C/O Shirley Palumbo, Esq.
City Place,525 Okeechobee Blvd, Suite 90
West Palm Beach, FL 33401-6306

Grow Financial
P.O. Box 89909
Tampa, FL 33689-0415

Grow Financial Credit Union
Sorenson Van Leuven, PLLC.
J. Blair Boyd, Esquire
Post Office Box 3637
Tallahassee, FL  32315-3637

HF Financial, LLC
701 Spottis Woode Lane
Clearwater, FL 33756-5267

Howard Howell
701 Spottis Woode Lane
Clearwater, FL 33756-5267

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irene Pappas, Trustee of the Irene
Pappas Revocable Trust utd 8/23/99
2632 Velventos Dr.
Clearwater, FL 33761-1710

Jeff Hackett
1515 E. Lake Woodlands Pkwy.
Oldsmar, FL 34677-1903

Julia Rice, Esq.
State Attorney's Office
P.O. Box 5028
Riverview, FL 33578

K&M Insurance Investors, LLC
c/o John Anthony, Esq.
Anthony & Partners
100 S. Ashley Dr., #1600
Tampa, FL 33602-5318

Konstantinos Papaspanos
c/o Gilbert M. Singer, Esq.
5104 S. Westshore Blvd.
Tampa, FL 33611-5650

Maria Kastrenakes
c/o Kathleen L. DiSanto, Esq.
Post Office Box 3913
Tampa, FL 33601-3913

New York Life Insurance and
Annuity Corp.
P.O. Box 139052
Dallas, TX 75313-9052

New York Life Insurance and
Annuity Corporation
P.O. Box 6916
Cleveland, OH 44101-1916

NextGear Capital, Inc.
11799 North College Avenue
Carmel, IN 46032-5605


NextGear Capital, Inc.
c/o Nicolette C. Vilmos, Esq.
Nelson Mullins Riley & Scarborough LLP
390 North Orange Avenue
Suite 1400
Orlando, FL 32801-1687

NextGear Capital, Inc.
c/o Nicolette Vilmos, Esq.
390 N. Orange Ave., #1400
Orlando, FL 32801-1687

Office of the Attorney General, State of Flo
Department of Legal Affairs
3507 E. Frontage Road, Suite 325
Tampa, FL 33607-1795


Pagona Kokolakis
103 Buena Vista Dr. S.
Dunedin, FL 34698-3305

Panayiotis Vasiloudes, MD, PHD
c/o John Anthony, Esq.
Anthony & Partners
100 S. Ashley Dr., #1600
Tampa, FL 33602-5318

Platinum Auto Finance of Tampa Bay, LLC
c/o Joel M. Aresty, P.A.
309 1st Ave S.
Tierra Verde, FL 33715-2231


Shirley Palumbo, Esq.
Edmund O. Loos, III, Esq.
201 E. Pine St., Ste 500
Orlando FL 32801-2718

Shirley Palumbo, Esq.
Greenspoon Marder LLP
401 E Jackson Street, Suite 3650
Tampa FL 33602-5252

South State Bank
P.O. Box 9602
Nichols, FL 33863


SouthState Bank
3711 Tampa Rd.
Oldsmar, FL 34677-6309

SouthState Bank N.A.
Attn: Bankruptcy
PO Box 1900
Cornelia, GA 30531-7900

SouthState Bank, N.A.
c/o Robert C. Schermer, Esq.
410 43rd St. W., Ste. N
Bradenton, FL 34209-2923


SouthState Bank, NA
Att: Edward J Peterson III, Esq
Stichter Riedel Blain & Postler, PA
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Teresa M. Hair
Brock and Scott, PLLC
Attorneys at Law
8757 Red Oak Blvd.
Charlotte, NC 28217-3983

Thomas Zervas
2632 Velventos Dr.
Clearwater, FL 33761-1710


Thomas Zervas
c/o Gilbert Singer, Esq.
5104 S. Westshore Blvd.
Tampa, FL 33611-5650

Thomas Zervas and Konstantinos Papaspanos
5104 South Westshore Blvd.
Tampa, FL 33611-5650

Trifon Houvardas
c/o John Anthony, Esq.
Anthony & Partners
100 S. Ashley Dr., #1600
Tampa, FL 33602-5318


(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Vasilios and Eva Gargeros
2132 Gulf View Blvd., Unit 14/24
Dunedin, FL 34698-2101

WESTLAKE FLOORING COMPANY, LLC
c/o Ira Scot Silverstein, Esquire
Liebler Gonzalez & Portuondo
44 West Flagler Street- 25th Floor
Miami, FL 33130-1817


Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis MN 55440-1629

Wells Fargo Mortgage
101 N. Phillips Ave.
Sioux Falls, SD 57104-6714

Wells Fargo, N.A.
3476 Stateview Blvd
Fort Mill, SC 29715-7200


Westlake Flooring Co LLC
c/o Liebler, Gonzales & Portuondo
44 West Flagler Street - 25th Floor
Miami, FL 33130-1808

