UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

MICHAEL KASTRENAKES,                            Case No. 8:22-bk-1210-CED

     Debtor.

_____/

**FINAL APPLICATION OF JERRY MAKRIS CPA, P.A.
FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR
SERVICES RENDERED AS CERTIFIED PUBLIC ACCOUNTANTS**

**Summary of Request for Allowance**

| | |
|---|---|
| *Name of Applicant:* | Jerry Makris CPA, P.A. |
| *Services Provided to:* | Debtor |
| *Date of Retention:* | March 27, 2022 |
| *Period for this Application:* | September 1, 2022, through January 13, 2023 |
| *Amount of Compensation Sought:* | $750.00 |
| *Amount of Expense Reimbursement:* | $0.00 |
| *Amount of Original Retainer:* | $0.00 |
| *Current Balance of Retainer:* | N/A |
| *Blended Hourly Rate this Application:* | N/A |
| *Cumulative Blended Hourly Rate:* | N/A |
| *Interim or Final Application:* | Final |
| ***Prior Fee Applications:*** | |
| *Date Filed:* | August 31, 2022 |
| *Period of Application:* | March 27, 2022, through August 31, 2022 |
| *Amount of Fees Requested:* | $1,500.00 |
| *Number of Hours:* | N/A |
| *Blended Hourly Rate:* | N/A |
| *Amount of Expenses Requested:* | $0.00 |
| *Amount of Fees Approved:* | $1,500.00 |
| *Amount of Expenses Approved:* | N/A |
| *Amount of Fees Paid:* | $0.00 |
| *Amount of Expenses Paid:* | N/A |
| *Amount of Holdback:* | N/A |

Jerry Makris CPA, P.A. ("**Makris**") respectfully applies for allowance and payment of compensation in the amount of **$750.00** for services rendered as certified public accountants for the Debtor for the period of September 1, 2022, through January 13, 2023 (the "**Application Period**").  In support of its request, Makris states the following:

1.      On March 27, 2022, the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2.      On May 19, 2022, the Debtor filed his *Debtor's Application for Authorization to Employ Jerry Makris CPA, P.A. as Certified Public Accountant Effective as of the Petition Date* (Doc. No. 63) (the **"Employment Application"**).   An order approving the Employment Application was entered on May 23, 2022 (Doc. No. 64).

3.      Makris was retained to prepare the Debtor's 2021 federal income tax return.

4.      Makris seeks compensation in the amount of $750.00 for services rendered during the Application Period.  A copy of Makris' invoice is attached hereto as **Exhibit A**.

WHEREFORE, Makris respectfully requests that this Court enter an order: (a) approving this application; and (b) allowing compensation in the amount of **$750.00** for services rendered.

*/s/ Amy Denton Mayer*
Amy Denton Mayer (FBN 0634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone: (813) 229-0144
Email: amayer@srbp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Final Application of Jerry Makris CPA, P.A. as Certified Public Accountant for Allowance and Payment of Compensation for Services Rendered as Certified Public Accountant for the Debtor* was furnished on this 31st day of March, 2023, by the Court's CM/ECF electronic mail system to all parties receiving electronic service.

*/s/ Amy Denton Mayer*
Amy Denton Mayer

**EXHIBIT A**

# JERRY MAKRIS, CPA, PA
## CERTIFIED PUBLIC ACCOUNTANT

*New York State Society of*
*Certified Public Accountants*

*American Institute of*
*Certified Public Accountants*

*Florida Institute of*
*Certified Public Accountants*

Cell: (917) 572-4675

2110 Drew Street, Clearwater, FL 33765
Email: Makriscpa@aol.com

Tel: (727) 386-4386

**February 10, 2023**

**MICHAEL & MARIA KASTRENAKES**
**1755 MCCAULEY ROAD**
**CLEARWATER, FL 33764**

**FOR PROFESSIONAL SERVICES AND EXPENSES RENDERED IN CONNECTION WITH:**

> **Additional time spent in gathering information for preparation of 2021 "U.S. Individual Income Tax Return."**
> **(Form 1040 & Schedules)**

**TOTAL DUE**     **$    750.00**

Make Check payable to:   Jerry Makris, CPA, PA