UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 11

MICHAEL KASTRENAKES,                        Case No. 8:22-bk-1210-CED

     Debtor.
_____/

# NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING

Jerry Makris CPA, P.A., certified public accountants for the Debtor ("**Applicant**") has filed an application for compensation in the amount of **$750.00** (Doc. No. 265) (the "**Application**"). A copy of the Application may be viewed on the case docket, or by request to Applicant at (813) 229-0144, or amayer.ecf@srbp.com.

If you object to the Application, you must file an objection with the Clerk of Court at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, Florida 33602 within twenty-one (21) days from the date of the proof of service below, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

                                                */s/ Amy Denton Mayer*
                                                Amy Denton Mayer (FBN 0634506)
                                                Stichter Riedel Blain & Postler, P.A.
                                                110 East Madison Street, Suite 200
                                                Tampa, Florida  33602
                                                Telephone: (813) 229-0144
                                                Email: amayer@srbp.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request a Hearing* was furnished on this 31st day of March, 2023, by either the Court's CM/ECF electronic mail system or by U.S. mail to all parties listed on the Court's matrix.

           */s/ Amy Denton Mayer*
           Amy Denton Mayer

4894-0152-1234, v. 1

```
Label Matrix for local noticing           (p)AUTOMOTIVE FINANCE CORPORATION         CPX Holdings, LLC
113A-8                                    11299 N ILLINOIS ST                       c/o Bush Ross, P.A.
Case 8:22-bk-01210-CED                    CARMEL IN 46032-8887                      Attn. Kathleen L. DiSanto, Esq.
Middle District of Florida                                                          PO Box 3913
Tampa                                                                               Tampa, FL 33601-3913
Fri Mar 31 08:50:06 EDT 2023

Cygram Heritage, LLLP                     Cygram Heritage, LLLP, Derivatively, on beha    Cygram Holdings, L.P.
c/o John A. Anthony, Esq.                 Anthony & Partners, LLC                   c/o John A. Anthony, Esq.
Anthony & Partners, LLC, 100 South Ashle  100 S. Ashley Drive, Suite 1600           100 South Ashley Drive, Suite 1600
100 South Ashley Drive, Suite 1600        Tampa, FL 33602-5318                      Tampa, FL 33602-5318
Tampa, FL 33602-5318

First Home Bank                           Grow Financial Federal Credit Union       Trifon Houvardas
c/o Robert B. George, Esq.                Sorenson Van Leuven, PLLC                 c/o John A. Anthony, Esq.
The Liles Firm, PA                        c/o J. Blair Boyd                         100 South Ashley Drive, Suite 1600
50 N Laura St., Ste 1200                  Post Office Box 3637                      Tampa, FL 33602-5318
Jacksonville, FL 32202-3670               Tallahassee, FL 32315-3637

K&M Insurance Investors, LLC              Maria Kastrenakes                         Michael Kastrenakes
c/o John A. Anthony, Esq.                 c/o Bush Ross, P.A.                       1755 McCauley Rd.
Anthony & Partners, LLC, 100 South Ashle  Attn. Kathleen L. DiSanto, Esq.           Clearwater, FL 33765-1510
100 South Ashley Drive, Suite 1600        PO Box 3913
Tampa, FL 33602-5318                      Tampa, FL 33601-3913

Jerry Makris, C.P.A.                      Shirley Palumbo                           Panevas, L.L.C.
Jerry Makris C.P.A., P.A.                 Greenspoon Marder LLP                     Anthony & Partners, c/o John Anthony
2110 Drew Street                          City Place, 525 Okeechobee Blvd., Suite   100 S. Ashley Drive, Suite 1600
Clearwater, FL 33765-3231                 West Palm Beach, FL 33401-6306            Tampa, Fl 33602-5318

Platinum Auto Finance of Tampa Bay        Thomas K. Rowe                            Murray B. Silverstein
c/o Joel Aresty, Esq.                     19 Harbour Isle W.                        401 East Jackson Street
309 1st Ave S                             #105                                      Suite 3650
Tierra Verde, Fl 33715-2231               Ft. Pierce, FL 34949-2771                 Tampa, FL 33602-5252

SouthState Bank, N.A.                     James H Sutton                            Thomas Zervas And Konstantinos Papaspanos
c/o Robert C. Schermer, Esq.              Moffa, Sutton & Donnini, P.A.             c/o Nicole Mariani Noel
Greene Hamrick Schermer & Johnson PA      8875 Hidden River Parkway                 P.O. Box 800
410 43rd St. W., Ste. N                   Suite 300                                 Tampa, FL 33601-0800
Bradenton, FL 34209-2923                  Tampa, FL 33637-2087

Martha Thorn                              Panayiotis Vasiloudes                     Wells Fargo Bank, N.A.
The Thorn Collection                      c/o John A. Anthony, Esq.                 3476 Stateview Blvd
Coldwell Banker International Real Estat  Anthony & Partners, LLC, 100 South Ashle  Fort Mill, SC 29715-7200
598 Indian Rocks Road                     100 South Ashley Drive, Suite 1600
Belleair Bluffs, FL 33770-2016            Tampa, FL 33602-5318

Westlake Flooring Company, LLC            William Hilgenfeldt                       Automotive Finance Corporation
c/o Liebler Gonzalez & Portuondo          Greenspoon Marder LLP                     Jennifer Smith Thomas
44 West Flagler St.                       c/o Shirley Palumbo, Esq.                 Rumberger Kirk & Caldwell P.A.
Courthouse Tower - 25th FL                City Place, 525 Okeechobee Blvd.          300 South Orange Avenue, Suite 1400
Miami, FL 33130-1808                      Suite 900                                 Orlando, Florida 32801-3380
                                          West Palm Beach, FL 33401

CPX Holdings, LLC                         CPX Holdings, LLC                         CallPass, LLC
1755 McCauley Rd.                         c/o Bush Ross, P.A.                       4592 Ulmerton Rd., #201
Clearwater, FL 33765-1510                 Attn. Adam Lawton Alpert, Esq.            Clearwater, FL 33762-4107
                                          Post Office Box 3913
                                          Tampa, FL 33601-3913
```

