UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Chapter 11

MICHAEL KASTRENAKES,                                      Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**FINAL APPLICATION OF MOFFA, SUTTON & DONNINI P.A. FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND <u>REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL TAX COUNSEL</u>**

**Summary of Request for Allowance**

| | |
|---|---:|
| *Name of Applicant:* | Moffa, Sutton & Donnini P.A. |
| *Services Provided to:* | Debtor |
| *Date of Retention:* | March 27, 2022 |
| *Period for this Application:* | July 6, 2022, through January 13, 2023 |
| *Amount of Compensation Sought:*[1] | $19,464.71 |
| *Amount of Expense Reimbursement:* | $810.29 |
| *Amount of Original Retainer:* | $4,000.00 |
| *Current Balance of Retainer:* | $0.00 |
| *Blended Hourly Rate this Application:* | $543.85 |
| *Cumulative Blended Hourly Rate:* | $538.04 |
| *Interim or Final Application:* | Final |

***Prior Fee Applications:***

| | |
|---|---:|
| *Date Filed:* | August 31, 2022 |
| *Period of Application:* | March 27, 2022, through July 5, 2022 |
| *Amount of Fees Requested:* | $19,126.25 |
| *Number of Hours:* | 37.25 |
| *Blended Hourly Rate:* | $513.46 |
| *Amount of Expenses Requested:* | $0.00 |
| *Amount of Fees Approved:* | $19,126.25 |
| *Amount of Expenses Approved:* | N/A |
| *Amount of Fees Paid:* | $9,000.00 |
| *Amount of Expenses Paid:* | N/A |
| *Amount of Holdback:* | N/A |

---

[1] Amount requested is after application of courtesy discount in the amount of $34,986.54.

Moffa, Sutton & Donnini, P.A. ("**Moffa Sutton**") respectfully applies for allowance and payment of compensation in the amount of **$19,464.71** for services rendered and reimbursement of expenses in the amount of **$810.29**, for a total of **$20,275.00** as special tax counsel for the Debtor for the period of July 6, 2022, through January 13, 2023 (the "**Application Period**"). In support of its request, Moffa Sutton states the following:

1. On March 27, 2022, the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2. On May 12, 2022, the Debtor filed his *Debtor's Application to Employ Moffa Sutton & Donnini, P.A. as Special Tax Counsel* (Doc. No. 58) (the **"Employment Application"**). An order approving the Employment Application was entered on May 18, 2022 (Doc. No. 61).

3. Moffa Sutton was retained to provide legal services and advice in connection with the tax claim asserted by the Florida Department of Revenue.

4. Moffa Sutton seeks compensation in the amount of $19,464.71 for services rendered during the Application Period. Moffa Sutton also seeks reimbursement of expenses in the amount of $810.29. Copies of Moffa Sutton's invoices are attached hereto as **Exhibit A**.

WHEREFORE, Moffa Sutton respectfully requests that this Court enter an order: (a) approving this application; and (b) allowing compensation in the amount of **$19,464.71** for services rendered and reimbursement of expenses in the amount of **$810.29**, for a total award of **$20,275.00**.

> */s/ Amy Denton Mayer*
> Amy Denton Mayer (FBN 0634506)
> Stichter Riedel Blain & Postler, P.A.
> 110 East Madison Street, Suite 200
> Tampa, Florida  33602
> Telephone: (813) 229-0144
> Email: amayer@srbp.com

4864-0554-2738, V. 1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Final Application of Moffa Sutton & Donnini, P.A. for Allowance and Payment of Compensation for Services Rendered as Special Tax Counsel for the Debtor* was furnished on this 31st day of March, 2023, by the Court's CM/ECF electronic mail system to all parties receiving electronic service.

