UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                      Chapter 11

MICHAEL KASTRENAKES,                         Case No. 8:22-bk-1210-CED

    Debtor.
_____/

### NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING

    Moffa, Sutton & Donnini, P.A., special tax counsel for the Debtor ("**Applicant**") has filed an application for compensation in the amount of **$19,464.71** for services rendered and reimbursement of expenses in the amount of **$810.29**, for a total award of **$20,275.00** (Doc. No. 267) (the "**Application**").  A copy of the Application may be viewed on the case docket, or by request to Applicant at (813) 229-0144, or amayer.ecf@srbp.com.

    If you object to the Application, you must file an objection with the Clerk of Court at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, Florida 33602 within twenty-one (21) days from the date of the proof of service below, plus an additional three days if this paper was served on any party by U.S. Mail.

    If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

                                               */s/ Amy Denton Mayer*
                                               Amy Denton Mayer (FBN 0634506)
                                               Stichter Riedel Blain & Postler, P.A.
                                               110 East Madison Street, Suite 200
                                               Tampa, Florida  33602
                                               Telephone: (813) 229-0144
                                               Email: amayer@srbp.com

2

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request a Hearing* was furnished on this 31st day of March, 2023, by either the Court's CM/ECF electronic mail system or by U.S. mail to all parties listed on the Court's matrix.

                */s/ Amy Denton Mayer*
                Amy Denton Mayer

```
Label Matrix for local noticing          (p)AUTOMOTIVE FINANCE CORPORATION      CPX Holdings, LLC
113A-8                                   11299 N ILLINOIS ST                    c/o Bush Ross, P.A.
Case 8:22-bk-01210-CED                   CARMEL IN 46032-8887                   Attn. Kathleen L. DiSanto, Esq.
Middle District of Florida                                                      PO Box 3913
Tampa                                                                           Tampa, FL 33601-3913
Fri Mar 31 08:50:06 EDT 2023

Cygram Heritage, LLLP                    Cygram Heritage, LLLP, Derivatively, on beha    Cygram Holdings, L.P.
c/o John A. Anthony, Esq.                Anthony & Partners, LLC                 c/o John A. Anthony, Esq.
Anthony & Partners, LLC, 100 South Ashle 100 S. Ashley Drive, Suite 1600         100 South Ashley Drive, Suite 1600
100 South Ashley Drive, Suite 1600       Tampa, FL 33602-5318                    Tampa, FL 33602-5318
Tampa, FL 33602-5318

First Home Bank                          Grow Financial Federal Credit Union     Trifon Houvardas
c/o Robert B. George, Esq.               Sorenson Van Leuven, PLLC               c/o John A. Anthony, Esq.
The Liles Firm, PA                       c/o J. Blair Boyd                       100 South Ashley Drive, Suite 1600
50 N Laura St., Ste 1200                 Post Office Box 3637                    Tampa, FL 33602-5318
Jacksonville, FL 32202-3670              Tallahassee, FL 32315-3637

K&M Insurance Investors, LLC             Maria Kastrenakes                       Michael Kastrenakes
c/o John A. Anthony, Esq.                c/o Bush Ross, P.A.                     1755 McCauley Rd.
Anthony & Partners, LLC, 100 South Ashle Attn. Kathleen L. DiSanto, Esq.         Clearwater, FL 33765-1510
100 South Ashley Drive, Suite 1600       PO Box 3913
Tampa, FL 33602-5318                     Tampa, FL 33601-3913

Jerry Makris, C.P.A.                     Shirley Palumbo                         Panevas, L.L.C.
Jerry Makris C.P.A., P.A.                Greenspoon Marder LLP                   Anthony & Partners, c/o John Anthony
2110 Drew Street                         City Place, 525 Okeechobee Blvd., Suite 100 S. Ashley Drive, Suite 1600
Clearwater, FL 33765-3231                West Palm Beach, FL 33401-6306          Tampa, Fl 33602-5318

Platinum Auto Finance of Tampa Bay       Thomas K. Rowe                          Murray B. Silverstein
c/o Joel Aresty, Esq.                    19 Harbour Isle W.                      401 East Jackson Street
309 1st Ave S                            #105                                    Suite 3650
Tierra Verde, Fl 33715-2231              Ft. Pierce, FL 34949-2771               Tampa, FL 33602-5252

SouthState Bank, N.A.                    James H Sutton                          Thomas Zervas And Konstantinos Papaspanos
c/o Robert C. Schermer, Esq.             Moffa, Sutton & Donnini, P.A.           c/o Nicole Mariani Noel
Greene Hamrick Schermer & Johnson PA     8875 Hidden River Parkway               P.O. Box 800
410 43rd St. W., Ste. N                  Suite 300                               Tampa, FL 33601-0800
Bradenton, FL 34209-2923                 Tampa, FL 33637-2087

Martha Thorn                             Panayiotis Vasiloudes                   Wells Fargo Bank, N.A.
The Thorn Collection                     c/o John A. Anthony, Esq.               3476 Stateview Blvd
Coldwell Banker International Real Estat Anthony & Partners, LLC, 100 South Ashle Fort Mill, SC 29715-7200
598 Indian Rocks Road                    100 South Ashley Drive, Suite 1600
Belleair Bluffs, FL 33770-2016           Tampa, FL 33602-5318

Westlake Flooring Company, LLC           William Hilgenfeldt                     Automotive Finance Corporation
c/o Liebler Gonzalez & Portuondo         Greenspoon Marder LLP                   Jennifer Smith Thomas
44 West Flagler St.                      c/o Shirley Palumbo, Esq.               Rumberger Kirk & Caldwell P.A.
Courthouse Tower - 25th FL               City Place, 525 Okeechobee Blvd.        300 South Orange Avenue, Suite 1400
Miami, FL 33130-1808                     Suite 900                               Orlando, Florida 32801-3380
                                         West Palm Beach, FL 33401

CPX Holdings, LLC                        CPX Holdings, LLC                       CallPass, LLC
1755 McCauley Rd.                        c/o Bush Ross, P.A.                     4592 Ulmerton Rd., #201
Clearwater, FL 33765-1510                Attn. Adam Lawton Alpert, Esq.          Clearwater, FL 33762-4107
                                         Post Office Box 3913
                                         Tampa, FL 33601-3913
```

