ORDERED.

Dated:  April 06, 2023

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                          Chapter 11

MICHAEL KASTRENAKES,                                  Case No. 8:22-bk-1210-CED

    Debtor.
_____/

**ORDER APPROVING FINAL APPLICATION OF JERRY MAKRIS
CPA, P.A. FOR ALLOWANCE AND PAYMENT OF COMPENSATION
FOR SERVICES RENDERED AS CERTIFIED PUBLIC ACCOUNTANTS**

THIS CASE came before the Court without a hearing for consideration of the *Final Application of Jerry Makris CPA, P.A. for Allowance and Payment of Compensation for Services Rendered as Certified Public Accountants* (Doc. No. 265) (the "**Application**").  In the Application, Jerry Makris CPA, P.A. ("**Makris**") requested an allowance of fees in the amount of **$750.00** for the period of September 1, 2022, through January 13, 2023 (the "**Application Period**").  The Court having considered the Application together with the record, finds that the Application should be approved.  Accordingly, it is

**ORDERED**:

1.    The Application is approved.

2. Makris is awarded compensation in the amount of **$750.00**. The Court finds, based on 11 U.S.C. § 330, the lodestar principle and each of the facts that govern the reasonableness of fees as set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1947), that $750.00 is a reasonable fee for the services rendered during the Application Period.

3. Makris' previous application for compensation, which had been approved by this Court on an interim basis, is hereby approved on a final basis.

*Attorney Amy Denton Mayer is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*