UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                          Case No.: 8:22-bk-01210-CED

Michael Kastrenakes,                                            Chapter: 7

Debtor.
_____/

**UNITED STATES TRUSTEE**
**MOTION TO EXTEND TIME TO EITHER**
**FILE A MOTION TO DISMISS AND/OR TO OBJECT TO DISCHARGE**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested n this paper you must file a response with the Clerk of Court at Sam. M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, Florida 33602 within twenty-one (21) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

Mary Ida Townson, United States Trustee for Region 21 (the "United States Trustee"), by her duly authorized Trial Attorney, moves this Honorable Court for an order extending the time periods for the United States Trustee to move to dismiss this case under 11 U.S.C. § 707(b) or to file a complaint objecting to entry of the discharge pursuant to 11 U.S.C. §727 until July 14, 2023. In support of the motion, the United States Trustee asserts as follows:

1

1. The debtor filed a voluntary petition under Chapter 11, Title 11 United States Code on March 27, 2022.

2. The case was converted to Chapter 7 on January 12, 2023

3. Traci Stevenson was appointed as Chapter 7 Trustee and is still serving in this case.

4. Post conversion, Debtor's counsel filed a motion to withdraw, which was granted on March 27, 2023 (Doc. 263).

5. The time period to move to dismiss the case under Section 707(b) or object to discharge under Section 727 will expire on or about April 17, 2023, unless extended by further order of this Honorable Court.

6. The United States Trustee is in the process of investigating the Debtor's pre- and post-petition financial activity. In furtherance of this investigation, the United States Trustee is in communication with the Debtor who has provided some documents to the United States Trustee. The Debtor has agreed to provide additional documents and information. The United States Trustee will not be able to conclude her investigation before April 17, 2023.

7. Therefore, the United States Trustee wishes to extend the time periods under 11 U.S.C. §§ 707(b) and 727 until July 14, 2023, to permit further investigation.

WHEREFORE, the United States Trustee respectfully prays that this Honorable Court enter an order granting the agreed motion to further extend and extending the time periods under 11 U.S.C. §§ 707(b) and 727 until July 14, 2023, and grant such further relief that the Court may deem appropriate.

Date: April 10, 2023              RESPECTFULLY SUBMITTED

                                  MARY IDA TOWNSON
                                  UNITED STATES TRUSTEE
                                  REGION 21

By:    /s/ Teresa M. Dorr (FL Bar # 48037)
        Trial Attorney
        U.S. Department of Justice
        Office of the U.S. Trustee, Region 21
        501 East Polk Street, Suite 1200
        Tampa, Florida 33602
        (813) 228-2000 / fax (813) 228-2303
        teresa.dorr@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 10, 2023, a true and correct copy of the foregoing motion has been furnished electronically via the CM/ECF system upon all parties requesting electronic notice, and via first-class United States mail, post-page prepared, to the following:

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33764

                                  /s/ Teresa M. Dorr
                                  Trial Attorney, United States Trustee for Region 21