UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 11

MICHAEL KASTRENAKES,                           Case No. 8:22-bk-1210-CED

    Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Approving Final Application of Jerry Makris, CPA, P.A., for Allowance and Payment of Compensation for Services Rendered as Certified Public Accountants* (Doc. No. 269) was furnished on the 7th day of April, 2023, by the Court's CM/ECF electronic mail system and on the 10th day of April, 2023, by U.S. mail to all parties listed on the Court's matrix.

    /s/ Amy Denton Mayer
    Amy Denton Mayer (FBN 0634506)
    Stichter Riedel Blain & Postler, P.A.
    110 East Madison Street, Suite 200
    Tampa, Florida 33602
    Telephone: (813) 229-0144
    Email: amayer@srbp.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:22-bk-01210-CED<br>Middle District of Florida<br>Tampa<br>Mon Apr 10 10:04:51 EDT 2023 | (p)AUTOMOTIVE FINANCE CORPORATION<br>11299 N ILLINOIS ST<br>CARMEL IN 46032-8887 | CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 |
| Cygram Heritage, LLLP<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP, Derivatively, on beha<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Holdings, L.P.<br>c/o John A. Anthony, Esq.<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| First Home Bank<br>c/o Robert B. George, Esq.<br>The Liles Firm, PA<br>50 N Laura St., Ste 1200<br>Jacksonville, FL 32202-3670 | Grow Financial Federal Credit Union<br>Sorenson Van Leuven, PLLC<br>c/o J. Blair Boyd<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Trifon Houvardas<br>c/o John A. Anthony, Esq.<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| K&M Insurance Investors, LLC<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Maria Kastrenakes<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | Michael Kastrenakes<br>1755 McCauley Rd.<br>Clearwater, FL 33765-1510 |
| Jerry Makris, C.P.A.<br>Jerry Makris C.P.A., P.A.<br>2110 Drew Street<br>Clearwater, FL 33765-3231 | Shirley Palumbo<br>Greenspoon Marder LLP<br>City Place, 525 Okeechobee Blvd., Suite<br>West Palm Beach, FL 33401-6306 | Panevas, L.L.C.<br>Anthony & Partners, c/o John Anthony<br>100 S. Ashley Drive, Suite 1600<br>Tampa, Fl 33602-5318 |
| Platinum Auto Finance of Tampa Bay<br>c/o Joel Aresty, Esq.<br>309 1st Ave S<br>Tierra Verde, Fl 33715-2231 | Thomas K. Rowe<br>19 Harbour Isle W.<br>#105<br>Ft. Pierce, FL 34949-2771 | Murray B. Silverstein<br>401 East Jackson Street<br>Suite 3650<br>Tampa, FL 33602-5252 |
| SouthState Bank, N.A.<br>c/o Robert C. Schermer, Esq.<br>Greene Hamrick Schermer & Johnson PA<br>410 43rd St. W., Ste. N<br>Bradenton, FL 34209-2923 | James H Sutton<br>Moffa, Sutton & Donnini, P.A.<br>8875 Hidden River Parkway<br>Suite 300<br>Tampa, FL 33637-2087 | Thomas Zervas And Konstantinos Papaspanos<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 |
| Martha Thorn<br>The Thorn Collection<br>Coldwell Banker International Real Estat<br>598 Indian Rocks Road<br>Belleair Bluffs, FL 33770-2016 | Panayiotis Vasiloudes<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Wells Fargo Bank, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 |
| Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler St.<br>Courthouse Tower - 25th FL<br>Miami, FL 33130-1808 | William Hilgenfeldt<br>Greenspoon Marder LLP<br>c/o Shirley Palumbo, Esq.<br>City Place, 525 Okeechobee Blvd.<br>Suite 900<br>West Palm Beach, FL 33401 | Automotive Finance Corporation<br>Jennifer Smith Thomas<br>Rumberger Kirk & Caldwell P.A.<br>300 South Orange Avenue, Suite 1400<br>Orlando, Florida 32801-3380 |
| CPX Holdings, LLC<br>1755 McCauley Rd.<br>Clearwater, FL 33765-1510 | CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Adam Lawton Alpert, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | CallPass, LLC<br>4592 Ulmerton Rd., #201<br>Clearwater, FL 33762-4107 |

