UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Michael Kastrenakes,

    Debtor.
_____/

Chapter 7
Case No. 8:22-bk-01210-CED

**MOTION FOR EXTENSION OF TIME TO
FILE A COMPLAINT OBJECTING TO DISCHARGE**

Traci K. Stevenson, as Chapter 7 Trustee for the bankruptcy estate of Michael Kastrenakes ("Trustee"), files her *Motion for Extension of Time to File a Complaint Objecting to Discharge* (the "Motion"), and states as follows:

1. On March 27, 2022, the Michael Kastrenakes ("Debtor") filed a voluntary petition under Chapter 11, Subchapter V of the Bankruptcy Code. (Doc. 1.)

2. The case was converted to one under Chapter 7 on January 11, 2023 (Doc. 239) and the Trustee was appointed on January 13, 2023 (Doc. 240).

3. The Court has jurisdiction over this motion pursuant to 28 U.S.C. Section 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (E), and (O).

4. A meeting of creditors was held on February 15, 2023. The meeting of creditor was continued to April 12, 2023, and continued again to May 3, 2023 because documents requested by the Trustee and Office of the United States Trustee were not produced by the Debtor.

5. Debtor's counsel filed its motion to withdraw on March 6, 2023 (Doc. 260) and withdrawal was approved by order dated March 27, 2023 (Doc. 263) (the "Withdrawal Order"). The Withdrawal Order stays all deadlines for 30 days to allow the Debtor to retain replacement counsel. No new counsel has appeared as of the date of this Motion.

1

6.  Absent an extension, pursuant to Bankruptcy Rule 4004 and the Notice of Chapter 7 Bankruptcy Case (Doc. 4), the deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. Section 727 is April 17, 2023.

7.  Without the requested documents and without having concluded the Section 341 meeting, the Trustee is not currently in a position to evaluate whether grounds exist for objecting to the Debtor's discharge before the April 17, 2023 deadline.

5.  Bankruptcy Rule 4004(b) and 9006(b)(1) provides that a court may extend deadlines in the Bankruptcy Rules "for cause." Cause exists for extending the deadline for the Trustee to Debtor's discharge based upon withdrawal of Debtor's counsel and Debtor's failure to provide the Trustee with requested documents..

**6.**  By this motion, the Trustee seeks to extend the deadline for the Trustee to object to the Debtor's discharge pursuant to 11 U.S.C. Section 727 for a period of sixty (60) days from April 17, 2023 through June 15, 2023.

**WHEREFORE,** the Trustee respectfully requests the entry of an order: (a) extending the time for the Trustee to object to Debtor's discharge under 11 U.S.C. Section 727 from April 17, 2023 through June 15, 2023; and (b) granting such other relief as is just and equitable.

Dated: April 13, 2023

*/s/ Lynn Welter Sherman*
Lynn Welter Sherman
Florida Bar No. 0375616
TRENAM LAW
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone: 727.896.7171
Email: lsherman@trenam.com

*Counsel for the Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that, on this 13th day of April, 2023, a copy of the foregoing has been furnished by electronic service to all persons receiving notice by CM/ECF and by First Class U.S. Mail, postage prepaid, and electronic mail to the following:

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33764

                                         */s/ Lynn Welter Sherman*
                                         Lynn Welter Sherman