[Doeoddd] [District Order Granting Motion to Extend Time to Object to Discharge or Dischargeability of a Debt]

ORDERED.

Dated: April 14, 2023

*Caryl E. Delano*
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Michael Kastrenakes

_____Debtor*_____/

Case No.
8:22–bk–01210–CED
Chapter 7

### ORDER GRANTING MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE

THIS CASE came on for consideration, without hearing, of the Motion to Extend Time to Object to the Discharge filed by the trustee on April 13, 2023 (Document No. 273) (the "Motion"). After reviewing the Motion, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. The deadline for the Movant to file a Complaint to Object to the Discharge is extended until ***June 15, 2023***.

3. The Court will grant no further extensions except upon Debtor's consent or after a hearing with notice to the Debtor.

Lynn Sherman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.