**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,   Case No. 8:22-bk-1210-ced

　Debtor.   Chapter 7

_____/

**PROOF OF SERVICE**

 I HEREBY CERTIFY that on April 17, 2023, the Order Granting Motion to Extend Time to Object to the Discharge (Doc. 274), attached hereto, was served on all parties receiving CM/ECF notification via the Court's CM/ECF system, and by First Class U.S. Mail, Postage Prepaid, to the following:

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33764


Dated:  April 17, 2023

              */s/ Lynn Welter Sherman*
              Lynn Welter Sherman, Esquire
              Florida Bar No. 0375616
              TRENAM LAW
              200 Central Avenue, Suite 1600
              St. Petersburg, FL 33701
              Telephone: 727.896.7171
              Email: lsherman@trenam.com

              *Counsel to Chapter 7 Trustee*

[Doeoddd] [District Order Granting Motion to Extend Time to Object to Discharge or Dischargeability of a Debt]

ORDERED.

Dated: April 14, 2023

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No.
                                                                       8:22–bk–01210–CED
                                                                       Chapter 7

Michael Kastrenakes

_____Debtor*_____/

### ORDER GRANTING MOTION TO EXTEND TIME
### TO OBJECT TO DISCHARGE

THIS CASE came on for consideration, without hearing, of the Motion to Extend Time to Object to the Discharge filed by the trustee on April 13, 2023 (Document No. 273) (the "Motion"). After reviewing the Motion, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. The deadline for the Movant to file a Complaint to Object to the Discharge is extended until ***June 15, 2023***.

3. The Court will grant no further extensions except upon Debtor's consent or after a hearing with notice to the Debtor.

Lynn Sherman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.