ORDERED.

Dated:  April 29, 2023

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MICHAEL KASTRENAKES,   Case No.:  8:22-bk-01210-CED
                       Chapter:  7
    Debtor.
_____/

**ORDER GRANTING IN PART MOTION FOR RELIEF FROM
AUTOMATIC STAY FILED BY U.S. BANK NATIONAL ASSOCIATION**

**THIS CASE** came before the Court on April 10, 2023 upon the Motion for Relief from Automatic Stay (the "Motion") (Doc. No. 227) filed by U.S. Bank National Association (the "Secured Creditor") and Trustee's Limited Objection (Doc. No. 254), and the Court, having reviewed the Motion and the file, for reasons stated on the record, and being otherwise duly advised in the premises, it is

**ORDERED:**

1. The Motion is granted in part, deferred in part.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in the 2017 Sailfish 325 DC, VIN YSIX0040C717 (the "Collateral").

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing the parties, both Secured Creditor and Trustee, to determine location of Collateral.

4. The Motion is **Continued to May 8, 2023 at 3:00 p.m.,** Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

Attorney Toni Townsend is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.