UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MICHAEL KASTRENAKES,                                Case No.:  8:22-bk-01210-CED
                                                    Chapter:  7

      Debtor.

_____ /

## **PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Order Granting In Part Motion

For Relief From Automatic Stay (Doc. No. 281) was served on May 3, 2023 by U.S. Mail, First

Class to Traci K. Stevenson, P.O. Box 86690, Madeira Beach, FL 33738; and those parties

receiving CM/ECF service.

McCalla Raymer Leibert Pierce, LLC

By:      */s/Toni  Townsend*
_____
Toni  Townsend
Florida Bar No. 1022285
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
(312) 346-9088 X5174
Toni.Townsend@mccalla.com

Adam L Alpert     aalpert@bushross.com,
bankruptcy.eservice@bushross.com;kherrell@bushross.com
John A Anthony     janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthony
andpartners.com;ktorelli@anthonyandpartners.com
Joel M Aresty     aresty@icloud.com
Andrew D Atkins     andrew.atkins@troutman.com, debbie.currie@troutman.com
John Blair Boyd     bk@svllaw.com
David Delrahim     ddelrahim@eflegal.com, tdillon@eflegal.com;eportal_service@eflegal.com
Kathleen L DiSanto     kdisanto@bushross.com,
bnkecf@bushross.com;bankruptcy.eservice@bushross.com
Becky Ferrell-Anton     bfanton.ecf@srbp.com, srbpecf@srbp.com
Robert Bruce George     rgeorge@thelilesfirm.com,
aperry@thelilesfirm.com;rmittauer@thelilesfirm.com

Andrew J Ghekas    aghekas@anthonyandpartners.com,
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com
Teresa M Hair    teresa.hair@brockandscott.com, WBECF@brockandscott.com
David J. Jurkiewicz    djurkiewicz@boselaw.com,
dlingenfelter@boselaw.com;mwakefield@boselaw.com
Danielle S Kemp    kempd@gtlaw.com, meyerp@gtlaw.com;FLService@gtlaw.com
Cameryn Rebecca Lackey    clackey@anthonyandpartners.com,
efilings@anthonyandpartners.com;ichichou@anthonyandpartners.com
Nicholas Lafalce    nlafalce@anthonyandpartners.com,
cgay@anthonyandpartners.com;efilings@anthonyandpartners.com
James Randolph Liebler    jrlii@lgplaw.com, mkv@lgplaw.com
Amy Denton Mayer    amayer.ecf@srbp.com, srbpecf@srbp.com;aharris@srbp.com
Andrew J Mongelluzzi    courtdocs@clearwaterbusinesslaw.com
Nicole Mariani Noel    bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com
Kristian S Oldham    kristian.oldham@floridarevenue.com
Edward J. Peterson    epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com
Frederick F Rudzik    rudzikf@dor.state.fl.us, ffrudzik@aol.com
Lindsey A Savastano    Lindsey.Savastano@gmlaw.com, WGuan@flwlaw.com
Robert Schermer    rschermer@manateelegal.com
Ira Scot Silverstein    iss@lgplaw.com, lp@lgplaw.com;de@lgplaw.com
Murray B Silverstein    murray.silverstein@gmlaw.com, cristina.warder@gmlaw.com
Jennifer Smith Thomas    jthomas@rumberger.com
Traci K. Stevenson    tracikstevenson@gmail.com,
tks@trustesolutions.net;alishamariehall@gmail.com
Toni Townsend    toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com
United States Trustee - TPA    USTPRegion21.TP.ECF@USDOJ.GOV
Nicolette C Vilmos    nicolette.vilmos@nelsonmullins.com,
francis.santelices@nelsonmullins.com;grace.ault@nelsonmullins.com;allison.abbott@nelsonmullins.com
Nathan A Wheatley    nathan.a.wheatley@usdoj.gov
J Steven Wilkes    steven.wilkes@usdoj.gov