ORDERED.

Dated: May 09, 2023

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                              Case No. 8:22-bk-01210-CED
                                                                                                        Chapter 7

Michael Kastrenakes,

    Debtor.
_____/

## ORDER ABATING CONTESTED MATTERS

THIS CASE came on for hearing on May 8, 2023, on the following matters (together, the "Contested Matters"):

1. *Debtor's Objection to Claim No. 11 Filed by NextGear Capital, Inc.* (Doc. No. 127) and claimant's response thereto (Doc. No. 148);

2. *Debtor's Objection to Claim No. 2 Filed by State of Florida – Department of Revenue* (Doc. No. 136) and claimant's response thereto (Doc. No. 154);

3. *Motion to Consolidate Debtor's Objection to Claim No. 11 Filed by NextGear Capital, Inc., with Adversary Proceeding Case No. 8:22-ap-112-CED* (Doc. No. 152);

4. *NextGear Capital, Inc.'s Objection to Claim No. 14 Filed by First Home Bank* (Doc. No. 167) and claimant's response thereto (Doc. No. 207);

5. *NextGear Capital, Inc.'s Objection to Claim No. 16 Filed by Trifon Houvardas* (Doc. No. 168);

6. *NextGear Capital, Inc.'s Objection to Claim No. 17 Filed by Cygram Holdings, L.P.* (Doc. No. 169);

7. *NextGear Capital, Inc.'s Objection to Claim No. 18 Filed by Cygram Heritage, LLLP* (Doc. No. 170);

8. *NextGear Capital, Inc.'s Objection to Claim No. 19 Filed by Dr. Panayiotis Vasiloudes* (Doc. No. 171);

9. *NextGear Capital, Inc.'s Objection to Claim No. 20 Filed by Cygram Heritage, LLLP* (Doc. No. 172);

10. *NextGear Capital, Inc.'s Objection to Claim No. 15 Filed by K&M Insurance Investors, LLC* (Doc. No. 173);

11. The response filed by the claimants, the Vasiloudes Creditors, to NextGear Capital, Inc.'s Objections to Claim Nos. 15, 16, 17, 18, 19, and 20 (Doc. No. 174); and

12. *NextGear Capital, Inc.'s Amended Objection to Claim No. 13 Filed by CPX Holdings, LLC* (Doc. No. 176) and claimant's response thereto (Doc. No. 209).

For the reasons stated in open court, it is

**ORDERED** that the Contested Matters are hereby ABATED until further order of the Court.

The Clerk's office is directed to serve a copy of this Order on interested parties.