

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/08/2023 03:00 PM

COURTROOM   9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:22-bk-01210-CED | 7 | 03/27/2022 |

**Chapter 7**

**DEBTOR:**   Michael Kastrenakes

**DEBTOR ATTY:**   Amy Mayer

**TRUSTEE:**   Traci Stevenson

**HEARING:**

Status Conference on
(1) Continued Objection to Claim(s). Claim No. 11 filed by NextGear Capital, Inc.. Contains negative notice. Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #127
- Response to Debtor's Objection to Claim No. 11 Filed by David J. Jurkiewicz on behalf of Creditor NextGear Capital, Inc. (related document(s)[127]). (Jurkiewicz, David) Doc #148
*(2) Continued Motion to Consolidate Objection to Claim No. 11 in 8:22-bk-1210-CED with Complaint in Adversary Case No. 8:22-ap-112-CED Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #152
(3)   Objection to Claim(s). Claim No. 16 of Trifon Houvardas. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #168
(4)   Objection to Claim(s). Claim No. 17 of Cygram Holdings, L.P.. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #169
(5) Objection to Claim(s). Claim No. 18 of Cygram Heritage, LLLP. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #170
(6) Objection to Claim(s). Claim No. 19 of Dr. Panayiotis Vasiloudes. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #171
(7) Objection to Claim(s). Claim No. 20 of Cygram Heritage, LLLP. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #172
(8) Objection to Claim(s). Claim No. 15 of K&M Insurance Investors, LLC. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #173
- Response to NextGear Claim Objections Filed by John A Anthony on behalf of K&M Insurance Investors, LLC, Cygram Heritage, LLLP, Derivatively, on behalf of New Wave Acceptance, LLC, Cygram Holdings, L.P., Trifon Houvardas, Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[168], [170], [171], [173], [172], [169]). (Anthony, John) Doc #174
(9) Priority Status Continued Objection to Claim(s). Claim No. 2 filed by State of Florida - Department of Revenue. Contains negative notice. Filed by Edward J. Peterson III on behalf of Debtor Michael Kastrenakes (Peterson, Edward) Doc #136 (court determined that DOR had a priority claim)
(10) Continued Motion for Protective Order and Omnibus Objection to NextGear Discovery Filed by John A Anthony on behalf of Panevas, L.L.C., Cygram Heritage, LLLP, Cygram Holdings, L.P., Trifon Houvardas, K&M Insurance

Investors, LLC, Panayiotis Vasiloudes (Attachments: # [1] Exhibit Composite Exhibit A - NextGear Discovery) (Anthony, John) Doc #194

- Response to Vasiloudes Creditors' Omnibus Objection to NextGear Discovery and Motion for Protective Order Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[194]). (Attachments: # [1] Exhibit A) (Vilmos, Nicolette) Doc #206

(11) Objection to Claim(s). Claim No. 14 of First Home Bank. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #167

- Response to Creditor NextGear Capital, Inc.'s Objection to Claim No. 14 Filed by Robert Bruce George on behalf of Creditor First Home Bank (related document(s)[167]). (George, Robert) Doc #207

(12) Amended Objection to Claim(s). Claim No. 13 of CPX Holdings, LLC. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[166]). (Vilmos, Nicolette) Doc #176

- Opposition Response to NextGear Capital, Inc.'s Amended Objection to Claim No. 13 filed by CPX Holdings, LLC Filed by Kathleen L DiSanto on behalf of Creditor CPX Holdings, LLC (related document(s)[176]). (DiSanto, Kathleen) Doc #209

*(13) Continued Motion for Relief from Stay. (Fee Paid.) Re: 2017 SAILFISH 325 DC, VIN YSIX0040C717. Filed by Toni Townsend on behalf of Creditor U.S. Bank National Association (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C) (Townsend, Toni) Doc #227

- Limited Objection to U.S. Bank National Association's Motion for Relief from Automatic Stay Filed by Lynn Welter Sherman on behalf of Trustee Traci K. Stevenson (related document(s)[227]). (Sherman, Lynn) Doc #254

**APPEARANCES:**: Lynn Welter Sherman, Kathleen DiSanto, MichaelKatrenakes, John Anthony, Nicolas Lafalce, Andrew Ghekas, Murray Silverstein, David Jurkiewicz, Kathryn Copeland, Ryan Mittauer, Nicole Noel, Aaron Brownell, Toni Townsend, Jennifer Thomas, Sean Wagner,

