ORDERED.

Dated:  May 09, 2023

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MICHAEL KASTRENAKES,                                                   Case No.:  8:22-bk-01210-CED
                                                                                              Chapter:  7
      Debtor.
_____/

### ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY U.S. BANK NATIONAL ASSOCIATION

**THIS CASE** came before the Court on May 08, 2023, upon the Motion for Relief from Automatic Stay (the "Motion") (Doc. No. 227) filed by U.S. Bank National Association (the "Secured Creditor") and the Court, having reviewed the Motion and the file, for reasons stated on the record, and being otherwise duly advised in the premises, it is

**ORDERED:**

1.    The Motion is granted in part, denied in part.

2.    The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in the 2017 Sailfish 325 DC, VIN YSIX0040C717 (the "Collateral").

  3. The Order Granting Relief from Stay is entered for the *sole* purpose of allowing the parties, both Secured Creditor and Trustee, to determine location of Collateral.

  4. Any further relief requested in the Motion is denied without prejudice. In the event the Parties locate the subject property, Secured Creditor may again move the Court for relief, to exercise its state court rights.

Attorney Toni Townsend is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.