UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MICHAEL KASTRENAKES,   Case No.: 8:22-bk-01210-CED
                       Chapter: 7
    Debtor.

_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Order Granting In Part Motion For Relief From Automatic Stay (Doc. No. 286) was served on May 10, 2023 by U.S. Mail, First Class to Traci K. Stevenson, P.O. Box 86690, Madeira Beach, FL 33738; and those parties receiving CM/ECF service.

                        McCalla Raymer Leibert Pierce, LLC

By:      */s/Toni Townsend*
          Toni Townsend
          Florida Bar No. 1022285
          110 S.E. 6th Street, Suite 2400
          Ft. Lauderdale, FL 33301
          (312) 346-9088 X5174
          Toni.Townsend@mccalla.com

Adam L Alpert    aalpert@bushross.com, bankruptcy.eservice@bushross.com;kherrell@bushross.com
John A Anthony    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;adzouenko@anthonyandpartners.com;euzonwanne@anthonyandpartners.com;ktorelli@anthonyandpartners.com
Joel M Aresty    aresty@icloud.com
Andrew D Atkins    andrew.atkins@troutman.com, debbie.currie@troutman.com
John Blair Boyd    bk@svllaw.com
David Delrahim    ddelrahim@eflegal.com, tdillon@eflegal.com;eportal_service@eflegal.com
Kathleen L DiSanto    kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com
Becky Ferrell-Anton    bfanton.ecf@srbp.com, srbpecf@srbp.com
Robert Bruce George    rgeorge@thelilesfirm.com, aperry@thelilesfirm.com;rmittauer@thelilesfirm.com

Andrew J Ghekas    aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com
Teresa M Hair    teresa.hair@brockandscott.com, WBECF@brockandscott.com
David J. Jurkiewicz    djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Danielle S Kemp    kempd@gtlaw.com, meyerp@gtlaw.com;FLService@gtlaw.com
Cameryn Rebecca Lackey    clackey@anthonyandpartners.com, efilings@anthonyandpartners.com;ichichou@anthonyandpartners.com
Nicholas Lafalce    nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com
James Randolph Liebler    jrlii@lgplaw.com, mkv@lgplaw.com
Amy Denton Mayer    amayer.ecf@srbp.com, srbpecf@srbp.com;aharris@srbp.com
Andrew J Mongelluzzi    courtdocs@clearwaterbusinesslaw.com
Nicole Mariani Noel    bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com
Kristian S Oldham    kristian.oldham@floridarevenue.com
Edward J. Peterson    epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com
Frederick F Rudzik    rudzikf@dor.state.fl.us, ffrudzik@aol.com
Lindsey A Savastano    Lindsey.Savastano@gmlaw.com, WGuan@flwlaw.com
Robert Schermer    rschermer@manateelegal.com
Ira Scot Silverstein    iss@lgplaw.com, lp@lgplaw.com;de@lgplaw.com
Murray B Silverstein    murray.silverstein@gmlaw.com, cristina.warder@gmlaw.com
Jennifer Smith Thomas    jthomas@rumberger.com
Traci K. Stevenson    tracikstevenson@gmail.com, tks@trustesolutions.net;alishamariehall@gmail.com
Toni Townsend    toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com
United States Trustee - TPA    USTPRegion21.TP.ECF@USDOJ.GOV
Nicolette C Vilmos    nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;grace.ault@nelsonmullins.com;allison.abbott@nelsonmullins.com
Nathan A Wheatley    nathan.a.wheatley@usdoj.gov
J Steven Wilkes    steven.wilkes@usdoj.gov