UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                Chapter 11

MICHAEL KASTRENAKES,                                 Case No. 8:22-bk-1210-CED

　　　　Debtor.
_____/

**REQUEST FOR REMOVAL FROM SERVICE LIST
AND REQUEST TO STOP ELECTRONIC NOTICES**

The undersigned counsel withdraws her request for notice in this matter on behalf of the Debtor, Michael Kastrenakes, and requests that the Clerk of this Court and all parties remove the undersigned counsel from all service lists, including, but not limited to, the service list contained with the Court's CM/ECF system.

Dated: May 11, 2023.

　　　　　　　　　　　　　　　　　　　　*/s/ Amy Denton Mayer*
　　　　　　　　　　　　　　　　　　　　Amy Denton Mayer
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0634506
　　　　　　　　　　　　　　　　　　　　Stichter, Riedel, Blain & Postler, P.A.
　　　　　　　　　　　　　　　　　　　　110 East Madison Street, Suite 200
　　　　　　　　　　　　　　　　　　　　Tampa, Florida  33602
　　　　　　　　　　　　　　　　　　　　Telephone: (813) 229-0144
　　　　　　　　　　　　　　　　　　　　Email: amayer@srbp.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Request for Removal from Service List and Request to Stop Electronic Notices* was furnished on the 11th day of May, 2023, by the Court's CM/ECF electronic mail system to the Office of the U.S. Trustee and all other recipients registered to receive CM/ECF electronic noticing.

　　　　　　　　　　　　　　　　　　　　*/s/ Amy Denton Mayer*
　　　　　　　　　　　　　　　　　　　　Amy Denton Mayer