United States Bankruptcy Court
Middle District of Florida

In re:  
Michael Kastrenakes  
    Debtor

Case No. 22-01210-CED  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 7 |
| Date Rcvd: May 09, 2023 | Form ID: pdfdoc | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Kastrenakes, 1755 McCauley Rd., Clearwater, FL 33765-1510 |
| cr | | CPX Holdings, LLC, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| cr | + | Cygram Heritage, LLLP, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | Cygram Heritage, LLLP, Derivatively, on behalf of, Anthony & Partners, LLC, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | Cygram Holdings, L.P., c/o John A. Anthony, Esq., 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | First Home Bank, c/o Robert B. George, Esq., The Liles Firm, PA, 50 N Laura St., Ste 1200, Jacksonville, FL 32202-3670 |
| cr | | Grow Financial Federal Credit Union, Sorenson Van Leuven, PLLC, c/o J. Blair Boyd, Post Office Box 3637, Tallahassee, FL 32315-3637 |
| sp | + | James H Sutton, Moffa, Sutton & Donnini, P.A., 8875 Hidden River Parkway, Suite 300, Tampa, FL 33637-2087 |
| acc | + | Jerry Makris, C.P.A., Jerry Makris C.P.A., P.A., 2110 Drew Street, Clearwater, FL 33765-3231 |
| cr | + | K&M Insurance Investors, LLC, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| intp | | Maria Kastrenakes, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| br | + | Martha Thorn, The Thorn Collection, Coldwell Banker International Real Estat, 598 Indian Rocks Road, Belleair Bluffs, FL 33770-2016 |
| intp | + | Murray B. Silverstein, 401 East Jackson Street, Suite 3650, Tampa, FL 33602, UNITED STATES 33602-5252 |
| cr | + | Panayiotis Vasiloudes, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | Panevas, L.L.C., Anthony & Partners, c/o John Anthony, 100 S. Ashley Drive, Suite 1600, Tampa, Fl 33602-5318 |
| intp | + | Platinum Auto Finance of Tampa Bay, c/o Joel Aresty, Esq., 309 1st Ave S, Tierra Verde, Fl 33715, US 33715-2231 |
| intp | + | Shirley Palumbo, Greenspoon Marder LLP, City Place, 525 Okeechobee Blvd., Suite, West Palm Beach, FL 33401-6306 |
| cr | + | SouthState Bank, N.A., c/o Robert C. Schermer, Esq., Greene Hamrick Schermer & Johnson PA, 410 43rd St. W., Ste. N, Bradenton, FL 34209 UNITED STATES 34209-2923 |
| intp | + | Thomas K. Rowe, 19 Harbour Isle W., #105, Ft. Pierce, FL 34949-2771 |
| cr | + | Thomas Zervas And Konstantinos Papaspanos, c/o Nicole Mariani Noel, P.O. Box 800, Tampa, FL 33601-0800 |
| cr | + | Trifon Houvardas, c/o John A. Anthony, Esq., 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | Westlake Flooring Company, LLC, c/o Liebler Gonzalez & Portuondo, 44 West Flagler St., Courthouse Tower - 25th FL, Miami, FL 33130-1808 |
| cr | | William Hilgenfeldt, Greenspoon Marder LLP, c/o Shirley Palumbo, Esq., City Place, 525 Okeechobee Blvd., Suite 900 West Palm Beach, FL 33401 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | | Email/Text: bankruptcy@autofinance.com | May 09 2023 21:41:00 | Automotive Finance Corporation, 11299 N. Illinois St, Carmel, IN 46032 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 09 2023 21:40:37 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Stichter, Riedel, Blain & Postler, P.A. |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 2 of 7 |
| Date Rcvd: May 09, 2023 | Form ID: pdfdoc | Total Noticed: 25 |

