UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

MICHAEL KASTRENAKES .  CASE NO.: 8:22-bk-1210-CED
CHAPTER 11

    Debtor.
_____

**NOTICE OF APPEARANCE OF COUNSEL FOR CREDITOR
SOUTH STATE BANK, N.A., AND
REQUEST FOR NOTICES PURSUANT TO RULE 2002, F.R.B.C.**

Grey Squires-Binford, Esquire hereby gives notice of her appearance as additional counsel in this case on behalf of Creditor, SOUTH STATE BANK, N.A. and further requests that all Notices pursuant to *Rule 2002, Federal Rule of Bankruptcy Procedure*, are sent to her attention at the following address:

**Grey Squires-Binford**
Attorney for Creditor, SOUTH STATE BANK, N.A.
KILLGORE, PEARLMAN, SEMANIE & SQUIRES, P.A.
Post Office Box 1913
Orlando, Florida 32802-1913

I certify that the foregoing was electronically filed on May 23, 2023, using the CM/ECF system which will automatically provide notice to Counsel for Petitioner, Edward J. Peterson III, 110 E Madison St., Suite 200, Tampa, FL 33602; Trustee Ruediger Mueller, 1112 Watson Court, Reunion, Florida, 34747, all other parties entitled to receive CM/ECF noticing; and the U.S. Trustee's Office, 801 N. Florida Avenue, Tampa, FL 32602.

Respectfully Submitted,

*/s/ Grey Squires-Binford*
Florida Bar No: 0749151
Killgore, Pearlman,
Semanie & Squires, P.A.
800 N. Magnolia Avenue, Suite 1500
Post Office Box 1913
Orlando, Florida 32802-1913
Telephone: (407) 425-1020
Facsimile: (407) 839-3635
Attorneys for SouthState Bank, N.A.
gsquires@kpsds.com