**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

Michael Kastrenakes,

    Debtor.
_____/

Chapter 7
Case No. 8:22-bk-01210-CED

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**AN OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

Traci K. Stevenson, as Chapter 7 Trustee for the bankruptcy estate of Michael Kastrenakes ("Trustee"), files her Unopposed Motion for Extension of Time to File an Objection to Debtor's Claim of Exemptions (the "Motion"), and states as follows:

1. On March 27, 2022, the Michael Kastrenakes ("Debtor") filed a voluntary petition under Chapter 11, Subchapter V of the Bankruptcy Code. (Doc. 1.)

2. The case was converted to one under Chapter 7 on January 11, 2023 (Doc. 239) and the Trustee was appointed on January 13, 2023 (Doc. 240).

3. The Court has jurisdiction over this motion pursuant to 28 U.S.C. Section 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (E), and (O).

4. The Section 341 Meeting of Creditors in this case was scheduled for February 15, 2023, rescheduled to April 12, 2023, and held and concluded on May 3, 2023.

5. The Trustee is midway through mediation with the Debtor and Maria Kastrenakes which, if successful, would resolve any potential objections to the Debtor's claimed exemptions.

6. Pursuant to Rule 4003 of the Federal Rules of Bankruptcy Procedure, objections to a claim of exemption must be filed within 30 days after the meeting of creditors is concluded.

5.  Bankruptcy Rule 9006(b)(1) provides that a court may extend deadlines in the Bankruptcy Rules "for cause shown." Cause exists for extending the Trustee's deadline to object to exemptions in order to allow the parties to continue to exchange information and attempt to resolve any exemption issues through the mediation process. By this motion, the Trustee seeks to extend the deadline for the Trustee to object to the Debtor's claim of exemptions by sixty days, from June 2, 2023 to through August 3, 2023.

6.  Counsel for the Debtor consents to the relief sought in this motion.

**WHEREFORE,** the Trustee respectfully requests the entry of an order: (a) extending the time for the Trustee to file an objection to the Debtor's claim of exemptions from June 2, 2023 to through August 3, 2023; and (b) granting such other relief as is just and equitable.

Dated: May 31, 2023

*/s/ Lynn Welter Sherman*
Lynn Welter Sherman
Florida Bar No. 0375616
TRENAM LAW
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone: 727.896.7171
Email: lsherman@trenam.com

*Counsel for the Chapter 7 Trustee*

### CERTIFICATE OF SERVICE

The undersigned certifies that, on this ___ day of May, 2023, a copy of the foregoing has been furnished by electronic service to all persons receiving notice by CM/ECF and by First Class U.S. Mail, postage prepaid to the following:

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33764

*/s/ Lynn Welter Sherman*
Lynn Welter Sherman