**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

Dated: May 31, 2023

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Michael Kastrenakes

_____Debtor*_____/

Case No.
8:22–bk–01210–CED
Chapter 7

### *ORDER DENYING MOTION TO EXTEND TIME TO FILE AN OBJECTION TO DEBTORS CLAIM OF EXEMPTIONS*

THIS CASE came on for consideration, without hearing, of the Motion to Extend Time to File an Objection to Debtor's Claim of Exemptions filed by Trustee , Doc. # 296 . After review, the Court determines that the motion is deficient as follows:

A signed and dated proof of service was not filed. Local Rule 9013–3.

Accordingly it is

**ORDERED:**

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.