**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,   Case No. 8:22-bk-1210-CED

   Debtor.   Chapter 7

_____/

**PROOF OF SERVICE**

     I HEREBY CERTIFY that on June 2, 2023, the Order Granting Unopposed Motion for Extension of Time to File an Objection to Debtor's Claim of Exemptions (Doc. 299), attached hereto, was served on all parties receiving CM/ECF notification via the Court's CM/ECF system, and by First Class U.S. Mail, Postage Prepaid, to the following:

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33764


Dated:  June 2, 2023

                                          */s/ Lynn Welter Sherman*
                                          Lynn Welter Sherman, Esquire
                                          Florida Bar No. 0375616
                                          TRENAM LAW
                                          200 Central Avenue, Suite 1600
                                          St. Petersburg, FL 33701
                                          Telephone: 727.896.7171
                                          Email: lsherman@trenam.com

                                          *Counsel to Chapter 7 Trustee*

ORDERED.

Dated: June 01, 2023

Caryl E. Delano
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Michael Kastrenakes,

    Debtor.
_____/

Chapter 7
Case No. 8:22-bk-01210-CED

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

**THIS CAUSE** came before the Court for consideration without hearing on the *Unopposed Motion for Extension of Time to File an Objection to Debtor's Claim of Exemptions* (Doc. 298) (the "Motion") filed by Traci K. Stevenson, Chapter 7 Trustee. The Court, having reviewed the Motion, the case file, and being otherwise duly advised in the premises, finds that good cause exists to grant the Motion. Accordingly, it is,

**ORDERED** that:

1.    The Motion is **GRANTED.**

2.    The deadline for the Trustee to object to the Debtor's Claim of Exemptions is hereby extended from June 2, 2023 to through August 3, 2023, without prejudice to the Trustee seeking further extensions or the Debtor opposing any further extensions.

1

Attorney Lynn Welter Sherman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.