UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                              Case No.: 8:22-bk-01210-CED

Michael Kastrenakes,                                                Chapter: 7

Debtor.
_____/

**UNITED STATES TRUSTEE**
**AGREED MOTION TO FURTHER EXTEND TIME TO EITHER**
**FILE A MOTION TO DISMISS AND/OR TO OBJECT TO DISCHARGE**

Mary Ida Townson, United States Trustee for Region 21 (the "United States Trustee"), by her duly authorized Trial Attorney, moves this Honorable Court for an order further extending the time periods for the United States Trustee to move to dismiss this case under 11 U.S.C. § 707(b)(3) or to file a complaint objecting to entry of the discharge pursuant to 11 U.S.C. §727 until September 14, 2023. In support of the motion, the United States Trustee asserts as follows:

1. The debtor filed a voluntary petition under Chapter 11, Title 11 United States Code on March 27, 2022.

2. The case was converted to Chapter 7 on January 12, 2023

3. Traci Stevenson was appointed as Chapter 7 Trustee and is still serving in this case.

4. Post conversion, Debtor's counsel filed a motion to withdraw, which was granted on March 27, 2023 (Doc. 263).

5. The time period to move to dismiss the case under Section 707(b) or object to discharge under Section 727 will expire on or about July 14, 2023, unless extended by further order of this Honorable Court[1].

6. The United States Trustee is in the process of investigating the Debtor's pre- and post-petition financial activity. In furtherance of this investigation, the United States Trustee is in communication with Debtor's new counsel. The United States Trustee will not be able to conclude her investigation before July 14, 2023.

7. The Debtor has consented to the extension of time to September 14, 2023.

8. Therefore, the United States Trustee wishes to extend the time periods under 11 U.S.C. §§ 707(b) and 727 until September 14, 2023, to permit further investigation.

---

[1] The original time period was extended from April 17, 2023 to July 14, 2023 (Doc. 7)

WHEREFORE, the United States Trustee respectfully prays that this Honorable Court enter an order granting the agreed motion to further extend and extending the time periods under 11 U.S.C. §§ 707(b) and 727 until September 14, 2023, and grant such further relief that the Court may deem appropriate.

Date: July 12, 2023                    RESPECTFULLY SUBMITTED

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21


By:    /s/ Teresa M. Dorr (FL Bar # 48037)
       Trial Attorney
       U.S. Department of Justice
       Office of the U.S. Trustee, Region 21
       501 East Polk Street, Suite 1200
       Tampa, Florida 33602
       (813) 228-2000 / fax (813) 228-2303
       teresa.dorr@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 12, 2023, a true and correct copy of the foregoing motion has been furnished electronically via the CM/ECF system upon all parties requesting electronic notice, and via first-class United States mail, post-page prepared, to the following:

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33764

                    /s/ Teresa M. Dorr
                    Trial Attorney, United States Trustee for Region 21