# EXHIBIT "E"

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

MICHAEL KASTRENAKES,   Case No.: 8:22-bk-01210-CED
　　　　　　　　　　　　　　　　　　　　　Chapter: 7
　　Debtor.
_____/

DR. PANAYIOTIS VASILOUDES, CYGRAM
HERITAGE, LLLP, and CYGRAM HOLDINGS,
L.P.,
　　　　　　　　　　　　　　　　　　　　　Adversary Pro. No.: 8:23-ap-0039-CED

　　Plaintiffs,
vs.

MICHAEL KASTRENAKES,

　　Defendant.
_____/

**STIPULATED ORDER GRANTING**
**DISMISSAL WITH PREJUDICE AS TO DISCHARGE PROCEEDING**

　　THIS CAUSE came on for consideration in a manner consistent with this

Court's "Order Granting Motion to Compromise Controversy Between Vasiloudes

Creditors and Kastrenakes Parties" (the "Compromise Order") [Doc. XXX], entered in the chapter 7 liquidation of Michael Kastrenakes (the "Debtor"), granting the "Motion to Compromise Controversy Between Vasiloudes Creditors and Kastrenakes Parties" (the "Compromise Motion") [Doc. XXX] filed on July XX, 2023, by Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, L.P. (collectively, the "Plaintiffs"), the Debtor, and several other parties in interest.

In the above-captioned adversary proceeding (this "Discharge Proceeding"), the Plaintiffs had objected to the general discharge of the Debtor under Bankruptcy Code §707. The Compromise Order approved of a plenary compromise of controversies (the "Compromise"), and the granting of extensive relief as to the Plaintiffs and the Debtor (collectively, the "Parties"), as well as other parties in interest.

By its express terms, the Compromise Motion contemplated the entry of an order dismissing this Discharge Proceeding. This Court, being fully advised in the premises, entered the Compromise Order. At this juncture, it is incumbent upon this Court to enter this dismissal order (this "Dismissal Order"), dismissing this Discharge Proceeding. All findings of fact, conclusions of law, and holdings in connection with the Compromise Order are hereby reincorporated in a manner consistent with requirements of Federal Rule of Bankruptcy Procedure 7052. It is

2

**ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Dismissal Order is hereby entered.

2. All claims brought, or that could have been brought, in the context of this Discharge Proceeding, are hereby dismissed with prejudice.

3. Each of the Parties will each bear their own attorneys' fees and costs associated with this Discharge Proceeding.

4. Each of the Parties is expressly found and held to have waived any right to rehearing, reconsideration, appeal, or any other procedural device intended to alter the effectiveness of this Dismissal Order.

5. This Court hereby retains jurisdiction over the subject matter and the Parties to the extent required to construe, apply, and enforce the relief granted herein. This Court's exercise of jurisdiction is intended to be coterminous with that under the Compromise Order itself.

> Attorney, John A. Anthony, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this order.