# EXHIBIT "G"

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

MICHAEL KASTRENAKES,

    Debtor.
_____/

DR. PANAYIOTIS VASILOUDES and CYGRAM HERITAGE, LLLP,

    Plaintiffs,

v.

MICHAEL KASTRENAKES; MARIA KOKOLAKIS KASTRENAKES; NEW WAVE ACCEPTANCE LLC; PLATINUM AUTO FINANCE, LLC n/k/a NEW WAVE AUTO FINANCE, LLC, and MK AUTOMOTIVE, INC. d/b/a NEW WAVE AUTO SALES,

    Defendants.
_____/

Case No.: 8:22-bk-01210-CED
Chapter: 7

Adv. Case No. 8:22-ap-00113-CED

**STIPULATED ORDER GRANTING DISMISSAL**
**WITH PREJUDICE AS TO NEW WAVE REMOVED PROCEEDING**

THIS CAUSE came on for consideration in a manner consistent with this Court's

"Order Granting Motion to Compromise Controversy Between Vasiloudes Creditors and Kastrenakes Parties" (the "Compromise Order") [Doc. XXX], entered in the chapter 7 liquidation of Michael Kastrenakes (the "Debtor"), granting the "Motion to Compromise Controversy Between Vasiloudes Creditors and Kastrenakes Parties" (the "Compromise Motion") [Doc. XXX] filed on July XX, 2023, by Dr. Panayiotis Vasiloudes, and Cygram Heritage, LLLP (together, the "Plaintiffs"), the Debtor, and several other parties in interest.

In this above-captioned adversary proceeding (this "New Wave Removed Proceeding"), the Plaintiffs have sought relief against New Wave Acceptance, LLC ("New Wave"), the Debtor, Maria Kastrenakes ("Ms. Kastrenakes"), and other named defendants (collectively, the "Defendants").  The Compromise Order approved of a plenary compromise of controversies (the "Compromise"), and the granting of extensive relief as to both the Plaintiffs and the Defendants (the "Parties").

In this New Wave Removed Proceeding, the Plaintiffs have alleged certain conduct by the Debtor and Ms. Kastrenakes (together, the "Kastrenakeses").  By its express terms, the Compromise Motion contemplated the entry of an order dismissing this New Wave Removed Proceeding.  This Court, being fully advised in the premises, entered the Compromise Order.  At this juncture, it is incumbent upon this Court to enter this dismissal order (this "Dismissal Order"), dismissing this New Wave Removed Proceeding.  All findings of fact, conclusions of law, and holdings in connection with the Compromise Order are hereby reincorporated in a manner consistent with requirements of Federal Rule of Bankruptcy Procedure 7052.  It is

**ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Dismissal Order is hereby entered.

2. All claims brought, or that could have been brought, in the context of this New Wave Removed Proceeding, are hereby dismissed with prejudice.

3. Each of the Parties will each bear their own attorneys' fees and costs associated with this New Wave Removed Proceeding.

4. In a manner consistent with the Compromise, this Dismissal Order is intended to adjudicate all claims asserted or that could have been asserted by the Plaintiffs against Ms. Kastrenakes in this New Wave Removed Proceeding.

5. Each of the Parties is expressly found and held to have waived any right to rehearing, reconsideration, appeal, or any other procedural device intended to alter the effectiveness of this Dismissal Order.

6. This Court hereby retains jurisdiction over the subject matter and the Parties to the extent required to construe, apply, and enforce the relief granted herein. This Court's exercise of jurisdiction is intended to be coterminous with that under the Compromise Order itself.

> Attorney, John A. Anthony, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this order.