# EXHIBIT "H"

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION**

PANAYIOTIS VASILOUDES, M.D., PH.D, CYGRAM HERITAGE, LLLP, CYGRAM HOLDINGS, L.P., TRIFON HOUVARDAS, and K&M INSURANCE INVESTORS, LLC,

 Plaintiffs,           Case No.: 22-000956-CI

vs.

MICHAEL KASTRENAKES, WILLIAM HILGENFELDT, THOMAS K. ROWE, and KEVIN E. HAWKINS,

 Defendants.

_____/

**JOINT STIPULATION TO DISMISS KEVIN E. HAWKINS WITH PREJUDICE**

Pursuant to Florida Rule of Civil Procedure 1.420(a)(1), and other applicable law, Panayiotis Vasiloudes, M.D., Ph.D., Cygram Heritage, L.L.L.P., Cygram Holdings, L.P., Trifon Houvardas, K&M Investors LLC (collectively, the "Plaintiffs"), and Kevin E. Hawkins ("Hawkins"), all of whom are collectively referred to herein as the "Movants," by and through their respective undersigned counsel of record, hereby jointly stipulate on the following grounds for the order of this Court dismissing all causes of action against Hawkins from this above-captioned action (this "Action") with prejudice:

1. On February 28, 2022, the Plaintiffs filed a verified complaint (the "Complaint"), asserting causes of action against Michael Kastrenakes (the "Debtor"), Hawkins, and other named defendants (collectively, the "Defendants").

2. All Defendants have been served with initial process and are properly joined as parties to this Action.

3. On June 15, 2022, the Debtor, attempted to remove this case [Adv. Doc. 1] to the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "Bankruptcy Court"), where it became an adversary proceeding (the "Adversary Proceeding") within his bankruptcy case, styled <u>In re Michael Kastrenakes,</u> Case No. 8:22-bk-1210-CED (the "Bankruptcy

Case").

4. On May 19, 2023, the Bankruptcy Court entered "Order Granting <u>Ore Tenus</u> Motion to Dismiss as to Michael Kastrenakes" (the "Debtor Dismissal Order") [Adv. Doc. 98]. The Debtor Dismissal Order dismissed all causes of action raised by the Plaintiffs against the Debtor without prejudice.

5. On May 30, 2023, and following conversion, the Bankruptcy Court remanded this case back to this Court [Adv. Doc. 106]. This Court continues to possess subject matter and personal jurisdiction over this Action, as well as the Movants.

6. In the Bankruptcy Case, the Bankruptcy Court has entered its "Order Granting Motion to Compromise Controversy Between Vasiloudes Creditors and Kastrenakes Parties" (the "Compromise Order"), a copy of which is attached hereto as Exhibit "A."

7. Judicial notice is requested with respect to all filings in the Bankruptcy Case to the extent necessary to confirm the propriety of the relief requested herein.

8. The Movants seek the order of this Court (the "Hawkins Dismissal Order"), a copy of which is attached hereto as Exhibit "B," that will dismiss Hawkins from this Action in a manner consistent with the Compromise Order. Nothing about the Hawkins Dismissal Order is intended to alter in any way the rights and duties of the Movants under the Compromise Order.

WHEREFORE, the Movants request that this Court enter the Hawkins Dismissal Order, and/or provide such other and further relief as this Court deems necessary and proper.

Dated this ___th day of July, 2023.

/s/ Kevin E. Hawkins
Kevin E. Hawkins
3 Harborside Drive
Belleair, Florida 33756

/s/ John A. Anthony
**JOHN A. ANTHONY, ESQ.**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**ANTHONY & PARTNERS, LLC**
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813/273-5616
Facsimile: 813/221-4113

Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by e-service and/or first-class U.S. Mail on this _____th day of July 2023, to:

| | |
|---|---|
| Edmund O. Loos, III, Esquire | Andrew J. Mongelluzzi, Esquire |
| Patrick J. Hennessey, Jr. Esquire | Sean Wagner, Esquire |
| GREENSPOON MARDER LLP | Steven A. Oschner, Esquire |
| 301 E. Pine Street, Suite 500 | CLEARWATER BUSINESS LAW, LLC |
| Orlando, Florida 32801 | 1799 N. Belcher Road, Suite B |
| hries@foxrothschild.com | Clearwater, Florida 33765 |
| Edmund.Loos@gmlaw.com | courtdocs@clearwaterbusinesslaw.com |
| Tami.Austin@gmlaw.com | sarah@clearwaterbusinesslaw.com |
| Patrick.Hennessey@gmlaw.com | Attorneys for Thomas K. Rowe |
| Eric.Cruz@gmlaw.com | |
| Attorneys for William Hilgenfeldt | |

