# EXHIBIT "I"

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PINELLAS COUNTY, FLORIDA
## CIVIL DIVISION

PANAYIOTIS VASILOUDES, M.D., PH.D., CYGRAM
HERITAGE, L.L.L.P., CYGRAM HOLDINGS, L.P., and
PANEVAS L.L.C.,

        Plaintiffs,

                                                Case No.:  22-2403-CI

vs.

MARIA KASTRENAKES, INDIVIDUALLY AND AS
TRUSTEE for THE MARIA KASTRENAKES
IRREVOCABLE TRUST, THE EMMANUEL
KASTRENAKES IRREVOCABLE TRUST, THE
EVANGELIA KASTRENAKES IRREVOCABLE TRUST,
THE JOHN KASTRENAKES IRREVOCABLE TRUST, and
THE JOSEPH KASTRENAKES IRREVOCABLE TRUST,

        Defendants.

_____/

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Florida Rule of Civil Procedure 1.420(a)(1), and other applicable law, plaintiffs, Panayiotis Vasiloudes, M.D., Ph.D., Cygram Heritage, L.L.L.P., Cygram Holdings, L.P., Panevas L.L.C. (collectively, the "Plaintiffs"), and Maria Kokolakis Kastrenakes, individually and as trustee for The Maria Kastrenakes Irrevocable Trust, The Emmanuel Kastrenakes Irrevocable Trust, The Evangelia Kastrenakes Irrevocable Trust, The John Kastrenakes Irrevocable Trust, and The Joseph Kastrenakes Irrevocable Trust (collectively, the "Defendants"), by and through their undersigned counsel of record, hereby jointly move on the following grounds for the order of this Court dismissing the above-captioned action with prejudice:

1.      On May 20, 2022, the Plaintiffs filed a verified complaint (the "Complaint"), and service was perfected on all the Defendants on May 25, 2022.

2.      All Defendants have been served with initial process and are properly joined as parties to this action.  The Plaintiffs and the Defendants (collectively, the "Parties") are all represented by counsel of their choice as reflected below.

3.      On June 15, 2022, Michael Kastrenakes (the "Debtor"), attempted to remove this case [Adv. Doc. 1] to the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "Bankruptcy Court"), where it became an adversary proceeding (the "Adversary Proceeding") within his chapter 11 case, styled In re Michael Kastrenakes, Case No. 8:22-bk-1210-CED (the "Bankruptcy Case"), that has now converted to a chapter 7 liquidation.

4.      On May 19, 2023, and following conversion, the Bankruptcy Court remanded this case back to this Court [Adv. Doc. 57].  This Court continues to possess subject matter and personal jurisdiction over this action, as well as the Parties.

5.      In the Bankruptcy Case, the Bankruptcy Court has entered its "Order Granting Motion to Compromise Controversy Between Vasiloudes Creditors and Kastrenakes Parties" (the "Compromise Order"), a copy of which is attached hereto as Exhibit "A."

6.      Judicial notice is requested with respect to all filings in the Bankruptcy Case to the extent necessary to confirm the propriety of the relief requested herein.

7.      The Parties seek the order of this Court (the "Dismissal Order"), a copy of which is attached hereto as Exhibit "B," that will dismiss this action in a manner consistent with the Compromise Order.  Nothing about the Dismissal Order is intended to alter in any way the rights and duties of the Parties under the Compromise Order.

WHEREFORE, the Plaintiffs request that this Court enter the Dismissal Order, and/or provide such other and further relief as this Court deems necessary and proper.

Dated this ___th day of July, 2023.

| | |
|---|---|
| Kathleen L. DiSanto | John A. Anthony |
| **KATHLEEN L. DISANTO, ESQ.** | **JOHN A. ANTHONY, ESQ.** |
| Florida Bar Number:  58512 | Florida Bar Number: 0731013 |
| kdisanto@bushross.com | janthony@anthonyandpartners.com |
| sprehn@bushross.com | **ANTHONY & PARTNERS, LLC** |
| **BUSH ROSS, P.A.** | 100 S. Ashley Drive, Suite 1600 |
| P.O. Box 3913 | Tampa, Florida 33602 |
| Tampa, FL 33601 | Telephone: 813/273-5616 |
| Attorney for Defendants | Facsimile: 813/221-4113 |

