# EXHIBIT "J"

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

MICHAEL KASTRENAKES,

    Debtor.

_____/

DR. PANAYIOTIS VASILOUDES, CYGRAM HERITAGE, LLLP, CYGRAM HOLDINGS, L.P., TRIFON HOUVARDAS, and K&M INSURANCE INVESTORS, LLC,

    Plaintiffs,

vs.

MICHAEL KASTRENAKES, MARIA KASTRENAKES, CPX HOLDINGS, LLC, PAGONA KOKOLAKIS, and EVANGELINE KASTRENAKES,

    Defendant.

_____/

Case No.: 8:22-bk-01210-CED
Chapter: 7

Adversary No.: 8:22-ap-00118-CED

**STIPULATED ORDER GRANTING DISMISSAL**
**WITH PREJUDICE AS TO EQUITABLE SUBORDINATION PROCEEDING**

THIS CAUSE came on for consideration in a manner consistent with this Court's "Order Granting Motion to Compromise Controversy Between Vasiloudes Creditors and Kastrenakes Parties" (the "Compromise Order") [Doc. XXX], entered in the chapter 7 liquidation of Michael Kastrenakes (the "Debtor"), granting the "Motion to Compromise

Controversy Between Vasiloudes Creditors and Kastrenakes Parties" (the "Compromise Motion") [Doc. XXX] filed on July XX, 2023, by parties in interest who include Dr. Panayiotis Vasiloudes, Cygram Heritage, LLLP, Cygram Holdings, LP, Trifon Houvardas, and K&M Insurance Investors, LLC (collectively, the "Plaintiffs"), as well as the Debtor.  The Compromise Order approved of a plenary compromise of controversies (the "Compromise"), and the granting of extensive relief as to both the Plaintiffs and the Debtor (the "Parties"), as well as other parties in interest.

In this above-captioned adversary proceeding (this "Equitable Subordination Proceeding"), the Plaintiffs had sought to subordinate certain claims in this Bankruptcy Case.  By its express terms, the Compromise Motion contemplated the entry of an order dismissing this Equitable Subordination Proceeding.

This Court, being fully advised in the premises, entered the Compromise Order.  At this juncture, it is incumbent upon this Court to enter this dismissal order (this "Dismissal Order"), dismissing this Equitable Subordination Proceeding.  All findings of fact, conclusions of law, and holdings in connection with the Compromise Order are hereby reincorporated in a manner consistent with requirements of Federal Rule of Bankruptcy Procedure 7052.  It is

**ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Dismissal Order is hereby entered.

2. All claims brought, or that could have been brought, in the context of this Equitable Subordination Proceeding, are hereby dismissed with prejudice.

3.	Each of the Parties will each bear that Party's own attorneys' fees and costs associated with this Equitable Subordination Proceeding.

4.	Each of the Parties is expressly found and held to have waived any right to rehearing, reconsideration, appeal, or any other procedural device intended to alter the effectiveness of this Dismissal Order.

5.	This Court hereby retains jurisdiction over the subject matter and the Parties to the extent required to construe, apply, and enforce the relief granted herein. This Court's exercise of jurisdiction is intended to be coterminous with that under the Compromise Order itself.

> Attorney, John A. Anthony, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this order.