

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/31/2023 10:30 AM

COURTROOM 9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:22-bk-01210-CED** | 7 | 03/27/2022 |

**Chapter 7**

**DEBTOR:**   Michael Kastrenakes

**DEBTOR ATTY:**   Amy Mayer

**TRUSTEE:**   Traci Stevenson

**HEARING:**

(1) Status Conference

~(2) Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Michael Kastrenakes and Maria Kokolakis Kastrenakes, 22-ap-95, 22-ap-96, 22-ap-113, 22-ap-118, 23-ap-39. . Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Cygram Holdings, L.P., Trifon Houvardas, K&M Insurance Investors, LLC, Panevas, L.L.C., Panayiotis Vasiloudes (Attachments: # [1] Exhibit A - Compromise Order # [2] Exhibit B - Non-Dischargeability Judgment # [3] Exhibit C - Homestead Mortgage Documents # [4] Exhibit D - CPX Security Documents # [5] Exhibit E - Final judgment # [6] Exhibit F - Final judgment # [7] Exhibit G - Final judgment # [8] Exhibit H - Joint Stipulation # [9] Exhibit I - Joint Stipulation # [10] Exhibit J - Stipulated Order) Doc #305

**APPEARANCES:**:John Anthony, Stephenie Anthony, Nicholas Lafalce, Panos Vasiloudes, Buddy Ford, Kathleen DiSanto, Lynn Welter Sherman, Ryan Mittauer, Cameryn Lackey, Teresa Dorr, Kirstian Oldham, Ira Silverstein

**WITNESSES:**

**EVIDENCE:**

**RULING:**
(1) Status Conference

~(2) Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Michael Kastrenakes and Maria Kokolakis Kastrenakes, 22-ap-95, 22-ap-96, 22-ap-113, 22-ap-118, 23-ap-39. . Filed by John A Anthony on behalf of Cygram Heritage, LLLP, Cygram Holdings, L.P., Trifon Houvardas, K&M Insurance Investors, LLC, Panevas, L.L.C., Panayiotis Vasiloudes (Attachments: # [1] Exhibit A - Compromise Order # [2] Exhibit B - Non-Dischargeability Judgment # [3] Exhibit C - Homestead Mortgage Documents # [4] Exhibit D - CPX Security Documents # [5] Exhibit E - Final judgment # [6] Exhibit F - Final judgment # [7] Exhibit G - Final judgment # [8] Exhibit H - Joint Stipulation # [9] Exhibit I - Joint Stipulation # [10] Exhibit J - Stipulated Order) Doc #305 -   Granted O/Lafalce

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket

entry/document is not an official order of the Court.

Case Number 8:22-bk-01210-CED        Chapter 7