UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Michael Kastrenakes,

    Debtor.
_____/

Chapter 7
Case No. 8:22-bk-01210-CED

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE AN OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

Traci K. Stevenson, as Chapter 7 Trustee for the bankruptcy estate of Michael Kastrenakes ("Trustee"), files her Second Unopposed Motion for Extension of Time to File an Objection to Debtor's Claim of Exemptions (the "Motion"), and states as follows:

1. On March 27, 2022, the Michael Kastrenakes ("Debtor") filed a voluntary petition under Chapter 11, Subchapter V of the Bankruptcy Code. (Doc. 1.)

2. The case was converted to one under Chapter 7 on January 11, 2023 (Doc. 239) and the Trustee was appointed on January 13, 2023 (Doc. 240).

3. The Court has jurisdiction over this motion pursuant to 28 U.S.C. Section 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (E), and (O).

4. The Section 341 Meeting of Creditors in this case was scheduled for February 15, 2023, rescheduled to April 12, 2023, and held and concluded on May 3, 2023.

5. The deadline to object to exemptions, originally June 2, 2023, was previously extended by motion and order to August 3, 2023 (Docs. 298, 299).

6. The Trustee, Debtor, and Maria Kastrenakes have reached an agreement which will, among other things, resolve any potential objections to the Debtor's claimed exemptions (the

"Exemption Settlement"), but that agreement will not be executed and approved prior to August 3, 2023.

5. By this motion, the Trustee seeks to extend the deadline for the Trustee to object to the Debtor's claim of exemptions by sixty days, from August 3, 2023 through the date that the Court enters an order on the Exemption Settlement.

6. Bankruptcy Rule 9006(b)(1) provides that a court may extend deadlines in the Bankruptcy Rules "for cause shown." Cause exists for extending the Trustee's deadline to object to exemptions in order to allow the parties to obtain approval of their settlement agreement.

7. The Debtor consents to the relief sought in this motion.

**WHEREFORE,** the Trustee respectfully requests the entry of an order: (a) extending the time for the Trustee to file an objection to the Debtor's claim of exemptions from August 3, 2023 through the date the Court enters an order on the Exemption Settlement; and (b) granting such other relief as is just and equitable.

Dated: August 2, 2023

*/s/ Lynn Welter Sherman*
Lynn Welter Sherman
Florida Bar No. 0375616
TRENAM LAW
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone: 727.896.7171
Email: lsherman@trenam.com

*Counsel for the Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that, on this 2nd day of August, 2023, a copy of the foregoing has been furnished by electronic service to all persons receiving notice by CM/ECF and by First Class U.S. Mail, postage prepaid to the following:

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33764

                                              */s/ Lynn Welter Sherman*
                                              Lynn Welter Sherman