ORDERED.

Dated: August 07, 2023

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Michael Kastrenakes,

    Debtor.
_____/

Chapter 7
Case No. 8:22-bk-01210-CED

### ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

**THIS CAUSE** came before the Court for consideration without hearing on the *Second Unopposed Motion for Extension of Time to File an Objection to Debtor's Claim of Exemptions* (Doc. 310) (the "Motion") filed by Traci K. Stevenson, Chapter 7 Trustee. The Court, having reviewed the Motion, the case file, and being otherwise duly advised in the premises, finds that good cause exists to grant the Motion. Accordingly, it is,

**ORDERED** that:

1. The Motion is **GRANTED.**

2. The deadline for the Trustee to object to the Debtor's claim of exemptions is hereby extended from August 3, 2023 to through the date that the Court enters an order on the Exemption

2

Settlement (as defined in the Motion), without prejudice to the Trustee seeking further extensions or the Debtor opposing any further extensions.

Attorney Lynn Welter Sherman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.