**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

MICHAEL KASTRENAKES,   Case No. 8:22-bk-1210-CED

  Debtor.   Chapter 7

_____/

**PROOF OF SERVICE**

    I HEREBY CERTIFY that on August 8, 2023, the Order Granting Second Unopposed Motion for Extension of Time to File an Objection to Debtor's Claim of Exemptions (Doc. 312), attached hereto, was served on all parties receiving CM/ECF notification via the Court's CM/ECF system, and by First Class U.S. Mail, Postage Prepaid, to the following:

Michael Kastrenakes
1755 McCauley Rd.
Clearwater, FL 33764


Dated:  August 8, 2023

                                              */s/ Lynn Welter Sherman*
                                              Lynn Welter Sherman, Esquire
                                              Florida Bar No. 0375616
                                              TRENAM LAW
                                              200 Central Avenue, Suite 1600
                                              St. Petersburg, FL 33701
                                              Telephone: 727.896.7171
                                              Email: lsherman@trenam.com

                                              *Counsel to Chapter 7 Trustee*

ORDERED.

Dated: August 07, 2023

Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

Michael Kastrenakes,

    Debtor.

_____/

Chapter 7
Case No. 8:22-bk-01210-CED

**ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

**THIS CAUSE** came before the Court for consideration without hearing on the *Second Unopposed Motion for Extension of Time to File an Objection to Debtor's Claim of Exemptions* (Doc. 310) (the "Motion") filed by Traci K. Stevenson, Chapter 7 Trustee. The Court, having reviewed the Motion, the case file, and being otherwise duly advised in the premises, finds that good cause exists to grant the Motion. Accordingly, it is,

**ORDERED** that:

1. The Motion is **GRANTED.**

2. The deadline for the Trustee to object to the Debtor's claim of exemptions is hereby extended from August 3, 2023 to through the date that the Court enters an order on the Exemption

1

Settlement (as defined in the Motion), without prejudice to the Trustee seeking further extensions or the Debtor opposing any further extensions.

Attorney Lynn Welter Sherman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.