ORDERED.

Dated:  September 05, 2023

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                            Case No.: 8:22-bk-01210-CED

Michael Kastrenakes,                                                  Chapter: 7

Debtor.

_____/

**AGREED ORDER FURTHER EXTENDING TIME TO EITHER
FILE A MOTION TO DISMISS AND/OR TO OBJECT TO DISCHARGE**

THIS CASE comes before the Court upon the United States Trustee Motion to Extend Time to Either File a Motion to Dismiss and/or to Object to Discharge (Doc. 317) (the "Motion").  The United States Trustee has requested an extension of the deadline to either seek dismissal pursuant to 11 U.S.C. § 707(b) and/or to file a complaint objecting to entry of the discharge pursuant to 11 U.S.C. § 727 until December 14, 2023.  By submission of this order for entry, the submitting party represents that the debtor consents to its entry. Upon the foregoing, the Court finds and concludes that the motion was served upon all interested parties, that the debtor agrees to the extension, and the relief requested in the

1

Motion is appropriate under the circumstances and within the discretion of the Court. Accordingly, **IT IS ORDERED** that:

1. The Motion is **GRANTED.**

2. The deadline for the United States Trustee to either seek dismissal of this case pursuant to 11 U.S.C. § 707(b) and/or to file a complaint objecting to entry of discharge pursuant to 11 U.S.C. § 727 is hereby extended until December 14, 2023.

Clerk's Office to serve order.