United States Bankruptcy Court
Middle District of Florida

In re:  
Michael Kastrenakes  
    Debtor

Case No. 22-01210-CED  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 6 |
| Date Rcvd: Sep 05, 2023 | Form ID: pdfdoc | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Kastrenakes, 1755 McCauley Rd., Clearwater, FL 33765-1510 |
| cr | | CPX Holdings, LLC, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| cr | + | Cygram Heritage, LLLP, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | Cygram Heritage, LLLP, Derivatively, on behalf of, Anthony & Partners, LLC, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | Cygram Holdings, L.P., c/o John A. Anthony, Esq., 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | First Home Bank, c/o Robert B. George, Esq., The Liles Firm, PA, 50 N Laura St., Ste 1200, Jacksonville, FL 32202-3670 |
| cr | | Grow Financial Federal Credit Union, Sorenson Van Leuven, PLLC, c/o J. Blair Boyd, Post Office Box 3637, Tallahassee, FL 32315-3637 |
| sp | + | James H Sutton, Moffa, Sutton & Donnini, P.A., 8875 Hidden River Parkway, Suite 300, Tampa, FL 33637-2087 |
| acc | + | Jerry Makris, C.P.A., Jerry Makris C.P.A., P.A., 2110 Drew Street, Clearwater, FL 33765-3231 |
| cr | + | K&M Insurance Investors, LLC, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| intp | | Maria Kastrenakes, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| br | + | Martha Thorn, The Thorn Collection, Coldwell Banker International Real Estat, 598 Indian Rocks Road, Belleair Bluffs, FL 33770-2016 |
| intp | + | Murray B. Silverstein, 401 East Jackson Street, Suite 3650, Tampa, FL 33602, UNITED STATES 33602-5252 |
| cr | + | Panayiotis Vasiloudes, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | Panevas, L.L.C., Anthony & Partners, c/o John Anthony, 100 S. Ashley Drive, Suite 1600, Tampa, Fl 33602-5318 |
| intp | + | Platinum Auto Finance of Tampa Bay, c/o Joel Aresty, Esq., 309 1st Ave S, Tierra Verde, Fl 33715, US 33715-2231 |
| intp | + | Shirley Palumbo, Greenspoon Marder LLP, City Place, 525 Okeechobee Blvd., Suite, West Palm Beach, FL 33401-6306 |
| cr | + | SouthState Bank, N.A., c/o Robert C. Schermer, Esq., Greene Hamrick Schermer & Johnson PA, 410 43rd St. W., Ste. N, Bradenton, FL 34209 UNITED STATES 34209-2923 |
| intp | + | Thomas K. Rowe, 19 Harbour Isle W., #105, Ft. Pierce, FL 34949-2771 |
| cr | + | Thomas Zervas And Konstantinos Papaspanos, c/o Nicole Mariani Noel, P.O. Box 800, Tampa, FL 33601-0800 |
| cr | + | Trifon Houvardas, c/o John A. Anthony, Esq., 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | Westlake Flooring Company, LLC, c/o Liebler Gonzalez & Portuondo, 44 West Flagler St., Courthouse Tower - 25th FL, Miami, FL 33130-1808 |
| cr | | William Hilgenfeldt, Greenspoon Marder LLP, c/o Shirley Palumbo, Esq., City Place, 525 Okeechobee Blvd., Suite 900 West Palm Beach, FL 33401 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | | Email/Text: bankruptcy@autofinance.com | Sep 05 2023 23:16:00 | Automotive Finance Corporation, 11299 N. Illinois St, Carmel, IN 46032 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 05 2023 23:26:31 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Stichter, Riedel, Blain & Postler, P.A. |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 2 of 6 |
| Date Rcvd: Sep 05, 2023 | Form ID: pdfdoc | Total Noticed: 25 |

