**[Dntcpdsm]** [District Notice of Proposed Dismissal of Complaint Objecting to Entry of Discharge]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                              Case No. 8:22–bk–01210–CED

Michael Kastrenakes                                 Chapter 7


_____Debtor*_____/

Panayiotis Vasiloudes

Cygram Heritage, LLLP

Cygram Holdings, LP

      Plaintiff*

vs.                                                 Adv. Pro. No. 8:22–ap–00095–CED

Michael Kastrenakes


_____Defendant*_____/

### NOTICE OF PROPOSED DISMISSAL
### OF COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

NOTICE IS GIVEN THAT:

    The Plaintiff and Defendant have stipulated to the dismissal of the complaint objecting to Defendant's discharge under 11 U.S.C. § 727. Pursuant to Federal Rule of Bankruptcy Procedure 7041, notice is given that any interested party may come before the Court and intervene as a substitute party plaintiff.

    Any interested party wishing to prosecute this adversary proceeding or otherwise be heard must file a written objection with the Court no later than 21 days from the date of this notice. If no objection is timely filed, the Court will dismiss this adversary proceeding.


                                FOR THE COURT

Dated: August 2, 2023        Sheryl L. Loesch , Clerk of Court

                                Sam M. Gibbons United States Courthouse
                                801 North Florida Avenue, Suite 555
                                Tampa, FL 33602


The Clerk's office is directed to serve a copy of this notice on interested parties.

All references to "Plaintiff" or "Defendant" include and refer to multiple plaintiffs or defendants.

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.