United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 22-01210-CED |
| Michael Kastrenakes | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 7 |
| Date Rcvd: Sep 08, 2023 | Form ID: pdfADIcr | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 30095954 | + | Automotive Finance Corporation, Jennifer Smith Thomas, Rumberger Kirk & Caldwell P.A., 300 South Orange Avenue, Suite 1400, Orlando, Florida 32801-3380 |
| 29942993 | | CPX Holdings, LLC, c/o Bush Ross, P.A., Attn. Adam Lawton Alpert, Esq., Post Office Box 3913, Tampa, FL 33601-3913 |
| 29927078 | | CPX Holdings, LLC, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., Post Office Box 3913, Tampa, FL 33601-3913 |
| 29924460 | + | CPX Holdings, LLC, 1755 McCauley Rd., Clearwater, FL 33765-1510 |
| 29924458 | + | CallPass, LLC, 4592 Ulmerton Rd., #201, Clearwater, FL 33762-4107 |
| 29948336 | + | Carlouel Yacht Club, 1091 El Dorado Ave., Clearwater Beach, FL 33767-1099 |
| 29924459 | + | Courtney Leasing, Inc., 8126 Benrus Street, Orlando, FL 32827-5074 |
| 29932196 | | Courtney Leasing, Inc., Danielle S. Kemp, Esq., GREENBERG TRAURIG, P.A., 101 E. Kennedy Blvd., Suite 1900, Tampa, FL 33602-5148 |
| 30212199 | + | Creditor Vasiloudes and Cygram, c/o NICHOLAS LAFALCE, ESQUIRE, 100 S. Ashley Drive, Suite 1600, Tampa, Florida 33602-5318 |
| 29926332 | + | Cygram Heritage, LLLP, c/o John A. Anthony, Esquire, Anthony & Partners, LLC, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| 29936956 | + | Cygram Heritage, LLLP, c/o Andrew J. Ghekas, Esq., Anthony & Partners, LLC, 100 S. Ashley Dr., Suite 1600, Tampa, FL 33602-5318 |
| 30004611 | + | Cygram Heritage, LLLP, derivatively on behalf of N, c/o John A. Anthony, Esquire, Anthony & Partners, LLC, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| 30004604 | + | Cygram Holdings, L.P., c/o John A. Anthony, Esquire, Anthony & Partners, LLC, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| 29960713 | | Deanna Tsetsekas, 300 Lepredhaun Lane, Dunedin, FL 34698 |
| 30004610 | + | Dr. Panayiotis Vasiloudes, c/o John A. Anthony, Esquire, Anthony & Partners, LLC, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| 29936955 | + | Dr. Panayiotis Vasiloudes, c/o Andrew J. Ghekas, Esq., Anthony & Partners, LLC, 100 S. Ashley Dr., Suite 1600, Tampa, FL 33602-5318 |
| 29924471 | + | Evangeline Kastrenakes, 1780 McCauley Rd., Clearwater, FL 33765-1541 |
| 29951221 | + | First Home Bank, ATT: Robert B. George & Ryan J. Mittauer, The Liles Firm, PA, 50 N Laura St., Ste. 1200, Jacksonville, FL 32202-3670 |
| 29924463 | + | First Home Bank, 5250 Park Blvd. N., Pinellas Park, FL 33781-3417 |
| 29924473 | + | George Lagos, 1473 Sturbridge Ct., Dunedin, FL 34698-2263 |
| 29945764 | + | Gilbert M. Singer, Esquire, 5104 South Westshore Blvd., Tampa, FL 33611-5650 |
| 30036960 | + | Greenspoon Marder LLP, C/O Shirley Palumbo, Esq., City Place,525 Okeechobee Blvd, Suite 90, West Palm Beach, FL 33401-6306 |
| 29941553 | | Grow Financial Credit Union, Sorenson Van Leuven, PLLC., J. Blair Boyd, Esquire, Post Office Box 3637, Tallahassee, FL 32315-3637 |
| 29948338 | + | HF Financial, LLC, 701 Spottis Woode Lane, Clearwater, FL 33756-5267 |
| 29924468 | + | Howard Howell, 701 Spottis Woode Lane, Clearwater, FL 33756-5267 |
| 29948339 | + | Irene Pappas, Trustee of the Irene, Pappas Revocable Trust utd 8/23/99, 2632 Velventos Dr., Clearwater, FL 33761-1710 |
| 29924466 | + | Jeff Hackett, 1515 E. Lake Woodlands Pkwy., Oldsmar, FL 34677-1903 |
| 29924469 | | Julia Rice, Esq., State Attorney's Office, P.O. Box 5028, Riverview, FL 33578 |
| 29924470 | + | K&M Insurance Investors, LLC, c/o John Anthony, Esq., Anthony & Partners, 100 S. Ashley Dr., #1600, Tampa, FL 33602-5318 |
| 29924476 | + | Konstantinos Papaspanos, c/o Gilbert M. Singer, Esq., 5104 S. Westshore Blvd., Tampa, FL 33611-5650 |
| 29948341 | + | New York Life Insurance and, Annuity Corporation, P.O. Box 6916, Cleveland, OH 44101-1916 |
| 29948340 | | New York Life Insurance and, Annuity Corp., P.O. Box 139052, Dallas, TX 75313-9052 |
| 29924474 | | NextGear Capital, Inc., c/o Scott D. Knapp, Esq, 390 N. Orange Ave., #1400, Orlando, FL 32801-1687 |
| 29931804 | + | NextGear Capital, Inc., c/o Scott D. Knapp, esq, Nelson Mullins Riley & Scarborough LLP, 390 North Orange Avenue, Suite 1400 Orlando, FL 32801-1687 |
| 30130468 | + | Office of the Attorney General, State of Florida,, Department of Legal Affairs, 3507 E. Frontage Road, Suite 325, Tampa, FL 33607-1795 |
| 29924472 | + | Pagona Kokolakis, 103 Buena Vista Dr. S., Dunedin, FL 34698-3305 |
| 29924475 | + | Panayiotis Vasiloudes, MD, PHD, c/o John Anthony, Esq., Anthony & Partners, 100 S. Ashley Dr., #1600, Tampa, FL 33602-5318 |
| 30025659 | + | Platinum Auto Finance of Tampa Bay, LLC, c/o Joel M. Aresty, P.A., 309 1st Ave S., Tierra Verde, FL 33715-2231 |
| 30152842 | + | Shirley Palumbo, Esq., Edmund O. Loos, III, Esq., 201 E. Pine St., Ste 500, Orlando FL 32801-2718 |
| 30047044 | + | Shirley Palumbo, Esq., Greenspoon Marder LLP, 401 E Jackson Street, Suite 3650, Tampa FL 33602-5252 |

