United States Bankruptcy Court
Middle District of Florida

In re:                                                                                          Case No. 22-01210-CED
Michael Kastrenakes                                                                   Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8                              User: admin                                        Page 1 of 7
Date Rcvd: Sep 11, 2023                        Form ID: pdfADIcr                             Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 30095954 | + | Automotive Finance Corporation, Jennifer Smith Thomas, Rumberger Kirk & Caldwell P.A., 300 South Orange Avenue, Suite 1400, Orlando, Florida 32801-3380 |
| 29942993 | | CPX Holdings, LLC, c/o Bush Ross, P.A., Attn. Adam Lawton Alpert, Esq., Post Office Box 3913, Tampa, FL 33601-3913 |
| 29927078 | | CPX Holdings, LLC, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., Post Office Box 3913, Tampa, FL 33601-3913 |
| 29924460 | + | CPX Holdings, LLC, 1755 McCauley Rd., Clearwater, FL 33765-1510 |
| 29924458 | + | CallPass, LLC, 4592 Ulmerton Rd., #201, Clearwater, FL 33762-4107 |
| 29948336 | + | Carlouel Yacht Club, 1091 El Dorado Ave., Clearwater Beach, FL 33767-1099 |
| 29924459 | + | Courtney Leasing, Inc., 8126 Benrus Street, Orlando, FL 32827-5074 |
| 29932196 | | Courtney Leasing, Inc., Danielle S. Kemp, Esq., GREENBERG TRAURIG, P.A., 101 E. Kennedy Blvd., Suite 1900, Tampa, FL 33602-5148 |
| 30212199 | + | Creditor Vasiloudes and Cygram, c/o NICHOLAS LAFALCE, ESQUIRE, 100 S. Ashley Drive, Suite 1600, Tampa, Florida 33602-5318 |
| 29936956 | + | Cygram Heritage, LLLP, c/o Andrew J. Ghekas, Esq., Anthony & Partners, LLC, 100 S. Ashley Dr., Suite 1600, Tampa, FL 33602-5318 |
| 29926332 | + | Cygram Heritage, LLLP, c/o John A. Anthony, Esquire, Anthony & Partners, LLC, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| 30004611 | + | Cygram Heritage, LLLP, derivatively on behalf of N, c/o John A. Anthony, Esquire, Anthony & Partners, LLC, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| 30004604 | + | Cygram Holdings, L.P., c/o John A. Anthony, Esquire, Anthony & Partners, LLC, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| 29960713 | | Deanna Tsetsekas, 300 Lepredhaun Lane, Dunedin, FL 34698 |
| 30004610 | + | Dr. Panayiotis Vasiloudes, c/o John A. Anthony, Esquire, Anthony & Partners, LLC, 100 S. Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| 29936955 | + | Dr. Panayiotis Vasiloudes, c/o Andrew J. Ghekas, Esq., Anthony & Partners, LLC, 100 S. Ashley Dr., Suite 1600, Tampa, FL 33602-5318 |
| 29924471 | + | Evangeline Kastrenakes, 1780 McCauley Rd., Clearwater, FL 33765-1541 |
