UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

                                          Chapter 7

MICHAEL KASTRENAKES,              CASE NO.  8:22-bk-01210-CED

                      Debtor
_____/

**NOTICE OF ABANDONMENT**

PURSUANT TO SECTION 554, BANKRUPTCY CODE, AND F.R.B.P. 6007, NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING PROPERTY THAT IS BURDENSOME AND HAS NO EQUITY FOR THE BENEFIT OF THE CHAPTER 7 ESTATE:

**1755 McCauley Rd. Clearwater FL 33764**

_____

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

       If you object to the relief requested in this paper, you must file a response with the Clerk of Court at 801 N. Florida Avenue Suite 555 Tampa, FL 33602-3899 and mail a copy to the moving party Trustee Traci K. Stevenson at P.O. Box 86690 Madeira Beach, FL 33738 within (14 days) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

       If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

       You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by U.S. Mail, electronically or hand delivered this September 29, 2023 to all creditors on the attached mailing matrix.

                                                               /s/ Traci Stevenson_____
                                                               TRACI K. STEVENSON, Trustee
                                                               P.O. Box 86690
                                                               Madeira Beach, FL 33738
                                                               (727) 397-4838
                                                               FBN 942227
                                                               tracikstevenson@gmail.com