| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:22-bk-01210-CED<br>Middle District of Florida<br>Tampa<br>Fri Sep 29 11:39:08 EDT 2023 | (p)AUTOMOTIVE FINANCE CORPORATION<br>11299 N ILLINOIS ST<br>CARMEL IN 46032-8887 | CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 |
| Cygram Heritage, LLLP<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP, Derivatively, on beha<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Holdings, L.P.<br>c/o John A. Anthony, Esq.<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| First Home Bank<br>c/o Robert B. George, Esq.<br>The Liles Firm, PA<br>50 N Laura St., Ste 1200<br>Jacksonville, FL 32202-3670 | Grow Financial Federal Credit Union<br>Sorenson Van Leuven, PLLC<br>c/o J. Blair Boyd<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Trifon Houvardas<br>c/o John A. Anthony, Esq.<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| K&M Insurance Investors, LLC<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Maria Kastrenakes<br>c/o Bush Ross, P.A.<br>Attn. Kathleen L. DiSanto, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | Michael Kastrenakes<br>1755 McCauley Rd.<br>Clearwater, FL 33765-1510 |
| Jerry Makris, C.P.A.<br>Jerry Makris C.P.A., P.A.<br>2110 Drew Street<br>Clearwater, FL 33765-3231 | Shirley Palumbo<br>Greenspoon Marder LLP<br>City Place, 525 Okeechobee Blvd., Suite<br>West Palm Beach, FL 33401-6306 | Panevas, L.L.C.<br>Anthony & Partners, c/o John Anthony<br>100 S. Ashley Drive, Suite 1600<br>Tampa, Fl 33602-5318 |
| Platinum Auto Finance of Tampa Bay<br>c/o Joel Aresty, Esq.<br>309 1st Ave S<br>Tierra Verde, Fl 33715-2231 | Thomas K. Rowe<br>19 Harbour Isle W.<br>#105<br>Ft. Pierce, FL 34949-2771 | Murray B. Silverstein<br>401 East Jackson Street<br>Suite 3650<br>Tampa, FL 33602-5252 |
| SouthState Bank, N.A.<br>c/o Robert C. Schermer, Esq.<br>Greene Hamrick Schermer & Johnson PA<br>410 43rd St. W., Ste. N<br>Bradenton, FL 34209-2923 | James H Sutton<br>Moffa, Sutton & Donnini, P.A.<br>8875 Hidden River Parkway<br>Suite 300<br>Tampa, FL 33637-2087 | Thomas Zervas And Konstantinos Papaspanos<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 |
| Martha Thorn<br>The Thorn Collection<br>Coldwell Banker International Real Estat<br>598 Indian Rocks Road<br>Belleair Bluffs, FL 33770-2016 | Panayiotis Vasiloudes<br>c/o John A. Anthony, Esq.<br>Anthony & Partners, LLC, 100 South Ashle<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Wells Fargo Bank, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 |
| Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler St.<br>Courthouse Tower - 25th FL<br>Miami, FL 33130-1808 | William Hilgenfeldt<br>Greenspoon Marder LLP<br>c/o Shirley Palumbo, Esq.<br>City Place, 525 Okeechobee Blvd.<br>Suite 900<br>West Palm Beach, FL 33401 | Automotive Finance Corporation<br>Jennifer Smith Thomas<br>Rumberger Kirk & Caldwell P.A.<br>300 South Orange Avenue, Suite 1400<br>Orlando, Florida 32801-3380 |
| CPX Holdings, LLC<br>1755 McCauley Rd.<br>Clearwater, FL 33765-1510 | CPX Holdings, LLC<br>c/o Bush Ross, P.A.<br>Attn. Adam Lawton Alpert, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | CallPass, LLC<br>4592 Ulmerton Rd., #201<br>Clearwater, FL 33762-4107 |