Westlake Flooring Co., LLC
8000 Wilshire Blvd.
Los Angeles, CA 90010

Westlake Flooring Co., LLC
c/o James R. Liebler, II, Esq.
Liebler Gonzalez & Portuondo
44 West Flagler Street 25th Floor
Miami, FL 33130-1817

Traci K. Stevenson +
P O Box 86690
Madeira Beach, FL 33738-6690

Frederick F Rudzik +
State of Florida, Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

Joel M Aresty +
Joel M. Aresty, P.A.
309 1st Ave S
Tierra Verde, FL 33715-2231

Scott A. Stichter +
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602-4718

United States Trustee - TPA +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Robert Schermer I+
Greene Hamrick Perrey Quinlan & Schermer
PO Box 551
Bradenton, FL 34206-0551

Lynn Welter Sherman +
Trenam Law
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701-3578

Ira Scot Silverstein +
Liebler, Gonzalaez & Portuondo
44 West Flagler Street, 25th Floor
Miami, FL 33130-1808

Nicolette C Vilmos +
Nelson Mullins Broad and Cassel
390 North Orange Avenue, Suite 1400
Orlando, FL 32801-1687

Amy Denton Mayer +
Stichter Riedel Blain & Postler, P.A.
110 E Madison Street
Suite 200
Tampa, FL 33602-4718

Adam L Alpert +
Bush Ross P.A.
Post Office Box 3913
Tampa, FL 33601-3913

John A Anthony +
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

David J. Jurkiewicz +
Bose McKinney & Evans LLP
135 N. Pennsylvania St, #2700
Suite 2700
Indianapolis, IN 46204-4407

Robert Bruce George +
The Liles Firm, PA
50 N Laura St
Suite 1200
Jacksonville, FL 32202-3670

J Steven Wilkes +
Office of United States Trustee
501 East Polk Street
Tampa, FL 33602-3949

Lindsey A Savastano +
Greenspoon Marder LLP
Trade Centre South
100 West Cypress Creek Road
Ste 700
Fort Lauderdale, FL 33309-2195

Teresa M Hair +
Brock and Scott, PLLC
8757 Red Oak Blvd
Ste #150
Charlotte, NC 28217-3977

Danielle S Kemp +
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

State Of Florida Dept. of Revenue (LL) +
PO Box 6668
Tallahassee, FL 32314-6668

Andrew J Mongelluzzi +
Clearwater Business Law, LLC
30846 US Hwy 19 N
Palm Harbor, FL 34684-4409

John Blair Boyd +
Sorenson Van Leuven Law Firm
Post Office Box 3637
Tallahassee, FL 32315-3637

Andrew J Ghekas +
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Nicholas Lafalce +
Anthony & Partners LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

James Randolph Liebler II+
Liebler, Gonzalez & Portuondo
25th Floor Courthouse Tower
44 West Flagler Street
Miami, FL 33130-1817

(p)KATHLEEN L DISANTO TRUSTEE
BUSH ROSS P A
PO BOX 3913
TAMPA FL 33601-3913

Murray B Silverstein +
Greenspoon Marder, PA
401 E Jackson Street, Suite 1825
Tampa, FL 33602-5841

Toni Townsend +
McCalla Raymer Leibert Pierce LLC
110 SE 6th Street, Suite 2400
Fort Lauderdale, FL 33301-5056

Nathan A Wheatley +
Office of the U.S. Trustee
501 E. Polk St., Suite1200
Tampa, FL 33602-3945

Jennifer Smith Thomas +
Rumberger Kirk
300 South Orange Avenue
Orlando, FL 32801-3372

Kristian S Oldham +
Florida Department of Revenue
2450 Shumard Oak Blvd.
Tallahassee, FL 32399-7022

Cameryn Rebecca Lackey +
Anthony & Partners, LLC.
100 S. Ashely Drive
Suite 1600
Tampa, FL 33602-5318

Andrew D Atkins +
Troutman Pepper Hamilton Sanders LLP
301 S. College Street
Ste 34th Floor
Charlotte, NC 28202-6000


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Automotive Finance Corporation
11299 N. Illinois St
Carmel, IN 46032

U.S. Bank National Association
Bankruptcy Department
PO Box 5229
Cincinnati, Ohio 45201-5229

(d)U.S. Bank, N.A.
P.O. Box 3427
Oshkosh, WI 54902


(d)U.S. Bank, N.A.
Southeast RV/Marine
P.O. Box 790179
Saint Louis, MO 63179-0179

Kathleen DiSanto +
Bush Ross, P.A.
Post Office Box 3913
Tampa, FL 33601-3913


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtney Leasing, Inc.

(u)Moffa, Sutton & Donnini, P.A.

(u)NextGear Capital, Inc.


(u)PMOF Special Situations Private Credit Fun

(u)Stichter, Riedel, Blain & Postler, P.A.

(u)U.S. Bank National Association


(d)CPX Holdings, LLC
c/o Bush Ross, P.A.
Attn. Kathleen L. DiSanto, Esq.
Post Office Box 3913
Tampa, FL 33601-3913

(d)THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601-0800

End of Label Matrix
Mailable recipients    121
Bypassed recipients      8
Total                  129