Carlouel Yacht Club
1091 El Dorado Ave.
Clearwater Beach, FL 33767-1099

Courtney Leasing, Inc.
8126 Benrus Street
Orlando, FL 32827-5074

Courtney Leasing, Inc.
Danielle S. Kemp, Esq.
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

Creditor Vasiloudes and Cygram
c/o NICHOLAS LAFALCE, ESQUIRE
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602-5318

Cygram Heritage, LLLP
c/o Andrew J. Ghekas, Esq.
Anthony & Partners, LLC
100 S. Ashley Dr., Suite 1600
Tampa, FL 33602-5318

Cygram Heritage, LLLP
c/o John A. Anthony, Esquire
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Cygram Heritage, LLLP, derivatively on behal
c/o John A. Anthony, Esquire
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Cygram Holdings, L.P.
c/o John A. Anthony, Esquire
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Deanna Tsetsekas
300 Lepredhaun Lane
Dunedin, FL 34698

Department of Revenue -
PO Box 6668
Tallahassee FL 32314-6668

Dr. Panayiotis Vasiloudes
c/o Andrew J. Ghekas, Esq.
Anthony & Partners, LLC
100 S. Ashley Dr., Suite 1600
Tampa, FL 33602-5318

Dr. Panayiotis Vasiloudes
c/o John A. Anthony, Esquire
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Evangeline Kastrenakes
1780 McCauley Rd.
Clearwater, FL 33765-1541

First Home Bank
5250 Park Blvd. N.
Pinellas Park, FL 33781-3417

First Home Bank
ATT: Robert B. George & Ryan J. Mittauer
The Liles Firm, PA
50 N Laura St., Ste. 1200
Jacksonville, FL 32202-3670

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0100

George Lagos
1473 Sturbridge Ct.
Dunedin, FL 34698-2263

Gilbert M. Singer, Esquire
5104 South Westshore Blvd.
Tampa, FL 33611-5650

Greenspoon Marder LLP
C/O Shirley Palumbo, Esq.
City Place,525 Okeechobee Blvd, Suite 90
West Palm Beach, FL 33401-6306

Grow Financial
P.O. Box 89909
Tampa, FL 33689-0415

Grow Financial Credit Union
Sorenson Van Leuven, PLLC.
J. Blair Boyd, Esquire
Post Office Box 3637
Tallahassee, FL  32315-3637

HF Financial, LLC
701 Spottis Woode Lane
Clearwater, FL 33756-5267

Howard Howell
701 Spottis Woode Lane
Clearwater, FL 33756-5267

Internal Revenue Service -
P.O. Box 7346
Philadelphia, PA 19101-7346

Irene Pappas, Trustee of the Irene
Pappas Revocable Trust utd 8/23/99
2632 Velventos Dr.
Clearwater, FL 33761-1710

Jeff Hackett
1515 E. Lake Woodlands Pkwy.
Oldsmar, FL 34677-1903

Julia Rice, Esq.
State Attorney's Office
P.O. Box 5028
Riverview, FL 33578

K&M Insurance Investors, LLC -
c/o John Anthony, Esq.
Anthony & Partners
100 S. Ashley Dr., #1600
Tampa, FL 33602-5318