                                                   */s/ Amy Denton Mayer*
                                                   Amy Denton Mayer

4864-0554-2738, V. 1

**EXHIBIT A**



# INVOICE

Invoice # 17313
Date: 10/15/2022
Due Upon Receipt

# Moffa, Sutton & Donnini P.A.

100 W. Cypress Creek Rd., STE 930
Fort Lauderdale, Florida (FL) 33309
United States

Michael (Mike) Kastrenakes
MK Automotive, Inc.

## Kastrenakes, Michael (Mike)-04186

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08/09/2022 | JHS | Review draft objection to DOR's claim. Discussion with JMc. Emails with Bankruptcy counsel | 1.75 | $550.00 | $962.50 |
| 08/10/2022 | JFM | Review: Review draft of Objection to DOR claim in bankruptcy, DOR worksheets underlying the tax and communicate through emails and comments after checking | 1.75 | $550.00 | $962.50 |
| 08/10/2022 | MRP | Claim objection emails; JHS/JM conferences and info follow up; review file. | 0.50 | $385.00 | $192.50 |
| 08/11/2022 | MRP | JM conference on latest draft; review claim/file info; email BR attorneys on draft. | 0.50 | $385.00 | $192.50 |
| 08/11/2022 | JFM | Communication: phone call and emails with Matt P. | 0.50 | $550.00 | $275.00 |
| 08/11/2022 | JFM | Review: Review draft Objection language and draft email | 1.50 | $550.00 | $825.00 |
| 08/25/2022 | MRP | Review objection/proof of claim; prepare analysis; JHS/JM conference; review/notate file. | 1.00 | $385.00 | $385.00 |
| 08/26/2022 | DB | Discussion with JFM re: SOL issues, case law, & statutes | 0.50 | $385.00 | $192.50 |
| 08/26/2022 | JFM | Communication: communication with MP. | 0.25 | $550.00 | $137.50 |
| 08/26/2022 | JFM | Review: Review spread sheet of MP and DOR tax warrants and s.95.91 and Chp. 213.05 et seq. | 1.50 | $550.00 | $825.00 |
| 08/26/2022 | JFM | Communication: Discussion with DB on DOR authority to record warrants and application of the Statute of Limitations to s.213.29 | 0.50 | $550.00 | $275.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/28/2022 | JHS | Email from/to the bankruptcy attorney; review files for time barred amounts; revise objection for time barred amounts. | 0.75 | $550.00 | $412.50 |
| 08/28/2022 | JFM | Communication: Review email from Bankruptcy counsel and JSutton | 0.50 | $550.00 | $275.00 |
| 08/29/2022 | JHS | Review objection; provide feedback to bankruptcy attorney on DOR possible strategies. | 1.00 | $550.00 | $550.00 |
| 08/29/2022 | JFM | Review: review decision under Bankruptcy code on priority under for excise taxes and find and evaluate case law stating "penalty" is not entitled to priority | 1.50 | $550.00 | $825.00 |
| 08/30/2022 | JFM | Communication: email with Bankruptcy counsel and JS and MP | 0.25 | $550.00 | $137.50 |
| 08/30/2022 | JFM | Review: Review Bankruptcy code | 0.50 | $550.00 | $275.00 |
| 09/12/2022 | JFM | Review: Follow up review of Objection filed in Bankruptcy of Mike Kastrenakes | 0.75 | $550.00 | $412.50 |
| 10/07/2022 | JHS | Review DOR's response to our objection; summary notes; communication with JMc. | 0.75 | $550.00 | $412.50 |
| 10/07/2022 | JFM | Communication: emails over two days with JS. | 0.50 | $550.00 | $275.00 |
| 10/07/2022 | JFM | Draft: Review DOR Response and draft outline reply to Objection with commentary in support | 3.00 | $550.00 | $1,650.00 |
| 10/10/2022 | JFM | Preparation: Edit and update Reply to Response of DOR | 1.50 | $550.00 | $825.00 |

|  |  |
|---|---|
| **Subtotal** | **$11,275.00** |
| **Total** | **$11,275.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 16909 | 08/09/2022 | $19,126.25 | $9,000.00 | $10,126.25 |
| 18179 | 02/20/2023 | $43,986.54 | $34,986.54 | $9,000.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| 17313 | 10/15/2022 | $11,275.00 | | $0.00 | $11,275.00 |
|---|---|---|---|---|---|
| | | | **Outstanding Balance** | | **$30,401.25** |
| | | | **Total Amount Outstanding** | | **$30,401.25** |

Please make all amounts payable to: Moffa, Sutton & Donnini P.A.