| | | |
|---|---|---|
| Carlouel Yacht Club<br>1091 El Dorado Ave.<br>Clearwater Beach, FL 33767-1099 | Courtney Leasing, Inc.<br>8126 Benrus Street<br>Orlando, FL 32827-5074 | Courtney Leasing, Inc.<br>Danielle S. Kemp, Esq.<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 |
| Creditor Vasiloudes and Cygram<br>c/o NICHOLAS LAFALCE, ESQUIRE<br>100 S. Ashley Drive, Suite 1600<br>Tampa, Florida 33602-5318 | Cygram Heritage, LLLP<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Cygram Heritage, LLLP, derivatively on behal<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Holdings, L.P.<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Deanna Tsetsekas<br>300 Lepredhaun Lane<br>Dunedin, FL 34698 |
| Department of Revenue -<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Dr. Panayiotis Vasiloudes<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 | Dr. Panayiotis Vasiloudes<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Evangeline Kastrenakes<br>1780 McCauley Rd.<br>Clearwater, FL 33765-1541 | First Home Bank<br>5250 Park Blvd. N.<br>Pinellas Park, FL 33781-3417 | First Home Bank<br>ATT: Robert B. George & Ryan J. Mittauer<br>The Liles Firm, PA<br>50 N Laura St., Ste. 1200<br>Jacksonville, FL 32202-3670 |
| Florida Department of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 | George Lagos<br>1473 Sturbridge Ct.<br>Dunedin, FL 34698-2263 | Gilbert M. Singer, Esquire<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 |
| Greenspoon Marder LLP<br>C/O Shirley Palumbo, Esq.<br>City Place,525 Okeechobee Blvd, Suite 90<br>West Palm Beach, FL 33401-6306 | Grow Financial<br>P.O. Box 89909<br>Tampa, FL 33689-0415 | Grow Financial Credit Union<br>Sorenson Van Leuven, PLLC.<br>J. Blair Boyd, Esquire<br>Post Office Box 3637<br>Tallahassee, FL  32315-3637 |
| HF Financial, LLC<br>701 Spottis Woode Lane<br>Clearwater, FL 33756-5267 | Howard Howell<br>701 Spottis Woode Lane<br>Clearwater, FL 33756-5267 | Internal Revenue Service -<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Irene Pappas, Trustee of the Irene<br>Pappas Revocable Trust utd 8/23/99<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 | Jeff Hackett<br>1515 E. Lake Woodlands Pkwy.<br>Oldsmar, FL 34677-1903 | Julia Rice, Esq.<br>State Attorney's Office<br>P.O. Box 5028<br>Riverview, FL 33578 |
| K&M Insurance Investors, LLC -<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Konstantinos Papaspanos<br>c/o Gilbert M. Singer, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Maria Kastrenakes -<br>c/o Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |

| | | |
|---|---|---|
| New York Life Insurance and<br>Annuity Corp.<br>P.O. Box 139052<br>Dallas, TX 75313-9052 | New York Life Insurance and<br>Annuity Corporation<br>P.O. Box 6916<br>Cleveland, OH 44101-1916 | NextGear Capital, Inc. -<br>11799 North College Avenue<br>Carmel, IN 46032-5605 |
| NextGear Capital, Inc.<br>c/o Nicolette C. Vilmos, Esq.<br>Nelson Mullins Riley & Scarborough LLP<br>390 North Orange Avenue<br>Suite 1400<br>Orlando, FL 32801-1687 | NextGear Capital, Inc.<br>c/o Nicolette Vilmos, Esq.<br>390 N. Orange Ave., #1400<br>Orlando, FL 32801-1687 | Office of the Attorney General, State of Flo<br>Department of Legal Affairs<br>3507 E. Frontage Road, Suite 325<br>Tampa, FL 33607-1795 |
| Pagona Kokolakis<br>103 Buena Vista Dr. S.<br>Dunedin, FL 34698-3305 | Panayiotis Vasiloudes, MD, PHD<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Platinum Auto Finance of Tampa Bay, LLC<br>c/o Joel M. Aresty, P.A.<br>309 1st Ave S.<br>Tierra Verde, FL 33715-2231 |
| Shirley Palumbo, Esq.<br>Edmund O. Loos, III, Esq.<br>201 E. Pine St., Ste 500<br>Orlando FL 32801-2718 | Shirley Palumbo, Esq.<br>Greenspoon Marder LLP<br>401 E Jackson Street, Suite 3650<br>Tampa FL 33602-5252 | South State Bank<br>P.O. Box 9602<br>Nichols, FL 33863 |
| SouthState Bank<br>3711 Tampa Rd.<br>Oldsmar, FL 34677-6309 | SouthState Bank N.A. -<br>Attn: Bankruptcy<br>PO Box 1900<br>Cornelia, GA 30531-7900 | SouthState Bank, N.A. -<br>c/o Robert C. Schermer, Esq.<br>410 43rd St. W., Ste. N<br>Bradenton, FL 34209-2923 |
| SouthState Bank, NA<br>Att: Edward J Peterson III, Esq<br>Stichter Riedel Blain & Postler, PA<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Teresa M. Hair<br>Brock and Scott, PLLC<br>Attorneys at Law<br>8757 Red Oak Blvd.<br>Charlotte, NC 28217-3983 | Thomas Zervas<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 |
| Thomas Zervas<br>c/o Gilbert Singer, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Thomas Zervas and Konstantinos Papaspanos -<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 | Trifon Houvardas -<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Vasilios and Eva Gargeros<br>2132 Gulf View Blvd., Unit 14/24<br>Dunedin, FL 34698-2101 | WESTLAKE FLOORING COMPANY, LLC<br>c/o Ira Scot Silverstein, Esquire<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street- 25th Floor<br>Miami, FL 33130-1817 |
| Wells Fargo Bank, N.A. -<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis MN 55440-1629 | Wells Fargo Mortgage<br>101 N. Phillips Ave.<br>Sioux Falls, SD 57104-6714 | Wells Fargo, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 |
| Westlake Flooring Co LLC<br>c/o Liebler, Gonzales & Portuondo<br>44 West Flagler Street - 25th Floor<br>Miami, FL 33130-1808 | Westlake Flooring Co., LLC<br>8000 Wilshire Blvd.<br>Los Angeles, CA 90010 | Westlake Flooring Co., LLC<br>c/o James R. Liebler, II, Esq.<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street 25th Floor<br>Miami, FL 33130-1817 |

Traci K. Stevenson +
P O Box 86690
Madeira Beach, FL 33738-6690

Frederick F Rudzik +
State of Florida, Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

Joel M Aresty +
Joel M. Aresty, P.A.
309 1st Ave S
Tierra Verde, FL 33715-2231

Scott A. Stichter +
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602-4718