| | | |
|---|---|---|
| Carlouel Yacht Club<br>1091 El Dorado Ave.<br>Clearwater Beach, FL 33767-1099 | Courtney Leasing, Inc.<br>8126 Benrus Street<br>Orlando, FL 32827-5074 | Courtney Leasing, Inc.<br>Danielle S. Kemp, Esq.<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 |
| Creditor Vasiloudes and Cygram<br>c/o NICHOLAS LAFALCE, ESQUIRE<br>100 S. Ashley Drive, Suite 1600<br>Tampa, Florida 33602-5318 | Cygram Heritage, LLLP<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Cygram Heritage, LLLP, derivatively on behal<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Holdings, L.P.<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Deanna Tsetsekas<br>300 Lepredhaun Lane<br>Dunedin, FL 34698 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Dr. Panayiotis Vasiloudes<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 | Dr. Panayiotis Vasiloudes<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Evangeline Kastrenakes<br>1780 McCauley Rd.<br>Clearwater, FL 33765-1541 | First Home Bank<br>5250 Park Blvd. N.<br>Pinellas Park, FL 33781-3417 | First Home Bank<br>ATT: Robert B. George & Ryan J. Mittauer<br>The Liles Firm, PA<br>50 N Laura St., Ste. 1200<br>Jacksonville, FL 32202-3670 |
| Florida Department of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 | George Lagos<br>1473 Sturbridge Ct.<br>Dunedin, FL 34698-2263 | Gilbert M. Singer, Esquire<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 |
| Greenspoon Marder LLP<br>C/O Shirley Palumbo, Esq.<br>City Place,525 Okeechobee Blvd, Suite 90<br>West Palm Beach, FL 33401-6306 | Grow Financial<br>P.O. Box 89909<br>Tampa, FL 33689-0415 | Grow Financial Credit Union<br>Sorenson Van Leuven, PLLC.<br>J. Blair Boyd, Esquire<br>Post Office Box 3637<br>Tallahassee, FL  32315-3637 |
| HF Financial, LLC<br>701 Spottis Woode Lane<br>Clearwater, FL 33756-5267 | Howard Howell<br>701 Spottis Woode Lane<br>Clearwater, FL 33756-5267 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Irene Pappas, Trustee of the Irene<br>Pappas Revocable Trust utd 8/23/99<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 | Jeff Hackett<br>1515 E. Lake Woodlands Pkwy.<br>Oldsmar, FL 34677-1903 | Julia Rice, Esq.<br>State Attorney's Office<br>P.O. Box 5028<br>Riverview, FL 33578 |
| K&M Insurance Investors, LLC<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Konstantinos Papaspanos<br>c/o Gilbert M. Singer, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Maria Kastrenakes<br>c/o Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |

```
New York Life Insurance and          New York Life Insurance and          NextGear Capital, Inc.
Annuity Corp.                         Annuity Corporation                  11799 North College Avenue
P.O. Box 139052                       P.O. Box 6916                        Carmel, IN 46032-5605
Dallas, TX 75313-9052                 Cleveland, OH 44101-1916


NextGear Capital, Inc.                NextGear Capital, Inc.               Office of the Attorney General, State of Flo
c/o Nicolette C. Vilmos, Esq.         c/o Nicolette Vilmos, Esq.           Department of Legal Affairs
Nelson Mullins Riley & Scarborough LLP 390 N. Orange Ave., #1400           3507 E. Frontage Road, Suite 325
390 North Orange Avenue               Orlando, FL 32801-1687               Tampa, FL 33607-1795
Suite 1400
Orlando, FL 32801-1687

Pagona Kokolakis                      Panayiotis Vasiloudes, MD, PHD       Platinum Auto Finance of Tampa Bay, LLC
103 Buena Vista Dr. S.                c/o John Anthony, Esq.               c/o Joel M. Aresty, P.A.
Dunedin, FL 34698-3305                Anthony & Partners                   309 1st Ave S.