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Status Conference on     All Objections to Claims are abated pending further order of court O/Chambers

(1) Continued Objection to Claim(s). Claim No. 11 filed by NextGear Capital, Inc.. Contains negative notice. Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #127

- Response to Debtor's Objection to Claim No. 11 Filed by David J. Jurkiewicz on behalf of Creditor NextGear Capital, Inc. (related document(s)[127]). (Jurkiewicz, David) Doc #148

*(2) Continued Motion to Consolidate Objection to Claim No. 11 in 8:22-bk-1210-CED with Complaint in Adversary Case No. 8:22-ap-112-CED Filed by Amy Denton Mayer on behalf of Debtor Michael Kastrenakes (Mayer, Amy) Doc #152

(3)   Objection to Claim(s). Claim No. 16 of Trifon Houvardas. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #168

(4)   Objection to Claim(s). Claim No. 17 of Cygram Holdings, L.P.. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #169

(5) Objection to Claim(s). Claim No. 18 of Cygram Heritage, LLLP. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #170

(6) Objection to Claim(s). Claim No. 19 of Dr. Panayiotis Vasiloudes. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #171

(7) Objection to Claim(s). Claim No. 20 of Cygram Heritage, LLLP. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #172

(8) Objection to Claim(s). Claim No. 15 of K&M Insurance Investors, LLC. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #173

- Response to NextGear Claim Objections Filed by John A Anthony on behalf of K&M Insurance Investors, LLC, Cygram Heritage, LLLP, Derivatively, on behalf of New Wave Acceptance, LLC, Cygram Holdings, L.P., Trifon Houvardas, Cygram Heritage, LLLP, Panayiotis Vasiloudes (related document(s)[168], [170], [171], [173], [172], [169]). (Anthony, John) Doc #174

(9) Priority Status Continued Objection to Claim(s). Claim No. 2 filed by State of Florida - Department of Revenue. Contains negative notice. Filed by Edward J. Peterson III on behalf of Debtor Michael Kastrenakes (Peterson, Edward) Doc #136 (court determined that DOR had a priority claim)

(10) Continued Motion for Protective Order and Omnibus Objection to NextGear Discovery Filed by John A Anthony on behalf of Panevas, L.L.C., Cygram Heritage, LLLP, Cygram Holdings, L.P., Trifon Houvardas, K&M Insurance Investors, LLC, Panayiotis Vasiloudes (Attachments: # [1] Exhibit Composite Exhibit A - NextGear Discovery) (Anthony, John) Doc #194

- Response to Vasiloudes Creditors' Omnibus Objection to NextGear Discovery and Motion for Protective Order Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[194]). (Attachments: # [1] Exhibit A) (Vilmos, Nicolette) Doc #206

(11) Objection to Claim(s). Claim No. 14 of First Home Bank. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (Vilmos, Nicolette) Doc #167

- Response to Creditor NextGear Capital, Inc.'s Objection to Claim No. 14 Filed by Robert Bruce George on behalf of Creditor First Home Bank (related document(s)[167]). (George, Robert) Doc #207

(12) Amended Objection to Claim(s). Claim No. 13 of CPX Holdings, LLC. Contains negative notice. Filed by Nicolette C Vilmos on behalf of Creditor NextGear Capital, Inc. (related document(s)[166]). (Vilmos, Nicolette) Doc #176

- Opposition Response to NextGear Capital, Inc.'s Amended Objection to Claim No. 13 filed by CPX Holdings, LLC Filed by Kathleen L DiSanto on behalf of Creditor CPX Holdings, LLC (related document(s)[176]). (DiSanto, Kathleen) Doc #209

*(13) Continued Motion for Relief from Stay. (Fee Paid.) Re: 2017 SAILFISH 325 DC, VIN YSIX0040C717. Filed by Toni Townsend on behalf of Creditor U.S. Bank National Association (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C) (Townsend, Toni) Doc #227

- Limited Objection to U.S. Bank National Association's Motion for Relief from Automatic Stay Filed by Lynn Welter Sherman on behalf of Trustee Traci K. Stevenson (related document(s)[227]). (Sherman, Lynn) Doc #254

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.