| | |
|---|---|
| cr | Courtney Leasing, Inc. |
| sp | Moffa, Sutton & Donnini, P.A. |
| cr | NextGear Capital, Inc. |
| op | PMOF Special Situations Private Credit Fund LLC |
| cr | U.S. Bank National Association |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L Alpert | on behalf of Interested Party Maria Kastrenakes aalpert@bushross.com bankruptcy.eservice@bushross.com |
| Adam L Alpert | on behalf of Creditor CPX Holdings LLC aalpert@bushross.com, bankruptcy.eservice@bushross.com |
| Amy Denton Mayer | on behalf of Spec. Counsel Moffa Sutton & Donnini, P.A. amayer.ecf@srbp.com, srbpecf@srbp.com;amayer@srbp.com |
| Amy Denton Mayer | on behalf of Accountant Jerry Makris C.P.A. amayer.ecf@srbp.com, srbpecf@srbp.com;amayer@srbp.com |
| Amy Denton Mayer | on behalf of Plaintiff Michael Kastrenakes amayer.ecf@srbp.com srbpecf@srbp.com;amayer@srbp.com |
| Amy Denton Mayer | on behalf of Attorney Stichter Riedel, Blain & Postler, P.A. amayer.ecf@srbp.com, srbpecf@srbp.com;amayer@srbp.com |
| Amy Denton Mayer | on behalf of Defendant Michael Kastrenakes amayer.ecf@srbp.com srbpecf@srbp.com;amayer@srbp.com |
| Amy Denton Mayer | on behalf of Debtor Michael Kastrenakes amayer.ecf@srbp.com srbpecf@srbp.com;amayer@srbp.com |
| Andrew D Atkins | on behalf of Other Prof. PMOF Special Situations Private Credit Fund LLC andrew.atkins@troutman.com debbie.currie@troutman.com |
| Andrew J Ghekas | on behalf of Plaintiff Panevas L.L.C. aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Creditor Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |

Case 8:22-bk-01210-CED    Doc 291    Filed 05/11/23    Page 3 of 9

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 3 of 7 |
| Date Rcvd: May 09, 2023 | Form ID: pdfdoc | Total Noticed: 25 |

| | |
|---|---|
| | on behalf of Plaintiff Cygram Holdings L.P. aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Plaintiff K&M Insurance Investors LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Plaintiff Cygram Holdings LP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Defendant Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Plaintiff Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Plaintiff Trifon Houvardas aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Defendant Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Creditor Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Mongelluzzi | |
| | on behalf of Interested Party Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com |
| Andrew J Mongelluzzi | |
| | on behalf of Defendant Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com |
| Becky Ferrell-Anton | |
| | on behalf of Debtor Michael Kastrenakes bfanton.ecf@srbp.com srbpecf@srbp.com |
| Cameryn Rebecca Lackey | |
| | on behalf of Creditor Cygram Holdings L.P. clackey@anthonyandpartners.com, efilings@anthonyandpartners.com |
| Cameryn Rebecca Lackey | |
| | on behalf of Creditor Cygram Heritage LLLP clackey@anthonyandpartners.com, efilings@anthonyandpartners.com |
| Cameryn Rebecca Lackey | |
| | on behalf of Creditor Panayiotis Vasiloudes clackey@anthonyandpartners.com efilings@anthonyandpartners.com |
| Cameryn Rebecca Lackey | |
| | on behalf of Creditor Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC clackey@anthonyandpartners.com, efilings@anthonyandpartners.com |
| Danielle S Kemp | |
| | on behalf of Creditor Courtney Leasing Inc. kempd@gtlaw.com, tpalitdock@gtlaw.com;shannon.simpson@gtlaw.com |
| David Delrahim | |
| | on behalf of Defendant Platinum Auto Finance of Tampa Bay LLC ddelrahim@eflegal.com, kfleming@eflegal.com;eportal_service@eflegal.com |
| David J. Jurkiewicz | |
| | on behalf of Creditor NextGear Capital Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com |
| David J. Jurkiewicz | |
| | on behalf of Plaintiff NextGear Capital Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com |
| David J. Jurkiewicz | |
| | on behalf of Defendant NextGear Capital Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com |
| Frederick F Rudzik | |
| | on behalf of Creditor State Of Florida Dept. of Revenue (LL) rudzikf@dor.state.fl.us ffrudzik@aol.com |
| Ira Scot Silverstein | |
| | on behalf of Creditor Westlake Flooring Company LLC iss@lgplaw.com, lp@lgplaw.com;de@lgplaw.com |
| J Steven Wilkes | |
| | on behalf of U.S. Trustee United States Trustee - TPA steven.wilkes@usdoj.gov |
| James Randolph Liebler, II | |
| | on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| Jennifer Smith Thomas | |

District/off: 113A-8                    User: admin                               Page 4 of 7
Date Rcvd: May 09, 2023                 Form ID: pdfdoc                           Total Noticed: 25

on behalf of Interested Party Automotive Finance Corporation jthomas@rumberger.com