Kevin E. Hawkins
3 Harborside Drive
Belleair, Florida 33756

/s/ John A. Anthony
**ATTORNEY**

# EXHIBIT "A"

# EXHIBIT "B"

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION**

PANAYIOTIS VASILOUDES, M.D., PH.D, CYGRAM HERITAGE, LLLP, CYGRAM HOLDINGS, L.P., TRIFON HOUVARDAS, and K&M INSURANCE INVESTORS, LLC,

    Plaintiffs,                                                   Case No.: 22-000956-CI

vs.

MICHAEL KASTRENAKES, WILLIAM HILGENFELDT, THOMAS K. ROWE, and KEVIN E. HAWKINS,

    Defendants.
_____/

**ORDER GRANTING JOINT
STIPULATION TO DISMISS KEVIN E. HAWKINS WITH PREJUDICE**

THIS CAUSE came before the Court, without the necessity of a hearing, for consideration of the "Joint Stipulation to Dismiss Kevin E. Hawkins with Prejudice" (the "Dismissal Motion"), filed in this cause (this "Action"), by Panayiotis Vasiloudes, M.D., Ph.D., Cygram Heritage, L.L.L.P., Cygram Holdings, L.P., Trifon Houvardas, K&M Investors LLC (collectively, the "Plaintiffs"), and Kevin E. Hawkins ("Hawkins"), all of whom are collectively referred to herein as the "Movants."

In this Action, the Plaintiffs have sought relief against Hawkins and other named defendants in connection with events involving Instant Car Offer, LLC. In the Dismissal Motion, the Movants stipulate and jointly move for the entry of this order (this "Hawkins Dismissal Order") pursuant to Florida Rule of Civil Procedure 1.420(a). The Dismissal Motion is based upon a settlement achieved in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "Bankruptcy Court") pursuant to a "Motion to Compromise Controversy Between Vasiloudes Creditors and Kastrenakes Parties" (the "Compromise Motion") filed on July ___, 2023, in the bankruptcy case of Michael Kastrenakes (the "Bankruptcy Case"), as more fully defined in the Compromise Motion.

The Compromise Motion has been granted in the context of the Bankruptcy Case, and is now

binding upon the Movants. Based upon the representations of the Movants through counsel, it appears that (a) the relief requested is consistent with governing law, (b) agreed by all Movants, and (c) not inconsistent with any public policy. Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Dismissal Motion is hereby granted.

2. All claims brought, or that could have been brought, in the context of this Action as against Hawkins, are hereby dismissed with prejudice.

3. The Plaintiffs and Hawkins will each bear their own attorneys' fees and costs associated with this proceeding.

4. Each of the Movants is expressly found and held to have waived any right to rehearing, reconsideration, appeal, or any other procedural device intended to alter the effectiveness of this Dismissal Order.

5. The Bankruptcy Court shall retain jurisdiction over the subject matter and the Movants to the extent required to construe, apply, and enforce the relief granted herein. The Bankruptcy Court's exercise of jurisdiction is intended to be coterminous with that under the Compromise Order itself.

**DONE AND ORDERED** in Pinellas County, Florida, on this ___ day of July, 2023.

_____
**THE HONORABLE THOMAS M. RAMSBERGER**
Circuit Court Judge

**Conformed copies to:**

John A. Anthony, Esquire
ANTHONY & PARTNERS, LLC
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
janthony@Anthonyandpartners.com
nlafalce@anthonyandpartners.com
clackey@anthonyandpartners.com

Kevin E. Hawkins

Edmund O. Loos, III, Esquire
GREENSPOON MARDER LLP
301 E. Pine Street, Suite 500
Orlando, Florida 32801
hries@foxrothschild.com
Edmund.Loos@gmlaw.com
Tami.Austin@gmlaw.com
Patrick.Hennessey@gmlaw.com
Eric.Cruz@gmlaw.com

3 Harborside Drive
Belleair, Florida 33756

Andrew J. Mongelluzzi, Esquire
CLEARWATER BUSINESS LAW, LLC
1799 N. Belcher Road, Suite B
Clearwater, Florida 33765
courtdocs@clearwaterbusinesslaw.com
sarah@clearwaterbusinesslaw.com