2

Attorney for the Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic means and/or U.S. first class mail on the following persons or entities at the addresses listed below on this ___th day of July 2023:

| | |
|---|---|
| Kathleen L. DiSanto, Esquire | David S. Delrahim, Esquire |
| Bush RosS, P.A. | Englander and Fischer, LLP |
| P.O. Box 3913 | 721 1st Avenue N |
| Tampa, FL 33601 | St Petersburg, Florida 33701 |
| kdisanto@bushross.com | ddelrahim@eflegal.com |
| sprehn@bushross.com | |

/s/ John A. Anthony
**ATTORNEY**

3

# EXHIBIT "A"

# EXHIBIT "B"

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PINELLAS COUNTY, FLORIDA
## CIVIL DIVISION

PANAYIOTIS VASILOUDES, M.D., PH.D., CYGRAM
HERITAGE, L.L.L.P., CYGRAM HOLDINGS, L.P., and
PANEVAS L.L.C.,

      Plaintiffs,

                                                    Case No.:  22-2403-CI

vs.

MARIA KASTRENAKES, INDIVIDUALLY AND AS
TRUSTEE for THE MARIA KASTRENAKES
IRREVOCABLE TRUST, THE EMMANUEL
KASTRENAKES IRREVOCABLE TRUST, THE
EVANGELIA KASTRENAKES IRREVOCABLE TRUST,
THE JOHN KASTRENAKES IRREVOCABLE TRUST, and
THE JOSEPH KASTRENAKES IRREVOCABLE TRUST,

      Defendants.

_____/

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

THIS CAUSE came before the Court, without the necessity of a hearing, for consideration of the "Joint Stipulation to Dismiss Case with Prejudice" (the "Dismissal Motion"), filed in this cause (this "Action"), by Panayiotis Vasiloudes, M.D., Ph.D., Cygram Heritage, L.L.L.P., Cygram Holdings, L.P., and Panevas L.L.C (collectively, the "Plaintiffs"), as well as Maria Kastrenakes, individually and as trustee for the Maria Kastrenakes Irrevocable Trust, the Emmanuel Kastrenakes Irrevocable Trust, the Evangelia Kastrenakes Irrevocable Trust, the John Kastrenakes Irrevocable Trust, and the Joseph Kastrenakes Irrevocable Trust (collectively, the "Defendants"), all of whom are collectively, referred to herein as the "Parties."

In the Dismissal Motion, the Parties stipulate and jointly move for the entry of this order (this "Dismissal Order") pursuant to Florida Rule of Civil Procedure 1.420(a).  The Dismissal Motion is based upon a settlement achieved in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "Bankruptcy Court") pursuant to a "Motion to Compromise Controversy Between Vasiloudes Creditors and Kastrenakes Parties" (the "Compromise Motion") filed on July ___, 2023, in

the bankruptcy case of Michael Kastrenakes (the "Bankruptcy Case"), as more fully defined in the Compromise Motion.

The Compromise Motion has been granted in the context of the Bankruptcy Case, and is now binding upon the Parties. Based upon the representations of the Parties through counsel, it appears that (a) the relief requested is consistent with governing law, (b) agreed by all Parties, and (c) not inconsistent with any public policy. Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED** as follows:

1.    The Dismissal Motion is hereby granted.

2.    All claims brought, or that could have been brought, in the context of this Action, are hereby dismissed with prejudice.

3.    The Plaintiffs and the Defendants will each bear their own attorneys' fees and costs associated with this proceeding.

4.    In a manner consistent with the Compromise, this Dismissal Order is intended to adjudicate all claims asserted or that could have been asserted by the Plaintiffs against the Defendants in this Action.

5.    Each of the Parties is expressly found and held to have waived any right to rehearing, reconsideration, appeal, or any other procedural device intended to alter the effectiveness of this Dismissal Order.

6.    The Bankruptcy Court shall have jurisdiction over the subject matter and the Parties to the extent required to construe, apply, and enforce the relief granted herein. The Bankruptcy Court's exercise of jurisdiction is intended to be coterminous with that under the Compromise Order itself.

**DONE AND ORDERED** in Pinellas County, Florida, on this ___ day of July, 2023.

_____
**THE HONORABLE PATRICIA ANN MUSCARELLA**
Circuit Court Judge

**Conformed copies to:**

John A. Anthony, Esquire                    Kathleen L. DiSanto, Esquire
ANTHONY & PARTNERS, LLC              BUSH ROSS, P.A.

2

100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
janthony@Anthonyandpartners.com
nlafalce@anthonyandpartners.com
clackey@anthonyandpartners.com

P.O. Box 3913
Tampa, Florida 33601
kdisanto@bushross.com
sprehn@bushross.com

3