| | |
|---|---|
| cr | Courtney Leasing, Inc. |
| sp | Moffa, Sutton & Donnini, P.A. |
| cr | NextGear Capital, Inc. |
| op | PMOF Special Situations Private Credit Fund LLC |
| cr | U.S. Bank National Association |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2023              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam L Alpert | on behalf of Interested Party Maria Kastrenakes aalpert@bushross.com  bankruptcy.eservice@bushross.com |
| Adam L Alpert | on behalf of Creditor CPX Holdings  LLC aalpert@bushross.com, bankruptcy.eservice@bushross.com |
| Andrew D Atkins | on behalf of Other Prof. PMOF Special Situations Private Credit Fund LLC andrew.atkins@troutman.com debbie.currie@troutman.com |
| Andrew J Ghekas | on behalf of Plaintiff Panevas  L.L.C. aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Heritage  LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Creditor Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Holdings  L.P. aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff K&M Insurance Investors  LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Holdings  LP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Defendant Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC |

Case 8:22-bk-01210-CED   Doc 328   Filed 09/07/23   Page 3 of 8

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 3 of 6 |
| Date Rcvd: Sep 05, 2023 | Form ID: pdfdoc | Total Noticed: 25 |

| | |
|---|---|
| | aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Plaintiff Trifon Houvardas aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Defendant Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | |
| | on behalf of Creditor Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Mongelluzzi | |
| | on behalf of Interested Party Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com |
| Andrew J Mongelluzzi | |
| | on behalf of Defendant Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com |
| Buddy D Ford | |
| | on behalf of Defendant Maria Kokolakis Kastrenakes Buddy@TampaEsq.com Jonathan@tampaesq.com;Heather@tampaesq.com;Staci@tampaesq.com;Leigh@tampaesq.com;Jill@tampaesq.com |
| Buddy D Ford | |
| | on behalf of Defendant Michael Kastrenakes Buddy@TampaEsq.com Jonathan@tampaesq.com;Heather@tampaesq.com;Staci@tampaesq.com;Leigh@tampaesq.com;Jill@tampaesq.com |
| Cameryn Rebecca Lackey | |
| | on behalf of Creditor Cygram Holdings L.P. clackey@anthonyandpartners.com, efilings@anthonyandpartners.com |
| Cameryn Rebecca Lackey | |
| | on behalf of Creditor Cygram Heritage LLLP clackey@anthonyandpartners.com, efilings@anthonyandpartners.com |
| Cameryn Rebecca Lackey | |
| | on behalf of Creditor Panayiotis Vasiloudes clackey@anthonyandpartners.com efilings@anthonyandpartners.com |
| Cameryn Rebecca Lackey | |
| | on behalf of Creditor Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC clackey@anthonyandpartners.com, efilings@anthonyandpartners.com |
| Danielle S Kemp | |
| | on behalf of Creditor Courtney Leasing Inc. kempd@gtlaw.com, tpalitdock@gtlaw.com;shannon.simpson@gtlaw.com |
| David Delrahim | |
| | on behalf of Defendant Platinum Auto Finance of Tampa Bay LLC ddelrahim@eflegal.com, kfleming@eflegal.com;eportal_service@eflegal.com |
| David J. Jurkiewicz | |
| | on behalf of Creditor NextGear Capital Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com |
| David J. Jurkiewicz | |
| | on behalf of Plaintiff NextGear Capital Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com |
| David J. Jurkiewicz | |
| | on behalf of Defendant NextGear Capital Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com |
| Frederick F Rudzik | |
| | on behalf of Creditor State Of Florida Dept. of Revenue (LL) rudzikf@dor.state.fl.us ffrudzik@aol.com |
| Grey Squires Binford | |
| | on behalf of Creditor SouthState Bank N.A. grey@binford-law.com |
| Ira Scot Silverstein | |
| | on behalf of Creditor Westlake Flooring Company LLC iss@lgplaw.com, lp@lgplaw.com;de@lgplaw.com |
| J Steven Wilkes | |
| | on behalf of U.S. Trustee United States Trustee - TPA steven.wilkes@usdoj.gov |
| James Randolph Liebler, II | |
| | on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| Jennifer Smith Thomas | |
| | on behalf of Interested Party Automotive Finance Corporation jthomas@rumberger.com |
| Joel M Aresty | |
| | on behalf of Interested Party Platinum Auto Finance of Tampa Bay aresty@icloud.com |
| John A Anthony | |
| | on behalf of Plaintiff Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |

| | |
|---|---|
| John A Anthony | on behalf of Creditor Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Cygram Heritage  LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Creditor Panevas  L.L.C. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Panevas  L.L.C. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Cygram Holdings  L.P. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Trifon Houvardas janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Creditor Cygram Heritage  LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Defendant Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Creditor Trifon Houvardas janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Creditor Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Creditor K&M Insurance Investors  LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Cygram Holdings  LP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff Dr. Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Creditor Cygram Holdings  L.P. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Plaintiff K&M Insurance Investors  LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John A Anthony | on behalf of Defendant Cygram Heritage  LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com |
| John Blair Boyd | on behalf of Creditor Grow Financial Federal Credit Union bk@svllaw.com |
| Kathleen DiSanto | on behalf of Defendant Maria Kastrenakes  as an individual kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | on behalf of Defendant Maria Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | on behalf of Defendant Evangeline Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | |

Case 8:22-bk-01210-CED    Doc 328    Filed 09/07/23    Page 5 of 8

| District/off: 113A-8 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Sep 05, 2023 | Form ID: pdfdoc | Total Noticed: 25 |

| | |
|---|---|
| | on behalf of Interested Party CPX Holdings LLC kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | |
| | on behalf of Defendant Pagona Kokolakis kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | |
| | on behalf of Defendant CPX Holdings LLC kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | |
| | on behalf of Creditor CPX Holdings LLC kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | |
| | on behalf of Interested Party Maria Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | |
| | on behalf of Defendant Maria Kokolakis Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kristian S Oldham | |
| | on behalf of Creditor State Of Florida Dept. of Revenue (LL) kristian.oldham@floridarevenue.com |
| Lindsey A Savastano | |
| | on behalf of Defendant William Hilgenfeldt Lindsey.Savastano@gmlaw.com michelle.torres@gmlaw.com |
| Lindsey A Savastano | |
| | on behalf of Creditor William Hilgenfeldt Lindsey.Savastano@gmlaw.com michelle.torres@gmlaw.com |
| Lindsey A Savastano | |
| | on behalf of Interested Party Shirley Palumbo Lindsey.Savastano@gmlaw.com michelle.torres@gmlaw.com |
| Lindsey A Savastano | |
| | on behalf of Defendant Wlliam Hilgenfeldt Lindsey.Savastano@gmlaw.com michelle.torres@gmlaw.com |
| Lynn Welter Sherman | |
| | on behalf of Original Trustee Traci Stevenson lsherman@trenam.com tyatsco@trenam.com;jstraw@trenam.com |
| Lynn Welter Sherman | |
| | on behalf of Trustee Traci K. Stevenson lsherman@trenam.com tyatsco@trenam.com;jstraw@trenam.com |
| Lynn Welter Sherman | |
| | on behalf of Interested Party Traci Stevenson lsherman@trenam.com tyatsco@trenam.com;jstraw@trenam.com |
| Murray B Silverstein | |
| | on behalf of Interested Party Murray B. Silverstein murray.silverstein@gmlaw.com nancy.akins@gmlaw.com |
| Murray B Silverstein | |
| | on behalf of Defendant Wlliam Hilgenfeldt murray.silverstein@gmlaw.com nancy.akins@gmlaw.com |
| Nathan A Wheatley | |
| | on behalf of U.S. Trustee United States Trustee - TPA nathan.a.wheatley@usdoj.gov |
| Nicholas Lafalce | |
| | on behalf of Plaintiff Cygram Holdings LP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Defendant Cygram Heritage LLLP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Creditor Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Plaintiff Cygram Heritage LLLP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Plaintiff Panevas L.L.C. nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Plaintiff Dr. Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Plaintiff Trifon Houvardas nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |
| | on behalf of Plaintiff K&M Insurance Investors LLC nlafalce@anthonyandpartners.com, |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 6 of 6 |
| Date Rcvd: Sep 05, 2023 | Form ID: pdfdoc | Total Noticed: 25 |

cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
    on behalf of Creditor Cygram Heritage  LLLP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
    on behalf of Plaintiff Cygram Holdings  L.P. nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
    on behalf of Plaintiff Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
    on behalf of Plaintiff Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
    on behalf of Defendant Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicole Mariani Noel
    on behalf of Plaintiff Thomas Zervas bankruptcynotices@kasslaw.com  nmnoel@ecf.courtdrive.com