| District/off: 113A-8 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: pdfADIcr | Total Noticed: 68 |

| | | |
|---|---|---|
| 29924477 | | South State Bank, P.O. Box 9602, Nichols, FL 33863 |
| 29924478 | + | SouthState Bank, 3711 Tampa Rd., Oldsmar, FL 34677-6309 |
| 29971353 | + | SouthState Bank, N.A., c/o Robert C. Schermer, Esq., 410 43rd St. W., Ste. N, Bradenton, FL 34209-2923 |
| 29951786 | + | SouthState Bank, NA, Att: Edward J Peterson III, Esq, Stichter Riedel Blain & Postler, PA, 110 East Madison Street, Suite 200, Tampa, FL 33602-4718 |
| 30027431 | + | THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS, c/o Nicole Mariani Noel, P.O. Box 800, Tampa, FL 33601-0800 |
| 29947650 | + | Teresa M. Hair, Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Charlotte, NC 28217-3983 |
| 29924482 | + | Thomas Zervas, c/o Gilbert Singer, Esq., 5104 S. Westshore Blvd., Tampa, FL 33611-5650 |
| 29948343 | + | Thomas Zervas, 2632 Velventos Dr., Clearwater, FL 33761-1710 |
| 29945765 | + | Thomas Zervas and Konstantinos Papaspanos, 5104 South Westshore Blvd., Tampa, FL 33611-5650 |
| 29924467 | + | Trifon Houvardas, c/o John Anthony, Esq., Anthony & Partners, 100 S. Ashley Dr., #1600, Tampa, FL 33602-5318 |
| 29948337 | + | Vasilios and Eva Gargeros, 2132 Gulf View Blvd., Unit 14/24, Dunedin, FL 34698-2101 |
| 30123519 | + | WESTLAKE FLOORING COMPANY, LLC, c/o Ira Scot Silverstein, Esquire, Liebler Gonzalez & Portuondo, 44 West Flagler Street-25th Floor, Miami, FL 33130-1817 |
| 30122217 | + | Westlake Flooring Co LLC, c/o Liebler, Gonzales & Portuondo, 44 West Flagler Street - 25th Floor, Miami, FL 33130-1808 |
| 29993647 | + | Westlake Flooring Co., LLC, c/o James R. Liebler, II, Esq., Liebler Gonzalez & Portuondo, 44 West Flagler Street 25th Floor, Miami, FL 33130-1817 |
| 29924481 | | Westlake Flooring Co., LLC, 8000 Wilshire Blvd., Los Angeles, CA 90010 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29924457 | | Email/Text: OGCBankruptcy@floridarevenue.com | Sep 08 2023 21:33:00 | Department of Revenue, PO Box 6668, Tallahassee FL 32314-6668 |
| 29924464 | + | Email/Text: OGCBankruptcy@floridarevenue.com | Sep 08 2023 21:33:00 | Florida Department of Revenue, 5050 W. Tennessee St., Tallahassee, FL 32399-0100 |
| 29924465 | | Email/Text: lossrecoveryteam@growfinancial.org | Sep 08 2023 21:34:00 | Grow Financial, P.O. Box 89909, Tampa, FL 33689-0415 |
| 29924456 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2023 21:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 30003982 | | Email/Text: Kathleen.DiSanto@txitrustee.com | Sep 08 2023 21:34:00 | Maria Kastrenakes, c/o Kathleen L. DiSanto, Esq., Post Office Box 3913, Tampa, FL 33601-3913 |
| 30001085 | + | Email/Text: bankruptcy@discoverdsc.com | Sep 08 2023 21:33:00 | NextGear Capital, Inc., 11799 North College Avenue, Carmel, IN 46032-5605 |
| 30411716 | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Sep 08 2023 21:34:00 | Office of the United States Trustee, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| 29951785 | + | Email/Text: bankruptcy@southstatebank.com | Sep 08 2023 21:34:00 | SouthState Bank N.A., Attn: Bankruptcy, PO Box 1900, Cornelia, GA 30531-7900 |