| 29951221 | + | First Home Bank, ATT: Robert B. George & Ryan J. Mittauer, The Liles Firm, PA, 50 N Laura St., Ste. 1200, Jacksonville, FL 32202-3670 |
| 29924463 | + | First Home Bank, 5250 Park Blvd. N., Pinellas Park, FL 33781-3417 |
| 29924473 | + | George Lagos, 1473 Sturbridge Ct., Dunedin, FL 34698-2263 |
| 29945764 | + | Gilbert M. Singer, Esquire, 5104 South Westshore Blvd., Tampa, FL 33611-5650 |
| 30036960 | + | Greenspoon Marder LLP, C/O Shirley Palumbo, Esq., City Place,525 Okeechobee Blvd, Suite 90, West Palm Beach, FL 33401-6306 |
| 29941553 | + | Grow Financial Credit Union, Sorenson Van Leuven, PLLC., J. Blair Boyd, Esquire, Post Office Box 3637, Tallahassee, FL 32315-3637 |
| 29948338 | + | HF Financial, LLC, 701 Spottis Woode Lane, Clearwater, FL 33756-5267 |
| 29924468 | + | Howard Howell, 701 Spottis Woode Lane, Clearwater, FL 33756-5267 |
| 29948339 | + | Irene Pappas, Trustee of the Irene, Pappas Revocable Trust utd 8/23/99, 2632 Velventos Dr., Clearwater, FL 33761-1710 |
| 29924466 | + | Jeff Hackett, 1515 E. Lake Woodlands Pkwy., Oldsmar, FL 34677-1903 |
| 29924469 | | Julia Rice, Esq., State Attorney's Office, P.O. Box 5028, Riverview, FL 33578 |
| 29924470 | + | K&M Insurance Investors, LLC, c/o John Anthony, Esq., Anthony & Partners, 100 S. Ashley Dr., #1600, Tampa, FL 33602-5318 |
| 29924476 | + | Konstantinos Papaspanos, c/o Gilbert M. Singer, Esq., 5104 S. Westshore Blvd., Tampa, FL 33611-5650 |
| 29948341 | + | New York Life Insurance and, Annuity Corporation, P.O. Box 6916, Cleveland, OH 44101-1916 |
| 29948340 | | New York Life Insurance and, Annuity Corp., P.O. Box 139052, Dallas, TX 75313-9052 |
| 29924474 | | NextGear Capital, Inc., c/o Scott D. Knapp, Esq, 390 N. Orange Ave., #1400, Orlando, FL 32801-1687 |
| 29931804 | + | NextGear Capital, Inc., c/o Scott D. Knapp, esq, Nelson Mullins Riley & Scarborough LLP, 390 North Orange Avenue, Suite 1400 Orlando, FL 32801-1687 |
| 30130468 | + | Office of the Attorney General, State of Florida,, Department of Legal Affairs, 3507 E. Frontage Road, Suite 325, Tampa, FL 33607-1795 |
| 29924472 | + | Pagona Kokolakis, 103 Buena Vista Dr. S., Dunedin, FL 34698-3305 |
| 29924475 | + | Panayiotis Vasiloudes, MD, PHD, c/o John Anthony, Esq., Anthony & Partners, 100 S. Ashley Dr., #1600, Tampa, FL 33602-5318 |
| 30025659 | + | Platinum Auto Finance of Tampa Bay, LLC, c/o Joel M. Aresty, P.A., 309 1st Ave S., Tierra Verde, FL 33715-2231 |
| 30152842 | + | Shirley Palumbo, Esq., Edmund O. Loos, III, Esq., 201 E. Pine St., Ste 500, Orlando FL 32801-2718 |
| 30047044 | + | Shirley Palumbo, Esq., Greenspoon Marder LLP, 401 E Jackson Street, Suite 3650, Tampa FL 33602-5252 |