| | | |
|---|---|---|
| Carlouel Yacht Club<br>1091 El Dorado Ave.<br>Clearwater Beach, FL 33767-1099 | Courtney Leasing, Inc.<br>8126 Benrus Street<br>Orlando, FL 32827-5074 | Courtney Leasing, Inc.<br>Danielle S. Kemp, Esq.<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 |
| Creditor Vasiloudes and Cygram<br>c/o NICHOLAS LAFALCE, ESQUIRE<br>100 S. Ashley Drive, Suite 1600<br>Tampa, Florida 33602-5318 | Cygram Heritage, LLLP<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 | Cygram Heritage, LLLP<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Cygram Heritage, LLLP, derivatively on behal<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Cygram Holdings, L.P.<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 | Deanna Tsetsekas<br>300 Lepredhaun Lane<br>Dunedin, FL 34698 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Dr. Panayiotis Vasiloudes<br>c/o Andrew J. Ghekas, Esq.<br>Anthony & Partners, LLC<br>100 S. Ashley Dr., Suite 1600<br>Tampa, FL 33602-5318 | Dr. Panayiotis Vasiloudes<br>c/o John A. Anthony, Esquire<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, FL 33602-5318 |
| Evangeline Kastrenakes<br>1780 McCauley Rd.<br>Clearwater, FL 33765-1541 | First Home Bank<br>5250 Park Blvd. N.<br>Pinellas Park, FL 33781-3417 | First Home Bank<br>ATT: Robert B. George & Ryan J. Mittauer<br>The Liles Firm, PA<br>50 N Laura St., Ste. 1200<br>Jacksonville, FL 32202-3670 |
| Florida Department of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 | George Lagos<br>1473 Sturbridge Ct.<br>Dunedin, FL 34698-2263 | Gilbert M. Singer, Esquire<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 |
| Greenspoon Marder LLP<br>C/O Shirley Palumbo, Esq.<br>City Place,525 Okeechobee Blvd, Suite 90<br>West Palm Beach, FL 33401-6306 | Grow Financial<br>P.O. Box 89909<br>Tampa, FL 33689-0415 | Grow Financial Credit Union<br>Sorenson Van Leuven, PLLC.<br>J. Blair Boyd, Esquire<br>Post Office Box 3637<br>Tallahassee, FL  32315-3637 |
| HF Financial, LLC<br>701 Spottis Woode Lane<br>Clearwater, FL 33756-5267 | Howard Howell<br>701 Spottis Woode Lane<br>Clearwater, FL 33756-5267 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Irene Pappas, Trustee of the Irene<br>Pappas Revocable Trust utd 8/23/99<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 | Jeff Hackett<br>1515 E. Lake Woodlands Pkwy.<br>Oldsmar, FL 34677-1903 | Julia Rice, Esq.<br>State Attorney's Office<br>P.O. Box 5028<br>Riverview, FL 33578 |
| K&M Insurance Investors, LLC<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | Konstantinos Papaspanos<br>c/o Gilbert M. Singer, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Maria Kastrenakes<br>c/o Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |

| | | |
|---|---|---|
| New York Life Insurance and<br>Annuity Corp.<br>P.O. Box 139052<br>Dallas, TX 75313-9052 | New York Life Insurance and<br>Annuity Corporation<br>P.O. Box 6916<br>Cleveland, OH 44101-1916 | NextGear Capital, Inc.<br>11799 North College Avenue<br>Carmel, IN 46032-5605 |
| NextGear Capital, Inc.<br>c/o Scott D. Knapp, Esq<br>390 N. Orange Ave., #1400<br>Orlando, FL 32801-1687 | NextGear Capital, Inc.<br>c/o Scott D. Knapp, esq<br>Nelson Mullins Riley & Scarborough LLP<br>390 North Orange Avenue<br>Suite 1400<br>Orlando, FL 32801-1687 | Office of the Attorney General, State of Flo<br>Department of Legal Affairs<br>3507 E. Frontage Road, Suite 325<br>Tampa, FL 33607-1795 |
| Office of the United States Trustee<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Pagona Kokolakis<br>103 Buena Vista Dr. S.<br>Dunedin, FL 34698-3305 | Panayiotis Vasiloudes, MD, PHD<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 |
| Platinum Auto Finance of Tampa Bay, LLC<br>c/o Joel M. Aresty, P.A.<br>309 1st Ave S.<br>Tierra Verde, FL 33715-2231 | Shirley Palumbo, Esq.<br>Edmund O. Loos, III, Esq.<br>201 E. Pine St., Ste 500<br>Orlando FL 32801-2718 | Shirley Palumbo, Esq.<br>Greenspoon Marder LLP<br>401 E Jackson Street, Suite 3650<br>Tampa FL 33602-5252 |
| South State Bank<br>P.O. Box 9602<br>Nichols, FL 33863 | SouthState Bank<br>3711 Tampa Rd.<br>Oldsmar, FL 34677-6309 | SouthState Bank N.A.<br>Attn: Bankruptcy<br>PO Box 1900<br>Cornelia, GA 30531-7900 |
| SouthState Bank, N.A.<br>c/o Robert C. Schermer, Esq.<br>410 43rd St. W., Ste. N<br>Bradenton, FL 34209-2923 | SouthState Bank, NA<br>Att: Edward J Peterson III, Esq<br>Stichter Riedel Blain & Postler, PA<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Teresa M. Hair<br>Brock and Scott, PLLC<br>Attorneys at Law<br>8757 Red Oak Blvd.<br>Charlotte, NC 28217-3983 |
| Thomas Zervas<br>2632 Velventos Dr.<br>Clearwater, FL 33761-1710 | Thomas Zervas<br>c/o Gilbert Singer, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Thomas Zervas and Konstantinos Papaspanos<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 |
| Trifon Houvardas<br>c/o John Anthony, Esq.<br>Anthony & Partners<br>100 S. Ashley Dr., #1600<br>Tampa, FL 33602-5318 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Vasilios and Eva Gargeros<br>2132 Gulf View Blvd., Unit 14/24<br>Dunedin, FL 34698-2101 |
| WESTLAKE FLOORING COMPANY, LLC<br>c/o Ira Scot Silverstein, Esquire<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street- 25th Floor<br>Miami, FL 33130-1817 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis MN 55440-1629 | Wells Fargo Mortgage<br>101 N. Phillips Ave.<br>Sioux Falls, SD 57104-6714 |
| Wells Fargo, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 | Westlake Flooring Co LLC<br>c/o Liebler, Gonzales & Portuondo<br>44 West Flagler Street - 25th Floor<br>Miami, FL 33130-1808 | Westlake Flooring Co., LLC<br>8000 Wilshire Blvd.<br>Los Angeles, CA 90010 |

Westlake Flooring Co., LLC
c/o James R. Liebler, II, Esq.
Liebler Gonzalez & Portuondo
44 West Flagler Street 25th Floor
Miami, FL 33130-1817

Traci K. Stevenson +
P O Box 86690
Madeira Beach, FL 33738-6690

Frederick F Rudzik +
State of Florida, Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

Joel M Aresty +
Joel M. Aresty, P.A.
309 1st Ave S
Tierra Verde, FL 33715-2231

Scott A. Stichter +
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602-4718

United States Trustee - TPA +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Robert Schermer I+
Greene Hamrick Perrey Quinlan & Schermer
PO Box 551
Bradenton, FL 34206-0551

Lynn Welter Sherman +
Trenam Law
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701-3578

Ira Scot Silverstein +
Liebler, Gonzalaez & Portuondo
44 West Flagler Street, 25th Floor
Miami, FL 33130-1808

Adam L Alpert +
Bush Ross P.A.
Post Office Box 3913
Tampa, FL 33601-3913

Grey Squires Binford +
Grey Squires Binford P.A.
PO Box1209
Winter Park, FL 32790-1209