Konstantinos Papaspanos
c/o Gilbert M. Singer, Esq.
5104 S. Westshore Blvd.
Tampa, FL 33611-5650

Maria Kastrenakes -
c/o Kathleen L. DiSanto, Esq.
Post Office Box 3913
Tampa, FL 33601-3913

| | | |
|---|---|---|
| New York Life Insurance and Annuity Corp.<br>P.O. Box 139052<br>Dallas, TX 75313-9052 | New York Life Insurance and Annuity Corporation<br>P.O. Box 6916<br>Cleveland, OH 44101-1916 | NextGear Capital, Inc. -<br>11799 North College Avenue<br>Carmel, IN 46032-5605 |
| NextGear Capital, Inc.<br>c/o Nicolette C. Vilmos, Esq.<br>Nelson Mullins Riley & Scarborough LLP<br>390 North Orange Avenue<br>Suite 1400<br>Orlando, FL 32801-1687 | NextGear Capital, Inc.<br>c/o Nicolette Vilmos, Esq.<br>390 N. Orange Ave., #1400<br>Orlando, FL 32801-1687 | Office of the Attorney General, State of Flo<br>Department of Legal Affairs<br>3507 E. Frontage Road, Suite 325<br>Tampa, FL 33607-1795 |
| Pagona Kokolakis<br>103 Buena Vista Dr. S.<br>Dunedin, FL 34698-3305 | Panayiotis Vasiloudes, MD, PHD<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Platinum Auto Finance of Tampa Bay, LLC<br>c/o Joel M. Aresty, P.A.<br>309 1st Ave S.<br>Tierra Verde, FL 33715-2231 |
| Shirley Palumbo, Esq.<br>Edmund O. Loos, III, Esq.<br>201 E. Pine St., Ste 500<br>Orlando FL 32801-2718 | Shirley Palumbo, Esq.<br>Greenspoon Marder LLP<br>401 E Jackson Street, Suite 3650<br>Tampa FL 33602-5252 | South State Bank<br>P.O. Box 9602<br>Nichols, FL 33863 |
| SouthState Bank<br>3711 Tampa Rd.<br>Oldsmar, FL 34677-6309 | SouthState Bank N.A. -<br>Attn: Bankruptcy<br>PO Box 1900<br>Cornelia, GA 30531-7900 | SouthState Bank, N.A. -<br>c/o Robert C. Schermer, Esq.<br>410 43rd St. W., Ste. N<br>Bradenton, FL 34209-2923 |
| SouthState Bank, NA<br>Att: Edward J Peterson III, Esq<br>Stichter Riedel Blain & Postler, PA<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Teresa M. Hair<br>Brock and Scott, PLLC<br>Attorneys at Law<br>8757 Red Oak Blvd.<br>Charlotte, NC 28217-3983 | Thomas Zervas<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 |
| Thomas Zervas<br>c/o Gilbert Singer, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Thomas Zervas and Konstantinos Papaspanos -<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 | Trifon Houvardas -<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Vasilios and Eva Gargeros<br>2132 Gulf View Blvd., Unit 14/24<br>Dunedin, FL 34698-2101 | WESTLAKE FLOORING COMPANY, LLC<br>c/o Ira Scot Silverstein, Esquire<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street- 25th Floor<br>Miami, FL 33130-1817 |
| Wells Fargo Bank, N.A. -<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis MN 55440-1629 | Wells Fargo Mortgage<br>101 N. Phillips Ave.<br>Sioux Falls, SD 57104-6714 | Wells Fargo, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 |
| Westlake Flooring Co LLC<br>c/o Liebler, Gonzales & Portuondo<br>44 West Flagler Street - 25th Floor<br>Miami, FL 33130-1808 | Westlake Flooring Co., LLC<br>8000 Wilshire Blvd.<br>Los Angeles, CA 90010 | Westlake Flooring Co., LLC<br>c/o James R. Liebler, II, Esq.<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street 25th Floor<br>Miami, FL 33130-1817 |