**TO MAKE CREDIT CARD PAYMENTS, PLEASE USE THE FOLLOWING WEBSITE:**
https://secure.lawpay.com/pages/floridasalestax/operating

Payment is due upon receipt.



# INVOICE

Invoice # 18179
Date: 02/20/2023
Due Upon Receipt

## Moffa, Sutton & Donnini P.A.

100 W. Cypress Creek Rd., STE 930
Fort Lauderdale, Florida (FL) 33309
United States

Michael (Mike) Kastrenakes
MK Automotive, Inc.

### Kastrenakes, Michael (Mike)-04186

**Services**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 10/17/2022 | JFM | Communication: review email from Tampa law firm on status of Objection to claim and hearing on same. | 0.25 | $550.00 | $137.50 |
| 10/17/2022 | JFM | Preparation: Contact Northern District Federal court clerk to determine my status as a member of the Northern District | 0.50 | $550.00 | $275.00 |
| 10/25/2022 | JFM | Communication: Review emails from James S and Bankruptcy counsel and respond with emails after review of backup material | 1.00 | $550.00 | $550.00 |
| 10/26/2022 | JFM | Preparation: Review claim details and tax assessment worksheets for conference call | 1.25 | $550.00 | $687.50 |
| 10/26/2022 | JFM | Communication: call with James S pre conference call | 0.25 | $550.00 | $137.50 |
| 10/26/2022 | JFM | Communication: Conference call with Bankruptcy counsel | 0.50 | $550.00 | $275.00 |
| 10/26/2022 | JFM | Communication: short call and email to James S after conference call | 0.25 | $550.00 | $137.50 |
| 10/26/2022 | JHS | Phone call with BK team and JMc regarding upcoming hearing. | 0.75 | $550.00 | $412.50 |
| 11/01/2022 | JFM | Preparation: Preparing outline for US Bankruptcy court | 2.00 | $550.00 | $1,100.00 |
| 11/01/2022 | JFM | Communication: call with James S. | 0.50 | $550.00 | $275.00 |
| 11/01/2022 | JHS | Discussion with JMc regarding arguments for hearing; | 0.75 | $550.00 | $412.50 |