United States Trustee - TPA +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Robert Schermer I +
Greene Hamrick Perrey Quinlan & Schermer
PO Box 551
Bradenton, FL 34206-0551

Lynn Welter Sherman +
Trenam Law
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701-3578

Ira Scot Silverstein +
Liebler, Gonzalaez & Portuondo
44 West Flagler Street, 25th Floor
Miami, FL 33130-1808

Nicolette C Vilmos +
Nelson Mullins Broad and Cassel
390 North Orange Avenue, Suite 1400
Orlando, FL 32801-1687

Amy Denton Mayer +
Stichter Riedel Blain & Postler, P.A.
110 E Madison Street
Suite 200
Tampa, FL 33602-4718

Adam L Alpert +
Bush Ross P.A.
Post Office Box 3913
Tampa, FL 33601-3913

John A Anthony +
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

David J. Jurkiewicz +
Bose McKinney & Evans LLP
135 N. Pennsylvania St, #2700
Suite 2700
Indianapolis, IN 46204-4407

Robert Bruce George +
The Liles Firm, PA
50 N Laura St
Suite 1200
Jacksonville, FL 32202-3670

J Steven Wilkes +
Office of United States Trustee
501 East Polk Street
Tampa, FL 33602-3949

Lindsey A Savastano +
Greenspoon Marder LLP
Trade Centre South
100 West Cypress Creek Road
Ste 700
Fort Lauderdale, FL 33309-2195

Teresa M Hair +
Brock and Scott, PLLC
8757 Red Oak Blvd
Ste #150
Charlotte, NC 28217-3977

Danielle S Kemp +
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

State Of Florida Dept. of Revenue (LL) +
PO Box 6668
Tallahassee, FL 32314-6668

Andrew J Mongelluzzi +
Clearwater Business Law, LLC
30846 US Hwy 19 N
Palm Harbor, FL 34684-4409

John Blair Boyd +
Sorenson Van Leuven Law Firm
Post Office Box 3637
Tallahassee, FL 32315-3637

Andrew J Ghekas +
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Nicholas Lafalce +
Anthony & Partners LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

James Randolph Liebler II +
Liebler, Gonzalez & Portuondo
25th Floor Courthouse Tower
44 West Flagler Street
Miami, FL 33130-1817

(p)KATHLEEN L DISANTO TRUSTEE
BUSH ROSS P A
PO BOX 3913
TAMPA FL 33601-3913

Murray B Silverstein +
Greenspoon Marder, PA
401 E Jackson Street, Suite 1825
Tampa, FL 33602-5841

Toni Townsend +
McCalla Raymer Leibert Pierce LLC
110 SE 6th Street, Suite 2400
Fort Lauderdale, FL 33301-5056

Nathan A Wheatley +
Office of the U.S. Trustee
501 E. Polk St., Suite1200
Tampa, FL 33602-3945

Jennifer Smith Thomas +
Rumberger Kirk
300 South Orange Avenue
Orlando, FL 32801-3372

Kristian S Oldham +
Florida Department of Revenue
2450 Shumard Oak Blvd.
Tallahassee, FL 32399-7022

| | | |
|---|---|---|
| Cameryn Rebecca Lackey +<br>Anthony & Partners, LLC.<br>100 S. Ashely Drive<br>Suite 1600<br>Tampa, FL 33602-5318 | Andrew D Atkins +<br>Troutman Pepper Hamilton Sanders LLP<br>301 S. College Street<br>Ste 34th Floor<br>Charlotte, NC 28202-6000 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation<br>11299 N. Illinois St<br>Carmel, IN 46032 | U.S. Bank National Association -<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | (d)U.S. Bank, N.A.<br>P.O. Box 3427<br>Oshkosh, WI 54902 |
| (d)U.S. Bank, N.A.<br>Southeast RV/Marine<br>P.O. Box 790179<br>Saint Louis, MO 63179-0179 | Kathleen DiSanto +<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtney Leasing, Inc. | (u)Caryl E. Delano<br>Tampa | (u)Moffa, Sutton & Donnini, P.A. |
| (u)NextGear Capital, Inc. | (u)PMOF Special Situations Private Credit Fun | (u)Stichter, Riedel, Blain & Postler, P.A. |
| (u)U.S. Bank National Association | (d)CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | (d)THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 |

| | |
|---|---|
| (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients   121<br>Bypassed recipients    10<br>Total                 131 |