                                      100 S. Ashley Dr., #1600             Tierra Verde, FL 33715-2231
                                      Tampa, FL 33602-5318


Shirley Palumbo, Esq.                 Shirley Palumbo, Esq.                South State Bank
Edmund O. Loos, III, Esq.             Greenspoon Marder LLP                P.O. Box 9602
201 E. Pine St., Ste 500              401 E Jackson Street, Suite 3650     Nichols, FL 33863
Orlando FL 32801-2718                 Tampa FL 33602-5252


SouthState Bank                       SouthState Bank N.A.                 SouthState Bank, N.A.
3711 Tampa Rd.                        Attn: Bankruptcy                     c/o Robert C. Schermer, Esq.
Oldsmar, FL 34677-6309                PO Box 1900                          410 43rd St. W., Ste. N
                                      Cornelia, GA 30531-7900              Bradenton, FL 34209-2923


SouthState Bank, NA                   Teresa M. Hair                       Thomas Zervas
Att: Edward J Peterson III, Esq       Brock and Scott, PLLC                2632 Velventos Dr.
Stichter Riedel Blain & Postler, PA   Attorneys at Law                     Clearwater, FL 33761-1710
110 East Madison Street, Suite 200    8757 Red Oak Blvd.
Tampa, FL 33602-4718                  Charlotte, NC 28217-3983


Thomas Zervas                         Thomas Zervas and Konstantinos Papaspanos   Trifon Houvardas
c/o Gilbert Singer, Esq.              5104 South Westshore Blvd.           c/o John Anthony, Esq.
5104 S. Westshore Blvd.               Tampa, FL 33611-5650                 Anthony & Partners
Tampa, FL 33611-5650                                                       100 S. Ashley Dr., #1600
                                                                           Tampa, FL 33602-5318


(p)US BANK                            Vasilios and Eva Gargeros            WESTLAKE FLOORING COMPANY, LLC
PO BOX 5229                           2132 Gulf View Blvd., Unit 14/24     c/o Ira Scot Silverstein, Esquire
CINCINNATI OH 45201-5229              Dunedin, FL 34698-2101               Liebler Gonzalez & Portuondo
                                                                           44 West Flagler Street- 25th Floor
                                                                           Miami, FL 33130-1817


Wells Fargo Bank, N.A.                Wells Fargo Mortgage                 Wells Fargo, N.A.
Default Document Processing           101 N. Phillips Ave.                 3476 Stateview Blvd
MAC# N9286-01Y                        Sioux Falls, SD 57104-6714           Fort Mill, SC 29715-7200
P.O. Box 1629
Minneapolis MN 55440-1629


Westlake Flooring Co LLC              Westlake Flooring Co., LLC           Westlake Flooring Co., LLC
c/o Liebler, Gonzales & Portuondo     8000 Wilshire Blvd.                  c/o James R. Liebler, II, Esq.