Joel M Aresty

on behalf of Interested Party Platinum Auto Finance of Tampa Bay aresty@icloud.com

John A Anthony

on behalf of Defendant Cygram Heritage  LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Heritage  LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Panevas  L.L.C. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Panevas  L.L.C. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Holdings  L.P. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Trifon Houvardas janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Cygram Heritage  LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Defendant Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Trifon Houvardas janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor K&M Insurance Investors  LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Holdings  LP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Dr. Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Cygram Holdings  L.P. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff K&M Insurance Investors  LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John Blair Boyd

on behalf of Creditor Grow Financial Federal Credit Union bk@svllaw.com

Kathleen DiSanto

on behalf of Defendant Maria Kastrenakes  as an individual kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Defendant Maria Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Defendant Evangeline Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Interested Party CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Defendant Pagona Kokolakis kdisanto@bushross.com  bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Defendant CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Creditor CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Interested Party Maria Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Defendant Maria Kokolakis Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kristian S Oldham
on behalf of Creditor State Of Florida Dept. of Revenue (LL) kristian.oldham@floridarevenue.com

Lindsey A Savastano
on behalf of Defendant William Hilgenfeldt Lindsey.Savastano@gmlaw.com  michelle.torres@gmlaw.com

Lindsey A Savastano
on behalf of Creditor William Hilgenfeldt Lindsey.Savastano@gmlaw.com  michelle.torres@gmlaw.com

Lindsey A Savastano
on behalf of Interested Party Shirley Palumbo Lindsey.Savastano@gmlaw.com  michelle.torres@gmlaw.com

Lindsey A Savastano
on behalf of Defendant Wlliam Hilgenfeldt Lindsey.Savastano@gmlaw.com  michelle.torres@gmlaw.com

Lynn Welter Sherman
on behalf of Original Trustee Traci Stevenson lsherman@trenam.com  tyatsco@trenam.com;jstraw@trenam.com

Lynn Welter Sherman
on behalf of Trustee Traci K. Stevenson lsherman@trenam.com  tyatsco@trenam.com;jstraw@trenam.com

Murray B Silverstein
on behalf of Interested Party Murray B. Silverstein murray.silverstein@gmlaw.com  cristina.warder@gmlaw.com

Murray B Silverstein
on behalf of Defendant Wlliam Hilgenfeldt murray.silverstein@gmlaw.com  cristina.warder@gmlaw.com

Nathan A Wheatley
on behalf of U.S. Trustee United States Trustee - TPA nathan.a.wheatley@usdoj.gov

Nicholas Lafalce
on behalf of Plaintiff Cygram Holdings  LP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Defendant Cygram Heritage  LLLP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Creditor Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Plaintiff Cygram Heritage  LLLP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Plaintiff Panevas  L.L.C. nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Plaintiff Dr. Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce

Case 8:22-bk-01210-CED   Doc 291   Filed 05/11/23   Page 6 of 9

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 6 of 7 |
| Date Rcvd: May 09, 2023 | Form ID: pdfdoc | Total Noticed: 25 |