Nicole Mariani Noel
    on behalf of Plaintiff Kostantinos Papaspanos bankruptcynotices@kasslaw.com  nmnoel@ecf.courtdrive.com

Robert Schermer, I
    on behalf of Creditor SouthState Bank  N.A. rschermer@manateelegal.com

Robert Bruce George
    on behalf of Creditor First Home Bank rgeorge@thelilesfirm.com  aperry@thelilesfirm.com;rmittauer@thelilesfirm.com

Scott A. Stichter
    on behalf of Plaintiff Michael Kastrenakes sstichter.ecf@srbp.com  srbpecf@srbp.com

Scott A. Stichter
    on behalf of Attorney Stichter  Riedel, Blain & Postler, P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com

Scott A. Stichter
    on behalf of Accountant Jerry Makris  C.P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com

Scott A. Stichter
    on behalf of Spec. Counsel Moffa  Sutton & Donnini, P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com

Scott A. Stichter
    on behalf of Defendant Michael Kastrenakes sstichter.ecf@srbp.com  srbpecf@srbp.com

Scott D Knapp
    on behalf of Plaintiff NextGear Capital  Inc. scott.knapp@nelsonmullins.com

Scott D Knapp
    on behalf of Defendant NextGear Capital  Inc. scott.knapp@nelsonmullins.com

Scott D Knapp
    on behalf of Creditor NextGear Capital  Inc. scott.knapp@nelsonmullins.com

Teresa M Hair
    on behalf of Creditor Wells Fargo Bank  N.A. teresa.hair@brockandscott.com, WBECF@brockandscott.com

Teresa Marie Dorr
    on behalf of U.S. Trustee United States Trustee - TPA teresa.dorr@usdoj.gov

Toni Townsend
    on behalf of Creditor U.S. Bank National Association toni.townsend@mccalla.com  mccallaecf@ecf.courtdrive.com

Traci K. Stevenson
    tracikstevenson@gmail.com  tks@trustesolutions.net;alishamariehall@gmail.com

United States Trustee - TPA
    USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 104

ORDERED.

Dated:  September 05, 2023

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                    Case No.: 8:22-bk-01210-CED

Michael Kastrenakes,                                          Chapter: 7

Debtor.

_____/

**AGREED ORDER FURTHER EXTENDING TIME TO EITHER
FILE A MOTION TO DISMISS AND/OR TO OBJECT TO DISCHARGE**

THIS CASE comes before the Court upon the United States Trustee Motion to Extend Time to Either File a Motion to Dismiss and/or to Object to Discharge (Doc. 317) (the "Motion").  The United States Trustee has requested an extension of the deadline to either seek dismissal pursuant to 11 U.S.C. § 707(b) and/or to file a complaint objecting to entry of the discharge pursuant to 11 U.S.C. § 727 until December 14, 2023.  By submission of this order for entry, the submitting party represents that the debtor consents to its entry.  Upon the foregoing, the Court finds and concludes that the motion was served upon all interested parties, that the debtor agrees to the extension, and the relief requested in the

Motion is appropriate under the circumstances and within the discretion of the Court. Accordingly, **IT IS ORDERED** that:

1. The Motion is **GRANTED.**

2. The deadline for the United States Trustee to either seek dismissal of this case pursuant to 11 U.S.C. § 707(b) and/or to file a complaint objecting to entry of discharge pursuant to 11 U.S.C. § 727 is hereby extended until December 14, 2023.

Clerk's Office to serve order.