| 30000585 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 08 2023 21:34:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 29948342 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 08 2023 21:34:00 | U.S. Bank, N.A., Southeast RV/Marine, P.O. Box 790179, Saint Louis, MO 63179-0179 |
| 29951254 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 08 2023 21:37:25 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 29924480 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 08 2023 21:37:24 | Wells Fargo Mortgage, 101 N. Phillips Ave., Sioux Falls, SD 57104-6714 |
| 29937411 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 08 2023 21:37:15 | Wells Fargo, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29924479 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U.S. Bank, N.A., P.O. Box 3427, Oshkosh, WI 54902 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L Alpert | on behalf of Creditor CPX Holdings LLC aalpert@bushross.com, bankruptcy.eservice@bushross.com |
| Adam L Alpert | on behalf of Interested Party Maria Kastrenakes aalpert@bushross.com bankruptcy.eservice@bushross.com |
| Andrew D Atkins | on behalf of Other Prof. PMOF Special Situations Private Credit Fund LLC andrew.atkins@troutman.com debbie.currie@troutman.com |
| Andrew J Ghekas | on behalf of Plaintiff K&M Insurance Investors LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Holdings LP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Defendant Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Trifon Houvardas aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Defendant Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Creditor Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Panevas L.L.C. aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |

Case 8:22-bk-01210-CED   Doc 365   Filed 09/10/23   Page 4 of 9

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 4 of 7 |
| Date Rcvd: Sep 08, 2023 | Form ID: pdfADIcr | Total Noticed: 68 |

Andrew J Ghekas
    on behalf of Plaintiff Cygram Heritage LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Plaintiff Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Creditor Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas
    on behalf of Plaintiff Cygram Holdings L.P. aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Mongelluzzi
    on behalf of Interested Party Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com

Andrew J Mongelluzzi
    on behalf of Defendant Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com

Buddy D Ford
    on behalf of Defendant Maria Kokolakis Kastrenakes Buddy@TampaEsq.com Jonathan@tampaesq.com;Heather@tampaesq.com;Staci@tampaesq.com;Leigh@tampaesq.com;Jill@tampaesq.com

Buddy D Ford
    on behalf of Defendant Michael Kastrenakes Buddy@TampaEsq.com Jonathan@tampaesq.com;Heather@tampaesq.com;Staci@tampaesq.com;Leigh@tampaesq.com;Jill@tampaesq.com

Cameryn Rebecca Lackey
    on behalf of Creditor Panayiotis Vasiloudes clackey@anthonyandpartners.com efilings@anthonyandpartners.com

Cameryn Rebecca Lackey
    on behalf of Creditor Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC clackey@anthonyandpartners.com, efilings@anthonyandpartners.com

Cameryn Rebecca Lackey
    on behalf of Creditor Cygram Holdings L.P. clackey@anthonyandpartners.com, efilings@anthonyandpartners.com

Cameryn Rebecca Lackey
    on behalf of Creditor Cygram Heritage LLLP clackey@anthonyandpartners.com, efilings@anthonyandpartners.com