| | | |
|---|---|---|
| 29924477 | | South State Bank, P.O. Box 9602, Nichols, FL 33863 |
| 29924478 | + | SouthState Bank, 3711 Tampa Rd., Oldsmar, FL 34677-6309 |
| 29971353 | + | SouthState Bank, N.A., c/o Robert C. Schermer, Esq., 410 43rd St. W., Ste. N, Bradenton, FL 34209-2923 |
| 29951786 | + | SouthState Bank, NA, Att: Edward J Peterson III, Esq, Stichter Riedel Blain & Postler, PA, 110 East Madison Street, Suite 200, Tampa, FL 33602-4718 |
| 30027431 | + | THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS, c/o Nicole Mariani Noel, P.O. Box 800, Tampa, FL 33601-0800 |
| 29947650 | + | Teresa M. Hair, Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Charlotte, NC 28217-3983 |
| 29924482 | + | Thomas Zervas, c/o Gilbert Singer, Esq., 5104 S. Westshore Blvd., Tampa, FL 33611-5650 |
| 29948343 | + | Thomas Zervas, 2632 Velventos Dr., Clearwater, FL 33761-1710 |
| 29945765 | + | Thomas Zervas and Konstantinos Papaspanos, 5104 South Westshore Blvd., Tampa, FL 33611-5650 |
| 29924467 | + | Trifon Houvardas, c/o John Anthony, Esq., Anthony & Partners, 100 S. Ashley Dr., #1600, Tampa, FL 33602-5318 |
| 29948337 | + | Vasilios and Eva Gargeros, 2132 Gulf View Blvd., Unit 14/24, Dunedin, FL 34698-2101 |
| 30123519 | + | WESTLAKE FLOORING COMPANY, LLC, c/o Ira Scot Silverstein, Esquire, Liebler Gonzalez & Portuondo, 44 West Flagler Street-25th Floor, Miami, FL 33130-1817 |
| 30122217 | + | Westlake Flooring Co LLC, c/o Liebler, Gonzales & Portuondo, 44 West Flagler Street - 25th Floor, Miami, FL 33130-1808 |
| 29993647 | + | Westlake Flooring Co., LLC, c/o James R. Liebler, II, Esq., Liebler Gonzalez & Portuondo, 44 West Flagler Street 25th Floor, Miami, FL 33130-1817 |
| 29924481 | | Westlake Flooring Co., LLC, 8000 Wilshire Blvd., Los Angeles, CA 90010 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29924457 | | Email/Text: OGCBankruptcy@floridarevenue.com | Sep 11 2023 21:21:00 | Department of Revenue, PO Box 6668, Tallahassee FL 32314-6668 |
| 29924464 | + | Email/Text: OGCBankruptcy@floridarevenue.com | Sep 11 2023 21:21:00 | Florida Department of Revenue, 5050 W. Tennessee St., Tallahassee, FL 32399-0100 |
| 29924465 | | Email/Text: lossrecoveryteam@growfinancial.org | Sep 11 2023 21:22:00 | Grow Financial, P.O. Box 89909, Tampa, FL 33689-0415 |
| 29924456 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 11 2023 21:22:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 30003982 | | Email/Text: Kathleen.DiSanto@txitrustee.com | Sep 11 2023 21:22:00 | Maria Kastrenakes, c/o Kathleen L. DiSanto, Esq., Post Office Box 3913, Tampa, FL 33601-3913 |
| 30001085 | + | Email/Text: bankruptcy@discoverdsc.com | Sep 11 2023 21:21:00 | NextGear Capital, Inc., 11799 North College Avenue, Carmel, IN 46032-5605 |
| 30411716 | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Sep 11 2023 21:22:00 | Office of the United States Trustee, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| 29951785 | + | Email/Text: bankruptcy@southstatebank.com | Sep 11 2023 21:22:00 | SouthState Bank N.A., Attn: Bankruptcy, PO Box 1900, Cornelia, GA 30531-7900 |
| 30000585 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 11 2023 21:22:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 29948342 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 11 2023 21:22:00 | U.S. Bank, N.A., Southeast RV/Marine, P.O. Box 790179, Saint Louis, MO 63179-0179 |
| 29951254 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 11 2023 21:40:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 29924480 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 11 2023 21:39:07 | Wells Fargo Mortgage, 101 N. Phillips Ave., Sioux Falls, SD 57104-6714 |
| 29937411 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 11 2023 21:39:58 | Wells Fargo, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29924479 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U.S. Bank, N.A., P.O. Box 3427, Oshkosh, WI 54902 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2023          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L Alpert | on behalf of Creditor CPX Holdings  LLC aalpert@bushross.com, bankruptcy.eservice@bushross.com |
| Adam L Alpert | on behalf of Interested Party Maria Kastrenakes aalpert@bushross.com  bankruptcy.eservice@bushross.com |
| Andrew D Atkins | on behalf of Other Prof. PMOF Special Situations Private Credit Fund LLC andrew.atkins@troutman.com debbie.currie@troutman.com |
| Andrew J Ghekas | on behalf of Plaintiff K&M Insurance Investors  LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Holdings  LP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Defendant Panayiotis Vasiloudes aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Cygram Heritage LLLP, Derivatively, on behalf of New Wave Acceptance, LLC aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Trifon Houvardas aghekas@anthonyandpartners.com crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Defendant Cygram Heritage  LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Creditor Cygram Heritage  LLLP aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |
| Andrew J Ghekas | on behalf of Plaintiff Panevas  L.L.C. aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com |