John A Anthony +
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

David J. Jurkiewicz +
Bose McKinney & Evans LLP
135 N. Pennsylvania St, #2700
Suite 2700
Indianapolis, IN 46204-4407

Robert Bruce George +
The Liles Firm, PA
50 N Laura St
Suite 1200
Jacksonville, FL 32202-3670

J Steven Wilkes +
Office of United States Trustee
501 East Polk Street
Tampa, FL 33602-3949

Lindsey A Savastano +
Greenspoon Marder LLP
Trade Centre South
100 West Cypress Creek Road
Ste 700
Fort Lauderdale, FL 33309-2195

Teresa M Hair +
Brock and Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103-2930

Danielle S Kemp +
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

State Of Florida Dept. of Revenue (LL) +
PO Box 6668
Tallahassee, FL 32314-6668

Scott D Knapp +
Nelson Mullins
100 Southeast 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394-0017

Andrew J Mongelluzzi +
Clearwater Business Law, LLC
30846 US Hwy 19 N
Palm Harbor, FL 34684-4409

John Blair Boyd +
Sorenson Van Leuven Law Firm
Post Office Box 3637
Tallahassee, FL 32315-3637

Andrew J Ghekas +
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Nicholas Lafalce +
Anthony & Partners LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

James Randolph Liebler II+
Liebler, Gonzalez & Portuondo
25th Floor Courthouse Tower
44 West Flagler Street
Miami, FL 33130-1817

(p)KATHLEEN L DISANTO TRUSTEE
BUSH ROSS P A
PO BOX 3913
TAMPA FL 33601-3913

Murray B Silverstein +
Greenspoon Marder, PA
401 E Jackson Street, Suite 1825
Tampa, FL 33602-5841

Toni Townsend +
McCalla Raymer Leibert Pierce LLC
110 SE 6th Street, Suite 2400
Fort Lauderdale, FL 33301-5056

Nathan A Wheatley +
Office of the U.S. Trustee
501 E. Polk St., Suite1200
Tampa, FL 33602-3945

Jennifer Smith Thomas +
Rumberger Kirk
300 South Orange Avenue
Orlando, FL 32801-3372

Teresa Marie Dorr +
Office of the United States Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602-3945

Kristian S Oldham +
Florida Department of Revenue
2450 Shumard Oak Blvd.
Tallahassee, FL 32399-7022

Cameryn Rebecca Lackey +
Anthony & Partners, LLC.
100 S. Ashely Drive
Suite 1600
Tampa, FL 33602-5318

Andrew D Atkins +
Troutman Pepper Hamilton Sanders LLP
301 S. College Street
Ste 34th Floor
Charlotte, NC 28202-6000

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Automotive Finance Corporation
11299 N. Illinois St
Carmel, IN 46032

U.S. Bank National Association
Bankruptcy Department
PO Box 5229
Cincinnati, Ohio 45201-5229

(d)U.S. Bank, N.A.
P.O. Box 3427
Oshkosh, WI 54902

(d)U.S. Bank, N.A.
Southeast RV/Marine
P.O. Box 790179
Saint Louis, MO 63179-0179

Kathleen DiSanto +
Bush Ross, P.A.
Post Office Box 3913
Tampa, FL 33601-3913


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtney Leasing, Inc.

(u)Caryl E. Delano
Tampa

(u)Moffa, Sutton & Donnini, P.A.


(u)NextGear Capital, Inc.

(u)PMOF Special Situations Private Credit Fun

(u)Stichter, Riedel, Blain & Postler, P.A.


(u)U.S. Bank National Association

(d)CPX Holdings, LLC
c/o Bush Ross, P.A.
Attn. Kathleen L. DiSanto, Esq.
Post Office Box 3913
Tampa, FL 33601-3913

(d)THOMAS ZERVAS AND KONSTANTINOS PAPASPANOS
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601-0800

End of Label Matrix
Mailable recipients    124
Bypassed recipients      9
Total                  133