| | | |
|---|---|---|
| Traci K. Stevenson +<br>P O Box 86690<br>Madeira Beach, FL 33738-6690 | Frederick F Rudzik +<br>State of Florida, Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Joel M Aresty +<br>Joel M. Aresty, P.A.<br>309 1st Ave S<br>Tierra Verde, FL 33715-2231 |
| Scott A. Stichter +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602-4718 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Robert Schermer I +<br>Greene Hamrick Perrey Quinlan & Schermer<br>PO Box 551<br>Bradenton, FL 34206-0551 |
| Lynn Welter Sherman +<br>Trenam Law<br>200 Central Avenue, Suite 1600<br>St. Petersburg, FL 33701-3578 | Ira Scot Silverstein +<br>Liebler, Gonzalaez & Portuondo<br>44 West Flagler Street, 25th Floor<br>Miami, FL 33130-1808 | Nicolette C Vilmos +<br>Nelson Mullins Broad and Cassel<br>390 North Orange Avenue, Suite 1400<br>Orlando, FL 32801-1687 |
| Amy Denton Mayer +<br>Stichter Riedel Blain & Postler, P.A.<br>110 E Madison Street<br>Suite 200<br>Tampa, FL 33602-4718 | Adam L Alpert +<br>Bush Ross P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | John A Anthony +<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| David J. Jurkiewicz +<br>Bose McKinney & Evans LLP<br>135 N. Pennsylvania St, #2700<br>Suite 2700<br>Indianapolis, IN 46204-4407 | Robert Bruce George +<br>The Liles Firm, PA<br>50 N Laura St<br>Suite 1200<br>Jacksonville, FL 32202-3670 | J Steven Wilkes +<br>Office of United States Trustee<br>501 East Polk Street<br>Tampa, FL 33602-3949 |
| Lindsey A Savastano +<br>Greenspoon Marder LLP<br>Trade Centre South<br>100 West Cypress Creek Road<br>Ste 700<br>Fort Lauderdale, FL 33309-2195 | Teresa M Hair +<br>Brock and Scott, PLLC<br>8757 Red Oak Blvd<br>Ste #150<br>Charlotte, NC 28217-3977 | Danielle S Kemp +<br>Greenberg Traurig, P.A.<br>Bank of America Plaza<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 |
| State Of Florida Dept. of Revenue (LL) +<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Andrew J Mongelluzzi +<br>Clearwater Business Law, LLC<br>30846 US Hwy 19 N<br>Palm Harbor, FL 34684-4409 | John Blair Boyd +<br>Sorenson Van Leuven Law Firm<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 |
| Andrew J Ghekas +<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Nicholas Lafalce +<br>Anthony & Partners LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | James Randolph Liebler II +<br>Liebler, Gonzalez & Portuondo<br>25th Floor Courthouse Tower<br>44 West Flagler Street<br>Miami, FL 33130-1817 |
| (p)KATHLEEN L DISANTO TRUSTEE<br>BUSH ROSS P A<br>PO BOX 3913<br>TAMPA FL 33601-3913 | Murray B Silverstein +<br>Greenspoon Marder, PA<br>401 E Jackson Street, Suite 1825<br>Tampa, FL 33602-5841 | Toni Townsend +<br>McCalla Raymer Leibert Pierce LLC<br>110 SE 6th Street, Suite 2400<br>Fort Lauderdale, FL 33301-5056 |
| Nathan A Wheatley +<br>Office of the U.S. Trustee<br>501 E. Polk St., Suite1200<br>Tampa, FL 33602-3945 | Jennifer Smith Thomas +<br>Rumberger Kirk<br>300 South Orange Avenue<br>Orlando, FL 32801-3372 | Kristian S Oldham +<br>Florida Department of Revenue<br>2450 Shumard Oak Blvd.<br>Tallahassee, FL 32399-7022 |

| | | |
|---|---|---|
| Cameryn Rebecca Lackey +<br>Anthony & Partners, LLC.<br>100 S. Ashely Drive<br>Suite 1600<br>Tampa, FL 33602-5318 | Andrew D Atkins +<br>Troutman Pepper Hamilton Sanders LLP<br>301 S. College Street<br>Ste 34th Floor<br>Charlotte, NC 28202-6000 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation<br>11299 N. Illinois St<br>Carmel, IN 46032 | U.S. Bank National Association -<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | (d)U.S. Bank, N.A.<br>P.O. Box 3427<br>Oshkosh, WI 54902 |
| (d)U.S. Bank, N.A.<br>Southeast RV/Marine<br>P.O. Box 790179<br>Saint Louis, MO 63179-0179 | Kathleen DiSanto +<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtney Leasing, Inc. | (u)Caryl E. Delano<br>Tampa | (u)Moffa, Sutton & Donnini, P.A. |
| (u)NextGear Capital, Inc. | (u)PMOF Special Situations Private Credit Fun | (u)Stichter, Riedel, Blain & Postler, P.A. |
| (u)U.S. Bank National Association | (d)CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | (d)THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 |

| | |
|---|---|
| (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients   121<br>Bypassed recipients    10<br>Total                 131 |