| | | email to BK attorney | | | |
|---|---|---|---|---|---|
| 11/02/2022 | JFM | Preparation: review Bankrupty case law on state taxes and work on outline for presentation to court next week. | 1.25 | $550.00 | $687.50 |
| 11/03/2022 | JFM | Draft: draft and edit outline of presentation to court using legal research accumulated over today and yesterday. | 1.25 | $550.00 | $687.50 |
| 11/05/2022 | JHS | Strategy call with JMc and JCM to review presentation for bankruptcy court. | 1.50 | $550.00 | $825.00 |
| 11/05/2022 | JCM | Review expert witness testimony and give feedback; review case | 1.00 | $715.00 | $715.00 |
| 11/07/2022 | JFM | Meeting: Travel to Tampa to meet with Bankruptcy counsel and James S. | 4.00 | $550.00 | $2,200.00 |
| 11/08/2022 | JHS | Prepare expert witness materials; pre-hearing discussions with JMc and JCM; attend hearing | 3.00 | $550.00 | $1,650.00 |
| 11/08/2022 | JFM | Preparation: Meeting with Joe Moffa and James S and with Ed Peterson, Bankruptcy counsel | 2.00 | $550.00 | $1,100.00 |
| 11/08/2022 | JFM | Court Hearing: Attend and participate in court hearing with US Bankruptcy Judge in court. | 1.00 | $550.00 | $550.00 |
| 11/09/2022 | JFM | Meeting: Return home from court hearing to Tallahassee | 4.00 | $550.00 | $2,200.00 |
| 11/11/2022 | JFM | Draft: Preparing Memorandum of Law for Bankruptcy Judge in advance of hearing on 18th | 1.50 | $550.00 | $825.00 |
| 11/14/2022 | JFM | Communication: emails with James S | 0.50 | $550.00 | $275.00 |
| 11/14/2022 | JFM | Draft: Draft a MOL for use in hearing on 18th | 2.25 | $550.00 | $1,237.50 |
| 11/15/2022 | JFM | Communication: emails with counsel | 0.25 | $550.00 | $137.50 |
| 11/15/2022 | JFM | Review: Review my draft MOL and making changes to it for filing. | 1.25 | $550.00 | $687.50 |
| 11/16/2022 | JFM | Communication: emails | 0.25 | $550.00 | $137.50 |
| 11/16/2022 | JFM | Preparation: Preparation for OA with US Bank judge | 1.00 | $550.00 | $550.00 |
| 11/17/2022 | JHS | conference call with JMc and JCM to discuss case and strategy. Call with BK attorney to discuss same. | 1.50 | $550.00 | $825.00 |
| 11/18/2022 | JFM | Preparation: prepare for hearing in case | 1.50 | $550.00 | $825.00 |
| 11/18/2022 | JFM | Court Hearing: atttend and present at hearing | 1.25 | $550.00 | $687.50 |
| 11/18/2022 | JFM | Communication: call with James S | 0.25 | $550.00 | $137.50 |
| 11/18/2022 | JHS | Prepare for an attend bankrupty hearing specifically on sales tax issue. | 2.00 | $550.00 | $1,100.00 |
| 11/20/2022 | JHS | Post hearing review of additional cases cited by the | 1.50 | $550.00 | $825.00 |

| | | state; Summarize strategy going forward and email same to legal team | | | |
|---|---|---|---|---|---|
| 11/21/2022 | JFM | Research: Evaluate the ability to distinguish the Scotus case Sotelo and find SCOTUS decision showing 213.29 is a penalty even under federal law | 2.25 | $550.00 | $1,237.50 |
| 11/22/2022 | JFM | Research: federal bankruptcy law on discharge and application of state law to determine "assessment" | 2.50 | $550.00 | $1,375.00 |
| 11/25/2022 | JFM | Research: Evaluation of federal Bankruptcy issue of tax vs penalty and precedent in other decisions | 2.50 | $550.00 | $1,375.00 |
| 11/28/2022 | JHS | Phone call with bankruptcy attorney with JMc and JCM. Strategizing for next hearing, reviewing case law | 1.00 | $550.00 | $550.00 |
| 11/30/2022 | JFM | Draft: Begin draft of MOL in Support of Objection to claim and criticism of DOR case law from SCOTUS | 3.00 | $550.00 | $1,650.00 |
| 12/01/2022 | JFM | Research: evaluating federal bankruptcy court decisions on other state taxes in Bankrutpcy | 1.25 | $550.00 | $687.50 |
| 12/02/2022 | JFM | Draft: editing and drafting MOL | 2.25 | $550.00 | $1,237.50 |
| 12/02/2022 | JHS | Review first draft of 2nd MOL; discussion with JMc. | 0.50 | $550.00 | $275.00 |
| 12/05/2022 | JFM | Research: review Bankruptcy case law on priority claims and decision on tax vs .penalty | 1.50 | $550.00 | $825.00 |
| 12/05/2022 | JFM | Draft: Draft MOL distinguish SCOTUS law in Sotelo case and write MOL regarding tax vs penalty | 1.00 | $550.00 | $550.00 |
| 12/06/2022 | JFM | Draft: edit MOL for use in Bankrutpcy court | 1.50 | $550.00 | $825.00 |
| 12/09/2022 | JFM | Draft: editing draft MOL to supply to Bankruptcy lawyers | 0.50 | $550.00 | $275.00 |
| 12/09/2022 | JFM | Communication: emails and communications with counsel and James S. | 0.50 | $550.00 | $275.00 |
| 12/11/2022 | JHS | Reviewing versions of 2nd reply briefs and case law; editing reply 2nd reply brief. | 4.00 | $550.00 | $2,200.00 |
| 12/12/2022 | JHS | Final review and edits of 2nd reply brief and email to BK attorneys for review and discussion. | 2.50 | $550.00 | $1,375.00 |
| 12/13/2022 | JFM | Communication: review comments of counsel in emails regarding Objection to claim # 2 of DOR and MOL in support | 0.25 | $550.00 | $137.50 |
| 12/13/2022 | JFM | Preparation: Review material for Friday (16th) hearing | 0.50 | $550.00 | $275.00 |
| 12/14/2022 | JHS | Review of changes to reply brief; email to Bankruptcy counsel. | 0.50 | $550.00 | $275.00 |
| 12/15/2022 | JFM | Preparation: Prepare for Bankruptcy court hearing by review of the Objection to claim, the DOR response to objection and the MOL and Responsive MOL | 1.25 | $550.00 | $687.50 |