44 West Flagler Street - 25th Floor   Los Angeles, CA 90010                Liebler Gonzalez & Portuondo
Miami, FL 33130-1808                                                       44 West Flagler Street 25th Floor
                                                                           Miami, FL 33130-1817
```

| | | |
|---|---|---|
| Traci K. Stevenson +<br>P O Box 86690<br>Madeira Beach, FL 33738-6690 | Frederick F Rudzik +<br>State of Florida, Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Joel M Aresty +<br>Joel M. Aresty, P.A.<br>309 1st Ave S<br>Tierra Verde, FL 33715-2231 |
| Scott A. Stichter +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602-4718 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Robert Schermer I+<br>Greene Hamrick Perrey Quinlan & Schermer<br>PO Box 551<br>Bradenton, FL 34206-0551 |
| Lynn Welter Sherman +<br>Trenam Law<br>200 Central Avenue, Suite 1600<br>St. Petersburg, FL 33701-3578 | Ira Scot Silverstein +<br>Liebler, Gonzalaez & Portuondo<br>44 West Flagler Street, 25th Floor<br>Miami, FL 33130-1808 | Nicolette C Vilmos +<br>Nelson Mullins Broad and Cassel<br>390 North Orange Avenue, Suite 1400<br>Orlando, FL 32801-1687 |
| Amy Denton Mayer +<br>Stichter Riedel Blain & Postler, P.A.<br>110 E Madison Street<br>Suite 200<br>Tampa, FL 33602-4718 | Adam L Alpert +<br>Bush Ross P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | John A Anthony +<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| David J. Jurkiewicz +<br>Bose McKinney & Evans LLP<br>135 N. Pennsylvania St, #2700<br>Suite 2700<br>Indianapolis, IN 46204-4407 | Robert Bruce George +<br>The Liles Firm, PA<br>50 N Laura St<br>Suite 1200<br>Jacksonville, FL 32202-3670 | J Steven Wilkes +<br>Office of United States Trustee<br>501 East Polk Street<br>Tampa, FL 33602-3949 |
| Lindsey A Savastano +<br>Greenspoon Marder LLP<br>Trade Centre South<br>100 West Cypress Creek Road<br>Ste 700<br>Fort Lauderdale, FL 33309-2195 | Teresa M Hair +<br>Brock and Scott, PLLC<br>3825 Forrestgate Dr.<br>Winston-Salem, NC 27103-2930 | Danielle S Kemp +<br>Greenberg Traurig, P.A.<br>Bank of America Plaza<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 |
| State Of Florida Dept. of Revenue (LL) +<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Andrew J Mongelluzzi +<br>Clearwater Business Law, LLC<br>30846 US Hwy 19 N<br>Palm Harbor, FL 34684-4409 | John Blair Boyd +<br>Sorenson Van Leuven Law Firm<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 |
| Andrew J Ghekas +<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Nicholas Lafalce +<br>Anthony & Partners LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | James Randolph Liebler II+<br>Liebler, Gonzalez & Portuondo<br>25th Floor Courthouse Tower<br>44 West Flagler Street<br>Miami, FL 33130-1817 |
| (p)KATHLEEN L DISANTO TRUSTEE<br>BUSH ROSS P A<br>PO BOX 3913<br>TAMPA FL 33601-3913 | Murray B Silverstein +<br>Greenspoon Marder, PA<br>401 E Jackson Street, Suite 1825<br>Tampa, FL 33602-5841 | Toni Townsend +<br>McCalla Raymer Leibert Pierce LLC<br>110 SE 6th Street, Suite 2400<br>Fort Lauderdale, FL 33301-5056 |
| Nathan A Wheatley +<br>Office of the U.S. Trustee<br>501 E. Polk St., Suite1200<br>Tampa, FL 33602-3945 | Jennifer Smith Thomas +<br>Rumberger Kirk<br>300 South Orange Avenue<br>Orlando, FL 32801-3372 | Kristian S Oldham +<br>Florida Department of Revenue<br>2450 Shumard Oak Blvd.<br>Tallahassee, FL 32399-7022 |

| | | |
|---|---|---|
| Cameryn Rebecca Lackey +<br>Anthony & Partners, LLC.<br>100 S. Ashely Drive<br>Suite 1600<br>Tampa, FL 33602-5318 | Andrew D Atkins +<br>Troutman Pepper Hamilton Sanders LLP<br>301 S. College Street<br>Ste 34th Floor<br>Charlotte, NC 28202-6000 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corporation<br>11299 N. Illinois St<br>Carmel, IN 46032 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | (d)U.S. Bank, N.A.<br>P.O. Box 3427<br>Oshkosh, WI 54902 |
| (d)U.S. Bank, N.A.<br>Southeast RV/Marine<br>P.O. Box 790179<br>Saint Louis, MO 63179-0179 | Kathleen DiSanto +<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtney Leasing, Inc. | (u)Moffa, Sutton & Donnini, P.A. | (u)NextGear Capital, Inc. |
| (u)PMOF Special Situations Private Credit Fun | (u)Stichter, Riedel, Blain & Postler, P.A. | (u)U.S. Bank National Association |
| (d)CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | (d)THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 | End of Label Matrix<br>Mailable recipients   121<br>Bypassed recipients     8<br>Total                  129 |