| | |
|---|---|
| | on behalf of Plaintiff Trifon Houvardas nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Plaintiff K&M Insurance Investors LLC nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Creditor Cygram Heritage LLLP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Plaintiff Cygram Holdings L.P. nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Plaintiff Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Defendant Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Plaintiff Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicole Mariani Noel | |
| | on behalf of Plaintiff Thomas Zervas bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com |
| Nicole Mariani Noel | |
| | on behalf of Plaintiff Kostantinos Papaspanos bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com |
| Nicolette C Vilmos | |
| | on behalf of Plaintiff NextGear Capital Inc. nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;grace.ault@nelsonmullins.com;allison.abbott@nelsonmullins.com |
| Nicolette C Vilmos | |
| | on behalf of Creditor NextGear Capital Inc. nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;grace.ault@nelsonmullins.com;allison.abbott@nelsonmullins.com |
| Nicolette C Vilmos | |
| | on behalf of Defendant NextGear Capital Inc. nicolette.vilmos@nelsonmullins.com, francis.santelices@nelsonmullins.com;grace.ault@nelsonmullins.com;allison.abbott@nelsonmullins.com |
| Robert Schermer, I | |
| | on behalf of Creditor SouthState Bank N.A. rschermer@manateelegal.com |
| Robert Bruce George | |
| | on behalf of Creditor First Home Bank rgeorge@thelilesfirm.com aperry@thelilesfirm.com;rmittauer@thelilesfirm.com |
| Scott A. Stichter | |
| | on behalf of Plaintiff Michael Kastrenakes sstichter.ecf@srbp.com srbpecf@srbp.com |
| Scott A. Stichter | |
| | on behalf of Attorney Stichter Riedel, Blain & Postler, P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com |
| Scott A. Stichter | |
| | on behalf of Accountant Jerry Makris C.P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com |
| Scott A. Stichter | |
| | on behalf of Debtor Michael Kastrenakes sstichter.ecf@srbp.com srbpecf@srbp.com |
| Scott A. Stichter | |
| | on behalf of Spec. Counsel Moffa Sutton & Donnini, P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com |
| Scott A. Stichter | |
| | on behalf of Defendant Michael Kastrenakes sstichter.ecf@srbp.com srbpecf@srbp.com |
| Teresa M Hair | |
| | on behalf of Creditor Wells Fargo Bank N.A. teresa.hair@brockandscott.com, WBECF@brockandscott.com |
| Teresa Marie Dorr | |
| | on behalf of U.S. Trustee United States Trustee - TPA teresa.dorr@usdoj.gov |
| Toni Townsend | |
| | on behalf of Creditor U.S. Bank National Association toni.townsend@mccalla.com mccallaecf@ecf.courtdrive.com |
| Traci K. Stevenson | |
| | tracikstevenson@gmail.com tks@trustesolutions.net;alishamariehall@gmail.com |
| United States Trustee - TPA | |
| | USTPRegion21.TP.ECF@USDOJ.GOV |

District/off: 113A-8  User: admin  Page 7 of 7
Date Rcvd: May 09, 2023  Form ID: pdfdoc  Total Noticed: 25
TOTAL: 108

ORDERED.

Dated:  May 09, 2023

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:	Case No. 8:22-bk-01210-CED
	Chapter 7

Michael Kastrenakes,

    Debtor.
_____/

**ORDER ABATING CONTESTED MATTERS**

THIS CASE came on for hearing on May 8, 2023, on the following matters (together, the "Contested Matters"):

1. *Debtor's Objection to Claim No. 11 Filed by NextGear Capital, Inc.* (Doc. No. 127) and claimant's response thereto (Doc. No. 148);

2. *Debtor's Objection to Claim No. 2 Filed by State of Florida – Department of Revenue* (Doc. No. 136) and claimant's response thereto (Doc. No. 154);

3. *Motion to Consolidate Debtor's Objection to Claim No. 11 Filed by NextGear Capital, Inc., with Adversary Proceeding Case No. 8:22-ap-112-CED* (Doc. No. 152);

4. *NextGear Capital, Inc.'s Objection to Claim No. 14 Filed by First Home Bank* (Doc. No. 167) and claimant's response thereto (Doc. No. 207);

5. *NextGear Capital, Inc.'s Objection to Claim No. 16 Filed by Trifon Houvardas* (Doc. No. 168);

6. *NextGear Capital, Inc.'s Objection to Claim No. 17 Filed by Cygram Holdings, L.P.* (Doc. No. 169);

7. *NextGear Capital, Inc.'s Objection to Claim No. 18 Filed by Cygram Heritage, LLLP* (Doc. No. 170);

8. *NextGear Capital, Inc.'s Objection to Claim No. 19 Filed by Dr. Panayiotis Vasiloudes* (Doc. No. 171);

9. *NextGear Capital, Inc.'s Objection to Claim No. 20 Filed by Cygram Heritage, LLLP* (Doc. No. 172);

10. *NextGear Capital, Inc.'s Objection to Claim No. 15 Filed by K&M Insurance Investors, LLC* (Doc. No. 173);

11. The response filed by the claimants, the Vasiloudes Creditors, to NextGear Capital, Inc.'s Objections to Claim Nos. 15, 16, 17, 18, 19, and 20 (Doc. No. 174); and

12. *NextGear Capital, Inc.'s Amended Objection to Claim No. 13 Filed by CPX Holdings, LLC* (Doc. No. 176) and claimant's response thereto (Doc. No. 209).

For the reasons stated in open court, it is

**ORDERED** that the Contested Matters are hereby ABATED until further order of the Court.

The Clerk's office is directed to serve a copy of this Order on interested parties.