Danielle S Kemp
    on behalf of Creditor Courtney Leasing Inc. kempd@gtlaw.com, tpalitdock@gtlaw.com;shannon.simpson@gtlaw.com

David Delrahim
    on behalf of Defendant Platinum Auto Finance of Tampa Bay LLC ddelrahim@eflegal.com, kfleming@eflegal.com;eportal_service@eflegal.com

David J. Jurkiewicz
    on behalf of Creditor NextGear Capital Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

David J. Jurkiewicz
    on behalf of Plaintiff NextGear Capital Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

David J. Jurkiewicz
    on behalf of Defendant NextGear Capital Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

Frederick F Rudzik
    on behalf of Creditor State Of Florida Dept. of Revenue (LL) rudzikf@dor.state.fl.us ffrudzik@aol.com

Grey Squires Binford
    on behalf of Creditor SouthState Bank N.A. grey@binford-law.com

Ira Scot Silverstein
    on behalf of Creditor Westlake Flooring Company LLC iss@lgplaw.com, lp@lgplaw.com;de@lgplaw.com

J Steven Wilkes
    on behalf of U.S. Trustee United States Trustee - TPA steven.wilkes@usdoj.gov

James Randolph Liebler, II
    on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com, mkv@lgplaw.com

Jennifer Smith Thomas
    on behalf of Interested Party Automotive Finance Corporation jthomas@rumberger.com

Joel M Aresty
    on behalf of Interested Party Platinum Auto Finance of Tampa Bay aresty@icloud.com

John A Anthony
    on behalf of Creditor Trifon Houvardas janthony@anthonyandpartners.com

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 5 of 7 |
| Date Rcvd: Sep 08, 2023 | Form ID: pdfADIcr | Total Noticed: 68 |

efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor K&M Insurance Investors LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Holdings LP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Dr. Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Cygram Holdings L.P. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff K&M Insurance Investors LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Defendant Cygram Heritage LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Heritage LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Panevas L.L.C. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Panevas L.L.C. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Holdings L.P. janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Trifon Houvardas janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Cygram Heritage LLLP janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Defendant Panayiotis Vasiloudes janthony@anthonyandpartners.com efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John Blair Boyd

on behalf of Creditor Grow Financial Federal Credit Union bk@svllaw.com

Kathleen DiSanto

on behalf of Creditor CPX Holdings LLC kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto

on behalf of Interested Party Maria Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto

on behalf of Defendant Maria Kokolakis Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 6 of 7 |
| Date Rcvd: Sep 08, 2023 | Form ID: pdfADIcr | Total Noticed: 68 |

| | |
|---|---|
| Kathleen DiSanto | on behalf of Defendant Maria Kastrenakes as an individual kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | on behalf of Defendant Maria Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | on behalf of Defendant Evangeline Kastrenakes kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | on behalf of Interested Party CPX Holdings LLC kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | on behalf of Defendant Pagona Kokolakis kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kathleen DiSanto | on behalf of Defendant CPX Holdings LLC kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com |
| Kristian S Oldham | on behalf of Creditor State Of Florida Dept. of Revenue (LL) kristian.oldham@floridarevenue.com |
| Lindsey A Savastano | on behalf of Interested Party Shirley Palumbo Lindsey.Savastano@gmlaw.com michelle.torres@gmlaw.com |
| Lindsey A Savastano | on behalf of Defendant Wlliam Hilgenfeldt Lindsey.Savastano@gmlaw.com michelle.torres@gmlaw.com |
| Lindsey A Savastano | on behalf of Defendant William Hilgenfeldt Lindsey.Savastano@gmlaw.com michelle.torres@gmlaw.com |
| Lindsey A Savastano | on behalf of Creditor William Hilgenfeldt Lindsey.Savastano@gmlaw.com michelle.torres@gmlaw.com |
| Lynn Welter Sherman | on behalf of Interested Party Traci Stevenson lsherman@trenam.com tyatsco@trenam.com;jstraw@trenam.com |
| Lynn Welter Sherman | on behalf of Original Trustee Traci Stevenson lsherman@trenam.com tyatsco@trenam.com;jstraw@trenam.com |
| Lynn Welter Sherman | on behalf of Trustee Traci K. Stevenson lsherman@trenam.com tyatsco@trenam.com;jstraw@trenam.com |
| Murray B Silverstein | on behalf of Defendant Wlliam Hilgenfeldt murray.silverstein@gmlaw.com nancy.akins@gmlaw.com |
| Murray B Silverstein | on behalf of Interested Party Murray B. Silverstein murray.silverstein@gmlaw.com nancy.akins@gmlaw.com |
| Nathan A Wheatley | on behalf of U.S. Trustee United States Trustee - TPA nathan.a.wheatley@usdoj.gov |
| Nicholas Lafalce | on behalf of Plaintiff Cygram Holdings L.P. nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | on behalf of Plaintiff Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | on behalf of Plaintiff Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | on behalf of Defendant Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | on behalf of Plaintiff Cygram Holdings LP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | on behalf of Defendant Cygram Heritage LLLP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | on behalf of Creditor Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | |

District/off: 113A-8　　　　　　　　　　　User: admin　　　　　　　　　　　Page 7 of 7
Date Rcvd: Sep 08, 2023　　　　　　　Form ID: pdfADIcr　　　　　　　　Total Noticed: 68

| | |
|---|---|
| | on behalf of Plaintiff Cygram Heritage LLLP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | on behalf of Plaintiff Panevas L.L.C. nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | on behalf of Plaintiff Dr. Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | on behalf of Plaintiff Trifon Houvardas nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | on behalf of Plaintiff K&M Insurance Investors LLC nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicholas Lafalce | on behalf of Creditor Cygram Heritage LLLP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Nicole Mariani Noel | on behalf of Plaintiff Kostantinos Papaspanos bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com |
| Nicole Mariani Noel | on behalf of Plaintiff Thomas Zervas bankruptcynotices@kasslaw.com nmnoel@ecf.courtdrive.com |
| Robert Schermer, I | on behalf of Creditor SouthState Bank N.A. rschermer@manateelegal.com |
| Robert Bruce George | on behalf of Creditor First Home Bank rgeorge@thelilesfirm.com aperry@thelilesfirm.com;rmittauer@thelilesfirm.com |
| Scott A. Stichter | on behalf of Spec. Counsel Moffa Sutton & Donnini, P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com |
| Scott A. Stichter | on behalf of Defendant Michael Kastrenakes sstichter.ecf@srbp.com srbpecf@srbp.com |
| Scott A. Stichter | on behalf of Plaintiff Michael Kastrenakes sstichter.ecf@srbp.com srbpecf@srbp.com |
| Scott A. Stichter | on behalf of Attorney Stichter Riedel, Blain & Postler, P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com |
| Scott A. Stichter | on behalf of Accountant Jerry Makris C.P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com |
| Scott D Knapp | on behalf of Creditor NextGear Capital Inc. scott.knapp@nelsonmullins.com |
| Scott D Knapp | on behalf of Plaintiff NextGear Capital Inc. scott.knapp@nelsonmullins.com |
| Scott D Knapp | on behalf of Defendant NextGear Capital Inc. scott.knapp@nelsonmullins.com |
| Teresa M Hair | on behalf of Creditor Wells Fargo Bank N.A. teresa.hair@brockandscott.com, WBECF@brockandscott.com |
| Teresa Marie Dorr | on behalf of U.S. Trustee United States Trustee - TPA teresa.dorr@usdoj.gov |
| Toni Townsend | on behalf of Creditor U.S. Bank National Association toni.townsend@mccalla.com mccallaecf@ecf.courtdrive.com |
| Traci K. Stevenson | tracikstevenson@gmail.com tks@trustesolutions.net;alishamariehall@gmail.com |
| United States Trustee - TPA | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 104

**[Dntcpdsm]** [District Notice of Proposed Dismissal of Complaint Objecting to Entry of Discharge]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:22−bk−01210−CED

Chapter 7

Michael Kastrenakes

      Debtor*      /

Panayiotis Vasiloudes

Cygram Heritage, LLLP

Cygram Holdings, LP

    Plaintiff*

vs.  Adv. Pro. No. 8:22−ap−00095−CED

Michael Kastrenakes

      Defendant*      /

**NOTICE OF PROPOSED DISMISSAL
OF COMPLAINT OBJECTING TO ENTRY OF DISCHARGE**

NOTICE IS GIVEN THAT:

   The Plaintiff and Defendant have stipulated to the dismissal of the complaint objecting to Defendant's discharge under 11 U.S.C. § 727. Pursuant to Federal Rule of Bankruptcy Procedure 7041, notice is given that any interested party may come before the Court and intervene as a substitute party plaintiff.

   Any interested party wishing to prosecute this adversary proceeding or otherwise be heard must file a written objection with the Court no later than 21 days from the date of this notice. If no objection is timely filed, the Court will dismiss this adversary proceeding.

Dated: August 2, 2023

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

   The Clerk's office is directed to serve a copy of this notice on interested parties.

   All references to "Plaintiff" or "Defendant" include and refer to multiple plaintiffs or defendants.

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.