District/off: 113A-8        User: admin        Page 4 of 7

Date Rcvd: Sep 11, 2023        Form ID: pdfADIcr        Total Noticed: 68

Andrew J Ghekas

on behalf of Plaintiff Cygram Heritage  LLLP aghekas@anthonyandpartners.com,
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Plaintiff Panayiotis Vasiloudes aghekas@anthonyandpartners.com
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Creditor Panayiotis Vasiloudes aghekas@anthonyandpartners.com,
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Ghekas

on behalf of Plaintiff Cygram Holdings  L.P. aghekas@anthonyandpartners.com,
crodriguez@anthonyandpartners.com;efilings@anthonyandpartners.com

Andrew J Mongelluzzi

on behalf of Interested Party Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com

Andrew J Mongelluzzi

on behalf of Defendant Thomas K. Rowe courtdocs@clearwaterbusinesslaw.com

Buddy D Ford

on behalf of Defendant Maria Kokolakis Kastrenakes Buddy@TampaEsq.com
Jonathan@tampaesq.com;Heather@tampaesq.com;Staci@tampaesq.com;Leigh@tampaesq.com;Jill@tampaesq.com

Buddy D Ford

on behalf of Defendant Michael Kastrenakes Buddy@TampaEsq.com
Jonathan@tampaesq.com;Heather@tampaesq.com;Staci@tampaesq.com;Leigh@tampaesq.com;Jill@tampaesq.com

Cameryn Rebecca Lackey

on behalf of Creditor Panayiotis Vasiloudes clackey@anthonyandpartners.com  efilings@anthonyandpartners.com

Cameryn Rebecca Lackey

on behalf of Creditor Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC
clackey@anthonyandpartners.com, efilings@anthonyandpartners.com

Cameryn Rebecca Lackey

on behalf of Creditor Cygram Holdings  L.P. clackey@anthonyandpartners.com, efilings@anthonyandpartners.com

Cameryn Rebecca Lackey

on behalf of Creditor Cygram Heritage  LLLP clackey@anthonyandpartners.com, efilings@anthonyandpartners.com

Danielle S Kemp

on behalf of Creditor Courtney Leasing  Inc. kempd@gtlaw.com, tpalitdock@gtlaw.com;shannon.simpson@gtlaw.com

David Delrahim

on behalf of Defendant Platinum Auto Finance of Tampa Bay  LLC ddelrahim@eflegal.com,
kfleming@eflegal.com;eportal_service@eflegal.com

David J. Jurkiewicz

on behalf of Creditor NextGear Capital  Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

David J. Jurkiewicz

on behalf of Plaintiff NextGear Capital  Inc. djurkiewicz@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

David J. Jurkiewicz

on behalf of Defendant NextGear Capital  Inc. djurkiewicz@boselaw.com,
dlingenfelter@boselaw.com;mwakefield@boselaw.com

Frederick F Rudzik

on behalf of Creditor State Of Florida Dept. of Revenue (LL) rudzikf@dor.state.fl.us  ffrudzik@aol.com

Grey Squires Binford

on behalf of Creditor SouthState Bank  N.A. grey@binford-law.com

Ira Scot Silverstein

on behalf of Creditor Westlake Flooring Company  LLC iss@lgplaw.com, lp@lgplaw.com;de@lgplaw.com

J Steven Wilkes

on behalf of U.S. Trustee United States Trustee - TPA steven.wilkes@usdoj.gov

James Randolph Liebler, II

on behalf of Creditor Westlake Flooring Company  LLC jrlii@lgplaw.com, mkv@lgplaw.com

Jennifer Smith Thomas

on behalf of Interested Party Automotive Finance Corporation jthomas@rumberger.com

Joel M Aresty

on behalf of Interested Party Platinum Auto Finance of Tampa Bay aresty@icloud.com