| Date | | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 12/16/2022 | JFM | Preparation: Review submitted MOL and 2nd DCA ruling on Section 213.29 in prep for hearing. | 0.50 | $550.00 | $275.00 |
| 12/16/2022 | JFM | Court Hearing: Attend Bankruptcy hearing | 0.50 | $550.00 | $275.00 |
| 12/20/2022 | JFM | Preparation: review materials for phone call | 0.50 | $550.00 | $275.00 |
| 12/20/2022 | JFM | Communication: phone conference on case | 0.50 | $550.00 | $275.00 |
| 12/20/2022 | JHS | Phone call with BK attorney, JCM, & JMc. Draft summary of arguments to use to talk DOR into setlement | 1.50 | $550.00 | $825.00 |
| 12/21/2022 | JFM | Review: Review Outline by James S in prep for DOR meeting | 0.75 | $550.00 | $412.50 |
| 12/21/2022 | JFM | Communication: email thoughts to Joe and James | 0.50 | $550.00 | $275.00 |
| 01/05/2023 | JT | Discuss 95.091 with JCM. | 0.50 | $520.00 | $260.00 |
| 01/06/2023 | JT | Research on 95.091 issue. | 1.00 | $520.00 | $520.00 |
| 01/09/2023 | JFM | Review: Review DOR proposed Order to Bankruptcy Judge | 0.75 | $575.00 | $431.25 |
| | | | **Services Subtotal** | | **$43,176.25** |

### Expenses

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 12/14/2022 | Travel: J McAuley Hotel, mileage, readmission to MDistrict | 1.00 | $810.29 | $810.29 |
| | | **Expenses Subtotal** | | **$810.29** |
| | | | Subtotal | $43,986.54 |
| | | | Total | $43,986.54 |
| | | | Credit Note | -$34,986.54 |
| | | | **Balance Owing** | **$9,000.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 16909 | 08/09/2022 | $19,126.25 | $9,000.00 | $10,126.25 |

| | | | | |
|---|---|---|---|---|
| 17313 | 10/15/2022 | $11,275.00 | $0.00 | $11,275.00 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 18179 | 02/20/2023 | $43,986.54 | $34,986.54 | $9,000.00 |
| | | | **Outstanding Balance** | **$30,401.25** |
| | | | **Total Amount Outstanding** | **$30,401.25** |

Please make all amounts payable to: Moffa, Sutton & Donnini P.A.

**TO MAKE CREDIT CARD PAYMENTS, PLEASE USE THE FOLLOWING WEBSITE:**
https://secure.lawpay.com/pages/floridasalestax/operating

Payment is due upon receipt.