John A Anthony

on behalf of Creditor Trifon Houvardas janthony@anthonyandpartners.com

efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC
janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Panayiotis Vasiloudes janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor K&M Insurance Investors  LLC janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Holdings  LP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Dr. Panayiotis Vasiloudes janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Cygram Holdings  L.P. janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff K&M Insurance Investors  LLC janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Defendant Cygram Heritage  LLLP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Panayiotis Vasiloudes janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC
janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Heritage  LLLP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Panevas  L.L.C. janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Panevas  L.L.C. janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Cygram Holdings  L.P. janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Plaintiff Trifon Houvardas janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Creditor Cygram Heritage  LLLP janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John A Anthony

on behalf of Defendant Panayiotis Vasiloudes janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;euzonwanne@anthonyandpartners.com

John Blair Boyd

on behalf of Creditor Grow Financial Federal Credit Union bk@svllaw.com

Kathleen DiSanto

on behalf of Creditor CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto

on behalf of Interested Party Maria Kastrenakes kdisanto@bushross.com,
bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto

on behalf of Defendant Maria Kokolakis Kastrenakes kdisanto@bushross.com,
bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Defendant Maria Kastrenakes  as an individual kdisanto@bushross.com,
bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Defendant Maria Kastrenakes kdisanto@bushross.com  bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Defendant Evangeline Kastrenakes kdisanto@bushross.com
bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Interested Party CPX Holdings  LLC kdisanto@bushross.com,
bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Defendant Pagona Kokolakis kdisanto@bushross.com  bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kathleen DiSanto
on behalf of Defendant CPX Holdings  LLC kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com

Kristian S Oldham
on behalf of Creditor State Of Florida Dept. of Revenue (LL) kristian.oldham@floridarevenue.com

Lindsey A Savastano
on behalf of Interested Party Shirley Palumbo Lindsey.Savastano@gmlaw.com  michelle.torres@gmlaw.com

Lindsey A Savastano
on behalf of Defendant Wlliam Hilgenfeldt Lindsey.Savastano@gmlaw.com  michelle.torres@gmlaw.com

Lindsey A Savastano
on behalf of Defendant William Hilgenfeldt Lindsey.Savastano@gmlaw.com  michelle.torres@gmlaw.com

Lindsey A Savastano
on behalf of Creditor William Hilgenfeldt Lindsey.Savastano@gmlaw.com  michelle.torres@gmlaw.com

Lynn Welter Sherman
on behalf of Interested Party Traci Stevenson lsherman@trenam.com  tyatsco@trenam.com;jstraw@trenam.com

Lynn Welter Sherman
on behalf of Original Trustee Traci Stevenson lsherman@trenam.com  tyatsco@trenam.com;jstraw@trenam.com

Lynn Welter Sherman
on behalf of Trustee Traci K. Stevenson lsherman@trenam.com  tyatsco@trenam.com;jstraw@trenam.com

Murray B Silverstein
on behalf of Defendant Wlliam Hilgenfeldt murray.silverstein@gmlaw.com  nancy.akins@gmlaw.com

Murray B Silverstein
on behalf of Interested Party Murray B. Silverstein murray.silverstein@gmlaw.com  nancy.akins@gmlaw.com

Nathan A Wheatley
on behalf of U.S. Trustee United States Trustee - TPA nathan.a.wheatley@usdoj.gov

Nicholas Lafalce
on behalf of Plaintiff Cygram Holdings  L.P. nlafalce@anthonyandpartners.com,
cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Plaintiff Panayiotis Vasiloudes nlafalce@anthonyandpartners.com
cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Plaintiff Cygram Heritage  LLLP, Derivatively, on behalf of New Wave Acceptance, LLC
nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Defendant Panayiotis Vasiloudes nlafalce@anthonyandpartners.com
cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Plaintiff Cygram Holdings  LP nlafalce@anthonyandpartners.com,
cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Defendant Cygram Heritage  LLLP nlafalce@anthonyandpartners.com,
cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Creditor Panayiotis Vasiloudes nlafalce@anthonyandpartners.com,
cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce

Nicholas Lafalce
on behalf of Plaintiff Cygram Heritage  LLLP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Plaintiff Panevas  L.L.C. nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Plaintiff Dr. Panayiotis Vasiloudes nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Plaintiff Trifon Houvardas nlafalce@anthonyandpartners.com cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Plaintiff K&M Insurance Investors  LLC nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicholas Lafalce
on behalf of Creditor Cygram Heritage  LLLP nlafalce@anthonyandpartners.com, cgay@anthonyandpartners.com;efilings@anthonyandpartners.com

Nicole Mariani Noel
on behalf of Plaintiff Kostantinos Papaspanos bankruptcynotices@kasslaw.com  nmnoel@ecf.courtdrive.com

Nicole Mariani Noel
on behalf of Plaintiff Thomas Zervas bankruptcynotices@kasslaw.com  nmnoel@ecf.courtdrive.com

Robert Schermer, I
on behalf of Creditor SouthState Bank  N.A. rschermer@manateelegal.com

Robert Bruce George
on behalf of Creditor First Home Bank rgeorge@thelilesfirm.com  aperry@thelilesfirm.com;rmittauer@thelilesfirm.com

Scott A. Stichter
on behalf of Spec. Counsel Moffa  Sutton & Donnini, P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com

Scott A. Stichter
on behalf of Defendant Michael Kastrenakes sstichter.ecf@srbp.com  srbpecf@srbp.com

Scott A. Stichter
on behalf of Plaintiff Michael Kastrenakes sstichter.ecf@srbp.com  srbpecf@srbp.com

Scott A. Stichter
on behalf of Attorney Stichter  Riedel, Blain & Postler, P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com

Scott A. Stichter
on behalf of Accountant Jerry Makris  C.P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com

Scott D Knapp
on behalf of Creditor NextGear Capital  Inc. scott.knapp@nelsonmullins.com

Scott D Knapp
on behalf of Plaintiff NextGear Capital  Inc. scott.knapp@nelsonmullins.com

Scott D Knapp
on behalf of Defendant NextGear Capital  Inc. scott.knapp@nelsonmullins.com

Teresa M Hair
on behalf of Creditor Wells Fargo Bank  N.A. teresa.hair@brockandscott.com, WBECF@brockandscott.com

Teresa Marie Dorr
on behalf of U.S. Trustee United States Trustee - TPA teresa.dorr@usdoj.gov

Toni Townsend
on behalf of Creditor U.S. Bank National Association toni.townsend@mccalla.com  mccallaecf@ecf.courtdrive.com

Traci K. Stevenson
tracikstevenson@gmail.com  tks@trustesolutions.net;alishamariehall@gmail.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 104

[Dntcpdsm] [District Notice of Proposed Dismissal of Complaint Objecting to Entry of Discharge]

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re:                                        Case No. 8:22−bk−01210−CED
                                              Chapter 7
Michael Kastrenakes


_____Debtor*_____/

Panayiotis Vasiloudes

Cygram Heritage, LLLP

Cygram Holdings, LP

        Plaintiff*


vs.                                           Adv. Pro. No. 8:22−ap−00095−CED


Michael Kastrenakes



_____Defendant*_____/

### NOTICE OF PROPOSED DISMISSAL
### OF COMPLAINT OBJECTING TO ENTRY OF DISCHARGE

NOTICE IS GIVEN THAT:

    The Plaintiff and Defendant have stipulated to the dismissal of the complaint objecting to Defendant's discharge under 11 U.S.C. § 727. Pursuant to Federal Rule of Bankruptcy Procedure 7041, notice is given that any interested party may come before the Court and intervene as a substitute party plaintiff.

    Any interested party wishing to prosecute this adversary proceeding or otherwise be heard must file a written objection with the Court no later than 21 days from the date of this notice. If no objection is timely filed, the Court will dismiss this adversary proceeding.


                          FOR THE COURT
Dated: August 2, 2023     Sheryl L. Loesch , Clerk of Court
                          Sam M. Gibbons United States Courthouse
                          801 North Florida Avenue, Suite 555
                          Tampa, FL 33602


    The Clerk's office is directed to serve a copy of this notice on interested parties.

    All references to "Plaintiff" or "Defendant" include and refer to multiple plaintiffs or defendants.

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.